IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. _____ |
| | ) | |
| v. | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT FOR INFRINGEMENT OF**
**UNITED STATES PATENTS NOS. 5,693,761, 5,693,762 AND 6,180,370**

**OVERVIEW AND NATURE OF THE ACTION**

1.     PDL BioPharma, Inc. ("PDL"), is a biopharmaceutical company headquartered in Fremont, California.  PDL engages in the discovery, development, and commercialization of therapies for severe or life-threatening illnesses.  Since its founding as a start-up company in 1986, PDL has emerged as a leading biotechnology company.  PDL's antibody humanization technology, and in particular its licensing of its groundbreaking patents, has enabled the development of some of the most innovative therapeutic advances of the past decade — including therapies for metastatic colorectal cancer, respiratory syncytial virus, and metastatic breast cancer.  All of the other nine humanized antibody products currently approved by the FDA for marketing in the United States are covered by patent license agreements with PDL.  In addition, numerous other biotechnology companies that are in the process of developing humanized antibodies have obtained licenses or the right to license PDL's antibody humanization patents.

2.     Alexion, however, is not one of them.  Although Alexion has obtained FDA approval for Alexion's humanized antibody product, Soliris™, for patients with

paroxysmal nocturnal hemoglobinuria ("PNH") and Alexion has launched Soliris, Alexion did so without a license from PDL. Soliris is a humanized antibody that infringes the claims of the patents-in-suit and, on information and belief, is made using methods and polynucleotides practicing the claims of the patents-in-suit.

3.    Alexion knows this. In fact, in filings by Alexion with the United States Securities and Exchange Commission, Alexion acknowledged that it was "aware of broad patents owned by third parties relating to the manufacture, use, and sale of recombinant humanized antibodies, recombinant humanized single-chain antibodies, recombinant human antibodies and recombinant human single-chain antibodies." That acknowledgement, on information and belief, referred to the patents-in-suit – the broad patents that leaders in the biotechnology industry have acknowledged and licensed, but that Alexion chose to disregard with respect to Soliris. Soliris is projected to be a blockbuster product, with some projecting annual sales of $800 million per year upon launch.

4.    The patent laws give PDL the right to compensation for Alexion's invasion of PDL's patent rights. This is a lawsuit for that compensation. PDL is entitled to at least a reasonable royalty for Alexion's invasion of PDL's patent rights. Because Alexion's infringement was willful, PDL is entitled to treble damages. Because this is an exceptional case, PDL is entitled to its attorneys' fees.

5.    Although it would be entitled to injunctive relief, PDL does not seek it. PNH is a serious disease. PDL does not seek to deprive PNH sufferers of this FDA-approved treatment. PDL simply seeks its legal remedies against Alexion because it chose to disregard PDL's patent rights instead of licensing them.

## PARTIES

6.    PDL BioPharma, Inc. is a corporation organized and existing under the laws of Delaware, with its principal place of business in Fremont, California.  PDL is a technology leader in developing and commercializing acute care treatments for patients suffering from severe or life-threatening diseases.  PDL has made groundbreaking contributions to the development of therapeutic antibody treatments for humans.  PDL's antibody humanization technology has permitted PDL and licensed companies to create therapeutic antibodies that are highly specific to human disease factors while avoiding or minimizing immune rejection. Licensed companies (and products) include some of the leading companies, and some of the blockbuster products, in the biotechnology industry, including: Genentech (Herceptin®, Xolair®, Raptiva®, Avastin®, Lucentis™); Roche (Zenapax®); MedImmune, Inc. (Synagis®); Wyeth/American Home Products (Mylotarg®); and Biogen Idec/Elan (Tysabri®).  Additionally, a substantial number of other companies and research organizations have licensed PDL's portfolio of patents covering antibody humanization technology.

7.    Alexion Pharmaceuticals, Inc. ("Alexion") is a corporation organized and existing under the laws of Delaware, with, on information and belief, its principal place of business in Cheshire, CT.

## JURISDICTION AND VENUE

8.    This action for patent infringement arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

9.    This Court has personal jurisdiction over Alexion because Alexion is incorporated in the State of Delaware, conducts business in the State of Delaware and has

3

infringed, has actively induced and contributed to the infringement of, continues to infringe, and continues to actively induce and contribute to the infringement of the PDL patents as alleged below.

10.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and § 1400(b) because Alexion resides in this district and is subject to personal jurisdiction in this district.

### FIRST CLAIM FOR RELIEF
### (PATENT INFRINGEMENT – U.S. PATENT NO. 5,693,761)

11.     PDL here incorporates ¶¶ 1 – 10, above.

12.     At all relevant times, PDL has been and is the owner of all right, title, and interest in U.S. Pat. No. 5,693,761 ("the '761 Patent"), entitled "Polynucleotides Encoding Improved Humanized Immunoglobulins," which the United States Patent and Trademark Office ("PTO") duly and legally issued on December 2, 1997. Pursuant to D. Del. LR 3.2, a true and correct copy of the '761 Patent is attached as Exhibit A.

13.     Alexion, without license or authorization and in violation of 35 U.S.C. § 271, has infringed and is currently infringing the '761 Patent in violation of 35 U.S.C. § 271 directly, contributorily, and by inducement by, without limitation, making, using, selling, offering for sale, and/or importing Soliris in the United States.

14.     Alexion has had actual and constructive knowledge of the '761 Patent. Pursuant to 35 U.S.C. § 284, PDL is entitled to damages adequate to compensate for the infringement but in no event less that a reasonable royalty.

15.     Alexion's infringement of the '761 Patent has been and is willful, and pursuant to 35 U.S.C. § 284, PDL is entitled to treble damages.

16.     This case is exceptional and therefore PDL is entitled to its attorneys' fees

pursuant to 35 U.S.C. § 285.

## SECOND CLAIM FOR RELIEF
## (PATENT INFRINGEMENT – U.S. PATENT NO. 5,693,762)

17.     PDL here incorporates ¶¶ 1 – 10, above.

18.     At all relevant times, PDL has been and is the owner of all right, title, and interest in U.S. Pat. No. 5,693,762 ("the '762 Patent"), entitled "Humanized Immunoglobulins," which the PTO duly and legally issued on December 2, 1997.  Pursuant to D. Del. LR 3.2, a true and correct copy of the '762 Patent is attached as Exhibit B.

19.     Alexion, without license or authorization and in violation of 35 U.S.C. § 271, has infringed and is currently infringing the '762 Patent in violation of 35 U.S.C. § 271 directly, contributorily, and by inducement by, without limitation, making, using, selling, offering for sale, and/or importing Soliris in the United States.

20.     Alexion has had actual and constructive knowledge of the '762 Patent. Pursuant to 35 U.S.C. § 284, PDL is entitled to damages adequate to compensate for the infringement but in no event less that a reasonable royalty.

21.     Alexion's infringement of the '762 Patent has been and is willful, and pursuant to 35 U.S.C. § 284, PDL is entitled to treble damages.

22.     This case is exceptional and therefore PDL is entitled to its attorneys' fees pursuant to 35 U.S.C. § 285.

## THIRD CLAIM FOR RELIEF
## (PATENT INFRINGEMENT – U.S. PATENT NO. 6,180,370 B1)

23.     PDL here incorporates ¶¶ 1 – 10, above.

24.     At all relevant times, PDL has been and is the owner of all right, title, and interest in U.S. Pat. No. 6,180,370 B1 ("the '370 Patent"), entitled "Humanized

Immunoglobulins and Methods of Making the Same," which the PTO duly and legally issued on January 30, 2001. Pursuant to D. Del. LR 3.2, a true and correct copy of the '370 Patent is attached as Exhibit C.

25.    Alexion, without license or authorization and in violation of 35 U.S.C. § 271, has infringed and is currently infringing the '370 Patent in violation of 35 U.S.C. § 271 directly, contributorily, and by inducement by, without limitation, making, using, selling, offering for sale, and/or importing Soliris in the United States.

26.    Alexion has had actual and constructive knowledge of the '370 Patent. Pursuant to 35 U.S.C. § 284, PDL is entitled to damages adequate to compensate for the infringement but in no event less that a reasonable royalty.

27.    Alexion's infringement of the '370 Patent has been and is willful, and pursuant to 35 U.S.C. § 284, PDL is entitled to treble damages.

28.    This case is exceptional and therefore PDL is entitled to its attorneys' fees pursuant to 35 U.S.C. § 285.

### PRAYER FOR RELIEF

WHEREFORE, PDL asks this Court to enter judgment in its favor against Alexion and grant the following relief:

A.    An adjudication that Alexion has infringed the '761 Patent, the '762 Patent, and the '370 Patent directly, contributorily, and by inducement in violation of 35 U.S.C. § 271.

B.    An award of damages of at least a reasonable royalty pursuant to 35 U.S.C. § 284 for the infringement of the '761 Patent, '762 Patent, and '370 Patent.

C.    An award of treble damages against Alexion pursuant to 35 U.S.C. § 284 because the infringement was willful.

D.    An award of PDL's cost of suit and attorneys' fees pursuant to 35 U.S.C. § 285 due to the exceptional nature of this case, or as otherwise permitted by law.

E.    Any further relief that this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), PDL hereby demands a jury trial for all issues so triable in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware  19899
(302) 658-9200
  Attorneys for Plaintiff PDL Biopharma, Inc.

OF COUNSEL:

Matthew D. Powers
Vernon M. Winters
John D. Beynon
Scott P. Bizily
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

March 16, 2007

759474

# EXHIBIT A

US005693761A

# United States Patent [19]

## Queen et al.

[11] **Patent Number:** 5,693,761

[45] **Date of Patent:** Dec. 2, 1997

[54] **POLYNUCLEOTIDES ENCODING IMPROVED HUMANIZED IMMUNOGLOBULINS**

[75] Inventors: **Cary L. Queen**, Los Altos; **William P. Schneider**, Mountain View; **Harold E. Selick**, Belmont, all of Calif.

[73] Assignee: **Protein Design Labs, Inc.**, Mountain View, Calif.

[21] Appl. No.: **474,040**

[22] Filed: **Jun. 7, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 634,278, Dec. 19, 1990, Pat. No. 5,530,101, which is a continuation of Ser. No. 590,274, Sep. 28, 1990, abandoned, and a continuation of Ser. No. 310, 252, Feb. 13, 1989, abandoned, which is a continuation of Ser. No. 290,975, Dec. 28, 1988, abandoned.

[51] Int. Cl.$^6$ ................................................. **C07H 21/04**

[52] U.S. Cl. .......................... **536/23.53**; 530/387.3; 435/320.1; 435/252.3

[58] Field of Search ............... 536/23.53; 530/387.3; 435/320.1, 252.3

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,578,335 | 3/1986 | Urdal et al. | 530/351 |
| 4,816,397 | 3/1989 | Boss et al. | 435/68 |
| 4,816,565 | 3/1989 | Honjo et al. | 435/69.1 |
| 4,816,567 | 3/1989 | Cabilly et al. | 530/387 |
| 4,845,198 | 7/1989 | Urdal et al. | 530/387 |
| 4,867,973 | 9/1989 | Goers et al. | 424/85.91 |
| 5,198,359 | 3/1993 | Taniguchi et al. | 435/252.3 |
| 5,225,539 | 7/1993 | Winter | 530/387.3 |
| 5,476,786 | 12/1995 | Huston et al. | 435/85.8 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 120 694 | 10/1984 | European Pat. Off. . |
| 0171496 | 2/1986 | European Pat. Off. . |
| 0173494 | 3/1986 | European Pat. Off. . |
| 0184187 | 6/1986 | European Pat. Off. . |
| 0256654 | 7/1987 | European Pat. Off. . |
| 0239400 | 9/1987 | European Pat. Off. . |
| 0266663 | 6/1988 | European Pat. Off. . |
| 0 323 806 | 7/1989 | European Pat. Off. . |
| 0 328 404 | 8/1989 | European Pat. Off. . |
| 0 365 209 | 4/1990 | European Pat. Off. . |
| 0 365 997 | 5/1990 | European Pat. Off. . |
| 0 125 023 | 6/1991 | European Pat. Off. . |
| 0460167 | 12/1991 | European Pat. Off. . |
| 2188941 | 10/1987 | United Kingdom . |
| 8928874 | 12/1989 | United Kingdom . |
| WO 86/05513 | 9/1986 | WIPO . |
| WO 87/02671 | 5/1987 | WIPO . |
| WO 88/09344 | 12/1988 | WIPO . |
| WO 89/01783 | 3/1989 | WIPO . |
| 91/09967 | 7/1991 | WIPO . |

#### OTHER PUBLICATIONS

Better et al. "*Escherichia coli* Secretion of an Active Chimeric Antibody Fragment," *Science*, 240:1041–1043 (1988).

Bird et al., "Single–Chain Antigen–Binding Proteins," *Science*, 242:423–426 (1988).

Boulianne et al., "Production of functional chimeric mouse/ human antibody," *Nature*, 312:643–646 (1984).

Carter et al., "Humanization of an anti–p185$^{HER2}$ antibody for human cancer therapy," *Proc. Natl. Acad. Sci.*, 89:4285–4289 (1992).

Chothia, C. and A.M. Lesk, "Canonical Structures for the Hypervariable Regions of Immunoglobulins," *J. Mol. Biol.*, 196:901–917 (1987).

Co et al., "Humanized antibodies for antiviral therapy," *Proc. Natl. Acad. Sci.*, 88:2869–2873 (1991).

Co et al., "Chimeric and humanized antibodies with specificity for the CD33 antigen," *J. Immunol.*, 148:1149–1154 (1992).

Daugherty et al., "Polymerase chain reaction facilitates the cloning, CDR–grafting, and rapid expansion of a murine monoclonal antibody directed against the CD18 component of leukocyte integrins," *Nuc. Acids. Res.*, 19:2471–2476 (1991).

Ellison et al., "The nucleotide sequence of a human immunoglobulin c(gamma)$_1$ gene," *Nucleic Acids Res.*, 10:4071–(1982).

Farrar, J., "The biochemistry, biology, and the role of interleukin–2 in the induction of cytotoxic T cell and antibody–forming B cell receptors," *Immunol. Rev.*, 63:129–166 (1982).

Foote et al., "Antibody framework residues affecting the conformation of hypervariable loops," *J. Mol. Biol.*, 224:487–499 (1992).

Gorman et al., "Reshaping a therapeutic CD4 antibody," *Proc. Natl. Acad. Sci.*, 88:4181–4185 (1991).

(List continued on next page.)

*Primary Examiner*—Lila Feisee
*Assistant Examiner*—Julie E. Reeves
*Attorney, Agent, or Firm*—Townsend and Townsend and Crew LLP

[57] **ABSTRACT**

Novel methods for producing, and compositions of, humanized immunoglobulins having one or more complementarity determining regions (CDR's) and possible additional amino acids from a donor immunoglobulin and a framework region from an accepting human immunoglobulin are provided. Each humanized immunoglobulin chain will usually comprise, in addition to the CDR's, amino acids from the donor immunoglobulin framework that are, e.g., capable of interacting with the CDR's to effect binding affinity, such as one or more amino acids which are immediately adjacent to a CDR in the donor immunoglobulin or those within about about 3 Å as predicted by molecular modeling. The heavy and light chains may each be designed by using any one or all of various position criteria. When combined into an intact antibody, the humanized immunoglobulins of the present invention will be substantially non–immunogenic in humans and retain substantially the same affinity as the donor immunoglobulin to the antigen, such as a protein or other compound containing an epitope.

**37 Claims, 55 Drawing Sheets**

5,693,761

Page 2

## OTHER PUBLICATIONS

Greene et al., "Growth of Human T Lymphocytes: An Analysis of Interleukin 2 and its Cellular receptor," *Progress in Hematology XIV*, E. Brown, ed., Grune and Statton, New York, pp. 283–301 (1986).

Hale et al., "Remission Induction in Non–Hodgkin Lymphoma with Reshaped Human Monoclonal Antibody CAMPATH–1H," *Lancet*, Dec. 17, 1988, pp. 1394–1399.

Hieter et al., "Cloned Human and Mouse Kappa Immunoglobulin Constant and J. Region Genes Conserve Homology in Functional Segments," *Cell*, 22:197–207 (1980).

Huston et al., "Protein engineering of antibody binding sites: Recovery of specific activity in an anti–digoxin single–chain Fv analogue produced in *Escherichia coli*," *Proc. Nat. Acad. Sci. USA*, 85:5879–5883 (1988), Progress in Hematology XIV, E. Brown, ed., Grune and Statton, New York, p. 283, (1986).

Jones et al., "Replacing the complementary–determining regions in a human antibody with those from a mouse," *Nature*, 321:522–525 (1986).

Junghans et al., *Cancer Res.*, 50:1495–1502 (1990).

Kettleborough et al., "Humanization of a mouse monoclonal antibody by CDR–grafting: the importance of framework residues on loop conformation," *Protein Eng.*, 4:773–783 (1991).

Kirkman et al., *J. Exp. Med.*, 162:358 (1985).

Kupiec–Weglinski et al., *Proc. Natl. Acad. Sci.*, 3:2624 (1986).

Leonard et al., "The human receptor for T–cell growth factor," *J. Biol. Chem.*, 260:1872–1880 (1985).

Liu et al., "Expression of mouse::human immunoglobulin heavy–chain cDNA in lymphoid cells," *Gene*, 54:33–40 (1987).

Maeda et al., "Construction of reshaped human antibodies with HIV–neutralizing activity," *Hum. Antibod. Hybrid.*, 2:124–134 (1991).

Morrison et al., "Chimeric human antibody molecules: Mouse antigent binding–domains with human constant region domains," *Proc. Natl. Acad. Sci.*, 81:6851–6859 (1984).

Morrison, S.L., "Transfectomas Provide Novel Chimeric Antibodies," *Science*, 229:1202–1207 (1985).

Neuberger et al., "A hapten–specific chimeric IgE antibody with human physiological effector function," *Nature*, 314:268–270 (1985).

Queen et al., "A humanized antibody that binds to the interleukin 2 receptor," *Proc. Natl. Acad. Sci.*, 86:10029–10033 (1989).

Riechmann et al., "Reshaping human antibodies for therapy," *Nature*, 332:323–327 (1988).

Routledge et al., "A humanized monovalent CD3 antibody which can activate homologous complement," *Eur. J. Immunol.*, 21:2717–2725 (1991).

Sahagan et al., "A Genetically Engineered Murine/Human Chimeric Antibody Retains Specificity for Human Tumor––Associated Antigen," *J. Immunol.*, 137:1066–1074 (1986).

Shalaby et al., "Development of humanized bispecific antibodies reactive with cytotoxic lymphocytes and tumor cells overexpressing the HER2 protooncogene," *J. Exp. Med.*, 175:217–225 (1992).

Sharon et al., "Expression of a $V_H C_K$ chimaeric protein in mouse myeloma cells," *Nature*, 309:364–367 (1984).

Shearman et al., "Construction, expression and characterization of humanized antibodies directed against the human $\alpha/\beta$ T cell receptor," *J. Immunol.*, 147:4366–4373 (1991).

Takeda et al., "Construction of chimaeric processed immunoglobulin genes containing mouse variable and human constant region sequences," *Nature*, 314:452–454 (1985).

Saul et al., *J. Biol. Chem.*, 253(2), 585–597 (1978).

Sheriff et al., *PNAS–USA*, 84, 8075–8079 (1987).

Stanford and Wu, J. Theor. Biol., 88, 421–439 (1981).

Tramontano et al., J. Mol. Biol., 215, 175–182 (1990).

Verhoeyen et al., BioEssays, 8(2), 74–78 (1988).

Waldmann et al., Cancer Research, 45, 4559s–4562s (1985).

Wu and Kabat, J. Exp. Med., 132, 211–250 (1970).

Tan et al., "A Human–Mouse Chimeric Immunoglobulin Gene with a Human Variable Region is Expressed in Mouse Myeloma Cells," *J. Immunol.*, 135:3564–3567 (1985).

Tempest et al., "Reshaping a human monoclonal antibody to inhibit human respiratory syncytial virus infection in vivo," *Bio/Technology*, 9:26–271 (1991).

Uchiyama et al., "A monoclonal antibody (anti–Tac) reactive with activated and functionally mature human T–cells," *J. Immunol.*, 126:1393–1397 (1981).

Verhoeyen et al., "Reshaping Human Antibodies: Grafting an Antilysozyme Activity," *Science*, 239:1534–1536 (1988).

Vitteta et al., "Redesigning nature's Poisons to Create Anti––Tumor Reagents," *Science*, 238:1098–1104 (1987).

Waldmann, T.A., "The Structure, Function, and Expression of Interleukin–2 Receptors on Normal and Malignant Lymphocytes," *Science*, 232:727–732 (1986).

Woodle et al., "Humanized OKT3 antibodies: successful transfer of immune modulating properties and idiotype expression," *J. Immunol.*, 148:2756–2763 (1992).

Amit et al., Science, 233, 747–753 (1986).

Cheetham, Protein Engineering, 2(3), 170–172 (1988).

Chothia et al., J. Mol. Biol., 186, 651–663 (1985).

Chothia et al., Nature, 342, 877–883 (1989).

Chothia et al., Science, 233, 755–758 (1986).

Chothia and Lesk, EMBO J., 5, 823–826 (1986).

Colman et al., Nature, 326, 358–362 (1987).

Davies et al., Ann. Rev. Immunol., 1, 87–117 (1983).

Davies et al., J. Biol. Chem., 263(22), 10541–10544 (1988).

Epp et al., Eur. J. Biochem., 45, 513–524 (1974).

Feldmann et al., Mol. Immunol., 18, 683–698 (1981).

Kabat, J. Immunol., 125, 961–969 (1980).

Lesk and Chothia, J. Mol. Biol., 160, 325–342 (1982).

Padlan, Mol. Immunol., 31, 169–217 (1994).

Palm et al., Hoppe Seyler's Z. Physiol. Chem., 354(12), 1651–1654 (1973).

Palm et al., Hoppe Seyler's Z. Physiol. Chem., 356, 167–191 (1975).

Panka et al., PNAS–USA, 85, 3080–3084 (1988).

Roberts et al., Nature, 328, 731–734 (1987).

Foote, Jefferson, "Humanized Antibodies", *Nova acta Leopoldine NF*, vol. 61, Nr. 269, pp. 103–110, 1989.

Groves et al. Hybridoma, vol. 6, No. 1, 1987 p. 71.

```
1     Q  I  V  L  T  Q  S  P  A  I  M  S  A  S  P  G  E  K  V  T
1     D  I  Q  M  T  Q  S  P  S  T  L  S  A  S  V  G  D  R  V  T

21    I  T  C  S  A  S  S  S  I     S  Y  M  H  W  F  Q  Q  K  P
21    I  T  C  R  A  S  Q  S  I  N  T  W  L  A  W  Y  Q  Q  K  P

40    G  T  S  P  K  L  W  I  Y  T  T  S  N  L  A  S  G  V  P  A
41    G  K  A  P  K  L  L  M  Y  K  A  S  S  L  E  S  G  V  P  S

60    R  F  S  G  S  G  S  G  T  S  Y  S  L  T  I  S  R  M  E  A
61    R  F  I  G  S  G  S  G  T  E  F  T  L  T  I  S  S  L  Q  P

80    E  D  A  A  T  Y  Y  C  H  Q  R  S  T  Y  P  L  T  F  G  S
81    D  D  F  A  T  Y  Y  C  Q  Q  Y  N  S  D  S  K  M  F  G  Q

100   G  T  K  L  E  L  K
101   G  T  K  V  E  V  K
```

FIGURE 1A

```
1     Q  V  Q  L  Q  Q  S  G  A  E  L  A  K  P  G  A  S  V  K  M
1     Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K  V

21    S  C  K  A  S  G  Y  T  F  T  S  Y  R  M  H  W  V  K  Q  R
21    S  C  K  A  S  G  G  T  F  S  R  S  A  I  I  W  V  R  Q  A

41    P  G  Q  G  L  E  W  I  G  Y  I  N  P  S  T  G  Y  T  E  Y
41    P  G  Q  G  L  E  W  M  G  G  I  V  P  M  F  G  P  P  N  Y

61    N  Q  K  F  K  D  K  A  T  L  T  A  D  K  S  S  S  T  A  Y
61    A  Q  K  F  Q  G  R  V  T  I  T  A  D  E  S  T  N  T  A  Y

81    M  Q  L  S  S  L  T  F  E  D  S  A  V  Y  Y  C  A  R  G
81    M  E  L  S  S  L  R  S  E  D  T  A  F  Y  F  C  A  G  G  Y

100   G  G  V  F  D  Y  W  G  Q  G  T  T  L  T  V  S  S
101   G  I  Y  S  P  E  E  Y  N  G  G  L  V  T  V  S  S
```

FIGURE 1B.

**U.S. Patent**          Dec. 2, 1997          Sheet 2 of 55          5,693,761

```
1     D  I  V  L  T  Q  S  P  A  S  L  A  V  S  L  G  Q  R  A  T
1     E  I  V  M  T  Q  S  P  A  T  L  S  V  S  P  G  E  R  A  T

21    I  S  C  R  A  S  Q  S  V  S  T  S  T  Y  N  Y  M  H  W  Y
21    L  S  C  R  A  S  Q  S  V  S  T  S  T  Y  N  Y  M  H  W  Y

41    Q  Q  K  P  G  Q  P  P  K  L  L  I  K  Y  A  S  N  L  E  S
41    Q  Q  K  P  G  Q  S  P  R  L  L  I  K  Y  A  S  N  L  E  S

61    G  V  P  A  R  F  S  G  S  G  F  G  T  D  F  T  L  N  I  H
61    G  I  P  A  R  F  S  G  S  G  S  G  T  E  F  T  L  T  I  S

81    P  V  E  E  E  D  T  V  T  Y  Y  C  Q  H  S  W  E  I  P  Y
81    R  L  E  S  E  D  F  A  V  Y  Y  C  Q  H  S  W  E  I  P  Y

101   T  F  G  G  G  T  K  L  E  I  K
101   T  F  G  Q  G  T  R  V  E  I  K
```

**FIGURE 2A**

```
1     E  M  I  L  V  E  S  G  G  G  L  V  K  P  G  A  S  L  K  L
1     E  V  Q  L  L  E  S  G  G  G  L  V  Q  P  G  G  S  L  R  L

21    S  C  A  A  S  G  F  T  F  S  N  Y  G  L  S  W  V  R  Q  T
21    S  C  A  A  S  G  F  T  F  S  N  Y  G  L  S  W  V  R  Q  A

41    S  D  R  R  L  E  W  V  A  S  I  S  R  G  G  G  R  I  Y  S
41    P  G  K  G  L  E  W  V  A  S  I  S  R  G  G  G  R  I  Y  S

61    P  D  N  L  K  G  R  F  T  I  S  R  E  D  A  K  N  T  L  Y
61    P  D  N  L  K  G  R  F  T  I  S  R  N  D  S  K  N  T  L  Y

81    L  Q  M  S  S  L  K  S  E  D  T  A  L  Y  Y  C  L  R  E  G
81    L  Q  M  N  S  L  Q  A  E  D  T  A  L  Y  Y  C  L  R  E  G

101   I  Y  Y  A  D  Y  G  F  F  D  V  W  G  T  G  T  T  V  T  V
101   I  Y  Y  A  D  Y  G  F  F  D  V  W  G  Q  G  T  L  V  T  V

121   S  S
121   S  S
```

**FIGURE 2B**

```
 1    D I V M T Q S H K F M S T S V G D R V S
 1    D I Q M T Q S P S T L S A S V G D R V T

21    I T C K A S Q D V G S A V V W H Q Q K S
21    I T C K A S Q D V G S A V V W H Q Q K P

41    G Q S P K L L I Y W A S T R H T G V P D
41    G K A P K L L I Y W A S T R H T G V P S

61    R F T G S G S G T D F T L T I T N V Q S
61    R F T G S G S G T E F T L T I S S L Q P

81    E D L A D Y F C Q Q Y S I F P L T F G A
81    D D F A T Y F C Q Q Y S I F P L T F G Q

101   G T R L E L K
101   G T K V E V K
```

FIGURE 3A

```
 1    Q V Q L Q Q S D A E L V K P G A S V K I
 1    Q V Q L V Q S G A E V K K P G S S V K V

21    S C K V S G Y T F T D H T I H W M K Q R
21    S C K A S G Y T F T D H T I H W M R Q A

41    P E Q G L E W F G Y I Y P R D G H T R Y
41    P G Q G L E W F G Y I Y P R D G H T R Y

61    S E K F K G K A T L T A D K S A S T A Y
61    A E K F K G K A T I T A D E S T N T A Y

81    M H L N S L T S E D S A V Y F C A R G R
81    M E L S S L R S E D T A V Y F C A R G R

101   D S R E R N G F A Y W G Q G T L V T V S
101   D S R E R N G F A Y W G Q G T L V T V S

121   A
121   S
```

FIGURE 3B

```
 1     D  I  V  L  T  Q  S  P  A  S  L  A  V  S  L  G  Q  R  A  T
 1     D  I  Q  M  T  Q  S  P  S  S  L  S  A  S  V  G  D  R  V  T

21     I  S  C  R  A  S  E  S  V  D  N  Y  G  I  S  F  M  N  W  F
21     I  T  C  R  A  S  E  S  V  D  N  Y  G  I  S  F  M  N  W  F

41     Q  Q  K  P  G  Q  P  P  K  L  L  I  Y  A  A  S  N  Q  G  S
41     Q  Q  K  P  G  K  A  P  K  L  L  I  Y  A  A  S  N  Q  G  S

61     G  V  P  A  R  F  S  G  S  G  S  G  T  D  F  S  L  N  I  H
61     G  V  P  S  R  F  S  G  S  G  S  G  T  D  F  T  L  N  I  S

81     P  M  E  E  D  D  T  A  M  Y  F  C  Q  Q  S  K  E  V  P  W
81     S  L  Q  P  D  D  F  A  T  Y  Y  C  Q  Q  S  K  E  V  P  W

101    T  F  G  G  G  T  K  L  E  I  K
101    T  F  G  Q  G  T  K  V  E  I  K
```

FIGURE 4A

```
 1     E  V  Q  L  Q  Q  S  G  P  E  L  V  K  P  G  A  S  V  K  I
 1     Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K  V

21     S  C  K  A  S  G  Y  T  F  T  D  Y  N  M  H  W  V  K  Q  S
21     S  C  K  A  S  G  Y  T  F  T  D  Y  N  M  H  W  V  R  Q  A

41     H  G  K  S  L  E  W  I  G  Y  I  Y  P  Y  N  G  G  T  G  Y
41     P  G  Q  G  L  E  W  I  G  Y  I  Y  P  Y  N  G  G  T  G  Y

61     N  Q  K  F  K  S  K  A  T  L  T  V  D  N  S  S  S  T  A  Y
61     N  Q  K  F  K  S  K  A  T  I  T  A  D  E  S  T  N  T  A  Y

81     M  D  V  R  S  L  T  S  E  D  S  A  V  Y  Y  C  A  R  G  R
81     M  E  L  S  S  L  R  S  E  D  T  A  V  Y  Y  C  A  R  G  R

101    P  A  M  D  Y  W  G  Q  G  T  S  V  T  V  S  S
101    P  A  M  D  Y  W  G  Q  G  T  L  V  T  V  S  S
```

FIGURE 4B

```
  1    Q  I  V  L  T  Q  S  P  A  I  M  S  A  S  P  G  E  K  V  T
  1    D  I  Q  M  T  Q  S  P  S  S  L  S  A  S  V  G  D  R  V  T

 21    M  T  C  S  G  S  S  S  V  S  F  M  Y  W  Y  Q  Q  R  P  G
 21    I  T  C  S  G  S  S  S  V  S  F  M  Y  W  Y  Q  Q  K  P  G

 41    S  S  P  R  L  L  I  Y  D  T  S  N  L  A  S  G  V  P  V  R
 41    K  A  P  K  L  L  I  Y  D  T  S  N  L  A  S  G  V  P  S  R

 61    F  S  G  S  G  S  G  T  S  Y  S  L  T  I  S  R  M  E  A  E
 61    F  S  G  S  G  S  G  T  D  Y  T  F  T  I  S  S  L  Q  P  E

 81    D  A  A  T  Y  Y  C  Q  Q  W  S  T  Y  P  L  T  F  G  A  G
 81    D  I  A  T  Y  Y  C  Q  Q  W  S  T  Y  P  L  T  F  G  Q  G

101    T  K  L  E  L  K
101    T  K  V  E  V  K
```

## FIGURE 5A

```
  1    Q  V  Q  L  K  Q  S  G  P  G  L  V  Q  P  S  Q  S  L  S  I
  1    E  V  Q  L  L  E  S  G  G  G  L  V  Q  P  G  Q  S  L  R  L

 21    T  C  T  V  S  G  F  S  V  T  S  Y  G  V  H  W  I  R  Q  S
 21    S  C  A  A  S  G  F  T  V  T  S  Y  G  V  H  W  V  R  Q  A

 41    P  G  K  G  L  E  W  L  G  V  I  W  S  G  G  S  T  D  Y  N
 41    P  G  K  G  L  E  W  V  G  V  I  W  S  G  G  S  T  D  Y  N

 61    A  A  F  I  S  R  L  T  I  S  K  D  N  S  K  S  Q  V  F  F
 61    A  A  F  I  S  R  F  T  I  S  R  D  N  S  K  N  T  L  Y  L

 81    K  V  N  S  L  Q  P  A  D  T  A  I  Y  Y  C  A  R  A  G  D
 81    Q  M  N  S  L  Q  A  E  D  T  A  I  Y  Y  C  A  R  A  G  D

101    Y  N  Y  D  G  F  A  Y  W  G  Q  G  T  L  V  T  V  S  A
101    Y  N  Y  D  G  F  A  Y  W  G  Q  G  T  L  V  T  V  S  S
```

## FIGURE 5B

```
 1    D I V L T Q S P A T L S V T P G D S V S
 1    E I V L T Q S P G T L S L S P G E R A T

21    L S C R A S Q S I S N N L H W Y Q Q K S
21    L S C R A S Q S I S N N L H W Y Q Q K P

41    H E S P R L L I K Y A S Q S I S G I P S
41    G Q A P R L L I K Y A S Q S I S G I P D

61    R F S G S G S G T D F T L S V N G V E T
61    R F S G S G S G T D F T L T I S R L E P

81    E D F G M Y F C Q Q S N S W P H T F G G
81    E D F A V Y Y C Q Q S N S W P H T F G Q

101   G T K L E I K
101   G T K V E I K
```

**FIGURE 6A**

```
 1    E V Q L Q Q S G P E L V K P G A S M K I
 1    Q V Q L V Q S G A E V K K P G S S V R V

21    S C K A S V Y S F T G Y T M N W V K Q S
21    S C K A S G Y S F T G Y T M N W V R Q A

41    H G Q N L E W I G L I N P Y N G G T S Y
41    P G K G L E W V G L I N P Y N G G T S Y

61    N Q K F K G K A T L T V D K S S N T A Y
61    N Q K F K G R V T V S L K P S F N Q A Y

81    M E L L S L T S A D S A V Y Y C T R R G
81    M E L S S L F S E D T A V Y Y C T R R G

101   F R D Y S M D Y W G Q G T S V T V S S
101   F R D Y S M D Y W G Q G T L V T V S S
```

**FIGURE 6B**



FIGURE 7A

FIGURE 7B





FIGURE 7C

FIGURE 7D



FIGURE 8A



FIGURE 8B



FIGURE 9B

FIGURE 9A

**FIGURE 10A**

FIGURE 10B

```
          10              20              30              40              50              60              70
AGCTTCTAGA  TGGGATGGAG  CTGGATCTTT  CTCTTCCTCC  TGTCAGGTAC  CGCGGGGGTG  CACTCTCAGG
TCGAAGATCT  ACCCTACCTC  GACCTAGAAA  GAGAAGGAGG  ACAGTCCATG  GCGCCCGCAC  GTGAGAGTCC

          80              90              100             110             120             130             140
TCCAGCTTGT  CCAGTCTGGG  GCTGAAGTCA  AGAAACCTGG  CTCGAGGGTG  AAGGTCTCCT  GCAAGGCTTC
AGGTCGAACA  GGTCAGACCC  CGACTTCAGT  TCTTTGGACC  GAGCTCGCAC  TTCCAGAGGA  CGTTCGGAAG

          150             160             170             180             190             200             210
TGGCGGGACC  TTTTCTAGCT  ACAGGATGCA  CTGGGTAAGG  CAGGCCCCTG  GACAGGGTCT  GGAATGGATG
ACCGCCCTGG  AAAGATCGA   TGTCCTACGT  GACCCATTCC  GTCCGGGGAC  CTGTCCCAGA  CCTTACCTAC

          220             230             240             250             260             270             280
GGATATATTA  ATCCTCGAC   TGGGTATACT  GAATACAATC  AGAAGTTCAA  GGACAGGGAC  ACAATTACTG
CCTATATAAT  TAGGCAGCTG  ACCCATATGA  CTTATGTTAG  TCTTCAAGTT  CCTGTCCCAG  TGTTAATGAC

          290             300             310             320             330             340             350
CAGACGAATC  CACCCAATACA  GCCTACACTGG  AACTGAGCAG  CCTGAGATCT  GAGGACACCG  CATTCTATTT
GTCTGCTTAG  GTGGTTATGT  CGGATGTGACC  TTGACTCGTC  GGACTCTAGA  CTCCTGTGGC  GTAAGATAAA

          360             370             380             390             400             410             420
CTGTGCAGGG  GGTGGGGGAG  TCTTTGACTA  CGAATACAAT  GGAGGGCTGG  TCACAGTCTC  CTCAGGTGAG
GACACGTCCC  CCACCCCCTC  AGAAACTGAT  GCTTATGTTA  CCTCCCGACC  AGTGTCAGAG  GAGTCCACTC

          430             440
TCCTTAAAAC  CTCTAGACGA  TAT
AGGAATTTTG  GAGATCTGCT  ATA
```

**FIGURE 11A**

```
        10         20         30         40         50         60         70
CAAATCTAGA TGGAGACCGA TACCCTCCTG CTATGGGTCC TCCTGCTATG GGTCCCAGGA TCAACCGGAG
GTTTAGATCT ACCTCTGGCT ATGGGAGGAC GATACCCAGG AGGACGATAC CCAGGGTCCT AGTTGGCCTC

        80         90        100        110        120        130        140
ATATTCAGAT GACCCAGTCT CCATCTACCC TCTCTGCTAG CGTCGGGGAT AGGGTCACCA TAACCTGCTC
TATAAGTCTA CTGGGTCAGA GGTAGATGGG AGAGACGATC GCAGCCCCTA TCCCAGTGGT ATTGGACGAG

       150        160        170        180        190        200        210
TGCCAGCTCA AGTATAAGTT ACATGCACTG GTACCAGCAG AAGCCAGGCA AGCTCCCAA  GCTTCTAATG
ACGGTCGAGT TCATATTCAA TGTACGTGAC CATGGTCGTC TTCGGTCCGT TTCGAGGGTT CGAAGATTAC

       220        230        240        250        260        270        280
TATACCACAT CCAACCTGGC TTCTGGAGTC CCTTCTCGCT TCATTGGCAG TGGATCTGGG ACCGAGTTCA
ATATGGTGTA GGTTGGACCG AAGACCTCAG GGAAGAGCGA AGTAACCGTC ACCTAGACCC TGGCTCAAGT

       290        300        310        320        330        340        350
CCCTCACAAT CAGCTCTCTG CAGCCAGATG ATTTCGCCAC TTATTACTGC CATCAAAGGA GTACTTACCC
GGGAGTGTTA GTCGAGAGAC GTCGGTCTAC TAAAGCGGTG AATAATGACG GTAGTTTCCT CATGAATGGG

       360        370        380        390        400
ACTCACGTTC GGTCAGGGGA CCAAGGTGGA GGTCAAACGT AAGTACACTT TTCTAGATAT A
TGAGTGCAAG CCAGTGCCCT GGTTCCACCT CCAGTTTGCA TTCATGTGAA AAGATCTATA T
```

FIGURE 11B



FIGURE 12



**FIGURE 13**



FIGURE 14

FIGURE 15

FIGURE 16

```
         10        20        30        40        50        60
TCTAGATGGGATGGAGCTGGATCTTTCTCTTCCTCCTGTCAGGTACCGCGGGCGTGCACT
   M  G  W  S  W  I  F  L  F  L  L  S  G  T  A  G  V  H

         70        80        90       100       110       120
CTCAGGTCCAGCTTGTCCAGTCTGGGGCTGAAGTCAAGAAACCTGGCTCGAGCGTGAAGG
   S  Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K

        130       140       150       160       170       180
TCTCCTGCAAGGCTTCTGGGTACACCTTTACTAGCTACAGGATGCACTGGGTAAGGCAGG
   V  S  C  K  A  S  G  Y  T  F  T  S  Y  R  M  H  W  V  R  Q

        190       200       210       220       230       240
CCCCTGGACAGGGTCTGGAATGGATTGGATATATTAATCCGTCGACTGGGTATACTGAAT
   A  P  G  Q  G  L  E  W  I  G  Y  I  N  P  S  T  G  Y  T  E

        250       260       270       280       290       300
ACAATCAGAAGTTCAAGGACAAGGCAAGAATTACTGCAGACGAATCCACCAATACAGCCT
   Y  N  Q  K  F  K  D  K  A  T  I  T  A  D  E  S  T  N  T  A

        310       320       330       340       350       360
ACATGGAACTGAGCAGCCTGAGATCTGAGGACACCGCAGTCTATTACTGTGCAAGAGGGG
   Y  M  E  L  S  S  L  R  S  E  D  T  A  V  Y  Y  C  A  R  G

        370       380       390       400       410       420
GGGGGGTCTTTGACTACTGGGGCCAAGGAACCCTGGTCACAGTCTCCTCAGGTGAGTCCT
   G  G  V  F  D  Y  W  G  Q  G  T  L  V  T  V  S  S

        430
TAAAACCTCTAGA
```

FIGURE 17



**FIGURE 18**



FIGURE 19A

FIGURE 19B



JFD1   CAAATCTAGATGGAGACGGATACCCTCCTGCTATGGTCCCAGGA
       TCAACCGGAGAGATATTCAGATGACCCAGTCTCCATCTACCCTCTCTGCCTAGCCTCGGGCAT

JFD2   ATAAATTAGAAGCTTGGGAGCTTGCCTGCCTTCTGGTAGCCAGTGCATGTAACTTAT
       ACTTGAGCTGCCAGCAGCAGGTTATGGTGACCCTATCCCCGACCCTAGCAGAGAG

JFD3   CGTCCCGAAGCTTCTAATTTATACGACATCCAAGCTGGCTTCTGGAGTCCCTGCGTCGGCTTC
       AGTGGCAGTGGGATCTGGGACCGAGTTCACCCTCACAATCAGCCTCTGCAGCCAGATGAT
       TTC

JFD4   TATATCTAGAAAAGTGTACTTACGTTTGACGTGAGTTGATGGCAGTAAGTGGCGAATCATCTGGCTGCAGAAGGCT
       TGGGTAAGTAGTCCTTTGATCGGACGTAATAAGTGGCGAATCATCTGGCTGCAGAAGGCT
       GA

FIGURE 20A

JFD1 ⟶

JFD2 ⟶

HIND III

JFD3 ⟶

JFD4 ⟶

FIGURE 20B



FIGURE 21



FIGURE 22

```
                    •          •         30          •         60
ATGGATTTTCAAGTGCAGATTTTCAGCTTCCTGCTAATCAGTGCCTCAGTCATACTGTCC
 M  D  F  Q  V  Q  I  F  S  F  L  L  I  S  A  S  V  I  L  S

                    •          •         90          •        120
AGAGGACAAATTGTTCTCACCCAGTCTCCAGCAATCATGTCTGCGTCTCCAGGGGCGAAG
 R  G  Q  I  V  L  T  Q  S  P  A  I  M  S  A  S  P  G  E  K

                    •          •        150          •        180
GTCACCATGACCTGCAGTGGCAGCTCAAGTGTAAGTTTCATGTACTGGTACCAGCAGAGG
 V  T  M  T  C  S̲ ̲G̲ ̲S̲ ̲S̲ ̲S̲ ̲V̲ ̲S̲ ̲F̲ ̲M̲ ̲Y̲  W  Y  Q  Q  R

                    •          •        210          •        240
CCAGGATCCTCCCCCAGACTCCTGATTTATGACACATCCAACCTGGCTTCTGGAGTCCCT
 P  G  S  S  P  R  L  L  I  Y  D̲ ̲T̲ ̲S̲ ̲N̲ ̲L̲ ̲A̲ ̲S̲  G  V  P

                    •          •        270          •        300
GTTCGCTTCAGTGGCAGTGGGTCTGGGACCTCTTACTCTCTCACAATCAGCCGAATGGAG
 V  R  F  S  G  S  G  S  G  T  S  Y  S  L  T  I  S  R  M  E

                    •          •        330          •        360
GCTGAAGATGCTGCCACTTATTACTGCCAGCAGTGGAGTACTTACCCGCTCACGTTCGGT
 A  E  D  A  A  T  Y  Y  C̲ ̲Q̲ ̲Q̲ ̲W̲ ̲S̲ ̲T̲ ̲Y̲ ̲P̲ ̲L̲ ̲T̲  F  G

GCTGGGACCAAGCTGGAGCTGAAA
 A  G  T  K  L  E  L  K
```

## FIGURE 23A

```
                    •          •         30          •         60
ATGGCTGTCTTGGGGCTGCTCTTCTGCCTGGTGACATTCCCAAGCTGTGTCCTATCCCAG
 M  A  V  L  G  L  L  F  C  L  V  T  F  P  S  C  V  L  S  Q

                    •          •         90          •        120
GTGCAGCTGAAGCAGTCAGGACCTGGCCTAGTGCAGCCCTCACAGAGCCTGTCCATCACC
 V  Q  L  K  Q  S  G  P  G  L  V  Q  P  S  Q  S  L  S  I  T

                    •          •        150          •        180
TGCACAGTCTCTGGTTTCTCAGTAACAAGTTATGGTGTACACTGGATTCGCCAGTCTCCA
 C  T  V  S  G  F  S  V  T  S̲ ̲Y̲ ̲G̲ ̲V̲ ̲H̲  W  I  R  Q  S  P

                    •          •        210          •        240
GGAAAGGGTCTGGAGTGGCTGGGAGTGATATGGAGTGGTGGAAGCACAGACTATAATGCA
 G  K  G  L  E  W  L  G  V̲ ̲I̲ ̲W̲ ̲S̲ ̲G̲ ̲G̲ ̲S̲ ̲T̲ ̲D̲ ̲Y̲ ̲N̲ ̲A̲

                    •          •        270          •        300
GCTTTCATATCCAGACTGACCATCAGCAAGGACAACTCCAAGAGCCAAGTTTTCTTTAAA
 A̲ ̲F̲ ̲I̲ ̲S̲  R  L  T  I  S  K  D  N  S  K  S  Q  V  F  F  K

                    •          •        330          •        360
GTGAACAGTCTGCAACCTGCTGACACAGCCATATACTATTGTGCCAGAGCTGGGGACTAT
 V  N  S  L  Q  P  A  D  T  A  I  Y  Y  C  A  R  A̲ ̲G̲ ̲D̲ ̲Y̲

                    •          •        390          •
AATTACGACGGTTTTGCTTACTGGGGCCAAGGGACTCTGGTCACTGTCTCTGCG
 N̲ ̲Y̲ ̲D̲ ̲G̲ ̲F̲ ̲A̲ ̲Y̲  W  G  Q  G  T  L  V  T  V  S  A
```

## FIGURE 23B



**FIGURE 24A**



**FIGURE 24B**



FIGURE 25

```
 1      D  I  Q  M  T  Q  S  P  S  S  L  S  V  S  V  G  D  R  V  T
 1      D  I  Q  M  T  Q  S  P  S  S  L  S  A  S  V  G  D  R  V  T

21      I  T  C  Q  A  S  Q  N  V  N  A  V  L  N  W  Y  Q  Q  K  P
21      I  T  C  S  G  S  S  S  V     S  F  M  Y  W  Y  Q  Q  K  P

41      G  L  A  P  K  L  L  I  Y  G  A  S  T  R  E  A  G  V  P  S
40      G  K  A  P  K  L  L  I  Y  D  T  S  N  L  A  S  G  V  P  S

61      R  F  S  G  S  G  S  G  T  D  F  T  F  T  I  S  S  L  Q  P
60      R  F  S  G  S  G  S  G  T  D  Y  T  F  T  I  S  S  L  Q  P

81      E  D  I  A  T  Y  Y  C  Q  Q  Y  N  N  W  P  P  T  F  G  Q
80      E  D  I  A  T  Y  Y  C  Q  Q  W  S  T  Y  P  L  T  F  G  Q

101     G  T  K  V  E  V  K
100     G  T  K  V  E  V  K
```

**FIGURE 26A**

```
 1      A  V  Q  L  L  E  S  G  G  G  L  V  Q  P  G  G  S  L  R  L
 1      E  V  Q  L  L  E  S  G  G  G  L  V  Q  P  G  G  S  L  R  L

21      S  C  A  A  S  G  F  T  F  S  A  S  A  M  S  W  V  R  Q  A
21      S  C  A  A  S  G  F  T  V  T  S  Y  G  V  H  W  V  R  Q  A

41      P  G  K  G  L  E  W  V  A  W  K  Y  E  N  G  N  D  K  H  Y
41      P  G  K  G  L  E  W  V  G  V  I  W  S  G  G  S  I  D  Y

61      A  D  S  V  N  G  R  F  T  I  S  R  N  D  S  K  N  T  L  Y
60      N  A  A  F  I  S  R  F  T  I  S  R  D  N  S  K  N  T  L  Y

81      L  Q  M  N  G  L  Q  A  Z  V  S  A  I  Y  Y  C  A  R  D  A
80      L  Q  M  N  S  L  Q  A  E  D  T  A  I  Y  Y  C  A  R     A

101     G  P  Y  V  S  P  T  F  F  A  H  W  G  Q  G  T  L  V  T  V
99      G  D  Y     N  V  D  G  F  A  Y  W  G  Q  G  T  L  V  T  V

121     S  S
118     S  S
```

**FIGURE 26B**

vc13

```
       10         20         30         40         50         60
TTCTGCTGGT ACCAGTACAT GAAACTTACA CTTGAGCTGC CACTGCAGGT GATGGTGACG

       70         80         90        100
CGGTCACCCA CTGAGGCACT GAGGCTAGAT GGAGACTGGG TCATTTG
```

vc14

```
       10         20         30         40         50         60
CATGTACTGG TACCAGCAGA AGCCAGGAAA AGCTCCGAAA CTTCTGATTT ATGACACATC

       70         80         90        100        110        120
CAACCTGGCT TCTGGAGTCC CTTCCCGCTT CAGTGGCAGT GGGTCTGGGA CCGATTACAC

      130
CTTTACAATC TCTTCA
```

vc15

```
       10         20         30         40         50         60
TGTGTCTAGA AAAGTGTACT TACGTTTTAC CTCGACCTTG GTCCCTTGAC CGAACGTGAG

       70         80         90        100        110        120
CGGGTAAGTA CTCCACTGCT GGCAGTAATA AGTGGCTATA TCTTCCGGCT GAAGTGAAGA

      130
GATTGTAAAG GTGTAAT
```

vc16

```
       10         20         30         40         50         60
CACATCTAGA CCACCATGGA TTTTCAAGTG CAGATCTTCA GCTTCCTGCT AATCAGTGCC

       70         80         90        100
TCAGTCATAC TGTCCAGAGG AGATATTCAA ATGACCCAGT CTCCATCT
```

## FIGURE 27A

vc11

```
         10         20         30         40         50         60
TAGTCTGTCG ACCCACCACT CCATATCACT CCCACCCACT CGAGTCCCTT TCCAGGAGCC

         70         80         90         100        110        120
TGGCGGACCC AGTGTACACC ATAACTTGTT ACGGTGAAAC CACTGGCGGC ACAAGACAGT

         130
CTCAGAGATC CTCCTGGC
```


vc12

```
         10         20         30         40         50         60
TGGTGGGTCG ACAGACTATA ATGCAGCTTT CATATCCAGA TTTACCATCA GCAGAGACAA

         70         80         90         100        110        120
CAGCAAGAAC ACACTGTATC TCCAAATGAA TAGCCTGCAA GCCGAGGACA CAGCCATATA

TTATTG
```


wps54

```
         10         20         30         40         50         60
ACACTCTAGA CCACCATGGC TGTCTTGGGG CTGCTCTTCT GCCTGGTGAC ATTCCCAAGC

         70         80         90         100        110        120
TGTGTCCTAT CCGCTGTCCA GCTGCTAGAG AGTGGTGGCG GTCTGGTGCA GCCAGGAGGA

         130
TCTCTGAGAC
```


wps57

```
         10         20         30         40         50         60
ACACTCTAGA AGTTAGGACT CACCTGAAGA GACAGTGACC AGAGTCCCTT GGCCCCAGTA

         70         80         90         100        110
AGCAAAACCG TCGTAATTAT AGTCCCCAGC TCTGGCACAA TAATATATGG CTGTGTCC
```


**FIGURE 27B**



FIGURE 28



FIGURE 29

```
         1           5                10               15               20
  1      E M I L V E S G G  G L V K P G A S L K L
  1      E V Q L L E S G G  G L V Q P G G S L R L

                  25              30               35               40
 21      S C A A S G F T F S  [N Y G L S]  W V R Q T
 21      S C A A S G F T F S  [N Y G L S]  W V R Q A

                      45      50   52 a              55
 41      S D R R L E W V A  [S I S R G G G R I Y S]
 41      P G K G L E W V A  [S I S R G G G R I Y S]

         60              65          70               75
 60     [P D N L K G]  R F T I S R E D A K N T L Y
 60     [P D N L K G]  R F T I S R N D S K N T L Y

         80   82 a  b  c          85               90               95
 80      L Q M S S L K S E D T A L Y Y C L R  [E G]
 80      L Q M N S L Q A E D T A L Y Y C L R  [E G]

                   100 a  b  c  d  k        105              110
 97     [I Y Y A D Y G F F D V]  W G T G T T V I V
 97     [I Y Y A D Y G F F D V]  W G Q G T L V T V

                 113
112      S S
112      S S
```

**FIGURE 30A**

```
         1           5                10               15               20
  1      D I V L T Q S P A S L A V S L G Q R A T
  1      E I V M T Q S P A T L S V S P G E R A T

                  25     27 a  b  c  d          30               35
 21      I S C  [R A S Q S V S T S T Y N Y M H]  W Y
 21      L S C  [R A S Q S V S T S T Y N Y M H]  W Y

             40              45               50               55
 37      Q Q K P G Q P P K L L I K  [Y A S N L E S]
 37      Q Q K P G Q S P R L L I K  [Y A S N L E S]

             60              65               70               75
 57      G V P A R F S G S G F G T D F T L N I H
 57      G I P A R F S G S G S G T E F T L T I S

             80              85               90               95
 77      P V E E E D T V T Y Y C  [Q H S W E I P Y]
 77      R L E S E D F A V Y Y C  [Q H S W E I P Y]

                  100           105   107
 97      T F G G G T K L E I K
 97      T F G Q G T R V E I K
```

**FIGURE 30B**

```
          1         5              10             15            20
 1        Q V Q L Q Q S D A E L V K P G A S V K I
 1        Q V Q L V Q S G A E V K K P G S S V K V

                    25             30             35           40
21        S C K V S G Y T F T T [D H T I H] W M K Q R
21        S C K A S G Y T F T  [D H T I H] W M R Q A

                    45          50  52 a      55
41        P E Q G L E W F G [Y I Y P R D G H T R Y]
41        P G Q G L E W F G [Y I Y P R D G H T R Y]

          60          65             70            75
60        [S E K F K G] K A T L T A D K S A S T A Y
60        [A E K F K G] K A T I T A D E S T N T A Y

          80   82 a b c      85            90           95
80        M H L N S L T S E D S A V Y F C A R [G R]
80        M E L S S L R S E D T A V Y F C A R [G R]

                   100 a b c d        105          110
97        [D S R E R N G F A Y] W G Q G T L V T V S
97        [D S R E R N G F A Y] W G Q G T L V T V S

          113
113       A
113       S
```

**FIGURE 30C**

```
          1         5              10             15            20
 1        D I V M T Q S H K F M S T S V G D R V S
 1        D I Q M T Q S P S T L S A S V G D R V T

                 25              30             35           40
21        I T C [K A S Q D V G S A V V] W H Q Q K S
21        I T C [K A S Q D V G S A V V] W H Q Q K P

                   45          50            55           60
41        G Q S P K L L I Y [W A S T R H T] G V P D
41        G K A P K L L I Y [W A S T R H T] G V P S

                   65             70            75           80
61        R F T G S G S G T D F T L T I T N V Q S
61        R F I G S G S G T D F T L T I S S L Q P

                   85             90            95          100
81        E D L A D Y F C [Q Q Y S I F P L T] F G A
81        D D F A T Y F C [Q Q Y S I F P L T] F G Q

                  105  107
101       G T P L E L K
101       G T K L E V K
```

**FIGURE 30D**



FIGURE 31A



FIGURE 31B



**FIGURE 32A**



FIGURE 32B



FIGURE 33A



FIGURE 33B

```
                           30                          60
ATGGAGAAAGACACACTCCTGCTATGGGTCGTGCTTCTCTGGGTTCCAGGTTCCACAGGT
 M  E  K  D  T  L  L  L  W  V  L  L  L  W  V  P  G  S  T  G

                           90                         120
GACATTGTGCTGACCCAATCTCCAGCTTCTTTGGCTGTGTCTCTAGGGCAGAGGGCCACC
 D  I  V  L  T  Q  S  P  A  S  L  A  V  S  L  G  Q  R  A  T

                          150                         180
ATCTCCTGCAGAGCCAGCGAAAGTGTTGATAATTATGGCATTAGTTTTATGAACTGGTTC
 I  S  C  R  A  S  E  S  V  D  N  Y  G  I  S  F  M  N  W  F

                          210                         240
CAACAGAAACCAGGACAGCCACCCAAACTCCTCATCTATGCTGCATCCAACCAAGGATCC
 Q  Q  K  P  G  Q  P  P  K  L  L  I  Y  A  A  S  N  Q  G  S

                          270                         300
GGGGTCCCTGCCAGGTTTAGTGGCAGTGGGTCTGGGACAGACTTCAGCCTCAACATCCAT
 G  V  P  A  R  F  S  G  S  G  S  G  T  D  F  S  L  N  I  H

                          330                         360
CCTATGGAGGAGGATGATACTGCAATGTATTTCTGTCAGCAAAGTAAGGAGGTTCCGTGG
 P  M  E  E  D  D  T  A  M  Y  F  C  Q  Q  S  K  E  V  P  W

                          390
ACGTTCGGTGGAGGCACCAAGCTGGAAATCAAA
 T  F  G  G  G  T  K  L  E  I  K
```

**FIGURE 34A**

```
                           30                          60
ATGGGATGGAGCTGGATCTTTCTCTTCCTCCTGTCAGGAACTGCAGGCGTCCACTCTGAG
 M  G  W  S  W  I  F  L  F  L  L  S  G  T  A  G  V  H  S  E

                           90                         120
GTCCAGCTTCAGCAGTCAGGACCTGAGCTGGTGAAACCTGGGGCCTCAGTGAAGATATCC
 V  Q  L  Q  Q  S  G  P  E  L  V  K  P  G  A  S  V  K  I  S

                          150                         180
TGCAAGGCTTCTGGATACACATTCACTGACTACAACATGCACTGGGTGAAGCAGAGCCAT
 C  K  A  S  G  Y  T  F  T  D  Y  N  M  H  W  V  K  Q  S  H

                          210                         240
GGAAAGAGCCTTGAGTGGATTGGATATATTTATCCTTACAATGGTGGTACTGGCTACAAC
 G  K  S  L  E  W  I  G  Y  I  Y  P  Y  N  G  G  T  G  Y  N

                          270                         300
CAGAAGTTCAAGAGCAAGGCCACATTGACTGTAGACAATTCCTCCAGCACAGCCTACATG
 Q  K  F  K  S  K  A  T  L  T  V  D  N  S  S  S  T  A  Y  M

                          330                         360
GACGTCCGCAGCCTGACATCTGAGGACTCTGCAGTCTATTACTGTGCAAGAGGGCGCCCC
 D  V  R  S  L  T  S  E  D  S  A  V  Y  Y  C  A  R  G  R  P

                          390
GCTATGGACTACTGGGGTCAAGGAACCTCAGTCACCGTCTCCTCA
 A  M  D  Y  W  G  Q  G  T  S  V  T  V  S  S
```

**FIGURE 34B**



FIGURE 35

```
  1   D I Q M T Q S P S T L S A S V G D R V T
  1   D I Q M T Q S P S S L S A S V G D R V T

 21   I T C R A S Q S       I N         T W L A W Y
 21   I T C R A S E S V D N Y G I S F M N   W F

 37   Q Q K P G G A P K L L M Y K A S S L E S
 41   Q Q K P G G A P K L L I Y A A S N Q G S

 57   G V P S R F I G S G S G T E F T L T I S
 61   G V P S R F S G S G S G T D F T L T I S

 77   S L Q P D D F A T Y Y C Q Q Y N S D S K
 81   S L Q P D D F A T Y Y C Q Q S K E V P W

 97   M F G Q G T K V E V K
101   T F G Q G T K V E I K
```

FIGURE 36A


```
  1   Q V Q L V Q S G A E V K K P G S S V K V
  1   Q V Q L V Q S G A E V K K P G S S V K V

 21   S C K A S G G T F S R S A I I W V R Q A
 21   S C K A S G Y T F T D Y N M H W V R Q A

 41   P G Q G L E W M G G I V P M F G P P N Y
 41   P G Q G L E W I G Y I Y P Y N G G T G Y

 61   A Q K F Q G R V T I T A D E S T N T A Y
 61   N Q K F K S K A T I T A D E S T N T A Y

 81   M E L S S L R S E D T A F Y F C A G G Y
 81   M E L S S L R S E D T A V Y Y C A R G

101   G I Y S P E E Y N G G L V T V S S
100   R P A M D Y W G Q G T L V T V S S
```

FIGURE 36B

ma1

```
        10         20         30         40         50         60
TATATCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGAACTGCT
        70         80         90        100        110        120
GGCGTCCACT CTCAGGTTCA GCTGGTGCAG TCTGGAGCTG AGGTGAAGAA GCCTGGGAGC
       130
TCAGTGAAGG TT
```

ma2

```
        10         20         30         40         50         60
AGCCGGTACC ACCATTGTAA GGATAAATAT ATCCAATCCA TTCCAGGCCT TGGCCAGGAG
        70         80         90        100        110        120
CCTGCCTCAC CCAGTGCATG TTGTAGTCAG TGAAGGTGTA GCCAGAAGCT TTGCAGGAAA
       130
CCTTCACTGA GCT
```

ma3

```
        10         20         30         40         50         60
TGGTGGTACC GGCTACAACC AGAAGTTCAA GAGCAAGGCC ACAATTACAG CAGACGAGAG
        70         80         90        100        110
TACTAACACA GCCTACATGG AACTCTCCAG CCTGAGGTCT GAGGACACTG CA
```

ma4

```
        10         20         30         40         50         60
TATATCTAGA GGCCATTCTT ACCTGAAGAG ACAGTGACCA GAGTCCCTTG GCCCCAGTAG
        70         80         90        100        110
TCCCATAGCGG GGCGCCCTCT TGCGCAGTAA TAGACTGCAG TGTCCTCAGA C
```

## FIGURE 37A

ma5

```
        10          20          30          40          50          60
TATATCTAGA CCACCATGGA GAAAGACACA CTCCTGCTAT GGGTCCTGCCT TCTCTGGGTT

        70          80          90         100         110         120
CCAGGTTCCA CAGGTGACAT TCAGATGACC CAGTCTCCGA GCTCTCTGTC CGCATCAGTA
```

GG


ma6

```
        10          20          30          40          50          60
TCAGAAGCTT AGGAGCCTTC CCGGGTTTCT GTTGGAACCA GTTCATAAAG CTAATGCCAT

        70          80          90         100         110         120
AATTGTCGAC ACTTTCGCTG GCTCTGCATG TGATGGTGAC CCTGTCTCCT ACTGATGCGG
```

AC


ma7

```
        10          20          30          40          50          60
TCCTAAGCTT CTGATTTACG CTGCATCCAA CCAAGGCTCC GGGGTACCCT CTCGCTTCTC

        70          80          90         100         110
AGGCAGTGGA TCTGGGACAG ACTTCACTCT CACCATTTCA TCTCTGCAGC CTGATGACT
```


ma8

```
        10          20          30          40          50          60
TATATCTAGA CTTTGGATTC TACTTACGTT TGATCTCCAC CTTGGTCCCT TGACCGAACG

        70          80          90         100         110
TCCACGGAAC CTCCTTACTT TGCTGACAGT AATAGGTTGC GAAGTCATCA GGCTGCAG
```


FIGURE 37B



FIGURE 38

```
                            •            •              30             •              60
ATGGTTTCACACCTCAGATACTTGGACTTATGCTTTTTGGATTTCAGCCTCCAGAGGT
 M  V  F  T  P  Q  I  L  G  L  M  L  F  W  I  S  A  S  R  G

↓                          •              90             •             120
 GATATTGTGCTAACTCAGTCTCCAGCCACCCTGTCTGTGACTCCGGGAGATAGCGTCAGT
  D  I  V  L  T  Q  S  P  A  T  L  S  V  T  P  G  D  S  V  S

                           •             150             •             180
CTTTCCTGCAGGGCCAGCCAAAGTATTAGCAACAACCTACACTGGTATCAACAAAAATCA
 L  S  C  R  A  S  Q  S  I  S  N  N  L  H  W  Y  Q  Q  K  S

                           •             210             •             240
CATGAGTCTCCAAGGCTTCTCATCAAGTATGCTTCCCAGTCCATCTCTGGGATCCCCTCC
 H  E  S  P  R  L  L  I  K  Y  A  S  Q  S  I  S  G  I  P  S

                           •             270             •             300
AGGTTCAGTGGCAGTGGATCAGGGACAGATTTCACTCTCAGTGTCAACGGTGTGGGAGACT
 R  F  S  G  S  G  S  G  T  D  F  T  L  S  V  N  G  V  E  T

                           •             330             •             360
GAAGATTTTGGAATGTATTTCTGTCAACACACTAACAGTTGGCCTCATACGTTCGGAGGG
 E  D  F  G  M  Y  F  C  Q  Q  S  N  S  W  P  H  T  F  G  G

GGGACCAAGCTGGAAATAAAA
 G  T  K  L  E  I  K
```

**FIGURE 39A**

```
                    •            •              30             •              ↓      60
ATGGGATGGAGCTGGATCTTTCTCTTCCTCCTGTCAGGAACTGCAGGTGTCCACTCTGAG
 M  G  W  S  W  I  F  L  F  L  L  S  G  T  A  G  V  H  S  E

                           •              90             •             120
GTCCAGCTGCAACAGTCTGGACCTGAGCTGGTGAAGCCTGGAGCTTCAATGAAGATATCC
 V  Q  L  Q  Q  S  G  P  E  L  V  K  P  G  A  S  M  K  I  S

                           •             150             •             180
TGCAAGGCTTCTGTTTACTCATTCACTGGCTACACCATGAACTGGGTGAAGCAGAGCCAT
 C  K  A  S  V  Y  S  F  T  G  Y  T  M  N  W  V  K  Q  S  H

                           •             210             •             240
GGACAGAACCTTGAGTGGATTGGACTTATTAATCCTTACAATGGTGGTACTAGCTACAAC
 G  Q  N  L  E  W  I  G  L  I  N  P  Y  N  G  G  T  S  Y  N

                           •             270             •             300
CAGAAGTTCAAGGGGAAGGCCACATTAACTGTAGACAAGTCATCCAACACAGCCTACATG
 Q  K  F  K  G  K  A  T  L  T  V  D  K  S  S  N  T  A  Y  M

                           •             330             •             360
GAGCTCCTCAGTCTGACATCTGCGGACTCTGCAGTCTATTACTGTACAAGACGGGGGTTT
 E  L  L  S  L  T  S  A  D  S  A  V  Y  Y  C  T  R  R  G  F

                           •             390
CGAGACTATTCTATGGACTACTGGGGTCAAGGAACCTCAGTCACCGTCTCCTCA
 R  D  Y  S  M  D  Y  W  G  Q  G  T  S  V  T  V  S  S
```

**FIGURE 39B**

```
1     E   I   V   L   T   Q   S   P   G   T   L   S   L   S   P   G   E   R   A   T
1     E   I   V   L   T   Q   S   P   G   T   L   S   L   S   P   G   E   R   A   T

21    L   S   C   R   A   S   Q   S   V   S   S   G   Y   L   G   W   Y   Q   Q   K
21    L   S   C   R   A   S   Q   S   I   S   N   N   L   H   W   Y   Q   Q   K

41    P   G   Q   A   P   R   L   L   I   Y   G   A   S   S   R   A   T   G   I   P
40    P   G   Q   A   P   R   L   L   I   K   Y   A   S   Q   S   I   S   G   I   P

61    D   R   F   S   G   S   G   S   G   T   D   F   T   L   T   I   S   R   L   E
60    D   R   F   S   G   S   G   S   G   T   D   F   T   L   T   I   S   R   L   E

81    P   E   D   F   A   V   Y   Y   C   Q   Q   Y   G   S   L   G   R   T   F   G
80    P   E   D   F   A   V   Y   Y   C   Q   Q   S   N   S   W   P   H   T   F   G

101   Q   G   T   K   V   E   I   K
100   Q   G   T   K   V   E   I   K
```

FIGURE 40A

```
1     Q   V   Q   L   M   Q   S   G   A   E   V   K   K   P   G   S   S   V   R   V
1     Q   V   Q   L   V   Q   S   G   A   E   V   K   K   P   G   S   S   V   R   V

21    S   C   K   T   S   G   G   T   F   V   D   Y   K   G   L   W   V   R   Q   A
21    S   C   K   A   S   G   Y   S   F   T   G   Y   T   M   N   W   V   R   Q   A

41    P   G   K   G   L   E   W   V   G   Q   I   P   L   R   F   N   G   E   V   K
41    P   G   K   G   L   E   W   V   G   L   I   N   P   Y   N   G   G   T   S   Y

61    N   P   G   S   V   V   R   V   S   V   S   L   K   P   S   F   N   Q   A   H
61    N   Q   K   F   K   G   R   V   T   V   S   L   K   P   S   F   N   Q   A   Y

81    M   E   L   S   S   L   F   S   E   D   T   A   V   Y   Y   C   A   R   E   Y
81    M   E   L   S   S   L   F   S   E   D   T   A   V   Y   Y   C   T   R   D

101   G   F   D   T   S   D   Y   Y   Y   Y   Y   W   G   Q   G   T   L   V   T   V
100   G   F               R   D   Y   S   M   D   Y   W   G   Q   G   T   L   V   T   V

121   S   S
118   S   S
```

FIGURE 40B

```
jb16
         10        20        30        40        50        60
    TAGATCTAGA CCACCATGGT TTTCACACCT CAGATACTAG GACTCATGCT CTTCTGGATT

         70        80        90        100       110       120
    TCAGCCTCCA GAGGTGAAAT TGTGCTAACT CAGTCTCCAG GCACCCTAAG CTTATCACCG

    GGAGAAAGG


jb17
         10        20        30        40        50        60
    TAGACAGAAT TCACGCGTAC TTGATAAGTA GACGTGGAGC TTGTCCAGGT TTTTGTTGGT

         70        80        90        100       110       120
    ACCAGTGTAG GTTGTTGCTA ATACTTTGGC TGGCCCTGCA GGAAAGTGTA GCCCTTTCTC

    CCGGTGAT


jb18
         10        20        30        40        50        60
    AAGAGAATTC ACGCGTCCCA GTCCATCTCT GGAATACCCG ATAGGTTCAG TGGCAGTGGA

         70        80        90        100       110
    TCAGGGACAG ATTTCACTCT CACAATAAGT AGGCTCGAGC CGGAAGATTT TGC


jb19
         10        20        30        40        50        60
    TAGATCTAGA GTTGAGAAGA CTACTTACGT TTTATTTCTA CCTTGGTCCC TTGTCCGAAC

         70        80        90        100       110
    GTATGAGGCC AACTGTTACT CTGTTGACAA TAATACACAG CAAAATCTTC CGGCTC
```

**FIGURE 41A**

```
jb20
        10          20          30          40          50          60
   TATATCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGAACTGCA

        70          80          90         100         110         120
   GGTGTCCACT CTCAAGTCCA ACTGGTACAG TCTGGAGCTG AGGTTAAAAA GCCTGGAAGT

       130
   TCAGTAAGAG TTTC
```

```
jb21
        10          20          30          40          50          60
   TATATAGGTA CCACCATTGT AAGGATTAAT AAGTCCAACC CACTCAAGTC CTTTTCCAGG

        70          80          90         100         110         120
   TGCCTGTCTC ACCCAGTTCA TGGTATACCC AGTGAATGAG TATCCGGAAG CTTTGCAGGA

       130
   AACTCTTACT GAAC
```

```
jb22
        10          20          30          40          50          60
   TATATAGGTA CCAGCTACAA CCAGAAGTTC AAGGGCACAG TTACAGTTC TTTGAAGCCT

        70          80          90         100         110
   TCATTTAACC AGGCCTACAT GGAGCTCAGT AGTCTGTTTT CTGAAGACAC TGCAGT
```

```
jb23
        10          20          30          40          50          60
   TATATCTAGA GGCCATTCTT ACCTGAGGAG ACGGTGACTA AGGTTCCTTG ACCCCAGTAG

        70          80          90         100         110
   TCCATAGAAT AGTCTCGAAA CCCCCGTCTT CTACAGTAAT AGACTGCAGT GTCTTC
```

# FIGURE 41B



FIGURE 42

```
                •           •          30           •          •          60
ATGCATCAGACCAGCATGGGCATCAAGATGGAATCACAGACTCTGGTCTTCATATCCATA
 M  H  Q  T  S  M  G  I  K  M  E  S  Q  T  L  V  F  I  S  I

                •           •          90           •          •         120
CTGCTCTGGTTATATGGTGCTCATGGGACATTGTTATGACCCAATCTCCCAAATCCATG
 L  L  W  L  Y  G  A  D  G  N  I  V  M  T  Q  S  P  K  S  M

                •           •         150           •          •         180
TACGTGTCAATAGGAGAGAGGGTCACCTTGAGCTGCAAGGCCAGTGAAAATGTGGATACT
 Y  V  S  I  G  E  R  V  T  L  S  C  K  A  S  E  N  V  D  T

                •           •         210           •          •         240
TATGTATCCTGGTATCAACAGAAACCAGAGCAGTCTCCTAAACTGCTGATATATGGGGCA
 Y  V  S  W  Y  Q  Q  K  P  E  Q  S  P  K  L  L  I  Y  G  A

                •           •         270           •          •         300
TCCAACCGGTACACTGGGGTCCACGATCGCTTCACGGGCAGTGGATCTGCAACAGATTTC
 S  N  R  Y  T  G  V  H  D  R  F  T  G  S  G  S  A  T  D  F

                •           •         330           •          •         360
ACTCTGACCATCAGCAGTGTGCAGGCTGAAGACCTTGCAGATTATCACTGTGGACAGAGT
 T  L  T  I  S  S  V  Q  A  E  D  L  A  D  Y  H  C  G  Q  S

                •           •         390
TACAACTATCCATTCACGTTCGGCTCGGGGACAAAGTTGGAAATAAAG
 Y  N  Y  P  F  T  F  G  S  G  T  K  L  E  I  K
```

FIGURE 43A

```
                •              •              30              •              60
ATGACATCACTGTTCTCTCTACAGTTACCGGAGCACACAGGACCTCGCCATGGGATGGAGC
 M  T  S  L  F  S  L  Q  L  P  S  T  Q  D  L  A  M  G  W  S

                •              •              90              •              120
TGTATCATCCTCTTCTTGGTAGCAACAGCTACAGGTGTCCTCTCCCAGGTCCAACTGCAG
 C  I  I  L  F  L  V  A  T  A  T  G  V  L  S  Q  V  Q  L  Q

                •              •              150             •              180
CAGCCTGGGGCTGACCTTGTGATGCCTGGGGCTCCAGTGAAGCTGTCCTGCTTGGCTTCT
 Q  P  G  A  D  L  V  M  P  G  A  P  V  K  L  S  C  L  A  S

                •              •              210             •              240
GGCTACATCTTCACCAGCTCCTGGATAAACTGGGTGAAGCAGAGGCCTGGACGAGGCCTC
 G  Y  I  F  T  S̲  S̲  W̲  I̲  N̲  W  V  K  Q  R  P  G  R  G  L

                •              •              270             •              300
GAGTGGATTGGAAGGATTGATCCTTCCGATGGTGAAGTTCACTACAATCAAGATTTCAAG
 E  W  I  G̲  R̲  I̲  D̲  P̲  S̲  D̲  G̲  E̲  V̲  H̲  Y̲  N̲  Q̲  D̲  F̲  K̲

                •              •              330             •              360
GACAAGGCCACACTGACTGTAGACAAATCCTCCAGCACAGCCTACATCCAACTCAACAGC
 D̲  K  A  T  L  T  V  D  K  S  S  S  T  A  Y  I  Q  L  N  S

                •              •              390             •              420
CTGACATCTGAGGACTCTGCGGTCTATTACTGTGCTAGAGGATTTCTGCCCTGGTTTGCT
 L  T  S  E  D  S  A  V  Y  Y  C  A  R  G̲  F̲  L̲  P̲  W̲  F̲  A̲

                •              •              450
GACTGGGGCCAAGGGACTCTGGTCACTGTCTCTGCA
 D̲  W  G  Q  G  T  L  V  T  V  S  A
```

## FIGURE 43B

```
 1    D I Q M T Q S P S T L S A S V G D R V T
 1    D I Q M T Q S P S T L S A S V G D R V T

21    I T C R A S Q S I N T W L A W Y Q Q K P
21    I T C K A S E N V D T Y V S W Y Q Q K P

41    G K A P K L L M Y K A S S L E S G V P S
41    G K A P K L L I Y G A S N R Y T G V P S

61    R F I G S G S G T E F T L T I S S L Q P
61    R F S G S G S G T D F T L T I S S L Q P

81    D D F A T Y Y C Q Q Y N S D S K M F G
81    D D F A T Y Y C G Q S Y N   Y P F T F G

100   Q G T K V E V K
100   Q G T K V E V K
```

**FIGURE 44A**

```
 1    Q V Q L V Q S G A E V K K P G S S V K V
 1    Q V Q L V Q S G A E V K K P G S S V K V

21    S C K A S G G T F S R S A I I W V R Q A
21    S C K A S G Y I F T S S W I N W V R Q A

41    P G Q G L E W M G G I V P M F G P P N Y
41    P G Q G L E W M G R I D P S D G E V H Y

61    A Q K F Q G R V T I T A D E S T N T A Y
61    N Q D F K D R V T I T A D E S T N T A Y

81    M E L S S L R S E D T A F Y F C A G G Y
81    M E L S S L R S E D T A V Y Y C A R G F

101   G I Y S P E E Y N G G L V T V S S
101   L P W F A D W G Q G L V T V S S
```

**FIGURE 44B**

```
rh10
         10         20         30         40         50         60
TTTTTTCTAG ACCACCATGG AGACCGATAC CCTCCTGCTA TGGGTCCTCC TGCTATGGGT

         70         80         90        100        110
CCCAGGATCA ACCGGAGATA TTCAGATGAC CCAGTCTCCG TCGACCCTCT CTGCT


rh11
         10         20         30         40         50         60
TTTTAAGCTT GGGAGCTTTG CCTGGCTTCT GCTGATACCA GGATACATAA GTATCCACAT

         70         80         90        100        110        120
TTTCACTGGC CTTGCAGGTT ATGGTGACCC TATCCCCGAC GCTAGCAGAG AGGTTCCACG


rh12
         10         20         30         40         50         60
TTTTAAGCTT CTAATTTATG GGGCATCCAA CCGGTACACT GGGGTACCTT CACGCTTCAG

         70         80         90        100        110
TGGCAGTGGA TCTGGGACCG ATTTCACCCT CACAATCAGC TCTCTGCAGC CAGATGAT


rh13
         10         20         30         40         50         60
TTTTTTCTAG AGCAAAAGTC TACTTACGTT TGACCTCCAC CTTGGTCCCC TGACCGAACG

         70         80         90        100        110        120
TGAATGGATA GTTGTAACTC TGTCCGCAGT AATAAGTGGC GAAATCATCT GGCTCCAGAG
```

FIGURE 45A

rh20

```
      10          20          30          40          50          60
TTTTTCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGTACCGCG

      70          80          90          100         110
GGCGTGCACT CTCAGGTCCA GCTTGTCCAG TCTGGGGCTG AAGTCAAGAA ACCT
```

rh21

```
      10          20          30          40          50          60
TTTTGAATTC TCGAGACCCT GTCCAGGGGC CTGCCTTACC CAGTTTATCC AGGAGCTAGT

      70          80          90          100         110         120
AAAGATGTAG CCAGAAGCTT TGCAGGAGAC CTTCACGGAG CTCCCAGGTT TCTTGACTTC

A
```

rh22

```
      10          20          30          40          50          60
TTTTGAATTC TCGAGTGGAT GGGAAGGATT GATCCTTCCG ATGGTGAAGT TCACTACAAT

      70          80          90          100         110         120
CAAGATTTCA AGGACCGTGT TACAATTACA GCAGACGAAT CCACCAATAC AGCCTACATG

      130
GAACTGAGCA GCCTGAG
```

rh23

```
      10          20          30          40          50          60
TTTTTCTAGA GGTTTTAAGG ACTCACCTGA GGAGACTGTG ACCAGGGTTC CTTGGCCCCA

      70          80          90          100         110         120
GTCAGCAAAC CAGGGCAGAA ATCCTCTTGC ACAGTAATAG ACTGCAGTGT CCTCTGATCT

      130
CAGGCTGCTC AGTT
```

## FIGURE 45B



FIGURE 46

5,693,761

1

## POLYNUCLEOTIDES ENCODING IMPROVED HUMANIZED IMMUNOGLOBULINS

### CROSS-REFERENCE TO RELATED APPLICATIONS

This is a Division of application Ser. No. 07/634,278 filed Dec. 19, 1990 issued 25 Jun. 1996 as U.S. Pat. No. 5,530, 101, which is a continuation-in-part application of commonly assigned patent application U.S. Ser. No. 07/590,274, filed Sep. 28, 1990 (now abandoned) and of U.S. Ser. No. 07/310,252, filed Feb. 13, 1989 (now abandoned), which is a continuation-in-part of U.S. Ser. No. 07/290,975, filed Dec. 28, 1988 (now abandoned). All of these applications are specifically incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention relates generally to the combination of recombinant DNA and monoclonal antibody technologies for developing novel therapeutic agents and, more particularly, to the production of non-immunogenic antibodies having strong affinity for a predetermined antigen.

### BACKGROUND OF THE INVENTION

The advent of monoclonal antibody technology in the mid 1970's heralded a new age of medicine. For the first time, researchers and clinicians had access to essentially unlimited quantities of uniform antibodies capable of binding to a predetermined antigenic site and having various immunological effector functions. These proteins, known as "monoclonal antibodies" were thought to hold great promise in, e.g., the removal of harmful cells in vivo. Indeed, the clinical value of monoclonal antibodies seemed limitless for this use alone.

Unfortunately, the development of appropriate therapeutic products based on these proteins has been severely hampered by a number of drawbacks inherent in monoclonal antibody production. For example, most monoclonal antibodies are mouse derived, and thus do not fix human complement well. They also lack other important immunoglobulin functional characteristics when used in humans.

Perhaps most importantly, non-human monoclonal antibodies contain substantial stretches of amino acid sequences that will be immunogenic when injected into a human patient. Numerous studies have shown that after injection of a foreign antibody, the immune response mounted by a patient can be quite strong, essentially eliminating the antibody's therapeutic utility after an initial treatment. Moreover, as increasing numbers of different mouse or other antigenic (to humans) monoclonal antibodies can be expected to be developed to treat various diseases, after one or several treatments with any non-human antibodies, subsequent treatments, even for unrelated therapies, can be ineffective or even dangerous in themselves, because of cross-reactivity.

While the production of so called "chimeric antibodies" (e.g., mouse variable regions joined to human constant regions) has proven somewhat successful, a significant immunogenicity problem remains. Moreover, efforts to immortalize human B-cells or generate human hybridomas capable of producing human immunoglobulins against a desired antigen have been generally unsuccessful, particularly with many important human antigens. Most recently, recombinant DNA technology has been utilized to produce immunoglobulins which have human framework regions combined with complementary determining regions (CDR's) from a donor mouse or rat immunoglobulin (see, e.g., EPO Publication No. 0239400, which is incorporated herein by reference). These new proteins are called "reshaped" or "humanized" immunoglobulins and the process by which the donor immunoglobulin is converted into a human-like immunoglobulin by combining its CDR's with a human framework is called "humanization". Humanized antibodies are important because they bind to the same antigen as the original antibodies, but are less immunogenic when injected into humans.

However, a major problem with present humanization procedures has been a loss of affinity for the antigen (Jones et al., Nature, 321, 522–525 (1986)), in some instances as much as 10-fold or more, especially when the antigen is a protein (Verhoeyen et al., Science, 239, 1534–1536 (1988)). Loss of any affinity is, of course, highly undesirable. At the least, it means that more of the humanized antibody will have to be injected into the patient, at higher cost and greater risk of adverse effects. Even more critically, an antibody with reduced affinity may have poorer biological functions, such as complement lysis, antibody-dependent cellular cytotoxicity, or virus neutralization. For example, the loss of affinity in the partially humanized antibody HuVHCAMP may have caused it to lose all ability to mediate complement lysis (see, Riechmann et al., Nature, 332, 323–327 (1988); Table 1).

Thus, there is a need for improved means for producing humanized antibodies specifically reactive with strong affinity to a predetermined antigen. These humanized immunoglobulins should remain substantially non-immunogenic in humans, yet be easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

### SUMMARY OF THE INVENTION

The present invention provides novel methods for preparing humanized immunoglobulin chains having generally one or more complementarity determining regions (CDR's) from a donor immunoglobulin and a framework region from a human immunoglobulin. The preferred methods comprise first comparing the framework or variable region amino acid sequence of the donor immunoglobulin to corresponding sequences in a collection of human immunoglobulin chains, and selecting as the human immunoglobulin one of the more homologous sequences from the collection. The human immunoglobulin, or acceptor immunoglobulin, sequence is typically selected from a collection of at least 10 to 20 immunoglobulin variable region sequences, and usually will have the highest homology to the donor immunoglobulin sequence of any sequence in the collection. The human immunoglobulin framework sequence will typically have about 65 to 70% homology or more to the donor immunoglobulin framework sequences. The donor immunoglobulin may be either a heavy chain or light chain, and the human collection will contain the same kind of chain. A humanized light and heavy chain can be used to form a complete humanized immunoglobulin or antibody, having two light/ heavy chain pairs, with or without partial or full-length human constant regions.

To form the humanized variable region, amino acids in the human acceptor sequence will be replaced by the corresponding amino acids from the donor sequence if they are in the category

(1) the amino acid is in a CDR.

In another embodiment of the present invention, either in conjunction with the above comparison step or separately,

5,693,761

3

additional amino acids in the acceptor immunoglobulin chain may be replaced with amino acids from the CDR-donor immunoglobulin chain. More specifically, further optional substitutions of a human framework amino acid of the acceptor immunoglobulin with the corresponding amino acid from a donor immunoglobulin will be made at positions which fall in one or more of the following categories:

(2) the amino acid in the human framework region of the acceptor immunoglobulin is rare for that position and the corresponding amino acid in the donor immunoglobulin is common for that position in human immunoglobulin sequences; or

(3) the amino acid is immediately adjacent to one of the CDR's; or

(4) the amino acid is predicted to be within about 3 Å of the CDR's in a three-dimensional immunoglobulin model and capable of interacting with the antigen or with the CDR's of the donor or humanized immunoglobulin.

Moreover, an amino acid in the acceptor sequence may optionally be replaced with an amino acid typical for human sequences at that position if

(5) the amino acid in the acceptor immunoglobulin is rare for that position and the corresponding amino acid in the donor immunoglobulin is also rare, relative to other human sequences.

The humanized immunoglobulin chain will typically comprise at least about 3 amino acids from the donor immunoglobulin in addition to the CDR's, usually at least one of which is immediately adjacent to a CDR in the donor immunoglobulin. The heavy and light chains may each be designed by using any one or all three of the position criteria.

When combined into an intact antibody, the humanized light and heavy chains of the present invention will be substantially non-immunogenic in humans and retain substantially the same affinity as the donor immunoglobulin to the antigen (such as a protein or other compound containing an epitope). These affinity levels can vary from about $10^8$ $M^{-1}$ or higher, and may be within about 4 fold, preferably within about 2 fold of the donor immunoglobulin. Ideally, the humanized antibodies will exhibit affinity levels at least about 60 to 90% of the donor immunoglobulin's original affinity to the antigen.

Once designed, the immunoglobulins, including binding fragments and other immunoglobulin forms, of the present invention may be produced readily by a variety of recombinant DNA or other techniques. Preferably, polynucleotides encoding the desired amino acid sequences are produced synthetically and by joining appropriate nucleic acid sequences, with ultimate expression in transfected cells. Notably, the methods of the present invention maximize the likelihood of producing humanized immunoglobulins with optimum binding characteristics without the need for producing intermediate forms that may display stepwise improvements in binding affinity. The humanized immunoglobulins will be particularly useful in treating human disorders susceptible to monoclonal antibody therapy, but find a variety of other uses as well.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1A and FIG. 1B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:1 and 2) and heavy chain (B) (SEQ ID NOS:3 and 4) variable regions of the mouse anti-Tac antibody (upper lines), compared with the human Eu antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined.

4

Residues in the Eu antibody framework replaced with mouse amino acids in the humanized antibody are double underlined. The number of the first position on each line is given on the left.

FIG. 2A and FIG. 2B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:46 and 47) and heavy chain (B) (SEQ ID NOS:48 AND 49) variable regions of the mouse Fd79 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 3A and FIG. 3B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:50 and 51) and heavy chain (B) (SEQ ID NOS:52 and 53) variable regions of the mouse Fd138-80 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 4A and FIG. 4B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:54 and 55) and heavy chain (B) (SEQ ID NOS:56 and 57) variable regions of the mouse M195 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 5A and FIG. 5B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:58 and 59) and heavy chain (B) (SEQ ID NOS:60 and 61) variable regions of the mouse mik-β1 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 6A and FIG. 6B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:62 and 63) and heavy chain (B) (SEQ ID NOS:64 and 65) variable regions of the mouse CMV5 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 7A through FIG. 7D. Fluorocytometry of HUT-102 and Jurkat cells stained with anti-Tac antibody or humanized anti-Tac antibody followed respectively by fluorescein-conjugated goat anti-mouse Ig antibody or goat anti-human Ig antibody, as labeled. In each panel, the dotted curve shows the results when the first antibody was omitted, and the solid curve the results when the first and second (conjugated) antibodies were included as described.

FIG. 8A and FIG. 8B. (A) Fluorocytometry of HUT-102 cells stained with 0–40 ng of anti-Tac as indicated, then with biotinylated anti-Tac, and then with phycoerythrin-conjugated avidin. (B) Fluorocytometry of HUT-102 cells

5,693,761

| 5 | 6 |

stained with the indicated antibody, then with biotinylated anti-Tac, and then with phycoerythrin-conjugated avidin.

FIG. 9A and FIG. 9B. Schematic diagram of the plasmids pVg1 (A) and pVk (B). The plasmid pVg1 was constructed from the following fragments: an approximately 4850 base pair BamHI-EcoRI fragment from the plasmid pSV2hph containing the amp and hyg genes; a 630-pb fragment containing the human cytomegalovirus IE1 gene promoter and enhancer flanked at the 5' and 3' by EcoR1 and Xba1 linkers respectively; and a 2800 bp XbaI-BamHI fragment containing the human gamma-1 constant region gene with 215 bp of the preceding intron and the poly(A) signal. The plasmid pVk was similarly constructed, with a 1530-bp human kappa constant region gene replacing the gamma-1 gene and the gpt replacing the hyg gene.

FIG. 10A and FIG. 10B. Amino acid sequences of the heavy (A) (SEQ ID NOS:5 and 6) and light (B) (SEQ ID NOS:7 and 8) chain variable regions of the PDL and CDR-only humanized anti-Tac antibodies. The PDL sequence is shown on the upper line, the CDR-only sequence below. Amino acid differences are boxed. Complementarity Determining Regions (CDR's) are underlined.

FIG. 11A and FIG. 11B. Double-stranded DNA sequence of fragments encoding the heavy (A) (SEQ ID NO:9) and light (B) (SEQ ID NO:10) chain variable regions of the CDR-only humanized anti-Tac antibody including signal sequences. Oligonucleotides used for gene synthesis are marked by solid lines: above, for oligonucleotides from upper strand, and below, for oligonucleotides from lower strand. Restriction sites used for cloning are underlined.

FIG. 12. FACS analysis of HUT-102 cells stained with PDL and CDR-only humanized anti-Tac antibodies and negative control antibody Fd79.

FIG. 13. Competition by mouse, PDL humanized, and CDR-only humanized anti-Tac antibodies with binding of radioiodinated mouse anti-Tac antibody to HUT-102 cells.

FIG. 14. Scheme for anchored polymerase chain reaction (PCR) cloning of the heavy and light chain variable domain cDNAs. RNA was prepared from about $10^7$ hybridoma cells using the hot phenol extraction method. Briefly, cells were resuspended and vortexed in 1 ml of RNA extraction buffer (50 mM sodium acetate pH 5.2/1% SDS), extracted with 0.5 ml of phenol pH 5.2 at 65° C. for 15 min, followed by another 15 min on ice. The aqueous phase was recovered and precipitated twice with ethanol. cDNA was synthesized from 10 ug of total RNA using reverse transcriptase (BRL, Bethesda, Md.) and oligo-dT$_{12-18}$ (Pharmacia, Piscatway, N.J.) as primers. A poly(dG) tail was attached to the 3' end of the cDNA using terminal deoxynucleotide transferase (BRL) (E. Y. Loh et al., *Science* 243, 217 (1989)), the variable domain genes (V) were amplified using AmpliTaq (Perkin Elmer-Cetus) with the primer mc045 (TAATCTAGAATTCCCCCCCCCCCCCCCCC) (SEQ ID NO:11) that hybridized to the poly(dG) tails and primers that hybridized to the constant region genes (C). For the light chain, the primer used was mc045 (TATAGAGCTCAAGCTTGGATGGTGGGAAGATGGA-TACAGTTGGTGC) (SEQ ID NO:12). For the heavy chain, the primer used was mc047 (TATAGAGCTCAAGCTTCCAGTGGATAGAC(CAT) GATGGGG(GC)TGT(TC)GTTTTGGC) (SEQ ID NO:13). The sequence in parenthesis indicates a base degeneracy. The degeneracy was introduced so that the primer would be able to hybridize to most gamma chains. The amplified fragments were then digested with EcoRI and HindIII and cloned into pUC18 vector for sequencing.

FIG. 15. Comparison of sequences of anti-Tac heavy chain (upper lines) (SEQ ID NO:14) and Eu heavy chain (lower lines) (SEQ ID NO:15). The 1-letter code for amino acids is used. The first amino acid on each line is numbered at the left. Identical amino acids in the two sequences are connected by lines. The 3 CDRs are underlined. Other amino acid positions for which the anti-Tac amino acid rather than the Eu amino acid was used in the humanized anti-Tac heavy chain are denoted by an *.

FIG. 16. Comparison of sequences of anti-Tac light chain (upper lines) (SEQ ID NO:16) and Eu light chain (lower lines) (SEQ ID NO:17). The single-letter code for amino acids is used. The first amino acid on each line is numbered at the left. Identical amino acids in the two sequences are connected-by lines. The 3 CDRs are underlined. Other amino acid positions for which the anti-Tac amino acid rather than the Eu amino acid was used in the humanized anti-Tac heavy chain are denoted by an *.

FIG. 17. Nucleotide sequence of the gene for the humanized anti-Tac heavy chain variable region gene (SEQ ID NOS:18 and 19). The translated amino acid sequence for the part of the gene encoding protein is shown underneath the nucleotide sequence. The nucleotides TCTAGA at the beginning and end of the gene are Xba I sites. The mature heavy chain sequence begins with amino acid #20 Q.

FIG. 18. Nucleotide sequence of the gene for the humanized anti-Tac light chain variable region gene (SEQ ID NOS:20 and 21). The translated amino acid sequence for the part of the gene encoding protein is shown underneath the nucleotide sequence. The nucleotides TCTAGA at the beginning and end of the gene are Xba I sites. The mature light chain sequence begins with amino acid #21 D.

FIG. 19A and FIG. 19B. (A) Sequences of the four oligonucleotides (SEQ ID NOS:22, 23, 24, and 25) used to synthesize the humanized anti-Tac heavy chain gene, printed 5' to 3'. (B) Relative positions of the oligonucleotides. The arrows point in the 3' direction for each oligonucleotide.

FIG. 20A and FIG. 20B. (A) Sequences of the four oligonucleotides (SEQ ID NOS:26, 27, 28, and 29) used to synthesize the humanized anti-Tac light chain gene, printed 5' to 3'. (B) Relative positions of the oligonucleotides. The arrows point in the 3' direction for each oligonucleotide. The position of a Hind III site in the overlap of JFD2 and JFD3 is shown.

FIG. 21. Schematic diagram of the plasmid pHuGTAC1 used to express the humanized anti-Tac heavy chain. Relevant restriction sites are shown, and coding regions of the heavy chain are displayed as boxes. The direction of transcription from the immunoglobulin (Ig) promoter is shown by an arrow. E$_H$=heavy chain enhancer, Hyg=hygromycin resistance gene.

FIG. 22. Schematic diagram of the plasmid pHuLTAC used to express the humanized anti-Tac light chain. Relevant restriction sites are shown, and coding regions of the light chain are displayed as boxes. The direction of transcription from the Ig promoter is shown by an arrow.

FIG. 23A and FIG. 23B. Sequences of the cDNA and translated amino acid sequences of the light chain (A) (SEQ ID NOS:30 and 31) and heavy chain (B) (SEQ ID NOS:32 and 33) variable regions of the antibody mik-β1. The CDR sequences are underlined. The mature light chain protein begins with amino acid 23 Q and the mature heavy chain protein with amino acid 20 Q, preceded by the respective signal sequences.

FIG. 24A and FIG. 24B. Schematic diagram of the plasmids pVg1-dhfr (A) and pVk (B). The plasmid pVg1-

5,693,761

7

dhfr contains the following parts: an approximately 4200 base pair BamHI-EcoRI fragment containing the amp and dhfr genes; a 630-bp fragment containing the human cytomegalovirus IE1 gene promoter and enhancer (Boshart et al., *Cell* 41, 521 (1985), which is incorporated herein by reference) flanked at the 5' and 3' ends by EcoRI and XbaI linkers respectively; and a 2800 bp XbaI-BamHI fragment containing the human gamma-1 constant region gene with 215 bp of the preceding intron and the poly(A) signal. The plasmid pVk was similarly constructed, with a 1530-bp human kappa constant region gene replacing the gamma-1 gene and the gpt gene replacing the dhfr gene. The plasmids were constructed from the indicated parts using methods well-known in the art (see, Maniatis et al., *Molecular Cloning: A Laboratory Manual*, 2nd ed., Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y. (1989) and commonly assigned PCT Publication No. WO 89/09622, published Oct. 19, 1989. For example, pVg1-dhfr was constructed from the plasmid pVg1 by replacing the Hind III-Bgl II fragment containing the hyg gene with a 660 bp fragment containing the dhfr gene and extending to a Bgl II site (Simonsen et al., *Proc. Natl. Acad. Sci. USA* 80, 2495 (1983)).

FIG. 25. Fluorocytometry of YTJB cells stained with (‒) Isotype matched control antibody, (- - -) humanized mik-β1 antibody, ( . . . ) chimeric mik-β1 antibody. Cells were suspended in FACS buffer (PBS+2% BSA+0.1% azide) at approximately 5×10⁶/ml. 100 ul of cell suspension was transferred to a polystyrene tube and incubated with 100 ng of purified antibody on ice for 30 min. The cells were washed with FACS buffer and incubated with goat anti-human Ig antibody on ice for another 30 min. Then the cells were washed and incubated with FITC labeled rabbit anti-goat Ig antibody for 30 min. The cells were washed again and finally resuspended in PBS+1% paraformaldehyde. Cells were analyzed on a FACSmate (Becton Dickinson).

FIG. 26A and FIG. 26B. Amino acid sequences of the light chain (A) (SEQ ID NOS:34 and 35) and the heavy chain (B) (SEQ ID NOS:36 and 37) of the humanized mik-β1 antibody, (lower lines) and human Lay antibody (upper lines), not including signal sequences. The three CDRs in each chain are underlined. Amino acids in the framework that have been replaced with mouse amino acids or consensus human amino acids in the humanized antibody are double underlined.

FIG. 27A and FIG. 27B. Oligonucleotides used in the construction of the humanized mik-β1 heavy chain (B) (SEQ ID NOS:42, 43, 44, and 45) and light chain (A) (SEQ ID NOS:38, 39, 40, and 41). The following pairs of oligonucleotides were mixed, extended with sequenase and cut with the indicated enzymes before ligation into the pBluescriptII ks (+) vector: wps54 and vc11 with Xba I and Sal I, vc12 and wps57 with Xba I and Sal I, vc16 and vc13 with Xba I and Kpn I, vc14 and vc15 with Xba I and Kpn I. Then the wps54–vc11 and vc12–wps57 fragments were excised with Xba I and Sal I ligated together into the Xba I site of pVg1-dhfr; and the vc16–vc13 fragments and vc14–vc15 fragments were excised with Xba I and Kpn I and ligated together into the Xba I site of pVk.

FIG. 28. Competitive binding of labeled mik-β1 tracer to YTJB cells. About 10⁶ YTJB cells were incubated with 3.0 ng of radio-iodinated mouse mik-β1 antibody (6 µCi/µg) and varing amounts of either unlabeled mouse mik-β1 antibody (●) or humanized mik-β1 antibody (○) in 200 ul of binding buffer (PBS+10% fetal calf serum+0.1% NaN₃+10 µg/ml mouse monoclonal Ig). After incubation for 2 hr at 0° C. the cells were washed twice with binding buffer without mouse

8

Ig and collected by centrifugation. The radioactivity bound to cells was measured and expressed as the ratio of bound/free cpm.

FIG. 29. Inhibition of IL-2 stimulated proliferation of human PHA blasts by humanized mik-β1+humanized anti-Tac antibodies. No antibody added (□), 2 ug each of humanized mik-β1 and humanized anti-Tac added (■).

FIG. 30A through FIG. 30D. Amino acid sequences of the heavy chain (A) (SEQ ID NOS:48 and 49) and the light chain (B) (SEQ ID NOS:46 and 47) of the murine and humanized Fd79 antibodies, and the heavy chain (C) (SEQ ID NOS:52 and 53) and the light chain (D) (SEQ ID NOS:50 and 51) of the murine and humanized Fd138-80 antibodies. The sequences of the murine antibody as deduced from the cDNA (upper lines) are shown aligned with the humanized antibody sequences (lower lines). The humanized Fd79 and Fd138-80 framework sequences are derived from Pom antibody and Eu antibody, respectively. Residues are numbered according to the Kabat system (E. A. Kabat et al., Sequences of Proteins of Immunological Interest (National Institutes of Health, Bethesda, Md.) (1987). The three CDRs in each chain are boxed. Residues in the Pom or Eu framework that have been replaced with murine sequences or consensus human sequences are underlined.

FIG. 31A and FIG. 31B. Fluorocytometry of HSV-1 infected Vero cells stained with Fd79 (A) and Fd138-80 (B) antibodies. ( . . ) Isotype matched control antibody, ( . . . ) humanized antibody, (‒) chimeric antibody. Vero cells were infected with HSV-1 (Δ305 mutant (F strain)) at 3 pfu/cell overnight. Cells were trypsinized at 0.5 mg/ml for 1 minute, washed extensively with PBS and resuspended in FACS buffer (PBS+2% BSA+0.1% azide) at approximately 5×10⁶/ml. 100 ul of cell suspension was transferred to a polystyrene tube and incubated with 100 ng of purified antibody on ice for 30 min. The cells were washed with FACS buffer and incubated with FITC labeled goat anti-human antibody (Cappel) on ice for another 30 min. The cells were washed again and finally resuspended in PBS+1% paraformaldehyde. Cells were analyzed on a FACSmate (Becton Dickinson).

FIG. 32A and FIG. 32B. Neutralization of HSV-1 by Fd79 (A) and Fd138-80 (B). Serial dilutions of antibodies were mixed with 100 pfu of virus and incubated at 37° C. for 1 hr. The viruses were then inoculated onto 6-well plates with confluent Vero cells and adsorbed at 37° C. for 1 hr. Cells were overlayed with 1% agarose in medium and incubated for 4 days. Plaques were stained with neutral red.

FIG. 33A and FIG. 33B. immunostaining of infected Vero cell monolayers to examine protection of cells from viral spread in tissue culture by (A) murine or humanized Fd79, (B) murine or humanized Fd138-80. 24-well plates of confluent Vero cells were inoculated with virus at 0.1 pfu/cell and allowed to adsorb for 2 hrs. at 37° C. before adding 200 ul of 10 ug/ml antibodies in medium. At the end of 4 days, culture medium was removed and plates were dried by placing overnight in a 37° C. incubator. To detect viral antigens, each well was incubated with 200 ul of anti-gB antibody at 0.5 ug/ml for 1 hr. at 37° C., washed twice and incubated with 200 ul of peroxidase conjugated goat anti-mouse IgG (Cappel, 1:300 dilution) for 1 hr. at 37° C. The plates were washed and then developed with the substrate 3-amino-9-ethyl-carbazole (ABC) (Sigma, St. Louis, Mo.) for 15 minutes at room temperature. Reaction was stopped by rinsing with water and air dried.

FIG. 34A and FIG. 34B. Sequences of the cDNA and translated amino acid sequences of the light chain (A) (SEQ

9

ID NOS:66 and 67) and heavy chain (B) (SEQ ID NOS:68 and 69) variable regions of the antibody M195. The CDR sequences are underlined. The mature light chain protein begins with amino acid 21 D and the mature heavy chain protein with amino acid 20 E, preceded by the respective signal sequences.

FIG. 35. Fluorocytometry of U937 cells stained with ( . . ) no antibody, ( . . . ) humanized M195 antibody, ( - - - ) chimeric M195 antibody. Cells were suspended in FACS buffer (PBS+2% FCS+0.1% azide) at approximately 5×10⁶/ ml. 100 ul of cell suspension was transferred to a polystyrene tube and incubated with 50 ng of purified antibody on ice for 30 min. The cells were washed with FACS buffer and incubated with FITC labeled goat anti-human Ig antibody on ice for another 30 min. The cells were washed again and finally resuspended in PBS+1% paraformaldehyde. Cells were analyzed on a FACSmate (Becton Dickinson).

FIG. 36A and FIG. 36B. Amino acid sequences of the light chain (A) (SEQ ID NOS:70 and 71) and the heavy chain (B) (SEQ ID NOS:72 and 73) of the humanized M195 antibody (lower lines) and human Eu antibody (upper lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the framework that have been replaced with mouse amino acids in the humanized antibody are double underlined.

FIG. 37A and FIG. 37B. Oligonucleotides used in the construction of the humanized M195 heavy chain (A; ma1–4) (SEQ ID NOS:74, 75, 76, and 77) and light chain (B; ma5–8) (SEQ ID NOS:78, 79, 80, and 81). The following pairs of oligonucleotides were mixed, extended with Klenow polymerase and cut with the indicated enzymes before ligation into pUC18: ma1 and ma2 with Xba I and Kpn I, ma3 and ma4 with Xba I and Kpn I, ma5 and ma6 with Xba I and Hind III, ma7 and ma8 with Xba I and Hind III. Then the ma1–ma2 and ma3–ma4 fragments were excised from pUC18 with Xba I and kpn I and ligated together into the Xba I site of pVg1-dhfr; and the ma5–ma6 and ma7–ma8 fragments were excised with Xba I and Hind III and ligated together into the Xba I site of pVk.

FIG. 38. Competitive binding of labeled M195 tracer to U937 cells. About 4×10⁵ U937 cells were incubated with 4.5 ng of radio-iodinated mouse M195 antibody (6 µci/µg) and varying amounts of either unlabeled mouse M195 antibody (●) or humanized M195 antibody (○) in 200 ul of binding buffer (PBS+2% fetal calf serum+0.1% sodium azide). After incubation for 2 hr at 0° C., the cells were washed twice with binding buffer and collected by centrifugation. The radioactivity bound to cells was measured and is expressed as the ratio of bound/free cpm.

FIG. 39A and FIG. 39B. Sequences of the cDNA and translated amino acid sequences of the light chain (A) (SEQ ID NOS:82 and 83) and heavy chain (B) (SEQ ID NOS:84 and 85) variable regions of the antibody CMV5. The CDR sequences are underlined. The start of the mature protein sequences are indicated by arrows, preceded by the respective signal sequences.

FIG. 40A and FIG. 40B. Amino acid sequences of the light chain (A) (SEQ ID NOS:86 and 87) and the heavy chain (B) (SEQ ID NOS:88 and 89) of the humanized CMV5 antibody (lower lines) and human Wol antibody (upper lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the framework replaced with mouse amino acids or typical human amino acids in the humanized antibody are double underlined.

FIG. 41A and FIG. 41B. Oligonucleotides used in the construction of the humanized CMV5 light chain (A;

10

jb16–jb19) (SEQ ID NOS:90, 91, 92, and 93) and heavy chain (B; jb20–jb22) (SEQ ID NOS:94, 95, 96, and 97). The following pairs of oligonucleotides were mixed, extended with Klenow polymerase and cut with the indicated enzymes before ligation into pUC18: jb16 and jb17 with Xba I and EcoR I, jb18 and jb19 with Xba I and EcoR I, jb20 and jb21 with Xba I and Kpn I, jb22 and jb23 with Xba I and Kpn I. Then the jb16–jb17 and jb18–jb19 fragments were excised with Xba I and Mlu I and ligated together into the Xba I site of pVk; and the jb20–jb21 and jb22–jb23 fragments were excised with Xba I and Kpn I and ligated together into the Xba I site of pVg1-dhfr.

FIG. 42. Competitive binding of labeled CMV5 tracer to CMV-infected cells. Increasing amounts of mouse (●) or humanized (○) CMV5 antibody was added to CMV-infected HEL cells with tracer radio-iodinated mouse CMV5, and the amount of tracer bound to the cells was determined.

FIG. 43A and FIG. 43B. Sequences of the cDNA and translated amino acid sequences of the light chain (A) (SEQ ID NOS:98 and 99) and heavy chain (B) (SEQ ID NOS:100 and 101) variable regions of the antibody AF2. The CDR sequences are underlined. The mature light chain protein begins with amino acid 30 N and the mature heavy chain protein with amino acid 36 Q, preceded by the respective signal sequences.

FIG. 44A and FIG. 44B. Amino acid sequences of the light chain (A) (SEQ ID NOS:102 and 103) and the heavy chain (B) (SEQ ID NOS:104 and 105) of the humanized AF2 antibody (lower lines) and human Eu antibody (upper lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the framework that have been replaced with mouse amino acids or typical human amino acids in the humanized antibody are double underlined.

FIG. 45A and FIG. 45B. Oligonucleotides used in the construction of the humanized AF2 light chain (A; rh10–rh13) (SEQ ID NOS:106, 107, 108, and 109) and heavy chain (B; rh20–23) (SEQ ID NOS:110, 111, 112, and 113). The following pairs of oligonucleotides were mixed, extended with Klenow polymerase and cut with the indicated enzymes before ligation into pUC18: rh10 and rh11 with Xba I and Hind III, rh12 and rh13 with Xba I and Hind III, rh20 and rh21 with Xba I and EcoR I, rh22 and rh23 with Xba I and EcoR I. Then the rh10–rh11 and rh12–rh13 fragments were excised with Xba I and Hind III and ligated together into Xba I site of pVk; and the rh20–rh21 and rh22–rh23 fragments were excised with Xba I and Xho I and ligated together into the Xba I site of pVg1-dhfr.

FIG. 46. Fluorescence of HS294T cells incubated with γ-IFN plus varying concentrations of mouse AF2 antibody, and stained with an anti-HLA-D antibody.

## DETAILED DESCRIPTION OF THE INVENTION

In accordance with the present invention, novel means of designing humanized immunoglobulins capable of specifically binding to a predetermined antigen with strong affinity are provided. These improved methods produce immunoglobulins that are substantially non-immunogenic in humans but have binding affinities of at least about 10⁸ M⁻¹, preferably 10⁹ M⁻¹ to 10¹⁰ M⁻¹, or stronger. The humanized immunoglobulins will have a human framework and have one or more complementary determining regions (CDR's), plus a limited number of other amino acids, from a donor immunoglobulin specifically reactive with an antigen. The

5,693,761

| 11 | 12 |

immunoglobulins can be produced economically in large quantities and find use, for example, in the treatment of various human disorders by a variety of techniques.

In order that the invention may be more completely understood, several definitions are set forth. As used herein, the term "immunoglobulin" refers to a protein consisting of one or more polypeptides substantially encoded by immunoglobulin genes. The recognized immunoglobulin genes include the kappa, lambda, alpha, gamma ($IgG_1$, $IgG_2$, $IgG_3$, $IgG_4$), delta, epsilon and mu constant region genes, as well as the myriad immunoglobulin variable region genes. Full-length immunoglobulin "light chains" (about 25 Kd or 214 amino acids) are encoded by a variable region gene at the NH2-terminus (about 110 amino acids) and a kappa or lambda constant region gene at the COOH-terminus. Full-length immunoglobulin "heavy chains" (about 50 Kd or 446 amino acids), are similarly encoded by a variable region gene (about 116 amino acids) and one of the other aforementioned constant region genes, e.g., gamma (encoding about 330 amino acids).

One form of immunoglobulin constitutes the basic structural unit of an antibody. This form is a tetramer and consists of two identical pairs of immunoglobulin chains, each pair having one light and one heavy chain. In each pair, the light and heavy chain variable regions are together responsible for binding to an antigen, and the constant regions are responsible for the antibody effector functions. In addition to antibodies, immunoglobulins may exist in a variety of other forms including, for example, Fv, Fab, and (Fab')$_2$, as well as bifunctional hybrid antibodies (e.g., Lanzavecchia et al., *Eur. J. Immunol.* 17, 105 (1987)) and in single chains (e.g., Huston et al., *Proc. Natl. Acad. Sci. U.S.A.*, 85, 5879–5883 (1988) and Bird et al., *Science*, 242, 423–426 (1988), which are incorporated herein by reference). (See, generally, Hood et al., "Immunology", Benjamin, N.Y., 2nd ed. (1984), and Hunkapiller and Hood, *Nature*, 323, 15–16 (1986), which are incorporated herein by reference.)

An immunoglobulin light or heavy chain variable region consists of a "framework" region interrupted by three hypervariable regions, also called CDR's. The extent of the framework region and CDR's have been precisely defined (see, "Sequences of Proteins of Immunological Interest," E. Kabat et al., U.S. Department of Health and Human Services, (1983); which is incorporated herein by reference). The sequences of the framework regions of different light or heavy chains are relatively conserved within a species. As used herein, a "human framework region" is a framework region that is substantially identical (about 85% or more, usually 90–95% or more) to the framework region of a naturally occurring human immunoglobulin. The framework region of an antibody, that is the combined framework regions of the constituent light and heavy chains, serves to position and align the CDR's. The CDR's are primarily responsible for binding to an epitope of an antigen.

Chimeric antibodies are antibodies whose light and heavy chain genes have been constructed, typically by genetic engineering, from immunoglobulin variable and constant region genes belonging to different species. For example, the variable segments of the genes from a mouse monoclonal antibody may be joined to human constant segments, such as gamma 1 and gamma 3. A typical therapeutic chimeric antibody is thus a hybrid protein composed of the variable or antigen-binding domain from a mouse antibody and the constant or effector domain from a human antibody (e.g., A.T.C.C. Accession No. CRL 9688 secretes an anti-Tac chimeric antibody), although other mammalian species may be used.

As used herein, the term "humanized" immunoglobulin refers to an immunoglobulin comprising a human framework region and one or more CDR's from a non-human (usually a mouse or rat) immunoglobulin. The non-human immunoglobulin providing the CDR's is called the "donor" and the human immunoglobulin providing the framework is called the "acceptor". Constant regions need not be present, but if they are, they must be substantially identical to human immunoglobulin constant regions, i.e., at least about 85–90%, preferably about 95% or more identical. Hence, all parts of a humanized immunoglobulin, except possibly the CDR's, are substantially identical to corresponding parts of natural human immunoglobulin sequences. A "humanized antibody" is an antibody comprising a humanized light chain and a humanized heavy chain immunoglobulin. For example, a humanized antibody would not encompass a typical chimeric antibody as defined above, e.g., because the entire variable region of a chimeric antibody is non-human. One says that the donor antibody has been "humanized", by the process of "humanization", because the resultant humanized antibody is expected to bind to the same antigen as the donor antibody that provides the CDR's.

It is understood that the humanized antibodies designed by the present method may have additional conservative amino acid substitutions which have substantially no effect on antigen binding or other immunoglobulin functions. By conservative substitutions is intended combinations such as gly, ala; val, ile, leu; asp, glu; asn, gln; ser, thr; lys, arg; and phe, tyr.

Humanized immunoglobulins, including humanized antibodies, have been constructed by means of genetic engineering. Most humanized immunoglobulins that have been previously described (Jones et al., op. cit.; Verhoeyen et al., op. cit.; Riechmann et al., op. cit.) have comprised a framework that is identical to the framework of a particular human immunoglobulin chain, the acceptor, and three CDR's from a non-human donor immunoglobulin chain. In one case (Riechmann et al., op. cit.), two additional amino acids in the framework were changed to be the same as amino acids in other human framework regions. The present invention includes criteria by which a limited number of amino acids in the framework of a humanized immunoglobulin chain are chosen to be the same as the amino acids at those positions in the donor rather than in the acceptor, in order to increase the affinity of an antibody comprising the humanized immunoglobulin chain.

The present invention is based in part on the model that two contributing causes of the loss of affinity in prior means of producing humanized antibodies (using as examples mouse antibodies as the source of CDR's) are:

(1) When the mouse CDR's are combined with the human framework, the amino acids in the framework close to the CDR's become human instead of mouse. Without intending to be bound by theory, we believe that these changed amino acids may slightly distort the CDR's, because they create different electrostatic or hydrophobic forces than in the donor mouse antibody, and the distorted CDR's may not make as effective contacts with the antigen as the CDR's did in the donor antibody;

(2) Also, amino acids in the original mouse antibody that are close to, but not part of, the CDR's (i.e., still part of the framework), may make contacts with the antigen that contribute to affinity. These amino acids are lost when the antibody is humanized, because all framework amino acids are made human.

To avoid these problems, and to produce humanized antibodies that have a very strong affinity for a desired

5,693,761

| 13 | 14 |

antigen, the present invention uses one or more of the following principles for designing humanized immunoglobulins. Also, the criteria may be used singly, or when necessary in combination, to achieve the desired affinity or other characteristics.

A principle is that as acceptor, a framework is used from a particular human immunoglobulin that is unusually homologous to the donor immunoglobulin to be humanized, or use a consensus framework from many human antibodies. For example, comparison of the sequence of a mouse heavy (or light) chain variable region against human heavy (or light) variable regions in a data bank (for example, the National Biomedical Research Foundation Protein Identification Resource) shows that the extent of homology to different human regions varies greatly, typically from about 40% to about 60–70%. By choosing as the acceptor immunoglobulin one of the human heavy (respectively light) chain variable regions that is most homologous to the heavy (respectively light) chain variable region of the donor immunoglobulin, fewer amino acids will be changed in going from the donor immunoglobulin to the humanized immunoglobulin. Hence, and again without intending to be bound by theory, it is believed that there is a smaller chance of changing an amino acid near the CDR's that distorts their conformation. Moreover, the precise overall shape of a humanized antibody comprising the humanized immunoglobulin chain may more closely resemble the shape of the donor antibody, also reducing the chance of distorting the CDR's.

Typically, one of the 3–5 most homologous heavy chain variable region sequences in a representative collection of at least about 10 to 20 distinct human heavy chains will be chosen as acceptor to provide the heavy chain framework, and similarly for the light chain. Preferably, one of the 1–3 most homologous variable regions will be used. The selected acceptor immunoglobulin chain will most preferably have at least about 65% homology in the framework region to the donor immunoglobulin.

In many cases, it may be considered preferable to use light and heavy chains from the same human antibody as acceptor sequences, to be sure the humanized light and heavy chains will make favorable contacts with each other. In this case, the donor light and heavy chains will be compared only against chains from human antibodies whose complete sequence is known, e.g., the Eu, Lay, Pom, Wol, Sie, Gal, Ou and WEA antibodies (Kabat et al., op. cit.; occasionally, the last few amino acids of a human chain are not known and must be deduced by homology to other human antibodies). The human antibody will be chosen in which the light and heavy chain variable regions sequences, taken together, are overall most homologous to the donor light and heavy chain variable region sequences. Sometimes greater weight will be given to the heavy chain sequence. The chosen human antibody will then provide both light and heavy chain acceptor sequences. In practice, it is often found that the human Eu antibody will serve this role.

Regardless of how the acceptor immunoglobulin is chosen, higher affinity may be achieved by selecting a small number of amino acids in the framework of the humanized immunoglobulin chain to be the same as the amino acids at those positions in the donor rather than in the acceptor. A second principle is that the following categories define what amino acids may be selected from the donor. Preferably, at many or all amino acid positions in one of these categories, the donor amino acid will in fact be selected.

Category 1: The amino acid position is in a CDR is defined by Kabat et al., op. cit.

Category 2: If an amino acid in the framework of the human acceptor immunoglobulin is unusual (i.e., "rare", which as used herein indicates an amino acid occurring at that position in less than about 20% but usually less than about 10% of human heavy (respectively light) chain V region sequences in a representative data bank), and if the donor amino acid at that position is typical for human sequences (i.e., "common", which as used herein indicates an amino acid occurring in more than about 25% but usually more than about 50% of sequences in a representative data bank), then the donor amino acid rather than the acceptor may be selected. This criterion helps ensure that an atypical amino acid in the human framework does not disrupt the antibody structure. Moreover, by replacing an unusual amino acid with an amino acid from the donor antibody that happens to be typical for human antibodies, the humanized antibody may be made less immunogenic.

All human light and heavy chain variable region sequences are respectively grouped into "subgroups" of sequences that are especially homologous to each other and have the same amino acids at certain critical positions (Kabat et al., op. cit.). When deciding whether an amino acid in a human acceptor sequence is "rare" or "common" among human sequences, it will often be preferable to consider only those human sequences in the same subgroup as the acceptor sequence.

Category 3: In the positions immediately adjacent to one or more of the 3 CDR's in the primary sequence of the humanized immunoglobulin chain, the donor amino acid (s) rather than acceptor amino acid may be selected. These amino acids are particularly likely to interact with the amino acids in the CDR's and, if chosen from the acceptor, to distort the donor CDR's and reduce affinity. Moreover, the adjacent amino acids may interact directly with the antigen (Amit et al., Science, 233, 747–753 (1986), which is incorporated herein by reference) and selecting these amino acids from the donor may be desirable to keep all the antigen contacts that provide affinity in the original antibody.

Category 4: A 3-dimensional model, typically of the original donor antibody, shows that certain amino acids outside of the CDR's are close to the CDR's and have a good probability of interacting with amino acids in the CDR's by hydrogen bonding, Van der Waals forces, hydrophobic interactions, etc. At those amino acid positions, the donor immunoglobulin amino acid rather than the acceptor immunoglobulin amino acid may be selected. Amino acids according to this criterion will generally have a side chain atom within about 3 angstrom units of some atom in the CDR's and must contain an atom that could interact with the CDR atoms according to established chemical forces, such as those listed above.

In the case of atoms that may form a hydrogen bond, the 3 angstroms is measured between their nuclei, but for atoms that do not form a bond, the 3 angstroms is measured between their Van der Waals surfaces. Hence, in the latter case, the nuclei must be within about 6 angstroms (3+sum of the Van der Waals radii) for the atoms to be considered capable of interacting. In many cases the nuclei will be from 4 or 5 to 6 Å apart. In determining whether an amino acid can interact with the CDRs, it is preferred not to consider the last 8 amino acids of heavy chain CDR 2 as part of the CDRs, because from the viewpoint of structure, these 8 amino acids behave more as part of the framework.

5,693,761

15

Amino acids in the framework that are capable of interacting with amino acids in the CDR's, and which therefore belong to Category 4, may be distinguished in another way. The solvent accessible surface area of each framework amino acid is calculated in two ways: (1) in the intact antibody, and (2) in a hypothetical molecule consisting of the antibody with its CDRs removed. A significant difference between these numbers of about 10 square angstroms or more shows that access of the framework amino acid to solvent is at least partly blocked by the CDRs, and therefore that the amino acid is making contact with the CDRs. Solvent accessible surface area of an amino acid may be calculated based on a 3-dimensional model of an antibody, using algorithms known in the art (e.g., Connolly, J. Appl. Cryst. 16, 548 (1983) and Lee and Richards, J. Mol. Biol. 55, 379 (1971), both of which are incorporated herein by reference). Framework amino acids may also occasionally interact with the CDR's indirectly, by affecting the conformation of another framework amino acid that in turn contacts the CDR's.

The amino acids at several positions in the framework are known to be capable of interacting with the CDRs in many antibodies (Chothia and Lesk, J. Mol. Biol. 196, 901 (1987), Chothia et al., Nature 342, 877 (1989), and Tramontano et al., J. Mol. Biol. 215, 175 (1990), all of which are incorporated herein by reference), notably at positions 2, 48, 64 and 71 of the light chain and 26–30, 71 and 94 of the heavy chain (numbering according to Kabat, op. cit.), and therefore these amino acids will generally be in Category 4. Typically, humanized immunoglobulins, of the present invention will include donor amino acids (where different) in category 4 in addition to these. The amino acids at positions 35 in the light chain and 93 and 103 in the heavy chain are also likely to interact with the CDRs. At all these numbered positions, choice of the donor amino acid rather than the acceptor amino acid (when they differ) to be in the humanized immunoglobulin is preferred. On the other hand, certain positions that may be in Category 4 such as the first 5 amino acids of the light chain may sometimes be chosen from the acceptor immunoglobulin without loss of affinity in the humanized immunoglobulin.

Chothia and Lesk (op. cit.) define the CDRs differently from Kabat et al. (op. cit.). Notably, CDR1 is defined as including residues 26–32. Accordingly, Riechmann et al., (op. cit.) chose these amino acids from the donor immunoglobulins.

Computer programs to create models of proteins such as antibodies are generally available and well known to those skilled in the art (see, Levy et al., Biochemistry, 28, 7168–7175 (1989; Bruccoleri et al., Nature, 335, 564–568 (1988); Chothia et al., Science, 233, 755–758 (1986), all of which are incorporated herein by reference). These do not form part of the invention. Indeed, because all antibodies have similar structures, the known antibody structures, which are available from the Brookhaven Protein Data Bank, can be used if necessary as rough models of other antibodies. Commercially available computer programs can be used to display these models on a computer monitor, to calculate the distance between atoms, and to estimate the likelihood of different amino acids interacting (see, Ferrin et al., J. Mol. Graphics, 6, 13–27 (1988)).

In addition to the above categories, which describe when an amino acid in the humanized immunoglobulin may be taken from the donor, certain amino acids in the humanized immunoglobulin may be taken from neither the donor nor acceptor, if then fall in:

16

Category 5: If the amino acid at a given position in the donor immunoglobulin is "rare" for human sequences, and the amino acid at that position in the acceptor immunoglobulin is also "rare" for human sequences, as defined above, then the amino acid at that position in the humanized immunoglobulin may be chosen to be some amino acid "typical" of human sequences. A preferred choice is the amino acid that occurs most often at that position in the known human sequences belonging to the same subgroup as the acceptor sequence.

Humanized antibodies generally have at least three potential advantages over mouse or in some cases chimeric antibodies for use in human therapy:

1) Because the effector portion is human, it may interact better with the other parts of the human immune system (e.g., destroy the target cells more efficiently by complement-dependent cytotoxicity (CDC) or antibody-dependent cellular cytotoxicity (ADCC)).

2) The human immune system should not recognize the framework or constant region of the humanized antibody as foreign, and therefore the antibody response against such an injected antibody should be less than against a totally foreign mouse antibody or a partially foreign chimeric antibody.

3) Injected mouse antibodies have been reported to have a half-life in the human circulation much shorter than the half-life of normal antibodies (D. Shaw et al., J. Immunol., 138, 4534–4538 (1987)). Injected humanized antibodies will presumably have a half-life more similar to naturally occurring human antibodies, allowing smaller and less frequent doses to be given.

In one aspect, the present invention is directed to designing humanized immunoglobulins that are produced by expressing recombinant DNA segments encoding the heavy and light chain CDR's from a donor immunoglobulin capable of binding to a desired antigen, such as the human IL-2 receptor, attached to DNA segments encoding acceptor human framework regions. Exemplary DNA sequences designed in accordance with the present invention code for the polypeptide chains comprising heavy and light chain CDR's with substantially human framework regions shown in FIG. 1A through FIG. 6B. Due to codon degeneracy and non-critical amino acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below. In general, the criteria of the present invention find applicability to designing substantially any humanized immunoglobulin.

The DNA segments will typically further include an expression control DNA sequence operably linked to the humanized immunoglobulin coding sequences, including naturally-associated or heterologous promoter regions. Preferably, the expression control sequences will be eukaryotic promoter systems in vectors capable of transforming or transfecting eukaryotic host cells, but control sequences for prokaryotic hosts may also be used. Once the vector has been incorporated into the appropriate host, the host is maintained under conditions suitable for high level expression of the nucleotide sequences, and, as desired, the collection and purification of the humanized light chains, heavy chains, light/heavy chain dimers or intact antibodies, binding fragments or other immunoglobulin forms may follow (see, S. Beychok, Cells of Immunoglobulin Synthesis. Academic Press, N.Y., (1979), which is incorporated herein by reference).

Human constant region DNA sequences can be isolated in accordance with well known procedures from a variety of

5,693,761

| 17 | 18 |

human cells, but preferably immortalized B-cells (see, Kabat op. cit. and WP87/02671). The CDR's for producing the immunoglobulins of the present invention will be similarly derived from monoclonal antibodies capable of binding to the predetermined antigen, such as the human IL-2 receptor, and produced by well known methods in any convenient mammalian source including, mice, rats, rabbits, or other vertebrates, capable of producing antibodies. Suitable source cells for the constant region and framework DNA sequences, and host cells for immunoglobulin expression and secretion, can be obtained from a number of sources, such as the American Type Culture Collection ("Catalogue of Cell Lines and Hybridomas," sixth edition (1988) Rockville, Md., U.S.A., which is incorporated herein by reference).

In addition to the humanized immunoglobulins specifically described herein, other "substantially homologous" modified immunoglobulins to the native sequences can be readily designed and manufactured utilizing various recombinant DNA techniques well known to those skilled in the art. For example, the framework regions can vary specifically from the sequences in FIG. 1A through FIG. 6B at the primary structure level by several amino acid substitutions, terminal and intermediate additions and deletions, and the like. Moreover, a variety of different human framework regions may be used singly or in combination as a basis for the humanized immunoglobulins of the present invention. In general, modifications of the genes may be readily accomplished by a variety of well-known techniques, such as site-directed mutagenesis (see, Gillman and Smith, Gene, 8, 81–97 (1979) and S. Roberts et al., Nature, 328, 731–734 (1987), both of which are incorporated herein by reference).

Substantially homologous immunoglobulin sequences are those which exhibit at least about 85% homology, usually at least about 90%, and preferably at least about 95% homology with a reference immunoglobulin protein.

Alternatively, polypeptide fragments comprising only a portion of the primary antibody structure may be produced, which fragments possess one or more immunoglobulin activities (e.g., complement fixation activity). These polypeptide fragments may be produced by proteolytic cleavage of intact antibodies by methods well known in the art, or by inserting stop codons at the desired locations in the vectors pVk and pVg1 (FIGS. 9A and 9B) using site-directed mutagenesis, such as after CH1 to produce Fab fragments or after the hinge region to produce (Fab')$_2$ fragments. Single chain antibodies may be produced by joining VL and VH with a DNA linker (see, Huston et al., op. cit., and Bird et al., op. cit.). Also because like many genes, the immunoglobulin-related genes contain separate functional regions, each having one or more distinct biological activities, the genes may be fused to functional regions from other genes (e.g., enzymes, see, commonly assigned U.S. Pat. No. 5,004,692) to produce fusion proteins (e.g., immunotoxins) having novel properties. The nucleic acid sequences of the present invention capable of ultimately expressing the desired humanized antibodies can be formed from a variety of different polynucleotides (genomic or cDNA, RNA, synthetic oligonucleotides, etc.) and components (e.g., V, J, D, and C regions), as well as by a variety of different techniques. Joining appropriate synthetic and genomic sequences is presently the most common method of production, but cDNA sequences may also be utilized (see, European Patent Publication No. 0239400 and L. Reichmann et al., Nature, 332, 323–327 (1988), both of which are incorporated herein by reference).

As stated previously, the DNA sequences will be expressed in hosts after the sequences have been operably linked to (i.e., positioned to ensure the functioning of) an expression control sequence. These expression vectors are typically replicable in the host organisms either as episomes or as an integral part of the host chromosomal DNA. Commonly, expression vectors will contain selection markers, e.g., tetracycline or neomycin, to permit detection of those cells transformed with the desired DNA sequences (see, e.g., U.S. Pat. No. 4,704,362, which is incorporated herein by reference).

E. coli is one prokaryotic host useful particularly for cloning the DNA sequences of the present invention. Other microbial hosts suitable for use include bacilli, such as Bacillus subtilus, and other enterobacteriaceae, such as Salmonella, Serratia, and various Pseudomonas species. In these prokaryotic hosts, one can also make expression vectors, which will typically contain expression control sequences compatible with the host cell (e.g., an origin of replication). In addition, any number of a variety of well-known promoters will be present, such as the lactose promoter system, a tryptophan (trp) promoter system, a beta-lactamase promoter system, or a promoter system from phage lambda. The promoters will typically control expression, optionally with an operator sequence, and have ribosome binding site sequences and the like, for initiating and completing transcription and translation.

Other microbes, such as yeast, may also be used for expression. Saccharomyces is a preferred host, with suitable vectors having expression control sequences, such as promoters, including 3-phosphoglycerate kinase or other glycolytic enzymes, and an origin of replication, termination sequences and the like as desired.

In addition to microorganisms, mammalian tissue cell culture may also be used to express and produce the polypeptides of the present invention (see, Winnacker, "From Genes to Clones," VCH Publishers, N.Y., N.Y. (1987), which is incorporated herein by reference). Eukaryotic cells are actually preferred, because a number of suitable host cell lines capable of secreting intact immunoglobulins have been developed in the art, and include the CHO cell lines, various COS cell lines, HeLa cells, preferably myeloma cell lines, etc, and transformed B-cells or hybridomas. Expression vectors for these cells can include expression control sequences, such as an origin of replication, a promoter, an enhancer (Queen et al., Immunol. Rev., 89, 49–68 (1986), which is incorporated herein by reference), and necessary processing information sites, such as ribosome binding sites, RNA splice sites, polyadenylation sites, and transcriptional terminator sequences. Preferred expression control sequences are promoters derived from immunoglobulin genes, SV40, Adenovirus, cytomegalovirus, Bovine Papilloma Virus, and the like.

The vectors containing the DNA segments of interest (e.g., the heavy and light chain encoding sequences and expression control sequences) can be transferred into the host cell by well-known methods, which vary depending on the type of cellular host. For example, calcium chloride transfection is commonly utilized for prokaryotic cells, whereas calcium phosphate treatment or electroporation may be used for other cellular hosts. (See, generally, Maniatis et al., Molecular Cloning: A Laboratory Manual, Cold Spring Harbor Press, (1982), which is incorporated herein by reference.)

Once expressed, the whole antibodies, their dimers, individual light and heavy chains, or other immunoglobulin forms of the present invention, can be purified according to standard procedures of the art, including ammonium sulfate precipitation, affinity columns, column chromatography, gel

5,693,761

19

electrophoresis and the like (see, generally, R. Scopes, "Protein Purification", Springer-Verlag, N.Y. (1982)). Substantially pure immunoglobulins of at least about 90 to 95% homogeneity are preferred, and 98 to 99% or more homogeneity most preferred, for pharmaceutical uses. Once purified, partially or to homogeneity as desired, the polypeptides may then be used therapeutically (including extracorporeally) or in developing and performing assay procedures, immunofluorescent stainings, and the like. (See, generally, *Immunological Methods*, Vols. I and II, Lefkovits and Pernis, eds., Academic Press, New York, N.Y. (1979 and 1981)).

The antibodies of the present invention will typically find use individually in treating substantially any disease susceptible to monoclonal antibody-based therapy. In particular, the immunoglobulins can be used for passive immunization or the removal of unwanted cells or antigens, such as by complement mediated lysis, all without substantial immune reactions (e.g., anaphylactic shock) associated with many prior antibodies. For example, where the cell linked to a disease has been identified as IL-2 receptor bearing, then humanized antibodies that bind to the human IL-2 receptor are suitable (see, U.S. Ser. No. 085,707, entitled "Treating Human Malignancies and Disorders," which is incorporated herein by reference). For such a humanized immunoglobulin, typical disease states suitable for treatment include graft versus host disease and transplant rejection in patients undergoing an organ transplant, such as heart, lungs, kidneys, liver, etc. Other diseases include autoimmune diseases, such as Type I diabetes, multiple sclerosis, rheumatoid arthritis, systemic lupus erythematosus, and myasthenia gravis.

The method of producing humanized antibodies of the present invention can be used to humanize a variety of donor antibodies, especially monoclonal antibodies reactive with markers on cells responsible for a disease. For example, suitable antibodies bind to antigens on T-cells, such as those grouped into the so-called "Clusters of Differentiation," as named by the First International Leukocyte Differentiation Workshop, Leukocyte Typing, Bernard et al., Eds., Springer-Verlag, N.Y. (1984), which is incorporated herein by reference.

The antibodies of the present invention can also be used as separately administered compositions given in conjunction with chemotherapeutic or immunosuppressive agents. Possible agents include cyclosporin A or a purine analog (e.g., methotrexate, 6-mercaptopurine, or the like), but numerous additional agents (e.g., cyclophosphamide, prednisone, etc.) well-known to those skilled in the art of medicine may also be utilized.

A preferred pharmaceutical composition of the present invention comprises the use of the subject antibodies in immunotoxins. Immunotoxins are characterized by two components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery vehicle," provides a means for delivering the toxic agent to a particular cell type, such as cells comprising a carcinoma. The two components are commonly chemically bonded together by any of a variety of well-known chemical procedures. For example, when the cytotoxic agent is a protein and the second component is an intact immunoglobulin, the linkage may be by way of heterobifunctional cross-linkers, e.g., SPDP, carbodiimide, glutaraldehyde, or the like. Production of various immunotoxins is well-known with the art, and can be found, for example in "Monoclonal Antibody-Toxin

20

Conjugates: Aiming the Magic Bullet," Thorpe et al., *Monoclonal Antibodies in Clinical Medicine*, Academic Press, pp. 168–190 (1982), which is incorporated herein by reference. The components may also be linked genetically (see, Chaudhary et al., *Nature* 339, 394 (1989), which is herein incorporated by reference).

A variety of cytotoxic agents are suitable for use in immunotoxins. Cytotoxic agents can include radionuclides, such as Iodine-131 or other isotopes of iodine, Yttrium-90, Rhenium-188, and Bismuth-212 or other alpha emitters; a number of chemotherapeutic drugs, such as vindesine, methotrexate, adriamycin, and cisplatinum; and cytotoxic proteins such as ribosomal inhibiting proteins like pokeweed antiviral protein. Pseudomonas exotoxin A, ricin, diphtheria toxin, ricin A chain, etc., or an agent active at the cell surface, such as the phospholipase enzymes (e.g., phospholipase C). (See, generally, "Chimeric Toxins," Olsnes and Phil. *Pharmac. Ther.*, 25, 355–381 (1982), and "Monoclonal Antibodies for Cancer Detection and Therapy," eds. Baldwin and Byers, pp. 159–179, 224–266, Academic Press (1985), all of which are incorporated herein by reference.)

The delivery component of the immunotoxin will include the humanized immunoglobulins of the present invention. Intact immunoglobulins or their binding fragments, such as Fab, are preferably used. Typically, the antibodies in the immunotoxins will be of the human IgM or IgG isotype, but other mammalian constant regions may be utilized as desired.

For diagnostic purposes, the antibodies may either be labeled or unlabeled. Unlabeled antibodies can be used in combination with other labeled antibodies (second antibodies) that are reactive with the humanized antibody, such as antibodies specific for human immunoglobulin constant regions. Alternatively, the antibodies can be directly labeled. A wide variety of labels may be employed, such as radionuclides, fluors, enzymes, enzyme substrates, enzyme co-factors, enzyme inhibitors, ligands (particularly haptens), etc. Numerous types of immunoassays are available and are well known to those skilled in the art.

### Anti-IL-2 Receptor Antibodies

To exert its biological effects, IL-2 interacts with a specific high-affinity membrane receptor (Greene, W., et al., *Progress in Hematology XIV*, E. Brown, Ed., Grune and Statton, New York (1986), at pgs. 283 ff and Waldmann, Ann. Rev. Biochem. 58, 875 (1989), both of which are incorporated herein by reference). The human IL-2 receptor is a complex multichain glycoprotein, with one chain, known as the Tac peptide, being about 55 kD in size (see, Leonard, W., et al., *J. Biol. Chem.* 260, 1872 (1985), which is incorporated herein by reference). A gene encoding this protein has been isolated, and predicts a 272 amino acid peptide, including a 21 amino acid signal peptide (see, Leonard, W., et al., *Nature* 311, 626 (1984)). The 219 NH$_2$-terminal amino acids of the p55 Tac protein apparently comprise an extracellular domain (see, Leonard, W., et al., *Science*, 230, 633–639 (1985), which is incorporated herein by reference).

Much of the elucidation of the human IL-2 receptor's structure and function is due to the development of specifically reactive monoclonal antibodies. In particular, one mouse monoclonal antibody, known as anti-Tac (Uchiyama, et al., *J. Immunol.* 126, 1393 (1981)) has been used to show that IL-2 receptors can be detected on T-cells, but also on cells of the monocyte-macrophage family, Kupffer cells of the liver, Langerhans' cells of the skin and, of course, activated T-cells. Importantly, resting T-cells, B-cells or

5,693,761

21

circulating macrophages typically do not display the IL-2 receptor (Herrmann, et al., *J. Exp. Med.* 162, 1111 (1985)).

The anti-Tac monoclonal antibody has also been used to define lymphocyte functions that require IL-2 interaction, and has been shown to inhibit various T-cell functions, including the generation of cytotoxic and suppressor T lymphocytes in cell culture. Also, based on studies with anti-Tac and other antibodies, a variety of disorders are now associated with improper IL-2 receptor expression by T-cells, in particular adult T-cell leukemia.

More recently, the IL-2 receptor has been shown to be an ideal target for novel therapeutic approaches to T-cell mediated diseases. It has been proposed that IL-2 receptor specific antibodies, such as the anti-Tac monoclonal antibody, can be used either alone or as an immunoconjugate (e.g., with Ricin A, isotopes and the like) to effectively remove cells bearing the IL-2 receptor. These agents can, for example, theoretically eliminate IL-2 receptor-expressing leukemic cells, certain B-cells, or activated T-cells involved in a disease state, yet allow the retention of mature normal T-cells and their precursors to ensure the capability of mounting a normal T-cell immune response as needed. In general, most other T-cell specific agents can destroy essentially all peripheral T-cells, which limits the agents' therapeutic efficacy. Overall, the use of appropriate monoclonal antibodies specific for the IL-2 receptor may have therapeutic utility in autoimmune diseases, organ transplantation and any unwanted response by activated T-cells. Indeed, clinical trials have been initiated using, e.g., anti-Tac antibodies (see, generally, Waldmann, T., et al., *Cancer Res.* 45, 625 (1985), Waldmann, T., *Science* 232, 727–732 (1986) and Kirkman et al., *Transplant. Proc.* 21, 1766 (1989), all of which are incorporated herein by reference).

Unfortunately, the use of the anti-Tac and other non-human monoclonal antibodies have certain drawbacks, particularly in repeated therapeutic regimens as explained below. Mouse monoclonal antibodies, for example, do not fix human complement well, and lack other important immunoglobulin functional characteristics when used in humans.

Perhaps more importantly, anti-Tac and other non-human monoclonal antibodies contain substantial stretches of amino acid sequences that will be immunogenic when injected into a human patient. Numerous studies have shown that, after injection of a foreign antibody, the immune response elicited by a patient against an antibody can be quite strong, essentially eliminating the antibody's therapeutic utility after an initial treatment. Moreover, as increasing numbers of different mouse or other antigenic (to humans) monoclonal antibodies can be expected to be developed to treat various diseases, after the first or several treatments with any different non-human antibodies, subsequent treatments even for unrelated therapies can be ineffective or even dangerous in themselves, because of cross-reactivity.

While the production of so-called "chimeric antibodies" (e.g., mouse variable regions joined to human constant regions) has proven somewhat successful, a significant immunogenicity problem remains. In general, the production of human immunoglobulins reactive with the human IL-2 receptor, as with many human antigens, has been extremely difficult using typical human monoclonal antibody production techniques. Similarly, utilizing recombinant DNA technology to produce so-called "reshaped" or "humanized" antibodies (see, e.g., Riechmann et al., *Nature* 332, 323 (1988) and EPO Publication No. 0239400), provides uncertain results, in part due to unpredictable binding affinities.

22

Thus, there is a need for improved forms of human-like immunoglobulins specific for the human IL-2 receptor that are substantially non-immunogenic in humans, yet easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

The present invention provides novel compositions useful, for example, in the treatment of T-cell mediated human disorders, the compositions containing human-like immunoglobulins specifically capable of blocking the binding of human IL-2 to its receptor and/or capable of binding to the p55 Tac protein on human IL-2 receptors. The immunoglobulins can have two pairs of light chain/heavy chain complexes, typically at least one chain comprising mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be used to produce human-like antibodies capable of binding to the human IL-2 receptor at affinity levels stronger than about $10^8 \text{ M}^{-1}$.

The immunoglobulins, including binding fragments and other derivatives thereof, of the present invention may be produced readily by a variety of recombinant DNA techniques, with ultimate expression in transfected cells, preferably immortalized eukaryotic cells, such as myeloma or hybridoma cells. Polynucleotides comprising a first sequence coding for human-like immunoglobulin framework regions and a second sequence set coding for the desired immunoglobulin complementarity determining regions can be produced synthetically or by combining appropriate cDNA and genomic DNA segments.

The human-like immunoglobulins may be utilized alone in substantially pure form, or complexed with a cytotoxic agent, such as a radionuclide, a ribosomal inhibiting protein or a cytotoxic agent active at cell surfaces. All of these compounds will be particularly useful in treating T-cell mediated disorders. The human-like immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, human-like immunoglobulins specifically reactive with the IL-2 receptor on human T-cells are provided. These immunoglobulins, which have binding affinities of at least about $10^8 \text{ M}^{-1}$, and preferably $10^9 \text{ M}^{-1}$ to $10^{10} \text{ M}^{-1}$ or stronger, are capable of, e.g., blocking the binding of IL-2 to human IL-2 receptors. The human-like immunoglobulins will have a human-like framework and can have complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with an epitope on p55 Tac protein. The immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of T-cell mediated disorders in human patients by a variety of techniques.

The basic antibody structural unit is known to comprise a tetramer. Each tetramer is composed of two identical pairs of polypeptide chains, each pair having one "light" (about 25 kD) and one "heavy" chain (about 50–70 kD). The NH$_2$-terminus of each chain begins a variable region of about 100 to 110 or more amino acids primarily responsible for antigen recognition. The COOH terminus of each chain defines a constant region primarily responsible for effector function.

Light chains are classified as either kappa or lambda. Heavy chains are classified as gamma, mu, alpha, delta, or

5,693,761

23

epsilon, and define the antibody's isotype as IgG, IgM, IgA, IgD and IgE, respectively. Within light and heavy chains, the variable and constant regions are joined by a "J" region of about 10 or more amino acids, with the heavy chain also including a "D" region of about 12 more amino acids. (See, generally, *Fundamental Immunology*, Paul, W., Ed., Chapter 7, pgs. 131–166, Raven Press, N.Y. (1984), which is incorporated herein by reference.)

The variable regions of each light/heavy chain pair form the antibody binding site. The chains all exhibit the same general structure of relatively conserved framework regions joined by three hypervariable regions, also called Complementarity Determining Regions or CDR's (see, "Sequences of Proteins of immunological Interest," Kabat, E., et al., U.S. Department of Health and Human Services, (1983); and Chothia and Lesk. *J. Mol. Biol.*, 196, 901–917 (1987), which are incorporated herein by reference). The CDR's from the two chains of each pair are aligned by the framework regions, enabling binding to a specific epitope.

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope on the human IL-2 receptor, such as the anti-Tac monoclonal antibody. The DNA segments encoding these regions will typically be joined to DNA segments encoding appropriate human-like framework regions. Preferred DNA sequences, which on expression code for the polypeptide chains comprising the anti-Tac heavy and light chain hypervariable regions (with human-like framework regions). are included in FIGS. 15A and and 16A, respectively. Due to codon degeneracy and non-critical amino-acid substitutions. other DNA sequences can be readily substituted for those sequences, as detailed below.

The antibodies of the present invention will typically find use individually in treating a T-cell mediated disease state. Generally, where the cell linked to a disease has been identified as IL-2 receptor bearing, then the human-like antibodies capable of blocking the binding of IL-2 to the human IL2 receptor are suitable.

For example, typical disease states suitable for treatment include graft versus host disease and transplant rejection in patients undergoing an organ transplant, such as heart, lungs, kidneys, liver, etc. Other diseases include autoimmune diseases, such as Type I diabetes, multiple sclerosis, rheumatoid arthritis, systemic lupus erythematosus, and myasthenia gravis.

The human-like antibodies of the present invention may also be used in combination with other antibodies, particularly human monoclonal antibodies reactive with other markers on cells responsible for the disease. For example, suitable T-cell markers can include those grouped into the so-called "Clusters of Differentiation," as named by the First International Leukocyte Differentiation Workshop, *Leukocyte Typing*, Bernard, et al., Eds., Springer-Verlag, N.Y. (1984), which is incorporated herein by reference.

The human-like antibodies and pharmaceutical compositions thereof of this invention are particularly useful for parenteral administration, i.e., subcutaneously, intramuscularly or intravenously. The compositions for parenteral administration will commonly comprise a solution of the antibody or a cocktail thereof dissolved in an acceptable carrier, preferably an aqueous carrier. A variety of aqueous carriers can be used, e.g., water, buffered water, 0.4% saline, 0.3% glycine and the like. These solutions are sterile and generally free of particulate matter. These compositions may be sterilized by conventional, well known sterilization tech-

24

niques. The compositions may contain pharmaceutically acceptable auxiliary substances as required to approximate physiological conditions such as pH adjusting and buffering agents, toxicity adjusting agents and the like, for example sodium acetate, sodium chloride, potassium chloride, calcium chloride, sodium lactate, human albumin, etc. The concentration of antibody in these formulations can vary widely, i.e., from less than about 0.5%, usually at or at least about 1% to as much as 15 or 20% by weight and will be selected primarily based on fluid volumes, viscosities, etc., in accordance with the particular mode of administration selected.

Thus, a typical pharmaceutical composition for injection could be made up to contain 1 ml sterile buffered water, and 1 to 50 mg of antibody. A typical composition for intravenous infusion could be made up to contain 250 ml of sterile Ringer's solution, and 150 mg of antibody. Actual methods for preparing parenterally administrable compositions will be known or apparent to those skilled in the art and are described in more detail in, for example, *Remington's Pharmaceutical Science*, 15th ed., Mack Publishing Company, Easton, Pa. (1980), which is incorporated herein by reference.

The antibodies of this invention can be frozen or lyophilized for storage and reconstituted in a suitable carrier prior to use. This technique has been shown to be effective with conventional immune globulins and art-known lyophilization and reconstitution techniques can be employed. It will be appreciated by those skilled in the art that lyophilization and reconstitution can lead to varying degrees of antibody activity loss (e.g., with conventional immune globulins, IgM antibodies tend to have greater activity loss than IgG antibodies) and that use levels may have to be adjusted to compensate.

The compositions containing the present human-like antibodies or a cocktail thereof can be administered for prophylactic and/or therapeutic treatments. In therapeutic application, compositions are administered to a patient already suffering from a disease, in an amount sufficient to cure or at least partially arrest the disease and its complications. An amount adequate to accomplish this is defined as a "therapeutically effective dose." Amounts effective for this use will depend upon the severity of the infection and the general state of the patient's own immune system, but generally range from about 1 to about 200 mg of antibody per dose, with dosages of from 5 to 25 mg being more commonly used. It must be kept in mind that the materials of this invention may generally be employed in serious disease states, that is life-threatening or potentially life-threatening situations. In such cases, in view of the minimization of extraneous substances and the lower probability of "foreign substance" rejections which are achieved by the present human-like antibodies of this invention, it is possible and may be felt desirable by the treating physician to administer substantial excesses of these antibodies.

In prophylactic applications, compositions containing the present antibodies or a cocktail thereof are administered to a patient not already in a disease state to enhance the patient's resistance. Such an amount is defined to be a "prophylactically effective dose." In this use, the precise amounts again depend upon the patient's state of health and general level of immunity, but generally range from 0.1 to 25 mg per dose, especially 0.5 to 2.5 mg per dose. A preferred prophylactic use is for the prevention of kidney transplant rejection.

Single or multiple administrations of the compositions can be carried out with dose levels and pattern being selected

5,693,761

25

by the treating physician. In any event, the pharmaceutical formulations should provide a quantity of the antibody(ies) of this invention sufficient to effectively treat the patient.

Human-like antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for T-cell typing, for isolating specific IL-2 receptor bearing cells or fragments of the receptor, for vaccine preparation, or the like.

Kits can also be supplied for use with the subject antibodies in the protection against or detection of a cellular activity or for the presence of a selected antigen. Thus, the subject antibody composition of the present invention may be provided, usually in a lyophilized form in a container, either alone or in conjunction with additional antibodies specific for the desired cell type. The antibodies, which may be conjugated to a label or toxin, or unconjugated, are included in the kits with buffers, such as Tris, phosphate, carbonate, etc., stabilizers, biocides, inert proteins, e.g., serum albumin, or the like, and a set of instructions for use. Generally, these materials will be present in less than about 5% wt. based on the amount of active antibody, and usually present in total amount of at least about 0.001% wt. based again on the antibody concentration. Frequently, it will be desirable to include an inert extender or excipient to dilute the active ingredients, where the excipient may be present in from about 1 to 99% wt. of the total composition. Where a second antibody capable of binding to the chimeric antibody is employed in an assay, this will usually be present in a separate vial. The second antibody is typically conjugated to a label and formulated in an analogous manner with the antibody formulations described above.

### p75 Chain of IL-2 Receptor

The human IL-2 receptor is a complex multichain glycoprotein, with one chain, known as the Tac peptide or alpha chain, being about 55 kD in size (see, Leonard, W., et al., *J. Biol. Chem.* 260, 1872 (1985), which is incorporated herein by reference). The second chain is known as the p75 or beta chain (Tsudo et al., *Proc. Nat. Acad. Sci. USA*, 83, 9694 (1986) and Sharon et al., *Science* 234, 859 (1986), both of which are incorporated herein by reference). The p55 or Tac chain and the p75 chain each independently bind IL-2 with low or intermediate affinity, while the IL-2 receptor complex of both chains binds IL-2 with high affinity. The p75 chain of the human IL-2 receptor will often be called herein simply the p75 protein.

The present invention provides novel compositions useful, for example, in the treatment of T-cell mediated human disorders, the compositions containing human-like immunoglobulins specifically capable of inhibiting the binding of human IL-2 to its receptor and/or capable of binding to the p75 protein of human IL-2 receptors. The immunoglobulins can have two pairs of light chain/heavy chain complexes, typically at least one chain comprising mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be used to produce human-like antibodies capable of binding to the p75 protein at affinity levels stronger than about $10^7$ $M^{-1}$. These humanized immunoglobulins will also be capable of blocking the binding of the CDR-donating mouse monoclonal antibody to p75.

The human-like immunoglobulins may be utilized alone in substantially pure form, or complexed with a cytotoxic agent, such as a radionuclide, a ribosomal inhibiting protein

26

or a cytotoxic agent active at cell surfaces. All of these compounds will be particularly useful in treating T-cell mediated disorders. The human-like immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, human-like immunoglobulins specifically reactive with the p75 chain of the human IL-2 receptor are provided. These immunoglobulins, which have binding affinities of at least $10^7$ to $10^8$ $M^{-1}$, and preferably $10^9$ $M^{-1}$ to $10^{10}$ $M^{-1}$ or stronger, are capable of, e.g., blocking the binding of IL-2 to human IL-2 receptors. The human-like immunoglobulins will have a human-like framework and can have complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with an epitope on p75 protein. The immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of T-cell mediated disorders in human patients by a variety of techniques.

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope on the human IL-2 receptor, such as the mik-β1 monoclonal antibody. The DNA segments encoding these regions will typically be joined to DNA segments encoding appropriate human-like framework regions. Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the mik-β1 heavy and light chain CDRs, are included in FIG. 23A and FIG. 23B. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.

The antibodies of the present invention will typically find use individually in treating a T-cell mediated disease state. Generally, where the cell linked to a disease has been identified as IL-2 receptor bearing, then the human-like antibodies capable of blocking the binding of IL-2 to the human IL-2 receptor are suitable.

For example, typical disease states suitable for treatment include graft-versus-host disease and transplant rejection in patients undergoing an organ transplant, such as heart, lungs, kidneys, liver, etc. Other diseases include autoimmune diseases, such as Type I diabetes, multiple sclerosis, rheumatoid arthritis, systemic lupus erythematosus, and myasthenia gravis.

The human-like antibodies of the present invention may also be used in combination with other antibodies, particularly human monoclonal antibodies reactive with other markers on cells responsible for the disease. For example, suitable T-cell markers can include those grouped into the so-called "Clusters of Differentiation," as named by the First International Leukocyte Differentiation Workshop, *Leukocyte Typing*, Bernard, et al., Eds., Springer-Verlag, N.Y. (1984), which is incorporated herein by reference. A preferred use is the simultaneous treatment of a patient with a human-like antibody binding to p55 and a human-like antibody binding to p75 of the IL-2 receptor, i.e., humanized anti-Tac plus humanized mik-β1.

Human-like antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for T-cell typing, for isolating specific IL-2 receptor bearing cells or fragments of the receptor, for vaccine preparation, or the like.

### Anti-HSV Antibodies

Herpes Simplex Virus types I and II (HSV-1 and HSV-2), are now estimated to be the second most frequent cause of

5,693,761

27

sexually transmitted diseases in the world. Although completely accurate data are not available, infection estimates range from about 20 to 40% of the U.S. population.

A large number of diseases, from asymptomatic to life-threatening, are associated with HSV infection. Of particular clinical interest, encephalitis from HSV-1 infection and transmission of HSV-2 from a pregnant mother to her fetus are often fatal. Immunosuppressed patients are also subject to severe complications when infected with the virus.

More than 50 HSV polypeptides have been identified in HSV-infected cells, including at least seven major cell surface glycoproteins (see, Whitley, R., Chapt. 66, and Roizman and Sears, Chapt. 65, *Virology*, Eds. Fields et al. 2nd ed., Raven Press N.Y., N.Y. (1990), which are incorporated herein by reference). The specific biologic functions of these glycoproteins are not well defined, although gB and gD have been shown to be associated with cell fusion activity (W. Cai et al., J. Virol. 62, 2596 (1988) and Fuller and Spear, Proc. Natl. Acad. Sci. USA 84, 5454 (1987)). gB and gD express both type-specific and type-common antigenic determinants. Oakes and Lausch demonstrated that monoclonal antibodies against gB and gE suppress replication of HSV-1 in trigeminal ganglia (Oakes and Lausch, J. Virol. 51, 656 (1984)). Dix et al. showed that anti-gC and gD antibodies protect mice against acute virus-induced neurological disease (Dix et al., Infect. Immun. 34, 192 (1981)). Whitley and colleagues produced a panel of murine monoclonal antibodies against HSV-1 and showed that several of the antibodies protected mice against encephalitis and death following ocular inoculation with the virus (see, Koga et al., Virology 151, 385 (1986); Metcalf et al., Cur. Eye Res. 6, 173 (1987) and Metcalf et al., Intervirology 29, 39 1988), all of which are incorporated herein by reference). Clone Fd79 (anti-gB) prevented encephalitis even when immunization was delayed until 48 hours post-infection. Fd79 and Fd138-80 (anti-gD) significantly reduced the severity of epithelial keratitis and lowered the frequency of persistent viral infection in an outbred mouse model.

Thus, there is a need for improved forms of humanized immunoglobulins specific for HSV antigens that are substantially non-immunogenic in humans, yet easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

The present invention provides novel compositions useful, for example, in the treatment of HSV mediated human disorders, the compositions containing humanized immunoglobulins specifically capable of blocking the binding of HSV to its receptors and/or capable of binding to the HSV specific proteins. The immunoglobulins can have two pairs of light chain/heavy chain complexes, at least one chain comprising one or more mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be introduced into human framework regions to produce humanized immunoglobulins capable of binding to the HSV surface proteins at affinity levels stronger than about $10^7$ $M^{-1}$. These humanized immunoglobulins will also be capable of blocking the binding of the CDR donating mouse monoclonal antibody to HSV.

The humanized immunoglobulins may be utilized alone in substantially pure form, or together with an antiviral agent, such as acyclovir or a cytotoxic agent active at viral surfaces. All of these compounds will be particularly useful

28

in treating HSV mediated disorders. The humanized immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, humanized immunoglobulins specifically reactive with HSV related epitopes either directly on the virus or on infected cells are provided. These immunoglobulins, which have binding affinities to HSV specific antigens of at least about $10^7$ $M^{-1}$, and preferably $10^8$ $M^{-1}$ to $10^{10}$ $M^{-1}$ or stronger, are capable of, e.g., protecting cells from HSV transmission. The humanized immunoglobulins will have a human framework and will have one or more complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with an HSV protein, such as gB and gD proteins. The immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of HSV mediated disorders in human patients by a variety of techniques.

The HSVs are among the most intensively investigated of all viruses, and the HSV virion structure has been shown to contain about 33 proteins. Humanized immunoglobulins utilizing CDR's from monoclonal antibodies reactive with these proteins, particularly the eight surface glycoproteins (e.g., gB, gC, gD, gE, gG, gH and gI), represent preferred embodiments of the present invention (see, Spear, P. G., The Herpesviruses, vol. 3. pp. 315–356 (1984) (Roizman, B., ed), Plenum Press, N.Y., N.Y. and Spear, P. G., Immunochemistry of Viruses. The Basis for Serodiagnosis and Vaccines, pp. 425–446 (1985) (Neurath, A. R., eds.), Amsterdam: Elsevier, both of which are incorporated herein by reference).

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope of an HSV protein, such as monoclonal antibodies reactive with HSV gB and gD glycoproteins. The DNA segments encoding these regions will typically be joined to DNA segments encoding appropriate humanized framework regions. Exemplary DNA sequences code for the polypeptide chains comprising the heavy and light chain hypervariable regions (with human framework regions) from monoclonal antibodies Fd79 and Fd138-80, shown in FIG. 30A through FIG. 30D. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.

The antibodies of the present invention will typically find use individually in treating an HSV mediated disease state. For example, typical disease states suitable for treatment include any involving HSV infection. Specific diseases include neonatal herpes, herpes encephalitis, ocular herpes, genital herpes and disseminated herpes (see, Corey, L., Chapter 136, Harrison's Principles of Internal Medicine, 11th ed., McGraw-Hill Book Company, N.Y., N.Y. (1987), which is incorporated herein by reference).

Any humanized immunoglobulins of the present invention may also be used in combination with other antibodies, particularly humanized antibodies reactive with different HSV antigens. For example, suitable HSV antigens to which a cocktail of humanized immunoglobulins may react include gC, gE, gF, gG and gH (see, Rector, J. et al., Infect. Immun. 38, 168 (1982) and Fuller, A. et al., J. Virol. 63, 3435 (1989), both of which are incorporated herein by reference).

The antibodies can also be used as separately administered compositions given in conjunction with acyclovir or

5,693,761

29

other antiviral agents. Typically, the agents may include idoxuridine or trifluorothymidine, but numerous additional agents (e.g., vidarabine) well-known to those skilled in the art for HSV treatment may also be utilized (see, Corey, L., op. cit.).

A preferred pharmaceutical composition of the present invention comprises the use of the subject immunoglobulins in immunotoxins in cells infected by HSV. Immunotoxins are characterized by two components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery vehicle," provides a means for delivering the toxic agent to a particular cell type, such as cells expressing an HSV epitope.

The compositions containing the present humanized antibodies or a cocktail thereof can be administered for prophylactic and/or therapeutic treatments. In therapeutic application, compositions are administered to a patient already suffering from HSV infection, in an amount sufficient to cure or at least partially arrest the disease and its complications. An amount adequate to accomplish this is defined as a "therapeutically effective dose." Amounts effective for this use will depend upon the severity of the infection and the general state of the patient's own immune system, but generally range from about 1 to about 200 mg of antibody per dose, with dosages of from 5 to 25 mg being more commonly used. It must be kept in mind that the materials of this invention may generally be employed in serious disease states, that is life-threatening or potentially life-threatening situations. In such cases, in view of the minimization of extraneous substances and the lower probability of "foreign substance" rejections which are achieved by the present humanized immunoglobulins of this invention, it is possible and may be felt desirable by the treating physician to administer substantial excesses of these antibodies.

In prophylactic applications, compositions containing the present immunoglobulins or a cocktail thereof are administered to a patient not already in a disease state to enhance the patient's resistance. Such an amount is defined to be a "prophylactically effective dose." In this use, the precise amounts again depend upon the patient's state of health and general level of immunity, but generally range from 0.1 to 25 mg per dose. A preferred prophylactic use is for the prevention of herpes in immunocompromised patients, such as organ transplant recipients.

Single or multiple administrations of the compositions can be carried out with dose levels and pattern being selected by the treating physician. In any event, the pharmaceutical formulations should provide a quantity of the antibody(ies) of this invention sufficient to effectively treat the patient.

Humanized antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for detection of HSV antigens, for isolating specific HSV infected cells or fragments of the virus, for vaccine preparation, or the like.

Anti-CD33 Antibodies

There are about 10,000–15,000 new cases of myeloid (also called non-lymphocytic or granulocytic) leukemia in the U.S. per year (Cancer Facts & Figures, American Cancer Society, 1987). There are two major forms of myeloid leukemia: acute myelogenous leukemia (AML) and chronic myelogenous leukemia (CML). Despite treatment with chemotherapy, long-term survival in patients with AML is

30

less than 10–20% (Clarkson et al., CRC Critical Review in Oncology/Hematology 4, 221 (1986)), and survival with CML and related diseases such as chronic myelomonocytic leukemia (CMML), chronic monocytic leukemia (CMMOL) and myelodysplastic syndrome (MDS) is even lower.

The p67 protein or CD33 antigen is found on the surface of progenitors of myeloid cells and of the leukemic cells of most cases of AML, but not on lymphoid cells or non-hematopoietic cells (see, Leucocyte Typing III, ed. by A. J. McMichael, Oxford University Press, pp. 622–629 (1987), which is incorporated herein by reference). Antibodies that are known to bind to the CD33 antigen include L4B3, L1B2 and MY9 (Andrews et al., Blood 62, 124 (1983) and Griffin et al., Leukemia Research 8, 521 (1984), both of which are incorporated herein by reference).

Another antibody that binds to CD33 is M195 (Tanimoto et al., Leukemia 3, 339 (1989) and Scheinberg et al., Leukemia 3, 440 (1989), both of which are incorporated herein by reference). The reactivity of M195 with a wide variety of cells and tissues was tested. Among normal cells, M195 was reported to bind only to some monocytes and myeloid progenitor cells. The research also reported that it does not bind to other hematopoietic cells or to non-hematopoietic tissues. M195 bound to cells of most cases of AML and all cases of CML in myeloblastic phase.

A phase I clinical trial of M195 in AML has been conducted (Scheinberg et al., Proc. ASCO 9, 207 (1990)). M195 radiolabeled with iodine-131 was found to rapidly and specifically target leukemic cells in both the blood and bone marrow.

Unfortunately, the use of non-human monoclonal antibodies such as M195 have certain drawbacks in human treatment, particularly in repeated therapeutic regimens as explained below. Mouse monoclonal antibodies, for example, do not fix human complement well, and lack other important immunoglobulin functional characteristics when used in humans.

Thus, there is a need for improved forms of humanized immunoglobulins specific for CD33 antigen that are substantially non-immunogenic in humans, yet easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

The present invention provides novel compositions useful, for example, in the treatment of myeloid leukemia-related human disorders, the compositions containing humanized immunoglobulins specifically capable of binding to CD33 antigen. The immunoglobulins can have two pairs of light chain/heavy chain complexes, at least one chain comprising one or more mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be introduced into human framework regions to produce humanized immunoglobulins capable of binding to the CD33 antigen at affinity levels stronger than about $10^7 \text{ M}^{-1}$. These humanized immunoglobulins will also be capable of blocking the binding of the CDR-donating mouse monoclonal antibody to CD33.

The immunoglobulins, including binding fragments and other derivatives thereof, of the present invention may be produced readily by a variety of recombinant DNA techniques, with ultimate expression in transfected cells, preferably immortalized eukaryotic cells, such as myeloma or hybridoma cells. Polynucleotides comprising a first sequence coding for humanized immunoglobulin framework

5,693,761

31

regions and a second sequence set coding for the desired immunoglobulin complementary determining regions can be produced synthetically or by combining appropriate cDNA and genomic DNA segments.

The humanized immunoglobulins may be utilized alone in substantially pure form, or together with a chemotherapeutic agent such as cytosine arabinoside or daunorubicin active against leukemia cells, or complexed with a radionuclide such as iodine-131. All of these compounds will be particularly useful in treating leukemia and myeloid cell-mediated disorders. The humanized immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, humanized immunoglobulins specifically reactive with CD33 related epitopes are provided. These immunoglobulins, which have binding affinities to CD33 of at least about $10^7$ $M^{-1}$, and preferably $10^8$ $M^{-1}$ to $10^{10}$ $M^{-1}$ or stronger, are capable of, e.g., destroying leukemia cells. The humanized immunoglobulins will have a human framework and will have one or more complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with CD33 antigen. In a preferred embodiment, one or more of the CDR's will come from the M195 antibody. Importantly, M195 does not bind to the ultimate hematopoietic stem cells, so M195 used in therapy will minimally interact with and destroy those cells, which are critical for generating all blood cells. Thus, the immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of myeloid cell-mediated disorders in human patients by a variety of techniques.

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope of-CD33 antigen, such as monoclonal antibodies M195, L4B3, L1B2 or MY9. The DNA segments encoding these regions will typically be joined to DNA segments encoding appropriate human framework regions. Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the heavy and light chain CDR's of monoclonal antibody M195 are included in FIG. 34A and FIG. 34B. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.

The antibodies of the present invention will typically find use individually in treating hematologic malignancies. For example, typical disease states suitable for treatment include AML, CML, CMML, CMMOL and MDS (see, generally, Hoffbrand & Pettit, Essential Haematology, Blackwell Scientific Publications, Oxford (1980)). The antibodies may also be used for bone marrow ablation prior to bone marrow transplant.

Any humanized immunoglobulins of the present invention may also be used in combination with other antibodies, particularly humanized antibodies reactive with different myeloid antigens. For example, suitable antigens to which a cocktail of humanized immunoglobulins may react include CD13, CD14, CD15, CD16 and CD34 (see, Leukocyte Typing III, op. cit., pp. 576–732).

The antibodies can also be used as separately administered compositions given in conjunction with chemotherapeutic agents. Typically, the agents may include cytosine arabinoside and daunorubicin, but numerous additional agents (e.g., 6-thioguanine) well-known to those skilled in

32

the art for leukemia treatment may also be utilized (see, Hoffbrand & Pettit, op. cit.).

A preferred pharmaceutical composition of the present invention comprises the use of the subject immunoglobulins in immunotoxins to kill leukemia cells. Immunotoxins are characterized by two components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery-vehicle," provides a means for delivering the toxic agent to a particular cell type, such as cells expressing a CD33 epitope.

Humanized antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for detection of CD33 antigens, for isolating specific myeloid cells, or the like.

It will be understood that although examples pertain to the M195 antibody, producing humanized antibodies with high binding affinity for the CD33 antigen is also contemplated using CDR's from L4B3, L1B2, MY9 or other monoclonal antibodies that bind to an epitope of CD33.

Anti-CMV Antibodies

Cytomegalovirus is a major pathogen of immunocompromised individuals, especially bone marrow transplant recipients, organ transplant recipients, and AIDS patients (see, generally, Fields et al., Eds., Virology, 2nd ed., Raven Press, New York pp. 1981–2010 (1990), which is incorporated herein by reference). Approximately 15% of bone marrow transplant patients develop CMV pneumonia, with an 85% mortality rate (Meyers, Rev. Inf. Dis. 11 (suppl. 7), S1691 (1989)). About 10% of AIDS patients develop severe CMV disease; and congenitally acquired CMV, often with significant morbidity and mortality, affects 1% of newborns (Fields, op. cit.).

The drug ganciclovir is effective against certain forms of CMV infection, notably chorioretinitis and gastroenteritis, but is not very effective against CMV pneumonia, and it has serious toxicity. Use of pooled human imunoglobulin preparations has shown some beneficial effect for prophylaxis of CMV in bone marrow transplant patients (Meyers, op. cit.), and a combination of high-dose immune globulin and ganciclovir has been reported effective against CMV pneumonia (Emanuel et al., Trans. Proc. XIX (suppl. 7), 132 (1987)). However, the marginal effectiveness, variable potency and high cost of commercial human immune globulin remain serious problems. Hence, there is a great need for new drugs effective against CMV.

CMV is a member of the herpesvirus family of viruses, and as such, has a large double-stranded DNA core, a protein capsid, and an outer lipid envelope with viral glycoproteins on its surface. At least 8 proteins have been detected on the envelope of CMV (Britt et al., J. Virol. 62, 3309 (1988)) and others have been predicted to exist based on the DNA sequence of CMV (Chee et al., Nature 344, 774 (1990)). Murine monoclonal antibodies have been produced against two especially significant CMV glycoproteins: gB, also called p130/55 or gp55–116, and gH, also called p86 (Rasmussen et al., Virology 163, 308 (1988) and Britt et al., op. cit., both of which are incorporated herein by reference) and shown to neutralize infectivity of the virus. Three other neutralizing antibodies to gH are designated CMV5, CMV109 and CMV115. Human monoclonal antibodies to CMV have also been produced (Ehrlich et al., Hybridoma 6, 151 (1987)).

In animal models, murine monoclonal antibodies have been shown effective in treating infections caused by various

5,693,761

33

viruses, including members of the herpesvirus family (see, e.g., Metcalf et al., Intervirol. 29, 39 (1988)). Hence, such antibodies may be useful in treatment of CMV infections.

Unfortunately, the use of non-human monoclonal antibodies such as CMV5 and CMV115 have certain drawbacks in human treatment, particularly in repeated therapeutic regimens as explained below. Mouse monoclonal antibodies, for example, do not fix human complement well, and lack other important immunoglobulin functional characteristics when used in humans.

While the production of so-called "chimeric antibodies" (e.g., mouse variable regions joined to human constant regions) has proven somewhat successful, a significant immunogenicity problem remains. In general, the production of human immunoglobulins reactive with CMV antigens, as with many antigens, is difficult using typical human monoclonal antibody production techniques. Moreover, the human antibodies produced may lack certain desirable properties, such as high binding affinity and the ability to neutralize all clinical CMV strains. Similarly, utilizing recombinant DNA technology to produce so-called "humanized" or "reshaped" antibodies (see, e.g., Riechmann et al., Nature 332, 323 (1988) and EPO Publication No. 0239400, which are incorporated herein by reference), provides uncertain results, in part due to unpredictable binding affinities.

Thus, there is a need for improved forms of humanized immunoglobulins specific for CMV antigen that are substantially non-immunogenic in humans, yet easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

The present invention provides novel compositions useful, for example, in the treatment of CMV-mediated human disorders, the compositions containing humanized immunoglobulins specifically capable of blocking the binding of CMV to its receptors and/or capable of binding to CMV antigens. The immunoglobulins can have two pairs of light chain/heavy chain complexes, at least one chain comprising one or more mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be introduced into human framework regions to produce humanized immunoglobulins capable of binding to CMV at affinity levels stronger than about $10^7$ $M^{-1}$. These humanized immunoglobulins will also be capable of blocking the binding of the CDR-donating mouse monoclonal antibody to CMV.

The immunoglobulins, including binding fragments and other derivatives thereof, of the present invention may be produced readily by a variety of recombinant DNA techniques, with ultimate expression in transfected cells, preferably immortalized eukaryotic cells, such as myeloma or hybridoma cells. Polynucleotides comprising a first sequence coding for humanized immunoglobulin framework regions and a second sequence set coding for the desired immunoglobulin complementarity determining regions can be produced synthetically or by combining appropriate cDNA and genomic DNA segments.

The humanized immunoglobulins may be utilized alone in substantially pure form, or together with a chemotherapeutic agent such a acyclovir or ganciclovir active against CMV-infected cells, or complexed with a cytotoxic agent. All of these compounds will be particularly useful in treating CMV-mediated disorders. The humanized immunoglobulins

34

or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, humanized immunoglobulins specifically reactive with CMV and CMV-infected cells are provided. These immunoglobulins, which have binding affinities to CMV specific antigens of at least about $10^7$ $M^{-1}$, and preferably $10^8$ $M^{-1}$ to $10^{10}$ $M^{-1}$ or stronger, are capable of, e.g., blocking CMV infection of cells. The humanized immunoglobulins will have a human framework and will have one or more complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with a CMV antigen. In a preferred embodiment, one or more of the CDR's will come from the CMV5, or CMV109 or CMV115 antibodies. The immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of CMV-mediated disorders in human patients by a variety of techniques.

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope of a CMV antigen, such as monoclonal antibodies CMV5 or CMV115. The DNA segments encoding these regions will typically be joined to DNA segments encoding appropriate human framework regions. Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the heavy and light chain CDR's of monoclonal antibody CMV5 are included in FIG. 39A and FIG. 39B. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.

Human constant region DNA sequences can be isolated in accordance with well known procedures from a variety of human cells, but preferably immortalized B-cells (see, Kabat op. cit. and WP87/02671). The CDR's for producing the immunoglobulins of the present invention will be similarly derived from monoclonal antibodies capable of binding to CMV and produced in any convenient mammalian source, including, mice, rats, rabbits, or other vertebrate capable of producing antibodies by well known methods. Suitable source cells for the DNA sequences and host cells for immunoglobulin expression and secretion can be obtained from a number of sources, such as the American Type Culture Collection (Catalogue of Cell Lines and Hybridomas, Fifth edition (1985) Rockville, Md., U.S.A., which is incorporated herein by reference).

The antibodies of the present invention will typically find use individually in treating CMV-related disorders. For example, typical disease states suitable for treatment include CMV pneumonia, neonatal CMV infection, CMV mononucleosis and CMV-related chorioretinitis and gastroenteritis.

Any humanized immunoglobulins of the present invention may also be used in combination with other antibodies, particularly humanized antibodies reactive with different CMV antigens. For example, suitable antigens to which a cocktail of humanized immunoglobulins may react include the gB and gH proteins.

The antibodies can also be used as separately administered compositions given in conjunction with chemotherapeutic agents. Typically, the agents may include acyclovir or ganciclovir, but numerous additional agents well-known to those skilled in the art for CMV treatment may also be utilized.

5,693,761

35

A preferred pharmaceutical composition of the present invention comprises the use of the subject immunoglobulins in immunotoxins to kill CMV-infected cells. Immunotoxins are characterized by two components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery vehicle," provides a means for delivering the toxic agent to a particular cell type, such as cells expressing a CMV epitope. The two components are commonly chemically bonded together by any of a variety of well-known chemical procedures. For example, when the cytotoxic agent is a protein and the second component is an intact immunoglobulin, the linkage may be by way of heterobifunctional cross-linkers, e.g., SPDP, carbodiimide, glutaraldehyde, or the like. Production of various immunotoxins is well-known with the art, and can be found, for example in "Monoclonal Antibody-Toxin Conjugates: Aiming the Magic Bullet," Thorpe et al., *Monoclonal Antibodies in Clinical Medicine*, Academic Press, pp. 168–190 (1982), which is incorporated herein by reference. The components may also be linked genetically (see Chaudhary et al., Nature 339, 394 (1989)).

In prophylactic applications, compositions containing the present immunoglobulins or a cocktail thereof are administered to a patient not already in a disease state to enhance the patient's resistance. Such an amount is defined to be a "prophylactically effective dose." In this use, the precise amounts again depend upon the patient's state of health and general level of immunity, but generally range from 1 to 50 mg per dose. A preferred prophylactic use is for the prevention of CMV infection in immunocompromised patients, such as organ or bone marrow transplant recipients.

Humanized antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for detection of CMV antigens, for isolating specific CMV-infected cells, or the like.

In particular, the same method may be used to produce a humanized CMV109, CMV115 or other anti-CMV antibody as used to produce humanized CMV5 herein.

Anti-γ-IFN Antibodies

In mammals, the immune response is mediated by several types of cells that interact specifically with foreign material, i.e., antigens. One of these cell types, B cells, is responsible for the production of antibodies. Another cell type, T cells, include a wide variety of cellular subsets that destroy virally infected cells or control the in vivo function of both B cells and other hematopoietic cells, including T cells. A third cell type, macrophages, process and present antigens in conjunction with major histocompatibility complex (MHC) proteins to T cells. Communication between these cell types is mediated in a complex manner by lymphokines, such as interleukins 1–6 and γ-IFN (see, generally, Paul, W. E., ed., Fundamental Immunology, 2nd ed., Raven Press, New York (1989), which is incorporated herein by reference.)

One important lymphokine is γ-IFN, which is secreted by some T cells. In addition to *its* anti-viral activity, γ-IFN stimulates natual killer (NK) cells, activates macrophages, and stimulates the expression of MHC molecules on the surface of cells (Paul, op. cit., pp. 622–624). Hence γ-IFN generally serves to enhance many aspects of immune function, and is a logical candidate for a therapeutic drug in cases where such enhancement is desired, e.g., in treating cancer. Conversely, in disease states where the immune system is over-active, e.g., autoimmune diseases and organ

36

transplant rejection, antagonists of γ-IFN may be used to treat the disease by neutralizing the stimulatory effects of γ-IFN.

One class of effective antagonists of γ-IFN are monoclonal antibodies that bind to and neutralize it (see, e.g., Van der Meide et al., J. Gen. Virol. 67, 1059 (1986)). In in vitro and in vivo mouse models of transplants, anti-γ-IFN antibodies have been shown to delay or prevent rejection (Landolfo et al., Science 229, 176 (1985) and Rosenberg et al., J. Immunol. 144, 4648 (1990), both of which are incorporated herein by reference). Treatment of mice prone to develop a syndrome like systemic lupus erythematosus (SLE) with a monoclonal antibody to γ-IFN significantly delayed onset of the disease (Jacob et al., J. Exp. Med. 166, 798 (1987)). Under some conditions, an anti-γ-IFN antibody alleviated adjuvant arthritis in rats (Jacob et al., J. Immunol. 142, 1500 (1989)), suggesting that anti-γ-IFN may be effective against some cases of rheumatoid arthritis in human patients. Multiple sclerosis (MS) in patients is made worse by treatment with γ-IFN (Panitch et al., Neurology 36 (suppl. 1), 285 (1986)), so an anti-γ-IFN antibody may alleviate MS. Thus, an anti-γ-IFN antibody may be effective in treating these and other autoimmune diseases.

For treatment of human patients, a murine monoclonal that binds to and neutralizes human γ-IFN (see, e.g., Yamamoto et al., Microbiol. Immunol. 32, 339 (1988)) may be used. Another murine monoclonal antibody designated AF2 that neutralizes human γ-IFN, and inhibits binding of γ-IFN to its cellular receptor, is disclosed herein. Unfortunately, the use of non-human monoclonal antibodies such as AF2 have certain drawbacks in human treatment, particularly in repeated therapeutic regimens as explained below. Mouse monoclonal antibodies, for example, have a relatively short circulating half-life in humans, and lack other important immunoglobulin functional characteristics when used in humans.

The present invention provides novel compositions useful, for example, in the treatment of human autoimmune disorders, the compositions containing humanized immunoglobulins specifically capable of binding to γ-IFN. The immunoglobulins can have two pairs of light chain/heavy chain complexes, at least one chain comprising one or more mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be introduced into human framework regions to produce humanized immunoglobulins capable of binding to γ-IFN at affinity levels stronger than about $10^7$ M$^{-1}$. These humanized immunoglobulins will also be capable of blocking the binding of the CDR-donating mouse monoclonal antibody to γ-IFN.

The immunoglobulins, including binding fragments and other derivatives thereof, of the present invention may be produced readily by a variety of recombinant DNA techniques, with ultimate expression in transfected cells, preferably immortalized eukaryotic cells, such as myeloma or hybridoma cells. Polynucleotides comprising a first sequence coding for humanized immunoglobulin framework regions and a second sequence set coding for the desired immunoglobulin complementarity determining regions can be produced synthetically or by combining appropriate cDNA and genomic DNA segments.

The humanized immunoglobulins may be utilized alone in substantially pure form, or together with a chemotherapeutic agent such as a non-steroidal anti-inflammatory drug,

5,693,761

37

a corticosteroid, or an immunosuppressant. All of these compounds will be particularly useful in treating autoimmune disorders. The humanized immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, humanized immunoglobulins specifically reactive with γ-IFN epitopes are provided. These immunoglobulins, which have binding affinities to γ-IFN of at least about $10^7 M^{-1}$, and preferably $10^8 M^{-1}$ to $10^{10} M^{-1}$ or stronger, are capable of, e.g., neutralizing human γ-IFN. The humanized immunoglobulins will have a human framework and will have one or more complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with γ-IFN. In a preferred embodiment, one or more of the CDR's will come from the AF2 antibody. Thus, the immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of autoimmune disorders in human patients by a variety of techniques.

The antibodies of the present invention will typically find use individually in treating autoimmune conditions. For example, typical disease states suitable for treatment include graft versus host disease and transplant rejection in patients undergoing an organ transplant, such as heart, lungs, kidneys, liver, etc. Other diseases include autoimmune diseases, such as Type I diabetes, multiple sclerosis, rheumatoid arthritis, systemic lupus erythematosus, and myasthenia gravis.

Any humanized immunoglobulins of the present invention may also be used in combination with other antibodies, particularly humanized antibodies reactive with other lymphokines or lymphokine receptors. For example, suitable antigens to which a cocktail of humanized immunoglobulins may react include interleukins 1 through 10 and the p55 and p75 chains of the IL-2 receptor (see, Waldmann, Annu. Rev. Biochem. 58, 875 (1989) and Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), both of which are incorporated herein by reference). Other antigens include those on cells responsible for the disease, e.g., the so-called "Clusters of Differentiation" (Leucocyte Typing III, ed. by A. J. McMichael, Oxford University Press (1987), which is incorporated herein by reference).

The antibodies can also be used as separately administered compositions given in conjunction with chemotherapeutic agents. Typically, the agents may include nonsteroidal anti-inflammatory agents (e.g., aspirin, ibuprofen), steroids (e.g., prednisone) and immunosuppressants (e.g., cyclosporin A, cytoxan), but numerous additional agents well-known to those skilled in the art may also be utilized.

A preferred pharmaceutical composition of the present invention comprises the use of the subject immunoglobulins in immunotoxins, e.g., to kill γ-IFN-secreting cells. Immunotoxins are characterized by two components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery vehicle," provides a means for delivering the toxic agent to a particular cell type, such as cells expressing a γ-IFN epitope.

Humanized antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for detection of γ-IFN antigens, or the like.

The following examples are offered by way of illustration, not by limitation.

38

EXPERIMENTAL

Example 1

Humanized anti-Tac Antibody

Design of Genes for Humanized anti-Tac Light and Heavy Chains

The sequence of the human antibody Eu (Sequences of Proteins of Immunological Interest, E. Kabat et al., U.S. Dept. of Health and Human Services, 1983) was used to provide the framework of the humanized antibody, because the amino acid sequence of the heavy chain variable region of anti-Tac is more homologous to the heavy chain of this antibody than to any other complete heavy chain variable region sequence in the National Biomedical Foundation Protein Identification Resource.

To select the sequence of the humanized heavy chain, the anti-Tac heavy chain sequence (FIG. 1B, upper lines; see, commonly assigned U.S. Ser. Nos. 07/223,037 filed Sep. 28, 1988, and 07/181,862 filed Apr. 15, 1988, both of which are now abandoned and which are incorporated herein by reference) was aligned with the sequence of the Eu heavy chain (FIG. 1B, lower lines). At each position, the Eu amino acid was selected for the humanized sequence, unless that position fell in any one of four categories defined above, in which case the anti-Tac amino acid was selected:

(1) The position fell within a complementarity determining region (CDR), as defined by Kabat, et al., op. cit. (amino acids 31-35, 50-66, 99-106);

(2) The Eu amino acid was rare for human heavy chains at that position, whereas the anti-Tac amino acid was common for human heavy chains at that position (amino acids 27, 93, 95, 98, 107-109, 111);

(3) The position was immediately adjacent to a CDR in the amino acid sequence of the anti-Tac heavy chain (amino acids 30 and 67); or

(4) 3-dimensional modeling of the anti-Tac antibody suggested that the amino acid was physically close to the antigen binding region (amino acids 48 and 68). Amino acid #27 is listed in category (2) because the acceptor Eu amino acid Gly is rare, and the donor anti-Tac amino acid Tyr is chemically similar to the amino acid Phe, which is common, but the substitution was actually made because #27 also fell in category (4). Although some amino acids fell in more than one of these categories, they are only listed in one. The amino acids in the humanized heavy and light chains are numbered according to the lower lines of FIG. 1A and FIG. 1B.

To select the sequence of the humanized light chain, the anti-Tac light chain sequence was aligned with the sequence of the Eu light chain (FIG. 1A, lower lines). The Eu amino acid was selected at each position for the humanized sequence, unless the position again fell into one of the categories (1)–(4):

(1) CDR's (amino acids 24–34, 50–56, 89–97);

(2) Anti-Tac amino acid more typical than Eu (amino acids 48 and 63);

(3) Adjacent to CDR's (no amino acids; Eu and anti-Tac were already the same at all these positions); or

(4) Possible 3-dimensional proximity to binding region (amino acid 60).

The actual nucleotide sequence of the heavy and light chain genes were selected as follows:

(1) The nucleotide sequences code for the amino acid sequences chosen as described above;

5,693,761

**39**

(2) 5' of these coding sequences, the nucleotide sequences code for a leader (signal) sequence, namely the leader of the light chain of the antibody MOPC 63 and the leader of the heavy chain of the antibody PCH 108A (Kabat et al., op. cit.). These leader sequences were chosen as typical of antibodies;

(3) 3' of the coding sequences, the nucleotide sequences are the sequences that follow the mouse light chain J5 segment and the mouse heavy chain J2 segment, which are part of the anti-Tac sequences. These sequences are included because they contain splice donor signals; and

(4) At each end of the sequence is an Xba I site to allow cutting at the Xba I sites and cloning into the Xba I site of a vector.

### Construction of Humanized Light and Heavy Chain Genes

To synthesize the heavy chain, four oligonucleotides were synthesized using an Applied Biosystems 380B DNA synthesizer. Two of the oligonucleotides are part of each strand of the heavy chain, and each oligonucleotide overlaps the next one by about 20 nucleotides to allow annealing.

Together, the oligonucleotides cover the entire humanized heavy chain variable region with a few extra nucleotides at each end to allow cutting at the Xba I sites. The oligonucleotides were purified from polyacrylamide gels.

Each oligonucleotide was phosphorylated using ATP and T4 polynucleotide kinase by standard procedures (see, Maniatis, op. cit.). To anneal the phosphorylated oligonucleotides, they were suspended together in 40 ul of TA (33 mM Tris acetate, pH 7.9, 66 mM potassium acetate, 10 mM magnesium acetate) at a concentration of about 3.75 uM each, heated to 95° C. for 4 min. and cooled slowly to 4° C. To synthesize the complete gene from the oligonucleotides by synthesizing the opposite strand of each oligonucleotide, the following components were added in a final volume of 100 ul:

| | |
|---|---|
| 10 ul | annealed oligonucleotides |
| 0.16 mM each | deoxyribonucleotide |
| 0.5 mM | ATP |
| 0.5 mM | DTT |
| 100 ug/ml | BSA |
| 3.5 ug/ml | T4 g43 protein (DNA polymerase) |
| 25 ug/ml | T4 g44/62 protein (polymerase accessory protein) |
| 25 ug/ml | 45 protein (polymerase accessory protein) |

The mixture was incubated at 37° C. for 30 min. Then 10 u of T4 DNA ligase was added and incubation at 37° C. resumed for 30 min. The polymerase and ligase were inactivated by incubation of the reaction at 70° C. for 15 min. To digest the gene with Xba I, to the reaction was added 50 ul of 2× TA containing BSA at 200 ug/ml and DTT at 1 mM, 43 ul of water, and 50 u of Xba I in 5 ul. The reaction was incubated for 3 hr at 37° C., and run on a gel. The 431 bp Xba I fragment was purified from a gel and cloned into the Xba I site of the plasmid pUC19 by standard methods.

Four plasmid isolates were purified and sequenced using the dideoxy method. One of these had the correct sequence.

To synthesize the light chain, four oligonucleotides JFD1, JFD2, JFD3, JFD4 were synthesized. Two of the oligonucleotides are part of each strand of the light chain, and each oligonucleotide overlaps the next one by about 20 nucleotides to allow annealing. Together, the oligonucleotides cover the entire humanized light chain variable region with

**40**

a few extra nucleotides at each end to allow cutting at the Xba I sites. The oligonucleotides were purified from polyacrylamide gels.

The light chain gene was synthesized from these oligonucleotides in two parts. 0.5 ug each of JFD1 and JFD2 were combined in 20 ul sequence buffer (40 mM Tris-HCl, pH 7.5, 20 mM magnesium chloride, 50 mM sodium chloride), heated at 70° C. for 3 min and allowed to cool slowly to 23° C. in order for the oligonucleotides to anneal. JFD3 and JFD4 were treated in the same way. Each reaction was made 10 mM in DTT and 0.5 mM in each deoxyribonucleotide and 6.5 u of sequenase (US Biochemicals) was added, in a final volume of 24 ul, and incubated for 1 hr at 37° C. to synthesize the opposite strands of the oligonucleotides. Xba I and Hind III were added to each reaction to digest the DNA (there is a Hind III site in the region where JFD2 and JFD3 overlap and therefore in each of the synthesized DNAs). The reactions were run on polyacrylamide gels, and the Xba I - Hind III fragments were purified and cloned into pUC18 by standard methods. Several plasmid isolates for each fragment were sequenced by the dideoxy method, and correct ones chosen.

### Construction of Plasmids to Express Humanized Light and Heavy Chains

The heavy chain Xba I fragment was isolated from the pUG19 plasmid in which it had been inserted and then inserted into the Xba I site of the vector pVγ1 (see, commonly assigned U.S. Ser. No. 07/223,037 filed Sep. 28, 1988, now abandoned, which is incorporated herein by reference) in the correct orientation by standard methods, to produce the plasmid pHuGTAC1. This plasmid will express high levels of a humanized heavy chain when transfected into an appropriate host cell.

The two light chain Xba I - Hind III fragments were isolated from the pUG18 plasmids in which they had been inserted. The vector plasmid pVκ1 (see, commonly assigned U.S. Ser. No. 07/223,037 filed Sep. 28, 1988, now abandoned, which is incorporated herein by reference) was cut with Xba I, dephosphorylated and ligated with the two fragments by standard methods. The desired reaction product has the circular form: vector - Xba I - fragment 1 - Hind III - fragment 2 - Xba I - vector. Several plasmid isolates were analyzed by restriction mapping and sequencing, and one with this form chosen. This plasmid, pHuLTAC, therefore contains the complete humanized light chain and will express high levels of the light chain when transfected into an appropriate host cell.

### Synthesis and Affinity of Humanized Antibody

The plasmids pHuGTAC1 and pHuLTAC were transfected into mouse Sp2/0 cells, and cells that integrated the plasmids were selected on the basis of resistance to mycophenolic acid and/or hygromycin B conferred by the gpt and hyg genes on the plasmids by standard methods. To verify that these cells secreted antibody that binds to the IL-2 receptor, supernatant from the cells was incubated with HUT-102 cells that are known to express the IL-2 receptor. After washing, the cells were incubated with fluorescein-conjugated goat anti-human antibody, washed, and analyzed for fluorescence on a FACSCAN cytofluorometer. The results (FIG. 7A), clearly show that the humanized antibody binds to these cells, but not to Jurkat T-cells that do not express the IL-2 receptor (FIG. 7D). As controls, the original mouse anti-Tac antibody was also used to stain these cells, giving similar results.

5,693,761

41

For the next experiments, cells producing the humanized antibody were injected into mice, and the resultant ascites collected. Humanized antibody was purified to substantial homogeneity from the ascites by passage through an affinity column of goat anti-human immunoglobulin antibody, prepared on an Affigel-10 support (Bio-Rad Laboratories, Inc., Richmond, Calif.) according to standard techniques. To determine the affinity of the humanized antibody relative to the original anti-Tac antibody, a competitive binding experiment was performed. About $5 \times 10^5$ HUT-102 cells were incubated with known quantities (10–40 ng) of the anti-Tac antibody and the humanized anti-Tac antibody for 10 min at 4° C. Then 100 ng of biotinylated anti-Tac was added to the cells and incubated for 30 min at 4° C. This quantity of anti-Tac had previously been determined to be sufficient to saturate the binding sites on the cells, but not to be in large excess.

Then the cells were washed twice with 2 ml of phosphate buffered saline (PBS) containing 0.1% sodium azide. The cells were then incubated for 30 min at 4° C. with 250 ng of phycoerythrin-conjugated avidin, which bound to the biotinylated anti-Tac already bound to the cells. The cells were washed again as above, fixed in PBS containing 1% paraformaldehyde, and analyzed for fluorescence on a FAC-SCAN cytofluorometer.

Use of increasing amounts (10–40 ng) of the anti-Tac antibody as competitor in the first step decreased the amount of biotinylated anti-Tac that could bind to the cells in the second step, and therefore the amount of phycoerythrin-conjugated avidin that bound in the last step, thus decreasing fluorescence (FIG. 8A). Equivalent amounts (20 ng) of anti-Tac, and humanized anti-Tac used as competitor decreased the fluorescence to approximately the same degree (FIG. 8B). This shows that these antibodies have approximately the same affinity, because if one had greater affinity, it would have more effectively competed with the biotinylated anti-Tac, thus decreasing fluorescence more.

### Example 2

### A Second Humanized Anti-Tac Antibody

### Higher Level Expression of the Humanized anti-Tac Antibody

Three new plasmid vectors were prepared for expression of the humanized antibodies. The plasmid pVg1 (FIG. 9A) contains a human cytomegalovirus IE1 promoter and enhancer (Boshart et al., *Cell* 41, 521 (1985), which is incorporated herein by reference), the human genomic Cγ1 segment including part of the preceding intron, and the hygomycin gene (Blochlinger et al., *Mol. Cell. Biol.* 4, 2929 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 9B) is similar to pVg1 but contains the human genomic Cκ segment and the gpt gene. The plasmid pVg1-dhfr was constructed similarly to pVg1 but contains a dihydrofolate reductase (dhfr) gene (Simonsen et al., *Proc. Natl. Acad. Sci. USA* 80, 2495 (1984), which is incorporated herein by reference) in place of the hygomycin gene.

Xba I fragments containing the humanized anti-Tac light chain and heavy chain variable regions were excised respectively from the plasmids pHuLTAC and the pHuGTAC1 and cloned into the Xba I sites of the plasmid vectors pVk and pVg1. To express the humanized anti-Tac antibody, the light chain encoding plasmid was introduced by electroporation into SP2/0 mouse myeloma cells followed by selection for gpt expression. Transfected cells expressing light chain were

42

then transfected with the plasmid encoding the heavy chain followed by selection for hygromycin B resistance. Transfected cells producing the highest levels of humanized antibody as determined by ELISA were used for preparation of antibody. Humanized antibody was purified from culture supernatant of transfected cells by protein A sepharose chromatography.

### Construction of the Second Humanized anti-Tac Antibody

To determine whether it was actually necessary to use the mouse anti-Tac amino acids in categories (2)–(4) in the humanized anti-Tac antibody to retain binding affinity, a second humanized anti-Tac antibody was constructed. In the second antibody, only mouse anti-Tac amino acids in Category (1), i.e., in the CDR's themselves, were used, with all other amino acids coming from the human Eu framework. For purposes of this discussion, the original humanized anti-Tac antibody will be called the "PDL humanized antibody," and the second humanized antibody will be called the "CDR-only humanized antibody." The amino acid sequences of the PDL and CDR-only humanized antibody (variable regions) are compared in FIG. 10A and FIG. 10B.

The CDR-only humanized anti-Tac heavy and light chain variable (V) region gene segments were constructed in essentially the same manner as the light chain of the PDL humanized anti-Tac immunoglobulin, as described above. Specifically, each V region gene segment was synthesized in two halves. For each half, two overlapping, opposite-strand oligonucleotides, approximately 110 to 130 bases in length (FIG. 11A and FIG. 11B), were annealed and extended with sequenase (U.S. Biochemicals). The resulting double strand fragments were digested with either Xba I and Hind III (light chain) or-Xba I and Sal I (heavy chain) and inserted into plasmid pUC19. Clones with the correct sequence were identified by DNA sequencing. Complete heavy and light chain genes were generated by inserting the V region halves into the Xba I sites of pVg 1 and pVk respectively by three-fragment ligation.

The CDR-only humanized antibody was expressed in the same manner as the PDL humanized antibody, by transfecting first the light chain containing plasmid and then the heavy chain containing plasmid into SP2/0 cells. Transfected cells producing the highest levels of humanized antibody as determined by ELISA were used for preparation of antibody, which was purified by protein A sepharose chromatography. Antibody concentration was determined by ELISA using purified PDL humanized antibody as a standard. That the purified CDR-only humanized antibody is assembled into $H_2L_2$ tetramers as expected was shown by analysis using reducing and non-reducing polyacrylamide gel electrophoresis.

The ability of the CDR-only humanized immunoglobulin to bind to the IL-2 receptor was assessed by fluorescence staining. Approximately $3.4 \times 10^5$ HUT-102 cells, which are known to highly express the IL-2 receptor on their surface, were incubated with 200 ng of either the PDL or CDR-only humanized antibody, washed, and then incubated with fluorescein-conjugated goat anti-human IgG antisera. Cell fluorescence was measured by flow cytometry with a FAC-Scan (Becton Dickinson). As shown in FIG. 12, the PDL humanized antibody strongly stained the cells. However, staining by the CDR-only antibody was indistinguishable from staining by the negative control antibody humanized Fd79, which binds the gB glycoprotein of herpes simplex virus and not HUT-102 cells. Hence, by this assay, the CDR-only humanized antibody does not detectably bind the IL-2 receptor.

5,693,761

43

Binding of the PDL and CDR-only humanized anti-Tac antibodies to the IL-2 receptor were also compared in a competitive binding assay. Approximately $4 \times 10^5$ HUT-102 cells were incubated with 1.5 ng of radioiodinated mouse anti-Tac antibody ($7 \times 10^6$ cpm/ug) and varying amounts of each humanized antibody (4 to 512 ng) in 200 ul total volume of binding buffer (RPMI 1040 medium, 10% fetal calf serum, 10 ug/ml murine IgG2a, 0.1% sodium azide). After incubation for 2 hours at $0^\circ$ C., 800 ul of binding buffer was added, cells were collected by centrifugation and radioactivity was measured. The relative binding by the two humanized antibodies and by mouse anti-Tac is shown in a plot of bound/free labelled antibody versus competitor concentration (FIG. 13). The PDL humanized anti-Tac antibody affinity for IL-2 receptor is essentially equal to that of the mouse anti-Tac antibody, because it competes about equally well. But competition by the CDR-only humanized anti-Tac antibody to IL-2 receptor was undetectable at the antibody concentrations used, indicating a binding affinity reduction of at least 100-fold as compared to the PDL humanized anti-Tac antibody. Because the sequences of the PDL and CDR humanized anti-Tac antibodies differ only at positions where mouse framework residues in categories (2)–(4) were used in the PDL molecule, we conclude that at least one of these mouse framework residues are essential for high affinity binding.

### Example 3

### Construction of 5 Other Humanized Antibodies

### Cloning of Heavy and Light Chain cDNAs

Five other humanized antibodies were designed and produced using the principles and categories disclosed herein. The antibodies are Fd79 and Fd138-80 which respectively bind to the gB and gD glycoproteins of herpes simplex virus (Metcalf et al., *Intervirology* 29, 39 (1988)), M195 (Tanimoto et al., *Leukemia* 3, 339 (1989)) which binds to the CD33 antigen, mik-β1 (Tusdo et al., *Proc. Natl. Acad. Sci. USA* 86, 1982 (1989)) which binds to the p75 chain of the IL-2 receptor, and CMV5 which binds to the gH glycoprotein of cytomegalovirus.

cDNAs for the heavy chain and light chain variable domain genes of each antibody were cloned using anchored polymerase chain reactions (Loh et al., *Science* 243, 219 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoRI sites (Scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoRI and HindIII and cloned into the pUC18 vector for sequencing. For each antibody, at least two heavy chain and two kappa clones were sequenced and found to have the same sequence. The deduced amino acid sequences of the mature light and heavy chain variable regions are shown in FIGS. 2A–6B, upper lines.

### Design of Humanized Antibodies

In order to retain high binding affinity of the humanized antibodies, the principles and categories described above were utilized when designing the antibodies. Based on high sequence homology, human antibodies were selected to provide both the acceptor light and heavy chain human frameworks for the mouse antibodies, as follows: human Pom for Fd79, human Eu for Fd138-80, human Eu for M195, human Lay for mik-β1, and human Wol for CMV5. The computer programs ABMOD and ENCAD (Levitt, *J. Mol. Biol.*, 168, 595 (1983) and Zilber et al., *Biochemistry*

44

29, 10032 (1990), both of which are incorporated herein by reference) was used to construct a model of the variable region of each mouse antibody. The model was used to determine the amino acids in each framework that were close enough to the CDR's to potentially interact with them (category 4 above). For each antibody, the positions found to fall in the categories (1)–(5) defined above are given in Table 1, numbered as in FIGS. 2A–6B.

### TABLE 1

| Category | Light Chain | Heavy Chain |
|---|---|---|
| | Fd79 Antibody | |
| 1 | 24–38, 54–50, 93–100 | 31–35, 50–66, 99–111 |
| 2 | 9, 45, 46, 83 | 82, 112 |
| 3 | 53 | 112 |
| 4 | 53 | 97 |
| 5 | 81 | |
| | Fd138-80 Antibody | |
| 1 | 24–34, 50–56, 89–97 | 31–35, 50–66, 99–110 |
| 2 | 48, 63 | 93, 98, 111, 112, 113, 115 |
| 3 | — | 30, 67, 98, 111 |
| 4 | 36, 48, 87 | 27, 30, 37, 48, 67, 68, 98 |
| | M195 Antibody | |
| 1 | 24–38, 54–60, 93–101 | 31–35, 50–66, 95–105 |
| 2 | 10, 52, 67, 110 | 93, 95, 98, 106, 107, 108, 110 |
| 3 | — | 30, 67, 98, 106 |
| 4 | 40, 52, 74 | 27, 30, 48, 68, 98 |
| | mik-β1 Antibody | |
| 1 | 24–33, 49–55, 88–96 | 31–35, 50–65, 98–108 |
| 2 | 13 | 84, 89, 90 |
| 3 | — | 30, 49 |
| 4 | 70 | 29, 30, 72, 73 |
| 5 | 41 | 1 |
| | CMV5 Antibody | |
| 1 | 24–34, 50–56, 89–97 | 31–35, 50–66, 99–108 |
| 2 | — | 69, 80 |
| 3 | 49 | 30 |
| 4 | 49 | 24, 27, 28, 30, 97 |
| 5 | — | 5 |

In designing each humanized antibody, at each position the amino acid was selected to be the same as in the human acceptor sequence, unless the position fell in categories (1)–(4), in which case the amino acid from the mouse donor sequence was used, or in category (5), in which case an amino acid typical for human sequences at that position was used.

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including signal peptides typically from the mouse antibody chains, generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included splice donor signals typical for immunoglobulin genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal. The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 base long with a 15–20 base overlap. Double

5,693,761

<table>
<tr><td>45</td><td>46</td></tr>
</table>

stranded DNA fragments were synthesized with Klenow or Taq polymerase or sequenase from each pair of oligonucleotides, digested with restriction enzymes, ligated to pUC18 vector and sequenced. Two fragments with the respectively correct half-sequences were then ligated into the XbaI sites of pVg1 (heavy chains of Fd79 and Fd138-80) or pVg1-dhfr (heavy chains of M195, mik-β1, CMV5) or pVk (all light chains) expression vectors in the appropriate orientations to produce the complete heavy and light chain genes. Reactions were carried out under conditions well-known in the art (Maniatis et al., op. cit.).

The heavy chain and light chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells were selected for gpt expression. Clones were screened by assaying human antibody production in the culture supernatant by ELISA, and antibody was purified from the best-producing clones. Antibody was purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibodies were eluted with 0.2M Glycine-HCl, pH 3.0 and neutralized with 1M Tris pH 8.0. The buffer was exchanged into PBS by passing over a PD10 column (Pharmacia).

### Properties of the Humanized Antibodies

The binding of the humanized antibodies to cell types expressing the corresponding antigens was tested: HSV-infected cells for Fd79 and Fd138-80, U937 cells for M195, YTJB cells for mik-β1 and CMV-infected cells for CMV5. By fluorocytometry, the humanized antibodies bind approximately as well as the original mouse antibodies and the corresponding chimeric antibodies. Moreover, the humanized antibodies compete approximately as well as the corresponding mouse antibodies against the radiolabeled mouse antibodies for binding to the cells, so the humanized antibodies have approximately the same binding affinity as the mouse antibodies, typically within about 2 fold or better, see, e.g., Table 2.

#### TABLE 2

Binding affinities of murine and humanized antibodies.

| | Mouse $K_a$ (m$^{-1}$) | Humanized $K_a$ (M$^{-1}$) |
|---|---|---|
| Fd79 (anti-gB) | $1.1 \times 10^8$ | $5.3 \times 10^7$ |
| Fd138-80 (anti-gD) | $5.2 \times 10^7$ | $4.8 \times 10^7$ |

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other antibodies. In comparison to other monoclonal antibodies, the present humanized immunoglobulin can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

### Example 4

#### Design of Genes for anti-Tac Human-like Light and Heavy Chains

The sequence of the human antibody Eu (Sequences of Proteins of Immunological Interest, Kabat, E., et al., U.S. Dept. of Health and Human Services, 1983) was used to provide the framework of the humanized antibody, because the amino acid sequence of the heavy chain of anti-Tac is more homologous to the heavy chain of this antibody than to any other heavy chain sequence in the National Biomedical Foundation Protein Identification Resource.

To select the sequence of the humanized heavy chain, the anti-Tac heavy chain sequence was aligned with the sequence of the Eu heavy chain (FIG. 15). At each position, the Eu amino acid was selected for the humanized sequence, unless that position fell in any one of the following categories, in which case the anti-Tac amino acid was selected.

(1) The position fell within a complementarity determining region (CDR), as defined by Kabat, et al., op. cit. (amino acids 31-35, 50-66, 99-106);

(2) The Eu amino acid was unusual for human heavy chains at that position, whereas the anti-Tac amino acid was typical for human heavy chains at that position (amino acids 27, 93, 95, 98, 107-109, 111);

(3) The position was immediately adjacent to a CDR in the amino acid sequence of the anti-Tac heavy chain (amino acids 30 and 67).

(4) 3-dimensional modeling of the anti-Tac antibody suggested that the amino acid was physically close to the antigen binding region (amino acids 48 and 68).

Some amino acids fell in more than one of these categories but are only listed in one.

To select the sequence of the humanized light chain, the anti-Tac light chain sequence was aligned with the sequence of the Eu light chain (FIG. 16). The Eu amino acid was selected at each position, unless the position again fell into one of the categories (1)-(4), (with light chain replacing heavy chain in the category definitions):

(1) CDRs (amino acids 24-34, 50-56, 89-97).

(2) Anti-Tac amino acid more typical than Eu (amino acids 48 and 63).

(3) Adjacent to CDRs (no amino acids; Eu and anti-Tac were already the same at all these positions).

(4) Possible 3-dimensional proximity to binding region (amino acid 60).

The actual nucleotide sequence of the heavy (FIG. 17) and light chain (FIG. 18) genes were selected as follows:

(1) the nucleotide sequences code for the amino acid sequences chosen as described above.

(2) 5' of these coding sequences, the nucleotide sequences code for a leader (signal) sequence, namely the leader of the light chain of the antibody MOPC 63 and the leader of the heavy chain of the antibody PCH 108A (Kabat et al., op. cit.). These leader sequences were chosen as typical of antibodies.

(3) 3' of the coding sequences, the nucleotide sequences are the sequences that follow the mouse light chain J5 segment and the mouse heavy chain J2 segment, which are part of the anti-Tac sequences. These sequences are included because they contain splice donor signals.

(4) At each end of the sequence is an Xba I site to allow cutting at the Xba I sites and cloning into the Xba I site of a vector.

### Construction of Humanized Light and Heavy Chain Genes

To synthesize the heavy chain, four oligonucleotides HES12, HES13, HES14, HES15 (FIG. 19A) were synthesized using an Applied Biosystems 380B DNA synthesizer. Two of the oligonucleotides are part of each strand of the

5,693,761

47

heavy chain, and each oligonucleotide overlaps the next one by about 20 nucleotides to allow annealing (FIG. 19B). Together, the oligonucleotides cover the entire humanized heavy chain (FIG. 17) with a few extra nucleotides at each end to allow cutting at the Xba I sites. The oligonucleotides were purified from polyacrylamide gels.

Each oligonucleotide was phosphorylated using ATP and T4 polynucleotide kinase by standard procedures (see, Maniatis, op. cit.). To anneal the phosphorylated oligonucleotides, they were suspended together in 40 ul of TA (33 mM Tris acetate, pH 7.9, 66 mM potassium acetate, 10 mM magnesium acetate) at a concentration of about 3.75 uM each, heated to 95° C. for 4 min. and cooled slowly to 4° C. To synthesize the complete gene from the oligonucleotides by synthesizing the opposite strand of each oligonucleotide (FIG. 19B), the following components were added in a final volume of 100 ul:

| 10 ul | annealed oligonucleotides |
| 0.16 mM each | deoxyribonucleotide |
| 0.5 mM | ATP |
| 0.5 mM | DTT |
| 100 ug/ml | BSA |
| 3.5 ug/ml | T4 g43 protein (DNA polymerase) |
| 25 ug/ml | T4 g44/62 protein (polymerase accessory protein) |
| 25 ug/ml | 45 protein (polymerase accessory protein) |

The mixture was incubated at 37° C. for 30 min. Then 10 U of T4 DNA ligase was added and incubation at 37° C. resumed for 30 min. The polymerase and ligase were inactivated by incubation of the reaction at 70° C. for 15 min. To digest the gene with Xba I, to the reaction was added 50 ul of 2× TA containing BSA at 200 ug/ml and DTT at 1 mM, 43 ul of water, and 50 U of Xba I in 5 ul. The reaction was incubated for 3 hr at 37° C., and run on a gel. The 431 bp Xba I fragment was purified from a gel and cloned into the Xba I site of the plasmid pUC19 by standard methods.

Four plasmid isolates were purified and sequenced using the dideoxy method. One of these had the correct sequence (FIG. 17).

To synthesize the light chain, four oligonucleotides JFD1, JFD2, JFD3, JFD4 (FIG. 20A) were synthesized. Two of the oligonucleotides are part of each strand of the light chain, and each oligonucleotide overlaps the next one by about 20 nucleotides to allow annealing (FIG. 20B). Together, the oligonucleotides cover the entire humanized light chain (FIG. 18) with a few extra nucleotides at each end to allow cutting at the Xba I sites. The oligonucleotides were purified from polyacrylamide gels.

The light chain gene was synthesized from these oligonucleotides in two parts. 0.5 ug each of JFD1 and JFD2 were combined in 20 ul sequenase buffer (40 mM Tris-HCl, pH 7.5, 20 mM magnesium chloride, 50 mM sodium chloride), heated at 70° C. for 3 min and allowed to cool slowly to 23° C. in order for the oligonucleotides to anneal. JFD3 and JFD4 were treated in the same way. Each reaction was made 10 mM in DTT and 0.5 mM in each deoxyribonucleotide and 6.5 U of sequenase (US Biochemicals) was added, in a final volume of 24 ul, and incubated for 1 hr at 37° C. to synthesize the opposite strands of the oligonucleotides. Xba I and Hind III were added to each reaction to digest the DNA (there is a Hind III site in the region where JFD2 and JFD3 overlap and therefore in each of the synthesized DNAs; FIG. 20B). The reactions were run on polyacrylamide gels, and the Xba I - Hind III fragments were purified and cloned into

48

pUC18 by standard methods. Several plasmid isolates for each fragment were sequenced by the dideoxy method, and correct ones chosen.

### Construction of Plasmids to Express Humanized Light and Heavy Chains

The heavy chain Xba I fragment was isolated from the pUC19 plasmid in which it had been inserted and then inserted into the Xba I site of the vector pVγ1 in the correct orientation by standard methods, to produce the plasmid pHuGTAC1 (FIG. 21). This plasmid will express high levels of a complete heavy chain when transfected into an appropriate host cell.

The two light chain Xba I - Hind III fragments were isolated from the pUC18 plasmids in which they had been inserted. The vector plasmid pVk1 was cut with Xba I, dephosphorylated and ligated with the two fragments by standard methods. The desired reaction product has the circular form: vector - Xba I - fragment 1 - Hind III - fragment 2 - Xba I - vector. Several plasmid isolates were analyzed by restriction mapping and sequencing, and one with this form chosen. This plasmid, pHuLTAC (FIG. 22), therefore contains the complete humanized light chain (FIG. 18) and will express high levels of the light chain when transfected into an appropriate host cell.

### Synthesis and Affinity of Humanized Antibody

The plasmids pHuGTAC1 and pHuLTAC were transfected into mouse Sp2/0 cells, and cells that integrated the plasmids were selected on the basis of resistance to mycophenolic acid and/or hygromycin B conferred by the gpt and hyg genes on the plasmids (FIGS. 21, 22) by standard methods. To verify that these cells secreted antibody that binds to the IL-2 receptor, supernatant from the cells was incubated with HUT-102 cells that are known to express the IL-2 receptor. After washing, the cells were incubated with fluorescein-conjugated goat anti-human antibody, washed, and analyzed for fluorescence on a FACSCAN cytofluorometer. The results (FIG. 7A), clearly show that the humanized antibody binds to these cells, but not to Jurkat T-cells that do not express the IL-2 receptor (FIG. 7D). As controls, the original mouse anti-Tac antibody was also used to stain these cells (FIG. 7B and FIG. 7C), giving similar results.

For further experiments, cells producing the humanized antibody were injected into mice, and the resultant ascites collected. Humanized antibody was purified to substantial homogeneity from the ascites by passage through an affinity column of goat anti-human immunoglobulin antibody, prepared on an Affigel-10 support (Bio-Rad Laboratories, Inc., Richmond, Calif.) according to standard techniques. To determine the affinity of the humanized antibody relative to the original anti-Tac antibody, a competitive binding experiment was performed. About $5 \times 10^5$ HUT-102 cells were incubated with known quantities (10–40 ng) of the anti-Tac antibody and the humanized anti-Tac antibody for 10 min at 4° C. Then 100 ng of biotinylated anti-Tac was added to the cells and incubated for 30 min at 4° C. This quantity of anti-Tac had previously been determined to be sufficient to saturate the binding sites on the cells, but not to be in large excess. Then the cells were washed twice with 2 ml of phosphate buffered saline (PBS) containing 0.1% sodium azide. The cells were then incubated for 30 min at 4° C. with 250 ng of phycoerythrin-conjugated avidin, which bound to the biotinylated anti-Tac already bound to the cells. The cells were washed again as above, fixed in PBS containing 1% paraformaldehyde, and analyzed for fluorescence on a FACSCAN cytofluorometer.

5,693,761

49
50

Use of increasing amounts (10–40 ng) of the anti-Tac antibody as competitor in the first step decreased the amount of biotinylated anti-Tac that could bind to the cells in the second step, and therefore the amount of phycoerythrin-conjugated avidin that bound in the last step, thus decreasing fluorescence (FIG. 8A). Equivalent amounts (20 ng) of anti-Tac, and humanized anti-Tac used as competitor decreased the fluorescence to approximately the same degree (FIG. 8B). This shows that these antibodies have approximately the same affinity, because if one had greater affinity, it would have more effectively competed with the biotinylated anti-Tac, thus decreasing fluorescence more.

Biological Properties of the Humanized Antibody

For optimal use in treatment of human disease, the humanized antibody should be able to destroy T-cells in the body that .express the IL-2 receptor. One mechanism by which antibodies may destroy target cells is antibody-dependent cell-mediated cytotoxicity, abbreviated ADCC (Fundamental Immunology, Paul, W., Ed., Raven Press, New York (1984), at pg. 681), in which the antibody forms a bridge between the target cell and an effector cell such as a macrophage that can lyse the target. To determine whether the humanized antibody and the original mouse anti-Tac antibody can mediate ADCC, a chromium release assay was performed by standard methods. Specifically, human leukemia HUT-102 cells, which express the IL-2 receptor, were incubated with $^{51}$Cr to allow them to absorb this radionuclide. The HUT-102 cells were then incubated with an excess of either anti-Tac or humanized anti-Tac antibody. The HUT-102 cells were next incubated for 4 hrs with either a 30:1 or 100:1 ratio of effector cells, which were normal purified human peripheral blood mononuclear cells that had been activated by incubation for about 20 hrs with human recombinant IL-2. Release of $^{51}$Cr, which indicated lysis of the target HUT-102 cells, was measured and the background subtracted (Table 3). The results show that at either ratio of effector cells, anti-Tac did not lyse a significant number of the target cells (less than 5%), while the humanized antibody did (more than 20%). Hence, the humanized antibody is likely to be more efficacious than the original mouse antibody in treating T-cell leukemia or other T-cell mediated diseases.

TABLE 3

Percent $^{51}$Cr release after ADCC

| Antibody | Effector: Target ratio | |
| --- | --- | --- |
| | 30:1 | 100:1 |
| Anti-Tac | 4% | <1% |
| Humanized anti-Tac | 24% | 23% |

Higher Level Expression of the Humanized anti-Tac Antibody

Two new plasmid vectors were prepared for expression of the humanized antibody. The plasmid pVg1 (FIG. 9A) contains a human cytomegalovirus IE1 promoter and enhancer (Boshart et al., Cell 41, 521 (1985)), the human genomic Cγ 1 segment including part of the preceding intron. and the hygomycin gene (Blochlinger et al., Mol. Cell. Biol. 4, 2929 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 9B) is similar to pVg1 but contains the human genomic Cκ segment and the gpt gene.

Xba I fragments containing the humanized anti-Tac light chain and heavy chain variable regions were excised respectively from the plasmids pHuLTAC and the pHuGTAC1 and cloned into the Xba I sites of the plasmid vectors pVk and pVG1. To express the humanized anti-Tac antibody, the light chain encoding plasmid was introduced by electroporation into SP2/0 mouse myeloma cells followed by selection for gpt expression. Transfected cells expressing light chain were then transfected with the plasmid encoding the heavy chain followed by selection for hygromycin B resistance. Transfected cells producing the highest levels of humanized antibody as determined by ELISA were used for preparation of antibody. Humanized antibody was purified from culture supernatant of transfected cells by protein A sepharose chromatography.

From the foregoing, it will be appreciated that the human-like immunoglobulins of the present invention offer numerous advantages of other human IL-2 receptor-specific antibodies. In comparison to anti-Tac mouse monoclonal antibodies, the present human-like immunoglobulin can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

Example 5

Design of Genes for mikβ1 Humanized Light and Heavy Chains

To exert its biological effects, IL-2 interacts with a specific high-affinity membrane receptor (Greene, W., et al., Progress in Hematology XIV, E. Brown, Ed., Grune and Statton, New York (1986), at pgs. 283 ff and Waldmann, Ann. Rev. Biochem. 58, 875 (1989), which is incorporated herein by reference). The human IL-2 receptor is a complex multichain glycoprotein, with one chain, known as the Tac peptide or alpha chain, being about 55 kD in size (see, Leonard, W., et al., J. Biol. Chem. 260, 1872 (1985), which is incorporated herein by reference). The second chain is known as the p75 or beta chain (Tsudo et al., Proc. Nat. Acad. Sci. USA, 83, 9694 (1986) and Sharon et al., Science 234, 859 (1986), both of which are incorporated herein by reference). The p55 or Tac chain and the p75 chain each independently bind IL-2 with low or intermediate affinity, while the IL-2 receptor complex of both chains binds IL-2 with high affinity. The p75 chain of the human IL-2 receptor will often be called herein simply the p75 protein.

Much of the elucidation of the human IL-2 receptor's structure and function is due to the development of specifically reactive monoclonal antibodies. The antibody, mik-β1, binds to the p75 chain (Tsudo et al., Proc. Nat. Acad. Sci. USA 86, 1982 (1989), which is incorporated herein by reference).

Cloning of Heavy Chain and Light Chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Loh et al., Science 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoRI sites (scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoRI and HindIII and cloned into the pUC19 vector for sequencing. For mik-β1, two gamma-2a specific and two kappa specific clones were sequenced. The two gamma-2a clones and two kappa clones are respectively identical in sequence.

5,693,761

51

The cDNA variable domain sequences and the deduced amino acid sequences are shown in FIG. 23A and FIG. 23B.

### Construction and Expression of Chimeric Antibody

Two plasmid vectors were prepared for construction and expression of chimeric antibody genes. The plasmid pVg1-dhfr (FIG. 24A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., *Cell* 41, 521 (1985)), the human genomic C$_\gamma$1 segment including part of the preceding intron, and a dihydrofolate reductase (dhfr) gene (Simonsen et al., *Proc. Natl. Acad. Sci. USA* 80, 2495 (1983), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 24B) is similar to pVg1-dhfr but contains the human genomic CM segment and the gpt gene. Derivatives of the mik-β1 heavy and light chain variable regions were prepared from the cDNAs by polymerase chain reaction. The 5' primers hybridized to the V regions starting at the ATG codons and contained XbaI sites; the 3' primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, C. Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the CMV promoter and the partial introns of the constant regions.

For expression of the chimeric antibody, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete antibody were detected by ELISA. Purified chimeric mik-β1 antibody was shown to bind to YTJB cells, which express the p75 antigen, by flow cytometry (FIG. 25).

### Computer Modeling of Humanized Antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (C. Queen et al., *Proc. Natl. Acad. Sci. USA* 86, 10029 (1989), which is incorporated herein by reference). The more homologous a human antibody is to the original murine antibody, the less likely will combining the murine CDRs with the human framework be to introduce distortions into the CDRs that could reduce affinity. Normally the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence database (performed with the MicroGenie Sequence Analysis Software (Beckman)), the antibody Lay was chosen to provide the framework sequences for humanization of mik-β1.

The computer program ENCAD (M. Levitt, *J. Mol. Biol.* 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of the mik-β1 variable region. The model was used to determine the amino acids in the mik-β1 framework that were close enough to the CDRs to potentially interact with them (category 4 below). To design the humanized light and heavy chain mik-β1 variable regions, at each position the amino acid was chosen to be the same as in the Lay antibody, unless that position fell in one or more of five categories:

(1) The position fell within a CDR.

(2) The Lay amino acid was unusual for human antibodies at that position, whereas the mik-β1 amino acid was typical for human antibodies at that position.

(3) The position was immediately adjacent to a CDR.

(4) The model described above suggested that the amino acid may be physically close to the antigen binding region (CDRs).

For positions in these categories, the amino acid from the (mouse) mik-β1 antibody was used. In addition, a position was in the fifth category if

52

(5) The Lay amino acid was highly unusual for human antibodies at that position, and the mik-β1 amino acid was different but also unusual. Then an amino acid typical for human antibodies at that position may be used.

The amino acids in each category are shown in Table 4. Some amino acids may be in more than one category. The final sequences of the humanized mik-β1 light and heavy chain variable domains are shown in FIG. 26A and FIG. 26B, compared with the Lay sequences.

TABLE 4

| Category | Light Chain | Heavy Chain |
|---|---|---|
| 1 | 24–33, 49–55, 88–96 | 31–35, 50–65, 98–108 |
| 2 | 13 | 84, 89, 90 |
| 3 | 30, 49 | |
| 4 | 70 | 29, 30, 72, 73 |
| 5 | 41 | |

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including the same signal peptides as in the mouse mik-β1 chains (FIG. 23A and FIG. 23B), generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal (FIG. 27A and FIG. 27B). The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 base long with about a 20 base overlap. Double stranded DNA fragments were synthesized with sequenase from each pair of oligonucleotides, digested with restriction enzymes, ligated to pBluescriptII KS (+) (Stratagene) vector and sequenced. Two fragments with the respectively correct half-sequences were then ligated into the XbaI sites of the pVg1-dhfr or pVk expression vectors. In vitro mutagenesis was used to change an Ala amino acid originally encoded by oligonucleotide wps54 to the Glu (E) at position 1 of the humanized heavy chain (FIG. 26B) by changing the nucleotides CT to AG. Reactions were carried out under conditions well-known in the art (Maniatis et al., op. cit.)

The heavy chain and light chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells were selected for gpt expression. Clones were screened by assaying human antibody production in the culture supernatant by ELISA, and antibody was purified from the best-producing clones. Antibody was purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibody was eluted with 0.2M Glycine-HCl, pH3.0 and neutralized with 1M Tris PH8.0. The buffer was exchanged into PBS by passing over a PD10 column (Pharmacia).

### Properties of Humanized Antibodies

The humanized mik-β1 antibody was characterized in comparison to the murine and chimeric antibodies. The humanized antibody bound to YTJB cells, which express p75 chain at a high level, in a fluorocytometric analysis in a manner similar to the chimeric antibody (FIG. 25), showing that it recognizes the same p75 protein.

The affinity of the humanized antibody was determined by competition with the radio-iodinated mouse mik-β1 anti-

5,693,761

53

body (FIG. 28). The binding affinities were calculated according to the methods of Berzofsky (J. A. Berzofsky and I. J. Berkower, in *Fundamental Immunology* (ed. W. E. Paul), Raven Press (New York), 595 (1984), which is incorporated herein by reference). The binding affinity of the humanized mik-β1 antibody was within about 2-fold of the affinity of the mouse mik-β1 antibody.

The ability of humanized mik-β1 plus humanized anti-Tac antibody to inhibit IL-2 stimulated proliferation of human lymphocytes was determined. Human mononuclear cells, collected from human blood by centrifugation on Ficoll-Paque (Pharmacia), were diluted to 2×10⁶ cells/ml in RPMI medium+10% fetal calf serum (FCS). A 1/200 volume of phytohemagglutinin P (Difco) was added and the cells were incubated for 4 days. The cells were incubated an additional 4 days in RPMI+10% FCS+10 u/ml IL-2. 10⁵ of these PHA activated blasts were then incubated with or without 2 μg each of humanized mik-β1 and humanized anti-Tac in 150 μl of RPMI+10% FCS in wells of a 96-well plate for 1 hr, to which various dilutions of IL-2 (Amgen) were then added in 50 μl medium. The cells were incubated 48 hr, 0.5 μCi methyl-³H-thymidine (Amersham, 82 Ci/mmol) was added, and the cells were incubated 24 hr. Cells were harvested with a cell harvester and radioactivity determined. The combination of the antibodies greatly inhibited proliferation of the cells in response to IL-2 (FIG. 29), suggesting a combination of the antibodies will have strong immunosuppressive properties. Humanized mik-β1 plus humanized anti-Tac inhibited proliferation much more strongly than did either antibody alone.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other p75 specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulin can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

Example 6

Design of Genes for Fd79 and Fd138-80
Humanized Light and Heavy Chains

Exemplary DNA sequences coding for the polypeptide chains comprising the heavy and light chain hypervariable regions (with human framework regions) from monoclonal antibodies Fd79 and Fd138-80, are shown in FIG. 30A through FIG. 30D.

Cloning of Heavy Chain and Light Chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain regions (E. Y. Loh et al., Science 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoRI sites (scheme shown in FIG. 14). This method yields clones with authentic variable domain sequences, in contrast to other methods using mixed primers designed to anneal to the variable domain sequence (J. W. Larrick et al., Bio/Technology 7, 934 (1989) and Y. L. Chiang et al., BioTech. 7, 360 (1989)). The PCR amplified fragments were digested with EcoRI and HindIII and cloned into the pUC18 vector for sequencing. For Fd79, two gamma-1 specific and 5 kappa specific clones were sequenced. The two gamma-1 specific clones are identical in sequence. This heavy chain cDNA fragment encodes a signal peptide of 19 amino acids, a V region in mouse heavy chain subgroup IIIB, a D segment, and a J$_H$1 segment with

54

4 alterations compared to the genomic J$_H$1 sequence. The deduced amino acid sequence is shown in FIG. 30A.

The five kappa specific clones belong to two groups. Two clones are identical and encode a kappa chain in which the conserved amino acid 23 cysteine has been substituted by a tyrosine, probably representing the non-productive allele. The other three clones have an identical sequence encoding a signal peptide sequence of 20 amino acids, a V region in mouse kappa chain subgroup III, and a J$_k$2 segment with a single alteration compared to the genomic J$_k$2 sequence (FIG. 30B). The validity of the heavy chain and the kappa chain sequences was subsequently confirmed by the construction and expression of a chimeric antibody as discussed below.

The heavy chain and the kappa chain of Fd138-80 were cloned similarly. Three heavy chain clones and three kappa chain clones and the kappa chain were sequenced. All three heavy chain clones have an identical sequence encoding a signal peptide sequence of 19 amino acids, a V region in mouse heavy chain subgroup II, a D segment and the J$_H$3 segment (FIG. 30C). The three kappa clones are also identical in sequence. This light chain fragment encodes a signal peptide sequence of 20 amino acids, a V region gene in mouse kappa chain subgroup V and the J$_k$5 segment (FIG. 30D). Both clones shown no irregularities in coding sequence; their validity was subsequently confirmed by construction and expression of a chimeric antibody.

Construction and Expression of Chimeric
Antibodies

Two plasmid vectors were prepared for construction and expression of the chimeric antibody genes. The plasmid pVg1 (FIG. 9A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., Cell 41, 521 (1985)), the human genomic C$_γ$1 segment including part of the preceding intron, and the hygromycin gene (Blochlinger et al., Mol. Cell. Biol. 4, 2929 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 9B) is similar to pVg1 but contains the human genomic C$_κ$ segment and the gpt gene. Derivatives of the Fd79 and Fd138-80 heavy and light chain variable regions were prepared from the cDNAs by polymerase chain reaction. The 5' primers hybridized to the V regions starting at the ATG codons and contained XbaI sites; the 3' primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, C. Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the CMV promoter and the partial introns of the constant regions.

For expression of the chimeric antibodies, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete antibody were detected by ELISA. Purified chimeric Fd79 and Fd138-80 antibodies were shown to bind to HSV-1 infected vero cells by flow cytometry. Viral neutralization assays also indicated that the chimeric antibodies retain the neutralization activities of the murine antibodies (data not shown, but see below for similar results with humanized antibodies).

Computer Modeling of Humanized Antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (C. Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The more homologous a human antibody is to the original

5,693,761

55

murine antibody, the less likely will combining the murine CDRs with the human framework be to introduce distortions into the CDRs that could reduce affinity. Normally the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence homology search against the NBRF protein sequence database (performed with the MicroGenie Sequence Analysis Software (Beckman)), the antibody Pom was chosen to provide the framework sequences for humanization of Fd79.

The computer program ENCAD (Levitt, J. Mol. Biol. 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of murine Fd79 variable region. Inspection of the refined model of murine Fd79 revealed two amino acid residues in the framework that are close enough to have significant contacts with the CDR residues (Table 5). Lys in light chain position 49 has contacts with 3 amino acids in CDR2 of the light chain (L50 Tyr, L53 Asn, L55 Glu) and 2 amino acids in CDR3 of the heavy chain (H99 Asp, H100 Tyr). Leu in heavy chain position 93 also shows interactions with 2 amino acids in CDR2 of the heavy chain (H35 Ser, H37 Val) and an amino acid in CDR3 of the heavy chain (H100C Phe). Hence, L49 Lys and H93 Leu were retained in the construction of humanized Fd79, as their replacement with human Pom framework residues would be likely to introduce distortions into the CDRs. Also, 7 other residues in the Pom framework (5 in the light chain and 2 in the heavy chain) were substituted with common human residues (identical to the murine Fd79 sequence in 6 of the choices) because of their rare occurrence in other human antibodies. The elimination of unusual amino acids in the framework may further reduce immunogenicity. The murine Fd79 sequences and the corresponding humanized sequences are shown in FIG. 30A and FIG. 30B. Substituted residues in the Pom framework are underlined.

### TABLE 5

Residues in the framework sequence showing contacts with residues in the hypervariable regions.

| Residue No.[1] | Amino Acid | Contacting CDR residues[2] |
|---|---|---|
| Fd79 | | |
| L49 | Lys | L50Y, L53N, L55E, H99D, |
| | H100Y | |
| H93 | Leu | H35S, H37V, H100CF |
| Fd138-80 | | |
| L36 | His | L34V, L89Q |
| H27 | Tyr | H32H, H34I |
| H30 | Tyr | H32H, H53R |
| H48 | Phe | H63F |
| H66 | Lys | H63F |
| H67 | Ala | H63F |

[1]. The amino acid residues are numbered according to the Kabat system (E. A. Kabat et al., Sequences of Proteins of Immunological Interest, National Institutes of Health, Bethesda, MD (1987)): the first letter (H or L) stands for the heavy chain or light chain. The following number is the residue number. The last letter is the amino acid one letter code.
[2]. The hypervariable regions are defined according to Kabat: Light chain CDR1: residue 24–34; CDR2: 50–56; CDR3: 89–97. Heavy chain CDR1: 31–35; CDR2: 50–65; CDR3: 95–102.

Similarly, the murine heavy chain and light chain sequences of Fd138-80 were subjected to sequence homology search against the NBRF protein sequence database. The sequences of the human antibody Eu were selected to provide the framework sequences for humanized Fd138-80. Inspection of a computer-generated model of Fd138-80 revealed 6 amino acid residues in the framework that are close enough to have important contacts with CDR residues.

56

The residues and their contacting counterparts are listed in Table 5; these murine residues were retained in the construction of humanized Fd138-80. Two other residues (L87 Phe and H37 Met) show significant contacts with L98 Phe, which is immediately adjacent to CDR3, so these two mouse residues were also retained. Eight amino acids in the Eu framework (2 in the light chain and 6 in the heavy chain) were substituted with the murine residues (which are also consistent with the human consensus residues) because of their rare occurrence in other human antibodies. The murine Fd138-80 sequences and the corresponding humanized sequences are shown in FIG. 30C and FIG. 30D. Substituted residues in the Eu framework are underlined.

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including the signal peptides, generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal. The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 bases long with a 15 base overlap. Double stranded DNA fragments were synthesized with Klenow polymerase, digested with restriction enzymes, ligated to pUC18 vector and sequenced. The two fragments with the correct sequences were then ligated into the XbaI sites of pVg1 or pVk expression vectors.

The synthetic genes were then cloned into the pVg1 and pVk expression vectors. For each humanized antibody constructed, the heavy chain and light chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells were selected for gpt expression. Clones were screened by assaying human antibody production in the culture supernatant by ELISA, and antibody was purified from the best-producing clones. Antibodies were purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibodies were eluted with 0.2M Glycine-HCl, pH3.0 and neutralized with 1M Tris PH8.0. The buffer was exchanged into PBS by passing over a PD10 column (Pharmacia).

### Properties of Humanized Antibodies

The humanized Fd79 and Fd138-80 antibodies were characterized in comparison to the murine and chimeric antibodies. Both humanized antibodies bind to Vero cells infected with HSV-1 in a fluorocytometric analysis in a manner similar to the chimeric antibodies (FIG. 31A and FIG. 31B), suggesting that they recognize their respective viral antigens. To more quantitatively assess the binding activity, radioiodinated murine antibodies were bound to virally infected cells and Scatchard analysis performed.

The affinities of the humanized antibodies were determined by competition with the iodinated antibodies. Vero cells infected with HSV-1 were used as source of gB and gD antigens. Increasing amounts of competitor antibody (mouse or humanized) were added to 1.5 ng of radioiodinated tracer mouse antibody (2 uCi/ug) and incubated with $4 \times 10^5$ infected Vero cells in 0.2 ml of binding buffer (PBS+2%

5,693,761

FCS+0.1% azide) for 1 hr. at 4° C. Cells were washed and pelleted, and their radioactivities were measured. The concentrations of bound and free tracer antibody were calculated. The binding affinities were calculated according to the methods of Berzofsky (J. A. Berzofsky and L. J. Berkower, in *Fundamental Immunology* (ed. W. E. Paul), Raven Press (New York), 595 (1984), which is incorporated herein by reference).

The measurements indicate that there is no significant loss of binding affinities in the humanized antibodies (Table 6). Specifically, there is an approximately 2-fold decrease in affinity in humanized Fd79 compared to the murine Fd79 (Ka of $5.3 \times 10^7$ M$^{-1}$ vs. $1.1 \times 10^8$ M$^{-1}$). The affinity of humanized Fd138-80 is comparable to that of the murine antibody (Ka of $4.8 \times 10^7$ M$^{-1}$ vs $5.2 \times 10^7$ M$^{-1}$).

TABLE 6

| Binding affinities of murine and humanized antibodies. | | |
|---|---|---|
| Mouse $K_a$ (m$^{-1}$) | Humanized $K_a$ (m$^{-1}$) | |
| Fd79 (anti-gB) | $1.1 \times 10^8$ | $5.3 \times 10^7$ |
| Fd138-80 (anti-gD) | $5.2 \times 10^7$ | $4.8 \times 10^7$ |

Murine Fd79 and Fd138-80 have been shown to neutralize HSV-1 in vitro without complement (J. Koga et al., Virology 151, 385 (1986)), so the neutralizing activities of the humanized antibodies were compared with the mouse antibodies. Serial dilutions of equal quantities of murine and humanized antibodies were incubated with virus for 1 hr. before inoculation onto Vero cells. After 4 days, cells were stained with neutral red to visualize plaques. Results from these plaque reduction assays indicated that both humanized Fd79 and Fd138-80 neutralize virus as efficiently as their murine counterparts (FIGS. 32A and B). Both humanized and murine Fd79 cause a 90% reduction of plaques at an antibody concentration of 10 nM (1.5 ug/ml). Similarly, humanized and murine Fd138-80 were able to cause a 90% plaque reduction at equivalent levels.

The antibodies were also investigated for their ability to protect cells from viral spread in tissue culture. Vero cells were inoculated with virus at 0.1 pfu/cell and allowed to adsorb for 2 hrs. at 37° C. before addition of 10 ug/ml antibody. After four days, cells were stained with an anti-gB antibody for detection of viral antigens on infected cells. Results indicated that both murine and humanized Fd79 at 10 ug/ml protected culture cells from infection (FIG. 33A). However, neither murine nor humanized Fd138-80 were able to protect cells against viral spread (FIG. 33B), despite their ability to neutralize virus before inoculation. Both gB and gD are thought to be associated with cell fusion and virus infectivity (W. Cai et al., J. Virol. 62, 2596 (1988) and A. O. Fuller and P. G. Spear, Proc. Natl. Acad. Sci. USA 84, 5454 (1987)). However, it is possible that Fd79 blocks both the infectivity and cell fusion functions of gB, while Fd138-80 blocks only the infectivity function of gD, so virus can still spread cell-to-cell.

The binding, neutralization and protection results all indicate that the humanized Fd79 and Fd138-80 antibodies have retained the binding activities and the biological properties of the murine monoclonal antibodies. The availability of humanized antibodies with specificity for HSV gB and gD, inter alia, provides an opportunity for studies of the in vivo potency and immunogenicity of humanized antibodies in treating viral diseases. The recognition by Fd79 and Fd138-80 of type-common epitopes of gB and gD (J. Koga

et al., Virology 151, 385 (1986)) expands the therapeutic potential to herpes simplex virus type 2 as well as type 1.

The use of a combination of two or more humanized antibodies in therapy is important for reducing the development of antibody resistant strains. Combination therapy of humanized antibodies with other antiviral agents such as acyclovir provides further opportunities to combat diseases when chemotherapeutic agents alone have not been effective. As Fd79 and Fd138-80 reduce the frequency of viral persistence in a murine ocular model (J. F. Metcalf et al., Cur. Eye Res. 6, 173 (1987)), the humanized antibodies, typically together with other antiviral agents, are capable of reducing episodes of recurrent genital infection, an area where traditional anti-viral agents have not been effective (L. Corey et al., N. Engl. J. Med. 306, 1313 (1982)). Incorporation of the human constant domains can also enhance effector functions, such as antibody-dependent cellular cytotoxicity, leading to greater therapeutic efficiency in human patients.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other HSV specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulin can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

### Example 7

#### Design of Genes for M195 Humanized Light and Heavy Chains

The p67 protein or CD33 antigen is found on the surface of progenitors of myeloid cells and of the leukemic cells of most cases of AML, but not on lymphoid cells or non-hematopoietic cells (see, Leucocyte Typing III, ed. by A. J. McMichael, Oxford University Press, pp. 622–629 (1987), which is incorporated herein by reference). Antibodies that are known to bind to the CD33 antigen include L4B3, L1B2 and MY9 (Andrews et al., Blood 62, 124 (1983) and Griffin et al., Leukemia Research 8, 521 (1984), both of which are incorporated herein by reference).

Another antibody that binds to CD33 is M195 (Tanimoto et al., Leukemia 3, 339 (1989) and Scheinberg et al., Leukemia 3, 440 (1989), both of which are incorporated herein by reference).

#### Cloning of Heavy Chain and Light Chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Loh et al., Science 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoRI sites (scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoRI and HindIII and cloned into the pUC18 vector for sequencing. For M195, two gamma-2a specific and two kappa specific clones were sequenced. The two gamma-2a clones and two kappa clones are respectively identical in sequence. The cDNA variable domain sequences and the deduced amino acid sequences are shown in FIG. 34A and FIG. 34B.

#### Construction and Expression of Chimeric Antibody

Two plasmid vectors were prepared for construction and expression of the chimeric antibody genes. The plasmid

5,693,761

59

pVg1-dhfr (FIG. 24A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., Cell 41, 521 (1985)), the human genomic Cγ1 segment including part of the preceding intron, and a dihydrofolate reductase (dhfr) gene (Simonsen et al., Proc. Natl. Acad. Sci. USA 80, 2495 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 24B) is similar to pVg1-dhfr but contains the human genomic Cκ segment and the gpt gene. Derivatives of the M195 heavy and light chain variable regions were prepared from the cDNAs by polymerase chain reaction. The 5' primers hybridized to the V regions starting at the ATG codons and contained XbaI sites; the 3' primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the CMV promoter and the partial introns of the constant regions.

For expression of the chimeric antibody, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete antibody were detected by ELISA. Purified chimeric M195 antibody was shown to bind to U937 cells, which express the CD33 antigen, by flow cytometry (FIG. 35).

### Computer Modeling of Humanized Antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989) and WO 90/07861, which are incorporated herein by reference). The more homologous a human antibody is to the original murine antibody, the less likely will combining the murine CDR's with the human framework be to introduce distortions into the CDR's that could reduce affinity. Normally the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence homology search against the NBRF protein sequence database (performed with the MicroGenie Sequence Analysis Software (Beckman)), the antibody Eu was chosen to provide the framework sequences for humanization of M195.

The computer program ENCAD (M. Levitt, J. Mol. Biol. 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of the M195 variable region. The model was used to determine the amino acids in the M195 framework that were close enough to the CDR's to potentially interact with them (category 4 below). To design the humanized light and heavy chain M195 variable regions, at each position the amino acid was chosen to be the same as in the Eu antibody, unless that position fell in one or more of four categories:

(1) The position fell within a CDR,

(2) The Eu amino acid was unusual for human antibodies at that position, whereas the M195 amino acid was typical for human antibodies at that position,

(3) The position was immediately adjacent to a CDR, or

(4) The model described above suggested that the amino acid may be physically close to the antigen binding region (CDR's).

In category (2), "unusual" is interpreted to include amino acids that occur in less than about 20% of the human sequences in the same subgroups (as defined by Kabat et al., op. cit.) as the Eu light and heavy chains, and "typical" is

60

interpreted to include amino acids that occur in more than about 25% but generally more than 50% of the human sequences in those subgroups. For positions in these categories, the amino acid from the mouse M195 antibody was used: The amino acids in each category are shown in Table 7. Some amino acids may be in more than one category. The final sequences of the humanized M195 light and heavy chain variable domains are shown in FIG. 36A and FIG. 36B, compared with the Eu sequences.

TABLE 7

| Category | Light Chain | Heavy Chain |
|---|---|---|
| 1 | 24–38, 54–60, 93–101 | 31–35, 50–66, 99–105 |
| 2 | 10, 52, 67, 110 | 93, 95, 98, 106, 107, 108, 110 |
| 3 | — | 30, 67, 98, 106 |
| 4 | 40, 52, 74 | 27, 30, 48, 68, 98 |

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including the same signal peptides as in the mouse M195 chains (FIG. 34A and FIG. 34B), generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal (FIG. 37A and FIG. 37B). The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 bases long with about a 15 base overlap. Double stranded DNA fragments were synthesized with Klenow polymerase from each pair of oligonucleotides, digested with restriction enzymes, ligated to the pUC18 vector and sequenced. Two fragments with the respectively correct half-sequences were then ligated into the XbaI sites of the pVg1-dhfr or pVk expression vectors in the appropriate orientations to produce the complete heavy and light chain genes. Reactions were carried out under conditions well-known in the art (Maniatis et al., op. cit.)

The heavy chain and light chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells were selected for gpt expression. Clones were screened by assaying human antibody production in the culture supernatant by ELISA, and antibody was purified from the best-producing clones. Antibody was purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibody was eluted with 0.2M Glycine-HCl, pH3.0 and neutralized with 1M Tris PH8.0. The buffer was exchanged into PBS by passing over a PD10 column (Pharmacia).

### Properties of Humanized Antibodies

The humanized M195 antibody was characterized in comparison to the murine and chimeric antibodies. The humanized antibody bound to U937 cells in a fluorocytometric analysis in a manner similar to the chimeric antibody (FIG. 35), showing that it recognizes the same CD33 antigen.

The affinity of the humanized antibody was determined by competition with the radio-iodinated mouse M195 antibody

5,693,761

61

(FIG. 38). The binding affinities were calculated according to the methods of Berzofsky (J. A. Berzofsky and I. J. Berkower, in *Fundamental Immunology* (ed. W. E. Paul), Raven Press (New York), 595 (1984), which is incorporated herein by reference). The mouse M195 had an affinity comparable to the published value (Tanimoto et al., op. cit.) and the humanized M195 antibody had an affinity the same as the mouse M195 to within experimental error.

Humanized M195 is useful to mediate antibody-dependent cellular cytotoxicity when human effector cells and human CD33-expressing cells are used. This is analogous to other humanized antibodies, such as reported by Junghans et al., Cancer Research 50, 1495 (1990), which is incorporated herein by reference.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other CD33 specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulins can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

### Example 8

### Design of Genes for CMV5 Humanized Light and Heavy Chains

Three neutralizing antibodies to the gH glycoprotein of human cytomegalovirus (CMV) are designated CMV5, CMV109 and CMV115.

Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the heavy and light chain CDR's of monoclonal antibody CMV5 are included in FIG. 39A and FIG. 39B. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below. Alternatively, polypeptide fragments comprising only a portion of the primary antibody structure may be produced, which fragments possess one or more immunoglobulin activities (e.g., complement fixation activity). These polypeptide fragments may be produced by proteolytic cleavage of intact antibodies by methods well known in the art, or by inserting stop codons at the desired locations in the vectors pVk and pVg1-dhfr (FIGS. 24A and 24B) using site-directed mutagenesis, such as after CH1 to produce Fab fragments or after the hinge region to produce (Fab')₂ fragments.

### Cloning of Heavy Chain and Light Chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Loh et al., Science 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoR I sites (scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoR I and HindIII and cloned into the pUC18 vector for sequencing. For CMV5, two gamma-2a specific and two kappa specific clones were sequenced. The two gamma-2a clones and two kappa clones are respectively identical in sequence. The cDNA variable domain sequences and the deduced amino acid sequences are shown in FIG. 39A and FIG. 39B. Similarly, by using techniques, which are well-known in the art, cDNAs for the CMV109 and CMV115 antibodies may be obtained and their sequence determined.

62

### Construction and Expression of Chimeric Antibody

Two plasmid vectors were prepared for construction and expression of the chimeric antibody genes. The plasmid pVg1-dhfr (FIG. 24A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., Cell 41, 521 (1985)), the human genomic Cγ1 segment including part of the preceding intron, and a dihydrofolate reductase (dhfr) gene (Simonsen et al., Proc. Natl. Acad. Sci. USA 80, 2495 (1983), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 24B) is similar to pVg1-dhfr but contains the human genomic Cκ segment and the gpt gene. Derivatives of the CMV5 heavy and light chain variable regions were prepared from the cDNAs by polymerase chain reaction. The 5' primers hybridized to the V regions starting at the ATG codons and contained XbaI sites; the 3' primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the cytomegalovirus promoter and the partial introns of the constant regions.

For expression of the chimeric antibody, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete antibody were detected by ELISA. Purified chimeric CMV5 antibody was shown to bind to CMV-infected cells, which express the gH antigen, by immunostaining of CMV-infected human embryonic lung fibroblasts.

### Computer Modeling of Humanized Antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989) and WO 90/07861, which are incorporated herein by reference). The more homologous a human antibody is to the original murine antibody, the less likely will combining the murine CDR's with the human framework be to introduce distortions into the CDR's that could reduce affinity. Normally the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence homology search against the NBRF protein sequence database (performed with the MicroGenie Sequence Analysis Software (Beckman)), the antibody Wol was chosen to provide the framework sequences for humanization of CMV5.

The computer program ENCAD (M. Levitt, J. Mol. Biol. 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of the CMV5 variable region. The model was used to determine the amino acids in the CMV5 framework that were close enough to the CDR's to potentially interact with them (category 4 below). To design the humanized light and heavy chain CMV5 variable regions, at each position the amino acid was chosen to be the same as in the Wol antibody, unless that position fell in one or more of five categories:

(1) The position fell within a CDR,

(2) The Wol amino acid was unusual for human antibodies at that position, whereas the CMV5 amino acid was typical for human antibodies at that position,

(3) The position was immediately adjacent to a CDR,

(4) The model described above suggested that the amino acid may be physically close to the antigen binding region (CDR's).

5,693,761

63

In category (2), "unusual" is interpreted to include amino acids that occur in less than about 20% of the human sequences in the same subgroups (as defined by Kabat et al., op. cit.) as the Wol light and heavy chains, and "typical" is interpreted to include amino acids that occur in more than about 25% but generally more than 50% of the human sequences in those subgroups. For positions in these categories, the amino acid from the mouse CMV5 antibody was used. In addition, a position was in the fifth category if the Wol amino acid was highly unusual for human antibodies at that position, and the CMV5 amino acid was different but also unusual. Then an amino acid typical for human antibodies at that position may be used.

The amino acids in each category are shown in Table 8. Some amino acids may be in more than one category. The final sequences of the humanized CMV5 light and heavy chain variable domains are shown in FIG. 40A and FIG. 40B, compared with the Wol sequences.

TABLE 8

| Category | Light Chain | Heavy Chain |
|----------|-------------|-------------|
| 1 | 24–34, 50–56, 89–97 | 31–35, 50–66, 99–108 |
| | | 69, 80 |
| 2 | | 69, 80 |
| 3 | 49 | 30 |
| 4 | | 24, 27, 28, 30, 97 |
| 5 | | 5 |

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including the same signal peptides as in the mouse CMV5 chains (FIG. 39A and FIG. 39B), generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal (FIG. 41A and FIG. 41B). The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 bases long with about a 15 base overlap. Double stranded DNA fragments were synthesized with Klenow polymerase from each pair of oligonucleotides, digested with restriction enzymes, ligated to the pUC18 vector and sequenced. Two fragments with the respectively correct half-sequences were then ligated into the XbaI sites of the pVg1-dhfr or pVk expression vectors in the appropriate orientations to produce the complete heavy and light chain genes. Reactions were carried out under conditions well-known in the art (Maniatis et al., op. cit.)

The heavy and light chain plasmids are transfected into Sp2/0 mouse myeloma cells by electroporation and cells are selected for gpt expression. Clones are screened by assaying human antibody production in the culture supernatant by ELISA, and antibody purified from the best-producing clones. Antibody is purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibody is eluted with 0.2M Glycine-HCl, pH3.0 and neutralized with 1M Tris PH8.0. The buffer is exchanged into PBS by passing over a PD10 column (Pharmacia).

Humanized antibody was also produced by transient transfection. The heavy chain and light chain plasmids were

64

transfected into S194 cells (ATCC TIB 19) by the DEAE-dextran method (Queen et al., Mol. Cell. Biol. 4, 1043 (1984), which is incorporated herein by reference), and humanized CMV5 antibody was purified from the media supernatant as above. Antibody was quantitated by ELISA assay for human Ig.

Properties of Humanized Antibodies

The humanized CMV5 antibody was characterized in comparison to the murine and chimeric antibodies. The humanized CMV5 antibody was shown to bind about as well as the mouse and chimeric antibodies to CMV antigen, by immunostaining of CMV-infected human embryonic lung (HEL) cells (ATCC CCL 137). HEL cells monolayers in 96-well plates were infected with CMV at 0.01 pfu/cell, incubated for 4 days, dried at 37° C. and stored wrapped at 4° C. 100 µl blotto (5% Carnation Instant Milk in PBS at pH 7.4) was added to each well and incubated at 37° C. for 30 min. The blotto was poured off and 75 µl of a series of 2-fold dilutions of mouse, chimeric and humanized CMV5 antibody was added to the wells. The plate was incubated 1 hr at 37° C. and washed twice with blotto (each wash was left on for 10 min). Then 75 µl of diluted peroxidase (HRP) conjugated goat anti-mouse or anti-human IgG (Tago) was added to each well and incubated for 1 hr at 37° C. The plate was washed 2× with PBS and 150 µl of HRP substrate solution was added to each well. Color was allowed to develop at room temperature. The plates were washed with water and air dried. The wells were examined under a microscope to determine the highest dilution of the antibodies that formed a colored precipitate on the CMV-infected cells. For all three antibodies, 63 ng/ml was the least amount of antibody that produced a detectable precipitate, indicating that humanized CMV5 binds about as well as the mouse and chimeric antibodies.

To compare the affinities of mouse and humanized CMV5 in another way, a competition experiment was performed. Plates of CMV-infected HEL cells as above were incubated with blotto for 30 min at 37° C. The blotto was poured off and dilutions of mouse or humanized CMV5 were added to each well in 75 µl of PBS. Then 125 µl of radio-iodinated mouse CMV5 (1 µCi/µg) in PBS, containing 28,000 cpm was added to each well and incubated at 37° C. for 2.5 hr. The plate was washed 5 times with PBS, and the contents of each well were solubilized with 200 µl of 2% SDS and counted. Increasing concentrations of mouse and humanized CMV5 inhibited binding of the radiolabeled CMV5 about equally well (FIG. 42), so humanized CMV5 has approximatley the same binding affinity as mouse CV5. An irrelevant antibody did not compete in this assay.

The ability of humanized CMV5 to neutralize CMV is compared to that of mouse CMV5. Mouse and humanized CMV5 are successively diluted by 2-fold in 100 µl of DME medium+2% FCS in wells of a 96-well plate. 100 µl of CMV, which has been diluted to contain 100 tissue culture infectious dose-50% (TCID50) units, are added to each well and incubated for 60 min at 37° C. Each well of antibody-virus mixture is added to a well of subconfluent HEL cells in a 96-well plate from which the medium has been removed. The cells are incubated for 5 days and cytopathic effect (CPE) is examined in each well under a microscope. The highest dilution of antibody that inhibits CPE by 90% is a measure of the neutralizing ability of the antibody. The humanized CMV5 antibody will neutralize CMV approximately as well as the mouse CMV5 antibody.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numer-

5,693,761

65

ous advantages over other CMV specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulins can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

### Example 9

### Design of Genes for AF2 Human-like Light and Heavy Chains

This example is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope of γ-IFN, such as monoclonal antibody AF2. Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the heavy and light chain CDR's of monoclonal antibody AF2 are included in FIG. 43A and FIG. 43B. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences.

### Cloning of Heavy Chain and Light Chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Loh et al., Science 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoR I sites (scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoR I and HindIII and cloned into the pUC18 vector for sequencing. For AF2, two gamma-2b specific and two kappa specific clones were sequenced. The two gamma-2b clones and two kappa clones are respectively identical in sequence. The cDNA variable domain sequences and the deduced amino acid sequences are shown in FIG. 43A and FIG. 43B.

### Construction and Expression of Chimeric Antibody

Two plasmid vectors were prepared for construction and expression of the chimeric antibody genes. The plasmid pVg1-dhfr (FIG. 24A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., Cell 41, 521 (1985)), the human genomic Cγ1 segment including part of the preceding intron, and a dihydrofolate reductase (dhfr) gene (Simonsen et al., Proc. Natl. Acad. Sci. USA 80, 2495 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 24B) is similar to pVg1-dhfr but contains the human genomic Cκ segment and the gpt gene. Derivatives of the AF2 heavy and light chain variable regions were prepared from the cDNAs by polymerase chain reaction. The 5' primers hybridized to the V regions starting at the ATG codons and contained XbaI sites; the 3' primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the CMV promoter and the partial introns of the constant regions.

For expression of the chimeric antibody, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete antibody were detected by ELISA. Chimeric AF2 antibody was shown to bind to human γ-IFN by ELISA.

66

### Computer Modeling of Humanized Antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989) and WO 90/07861, which are incorporated herein by reference). The more homologous a human antibody is to the original murine antibody, the less likely will combining the murine CDR's with the human framework be to introduce distortions into the CDR's that could reduce affinity. Normally the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence homology search against the NBRF protein sequence database (performed with the MicroGenie Sequence Analysis Software (Beckman)), the antibody Eu was chosen to provide the framework sequences for humanization of AF2.

The computer program ENCAD (M. Levitt, J. Mol. Biol. 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of the AF2 variable region. The model was used to determine the amino acids in the AF2 framework that were close enough to the CDR's to potentially interact with them (category 4 below). To design the humanized light and heavy chain AF2 variable regions, at each position the amino acid was chosen to be the same as in the Eu antibody, unless that position fell in one or more of five categories:

(1) The position fell within a CDR,

(2) The Eu amino acid was unusual for human antibodies at that position, whereas the AF2 amino acid was typical for human antibodies at that position,

(3) The position was immediately adjacent to a CDR,

(4) The model described above suggested that the amino acid may be physically close to the antigen binding region (CDR's).

In category (2), "unusual" is interpreted to include amino acids that occur in less than about 20% of the human sequences in the same subgroups (as defined by Kabat et al., op. cit.) as the Eu light and heavy chains, and "typical" is interpreted to include amino acids that occur in more than about 25% but generally more than 50% of the human sequences in those subgroups. For positions in these categories, the amino acid from the mouse AF2 antibody was used. In addition, a position was in the fifth category if the Eu amino acid was highly unusual for human antibodies at that position, and the AF2 amino acid was different but also unusual. Then an amino acid typical for human antibodies at that position may be used.

The amino acids in each category are shown in Table 9. Some amino acids may be in more than one category. The final sequences of the humanized AF2 light and heavy chain variable domains are shown in FIG. 44A and FIG. 44B, compared with the Eu sequences.

### TABLE 9

| Category | Light Chain | Heavy Chain |
|---|---|---|
| 1 | 24–34, 50–56, 89–97 | 31–35, 50–66, 99–106 |
| 2 | 48 | 93, 95, 98, 107, 108, 109, 111 |
| 3 | | 30, 98, 107 |
| 4 | 48, 70 | 27, 28, 30, 98, 107 |
| 5 | 63 | |

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode

5,693,761

67

the protein sequences of the humanized heavy and light chains, plus typical immunoglobulin signal sequences, generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal (FIG. 45A and FIG. 45B) The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 bases long with about a 15 base overlap. Double stranded DNA fragments were synthesized with Klenow polymerase from each pair of oligonucleotides, digested with restriction enzymes, ligated to the pUC18 vector and sequenced. Two fragments with the respectively correct half-sequences are then ligated into the XbaI sites of the pVg1-dhfr or pVk expression vectors in the appropriate orientations to produce the complete heavy and light chain genes. Reactions are carried out under conditions well-known in the art (Maniatis et al., op. cit.).

The heavy chain and light chain plasmids are transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones are screened by assaying human antibody production in the culture supernatant by ELISA, and antibody purified from the best-producing clones. Antibody is purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibody is eluted with 0.2M Glycine-HCl, pH3.0 and neutralized with 1M Tris PH8.0. The buffer is exchanged into PBS by passing over a PD10 column (Pharmacia).

Properties of Humanized Antibodies

The humanized AF2 antibody is characterized in comparison to the murine and chimeric antibodies. The humanized antibody will bind to γ-IFN in an ELISA assay in a manner similar to the mouse and chimeric antibodies, showing that it recognizes γ-IFN.

To compare the binding affinities of mouse AF2 antibody and humanized AF2 antibody, a competitive ELISA assay is performed. An ELISA plate is coated with human recombinant γ-IFN by adding 100 μl of a 500 ng/ml solution of γ-IFN in PBS to each well and incubating overnight at 4° C. Subsequent steps are carried out at room temperature. The γ-IFN solution is removed and 200 μl of ELISA buffer (0.1% Tween-20, 1% Bovine serum albumin in PBS) is added to each well and incubated for 1 hr. After removing the solution, varying amounts of competitor antibody (mouse AF2 or humanized AF2) in 100 μl PBS is added to each well,

68

along with an amount of biotinylated AF2 predetermined to give a good ELISA response. The plate is incubated for 1 hr and then washed 3 times with ELISA buffer. An amount of horseradish peroxidase (HRP)-conjugated strepavidin predetermined to be in excess is added in 100 μl PBS to each well and incubated for 30 min. The plate is washed 3 times in ELISA buffer, and 100 μl of substrate solution for HRP is added to each well. The plate is incubated for 10–30 min, and the optical density of each well is determined with an ELISA reader (BioRad). The decrease in optical density with increasing concentrations of competitor antibodies mouse AF2 and humanized AF2 are plotted. Mouse AF2 and humanized AF2 will compete similarly, showing that their binding affinities for γ-IFN are approximately the same. The procedures used are well known in the art (e.g., Harlow and Lane, op. cit.).

An important biological activity of γ-IFN is the induction of expression of class II HLA antigens on cells. To determine the ability of mouse and humanized AF2 to neutralize this activity, about $5 \times 10^4$ HS294T cells (Basham et al., J. Immunol. 130, 1492 (1983), which is incorporated herein by reference) are plated in 1.0 ml DMEM medium+10% FCS in each well of a 24-well plate. After overnight incubation, 0.1 nM interferon and varying amounts of mouse or humanized AF2 are added to the cells, and the plate is incubated for 72 hr. The cells are removed from the plate with 0.05M EDTA, stained with monoclonal antibody L243 from the American Type Culture Collection (ATCC) against HLA-D antigen, washed, stained with FITC conjugated goat anti-mouse Ig and analyzed with a FACScan (Becton-Dickinson). Increasing concentrations of mouse AF2 reduce fluorescence of the cells (FIG. 46), indicating the antibody is preventing induction of HLA-D by γ-IFN. The humanized AF2 will act similarly to mouse AF2 in this assay, showing that it neutralizes the biological activity of γ-IFN.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other γ-IFN specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulins can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

All publications and patent applications are herein incorporated by reference to the same extent as if each individual publication or patent application was specifically and individually indicated to be incorporated by reference. Although the present invention has been described in some detail by way of illustration and example for purposes of clarity and understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims.

SEQUENCE LISTING

( 1 ) GENERAL INFORMATION:

  ( i i i ) NUMBER OF SEQUENCES: 113

( 2 ) INFORMATION FOR SEQ ID NO:1:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 106 amino acids

5,693,761

**69**              **70**

-continued

```
            ( B ) TYPE: amino acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
            ( A ) NAME/KEY: Protein
            ( B ) LOCATION: 1..106
            ( D ) OTHER INFORMATION: /note= "Variable region of the mouse
                  anti-Tac antibody light chain."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:1:
```

```
Gln  Ile  Val  Leu  Thr  Gln  Ser  Pro  Ala  Ile  Met  Ser  Ala  Ser  Pro  Gly
1                   5                        10                      15

Glu  Lys  Val  Thr  Ile  Thr  Cys  Ser  Ala  Ser  Ser  Ser  Ile  Ser  Tyr  Met
               20                       25                       30

His  Trp  Phe  Gln  Gln  Lys  Pro  Gly  Thr  Ser  Pro  Lys  Leu  Trp  Ile  Tyr
          35                       40                       45

Thr  Thr  Ser  Asn  Leu  Ala  Ser  Gly  Val  Pro  Ala  Arg  Phe  Ser  Gly  Ser
     50                       55                       60

Gly  Ser  Gly  Thr  Ser  Tyr  Ser  Leu  Thr  Ile  Ser  Arg  Met  Glu  Ala  Glu
65                       70                       75                       80

Asp  Ala  Ala  Thr  Tyr  Tyr  Cys  His  Gln  Arg  Ser  Thr  Tyr  Pro  Leu  Thr
                    85                       90                       95

Phe  Gly  Ser  Gly  Thr  Lys  Leu  Glu  Leu  Lys
               100                      105
```

```
( 2 ) INFORMATION FOR SEQ ID NO:2:

    ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 107 amino acids
            ( B ) TYPE: amino acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
            ( A ) NAME/KEY: Protein
            ( B ) LOCATION: 1..107
            ( D ) OTHER INFORMATION: /note= "Variable region of the human
                  Eu antibody light chain."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:2:
```

```
Asp  Ile  Gln  Met  Thr  Gln  Ser  Pro  Ser  Thr  Leu  Ser  Ala  Ser  Val  Gly
1                   5                        10                      15

Asp  Arg  Val  Thr  Ile  Thr  Cys  Arg  Ala  Ser  Gln  Ser  Ile  Asn  Thr  Trp
               20                       25                       30

Leu  Ala  Trp  Tyr  Gln  Gln  Lys  Pro  Gly  Lys  Ala  Pro  Lys  Leu  Leu  Met
          35                       40                       45

Tyr  Lys  Ala  Ser  Ser  Leu  Glu  Ser  Gly  Val  Pro  Ser  Arg  Phe  Ile  Gly
     50                       55                       60

Ser  Gly  Ser  Gly  Thr  Glu  Phe  Thr  Leu  Thr  Ile  Ser  Ser  Leu  Gln  Pro
65                       70                       75                       80

Asp  Asp  Phe  Ala  Thr  Tyr  Tyr  Cys  Gln  Gln  Tyr  Asn  Ser  Asp  Ser  Lys
                    85                       90                       95

Met  Phe  Gly  Gln  Gly  Thr  Lys  Val  Gln  Val  Lys
               100                      105
```

5,693,761

71                                                                    72

-continued

( 2 ) INFORMATION FOR SEQ ID NO:3:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 116 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..116
        ( D ) OTHER INFORMATION: /note= "Variable region of the mouse
            anti-Tac antibody heavy chain."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:3:

```
Gln Val Gln Leu Gln Gln Ser Gly Ala Glu Leu Ala Lys Pro Gly Ala
1               5                   10                  15

Ser Val Lys Met Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Ser Tyr
        20                  25                  30

Arg Met His Trp Val Lys Gln Arg Pro Gly Gln Gly Leu Glu Trp Ile
        35                  40                  45

Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu Tyr Asn Gln Lys Phe
    50                  55                  60

Lys Asp Lys Ala Thr Leu Thr Ala Asp Lys Ser Ser Ser Thr Ala Tyr
65                  70                  75                  80

Met Gln Leu Ser Ser Leu Thr Phe Glu Asp Ser Ala Val Tyr Tyr Cys
                85                  90                  95

Ala Arg Gly Gly Gly Val Phe Asp Tyr Trp Gly Gln Gly Thr Thr Leu
                100                 105                 110

Thr Val Ser Ser
                115
```

( 2 ) INFORMATION FOR SEQ ID NO:4:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 117 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..117
        ( D ) OTHER INFORMATION: /note= "Variable region of the human
            Eu antibody heavy chain."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:4:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5                   10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Gly Thr Phe Ser Arg Ser
        20                  25                  30

Ala Ile Ile Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
        35                  40                  45

Gly Gly Ile Val Pro Met Phe Gly Pro Pro Asn Tyr Ala Gln Lys Phe
    50                  55                  60

Gln Gly Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                  70                  75                  80
```

5,693,761

73                                                          74

-continued

```
Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Phe Tyr Phe Cys
                  85                      90                      95

Ala Gly Gly Tyr Gly Ile Tyr Ser Pro Glu Glu Tyr Asn Gly Gly Leu
              100                     105                     110

Val Thr Val Ser Ser
              115
```

( 2 ) INFORMATION FOR SEQ ID NO:5:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 116 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..116
        ( D ) OTHER INFORMATION: /note= "Variable region of the PDL
            humanized anti-Tac antibody heavy chain."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:5:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1                   5                      10                      15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Ser Tyr
              20                      25                      30

Arg Met His Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Ile
          35                      40                      45

Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu Tyr Asn Gln Lys Phe
      50                      55                      60

Lys Asp Lys Ala Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                      70                      75                      80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                  85                      90                      95

Ala Arg Gly Gly Gly Val Phe Asp Tyr Trp Gly Gln Gly Thr Leu Val
              100                     105                     110

Thr Val Ser Ser
              115
```

( 2 ) INFORMATION FOR SEQ ID NO:6:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 116 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..116
        ( D ) OTHER INFORMATION: /note= "Variable region of the CDR-only
            humanized anti-Tac antibody heavy chain."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:6:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1                   5                      10                      15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Gly Thr Phe Ser Ser Tyr
              20                      25                      30
```

5,693,761

75                                    76

-continued

```
Arg  Met  His  Trp  Val  Arg  Gln  Ala  Pro  Gly  Gln  Gly  Leu  Glu  Trp  Met
          35                      40                      45

Gly  Tyr  Ile  Asn  Pro  Ser  Thr  Gly  Tyr  Thr  Glu  Tyr  Asn  Gln  Lys  Phe
               50                      55                      60

Lys  Asp  Arg  Val  Thr  Ile  Thr  Ala  Asp  Glu  Ser  Thr  Asn  Thr  Ala  Tyr
65                      70                      75                      80

Met  Glu  Leu  Ser  Ser  Leu  Arg  Ser  Glu  Asp  Thr  Ala  Phe  Tyr  Phe  Cys
                    85                      90                      95

Ala  Gly  Gly  Gly  Gly  Val  Phe  Asp  Tyr  Glu  Tyr  Asn  Gly  Gly  Leu  Val
               100                     105                     110

Thr  Val  Ser  Ser
          115
```

( 2 ) INFORMATION FOR SEQ ID NO:7:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 106 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..105
        ( D ) OTHER INFORMATION: /note= "Variable region of the PDL
            humanized anti-Tac antibody light chain."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:7:

```
Asp  Ile  Gln  Met  Thr  Gln  Ser  Pro  Ser  Thr  Leu  Ser  Ala  Ser  Val  Gly
1                   5                      10                      15

Asp  Arg  Val  Thr  Ile  Thr  Cys  Ser  Ala  Ser  Ser  Ser  Ile  Ser  Tyr  Met
               20                      25                      30

His  Trp  Tyr  Gln  Gln  Lys  Pro  Gly  Lys  Ala  Pro  Lys  Leu  Leu  Ile  Tyr
          35                      40                      45

Thr  Thr  Ser  Asn  Leu  Ala  Ser  Gly  Val  Pro  Ala  Arg  Phe  Ser  Gly  Ser
          50                      55                      60

Gly  Ser  Gly  Thr  Glu  Phe  Thr  Leu  Thr  Ile  Ser  Ser  Leu  Gln  Pro  Asp
65                      70                      75                      80

Asp  Phe  Ala  Thr  Tyr  Tyr  Cys  His  Gln  Arg  Ser  Thr  Tyr  Pro  Leu  Thr
                    85                      90                      95

Phe  Gly  Gln  Gly  Thr  Lys  Val  Glu  Val  Lys
               100                     105
```

( 2 ) INFORMATION FOR SEQ ID NO:8:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 106 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..105
        ( D ) OTHER INFORMATION: /note= "Variable region of the CDR-only
            humanized anti-Tac antibody light chain."

5,693,761

77

78

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:8:

```
Asp  Ile  Gln  Met  Thr  Gln  Ser  Pro  Ser  Thr  Leu  Ser  Ala  Ser  Val  Gly
 1              5                        10                       15

Asp  Arg  Val  Thr  Ile  Thr  Cys  Ser  Ala  Ser  Ser  Ser  Ile  Ser  Tyr  Met
               20                        25                       30

His  Trp  Tyr  Gln  Gln  Lys  Pro  Gly  Lys  Ala  Pro  Lys  Leu  Leu  Met  Tyr
          35                        40                       45

Thr  Thr  Ser  Asn  Leu  Ala  Ser  Gly  Val  Pro  Ser  Arg  Phe  Ile  Gly  Ser
     50                        55                       60

Gly  Ser  Gly  Thr  Glu  Phe  Thr  Leu  Thr  Ile  Ser  Ser  Leu  Gln  Pro  Asp
 65                        70                       75                       80

Asp  Phe  Ala  Thr  Tyr  Tyr  Cys  His  Gln  Arg  Ser  Thr  Tyr  Pro  Leu  Thr
               85                        90                       95

Phe  Gly  Gln  Gly  Thr  Lys  Val  Glu  Val  Lys
               100                       105
```

( 2 ) INFORMATION FOR SEQ ID NO:9:

 ( i ) SEQUENCE CHARACTERISTICS:
   ( A ) LENGTH: 443 base pairs
   ( B ) TYPE: nucleic acid
   ( C ) STRANDEDNESS: single
   ( D ) TOPOLOGY: linear

 ( i i ) MOLECULE TYPE: DNA

 ( i i i ) HYPOTHETICAL: NO

 ( i x ) FEATURE:
   ( A ) NAME/KEY: misc_feature
   ( B ) LOCATION: 1..443
   ( D ) OTHER INFORMATION: /note= "Sequence encoding heavy
     chain variable region of CDR-only humanized
     anti-Tac antibody including signal sequence."

 ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:9:

```
AGCTTCTAGA  TGGGATGGAG  CTGGATCTTT  CTCTTCCTCC  TGTCAGGTAC  CGCGGGCGTG      60

CACTCTCAGG  TCCAGCTTGT  CCAGTCTGGG  GCTGAAGTCA  AGAAACCTGG  CTCGAGCGTG     120

AAGGTCTCCT  GCAAGGCTTC  TGGCCGGACC  TTTTCTAGCT  ACAGGATGCA  CTGGGTAAGG     180

CAGGCCCCTG  GACAGGGTCT  GGAATGGATG  GGATATATTA  ATCCGTCGAC  TGGGTATACT     240

GAATACAATC  AGAAGTTCAA  GGACAGGGTC  ACAATTACTG  CAGACGAATC  CACCAATACA     300

GCCTACATGG  AACTGAGCAG  CCTGAGATCT  GAGGACACCG  CATTCTATTT  CTGTGCAGGG     360

GGTGGGGGAG  TCTTTGACTA  CGAATACAAT  GGAGGGCTGG  TCACAGTCTC  CTCAGGTGAG     420

TCCTTAAAAC  CTCTAGACGA  TAT                                              443
```

( 2 ) INFORMATION FOR SEQ ID NO:10:

 ( i ) SEQUENCE CHARACTERISTICS:
   ( A ) LENGTH: 411 base pairs
   ( B ) TYPE: nucleic acid
   ( C ) STRANDEDNESS: single
   ( D ) TOPOLOGY: linear

 ( i i ) MOLECULE TYPE: DNA

 ( i i i ) HYPOTHETICAL: NO

 ( i x ) FEATURE:
   ( A ) NAME/KEY: misc_feature
   ( B ) LOCATION: 1..411
   ( D ) OTHER INFORMATION: /note= "Sequence encoding light
     chain variable region of the CDR-only humanized
     anti-Tac antibody including signal sequence."

5,693,761

79                                                                          80

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:10:

```
CAAATCTAGA  TGGAGACCGA  TACCCTCCTG  CTATGGGTCC  TCCTGCTATG  GGTCCCAGGA      60

TCAACCGGAG  ATATTCAGAT  GACCCAGTCT  CCATCTACCC  TCTCTGCTAG  CGTCGGGGAT     120

AGGGTCACCA  TAACCTGCTC  TGCCAGCTCA  AGTATAAGTT  ACATGCACTG  GTACCAGCAG     180

AAGCCAGGCA  AAGCTCCCAA  GCTTCTAATG  TATACCACAT  CCAACCTGGC  TTCTGGAGTC     240

CCTTCTCGCT  TCATTGGCAG  TGGATCTGGG  ACCGAGTTCA  CCCTCACAAT  CAGCTCTCTG     300

CAGCCAGATG  ATTTCGCCAC  TTATTACTGC  CATCAAAGGA  GTACTTACCC  ACTCACGTTC     360

GGTCAGGGGA  CCAAGGTGGA  GGTCAAACGT  AAGTACACTT  TTCTAGATAT  A              411
```

( 2 ) INFORMATION FOR SEQ ID NO:11:

　　　　　( i ) SEQUENCE CHARACTERISTICS:
　　　　　　　　( A ) LENGTH: 29 base pairs
　　　　　　　　( B ) TYPE: nucleic acid
　　　　　　　　( C ) STRANDEDNESS: single
　　　　　　　　( D ) TOPOLOGY: linear

　　　　　( i i ) MOLECULE TYPE: DNA

　　　　( i i i ) HYPOTHETICAL: NO

　　　　　( i x ) FEATURE:
　　　　　　　　( A ) NAME/KEY: misc_feature
　　　　　　　　( B ) LOCATION: 1..29
　　　　　　　　( D ) OTHER INFORMATION: /standard_name= "Primer mc045"

　　　　　( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:11:

```
TAATCTAGAA  TTCCCCCCCC  CCCCCCCCC                                           29
```

( 2 ) INFORMATION FOR SEQ ID NO:12:

　　　　　( i ) SEQUENCE CHARACTERISTICS:
　　　　　　　　( A ) LENGTH: 46 base pairs
　　　　　　　　( B ) TYPE: nucleic acid
　　　　　　　　( C ) STRANDEDNESS: single
　　　　　　　　( D ) TOPOLOGY: linear

　　　　　( i i ) MOLECULE TYPE: DNA

　　　　( i i i ) HYPOTHETICAL: NO

　　　　　( i x ) FEATURE:
　　　　　　　　( A ) NAME/KEY: misc_feature
　　　　　　　　( B ) LOCATION: 1..46
　　　　　　　　( D ) OTHER INFORMATION: /standard_name= "Primer mc045"

　　　　　( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:12:

```
TATAGAGCTC  AAGCTTGGAT  GGTGGGAAGA  TGGATACAGT  TGGTGC                     46
```

( 2 ) INFORMATION FOR SEQ ID NO:13:

　　　　　( i ) SEQUENCE CHARACTERISTICS:
　　　　　　　　( A ) LENGTH: 50 base pairs
　　　　　　　　( B ) TYPE: nucleic acid
　　　　　　　　( C ) STRANDEDNESS: single
　　　　　　　　( D ) TOPOLOGY: linear

　　　　　( i i ) MOLECULE TYPE: DNA

　　　　( i i i ) HYPOTHETICAL: NO

　　　　　( i x ) FEATURE:
　　　　　　　　( A ) NAME/KEY: misc_feature
　　　　　　　　( B ) LOCATION: 1..50
　　　　　　　　( D ) OTHER INFORMATION: /standard_name= "Primer mc047"

　　　　　( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:13:

5,693,761

81                                                                    82

-continued

TATAGAGCTC AAGCTTCCAG TGGATAGACH GATGGGGGTG TYGTTTTGGC                                      50

( 2 ) INFORMATION FOR SEQ ID NO:14:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 116 amino acids
       ( B ) TYPE: amino acid
       ( C ) STRANDEDNESS: single
       ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
       ( A ) NAME/KEY: Protein
       ( B ) LOCATION: L.116
       ( D ) OTHER INFORMATION: /note= "Anti-Tac heavy chain amino
          acid sequence."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:14:

Gln Val Gln Leu Gln Gln Ser Gly Ala Glu Leu Ala Lys Pro Gly Ala
1               5                   10                  15

Ser Val Lys Met Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Ser Tyr
            20                  25                  30

Arg Met His Trp Val Lys Gln Arg Pro Gly Gln Gly Leu Glu Trp Ile
        35                  40                  45

Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu Tyr Asn Gln Lys Phe
    50                  55                  60

Lys Asp Lys Ala Thr Leu Thr Ala Asp Lys Ser Ser Ser Thr Ala Tyr
65                  70                  75                  80

Met Gln Leu Ser Ser Leu Thr Phe Glu Asp Ser Ala Val Tyr Tyr Cys
                85                  90                  95

Ala Arg Gly Gly Gly Val Phe Asp Tyr Trp Gly Gln Gly Thr Thr Leu
                100                 105                 110

Thr Val Ser Ser
115

( 2 ) INFORMATION FOR SEQ ID NO:15:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 117 amino acids
       ( B ) TYPE: amino acid
       ( C ) STRANDEDNESS: single
       ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
       ( A ) NAME/KEY: Protein
       ( B ) LOCATION: 1..117
       ( D ) OTHER INFORMATION: /note= "Eu heavy chain amino acid
          sequence."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:15:

Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5                   10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Gly Thr Phe Ser Arg Ser
            20                  25                  30

Ala Ile Ile Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
        35                  40                  45

Gly Gly Ile Val Pro Met Phe Gly Pro Pro Asn Tyr Ala Gln Lys Phe
    50                  55                  60

5,693,761

83                                                                              84

-continued

```
Gln Gly Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                  70                  75                  80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Phe Tyr Phe Cys
                85                  90                  95

Ala Gly Gly Tyr Gly Ile Tyr Ser Pro Glu Glu Tyr Asn Gly Gly Leu
            100                 105                 110

Val Thr Val Ser Ser
            115
```

( 2 ) INFORMATION FOR SEQ ID NO:16:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 106 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..106
        ( D ) OTHER INFORMATION: /note= "Anti-Tac light chain amino
                acid sequence."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:16:

```
Gln Ile Val Leu Thr Gln Ser Pro Ala Ile Met Ser Ala Ser Pro Gly
1                   5                   10                  15

Glu Lys Val Thr Ile Thr Cys Ser Ala Ser Ser Ser Ile Ser Tyr Met
                20                  25                  30

His Trp Phe Gln Gln Lys Pro Gly Thr Ser Pro Lys Leu Trp Ile Tyr
        35                  40                  45

Thr Thr Ser Asn Leu Ala Ser Gly Val Pro Ala Arg Phe Ser Gly Ser
    50                  55                  60

Gly Ser Gly Thr Ser Tyr Ser Leu Thr Ile Ser Arg Met Glu Ala Glu
65                  70                  75                  80

Asp Ala Ala Thr Tyr Tyr Cys His Gln Arg Ser Thr Tyr Pro Leu Thr
                85                  90                  95

Phe Gly Ser Gly Thr Lys Leu Glu Leu Lys
            100                 105
```

( 2 ) INFORMATION FOR SEQ ID NO:17:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 107 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..107
        ( D ) OTHER INFORMATION: /note= "Eu light chain amino acid
                sequence."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:17:

```
Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1                   5                   10                  15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Gln Ser Ile Asn Thr Trp
```

5,693,761

85                                          86

-continued

```
                    20                      25                         30

        Leu Ala Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Met
                    35                      40                      45

        Tyr Lys Ala Ser Ser Leu Glu Ser Gly Val Pro Ser Arg Phe Ile Gly
                    50                      55                      60

        Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
        65                      70                      75                      80

        Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Tyr Asn Ser Asp Ser Lys
                            85                      90                      95

        Met Phe Gly Gln Gly Thr Lys Val Glu Val Lys
                    100                     105
```

( 2 ) INFORMATION FOR SEQ ID NO:18:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 433 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: CDS
        ( B ) LOCATION: 6..410
        ( D ) OTHER INFORMATION: /product="Humanized anti-Tac heavy
            chain variable region, Seq ID. 19"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:18:

```
TCTAG ATG GGA TGG AGC TGG ATC TTT CTC TTC CTC CTG TCA GGT ACC          47
      Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr
      1               5                   10

GCG GGC GTG CAC TCT CAG GTC CAG CTT GTC CAG TCT GGG GCT GAA GTC        95
Ala Gly Val His Ser Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val
15                  20                  25                  30

AAG AAA CCT GGC TCG AGC GTG AAG GTC TCC TGC AAG GCT TCT GGC TAC       143
Lys Lys Pro Gly Ser Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr
                35                  40                  45

ACC TTT ACT AGC TAC AGG ATG CAC TGG GTA AGG CAG GCC CCT GGA CAG       191
Thr Phe Thr Ser Tyr Arg Met His Trp Val Arg Gln Ala Pro Gly Gln
            50                  55                  60

GGT CTG GAA TGG ATT GGA TAT ATT AAT CCG TCG ACT GGG TAT ACT GAA       239
Gly Leu Glu Trp Ile Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu
            65                  70                  75

TAC AAT CAG AAG TTC AAG GAC AAG GCA ACA ATT ACT GCA GAC GAC TCC       287
Tyr Asn Gln Lys Phe Lys Asp Lys Ala Thr Ile Thr Ala Asp Glu Ser
        80                  85                  90

ACC AAT ACA GCC TAC ATG GAA CTG AGC AGC CTG AGA TCT GAG GAC ACC       335
Thr Asn Thr Ala Tyr Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr
        95                  100                 105                 110

GCA GTC TAT TAC TGT GCA AGA GGG GGG GGG GTC TTT GAC TAC TGG GGC       383
Ala Val Tyr Tyr Cys Ala Arg Gly Gly Gly Val Phe Asp Tyr Trp Gly
                115                 120                 125

CAA GGA ACC CTG GTC ACA GTC TCC TCA GGTGAGTCCT TAAAAACCTCT           430
Gln Gly Thr Leu Val Thr Val Ser Ser
            130                 135

AGA                                                                   433
```

( 2 ) INFORMATION FOR SEQ ID NO:19:

    ( i ) SEQUENCE CHARACTERISTICS:

5,693,761

87                                                    88

-continued

---

       ( A ) LENGTH: 135 amino acids
       ( B ) TYPE: amino acid
       ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: protein

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:19:

```
Met  Gly  Trp  Ser  Trp  Ile  Phe  Leu  Phe  Leu  Leu  Ser  Gly  Thr  Ala  Gly
  1              5                        10                       15

Val  His  Ser  Gln  Val  Gln  Leu  Val  Gln  Ser  Gly  Ala  Glu  Val  Lys  Lys
        20                       25                       30

Pro  Gly  Ser  Ser  Val  Lys  Val  Ser  Cys  Lys  Ala  Ser  Gly  Tyr  Thr  Phe
        35                       40                       45

Thr  Ser  Tyr  Arg  Met  His  Trp  Val  Arg  Gln  Ala  Pro  Gly  Gln  Gly  Leu
        50                       55                       60

Glu  Trp  Ile  Gly  Tyr  Ile  Asn  Pro  Ser  Thr  Gly  Tyr  Thr  Glu  Tyr  Asn
 65                      70                       75                       80

Gln  Lys  Phe  Lys  Asp  Lys  Ala  Thr  Ile  Thr  Ala  Asp  Glu  Ser  Thr  Asn
                85                       90                       95

Thr  Ala  Tyr  Met  Glu  Leu  Ser  Ser  Leu  Arg  Ser  Glu  Asp  Thr  Ala  Val
               100                      105                      110

Tyr  Tyr  Cys  Ala  Arg  Gly  Gly  Val  Phe  Asp  Tyr  Trp  Gly  Gln  Gly
               115                      120                      125

Thr  Leu  Val  Thr  Val  Ser  Ser
               130                      135
```

( 2 ) INFORMATION FOR SEQ ID NO:20:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 403 base pairs
       ( B ) TYPE: nucleic acid
       ( C ) STRANDEDNESS: single
       ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
       ( A ) NAME/KEY: CDS
       ( B ) LOCATION: 6..383
       ( D ) OTHER INFORMATION: /product="Humanized anti-Tac light
             chain variable region: Seq ID. 21"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:20:

```
TCTAG ATG GAG ACC GAT ACC CTC CTG CTA TGG GTC CTC CTG CTA TGG          47
      Met Glu Thr Asp Thr Leu Leu Leu Trp Val Leu Leu Leu Trp
       1               5                       10

GTC CCA GGA TCA ACC GGA GAT ATT CAG ATG ACC CAG TCT CCA TCT ACC          95
Val Pro Gly Ser Thr Gly Asp Ile Gln Met Thr Gln Ser Pro Ser Thr
 15                      20                      25                  30

CTC TCT GCT AGC GTC GGG GAT AGG GTC ACC ATA ACC TGC TCT GCC AGC         143
Leu Ser Ala Ser Val Gly Asp Arg Val Thr Ile Thr Cys Ser Ala Ser
                35                      40                      45

TCA AGT ATA AGT TAC ATG CAC TGG TAC CAG CAG AAG CCA GGC AAA GCT         191
Ser Ser Ile Ser Tyr Met His Trp Tyr Gln Gln Lys Pro Gly Lys Ala
            50                      55                      60

CCC AAG CTT CTA ATT TAT ACC ACA TCC AAC CTG GCT TCT GGA GTC CCT         239
Pro Lys Leu Leu Ile Tyr Thr Thr Ser Asn Leu Ala Ser Gly Val Pro
            65                      70                      75

GCT CGC TTC AGT GGC AGT GGA TCT GGG ACC GAG TTC ACC CTC ACA ATC         287
Ala Arg Phe Ser Gly Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile
 80                      85                      90
```

5,693,761

| 89 | | | | | | | | | | | | | | | 90 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

-continued

```
AGC TCT CTG CAG CCA GAT GAT TTC GCC ACT TAT TAC TGC CAT CAA AGG        335
Ser Ser Leu Gln Pro Asp Asp Phe Ala Thr Tyr Tyr Cys His Gln Arg
95              100                 105                 110

AGT ACT TAC CCA CTC ACG TTC GGT CAG GGG ACC AAG GTG GAG GTC AAA        383
Ser Thr Tyr Pro Leu Thr Phe Gly Gln Gly Thr Lys Val Glu Val Lys
        115                 120                 125

CGTAAGTACA CTTTTCTAGA                                                  403
```

( 2 ) INFORMATION FOR SEQ ID NO:21:

     ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 126 amino acids
        ( B ) TYPE: amino acid
        ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: protein

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:21:

```
Met Glu Thr Asp Thr Leu Leu Leu Trp Val Leu Leu Leu Trp Val Pro
1               5                   10                  15

Gly Ser Thr Gly Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser
        20                  25                  30

Ala Ser Val Gly Asp Arg Val Thr Ile Thr Cys Ser Ala Ser Ser Ser
        35                  40                  45

Ile Ser Tyr Met His Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys
    50                  55                  60

Leu Leu Ile Tyr Thr Thr Ser Asn Leu Ala Ser Gly Val Pro Ala Arg
65              70                  75                  80

Phe Ser Gly Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser
        85                  90                  95

Leu Gln Pro Asp Asp Phe Ala Thr Tyr Tyr Cys His Gln Arg Ser Thr
        100                 105                 110

Tyr Pro Leu Thr Phe Gly Gln Gly Thr Lys Val Glu Val Lys
        115                 120                 125
```

( 2 ) INFORMATION FOR SEQ ID NO:22:

     ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 126 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: DNA

     ( i i i ) HYPOTHETICAL: NO

     ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..126
        ( D ) OTHER INFORMATION: /standard_name= "Oligo HES12"
            / note= "One of four oligonucleotides used to
            synthesize the humanized anti-Tac heavy chain
            gene."

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:22:

```
AGCTTCTAGA TGGGATGGAG CTGGATCTTT CTCTTCCTCC TGTCAGGTAC CGCGGGGCTG        60

CACTCTCAGG TCCAGCTTGT CCAGTCTGGG GCTGAAGTCA AGAAACCTGG CTCGAGCGTG       120

AAGGTC                                                                  126
```

( 2 ) INFORMATION FOR SEQ ID NO:23:

     ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 129 base pairs

5,693,761

91                                          92

-continued

```
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA

         ( i i i ) HYPOTHETICAL: NO

          ( i x ) FEATURE:
                    ( A ) NAME/KEY: misc_feature
                    ( B ) LOCATION: 1..129
                    ( D ) OTHER INFORMATION: /standard_name= "Oligo HES13"
                          / note= "One of four oligonucleotides used to
                          synthesize the humanized anti-Tac heavy chain
                          gene."

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:23:
```

CCCAGTCGAC GGATTAATAT ATCCAATCCA TTCCAGACCC TGTCCAGGGG CCTGCCTTAC          60

CCAGTGCATC CTGTAGCTAG TAAAGGTGTA GCCAGAAGCC TTGCAGGAGA CCTTCACGCT          120

CGAGCCAGG                                                                  129

```
    ( 2 ) INFORMATION FOR SEQ ID NO:24:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 124 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA

         ( i i i ) HYPOTHETICAL: NO

          ( i x ) FEATURE:
                    ( A ) NAME/KEY: misc_feature
                    ( B ) LOCATION: 1..124
                    ( D ) OTHER INFORMATION: /standard_name= "Oligo HES14"
                          / note= "One of four oligonucleotides used to
                          synthesize the humanized anti-Tac heavy chain
                          gene."

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:24:
```

TATATTAATC CGTCGACTGG GTATACTGAA TACAATCAGA AGTTCAAGGA CAAGGCAACA          60

ATTACTGCAG ACGAATCCAC CAATACAGCC TACATGGAAC TGAGCAGCCT GAGATCTGAG          120

GACA                                                                       124

```
    ( 2 ) INFORMATION FOR SEQ ID NO:25:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 128 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA

         ( i i i ) HYPOTHETICAL: NO

          ( i x ) FEATURE:
                    ( A ) NAME/KEY: misc_feature
                    ( B ) LOCATION: 1..128
                    ( D ) OTHER INFORMATION: /standard_name= "Oligo HES15"
                          / note= "One of four oligonucleotides used to
                          synthesize the humanized anti-Tac heavy chain
                          gene."

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:25:
```

ATATCGTCTA GAGGTTTTAA GGACTCACCT GAGGAGACTG TGACCAGGGT TCCTTGGCCC          60

CAGTAGTCAA AGACCCCCCC CCCTCTTGCA CAGTAATAGA CTGCGGTGTC CTCAGATCTC          120

5,693,761

93

94

-continued

AGGCTGCT                                                                 128

( 2 ) INFORMATION FOR SEQ ID NO:26:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 120 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..120
        ( D ) OTHER INFORMATION: /standard_name= "Oligo JFD1"
           / note= "One of four oligonucleotides used to
           synthesize the humanized anti-Tac light chain
           gene."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:26:

CAAATCTAGA TGGAGACCGA TACCCTCCTG CTATGGGTCC TCCTGCTATG GGTCCCAGGA      60

TCAACCGGAG ATATTCAGAT GACCCAGTCT CCATCTACCC TCTCTGCTAG CGTCGGGGAT      120

( 2 ) INFORMATION FOR SEQ ID NO:27:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 114 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..114
        ( D ) OTHER INFORMATION: /standard_name= "Oligo JFD2"
           / note= "One of four oligonucleotides used to
           synthesize the humanized anti-Tac light chain
           gene."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:27:

ATAAATTAGA AGCTTGGGAG CTTTGCCTGG CTTCTGCTGG TACCAGTGCA TGTAACTTAT      60

ACTTGAGCTG GCAGAGCAGG TTATGGTGAC CCTATCCCCG ACGCTAGCAG AGAG            114

( 2 ) INFORMATION FOR SEQ ID NO:28:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 123 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..123
        ( D ) OTHER INFORMATION: /standard_name= "Oligo JFD3"
           / note= "One of four oligonucleotides used to
           synthesize the humanized anti-Tac light chain
           gene."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:28:

GCTCCCAAGC TTCTAATTTA TACCACATCC AACCTGGCTT CTGGAGTCCC TGCTCGCTTC      60

5,693,761

95                                                    96

-continued

```
AGTGGCAGTG GATCTGGGAC CGAGTTCACC CTCACAATCA GCTCTCTGCA GCCAGATGAT     120

TTC                                                                  123
```

( 2 ) INFORMATION FOR SEQ ID NO:29:

      ( i ) SEQUENCE CHARACTERISTICS:
         ( A ) LENGTH: 122 base pairs
         ( B ) TYPE: nucleic acid
         ( C ) STRANDEDNESS: single
         ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

   ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
         ( A ) NAME/KEY: misc_feature
         ( B ) LOCATION: 1..122
         ( D ) OTHER INFORMATION: /standard_name= "Oligo JPD4"
           / note= "One of four oligonucleotides used to
           synthesize the humanized anti-Tac light chain
           gene."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:29:

```
TATATCTAGA AAAGTGTACT TACGTTTGAC CTCCACCTTG GTCCCCTGAC CGAACGTGAG     60

TGGGTAAGTA CTCCTTTGAT GGCAGTAATA AGTGGCGAAA TCATCTGGCT GCAGAGAGCT     120

GA                                                                   122
```

( 2 ) INFORMATION FOR SEQ ID NO:30:

      ( i ) SEQUENCE CHARACTERISTICS:
         ( A ) LENGTH: 384 base pairs
         ( B ) TYPE: nucleic acid
         ( C ) STRANDEDNESS: single
         ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: cDNA

   ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
         ( A ) NAME/KEY: CDS
         ( B ) LOCATION: 1..384
         ( D ) OTHER INFORMATION: /product="Light chain variable
           region of mik-beta1: Seq ID No. 31"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:30:

```
ATG GAT TTT CAA GTG CAG ATT TTC AGC TTC CTG CTA ATC AGT GCC TCA     48
Met Asp Phe Gln Val Gln Ile Phe Ser Phe Leu Leu Ile Ser Ala Ser
 1               5                  10                  15

GTC ATA CTG TCC AGA GGA CAA ATT GTT CTC ACC CAG TCT CCA GCA ATC     96
Val Ile Leu Ser Arg Gly Gln Ile Val Leu Thr Gln Ser Pro Ala Ile
             20                  25                  30

ATG TCT GCG TCT CCA GGG GAG AAG GTC ACC ATG ACC TGC AGT GGC AGC     144
Met Ser Ala Ser Pro Gly Glu Lys Val Thr Met Thr Cys Ser Gly Ser
         35                  40                  45

TCA AGT GTA AGT TTC ATG TAC TGG TAC CAG CAG AGG CCA GGA TCC TCC     192
Ser Ser Val Ser Phe Met Tyr Trp Tyr Gln Gln Arg Pro Gly Ser Ser
     50                  55                  60

CCC AGA CTC CTG ATT TAT GAC ACA TCC AAC CTG GCT TCT GGA GTC CCT     240
Pro Arg Leu Leu Ile Tyr Asp Thr Ser Asn Leu Ala Ser Gly Val Pro
 65                  70                  75                  80

GTT CGC TTC AGT GGC AGT GGG TCT GGG ACC TCT TAC TCT CTC ACA ATC     288
Val Arg Phe Ser Gly Ser Gly Ser Gly Thr Ser Tyr Ser Leu Thr Ile
                 85                  90                  95

AGC CGA ATG GAG GCT GAA GAT GCT GCC ACT TAT TAC TGC CAG CAG TGG     336
```

5,693,761

97                                      98

-continued

```
Ser Arg Met Glu Ala Glu Asp Ala Ala Thr Tyr Tyr Cys Gln Gln Trp
            100                     105                     110

AGT ACT TAC CCG CTC ACG TTC GGT GCT GGG ACC AAG CTG GAG CTG AAA      384
Ser Thr Tyr Pro Leu Thr Phe Gly Ala Gly Thr Lys Leu Glu Leu Lys
            115                     120                     125
```

( 2 ) INFORMATION FOR SEQ ID NO:31:

              ( i ) SEQUENCE CHARACTERISTICS:
                     ( A ) LENGTH: 128 amino acids
                     ( B ) TYPE: amino acid
                     ( D ) TOPOLOGY: linear

              ( i i ) MOLECULE TYPE: protein

              ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:31:

```
Met Asp Phe Gln Val Gln Ile Phe Ser Phe Leu Leu Ile Ser Ala Ser
1               5                   10                  15

Val Ile Leu Ser Arg Gly Gln Ile Val Leu Thr Gln Ser Pro Ala Ile
            20                  25                  30

Met Ser Ala Ser Pro Gly Glu Lys Val Thr Met Thr Cys Ser Gly Ser
        35                  40                  45

Ser Ser Val Ser Phe Met Tyr Trp Tyr Gln Gln Arg Pro Gly Ser Ser
    50                  55                  60

Pro Arg Leu Leu Ile Tyr Asp Thr Ser Asn Leu Ala Ser Gly Val Pro
65                  70                  75                  80

Val Arg Phe Ser Gly Ser Gly Ser Gly Thr Ser Tyr Ser Leu Thr Ile
                85                  90                  95

Ser Arg Met Glu Ala Glu Asp Ala Ala Thr Tyr Tyr Cys Gln Gln Trp
            100                     105                     110

Ser Thr Tyr Pro Leu Thr Phe Gly Ala Gly Thr Lys Leu Glu Leu Lys
            115                     120                     125
```

( 2 ) INFORMATION FOR SEQ ID NO:32:

              ( i ) SEQUENCE CHARACTERISTICS:
                     ( A ) LENGTH: 414 base pairs
                     ( B ) TYPE: nucleic acid
                     ( C ) STRANDEDNESS: single
                     ( D ) TOPOLOGY: linear

              ( i i ) MOLECULE TYPE: cDNA

              ( i i i ) HYPOTHETICAL: NO

              ( i x ) FEATURE:
                     ( A ) NAME/KEY: CDS
                     ( B ) LOCATION: 1..414
                     ( D ) OTHER INFORMATION: /product="Heavy chain var. region
                            of the antibody mik-beta1: SeqID 33"

              ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:32:

```
ATG GCT GTC TTG GGG CTG CTC TTC TGC CTG GTG ACA TTC CCA AGC TGT      48
Met Ala Val Leu Gly Leu Leu Phe Cys Leu Val Thr Phe Pro Ser Cys
1               5                   10                  15

GTC CTA TCC CAG GTG CAG CTG AAG CAG TCA GGA CCT GGC CTA GTG CAG      96
Val Leu Ser Gln Val Gln Leu Lys Gln Ser Gly Pro Gly Leu Val Gln
            20                  25                  30

CCC TCA CAG AGC CTG TCC ATC ACC TGC ACA GTC TCT GGT TTC TCA GTA     144
Pro Ser Gln Ser Leu Ser Ile Thr Cys Thr Val Ser Gly Phe Ser Val
        35                  40                  45

ACA AGT TAT GGT GTA CAC TGG ATT CGC CAG TCT CCA GGA AAG GGT CTG     192
Thr Ser Tyr Gly Val His Trp Ile Arg Gln Ser Pro Gly Lys Gly Leu
    50                  55                  60
```

5,693,761

99                                                          100

-continued

```
GAG TGG CTG GGA GTG ATA TGG AGT GGT GGA AGC ACA GAC TAT AAT GCA          240
Glu Trp Leu Gly Val Ile Trp Ser Gly Gly Ser Thr Asp Tyr Asn Ala
 65              70                  75                  80

GCT TTC ATA TCC AGA CTG ACC ATC AGC AAG GAC AAC TCC AAG AGC CAA          288
Ala Phe Ile Ser Arg Leu Thr Ile Ser Lys Asp Asn Ser Lys Ser Gln
                 85                  90                  95

GTT TTC TTT AAA GTG AAC AGT CTG CAA CCT GCT GAC ACA GCC ATA TAC          336
Val Phe Phe Lys Val Asn Ser Leu Gln Pro Ala Asp Thr Ala Ile Tyr
             100                 105                 110

TAT TGT GCC AGA GCT GGG GAC TAT AAT TAC GAC GGT TTT GCT TAC TGG          384
Tyr Cys Ala Arg Ala Gly Asp Tyr Asn Tyr Asp Gly Phe Ala Tyr Trp
         115                 120                 125

GGC CAA GGG ACT CTG GTC ACT GTC TCT GCG                                  414
Gly Gln Gly Thr Leu Val Thr Val Ser Ala
         130                 135
```

( 2 ) INFORMATION FOR SEQ ID NO:33:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 138 amino acids
        ( B ) TYPE: amino acid
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: protein

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:33:

```
Met Ala Val Leu Gly Leu Leu Phe Cys Leu Val Thr Phe Pro Ser Cys
 1               5                  10                  15

Val Leu Ser Gln Val Gln Leu Lys Gln Ser Gly Pro Gly Leu Val Gln
             20                  25                  30

Pro Ser Gln Ser Leu Ser Ile Thr Cys Thr Val Ser Gly Phe Ser Val
         35                  40                  45

Thr Ser Tyr Gly Val His Trp Ile Arg Gln Ser Pro Gly Lys Gly Leu
     50                  55                  60

Glu Trp Leu Gly Val Ile Trp Ser Gly Gly Ser Thr Asp Tyr Asn Ala
 65              70                  75                  80

Ala Phe Ile Ser Arg Leu Thr Ile Ser Lys Asp Asn Ser Lys Ser Gln
                 85                  90                  95

Val Phe Phe Lys Val Asn Ser Leu Gln Pro Ala Asp Thr Ala Ile Tyr
             100                 105                 110

Tyr Cys Ala Arg Ala Gly Asp Tyr Asn Tyr Asp Gly Phe Ala Tyr Trp
         115                 120                 125

Gly Gln Gly Thr Leu Val Thr Val Ser Ala
         130                 135
```

( 2 ) INFORMATION FOR SEQ ID NO:34:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 107 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: L.107
        ( D ) OTHER INFORMATION: /note= "Amino acid sequence of the
           light chain for humane L6y antibody."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:34:

5,693,761

| 101 | | | | | | | | | 102 | |

-continued

```
Asp Ile Gln Met Thr Gln Ser Pro Ser Ser Leu Ser Val Ser Val Gly
 1                   5                  10                  15
Asp Arg Val Thr Ile Thr Cys Gln Ser Gln Asn Val Asn Ala Tyr
                20                  25                  30
Leu Asn Trp Tyr Gln Gln Lys Pro Gly Leu Ala Pro Lys Leu Leu Ile
            35                  40                  45
Tyr Gly Ala Ser Thr Arg Glu Ala Gly Val Pro Ser Arg Phe Ser Gly
        50                  55                  60
Ser Gly Ser Gly Thr Asp Phe Thr Phe Thr Ile Ser Ser Leu Gln Pro
65                  70                  75                  80
Glu Asp Ile Ala Thr Tyr Tyr Cys Gln Gln Tyr Asn Asn Trp Pro Pro
                    85                  90                  95
Thr Phe Gly Gln Gly Thr Lys Val Glu Val Lys
            100                 105
```

( 2 ) INFORMATION FOR SEQ ID NO:35:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 106 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

   ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..106
        ( D ) OTHER INFORMATION: /note= "Amino acid sequence of the
            light chain of the humanised mik-beta1 antibody."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:35:

```
Asp Ile Gln Met Thr Gln Ser Pro Ser Ser Leu Ser Ala Ser Val Gly
 1                   5                  10                  15
Asp Arg Val Thr Ile Thr Cys Ser Gly Ser Ser Ser Val Ser Phe Met
                20                  25                  30
Tyr Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Ile Tyr
            35                  40                  45
Asp Thr Ser Asn Leu Ala Ser Gly Val Pro Ser Arg Phe Ser Gly Ser
        50                  55                  60
Gly Ser Gly Thr Asp Tyr Thr Phe Thr Ile Ser Ser Leu Gln Pro Glu
65                  70                  75                  80
Asp Ile Ala Thr Tyr Tyr Cys Gln Gln Trp Ser Thr Tyr Pro Leu Thr
                    85                  90                  95
Phe Gly Gln Gly Thr Lys Val Glu Val Lys
            100                 105
```

( 2 ) INFORMATION FOR SEQ ID NO:36:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 122 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

   ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..122
        ( D ) OTHER INFORMATION: /note= "Amino acid sequence of the

5,693,761

103                                                                                                    104

-continued

heavy chain of the human Ley antibody."

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:36:

Ala Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1                   5                              10                             15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Ala Ser
            20                             25                             30

Ala Met Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
                35                             40                             45

Ala Trp Lys Tyr Glu Asn Gly Asn Asp Lys His Tyr Ala Asp Ser Val
        50                             55                             60

Asn Gly Arg Phe Thr Ile Ser Arg Asn Asp Ser Lys Asn Thr Leu Tyr
65                             70                             75                             80

Leu Gln Met Asn Gly Leu Gln Ala Glx Val Ser Ala Ile Tyr Tyr Cys
                        85                             90                             95

Ala Arg Asp Ala Gly Pro Tyr Val Ser Pro Thr Phe Phe Ala His Trp
                100                             105                             110

Gly Glu Gly Thr Leu Val Thr Val Ser Ser
            115                             120

( 2 ) INFORMATION FOR SEQ ID NO:37:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 119 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..119
        ( D ) OTHER INFORMATION: /note= "Amino acid sequence of the
                heavy chain of the humanized mik-beta1 antibody."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:37:

Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1                   5                              10                             15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Val Thr Ser Tyr
            20                             25                             30

Gly Val His Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                             40                             45

Gly Val Ile Trp Ser Gly Gly Ser Thr Asp Tyr Asn Ala Ala Phe Ile
        50                             55                             60

Ser Arg Phe Thr Ile Ser Arg Asp Asn Ser Lys Asn Thr Leu Tyr Leu
65                             70                             75                             80

Gln Met Asn Ser Leu Gln Ala Glu Asp Thr Ala Ile Tyr Tyr Cys Ala
                        85                             90                             95

Arg Ala Gly Asp Tyr Asn Tyr Asp Gly Phe Ala Tyr Trp Gly Gln Gly
                100                             105                             110

Thr Leu Val Thr Val Ser Ser
            115

( 2 ) INFORMATION FOR SEQ ID NO:38:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 107 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single

5,693,761

| 105 | 106 |

-continued

---

        ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA

  ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..107
        ( D ) OTHER INFORMATION: /standard_name= "Oligo vc13"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:38:

```
TTCTGCTGGT ACCAGTACAT GAAACTTACA CTTGAGCTGC CACTCGACGT GATGGTGACG        60

CGGTCACCCA CTGAGGCACT GAGGCTAGAT GGAGACTGGG TCATTTG                     107
```

( 2 ) INFORMATION FOR SEQ ID NO:39:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 136 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA

  ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..136
        ( D ) OTHER INFORMATION: /standard_name= "Oligo vc14"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:39:

```
CATGTACTGG TACCAGCAGA AGCCAGGAAA AGCTCCGAAA CTTCTGATTT ATGACACATC        60

CAACCTGGCT TCTGGAGTCC CTTCCCGCTT CAGTGGCAGT GGGTCTGGGA CCGATTACAC       120

CTTTACAATC TCTTCA                                                       136
```

( 2 ) INFORMATION FOR SEQ ID NO:40:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 137 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA

  ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..137
        ( D ) OTHER INFORMATION: /standard_name= "Oligo vc15"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:40:

```
TGTGTCTAGA AAAGTGTACT TACGTTTTAC CTCGAGCCTTG GTCCCTTGAC CGAACGTGAG        60

CGGGTAAGTA CTCCACTGCT GGCAGTAATA AGTGGCTATA TCTTCCGGCT GAAGTGAAGA       120

GATTGTAAAG GTGTAAT                                                      137
```

( 2 ) INFORMATION FOR SEQ ID NO:41:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 108 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA

5,693,761

107                                                                108

-continued

( i i i ) HYPOTHETICAL: NO

( i x ) FEATURE:
    ( A ) NAME/KEY: misc_feature
    ( B ) LOCATION: 1..108
    ( D ) OTHER INFORMATION: /standard_name= "Oligo vc16"

( x ) SEQUENCE DESCRIPTION: SEQ ID NO:41:

CACATCTAGA CCACCATGGA TTTTCAAGTG CAGATCTTCA GCTTCCTGCT AATCAGTGCC          60

TCAGTCATAC TGTCCAGAGG AGATATTCAA ATGACCCAGT CTCCATCT                      108


( 2 ) INFORMATION FOR SEQ ID NO:42:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 138 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..138
        ( D ) OTHER INFORMATION: /standard_name= "Oligo vc11"

    ( x ) SEQUENCE DESCRIPTION: SEQ ID NO:42:

TAGTCTGTCG ACCCACCACT CCATATCACT CCCACCCACT CGAGTCCCTT TCCAGGAGCC          60

TGGCGGACCC AGTGTACACC ATAACTTGTT ACGGTGAAAC CACTGGCGGC ACAAGACAGT         120

CTCAGAGATC CTCCTGGC                                                      138


( 2 ) INFORMATION FOR SEQ ID NO:43:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 126 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..126
        ( D ) OTHER INFORMATION: /standard_name= "Oligo vc12"

    ( x ) SEQUENCE DESCRIPTION: SEQ ID NO:43:

TGGTGGGTCG ACAGACTATA ATGCAGCTTT CATATCCAGA TTTACCATCA GCAGAGACAA          60

CAGCAAGAAC ACACTGTATC TCCAAATGAA TAGCCTGCAA GCCGAGGACA CAGCCATATA         120

TTATTG                                                                   126


( 2 ) INFORMATION FOR SEQ ID NO:44:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 130 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature

5,693,761

**109**                                                          **110**

-continued

( B ) LOCATION: 1..130
( D ) OTHER INFORMATION: /standard_name= "Oligo wps54"

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:44:

ACACTCTAGA CCACCATGGC TGTCTTGGGG CTGCTCTTCT GCCTGGTGAC ATTCCCAAGC          60

TGTGTCCTAT CCGCTGTCCA GCTGCTAGAG AGTGGTGGCG GTCTGGTGCA GCCAGGAGGA          120

TCTCTGAGAC                                                               130


( 2 ) INFORMATION FOR SEQ ID NO:45:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 118 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA

( i i i ) HYPOTHETICAL: NO

( i x ) FEATURE:
( A ) NAME/KEY: misc_feature
( B ) LOCATION: 1..118
( D ) OTHER INFORMATION: /standard_name= "Oligo wps57"

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:45:

ACACTCTAGA AGTTAGGACT CACCTGAAGA GACAGTGACC AGAGTCCCTT GGCCCCAGTA          60

AGCAAAACCG TCGTAATTAT AGTCCCCAGC TCTGGCACAA TAATATATGG CTGTGTCC          118


( 2 ) INFORMATION FOR SEQ ID NO:46:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 111 amino acids
( B ) TYPE: amino acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: peptide

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:46:

Asp Ile Val Leu Thr Gln Ser Pro Ala Ser Leu Ala Val Ser Leu Gly
1               5                   10                  15

Gln Arg Ala Thr Ile Ser Cys Arg Ala Ser Gln Ser Val Ser Thr Ser
        20                  25                  30

Thr Tyr Asn Tyr Met His Trp Tyr Gln Gln Lys Pro Gly Gln Pro Pro
    35                  40                  45

Lys Leu Leu Ile Lys Tyr Ala Ser Asn Leu Glu Ser Gly Val Pro Ala
50                  55                  60

Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Asn Ile His
65                  70                  75                  80

Pro Val Glu Glu Glu Asp Thr Val Thr Tyr Tyr Cys Gln His Ser Trp
                85                  90                  95

Glu Ile Pro Tyr Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
            100                 105                 110


( 2 ) INFORMATION FOR SEQ ID NO:47:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 111 amino acids
( B ) TYPE: amino acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: peptide

5,693,761

111                                                        112

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:47:

Glu Ile Val Met Thr Gln Ser Pro Ala Thr Leu Ser Val Ser Pro Gly
1                   5                   10                  15

Glu Arg Ala Thr Leu Ser Cys Arg Ala Ser Gln Ser Val Ser Thr Ser
        20                  25                  30

Thr Tyr Asn Tyr Met His Trp Tyr Gln Gln Lys Pro Gly Gln Ser Pro
    35                  40                  45

Arg Leu Leu Ile Lys Tyr Ala Ser Asn Leu Glu Ser Gly Ile Pro Ala
50                  55                  60

Arg Phe Ser Gly Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser
65                  70                  75                  80

Arg Leu Glu Ser Glu Asp Phe Ala Val Tyr Tyr Cys Gln His Ser Trp
                85                  90                  95

Glu Ile Pro Tyr Thr Phe Gly Gln Gly Thr Arg Val Glu Ile Lys
            100                 105                 110


( 2 ) INFORMATION FOR SEQ ID NO:48:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 122 amino acids
                ( B ) TYPE: amino acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:48:

Glu Met Ile Leu Val Glu Ser Gly Gly Gly Leu Val Lys Pro Gly Ala
1                   5                   10                  15

Ser Leu Lys Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Asn Tyr
        20                  25                  30

Gly Leu Ser Trp Val Arg Gln Thr Ser Asp Arg Arg Leu Glu Trp Val
    35                  40                  45

Ala Ser Ile Ser Arg Gly Gly Gly Arg Ile Tyr Ser Pro Asp Asn Leu
50                  55                  60

Lys Gly Arg Phe Thr Ile Ser Arg Glu Asp Ala Lys Asn Thr Leu Tyr
65                  70                  75                  80

Leu Gln Met Ser Ser Leu Lys Ser Glu Asp Thr Ala Leu Tyr Tyr Cys
                85                  90                  95

Leu Arg Glu Gly Ile Tyr Tyr Ala Asp Tyr Gly Phe Phe Asp Val Trp
            100                 105                 110

Gly Thr Gly Thr Thr Val Ile Val Ser Ser
    115                 120


( 2 ) INFORMATION FOR SEQ ID NO:49:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 122 amino acids
                ( B ) TYPE: amino acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:49:

Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1                   5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Asn Tyr
        20                  25                  30

Gly Leu Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val

5,693,761

113                                                    114

-continued

```
              3 5                              4 5
    Ala  Ser  Ile  Ser  Arg  Gly  Gly  Gly  Arg  Ile  Tyr  Ser  Pro  Asp  Asn  Leu
         50                        55                   60

    Lys  Gly  Arg  Phe  Thr  Ile  Ser  Arg  Asn  Asp  Ser  Lys  Asn  Thr  Leu  Tyr
    65                       70                    75                        80

    Leu  Gln  Met  Asn  Ser  Leu  Gln  Ala  Glu  Asp  Thr  Ala  Leu  Tyr  Tyr  Cys
                        85                        90                        95

    Leu  Arg  Glu  Gly  Ile  Tyr  Tyr  Ala  Asp  Tyr  Gly  Phe  Phe  Asp  Val  Trp
              100                       105                      110

    Gly  Gln  Gly  Thr  Leu  Val  Thr  Val  Ser  Ser
              115                       120
```

( 2 ) INFORMATION FOR SEQ ID NO:50:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 107 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: peptide

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:50:

```
    Asp  Ile  Val  Met  Thr  Gln  Ser  His  Lys  Phe  Met  Ser  Thr  Ser  Val  Gly
    1                        5                    10                        15

    Asp  Arg  Val  Ser  Ile  Thr  Cys  Lys  Ala  Ser  Gln  Asp  Val  Gly  Ser  Ala
              20                        25                   30

    Val  Val  Trp  His  Gln  Gln  Lys  Ser  Gly  Gln  Ser  Pro  Lys  Leu  Leu  Ile
              35                        40                   45

    Tyr  Trp  Ala  Ser  Thr  Arg  His  Thr  Gly  Val  Pro  Asp  Arg  Phe  Thr  Gly
    50                       55                        60

    Ser  Gly  Ser  Gly  Thr  Asp  Phe  Thr  Leu  Thr  Ile  Thr  Asn  Val  Gln  Ser
    65                       70                    75                        80

    Glu  Asp  Leu  Ala  Asp  Tyr  Phe  Cys  Gln  Gln  Tyr  Ser  Ile  Phe  Pro  Leu
                        85                        90                        95

    Thr  Phe  Gly  Ala  Gly  Thr  Arg  Leu  Glu  Leu  Lys
              100                       105
```

( 2 ) INFORMATION FOR SEQ ID NO:51:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 107 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: peptide

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:51:

```
    Asp  Ile  Gln  Met  Thr  Gln  Ser  Pro  Ser  Thr  Leu  Ser  Ala  Ser  Val  Gly
    1                        5                    10                        15

    Asp  Arg  Val  Thr  Ile  Thr  Cys  Lys  Ala  Ser  Gln  Asp  Val  Gly  Ser  Ala
              20                        25                   30

    Val  Val  Trp  His  Gln  Gln  Lys  Pro  Gly  Lys  Ala  Pro  Lys  Leu  Leu  Ile
              35                        40                   45

    Tyr  Trp  Ala  Ser  Thr  Arg  His  Thr  Gly  Val  Pro  Ser  Arg  Phe  Thr  Gly
    50                       55                        60

    Ser  Gly  Ser  Gly  Thr  Glu  Phe  Thr  Leu  Thr  Ile  Ser  Ser  Leu  Gln  Pro
    65                       70                    75                        80

    Asp  Asp  Phe  Ala  Thr  Tyr  Phe  Cys  Gln  Gln  Tyr  Ser  Ile  Phe  Pro  Leu
```

5,693,761

115                                   116

-continued

```
                        85                      90                      95

        Thr Phe Gly Gln Gly Thr Lys Val Glu Val Lys
                        100                     105
```

( 2 ) INFORMATION FOR SEQ ID NO:52:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 121 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:52:

```
        Gln Val Gln Leu Gln Gln Ser Asp Ala Glu Leu Val Lys Pro Gly Ala
        1                   5                   10                  15

        Ser Val Lys Ile Ser Cys Lys Val Ser Gly Tyr Thr Phe Thr Asp His
                        20                  25                  30

        Thr Ile His Trp Met Lys Gln Arg Pro Glu Gln Gly Leu Glu Trp Phe
                35                  40                  45

        Gly Tyr Ile Tyr Pro Arg Asp Gly His Thr Arg Tyr Ser Glu Lys Phe
        50                  55                  60

        Lys Gly Lys Ala Thr Leu Thr Ala Asp Lys Ser Ala Ser Thr Ala Tyr
        65                  70                  75                  80

        Met His Leu Asn Ser Leu Thr Ser Glu Asp Ser Ala Val Tyr Phe Cys
                        85                  90                  95

        Ala Arg Gly Arg Asp Ser Arg Glu Arg Asn Gly Phe Ala Tyr Trp Gly
                        100                 105                 110

        Gln Gly Thr Leu Val Thr Val Ser Ala
                        115                 120
```

( 2 ) INFORMATION FOR SEQ ID NO:53:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 121 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:53:

```
        Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
        1                   5                   10                  15

        Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Asp His
                        20                  25                  30

        Thr Ile His Trp Met Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Phe
                35                  40                  45

        Gly Tyr Ile Tyr Pro Arg Asp Gly His Thr Arg Tyr Ser Glu Lys Phe
        50                  55                  60

        Lys Gly Lys Ala Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
        65                  70                  75                  80

        Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val Tyr Phe Cys
                        85                  90                  95

        Ala Arg Gly Arg Asp Ser Arg Glu Arg Asn Gly Phe Ala Tyr Trp Gly
                        100                 105                 110

        Gln Gly Thr Leu Val Thr Val Ser Ser
                        115                 120
```

5,693,761

117                                          118

-continued

( 2 ) INFORMATION FOR SEQ ID NO:54:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 111 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:54:

```
Asp Ile Val Leu Thr Gln Ser Pro Ala Ser Leu Ala Val Ser Leu Gly
1               5                   10                  15

Gln Arg Ala Thr Ile Ser Cys Arg Ala Ser Glu Ser Val Asp Asn Tyr
            20                  25                  30

Gly Ile Ser Phe Met Asn Trp Phe Gln Gln Lys Pro Gly Gln Pro Pro
        35                  40                  45

Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser Gly Val Pro Ala
    50                  55                  60

Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Ser Leu Asn Ile His
65                  70                  75                  80

Pro Met Glu Glu Asp Asp Thr Ala Met Tyr Phe Cys Gln Gln Ser Lys
                85                  90                  95

Glu Val Pro Trp Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
            100                 105                 110
```

( 2 ) INFORMATION FOR SEQ ID NO:55:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 111 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:55:

```
Asp Ile Gln Met Thr Gln Ser Pro Ser Ser Leu Ser Ala Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Glu Ser Val Asp Asn Tyr
            20                  25                  30

Gly Ile Ser Phe Met Asn Trp Phe Gln Gln Lys Pro Gly Lys Ala Pro
        35                  40                  45

Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser Gly Val Pro Ser
    50                  55                  60

Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser
65                  70                  75                  80

Ser Leu Gln Pro Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Ser Lys
                85                  90                  95

Glu Val Pro Trp Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
            100                 105                 110
```

( 2 ) INFORMATION FOR SEQ ID NO:56:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 116 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:56:

5,693,761

| 119 | 120 |

-continued

```
Glu Val Gln Leu Gln Gln Ser Gly Pro Glu Leu Val Lys Pro Gly Ala
1               5               10              15

Ser Val Lys Ile Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Asp Tyr
            20                  25                  30

Asn Met His Trp Val Lys Gln Ser His Gly Lys Ser Leu Glu Trp Ile
        35                  40                  45

Gly Tyr Ile Tyr Pro Tyr Asn Gly Gly Thr Gly Tyr Asn Gln Lys Phe
        50                  55                  60

Lys Ser Lys Ala Thr Leu Thr Val Asp Asn Ser Ser Ser Thr Ala Tyr
65                  70                  75                  80

Met Asp Val Arg Ser Leu Thr Ser Glu Asp Ser Ala Val Tyr Tyr Cys
                    85                  90                  95

Ala Arg Gly Arg Pro Ala Met Asp Tyr Trp Gly Gln Gly Thr Ser Val
            100                 105                 110

Thr Val Ser Ser
            115
```

( 2 ) INFORMATION FOR SEQ ID NO:57:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 116 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:57:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5               10              15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Asp Tyr
            20                  25                  30

Asn Met His Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Ile
        35                  40                  45

Gly Tyr Ile Tyr Pro Tyr Asn Gly Gly Thr Gly Tyr Asn Gln Lys Phe
        50                  55                  60

Lys Ser Lys Ala Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                  70                  75                  80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                    85                  90                  95

Ala Arg Gly Arg Pro Ala Met Asp Tyr Trp Gly Gln Gly Thr Leu Val
            100                 105                 110

Thr Val Ser Ser
            115
```

( 2 ) INFORMATION FOR SEQ ID NO:58:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 106 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:58:

```
Gln Ile Val Leu Thr Gln Ser Pro Ala Ile Met Ser Ala Ser Pro Gly
1               5               10              15

Glu Lys Val Thr Met Thr Cys Ser Gly Ser Ser Ser Val Ser Phe Met
            20                  25                  30
```

5,693,761

121                                                              122

-continued

```
Tyr  Trp  Tyr  Gln  Gln  Arg  Pro  Gly  Ser  Ser  Pro  Arg  Leu  Leu  Ile  Tyr
          35                      40                  45

Asp  Thr  Ser  Asn  Leu  Ala  Ser  Gly  Val  Pro  Val  Arg  Phe  Ser  Gly  Ser
          50                      55                  60

Gly  Ser  Gly  Thr  Ser  Tyr  Ser  Leu  Thr  Ile  Ser  Arg  Met  Glu  Ala  Glu
65                      70                  75                      80

Asp  Ala  Ala  Thr  Tyr  Tyr  Cys  Gln  Gln  Trp  Ser  Thr  Tyr  Pro  Leu  Thr
                    85                  90                      95

Phe  Gly  Ala  Gly  Thr  Lys  Leu  Glu  Leu  Lys
               100                 105
```

( 2 ) INFORMATION FOR SEQ ID NO:59:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 106 amino acids
              ( B ) TYPE: amino acid
              ( C ) STRANDEDNESS: single
              ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:59:

```
Asp  Ile  Gln  Met  Thr  Gln  Ser  Pro  Ser  Ser  Leu  Ser  Ala  Ser  Val  Gly
1                    5                  10                      15

Asp  Arg  Val  Thr  Ile  Thr  Cys  Ser  Gly  Ser  Ser  Ser  Val  Ser  Phe  Met
          20                      25                  30

Tyr  Trp  Tyr  Gln  Gln  Lys  Pro  Gly  Lys  Ala  Pro  Lys  Leu  Leu  Ile  Tyr
          35                      40                  45

Asp  Thr  Ser  Asn  Leu  Ala  Ser  Gly  Val  Pro  Ser  Arg  Phe  Ser  Gly  Ser
          50                      55                  60

Gly  Ser  Gly  Thr  Asp  Tyr  Thr  Phe  Thr  Ile  Ser  Ser  Leu  Gln  Pro  Glu
65                      70                  75                      80

Asp  Ile  Ala  Thr  Tyr  Tyr  Cys  Gln  Gln  Trp  Ser  Thr  Tyr  Pro  Leu  Thr
                    85                  90                      95

Phe  Gly  Gln  Gly  Thr  Lys  Val  Glu  Val  Lys
               100                 105
```

( 2 ) INFORMATION FOR SEQ ID NO:60:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 119 amino acids
              ( B ) TYPE: amino acid
              ( C ) STRANDEDNESS: single
              ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:60:

```
Gln  Val  Gln  Leu  Lys  Gln  Ser  Gly  Pro  Gly  Leu  Val  Gln  Pro  Ser  Gln
1                    5                  10                      15

Ser  Leu  Ser  Ile  Thr  Cys  Thr  Val  Ser  Gly  Phe  Ser  Val  Thr  Ser  Tyr
          20                      25                  30

Gly  Val  His  Trp  Ile  Arg  Gln  Ser  Pro  Gly  Lys  Gly  Leu  Glu  Trp  Leu
          35                      40                  45

Gly  Val  Ile  Trp  Ser  Gly  Gly  Ser  Thr  Asp  Tyr  Asn  Ala  Ala  Phe  Ile
          50                      55                  60

Ser  Arg  Leu  Thr  Ile  Ser  Lys  Asp  Asn  Ser  Lys  Ser  Gln  Val  Phe  Phe
65                      70                  75                      80

Lys  Val  Asn  Ser  Leu  Gln  Pro  Ala  Asp  Thr  Ala  Ile  Tyr  Tyr  Cys  Ala
                    85                  90                      95
```

5,693,761

123

124

-continued

```
Arg Ala Gly Asp Tyr Asn Tyr Asp Gly Phe Ala Tyr Trp Gly Gln Gly
            100                 105                 110

Thr Leu Val Thr Val Ser Ala
            115
```

( 2 ) INFORMATION FOR SEQ ID NO:61:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 119 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:61:

```
Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1                   5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Val Thr Ser Tyr
            20                  25                  30

Gly Val His Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45

Gly Val Ile Trp Ser Gly Gly Ser Thr Asp Tyr Asn Ala Ala Phe Ile
    50                  55                  60

Ser Arg Phe Thr Ile Ser Arg Asp Asn Ser Lys Asn Thr Leu Tyr Leu
65                  70                  75                  80

Gln Met Asn Ser Leu Gln Ala Glu Asp Thr Ala Ile Tyr Tyr Cys Ala
                85                  90                  95

Arg Ala Gly Asp Tyr Asn Tyr Asp Gly Phe Ala Tyr Trp Gly Gln Gly
            100                 105                 110

Thr Leu Val Thr Val Ser Ser
            115
```

( 2 ) INFORMATION FOR SEQ ID NO:62:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 107 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:62:

```
Asp Ile Val Leu Thr Gln Ser Pro Ala Thr Leu Ser Val Thr Pro Gly
1                   5                   10                  15

Asp Ser Val Ser Leu Ser Cys Arg Ala Ser Gln Ser Ile Ser Asn Asn
            20                  25                  30

Leu His Trp Tyr Gln Gln Lys Ser His Glu Ser Pro Arg Leu Leu Ile
        35                  40                  45

Lys Tyr Ala Ser Gln Ser Ile Ser Gly Ile Pro Ser Arg Phe Ser Gly
    50                  55                  60

Ser Gly Ser Gly Thr Asp Phe Thr Leu Ser Val Asn Gly Val Glu Thr
65                  70                  75                  80

Glu Asp Phe Gly Met Tyr Phe Cys Gln Gln Ser Asn Ser Trp Pro His
                85                  90                  95

Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
            100                 105
```

( 2 ) INFORMATION FOR SEQ ID NO:63:

5,693,761

125                                                                 126

-continued

( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 107 amino acids
    ( B ) TYPE: amino acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: peptide

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:63:

```
Glu  Ile  Val  Leu  Thr  Gln  Ser  Pro  Gly  Thr  Leu  Ser  Leu  Ser  Pro  Gly
1                   5                        10                       15

Glu  Arg  Ala  Thr  Leu  Ser  Cys  Arg  Ala  Ser  Gln  Ser  Ile  Ser  Asn  Asn
            20                           25                       30

Leu  His  Trp  Tyr  Gln  Gln  Lys  Pro  Gly  Gln  Ala  Pro  Arg  Leu  Leu  Ile
         35                       40                       45

Lys  Tyr  Ala  Ser  Gln  Ser  Ile  Ser  Gly  Ile  Pro  Asp  Arg  Phe  Ser  Gly
     50                       55                       60

Ser  Gly  Ser  Gly  Thr  Asp  Phe  Thr  Leu  Thr  Ile  Ser  Arg  Leu  Glu  Pro
65                       70                       75                       80

Glu  Asp  Phe  Ala  Val  Tyr  Tyr  Cys  Gln  Gln  Ser  Asn  Ser  Trp  Pro  His
                    85                       90                       95

Thr  Phe  Gly  Gln  Gly  Thr  Lys  Val  Glu  Ile  Lys
                   100                      105
```

( 2 ) INFORMATION FOR SEQ ID NO:64:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 119 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:64:

```
Glu  Val  Gln  Leu  Gln  Gln  Ser  Gly  Pro  Glu  Leu  Val  Lys  Pro  Gly  Ala
1                   5                        10                       15

Ser  Met  Lys  Ile  Ser  Cys  Lys  Ala  Ser  Val  Tyr  Ser  Phe  Thr  Gly  Tyr
            20                           25                       30

Thr  Met  Asn  Trp  Val  Lys  Gln  Ser  His  Gly  Gln  Asn  Leu  Glu  Trp  Ile
         35                       40                       45

Gly  Leu  Ile  Asn  Pro  Tyr  Asn  Gly  Gly  Thr  Ser  Tyr  Asn  Gln  Lys  Phe
     50                       55                       60

Lys  Gly  Lys  Ala  Thr  Leu  Thr  Val  Asp  Lys  Ser  Ser  Asn  Thr  Ala  Tyr
65                       70                       75                       80

Met  Glu  Leu  Leu  Ser  Leu  Thr  Ser  Ala  Asp  Ser  Ala  Val  Tyr  Tyr  Cys
                    85                       90                       95

Thr  Arg  Arg  Gly  Phe  Arg  Asp  Tyr  Ser  Met  Asp  Tyr  Trp  Gly  Gln  Gly
                   100                      105                      110

Thr  Ser  Val  Thr  Val  Ser  Ser
                   115
```

( 2 ) INFORMATION FOR SEQ ID NO:65:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 119 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:65:

5,693,761

127                                              128

-continued

```
Gln Val Gln Leu Val Gln Ser Gly Ala Gln Val Lys Lys Pro Gly Ser
  1               5                  10                 15

Ser Val Arg Val Ser Cys Lys Ala Ser Gly Tyr Ser Phe Thr Gly Tyr
       20                 25                 30

Thr Met Asn Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
       35                 40                 45

Gly Leu Ile Asn Pro Tyr Asn Gly Gly Thr Ser Tyr Asn Gln Lys Phe
       50                 55                 60

Lys Gly Arg Val Thr Val Ser Leu Lys Pro Ser Phe Asn Gln Ala Tyr
 65                 70                 75                 80

Met Glu Leu Ser Ser Leu Phe Ser Glu Asp Thr Ala Val Tyr Tyr Cys
               85                 90                 95

Thr Arg Arg Gly Phe Arg Asp Tyr Ser Met Asp Tyr Trp Gly Gln Gly
              100                105                110

Thr Leu Val Thr Val Ser Ser
              115
```

( 2 ) INFORMATION FOR SEQ ID NO:66:

   ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 393 base pairs
       ( B ) TYPE: nucleic acid
       ( C ) STRANDEDNESS: single
       ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: cDNA

   ( i x ) FEATURE:
       ( A ) NAME/KEY: CDS
       ( B ) LOCATION: 1..393

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:66:

```
ATG GAG AAA GAC ACA CTC CTG CTA TGG GTC CTG CTT CTC TGG GTT CCA       48
Met Glu Lys Asp Thr Leu Leu Leu Trp Val Leu Leu Leu Trp Val Pro
  1               5                  10                 15

GGT TCC ACA GGT GAC ATT GTG CTG ACC CAA TCT CCA GCT TCT TTG GCT       96
Gly Ser Thr Gly Asp Ile Val Leu Thr Gln Ser Pro Ala Ser Leu Ala
       20                 25                 30

GTG TCT CTA GGG CAG AGG GCC ACC ATC TCC TGC AGA GCC AGC GAA AGT      144
Val Ser Leu Gly Gln Arg Ala Thr Ile Ser Cys Arg Ala Ser Glu Ser
       35                 40                 45

GTT GAT AAT TAT GGC ATT AGT TTT ATG AAC TGG TTC CAA CAG AAA CCA      192
Val Asp Asn Tyr Gly Ile Ser Phe Met Asn Trp Phe Gln Gln Lys Pro
       50                 55                 60

GGA CAG CCA CCC AAA CTC CTC ATC TAT GCT GCA TCC AAC CAA GGA TCC      240
Gly Gln Pro Pro Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser
 65                 70                 75                 80

GGG GTC CCT GCC AGG TTT AGT GGC AGT GGG TCT GGG ACA GAC TTC AGC      288
Gly Val Pro Ala Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Ser
               85                 90                 95

CTC AAC ATC CAT CCT ATG GAG GAG GAT GAT ACT GCA ATG TAT TTC TGT      336
Leu Asn Ile His Pro Met Glu Glu Asp Asp Thr Ala Met Tyr Phe Cys
              100                105                110

CAG CAA AGT AAG GAG GTT CCG TGG ACG TTC GGT GGA GGC ACC AAG CTG      384
Gln Gln Ser Lys Glu Val Pro Trp Thr Phe Gly Gly Gly Thr Lys Leu
              115                120                125

GAA ATC AAA                                                           393
Glu Ile Lys
              130
```

( 2 ) INFORMATION FOR SEQ ID NO:67:

5,693,761

**129**                                        **130**

-continued

---

( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 131 amino acids
    ( B ) TYPE: amino acid
    ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: protein

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:67:

```
Met Glu Lys Asp Thr Leu Leu Leu Trp Val Leu Leu Leu Trp Val Pro
 1               5                  10                 15

Gly Ser Thr Gly Asp Ile Val Leu Thr Gln Ser Pro Ala Ser Leu Ala
            20                 25                 30

Val Ser Leu Gly Gln Arg Ala Thr Ile Ser Cys Arg Ala Ser Glu Ser
        35                 40                 45

Val Asp Asn Tyr Gly Ile Ser Phe Met Asn Trp Phe Gln Gln Lys Pro
    50                 55                 60

Gly Gln Pro Pro Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser
65                 70                 75                 80

Gly Val Pro Ala Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Ser
                85                 90                 95

Leu Asn Ile His Pro Met Glu Glu Asp Asp Thr Ala Met Tyr Phe Cys
            100                105                110

Gln Gln Ser Lys Glu Val Pro Trp Thr Phe Gly Gly Gly Thr Lys Leu
        115                120                125

Glu Ile Lys
130
```

( 2 ) INFORMATION FOR SEQ ID NO:68:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 405 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: cDNA

    ( i x ) FEATURE:
        ( A ) NAME/KEY: CDS
        ( B ) LOCATION: 1..405

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:68:

```
ATG GGA TGG AGC TGG ATC TTT CTC TTC CTC CTG TCA GGA ACT GCA GGC    48
Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr Ala Gly
 1               5                  10                 15

GTC CAC TCT GAG GTC CAG CTT CAG GAG TCA GGA CCT GAG CTG GTG AAA    96
Val His Ser Glu Val Gln Leu Gln Glu Ser Gly Pro Glu Leu Val Lys
            20                 25                 30

CCT GGG GCC TCA GTG AAG ATA TCC TGC AAG GCT TCT GGA TAC ACA TTC   144
Pro Gly Ala Ser Val Lys Ile Ser Cys Lys Ala Ser Gly Tyr Thr Phe
        35                 40                 45

ACT GAC TAC AAC ATG CAC TGG GTG AAG CAG AGC CAT GGA AAG AGC CTT   192
Thr Asp Tyr Asn Met His Trp Val Lys Gln Ser His Gly Lys Ser Leu
    50                 55                 60

GAG TGG ATT GGA TAT ATT TAT CCT TAC AAT GGT GGT ACT GGC TAC AAC   240
Glu Trp Ile Gly Tyr Ile Tyr Pro Tyr Asn Gly Gly Thr Gly Tyr Asn
65                 70                 75                 80

CAG AAG TTC AAG AGC AAG GCC ACA TTG ACT GTA GAC AAT TCC TCC AGC   288
Gln Lys Phe Lys Ser Lys Ala Thr Leu Thr Val Asp Asn Ser Ser Ser
                85                 90                 95

ACA GCC TAC ATG GAC GTC CGC AGC CTG ACA TCT GAG GAC TCT GCA GTC   336
Thr Ala Tyr Met Asp Val Arg Ser Leu Thr Ser Glu Asp Ser Ala Val
```

5,693,761

**131**                                                **132**

-continued

```
                    100            105            110

TAT TAC TGT GCA AGA GGG CGC CCC GCT ATG GAC TAC TGG GGT CAA GGA        384
Tyr Tyr Cys Ala Arg Gly Arg Pro Ala Met Asp Tyr Trp Gly Gln Gly
        115                    120                    125

ACC TCA GTC ACC GTC TCC TCA                                            405
Thr Ser Val Thr Val Ser Ser
        130                135
```

( 2 ) INFORMATION FOR SEQ ID NO:69:

      ( i ) SEQUENCE CHARACTERISTICS:
         ( A ) LENGTH: 135 amino acids
         ( B ) TYPE: amino acid
         ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: protein

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:69:

```
Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr Ala Gly
  1               5                  10                  15

Val His Ser Glu Val Gln Leu Gln Gln Ser Gly Pro Glu Leu Val Lys
            20                  25                  30

Pro Gly Ala Ser Val Lys Ile Ser Cys Lys Ala Ser Gly Tyr Thr Phe
        35                  40                  45

Thr Asp Tyr Asn Met His Trp Val Lys Gln Ser His Gly Lys Ser Leu .
        50                  55                  60

Glu Trp Ile Gly Tyr Ile Tyr Pro Tyr Asn Gly Gly Thr Gly Tyr Asn
65                  70                  75                  80

Gln Lys Phe Lys Ser Lys Ala Thr Leu Thr Val Asp Asn Ser Ser Ser
            85                  90                  95

Thr Ala Tyr Met Asp Val Arg Ser Leu Thr Ser Glu Asp Ser Ala Val
            100                 105                 110

Tyr Tyr Cys Ala Arg Gly Arg Pro Ala Met Asp Tyr Trp Gly Gln Gly
        115                 120                 125

Thr Ser Val Thr Val Ser Ser
        130                 135
```

( 2 ) INFORMATION FOR SEQ ID NO:70:

      ( i ) SEQUENCE CHARACTERISTICS:
         ( A ) LENGTH: 107 amino acids
         ( B ) TYPE: amino acid
         ( C ) STRANDEDNESS: single
         ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: peptide

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:70:

```
Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
  1               5                  10                  15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Gln Ser Ile Asn Thr Trp
            20                  25                  30

Leu Ala Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Met
        35                  40                  45

Tyr Lys Ala Ser Ser Leu Gln Ser Gly Val Pro Ser Arg Phe Ile Gly
        50                  55                  60

Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
65                  70                  75                  80

Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Tyr Asn Ser Asp Ser Lys
            85                  90                  95
```

5,693,761

**133**                                                                    **134**

-continued

```
          Met Phe Gly Gln Gly Thr Lys Val Glu Val Lys
                  100                         105
```

( 2 ) INFORMATION FOR SEQ ID NO:71:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 111 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:71:

```
Asp Ile Gln Met Thr Gln Ser Pro Ser Ser Leu Ser Ala Ser Val Gly
1                   5                   10                  15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Glu Ser Val Asp Asn Tyr
            20                  25                  30

Gly Ile Ser Phe Met Asn Trp Phe Gln Gln Lys Pro Gly Lys Ala Pro
        35                  40                  45

Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser Gly Val Pro Ser
    50                  55                  60

Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser
65                  70                  75                  80

Ser Leu Gln Pro Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Ser Lys
                85                  90                  95

Glu Val Pro Trp Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
                100                     105                 110
```

( 2 ) INFORMATION FOR SEQ ID NO:72:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 117 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:72:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1                   5                   10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Gly Thr Phe Ser Arg Ser
            20                  25                  30

Ala Ile Ile Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
        35                  40                  45

Gly Gly Ile Val Pro Met Phe Gly Pro Pro Asn Tyr Ala Gln Lys Phe
    50                  55                  60

Gln Gly Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                  70                  75                  80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Phe Tyr Phe Cys
                85                  90                  95

Ala Gly Gly Tyr Gly Ile Tyr Ser Pro Glu Glu Tyr Asn Gly Gly Leu
                100                     105                 110

Val Thr Val Ser Ser
            115
```

( 2 ) INFORMATION FOR SEQ ID NO:73:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 116 amino acids
        ( B ) TYPE: amino acid

5,693,761

135

136

-continued

```
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: peptide

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:73:

     Gln  Val  Gln  Leu  Val  Gln  Ser  Gly  Ala  Glu  Val  Lys  Lys  Pro  Gly  Ser
     1                   5                        10                       15

     Ser  Val  Lys  Val  Ser  Cys  Lys  Ala  Ser  Gly  Tyr  Thr  Phe  Thr  Asp  Tyr
                       20                        25                       30

     Asn  Met  His  Trp  Val  Arg  Gln  Ala  Pro  Gly  Gln  Gly  Leu  Glu  Trp  Ile
              35                        40                       45

     Gly  Tyr  Ile  Tyr  Pro  Tyr  Asn  Gly  Gly  Thr  Gly  Tyr  Asn  Gln  Lys  Phe
          50                        55                       60

     Lys  Ser  Lys  Ala  Thr  Ile  Thr  Ala  Asp  Glu  Ser  Thr  Asn  Thr  Ala  Tyr
     65                        70                       75                       80

     Met  Glu  Leu  Ser  Ser  Leu  Arg  Ser  Glu  Asp  Thr  Ala  Val  Tyr  Tyr  Cys
                             85                        90                       95

     Ala  Arg  Gly  Arg  Pro  Ala  Met  Asp  Tyr  Trp  Gly  Gln  Gly  Thr  Leu  Val
                       100                       105                      110

     Thr  Val  Ser  Ser
                   115
```

( 2 ) INFORMATION FOR SEQ ID NO:74:

```
          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 132 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:74:
```

```
TATATCTAGA  CCACCATGGG  ATGGAGCTGG  ATCTTTCTCT  TCCTCCTGTC  AGGAACTGCT        60

GGCGTCCACT  CTCAGGTTCA  GCTGGTGCAG  TCTGGAGCTG  AGGTGAAGAA  GCCTGGGAGC       120

TCAGTGAAGG  TT                                                               132
```

( 2 ) INFORMATION FOR SEQ ID NO:75:

```
          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 133 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:75:
```

```
AGCCGGTACC  ACCATTGTAA  GGATAAATAT  ATCCAATCCA  TTCCAGGCCT  TGGCCAGGAG        60

CCTGCCCAC   CCAGTGCATG  TTGTAGTCAG  TGAAGGTGTA  GCCAGAAGCT  TTGCAGGAAA       120

CCTTCACTGA  GCT                                                              133
```

( 2 ) INFORMATION FOR SEQ ID NO:76:

```
          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 112 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (oligonucleotide)
```

5,693,761

137                                                                                   138

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:76:

TGGTGGTACC GGCTACAACC AGAAGTTCAA GAGCAAGGCC ACAATTACAG CAGACGAGAG          60

TACTAACACA GCCTACATGG AACTCTCCAG CCTGAGGTCT GAGGACACTG CA                 112

( 2 ) INFORMATION FOR SEQ ID NO:77:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 111 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:77:

TATATCTAGA GGCCATTCTT ACCTGAAGAG ACAGTGACCA GAGTCCCTTG GCCCCAGTAG          60

TCCATAGCGG GGCGCCCTCT TGCGCAGTAA TAGACTGCAG TGTCCTCAGA C                  111

( 2 ) INFORMATION FOR SEQ ID NO:78:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 122 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:78:

TATATCTAGA CCACCATGGA GAAAGACACA CTCCTGCTAT GGGTCCTGCT TCTCTGGGTT          60

CCAGGTTCCA CAGGTGACAT TCAGATGACC CAGTCTCCGA GCTCTCTGTC CGCATCAGTA         120

GG                                                                       122

( 2 ) INFORMATION FOR SEQ ID NO:79:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 122 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:79:

TCAGAAGCTT AGGAGCCTTC CCGGGTTTCT GTTGGAACCA GTTCATAAAG CTAATGCCAT          60

AATTGTCGAC ACTTTCGCTG GCTCTGCATG TGATGGTGAC CCTGTCTCCT ACTGATGCGG         120

AC                                                                       122

( 2 ) INFORMATION FOR SEQ ID NO:80:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 119 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:80:

TCCTAAGCTT CTGATTTACG CTGCATCCAA CCAAGGCTCC GGGGTACCCT CTCGCTTCTC          60

AGGCAGTGGA TCTGGGACAG ACTTCACTCT CACCATTTCA TCTCTGCAGC CTGATGACT          119

( 2 ) INFORMATION FOR SEQ ID NO:81:

5,693,761

139　　　　　　　　　　　　　　　　　　　　140

–continued

---

( i ) SEQUENCE CHARACTERISTICS:
　　( A ) LENGTH: 118 base pairs
　　( B ) TYPE: nucleic acid
　　( C ) STRANDEDNESS: single
　　( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (oligonucleotide)

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:81:

TATATCTAGA CTTTGGATTC TACTTACGTT TGATCTCCAC CTTGGTCCCT TGACCGAACG　　60

TCCACGGAAC CTCCTTACTT TGCTGACAGT AATAGGTTGC GAAGTCATCA GGCTGCAG　　118

( 2 ) INFORMATION FOR SEQ ID NO:82:

　　( i ) SEQUENCE CHARACTERISTICS:
　　　　( A ) LENGTH: 381 base pairs
　　　　( B ) TYPE: nucleic acid
　　　　( C ) STRANDEDNESS: single
　　　　( D ) TOPOLOGY: linear

　　( i i ) MOLECULE TYPE: cDNA

　　( i x ) FEATURE:
　　　　( A ) NAME/KEY: CDS
　　　　( B ) LOCATION: 1..381

　　( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:82:

ATG GTT TTC ACA CCT CAG ATA CTT GGA CTT ATG CTT TTT TGG ATT TCA　　48
Met Val Phe Thr Pro Gln Ile Leu Gly Leu Met Leu Phe Trp Ile Ser
1　　　　　　　　　5　　　　　　　　　　10　　　　　　　　　　15

GCC TCC AGA GGT GAT ATT GTG CTA ACT CAG TCT CCA GCC ACC CTG TCT　　96
Ala Ser Arg Gly Asp Ile Val Leu Thr Gln Ser Pro Ala Thr Leu Ser
　　　　　　　　　20　　　　　　　　　25　　　　　　　　　　30

GTG ACT CCG GGA GAT AGC GTC AGT CTT TCC TGC AGG GCC AGC CAA AGT　　144
Val Thr Pro Gly Asp Ser Val Ser Leu Ser Cys Arg Ala Ser Gln Ser
　　　　35　　　　　　　　　40　　　　　　　　　45

ATT AGC AAC AAC CTA CAC TGG TAT CAA CAA AAG TCA CAT GAG TCT CCA　　192
Ile Ser Asn Asn Leu His Trp Tyr Gln Gln Lys Ser His Glu Ser Pro
　　　50　　　　　　　　　55　　　　　　　　　60

AGG CTT CTC ATC AAG TAT GCT TCC CAG TCC ATC TGT GGG ATC CCC TCC　　240
Arg Leu Leu Ile Lys Tyr Ala Ser Gln Ser Ile Ser Gly Ile Pro Ser
65　　　　　　　　　70　　　　　　　　　75　　　　　　　　　80

AGG TTC AGT GGC AGT GGA TCA GGG ACA GAT TTC ACT CTC AGT GTC AAC　　288
Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Ser Val Asn
　　　　　　　　　85　　　　　　　　　90　　　　　　　　　95

GGT GTG GAG ACT GAA GAT TTT GGA ATG TAT TTC TGT CAA CAG AGT AAC　　336
Gly Val Glu Thr Glu Asp Phe Gly Met Tyr Phe Cys Gln Gln Ser Asn
　　　　　　　　100　　　　　　　　105　　　　　　　　110

AGT TGG CCT CAT ACG TTC GGA GGG GGG ACC AAG CTG GAA ATA AAA　　381
Ser Trp Pro His Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
　　　115　　　　　　　　120　　　　　　　　125

( 2 ) INFORMATION FOR SEQ ID NO:83:

　　( i ) SEQUENCE CHARACTERISTICS:
　　　　( A ) LENGTH: 127 amino acids
　　　　( B ) TYPE: amino acid
　　　　( D ) TOPOLOGY: linear

　　( i i ) MOLECULE TYPE: protein

　　( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:83:

Met Val Phe Thr Pro Gln Ile Leu Gly Leu Met Leu Phe Trp Ile Ser
1　　　　　　　　5　　　　　　　　　　10　　　　　　　　　　15

Ala Ser Arg Gly Asp Ile Val Leu Thr Gln Ser Pro Ala Thr Leu Ser

5,693,761

| 141 | 142 |
|---|---|

-continued

```
                        20                    25                    30
Val Thr Pro Gly Asp Ser Val Ser Leu Ser Cys Arg Ala Ser Gln Ser
                   35                    40                    45
Ile Ser Asn Asn Leu His Trp Tyr Gln Gln Lys Ser His Gln Ser Pro
         50                    55                    60
Arg Leu Leu Ile Lys Tyr Ala Ser Gln Ser Ile Ser Gly Ile Pro Ser
    65                    70                    75                    80
Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Ser Val Asn
                        85                    90                    95
Gly Val Glu Thr Glu Asp Phe Gly Met Tyr Phe Cys Gln Gln Ser Asn
                   100                   105                   110
Ser Trp Pro His Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
              115                   120                   125
```

( 2 ) INFORMATION FOR SEQ ID NO:84:

   ( i ) SEQUENCE CHARACTERISTICS:
         ( A ) LENGTH: 414 base pairs
         ( B ) TYPE: nucleic acid
         ( C ) STRANDEDNESS: single
         ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: cDNA

   ( i x ) FEATURE:
         ( A ) NAME/KEY: CDS
         ( B ) LOCATION: 1..414

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:84:

```
ATG GGA TGG AGC TGG ATC TTT CTC TTC CTC CTG TCA GGA ACT GCA GGT      48
Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr Ala Gly
 1               5                   10                  15

GTC CAC TCT CAG GTC CAG CTG CAA CAG TCT GGA CCT GAG CTG GTG AAG      96
Val His Ser Gln Val Gln Leu Gln Gln Ser Gly Pro Glu Leu Val Lys
             20                  25                  30

CCT GGA GCT TCA ATG AAG ATA TCC TGC AAG GCT TCT GTT TAC TCA TTC     144
Pro Gly Ala Ser Met Lys Ile Ser Cys Lys Ala Ser Val Tyr Ser Phe
         35                  40                  45

ACT GGC TAC ACC ATG AAC TGG GTG AAG CAG AGC CAT GGA CAG AAC CTT     192
Thr Gly Tyr Thr Met Asn Trp Val Lys Gln Ser His Gly Gln Asn Leu
     50                  55                  60

GAG TGG ATT GGA CTT ATT AAT CCT TAC AAT GGT ACT AGC TAC AAC         240
Glu Trp Ile Gly Leu Ile Asn Pro Tyr Asn Gly Gly Thr Ser Tyr Asn
 65                  70                  75                  80

CAG AAG TTC AAG GGG AAG GCC ACA TTA ACT GTA GAC AAG TCA TCC AAC     288
Gln Lys Phe Lys Gly Lys Ala Thr Leu Thr Val Asp Lys Ser Ser Asn
                 85                  90                  95

ACA GCC TAC ATG GAG CTC CTC AGT CTG ACA TCT GCG GAC TCT GCA GTC     336
Thr Ala Tyr Met Glu Leu Leu Ser Leu Thr Ser Ala Asp Ser Ala Val
             100                 105                 110

TAT TAC TGT ACA AGA CGG GGG TTT CCA GAC TAT TCT ATG GAC TAC TGG     384
Tyr Tyr Cys Thr Arg Arg Gly Phe Arg Asp Tyr Ser Met Asp Tyr Trp
         115                 120                 125

GGT CAA GGA ACC TCA GTC ACC GTC TCC TCA                             414
Gly Gln Gly Thr Ser Val Thr Val Ser Ser
         130                 135
```

( 2 ) INFORMATION FOR SEQ ID NO:85:

   ( i ) SEQUENCE CHARACTERISTICS:
         ( A ) LENGTH: 138 amino acids
         ( B ) TYPE: amino acid
         ( D ) TOPOLOGY: linear

5,693,761

143                                                                              144

-continued

( i i ) MOLECULE TYPE: protein

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:85:

```
Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr Ala Gly
 1               5                  10                 15

Val His Ser Glu Val Gln Leu Gln Gln Ser Gly Pro Glu Leu Val Lys
                20                 25                 30

Pro Gly Ala Ser Met Lys Ile Ser Cys Lys Ala Ser Val Tyr Ser Phe
        35                 40                 45

Thr Gly Tyr Thr Met Asn Trp Val Lys Gln Ser His Gly Gln Asn Leu
    50                 55                 60

Glu Trp Ile Gly Leu Ile Asn Pro Tyr Asn Gly Gly Thr Ser Tyr Asn
65                 70                 75                 80

Gln Lys Phe Lys Gly Lys Ala Thr Leu Thr Val Asp Lys Ser Ser Asn
                85                 90                 95

Thr Ala Tyr Met Glu Leu Leu Ser Leu Thr Ser Ala Asp Ser Ala Val
        100                105                110

Tyr Tyr Cys Thr Arg Arg Gly Phe Arg Asp Tyr Ser Met Asp Tyr Trp
    115                120                125

Gly Gln Gly Thr Ser Val Thr Val Ser Ser
    130                135
```

( 2 ) INFORMATION FOR SEQ ID NO:86:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 108 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: peptide

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:86:

```
Glu Ile Val Leu Thr Gln Ser Pro Gly Thr Leu Ser Leu Ser Pro Gly
 1               5                  10                 15

Glu Arg Ala Thr Leu Ser Cys Arg Ala Ser Gln Ser Val Ser Ser Gly
                20                 25                 30

Tyr Leu Gly Trp Tyr Gln Gln Lys Pro Gly Gln Ala Pro Arg Leu Leu
        35                 40                 45

Ile Tyr Gly Ala Ser Ser Arg Ala Thr Gly Ile Pro Asp Arg Phe Ser
    50                 55                 60

Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser Arg Leu Glu
65                 70                 75                 80

Pro Glu Asp Phe Ala Val Tyr Tyr Cys Gln Gln Tyr Gly Ser Leu Gly
                85                 90                 95

Arg Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
        100                105
```

( 2 ) INFORMATION FOR SEQ ID NO:87:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 107 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: peptide

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:87:

```
Glu Ile Val Leu Thr Gln Ser Pro Gly Thr Leu Ser Leu Ser Pro Gly
```

5,693,761

145                                      146

-continued

```
    1                 5                      10                    15
  Glu Arg Ala Thr Leu Ser Cys Arg Ala Ser Gln Ser Ile Ser Asn Asn
                  20                      25                    30

  Leu His Trp Tyr Gln Gln Lys Pro Gly Gln Ala Pro Arg Leu Leu Ile
                  35                      40                    45

  Lys Tyr Ala Ser Gln Ser Ile Ser Gly Ile Pro Asp Arg Phe Ser Gly
                  50                      55                    60

  Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser Arg Leu Glu Pro
                  65                      70                    75                    80

  Glu Asp Phe Ala Val Tyr Tyr Cys Gln Gln Ser Asn Ser Trp Pro His
                  85                      90                    95

  Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
                  100                     105
```

( 2 ) INFORMATION FOR SEQ ID NO:88:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 122 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:88:

```
    1                 5                      10                    15
  Gln Val Gln Leu Met Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
                  20                      25                    30
  Ser Val Arg Val Ser Cys Lys Thr Ser Gly Gly Thr Phe Val Asp Tyr
                  35                      40                    45
  Lys Gly Leu Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
                  50                      55                    60
  Gly Gln Ile Pro Leu Arg Phe Asn Gly Glu Val Lys Asn Pro Gly Ser
                  65                      70                    75                    80
  Val Val Arg Val Ser Val Ser Leu Lys Pro Ser Phe Asn Gln Ala His
                  85                      90                    95
  Met Glu Leu Ser Ser Leu Phe Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                  100                     105                   110
  Ala Arg Glu Tyr Gly Phe Asp Thr Ser Asp Tyr Tyr Tyr Tyr Tyr Trp
                  115                     120
  Gly Gln Gly Thr Leu Val Thr Val Ser Ser
```

( 2 ) INFORMATION FOR SEQ ID NO:89:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 119 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:89:

```
    1                 5                      10                    15
  Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
                  20                      25                    30
  Ser Val Arg Val Ser Cys Lys Ala Ser Gly Tyr Ser Phe Thr Gly Tyr
                  35                      40                    45
  Thr Met Asn Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
  Gly Leu Ile Asn Pro Tyr Asn Gly Gly Thr Ser Tyr Asn Gln Lys Phe
```

5,693,761

147                                           148

-continued

---

```
           50                    55                    60
  Lys Gly Arg Val Thr Val Ser Leu Lys Pro Ser Phe Asn Gln Ala Tyr
  65                      70                      75                      80

  Met Glu Leu Ser Ser Leu Phe Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                      85                      90                      95

  Thr Arg Arg Gly Phe Arg Asp Tyr Ser Met Asp Tyr Trp Gly Gln Gly
                  100                     105                     110

  Thr Leu Val Thr Val Ser Ser
                  115
```

( 2 ) INFORMATION FOR SEQ ID NO:90:

          ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 129 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:90:

```
TAGATCTAGA CCACCATGGT TTTCACACCT CAGATACTCA GACTCATGCT CTTCTGGATT      60

TCAGCCTCCA GAGGTGAAAT TGTGCTAACT CAGTCTCCAG GCACCCTAAG CTTATCACCG     120

GGAGAAAGG                                                             129
```

( 2 ) INFORMATION FOR SEQ ID NO:91:

          ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 128 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: linear
                ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:91:

```
TAGACAGAAT TCACGCGTAC TTGATAAGTA GACGTGGAGC TTGTCCAGGT TTTTGTTGGT      60

ACCAGTGTAG GTTGTTGCTA ATACTTTGGC TGGCCCTGCA GGAAAGTGTA GCCCTTTCTC     120

CCGGTGAT                                                              128
```

( 2 ) INFORMATION FOR SEQ ID NO:92:

          ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 113 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:92:

```
AAGAGAATTC ACGCGTCCCA GTCCATCTCT GGAATACCCG ATAGGTTCAG TGGCAGTGGA      60

TCAGGGACAG ATTTCACTCT CACAATAAGT AGGCTCGAGC CGGAAGATTT TGC            113
```

( 2 ) INFORMATION FOR SEQ ID NO:93:

          ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 116 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

5,693,761

**149**                **150**

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:93:

```
TAGATCTAGA GTTGAGAAGA CTACTTACGT TTTATTTCTA CCTTGGTCCC TTGTCCGAAC      60

GTATGAGGCC AACTGTTACT CTGTTGACAA TAATACACAG CAAAATCTTC CGGCTC         116
```

( 2 ) INFORMATION FOR SEQ ID NO:94:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 134 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:94:

```
TATATCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGAACTGCA      60

GGTGTCCACT CTCAAGTCCA ACTGGTACAG TCTGGAGCTG AGGTTAAAAA GCCTGGAAGT     120

TCAGTAAGAG TTTC                                                      134
```

( 2 ) INFORMATION FOR SEQ ID NO:95:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 134 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:95:

```
TATATAGGTA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGAACTGCA      60

TGCCTGTCTC ACCCAGTTCA TGGTATACCC AGTGAATGAG TATCCGGAAG CTTTGCAGGA     120

AACTCTTACT GAAC                                                      134
```

( 2 ) INFORMATION FOR SEQ ID NO:96:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 116 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:96:

```
TATATAGGTA CCAGCTACAA CCAGAAGTTC AAGGGCAGAG TTACAGTTTC TTTGAAGCCT      60

TCATTTAACC AGGCCTACAT GGAGCTCAGT AGTCTGTTTT CTGAAGACAC TGCAGT        116
```

( 2 ) INFORMATION FOR SEQ ID NO:97:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 116 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:97:

```
TATATCTAGA GGCCATTCTT ACCTGAGGAG ACGGTGACTA AGGTTCCTTG ACCCCAGTAG      60

TCCATAGAAT AGTCTCGAAA CCCCCGTCTT GTACAGTAAT AGACTGCAGT GTCTTC        116
```

( 2 ) INFORMATION FOR SEQ ID NO:98:

5,693,761

**151**                                      **152**

-continued

```
( i ) SEQUENCE CHARACTERISTICS:
     ( A ) LENGTH: 408 base pairs
     ( B ) TYPE: nucleic acid
     ( C ) STRANDEDNESS: single
     ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: cDNA

( i x ) FEATURE:
     ( A ) NAME/KEY: CDS
     ( B ) LOCATION: 1..408

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:98:
```

```
ATG CAT CAG ACC AGC ATG GGC ATC AAG ATG GAA TCA CAG ACT CTG GTC      48
Met His Gln Thr Ser Met Gly Ile Lys Met Glu Ser Gln Thr Leu Val
1               5                   10                  15

TTC ATA TCC ATA CTG CTC TGG TTA TAT GGT GCT GAT GGG AAC ATT GTT      96
Phe Ile Ser Ile Leu Leu Trp Leu Tyr Gly Ala Asp Gly Asn Ile Val
            20                  25                  30

ATG ACC CAA TCT CCC AAA TCC ATG TAC GTG TCA ATA GGA GAG AGG GTC     144
Met Thr Gln Ser Pro Lys Ser Met Tyr Val Ser Ile Gly Glu Arg Val
        35                  40                  45

ACC TTG AGC TGC AAG GCC AGT GAA AAT GTG GAT ACT TAT GTA TCC TGG     192
Thr Leu Ser Cys Lys Ala Ser Glu Asn Val Asp Thr Tyr Val Ser Trp
    50                  55                  60

TAT CAA CAG AAA CCA GAG CAG TCT CCT AAA CTG CTG ATA TAT GGG GCA     240
Tyr Gln Gln Lys Pro Glu Gln Ser Pro Lys Leu Leu Ile Tyr Gly Ala
65                  70                  75                  80

TCC AAC CGG TAC ACT GGG GTC CCC GAT CGC TTC ACG GGC AGT GGA TCT     288
Ser Asn Arg Tyr Thr Gly Val Pro Asp Arg Phe Thr Gly Ser Gly Ser
                85                  90                  95

GCA ACA GAT TTC ACT CTG ACC ATC AGC AGT GTG CAG GCA GAC GAA CTT     336
Ala Thr Asp Phe Thr Leu Thr Ile Ser Ser Val Gln Ala Glu Glu Leu
            100                 105                 110

GCA GAT TAT CAC TGT GGA CAG AGT TAC AAC TAT CCA TTC ACG TTC GGC     384
Ala Asp Tyr His Cys Gly Gln Ser Tyr Asn Tyr Pro Phe Thr Phe Gly
        115                 120                 125

TCG GGG ACA AAG TTG GAA ATA AAG                                      408
Ser Gly Thr Lys Leu Glu Ile Lys
    130                 135
```

```
( 2 ) INFORMATION FOR SEQ ID NO:99:

     ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 136 amino acids
          ( B ) TYPE: amino acid
          ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: protein

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:99:
```

```
Met His Gln Thr Ser Met Gly Ile Lys Met Glu Ser Gln Thr Leu Val
1               5                   10                  15

Phe Ile Ser Ile Leu Leu Trp Leu Tyr Gly Ala Asp Gly Asn Ile Val
            20                  25                  30

Met Thr Gln Ser Pro Lys Ser Met Tyr Val Ser Ile Gly Glu Arg Val
        35                  40                  45

Thr Leu Ser Cys Lys Ala Ser Glu Asn Val Asp Thr Tyr Val Ser Trp
    50                  55                  60

Tyr Gln Gln Lys Pro Glu Gln Ser Pro Lys Leu Leu Ile Tyr Gly Ala
65                  70                  75                  80

Ser Asn Arg Tyr Thr Gly Val Pro Asp Arg Phe Thr Gly Ser Gly Ser
                85                  90                  95
```

5,693,761

153                                                    154

-continued

```
Ala  Thr  Asp  Phe  Thr  Leu  Thr  Ile  Ser  Ser  Val  Gln  Ala  Glu  Asp  Leu
      100                      105                      110

Ala  Asp  Tyr  His  Cys  Gly  Gln  Ser  Tyr  Asn  Tyr  Pro  Phe  Thr  Phe  Gly
      115                      120                      125

Ser  Gly  Thr  Lys  Leu  Glu  Ile  Lys
      130                      135
```

( 2 ) INFORMATION FOR SEQ ID NO:100:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 456 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: cDNA

    ( i x ) FEATURE:
        ( A ) NAME/KEY: CDS
        ( B ) LOCATION: 1..456

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:100:

```
ATG  ACA  TCA  CTG  TTC  TCT  CTA  CAG  TTA  CCG  AGC  ACA  CAG  GAC  CTC  GCC        48
Met  Thr  Ser  Leu  Phe  Ser  Leu  Gln  Leu  Pro  Ser  Thr  Gln  Asp  Leu  Ala
  1                    5                     10                      15

ATG  GGA  TGG  AGC  TGT  ATC  ATC  CTC  TTC  TTG  GTA  GCA  ACA  GCT  ACA  GGT        96
Met  Gly  Trp  Ser  Cys  Ile  Ile  Leu  Phe  Leu  Val  Ala  Thr  Ala  Thr  Gly
           20                      25                      30

GTC  CTC  TCC  CAG  GTC  CAA  CTG  CAG  CAG  CCT  GGG  GCT  GAC  CTT  GTG  ATG       144
Val  Leu  Ser  Gln  Val  Gln  Leu  Gln  Gln  Pro  Gly  Ala  Asp  Leu  Val  Met
           35                      40                      45

CCT  GGG  GCT  CCA  GTG  AAG  CTG  TCC  TGC  TTG  GCT  TCT  GGC  TAC  ATC  TTC       192
Pro  Gly  Ala  Pro  Val  Lys  Leu  Ser  Cys  Leu  Ala  Ser  Gly  Tyr  Ile  Phe
      50                      55                      60

ACC  AGC  TCC  TGG  ATA  AAC  TGG  GTG  AAG  CAG  AGG  CCT  GGA  CGA  GGC  CTC       240
Thr  Ser  Ser  Trp  Ile  Asn  Trp  Val  Lys  Gln  Arg  Pro  Gly  Arg  Gly  Leu
  65                      70                      75                      80

GAG  TGG  ATT  GGA  AGG  ATT  GAT  CCT  TCC  GAT  GGT  GAA  GTT  CAC  TAC  AAT       288
Glu  Trp  Ile  Gly  Arg  Ile  Asp  Pro  Ser  Asp  Gly  Glu  Val  His  Tyr  Asn
                85                      90                      95

CAA  GAT  TTC  AAG  GAC  AAG  GCC  ACA  CTG  ACT  GTA  GAC  AAA  TCC  TCC  AGC       336
Gln  Asp  Phe  Lys  Asp  Lys  Ala  Thr  Leu  Thr  Val  Asp  Lys  Ser  Ser  Ser
              100                     105                     110

ACA  GCC  TAC  ATC  CAA  CTC  AAC  AGC  CTG  ACA  TCT  GAG  GAC  TCT  GCG  GTC       384
Thr  Ala  Tyr  Ile  Gln  Leu  Asn  Ser  Leu  Thr  Ser  Glu  Asp  Ser  Ala  Val
              115                     120                     125

TAT  TAC  TGT  GCT  AGA  GGA  TTT  CTG  CCC  TGG  TTT  GCT  GAC  TGG  GGC  CAA       432
Tyr  Tyr  Cys  Ala  Arg  Gly  Phe  Leu  Pro  Trp  Phe  Ala  Asp  Trp  Gly  Gln
          130                     135                     140

GGG  ACT  CTG  GTC  ACT  GTC  TCT  GCA                                              456
Gly  Thr  Leu  Val  Thr  Val  Ser  Ala
145                     150
```

( 2 ) INFORMATION FOR SEQ ID NO:101:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 152 amino acids
        ( B ) TYPE: amino acid
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: protein

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:101:

```
Met  Thr  Ser  Leu  Phe  Ser  Leu  Gln  Leu  Pro  Ser  Thr  Gln  Asp  Leu  Ala
```

5,693,761

155                                                        156

-continued

```
  1                  5                 10                    15
Met Gly Trp Ser Cys Ile Ile Leu Phe Leu Val Ala Thr Ala Thr Gly
           20                    25                   30
Val Leu Ser Gln Val Gln Leu Gln Gln Pro Gly Ala Asp Leu Val Met
           35                    40                   45
Pro Gly Ala Pro Val Lys Leu Ser Cys Leu Ala Ser Gly Tyr Ile Phe
       50                    55                   60
Thr Ser Ser Trp Ile Asn Trp Val Lys Gln Arg Pro Gly Arg Gly Leu
   65                    70                   75                80
Glu Trp Ile Gly Arg Ile Asp Pro Ser Asp Gly Glu Val His Tyr Asn
                   85                    90                   95
Gln Asp Phe Lys Asp Lys Ala Thr Leu Thr Val Asp Lys Ser Ser Ser
               100                   105                  110
Thr Ala Tyr Ile Gln Leu Asn Ser Leu Thr Ser Glu Asp Ser Ala Val
           115                   120                  125
Tyr Tyr Cys Ala Arg Gly Phe Leu Pro Trp Phe Ala Asp Trp Gly Gln
           130                   135                  140
Gly Thr Leu Val Thr Val Ser Ala
145                   150
```

( 2 ) INFORMATION FOR SEQ ID NO:102:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 107 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:102:

```
Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1                    5                   10                   15
Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Gln Ser Ile Asn Thr Trp
           20                    25                   30
Leu Ala Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Met
           35                    40                   45
Tyr Lys Ala Ser Ser Leu Glu Ser Gly Val Pro Ser Arg Phe Ile Gly
       50                    55                   60
Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
   65                    70                   75                80
Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Tyr Asn Ser Asp Ser Lys
                   85                    90                   95
Met Phe Gly Gln Gly Thr Lys Val Gln Val Lys
               100                   105
```

( 2 ) INFORMATION FOR SEQ ID NO:103:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 107 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:103:

```
Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1                    5                   10                   15
Asp Arg Val Thr Ile Thr Cys Lys Ala Ser Glu Asn Val Asp Thr Tyr
```

5,693,761

157                                                                                     158

-continued

```
                    20                          25                          30

        Val Ser Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Ile
                    35                          40                          45

        Tyr Gly Ala Ser Asn Arg Tyr Thr Gly Val Pro Ser Arg Phe Ser Gly
                    50                          55                          60

        Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
                    65                          70                          75                          80

        Asp Asp Phe Ala Thr Tyr Tyr Cys Gly Gln Ser Tyr Asn Tyr Pro Phe
                              85                          90                          95

        Thr Phe Gly Gln Gly Thr Lys Val Glu Val Lys
                          100                         105
```

( 2 ) INFORMATION FOR SEQ ID NO:104:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 117 amino acids
    ( B ) TYPE: amino acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: peptide

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:104:

```
        Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
        1                   5                          10                          15

        Ser Val Lys Val Ser Cys Lys Ala Ser Gly Gly Thr Phe Ser Arg Ser
                    20                          25                          30

        Ala Ile Ile Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
                    35                          40                          45

        Gly Gly Ile Val Pro Met Phe Gly Pro Pro Asn Tyr Ala Gln Lys Phe
                    50                          55                          60

        Gln Gly Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
        65                          70                          75                          80

        Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Phe Tyr Phe Cys
                              85                          90                          95

        Ala Gly Gly Tyr Gly Ile Tyr Ser Pro Glu Glu Tyr Asn Gly Gly Leu
                          100                         105                         110

        Val Thr Val Ser Ser
                    115
```

( 2 ) INFORMATION FOR SEQ ID NO:105:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 117 amino acids
    ( B ) TYPE: amino acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: peptide

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:105:

```
        Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
        1                   5                          10                          15

        Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Ile Phe Thr Ser Ser
                    20                          25                          30

        Trp Ile Asn Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
                    35                          40                          45

        Gly Arg Ile Asp Pro Ser Asp Gly Glu Val His Tyr Asn Gln Asp Phe
                    50                          55                          60

        Lys Asp Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
```

5,693,761

**159**                                                 **160**

-continued

```
      65                  70                  75                  80
    Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                        85                  90                  95

    Ala Arg Gly Phe Leu Pro Trp Phe Ala Asp Trp Gly Gln Gly Thr Leu
                   100                 105                 110

    Val Thr Val Ser Ser
               115
```

( 2 ) INFORMATION FOR SEQ ID NO:106:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 115 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:106:

```
TTTTTTCTAG ACCACCATGG AGACCGATAC CCTCCTGCTA TGGGTCCTCC TGCTATGGGT        60

CCCAGGATCA ACCGGAGATA TTCAGATGAC CCAGTCTCCG TCGACCCTCT CTGCT           115
```

( 2 ) INFORMATION FOR SEQ ID NO:107:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 120 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:107:

```
TTTTAAGCTT GGGAGCTTTG CCTGGCTTCT GCTGATACCA GGATACATAA GTATCCACAT        60

TTTCACTGGC CTTGCAGGTT ATGGTGACCC TATCCCCGAC GCTAGCAGAG AGGGTCGACG       120
```

( 2 ) INFORMATION FOR SEQ ID NO:108:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 118 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:108:

```
TTTTAAGCTT CTAATTTATG GGGCATCCAA CCGGTACACT GGGGTACCTT CACGCTTCAG        60

TGGCAGTGGA TCTGGGACCG ATTTCACCCT CACAATCAGC TCTCTGCAGC CAGATGAT        118
```

( 2 ) INFORMATION FOR SEQ ID NO:109:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 120 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:109:

```
TTTTTTCTAG AGCAAAAGTC TACTTACGTT TGACCTCCAC CTTGGTCCCC TGACCGAACG        60

TGAATGGATA GTTGTAACTC TGTCCGCAGT AATAAGTGGC GAAATCATCT GGCTGCAGAG       120
```

5,693,761

**161**                                                          **162**

–continued

---

( 2 ) INFORMATION FOR SEQ ID NO:110:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 114 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:110:

TTTTTCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGTACCGCG          60

GGCGTGCACT CTCAGGTCCA GCTTGTCCAG TCTGGGGGCTG AAGTCAAGAA ACCT          1 1 4

( 2 ) INFORMATION FOR SEQ ID NO:111:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 121 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:111:

TTTTGAATTC TCGAGACCCT GTCCAGGGGC CTGCCTTACC CAGTTTATCC AGGAGCTAGT          60

AAAGATGTAG CCAGAAGCTT TGCAGGAGAC CTTCACGGAG CTCCCAGGTT TCTTGACTTC          120

A          1 2 1

( 2 ) INFORMATION FOR SEQ ID NO:112:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 137 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:112:

TTTTGAATTC TCGAGTGGAT GGGAAGGATT GATCCTTCCG ATGGTGAAGT TCACTACAAT          60

CAAGATTTCA AGGACCGTGT TACAATTACA GCAGACGAAT CCACCAATAC AGCCTACATG          120

GAACTGAGCA GCCTGAG          1 3 7

( 2 ) INFORMATION FOR SEQ ID NO:113:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 134 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:113:

TTTTTCTAGA GGTTTTAAGG ACTCACCTGA GGAGACTGTG ACCAGGGTTC CTTGGCCCCA          60

GTCAGCAAAC CAGGGCAGAA ATCCTCTTGC ACAGTAATAG ACTGCAGTGT CCTCTGATCT          120

CAGGCTGCTC AGTT          1 3 4

---

What is claimed is:

1. First and second polynucleotides respectively encoding heavy and light chain variable regions of a humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from human acceptor immunoglobulin heavy and light chain frameworks, which humanized immunoglobulin specifically binds to an antigen with an affinity constant of at least about $10^8 \, M^{-1}$ and no greater than about four-fold that of the donor

5,693,761

163      164

immunoglobulin, wherein the sequence of the humanized immunoglobulin heavy chain variable region framework is at least 65% identical to the sequence of the donor immunoglobulin heavy chain variable region framework and comprises at least 70 amino acid residues identical to those in the acceptor human immunoglobulin heavy chain variable region framework.

2. First and second polynucleotides according to claim 1, wherein the humanized immunoglobulin binds to the antigen with an affinity constant no greater than about two-fold that of the donor immunoglobulin.

3. First and second polynucleotides according to claim 1, wherein the antigen is an interleukin-2 receptor or CD33 antigen.

4. First and second polynucleotides according to claim 1, wherein the donor immunoglobulin is the anti-Tac antibody or the M195 antibody.

5. First and second polynucleotides according to claim 1 wherein the acceptor immunoglobulin heavy and light chain frameworks are from the Eu human antibody.

6. A vector comprising first and second polynucleotides according to claim 1.

7. First and second polynucleotides respectively encoding heavy and light chain variable regions of a humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy and light chain frameworks, which humanized immunoglobulin specifically binds to an antigen with an affinity constant of at least about $10^8$ M$^{-1}$ and no greater than about four-fold that of the donor immunoglobulin, wherein the sequence of the acceptor immunoglobulin heavy chain variable region framework is a consensus sequence of human immunoglobulin heavy chain variable region frameworks.

8. First and second polynucleotides according to claim 1 or 7 which are operably linked to promoters.

9. A vector comprising first and second polynucleotides according to claim 7.

10. First and second polynucleotides respectively encoding heavy and light chain variable regions of a humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from human acceptor immunoglobulin heavy and light chains, which humanized immunoglobulin specifically binds to an antigen with an affinity constant of at least about $10^8$ M$^{-1}$ and no greater than about four-fold that of the donor immunoglobulin, wherein said humanized immunoglobulin heavy chain comprises one or more amino acids from the donor immunoglobulin heavy chain framework outside the Kabat and Chothia CDRs, wherein the donor amino acids substitute for corresponding amino acids in the acceptor immunoglobulin heavy chain framework, and each of these said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) contains an atom within a distance of 6 Å of a CDR in said humanized immunoglobulin.

11. First and second polynucleotides respectively encoding heavy and light chain variable regions of a humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from human acceptor immunoglobulin heavy and light chains, which humanized immunoglobulin specifically binds to an antigen with an affinity constant of a least about $10^8$ M$^{-1}$ and no

greater than about four-fold that of the donor immunoglobulin, wherein said humanized immunoglobulin heavy chain comprises one or more amino acids from the donor immunoglobulin heavy chain framework outside the Kabat and Chothia CDRs that substitute for the corresponding amino acids in the acceptor immunoglobulin heavy chain framework, wherein each of these said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) is capable of interacting with amino acids in the CDRs, or

(III) is typical at its position for human immunoglobulin sequences, and the substituted amino acid in the acceptor is rare at its position for human immunoglobulin sequences.

12. First and second polynucleotides according to claim 10 or 11 which are operably linked to promoters.

13. First and second polynucleotides according to claim 10 or 11, wherein the antigen is a human interleukin-2 receptor or CD33 antigen.

14. First and second polynucleotides according to claim 10 or 11, wherein the donor immunoglobulin is the anti-Tac antibody or the M195 antibody.

15. A vector comprising first and second polynucleotides according to claim 10.

16. A vector comprising first and second polynucleotides according to claim 11.

17. A cell line transfected with a vector according to claim 6, 9, 15, or 16.

18. A cell line comprising first and second polynucleotides according to any one of claims 1, 7 10, or 11, which polynucleotides are expressed to produce the humanized immunoglobulin.

19. A method of producing an immunoglobulin comprising expressing first and second polynucleotides according to claim 10 or 11 in a cell.

20. First and second polynucleotides according to claim 10, wherein the second polynucleotide encodes a mature light chain variable region of the humanized immunoglobulin having the sequence:

D I Q M T Q S P S T L S A S V G D R Y T I T C S A S
S S I S Y M H W Y Q Q K P G K A P K L L I Y T T S
N L A S G V P A R F S G S G S G T E F T L T I S S L
Q P D D F A T Y Y C H Q R S T Y P L T F G Q G T K
V E V K.

21. First and second polynucleotides according to claim 20, wherein the second polynucleotide has the sequence:

G A T A T T C A G A T G A C C C A G T C T C C A T C-
TACCCTCTCTGCTAGCGTCGGGGATAGGG TCAC-
C A T A A C C T G C T C T G C C A G C T C A A G-
TATAAGTTACATGCACTGGTACCAGCAGAAGC
C A G G C A A A G C T C C C A A G C T T C T A A T T-
TATACCACATCCAACCTGGCTTCTGGAGTCCCTG
C T C G C T T C A G T G G C A G T G G A T C T G G G A C-
C G A G T T C A C C C T C A C A A T C A G C T C T C T G C A G C
C A G A T G A T T T C G C C A C T T A T T A C T G C-
CATCAAAGGAGTACTTACCCACTCACGTTCGGTC
AGGGGACCAAGGTGGAGGTCAAA.

22. First and second polynucleotides according to claim 10, wherein the first polynucleotide encodes a mature heavy chain variable region of the humanized immunoglobulin having the sequence:

5,693,761

165

QVQLVQSGAEVKKPGSSVKVSCKAS
GYTFTSYRMHWVRQAPGQGLEWIG
YINPSTGYTEYNQKFKDKATITADE
STNTAYMELSSLRSEDTAVYYCARG
GGVFDYWGQGTLVTVSS.

23. First and second polynucleotides according to claim 22, wherein the first polynucleotide has the sequence:

CAGGTCCAGCTTGTCCAGTCTGGGGCT-
GAAGTCAAGAAACCTGGCTCGAGCGT-
G A A G G T C T C C T G
CAAGGCTTCTGGCTACACCTTTACTAGCTACAG-
GATGCACTGGGTAAGGCAGG- CCCCTGGACAGG
GTCTGGAATGGATTGGATATATTAATC-
CGTCGACTGGGTATACTGAATACAATCA-
G A A G T T C A A G
GACAAGGCAACAATTACTGCAGACGAATCCACC-
AATACAGCCTACATGGAACTG- AGCAGCCTGAG
ATCTGAGGACACCGCAGTCTATTACTGT-
GCAAGAGGGGGGGGGGGTCTTTGAC-
TACTGGGGCCAAG GAACCCTGGTCACAGTCTC-
CTCA.

24. First and second polynucleotides according to claim 10, wherein the second polynucleotide encodes a mature light chain variable region of the humanized immunoglobulin having the sequence:

DIQMTQSPSSLSASVGDRVTITCRAS
ESVDNYGISFMNWFQQKPGKAPKL
LIYAASNQGSGVPSRFSGSGSGTDF
TLTISSLQPDDFATYYCQQSKEVPW
TFGQGTKVEIK.

25. First and second polynucleotides according to claim 10, wherein the first polynucleotide encodes a mature heavy chain variable region of the humanized immunoglobulin having the sequence:

QVQLVQSGAEVKKPGSSVKVSCKAS
GYTFTDYNMHWVRQAPGQGLEWIG
YIYPYNGGTGYNQKFKSKATITADE
STNTAYMELSSLRSEDTAVYYCARG
RPAMDYWGQGTLVTVSS.

26. First and second polynucleotides according to any one of claims 1, 7 or 10, wherein the sequence of the humanized immunoglobulin light chain variable region framework is at least 65% identical to the sequence of the donor immunoglobulin light chain variable region framework and comprises at least 70 amino acid residues identical to those in the acceptor human immunoglobulin light chain variable region framework.

27. First and second polynucleotides according to any one of claims 1, 7 or 10, wherein the sequence of the acceptor immunoglobulin light chain variable region framework is a consensus sequence of human immunoglobulin light chain variable region frameworks.

28. First and second polynucleotides according to any one of claims 1, 7 or 10, wherein the humanized light chain comprises one or more amino acids from the donor immunoglobulin light chain framework outside the Kabat and Chothia CDRs, wherein the donor amino acids substitute for corresponding amino acids in the acceptor immunoglobulin light chain framework, and each of said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) contains an atom within a distance of 6 Å of a CDR in said humanized immunoglobulin.

29. First and second polynucleotides according to claim 10, wherein each of said donor amino acids:

166

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) contains an atom within a distance of 5 Å of a CDR in said humanized immunoglobulin.

30. First and second polynucleotides according to claim 10, wherein each of said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) contains an atom within a distance of 4 Å of a CDR in said humanized immunoglobulin.

31. First and second polynucleotides according to claim 1 or 7, wherein the heavy chain of the humanized immunoglobulin comprises one or more amino acids from the donor immunoglobulin heavy chain framework outside the Kabat and Chothia CDRs, wherein the donor amino acids substitute for corresponding amino acids in the acceptor immunoglobulin heavy chain framework, and each of these said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) contains an atom within a distance of 6 Å of a CDR in said humanized immunoglobulin.

32. First and second polynucleotides according to claim 1 or 7, wherein said humanized immunoglobulin heavy chain further comprises an amino acid from the donor immunoglobulin heavy chain framework outside the Kabat and Chothia CDRs that substitutes for the corresponding amino acid in the acceptor immunoglobulin heavy chain framework, wherein said amino acid is typical for its position in human immunoglobulin sequences and said corresponding amino acid in the acceptor immunoglobulin is rare for its position in human immunoglobulin sequences.

33. First and second polynucleotides according to any one of claims 1, 7, 10 or 11, wherein the polynucleotides are contained within an expression vector.

34. First and second polynucleotides according to any one of claims 1, 7, 10, or 11, wherein the first polynucleotide and the second polynucleotide are contained in separate vectors.

35. First and second polynucleotides respectively encoding heavy and light chain variable regions of a humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from human acceptor immunoglobulin heavy and light chain frameworks, which humanized immunoglobulin specifically binds to an antigen with an affinity constant within about four-fold of that of the donor immunoglobulin, wherein the sequence of the humanized immunoglobulin heavy chain variable region framework is at least 65% identical to the sequence of the donor immunoglobulin heavy chain variable region framework and comprises at least 70 amino acid residues identical to those in the acceptor human immunoglobulin heavy chain variable region framework.

36. First and second polynucleotides respectively encoding heavy and light chain variable regions of a humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy and light chain frameworks, which humanized immunoglobulin specifically binds to an antigen with an affinity constant within about four-fold of that of the donor immunoglobulin, wherein the sequence of the acceptor immunoglobulin heavy chain variable region framework is a consensus sequence of human immunoglobulin heavy chain variable region frameworks.

37. First and second polynucleotides respectively encoding heavy and light chain variable regions of a humanized

5,693,761

## 167

immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from human acceptor immunoglobulin heavy and light chains, which humanized immunoglobulin specifically binds to an antigen with an affinity constant within about four-fold of the donor immunoglobulin, wherein said humanized immunoglobulin heavy chain comprises one or more amino acids from the donor immunoglobulin heavy chain framework outside the Kabat and Chothia CDRs, wherein the donor amino acids

## 168

substitute for corresponding amino acids in the acceptor immunoglobulin heavy chain framework, and each of these said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) contains an atom within a distance of 6 Å of a CDR in said humanized immunoglobulin.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 5,693,761                                Page 1 of  1
DATED          : December 2, 1997
INVENTOR(S)    : Cary L. Queen et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Title page,</u>
Item [63], **Related U.S. Application Data**, should read:
-- Division of Ser. No. 634,278, Dec. 19, 1990, Pat. No. 5,530,101, which is a
continuation-in-part of Ser. No. 590,274, Sep. 28, 1990, abandoned, and a continuation-
in-part Ser. No. 310,252, Feb. 13, 1989, abandoned, which is a continuation-in-part of
Ser. No. 290,975, Dec. 28, 1998, abandoned. --

Signed and Sealed this

Twelfth Day of April, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# Exhibit B



US005693762A

# United States Patent [19]

## Queen et al.

[11]  Patent Number:  5,693,762

[45]  Date of Patent:  Dec. 2, 1997

[54] **HUMANIZED IMMUNOGLOBULINS**

[75] Inventors: **Cary L. Queen**, Los Altos; **Man Sung Co**, Cupertino; **William P. Schneider**, Mountain View; **Nicholas F. Landolfi**, Milpitas; **Kathleen L. Coelingh**, San Francisco; **Harold E. Selick**, Belmont, all of Calif.

[73] Assignee: **Protein Design Labs, Inc.**, Mountain View, Calif.

[21] Appl. No.: **487,200**

[22] Filed: **Jun. 7, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 634,278, Dec. 19, 1990, Pat. No. 5,530,101, which is a continuation-in-part of Ser. No. 590,274, Sep. 28, 1990, abandoned, and Ser. No. 310,252, Feb. 13, 1989, abandoned, which is a continuation-in-part of Ser. No. 290,975, Dec. 28, 1988, abandoned.

[51] Int. Cl.[6] .................................................. A61K 39/395

[52] U.S. Cl. ........................... 530/387.3; 530/388.22; 424/133.1; 424/143.1

[58] Field of Search ..................... 530/387.3, 388.22; 424/133.1, 143.1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,578,335 | 3/1986 | Urdal et al. | 530/351 |
| 4,816,397 | 3/1989 | Boss et al. | 435/68 |
| 4,816,565 | 3/1989 | Honjo et al. | 435/69.1 |
| 4,816,567 | 3/1989 | Cabilly et al. | 530/387 |
| 4,845,198 | 7/1989 | Urdal et al. | 530/387 |
| 4,867,973 | 9/1989 | Goers et al. | 424/85.91 |
| 5,198,359 | 3/1993 | Taniguchi et al. | 435/252.3 |
| 5,225,539 | 7/1993 | Winter | 530/387.3 |
| 5,476,786 | 12/1995 | Huston et al. | 435/252.33 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 120 694 | 10/1984 | European Pat. Off. . |
| 0171496 | 2/1986 | European Pat. Off. . |
| 0173494 | 3/1986 | European Pat. Off. . |
| 0184187 | 6/1986 | European Pat. Off. . |
| 0256654 | 7/1987 | European Pat. Off. . |
| 0 239 400 | 9/1987 | European Pat. Off. . |
| 0239400 | 9/1987 | European Pat. Off. . |
| 0266663 | 6/1988 | European Pat. Off. . |
| 0 323 806 | 7/1989 | European Pat. Off. . |
| 0 328 404 | 8/1989 | European Pat. Off. . |
| 0 365 209 | 4/1990 | European Pat. Off. . |
| 0 365 997 | 5/1990 | European Pat. Off. . |
| 0 125 023 | 6/1991 | European Pat. Off. . |
| 0460167 | 12/1991 | European Pat. Off. . |
| 2188941 | 10/1987 | United Kingdom . |
| 8928874 | 12/1989 | United Kingdom . |
| WO 86/05513 | 9/1986 | WIPO . |
| WO 87/02671 | 5/1987 | WIPO . |
| WO 88/09344 | 12/1988 | WIPO . |
| WO 89/01783 | 3/1989 | WIPO . |
| 91/09967 | 7/1991 | WIPO . |

### OTHER PUBLICATIONS

Groves et al. Hybridoma vol. 6 (1) 1987 71.

Chothia, C. and Lesk, A.M. "Canonical Structures for the Hypervariable Regions of Immunoglobulins." *J. Mol. Biol.*, 196:901–917 (1987).

Jones et al., "Replacing the complementary–determining regions in a human antibody with those from a mouse." *Nature*, 321:522–525 (1986).

Junghans et al., *Cancer Res.*, 50:1495–1502 (1990).

Kupiec–Weglinski et al., *Proc. Natl. Acad. Sci.*, 83:2624 (1986).

Maeda et al., "Construction of reshaped human antibodies with HIV–neutralizing activity," *Hum. Antibod. Hybrid.*, 2:124–134 (1991).

Morrison et al., "Chimeric human antibody molecules: Mouse antigent binding–domains with human constant region domains," *Proc. Natl. Acad. Sci.*, 81:6851–6859 (1984).

Morrison, S.L., "Transfectomas Provide Novel Chimeric Antibodies," *Science*, 229:1202–1207 (1985).

Neuberger et al., "A hapten–specific chimeric IgE antibody with human physiological effector function." *Nature*, 314:268–270 (1985).

Riechmann et al., "Reshaping human antibodies for therapy," *Nature*, 332:323–327 (1988).

Sahagan et al., "A Genetically Engineered Murine/Human Chimeric Antibody Retains Specificity for Human Tumor–Associated Antigen," *J. Immunol.*, 137:1066–1074 (1986).

Verhoeyen et al., "Reshaping Human Antibodies: Grafting an Antilysozyme Activity," *Science*, 239:1534–1536 (1988).

Amit et al., Science, 233, 747–753 (1986).

Cheetham, Protein Engineering, 2(3), 170–172 (1988).

(List continued on next page.)

*Primary Examiner*—Lila Feisee
*Assistant Examiner*—Julie E. Reeves
*Attorney, Agent, or Firm*—Townsend & Townsend & Crew

[57] **ABSTRACT**

Novel methods for producing, and compositions of, humanized immunoglobulins having one or more complementary determining regions (CDR's) and possible additional amino acids from a donor immunoglobulin and a framework region from an accepting human immunoglobulin are provided. Each humanized immunoglobulin chain will usually comprise, in addition to the CDR's, amino acids from the donor immunoglobulin framework that are, e.g., capable of interacting with the CDR's to effect binding affinity, such as one or more amino acids which are immediately adjacent to a CDR in the donor immunoglobulin or those within about about 3 Å as predicted by molecular modeling. The heavy and light chains may each be designed by using any one or all of various position criteria. When combined into an intact antibody, the humanized immunoglobulins of the present invention will be substantially non-immunogenic in humans and retain substantially the same affinity as the donor immunoglobulin to the antigen, such as a protein or other compound containing an epitope.

**20 Claims, 55 Drawing Sheets**

**5,693,762**
Page 2

## OTHER PUBLICATIONS

Chothia et al., J. Mol. Biol., 186, 651–663 (1985).

Chothia et al., Nature, 342, 877–883 (1989).

Chothia et al., Science, 233, 755–758 (1986).

Chothia and Lesk, EMBO J., 5, 823–826 (1986).

Colman et al., Nature, 326, 358–362 (1987).

Davies et al., Ann. Rev. Immunol., 1, 87–117 (1983).

Davies et al., J. Biol. Chem., 263(22), 10541–10544 (1988).

Epp et al., Eur. J. Biochem., 45, 513–524 (1974).

Feldmann et al., Mol. Immunol., 18, 683–698 (1981).

Kabat, J. Immunol., 125, 961–969 (1980).

Lesk and Chothia, J. Mol. Biol., 160, 325–342 (1982).

Padlan, Mol. Immunol., 31, 169–217 (1994).

Palm et al., Hoppe Seyler's Z. Physiol. Chem., 354(12), 1651–1654 (1973).

Palm et al., Hoppe Seyler's Z. Physiol. Chem., 356, 167–191 (1975).

Panka et al., PNAS–USA, 85, 3080–3084 (1988).

Roberts et al., Nature, 328, 731–734 (1987).

Saul et al., J. Biol. Chem., 253(2), 585–597 (1978).

Sheriff et al., PNAS–USA, 84, 8075–8079 (1987).

Stanford and Wu, J. Theor. Biol., 88, 421–439 (1981).

Tramontano et al., J. Mol. Biol., 215, 175–182 (1990).

Verhoeyen et al., BioEssays, 8(2), 74–78 (1988).

Waldmann et al., Cancer Research, 45, 4559s–4562s (1985).

Wu and Kabat, J. Exp. Med., 132, 211–250 (1970).

Better et al., "Escherichia coli Secretion of an Active Chimeric Antibody Fragment," Science, 240:1041–1043 (1988).

Bird et al., "Single–Chain Antigen–Binding Proteins," Science, 242:423–426 (1988).

Boulianne et al., "Production of functional chimeric mouse/human antibody," Nature, 312:643–646 (1984).

Carter et al., "Humanization of an anti–p185$^{HER2}$ antibody for human cancer therapy," Proc. Natl. Acad. Sci., 89:4285–4289 (1992).

Co et al., "Humanized antibodies for antiviral therapy," Proc. Natl. Acad. Sci., 88:2869–2873 (1991).

Co et al., "Chimeric and humanized antibodies with specificity for the CD33 antigen," J. Immunol., 148:1149–1154 (1992).

Daugherty et al., "Polymerase chain reaction facilitates the cloning, CDR–grafting, and rapid expansion of a murine monoclonal antibody directed against the CD18 component of leukocyte integrins," Nuc. Acids. Res., 19:2471–2476 (1991).

Ellison et al., "The nucleotide sequence of a human immunoglobulin c(gamma)$_1$ gene," Nucleic Acids Res., 10:4071–(1982).

Farrar, J., "The biochemistry, biology, and the role of interleukin–2 in the induction of cytotoxic T cell and antibody–forming B cell receptors," Immunol. Rev., 63:129–166 (1982).

Foote et al., "Antibody framework residues affecting the conformation of hypervariable loops," J. Mol. Biol., 224:487–499 (1992).

Gorman et al., "Reshaping a therapeutic CD4 antibody," Proc. Natl. Acad. Sci., 88:4181–4185 (1991).

Greene et al., "Growth of Human T Lymphocytes: An Analysis of Interleukin 2 and its Cellular receptor," Progress in Hematology XIV, E. Brown, ed., Grune and Statton, New York, pp. 283–301 (1986).

Hale et al., "Remission Induction in Non–Hodgkin Lymphoma with Reshaped Human Monoclonal Antibody CAMPATH–1H," Lancet, Dec. 17, 1988, pp. 1394–1399.

Hieter et al., "Cloned Human and Mouse Kappa Immunoglobulin Constant and J. Region Genes Conserve Homology in Functional Segments," Cell, 22:197–207 (1980).

Huston et al., "Protein engineering of antibody binding sites: Recovery of specific activity in an anti–digoxin single–chain Fv analogue produced in Escherichia coli," Proc. Nat. Acad. Sci. USA, 85:5879–5883 (1988). Progress in Hematology XIV, E. Brown, ed., Grune and Statton, New York, p. 283, (1986).

Kettleborough et al., "Humanization of a mouse monoclonal antibody by CDR–grafting: the importance of framework residues on loop conformation," Protein Eng., 4:773–783 (1991).

Kirkman et al., J. Exp. Med., 162:358 (1985).

Leonard et al., "The human receptor for T–cell growth factor," J. Biol. Chem., 260:1872–1880 (1985).

Liu et al., "Expression of mouse::human immunoglobulin heavy–chain cDNA in lymphoid cells," Gene, 54:33–40 (1987).

Queen et al., "A humanized antibody that binds to the interleukin 2 receptor," Proc. Natl. Acad. Sci., 86:10029–10033 (1989).

Routledge et al., "A humanized monovalent CD3 antibody which can activate homologous complement," Eur. J. Immunol., 21:2717–2725 (1991).

Shalaby et al., "Development of humanized bispecific antibodies reactive with cytotoxic lymphocytes and tumor cells overexpressing the HER2 protooncogene," J. Exp. Med., 175:217–225 (1992).

Sharon et al., "Expression of a $V_H C_K$ chimaeric protein in mouse myeloma cells," Nature, 309:364–367 (1984).

Shearman et al., "Construction, expression and characterization of humanized antibodies directed against the human α/β T cell receptor," J. Immunol., 147:4366–4373 (1991).

Takeda et al., "Construction of chimaeric processed immunoglobulin genes containing mouse variable and human constant region sequences," Nature, 314:452–454 (1985).

Tan et al., "A Human–Mouse Chimeric Immunoglobulin Gene with a Human Variable Region is Expressed in Mouse Myeloma Cells," J. Immunol., 135:3564–3567 (1985).

Tempest et al., "Reshaping a human monoclonal antibody to inhibit human respiratory syncytial virus infection in vivo," Bio/Technology, 9:26–271 (1991).

Uchiyama et al., "A monoclonal antibody (anti–Tac) reactive with activated and functionally mature human T–cells," J. Immunol., 126:1393–1397 (1981).

Vitteta et al., "Redesigning nature's Poisons to Create Anti–Tumor reagents," Science, 238:1098–1104 (1987).

Waldmann, T.A., "The Structure, Function, and Expression of Interleukin–2 Receptors on Normal and Malignant Lymphocytes," Science, 232:727–732 (1986).

Woodle et al., "Humanized OKT3 antibodies: successful transfer of immune modulating properties and idiotype expression," J. Immunol., 148:2756–2763 (1992).

```
  1    Q  I  V  L  T  Q  S  P  A  I  M  S  A  S  P  G  E  K  V  T
  1    D  I  Q  M  T  Q  S  P  S  T  L  S  A  S  V  G  D  R  V  T

 21    I  T  C  S  A  S  S  S  I     S  Y  M  H  W  F  Q  Q  K  P
 21    I  T  C  R  A  S  Q  S  I  N  T  W  L  A  W  Y  Q  Q  K  P

 40    G  T  S  P  K  L  W  I  Y  T  T  S  N  L  A  S  G  V  P  A
 41    G  K  A  P  K  L  L  M  Y  K  A  S  S  L  E  S  G  V  P  S

 60    R  F  S  G  S  G  S  G  T  S  Y  S  L  T  I  S  R  M  E  A
 61    R  F  I  G  S  G  S  G  T  E  F  T  L  T  I  S  S  L  Q  P

 80    E  D  A  A  T  Y  Y  C  H  Q  R  S  T  Y  P  L  T  F  G  S
 81    D  D  F  A  T  Y  Y  C  Q  Q  Y  N  S  D  S  K  M  F  G  Q

100    G  T  K  L  E  L  K
101    G  T  K  V  E  V  K
```

**FIGURE 1A**

```
  1    Q  V  Q  L  Q  Q  S  G  A  E  L  A  K  P  G  A  S  V  K  M
  1    Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K  V

 21    S  C  K  A  S  G  Y  T  F  T  S  Y  R  M  H  W  V  K  Q  R
 21    S  C  K  A  S  G  G  T  F  S  R  S  A  I  I  W  V  R  Q  A

 41    P  G  Q  G  L  E  W  I  G  Y  I  N  P  S  T  G  Y  T  E  Y
 41    P  G  Q  G  L  E  W  M  G  G  I  V  P  M  F  G  P  P  N  Y

 61    N  Q  K  F  K  D  K  A  T  L  T  A  D  K  S  S  S  T  A  Y
 61    A  Q  K  F  Q  G  R  V  T  I  T  A  D  E  S  T  N  T  A  Y

 81    M  Q  L  S  S  L  T  F  E  D  S  A  V  Y  Y  C  A  R  G
 81    M  E  L  S  S  L  R  S  E  D  T  A  F  Y  F  C  A  G  G  Y

100    G  G  V  F  D  Y  W  G  Q  G  T  T  L  T  V  S  S
101    G  I  Y  S  P  E  E  Y  N  G  G  L  V  T  V  S  S
```

**FIGURE 1B**

```
  1    D  I  V  L  T  Q  S  P  A  S  L  A  V  S  L  G  Q  R  A  T
  1    E  I  V  M  T  Q  S  P  A  T  L  S  V  S  P  G  E  R  A  T

 21    I  S  C  R  A  S  Q  S  V  S  T  S  T  Y  N  Y  M  H  W  Y
 21    L  S  C  R  A  S  Q  S  V  S  T  S  T  Y  N  Y  M  H  W  Y

 41    Q  Q  K  P  G  Q  P  P  K  L  L  I  K  Y  A  S  N  L  E  S
 41    Q  Q  K  P  G  Q  S  P  R  L  L  I  K  Y  A  S  N  L  E  S

 61    G  V  P  A  R  F  S  G  S  G  F  G  T  D  F  T  L  N  I  H
 61    G  I  P  A  R  F  S  G  S  G  S  G  T  E  F  T  L  T  I  S

 81    P  V  E  E  E  D  T  V  T  Y  Y  C  Q  H  S  W  E  I  P  Y
 81    R  L  E  S  E  D  F  A  V  Y  Y  C  Q  H  S  W  E  I  P  Y

101    T  F  G  G  G  T  K  L  E  I  K
101    T  F  G  Q  G  T  R  V  E  I  K
```

**FIGURE 2A**

```
  1    E  M  I  L  V  E  S  G  G  G  L  V  K  P  G  A  S  L  K  L
  1    E  V  Q  L  L  E  S  G  G  G  L  V  Q  P  G  G  S  L  R  L

 21    S  C  A  A  S  G  F  T  F  S  N  Y  G  L  S  W  V  R  Q  T
 21    S  C  A  A  S  G  F  T  F  S  N  Y  G  L  S  W  V  R  Q  A

 41    S  D  R  R  L  E  W  V  A  S  I  S  R  G  G  G  R  I  Y  S
 41    P  G  K  G  L  E  W  V  A  S  I  S  R  G  G  G  R  I  Y  S

 61    P  D  N  L  K  G  R  F  T  I  S  R  E  D  A  K  N  T  L  Y
 61    P  D  N  L  K  G  R  F  T  I  S  R  N  D  S  K  N  T  L  Y

 81    L  Q  M  S  S  L  K  S  E  D  T  A  L  Y  Y  C  L  R  E  G
 81    L  Q  M  N  S  L  Q  A  E  D  T  A  L  Y  Y  C  L  R  E  G

101    I  Y  Y  A  D  Y  G  F  F  D  V  W  G  T  G  T  T  V  I  V
101    I  Y  Y  A  D  Y  G  F  F  D  V  W  G  Q  G  T  L  V  T  V

121    S  S
121    S  S
```

**FIGURE 2B**

```
1     D  I  V  M  T  Q  S  H  K  F  M  S  T  S  V  G  D  R  V  S
1     D  I  Q  M  T  Q  S  P  S  T  L  S  A  S  V  G  D  R  V  T

21    I  T  C  K  A  S  Q  D  V  G  S  A  V  V  W  H  Q  Q  K  S
21    I  T  C  K  A  S  Q  D  V  G  S  A  V  V  W  H  Q  Q  K  P

41    G  Q  S  P  K  L  L  I  Y  W  A  S  T  R  H  T  G  V  P  D
41    G  K  A  P  K  L  L  I  Y  W  A  S  T  R  H  T  G  V  P  S

61    R  F  T  G  S  G  S  G  T  D  F  T  L  T  I  T  N  V  Q  S
61    R  F  T  G  S  G  S  G  T  E  F  T  L  T  I  S  S  L  Q  P

81    E  D  L  A  D  Y  F  C  Q  Q  Y  S  I  F  P  L  T  F  G  A
81    D  D  F  A  T  Y  F  C  Q  Q  Y  S  I  F  P  L  T  F  G  Q

101   G  T  R  L  E  L  K
101   G  T  K  V  E  V  K
```

**FIGURE 3A**

```
1     Q  V  Q  L  Q  Q  S  D  A  E  L  V  K  P  G  A  S  V  K  I
1     Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K  V

21    S  C  K  V  S  G  Y  T  F  T  D  H  T  I  H  W  M  K  Q  R
21    S  C  K  A  S  G  Y  T  F  T  D  H  T  I  H  W  M  R  Q  A

41    P  E  Q  G  L  E  W  F  G  Y  I  Y  P  R  D  G  H  T  R  Y
41    P  G  Q  G  L  E  W  F  G  Y  I  Y  P  R  D  G  H  T  R  Y

61    S  E  K  F  K  G  K  A  T  L  T  A  D  K  S  A  S  T  A  Y
61    A  E  K  F  K  G  K  A  T  I  T  A  D  E  S  T  N  T  A  Y

81    M  H  L  N  S  L  T  S  E  D  S  A  V  Y  F  C  A  R  G  R
81    M  E  L  S  S  L  R  S  E  D  T  A  V  Y  F  C  A  R  G  R

101   D  S  R  E  R  N  G  F  A  Y  W  G  Q  G  T  L  V  T  V  S
101   D  S  R  E  R  N  G  F  A  Y  W  G  Q  G  T  L  V  T  V  S

121   A
121   S
```

**FIGURE 3B**

**U.S. Patent**        Dec. 2, 1997        Sheet 4 of 55        **5,693,762**

```
  1     D I V L T Q S P A S L A V S L G Q R A T
  1     D I Q M T Q S P S S L S A S V G D R V T

 21     I S C R A S E S V D N Y G I S F M N W F
 21     I T C R A S E S V D N Y G I S F M N W F

 41     Q Q K P G Q P P K L L I Y A A S N Q G S
 41     Q Q K P G K A P K L L I Y A A S N Q G S

 61     G V P A R F S G S G S G T D F S L N I H
 61     G V P S R F S G S G S G T D F T L N I S

 81     P M E E D D T A M Y F C Q Q S K E V P W
 81     S L Q P D D F A T Y Y C Q Q S K E V P W

101     T F G G G T K L E I K
101     T F G Q G T K V E I K
```

## FIGURE 4A

```
  1     E V Q L Q Q S G P E L V K P G A S V K I
  1     Q V Q L V Q S G A E V K K P G S S V K V

 21     S C K A S G Y T F T D Y N M H W V K Q S
 21     S C K A S G Y T F T D Y N M H W V R Q A

 41     H G K S L E W I G Y I Y P Y N G G T G Y
 41     P G Q G L E W I G Y I Y P Y N G G T G Y

 61     N Q K F K S K A T L T V D N S S S T A Y
 61     N Q K F K S K A T I T A D E S T N T A Y

 81     M D V R S L T S E D S A V Y Y C A R G R
 81     M E L S S L R S E D T A V Y Y C A R G R

101     P A M D Y W G Q G T S V T V S S
101     P A M D Y W G Q G T L V T V S S
```

## FIGURE 4B

```
 1    Q  I  V  L  T  Q  S  P  A  I  M  S  A  S  P  G  E  K  V  T
 1    D  I  Q  M  T  Q  S  P  S  S  L  S  A  S  V  G  D  R  V  T

21    M  T  C  S  G  S  S  S  V  S  F  M  Y  W  Y  Q  Q  R  P  G
21    I  T  C  S  G  S  S  S  V  S  F  M  Y  W  Y  Q  Q  K  P  G

41    S  S  P  R  L  L  I  Y  D  T  S  N  L  A  S  G  V  P  V  R
41    K  A  P  K  L  L  I  Y  D  T  S  N  L  A  S  G  V  P  S  R

61    F  S  G  S  G  S  G  T  S  Y  S  L  T  I  S  R  M  E  A  E
61    F  S  G  S  G  S  G  T  D  Y  T  F  T  I  S  S  L  Q  P  E

81    D  A  A  T  Y  Y  C  Q  Q  W  S  T  Y  P  L  T  F  G  A  G
81    D  I  A  T  Y  Y  C  Q  Q  W  S  T  Y  P  L  T  F  G  Q  G

101   T  K  L  E  L  K
101   T  K  V  E  V  K
```

**FIGURE 5A**

```
 1    Q  V  Q  L  K  Q  S  G  P  G  L  V  Q  P  S  Q  S  L  S  I
 1    E  V  Q  L  L  E  S  G  G  G  L  V  Q  P  G  G  Q  S  L  R  L

21    T  C  T  V  S  G  F  S  V  T  S  Y  G  V  H  W  I  R  Q  S
21    S  C  A  A  S  G  F  T  V  T  S  Y  G  V  H  W  V  R  Q  A

41    P  G  K  G  L  E  W  L  G  V  I  W  S  G  G  S  T  D  Y  N
41    P  G  K  G  L  E  W  V  G  V  I  W  S  G  G  S  T  D  Y  N

61    A  A  F  I  S  R  L  T  I  S  K  D  N  S  K  S  Q  V  F  F
61    A  A  F  I  S  R  F  T  I  S  R  D  N  S  K  N  T  L  Y  L

81    K  V  N  S  L  Q  P  A  D  T  A  I  Y  Y  C  A  R  A  G  D
81    Q  M  N  S  L  Q  A  E  D  T  A  I  Y  Y  C  A  R  A  G  D

101   Y  N  Y  D  G  F  A  Y  W  G  Q  G  T  L  V  T  V  S  A
101   Y  N  Y  D  G  F  A  Y  W  G  Q  G  T  L  V  T  V  S  S
```

**FIGURE 5B**

```
  1     D  I  V  L  T  Q  S  P  A  T  L  .  .  S  V  T  P  G  D  S  V  S
  1     E  I  V  L  T  Q  S  P  G  T  L  S  L  S  P  G  E  R  A  T

 21     L  S  C  R  A  S  Q  S  I  S  N  N  L  H  W  Y  Q  Q  K  S
 21     L  S  C  R  A  S  Q  S  I  S  N  N  L  H  W  Y  Q  Q  K  P

 41     H  E  S  P  R  L  L  I  K  Y  A  S  Q  S  I  S  G  I  P  S
 41     G  Q  A  P  R  L  L  I  K  Y  A  S  Q  S  I  S  G  I  P  D

 61     R  F  S  G  S  G  S  G  T  D  F  T  L  S  V  N  G  V  E  T
 61     R  F  S  G  S  G  S  G  T  D  F  T  L  T  I  S  R  L  E  P

 81     E  D  F  G  M  Y  F  C  Q  Q  S  N  S  W  P  H  T  F  G  G
 81     E  D  F  A  V  Y  Y  C  Q  Q  S  N  S  W  P  H  T  F  G  Q

101     G  T  K  L  E  I  K
101     G  T  K  V  E  I  K
```

FIGURE 6A

```
  1     E  V  Q  L  Q  Q  S  G  P  E  L  V  K  P  G  A  S  M  K  I
  1     Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  R  V

 21     S  C  K  A  S  V  Y  S  F  T  G  Y  T  M  N  W  V  K  Q  S
 21     S  C  K  A  S  G  Y  S  F  T  G  Y  T  M  N  W  V  R  Q  A

 41     H  G  Q  N  L  E  W  I  G  L  I  N  P  Y  N  G  G  T  S  Y
 41     P  G  K  G  L  E  W  V  G  L  I  N  P  Y  N  G  G  T  S  Y

 61     N  Q  K  F  K  G  K  A  T  L  T  V  D  K  S  S  N  T  A  Y
 61     N  Q  K  F  K  G  R  V  T  V  S  L  K  P  S  F  N  Q  A  Y

 81     M  E  L  L  S  L  T  S  A  D  S  A  V  Y  Y  C  T  R  R  G
 81     M  E  L  S  S  L  F  S  E  D  T  A  V  Y  Y  C  T  R  R  G

101     F  R  D  Y  S  M  D  Y  W  G  Q  G  T  S  V  T  V  S  S
101     F  R  D  Y  S  M  D  Y  W  G  Q  G  T  L  V  T  V  S  S
```

FIGURE 6B



FIGURE 7A

FIGURE 7B



FIGURE 7C



FIGURE 7D



FIGURE 8A



FIGURE 8B



FIGURE 9B

FIGURE 9A

FIGURE 10A

**FIGURE 10B**

```
          10         20         30         40         50         60         70
AGCTTCTAGA TGGGATGGAG CTGGATCTTT CTCTTCCTCC TGTCAGGTAC CGCGGGCGTG CACTCTCAGG
TCGAAGATCT ACCCTACCTC GACCTAGAAA GAGAAGGAGG ACAGTCCATG GCGCCCGCAC GTGAGAGTCC

          80         90        100        110        120        130        140
TCCAGCTTGT CCAGTCTGCG GCTGAAGTCA AGAAACCTGG CTCGAGCGTG AAGGTCTCCT GCAAGGCTTC
AGGTCGAACA GGTCAGACCC CGACTTCAGT TCTTTGGACC GAGCTCGCAC TTCCAGAGGA CGTTCCGAAG

         150        160        170        180        190        200        210
TGGCGGGACC TTTTCTAGCT ACAGGATGCA CTGGGTAGG  CAGGCCCTG  GACAGGGTCT GGAATGGATG
ACCGCCCTGG AAAAGATCGA TGTCCTACGT GACCCATCC  GTCCGGGAC  CTGTCCCAGA CCTTACCTAC

         220        230        240        250        260        270        280
GGATATATTA ATCCGTCGAC TGGGTATACT GAATACAATC AGAAGTTCAA GGACAGGGTC ACATTACTG
CCTATATAAT TAGGCAGCTG ACCCATATGA CTTATGTTAG TCTTCAAGTT CCTGTCCCAG TGTTAATGAC

         290        300        310        320        330        340        350
CAGACGAATC CACCAATACA GCCTACATGG AACTGAGCAG CCTGAGATCT GAGGACACCG CATTCTATTT
GTCTGCTTAG GTGGTTATGT CGGATGTACC TTGACTCGTC GGACTCTAGA CTCCTGTGGC GTAAGATAAA

         360        370        380        390        400        410        420
CTGTGCAGGG GGTGGGGGAG TCTTTGACTA CGAATACAAT GGAGGGCTGG TCACAGTCTC CTCAGGTGAG
GACACGTCCC CCACCCCCTC AGAAACTGAT GCTTATGTTA CCTCCCGACC AGTGTCAGAG GAGTCCACTC

         430        440
TCCTTAAAAC CTCTAGACGA TAT
AGGAATTTTG GAGATCTGCT ATA
```

FIGURE 11A

```
          10          20          30          40          50          60          70
CAAATCTAGA  TGGAGACCGA  TACCCTCCTG  CTATGGGTCC  TCCTGCTATG  GGTCCCAGGA  TCAACCGGAG
GTTTAGATCT  ACCCTCTGGCT  ATGGGAGGAC  GATACCCAGG  AGGACGATAC  CCAGGGTCCT  AGTTGGCCTC

          80          90         100         110         120         130         140
ATATTCAGAT  GACCCAGTCT  CCATCTACCC  TCTCTGCTAG  CGTCGGGGAT  AGGGTCACCA  TAACCTGCTC
TATAAGTCTA  CTGGGTCAGA  GGTAGATGGG  AGAGACGATC  GCAGCCCCTA  TCCCAGTGGT  ATTGGACGAG

         150         160         170         180         190         200         210
TGCCAGCTCA  AGTATAAGTT  ACATGCACTG  GTACCAGCAG  AAGCCAGGCA  AAGCTCCCAA  GCTTCTAATG
ACGGTCGAGT  TCATATTCAA  TGTACGTGAC  CATGGTCGTC  TTCGGTCCGT  TTCGAGGGTT  CGAAGATTAC

         220         230         240         250         260         270         280
TATACCACAT  CCAACCTGGC  TTCTGGAGTC  CCTTCTCGCT  TCATTGGCAG  TGGATCTGGG  ACCGAGTTCA
ATATGGTGTA  GGTTGGACCG  AAGACCTCAG  GGAAGAGCGA  AGTAACCGTC  ACCTAGACCC  TGGCTCAAGT

         290         300         310         320         330         340         350
CCCTCACAAT  CAGCTCTCTG  ATTTCGGCAC  TTATTACTGC  CATCAAAGGA  GTACTTACCC
GGGAGTGTTA  GTCGAGAGAC  TAAAGCCGTG  AATAATGACG  GTAGTTTCCT  CATGAATGGG

         360         370         380         390         400
ACTCACGTTC  GGTCAGGGGA  CCAAGGTGGA  GGTCAAACGT  AAGTACACTT  TTCTAGATAT A
TGAGTGCAAG  CCAGTCCCCT  GGTTCCACCT  CCAGTTTGCA  TTCATGTGAA  AGATCTATA T
```

FIGURE 11B



FIGURE 12



**FIGURE 13**



FIGURE 14

FIGURE 15

FIGURE 16

```
            10          20          30          40          50          60
TCTAGATGGGATGGAGCTGGATCTTTCTCTTCCTCCTGTCAGGTACCGCGGGCGTGCACT
     M  G  W  S  W  I  F  L  F  L  L  S  G  T  A  G  V  H

            70          80          90         100         110         120
CTCAGGTCCAGCTTGTCCAGTCTGGGGCTGAAGTCAAGAAACCTGGCTCGAGCGTGAAGG
  S  Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K

           130         140         150         160         170         180
TCTCCTGCAAGGCTTCTGGCTACACCTTTACTAGCTACAGGATGCACTGGGTAAGGCAGG
  V  S  C  K  A  S  G  Y  T  F  T  S  Y  R  M  H  W  V  R  Q

           190         200         210         220         230         240
CCCCTGGACAGGGTCTGGAATGGATTGGATATATTAATCCGTCGACTGGGTATACTGAAT
  A  P  G  Q  G  L  E  W  I  G  Y  I  N  P  S  T  G  Y  T  E

           250         260         270         280         290         300
ACAATCAGAAGTTCAAGGACAAGGCAACAATTACTGCAGACGAATCCACCAATACAGCCT
  Y  N  Q  K  F  K  D  K  A  T  I  T  A  D  E  S  T  N  T  A

           310         320         330         340         350         360
ACATGGAACTGAGCAGCCTGAGATCTGAGGACACCGCAGTCTATTACTGTGCAAGAGGGG
  Y  M  E  L  S  S  L  R  S  E  D  T  A  V  Y  Y  C  A  R  G

           370         380         390         400         410         420
GGGGGGTCTTTGACTACTGGGGCCAAGGAACCCTGGTCACAGTCTCCTCAGGTGAGTCCT
  G  G  V  F  D  Y  W  G  Q  G  T  L  V  T  V  S  S

           430
TAAAACCTCTAGA
```

FIGURE 17



```
          10          20          30          40          50          60
TCTAGATGGAGACGGATAGCCTCCTGCTATGGGTCCTCCTGCTATGGGTCCCAGGATCAA
    M   E   T   D   T   L   L   L   W   V   L   L   L   W   V   P   G   S

          70          80          90         100         110         120
CCGGAGATATTCAGATGACCCAGTCTCCATCTACCCTCTCTGCTAGCGTCGGGGATAGGG
    T   G   D   I   Q   M   T   Q   S   P   S   T   L   S   A   S   V   G   D   R

         130         140         150         160         170         180
TCACCATAACCTGCTCTGCCAGCTCAAGTATAAGTTACATGCACTGGTACCAGCAGAAGC
    V   T   I   T   C   S   A   S   S   S   I   S   Y   M   H   W   Y   Q   Q   K

         190         200         210         220         230         240
CAGGCAAAGCTCCCAAGCTTCTAATTTATACCACATCCAACCTGGCTTCTGGAGTCCCTG
    P   G   K   A   P   K   L   L   I   Y   T   T   S   N   L   A   S   G   V   P

         250         260         270         280         290         300
CTCGCTTCAGTGGCAGTGGATCTGGGAGCGAGTTCACCCTCACAATCAGCTCTCTGCAGC
    A   R   F   S   G   S   G   S   G   T   E   F   T   L   T   I   S   S   L   Q

         310         320         330         340         350         360
CAGATGATTTCGCCACTTATTACTGCCATCAAAGGAGTACTTACCCACTCACGTTCGGTC
    P   D   D   F   A   T   Y   Y   C   H   Q   R   S   T   Y   P   L   T   F   G

         370         380         390         400
AGGGGACCAAGGTGGAGGTCAAACGTAAGTACACTTTTCTAGA
    Q   G   T   K   V   E   V   K
```

FIGURE 18



HESI2  AGCTTCTAGATGGGATGGGGCTGGATCTTTCTCTTCCTCCTCTCAGGTACCGCGGGGCGTG
       CACTCTCAGGTCCAGGTCGTCCAGTCGTCGGGCTCGAGTCAAGAAACTCGCTCGAGCGGTG
       AAGGTC

HESI3  CGCAGTCGACGGATTAATATATCCAATCCATTCCAGACCGTGTCCAGGGGCCTGCCTTAC
       CCAGTCATGCATCCTGTAGCCTAGTAAGGTGTAGCCAGAGACCTTGCCAGGAGACCTTCACGCT
       CGAGCCAGG

HESI4  TATATTAATCCGTCGACTGGGTATACTGAATACAATCAGAAGTTCAAGGACAAGGCAACA
       ATTACTCCGACGCGAATCCACCAATACAGCCTACATGGAACTGAGCAGCCTGAGATCTGAG
       GACA

HESI5  ATATCGGTCTAGAGGTTTTAAGGACTCACCTGAGGAGACTGTGACCAGGGTTCCTTGGCCC
       CAGTAGTCAAAGACCCCCCCCTGTTGCACAGTAATAGACTGCGGTGTCCTCAGATCTC
       AGGGCTGCT

FIGURE 19A

HES2 → ← HES3 → ← HES4 → ← HES5 →

FIGURE 19B



FIGURE 20A

FIGURE 20B



FIGURE 21



FIGURE 22

```
                 •              •         30         •              •         60
     ATGGATTTTCAAGTGCAGATTTTCAGCTTCCTGCTAATCAGTGCCTCAGTCATACTGTCC
      M  D  F  Q  V  Q  I  F  S  F  L  L  I  S  A  S  V  I  L  S

                 •              •         90         •              •        120
     AGAGGACAAATTGTTCTCACCCAGTCTCCAGCAATCATGTCTGCGTCTCCAGGGGCGAAG
      R  G  Q  I  V  L  T  Q  S  P  A  I  M  S  A  S  P  G  E  K

                 •              •        150         •              •        180
     GTCACCATGACCTGCAGTGGCAGCTCAAGTGTAAGTTTCATGTACTGGTACCAGCAGAGG
      V  T  M  T  C  S̲ ̲G̲ ̲S̲ ̲S̲ ̲S̲ ̲V̲ ̲S̲ ̲F̲ ̲M̲ ̲Y̲  W  Y  Q  Q  R

                 •              •        210         •              •        240
     CCAGGATCCTCCCCCAGACTCCTGATTTATGACACATCCAACCTGGCTTCTGGAGTCCCT
      P  G  S  S  P  R  L  L  I  Y  D̲ ̲T̲ ̲S̲ ̲N̲ ̲L̲ ̲A̲ ̲S̲  G  V  P

                 •              •        270         •              •        300
     GTTCGCTTCAGTGGCAGTGGGTCTGGGACCTCTTACTCTCTCACAATCAGCCGAATGGAG
      V  R  F  S  G  S  G  S  G  T  S  Y  S  L  T  I  S  R  M  E

                 •              •        330         •              •        360
     GCTGAAGATGCTGCCACTTATTACTGCCAGCAGTGGAGTACTTACCCGCTCACGTTCGGT
      A  E  D  A  A  T  Y  Y  C  Q̲ ̲Q̲ ̲W̲ ̲S̲ ̲T̲ ̲Y̲ ̲P̲ ̲L̲ ̲T̲  F  G

                 •              •
     GCTGGGACCAAGCTGGAGCTGAAA
      A  G  T  K  L  E  L  K
```

**FIGURE 23A**

```
                 •              •         30         •              •         60
     ATGGCTGTCTTGGGGCTGCTCTTCTGCCTGGTGACATTCCCAAGCTGTGTCCTATCCCAG
      M  A  V  L  G  L  L  F  C  L  V  T  F  P  S  C  V  L  S  Q

                 •              •         90         •              •        120
     GTGCAGCTGAAGCAGTCAGGACCTGGCCTAGTGCAGCCCTCACAGAGCCTGTCCATCACC
      V  Q  L  K  Q  S  G  P  G  L  V  Q  P  S  Q  S  L  S  I  T

                 •              •        150         •              •        180
     TGCACAGTCTCTGGTTTCTCAGTAACAAGTTATGGTGTACACTGGATTCGCCAGTCTCCA
      C  T  V  S  G  F  S  V  T  S̲ ̲Y̲ ̲G̲ ̲V̲ ̲H̲  W  I  R  Q  S  P

                 •              •        210         •              •        240
     GGAAAGGGTCTGGAGTGGCTGGGAGTGATATGGAGTGGTGGAAGCACAGACTATAATGCA
      G  K  G  L  E  W  L  G  V̲ ̲I̲ ̲W̲ ̲S̲ ̲G̲ ̲G̲ ̲S̲ ̲T̲ ̲D̲ ̲Y̲ ̲N̲ ̲A̲

                 •              •        270         •              •        300
     GCTTTCATATCCAGACTGACCATCAGCAAGGACAACTCCAAGAGCCAAGTTTTCTTTAAA
      A̲ ̲F̲ ̲I̲ ̲S̲  R  L  T  I  S  K  D  N  S  K  S  Q  V  F  F  K

                 •              •        330         •              •        360
     GTGAACAGTCTGCAACCTGCTGACACAGCCATATACTATTGTGCCAGAGCTGGGGACTAT
      V  N  S  L  Q  P  A  D  T  A  I  Y  Y  C  A  R  A̲ ̲G̲ ̲D̲ ̲Y̲

                 •              •        390
     AATTACGACGGTTTTGCTTACTGGGGCCAAGGGACTCTGGTCACTGTCTCTGCG
      N̲ ̲Y̲ ̲D̲ ̲G̲ ̲F̲ ̲A̲ ̲Y̲  W  G  Q  G  T  L  V  T  V  S  A
```

**FIGURE 23B**



**FIGURE 24A**



**FIGURE 24B**



FIGURE 25

```
 1     D I Q M T Q S P S S L S V S V G D R V T
 1     D I Q M T Q S P S S L S A S V G D R V T

21     I T C Q A S Q N V N A Y L N W Y Q Q K P
21     I T C S G S S V S F M Y W Y Q Q K P

41     G L A P K L L I Y G A S T R E A G V P S
40     G K A P K L L I Y D T S N L A S G V P S

61     R F S G S G S G T D F T F T I S S L Q P
60     R F S G S G S G T D Y T F T I S S L Q P

81     E D I A T Y Y C Q Q Y N N W P P T F G Q
80     E D I A T Y Y C Q Q W S T Y P L T F G Q

101    G T K V E V K
100    G T K V E V K
```

FIGURE 26A

```
 1     A V Q L L E S G G G L V Q P G G S L R L
 1     E V Q L L E S G G G L V Q P G G S L R L

21     S C A A S G F T F S A S A M S W V R Q A
21     S C A A S G F T V T S Y G V H W V R Q A

41     P G K G L E W V A W K Y E N G N D K H Y
41     P G K G L E W V G V I W S G G S T D Y

61     A D S V N G R F T I S R N D S K N T L Y
60     N A A F I S R F T I S R D N S K N T L Y

81     L Q M N G L Q A Z V S A I Y Y C A R D A
80     L Q M N S L Q A E D T A I Y Y C A R A

101    G P Y V S P T F F A H W G Q G T L V T V
 99    G D Y N Y D G F A Y W G Q G T L V T V

121    S S
118    S S
```

FIGURE 26B

vc13

```
        10         20         30         40         50         60
TTCTGCTGGT ACCAGTACAT GAAACTTACA CTTGAGCTGC CACTGCAGGT GATGGTGACG

        70         80         90        100
CGGTCACCCA CTGAGGCACT GAGGCTAGAT GGAGACTGGG TCATTTG
```

vc14

```
        10         20         30         40         50         60
CATGTACTGG TACCAGCAGA AGCCAGGAAA AGCTCCGAAA CTTCTGATTT ATGACACATC

        70         80         90        100        110        120
CAACCTGGCT TCTGGAGTCC CTTCCCGCTT CAGTGGCAGT GGGTCTGGGA CCGATTACAC

       130
CTTTACAATC TCTTCA
```

vc15

```
        10         20         30         40         50         60
TGTGTCTAGA AAAGTGTACT TACGTTTTAC CTCGACCTTG GTCCCTTGAC CGAACGTGAG

        70         80         90        100        110        120
CGGGTAAGTA CTCCACTGCT GGCAGTAATA AGTGGCTATA TCTTCCGGCT GAAGTGAAGA

       130
GATTGTAAAG GTGTAAT
```

vc16

```
        10         20         30         40         50         60
CACATCTAGA CCACCATGGA TTTTCAAGTG CAGATCTTCA GCTTCCTGCT AATCAGTGCC

        70         80         90        100
TCAGTCATAC TGTCCAGAGG AGATATTCAA ATGACCCAGT CTCCATCT
```

FIGURE 27A

vc11

```
       10         20         30         40         50         60
 TAGTCTGTCG ACCCACCACT CCATATCACT CCCACCCACT CGAGTCCCTT TCCAGGAGCC

       70         80         90        100        110        120
 TGGCGGACCC AGTGTACACC ATAACTTGTT ACGGTGAAAC CACTGGCGGC ACAAGACAGT

      130
 CTCAGAGATC CTCCTGGC
```

vc12

```
       10         20         30         40         50         60
 TGGTGGGTCG ACAGACTATA ATGCAGCTTT CATATCCAGA TTTACCATCA GCAGAGACAA

       70         80         90        100        110        120
 CAGCAAGAAC ACACTGTATC TCCAAATGAA TAGCCTGCAA GCCGAGGACA CAGCCATATA

 TTATTG
```

wps54

```
       10         20         30         40         50         60
 ACACTCTAGA CCACCATGGC TGTCTTGGGG CTGCTCTTCT GCCTGGTGAC ATTCCCAAGC

       70         80         90        100        110        120
 TGTGTCCTAT CCGCTGTCCA GCTGCTAGAG AGTGGTGGCG GTCTGGTGCA GCCAGGAGGA

      130
 TCTCTGAGAC
```

wps57

```
       10         20         30         40         50         60
 ACACTCTAGA AGTTAGGACT CACCTGAAGA GACAGTGACC AGAGTCCCTT GGCCCCAGTA

       70         80         90        100        110
 AGCAAAACCG TCGTAATTAT AGTCCCCAGC TCTGGCACAA TAATATATGG CTGTGTCC
```

**FIGURE 27B**



**FIGURE 28**



FIGURE 29

```
        1          5            10           15            20
1    E  M  I  L  V  E  S  G  G  G  L  V  K  P  G  A  S  L  K  L
1    E  V  Q  L  L  E  S  G  G  G  L  V  Q  P  G  G  S  L  R  L

              25           30           35                40
21   S  C  A  A  S  G  F  T  F  S  N  Y  G  L  S  W  V  R  Q  T
21   S  C  A  A  S  G  F  T  F  S  N  Y  G  L  S  W  V  R  Q  A

              45           50  52 a        55
41   S  D  R  R  L  E  W  V  A  S  I  S  R  G  G  G  R  I  Y  S
41   P  G  K  G  L  E  W  V  A  S  I  S  R  G  G  G  R  I  Y  S

        60           65           70           75
60   P  D  N  L  K  G  R  F  T  I  S  R  E  D  A  K  N  T  L  Y
60   P  D  N  L  K  G  R  F  T  I  S  R  N  D  S  K  N  T  L  Y

        80  82 a  b  c       85           90           95
80   L  Q  M  S  S  L  K  S  E  D  T  A  L  Y  Y  C  L  R  E  G
80   L  Q  M  N  S  L  Q  A  E  D  T  A  L  Y  Y  C  L  R  E  G

              100 a  b  c  d  k        105          110
97   I  Y  Y  A  D  Y  G  F  F  D  V  W  G  T  G  T  T  V  I  V
97   I  Y  Y  A  D  Y  G  F  F  D  V  W  G  Q  G  T  L  V  T  V

        113
112  S  S
112  S  S
```

**FIGURE 30A**

```
        1          5            10           15            20
1    D  I  V  L  T  Q  S  P  A  S  L  A  V  S  L  G  Q  R  A  T
1    E  I  V  M  T  Q  S  P  A  T  L  S  V  S  P  G  E  R  A  T

              25    27 a  b  c  d        30           35
21   I  S  C  R  A  S  Q  S  V  S  T  S  T  Y  N  Y  M  H  W  Y
21   L  S  C  R  A  S  Q  S  V  S  T  S  T  Y  N  Y  M  H  W  Y

              40           45           50           55
37   Q  Q  K  P  G  Q  P  P  K  L  L  I  K  Y  A  S  N  L  E  S
37   Q  Q  K  P  G  Q  S  P  R  L  L  I  K  Y  A  S  N  L  E  S

              60           65           70           75
57   G  V  P  A  R  F  S  G  S  G  F  G  T  D  F  T  L  N  I  H
57   G  I  P  A  R  F  S  G  S  G  S  G  T  E  F  T  L  T  I  S

              80           85           90           95
77   P  V  E  E  E  D  T  V  T  Y  Y  C  Q  H  S  W  E  I  P  Y
77   R  L  E  S  E  D  F  A  V  Y  Y  C  Q  H  S  W  E  I  P  Y

              100         105 107
97   T  F  G  G  G  T  K  L  E  I  K
97   T  F  G  Q  G  T  R  V  E  I  K
```

**FIGURE 30B**

```
         1            5             10             15            20
1    Q  V  Q  L  Q  Q  S  D  A  E  L  V  K  P  G  A  S  V  K  I
1    Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K  V

               25             30             35            40
21   S  C  K  V  S  G  Y  T  F  T  D  H  T  I  H  W  M  K  Q  R
21   S  C  K  A  S  G  Y  T  F  T  D  H  T  I  H  W  M  R  Q  A

               45          50   52 a       55
41   P  E  Q  G  L  E  W  F  G  Y  I  Y  P  R  D  G  H  T  R  Y
41   P  G  Q  G  L  E  W  F  G  Y  I  Y  P  R  D  G  H  T  R  Y

     60          65             70             75
60   S  E  K  F  K  G  K  A  T  L  T  A  D  K  S  A  S  T  A  Y
60   A  E  K  F  K  G  K  A  T  I  T  A  D  E  S  T  N  T  A  Y

     80       82 a  b  c       85             90           95
80   M  H  L  N  S  L  T  S  E  D  S  A  V  Y  F  C  A  R  G  R
80   M  E  L  S  S  L  R  S  E  D  T  A  V  Y  F  C  A  R  G  R

             100 a  b  c  d          105            110
97   D  S  R  E  R  N  G  F  A  Y  W  G  Q  G  T  L  V  T  V  S
97   D  S  R  E  R  N  G  F  A  Y  W  G  Q  G  T  L  V  T  V  S

      113
113   A
113   S
```

**FIGURE 30C**

```
         1            5             10             15            20
1    D  I  V  M  T  Q  S  H  K  F  M  S  T  S  V  G  D  R  V  S
1    D  I  Q  M  T  Q  S  P  S  T  L  S  A  S  V  G  D  R  V  T

               25             30             35            40
21   I  T  C  K  A  S  Q  D  V  G  S  A  V  V  W  H  Q  Q  K  S
21   I  T  C  K  A  S  Q  D  V  G  S  A  V  V  W  H  Q  Q  K  P

               45             50             55            60
41   G  Q  S  P  K  L  L  I  Y  W  A  S  T  R  H  T  G  V  P  D
41   G  K  A  P  K  L  L  I  Y  W  A  S  T  R  H  T  G  V  P  S

               65             70             75            80
61   R  F  T  G  S  G  S  G  T  D  F  T  L  T  I  T  N  V  Q  S
61   R  F  T  G  S  G  S  G  T  E  F  T  L  T  I  S  S  L  Q  P

               85             90             95           100
81   E  D  L  A  D  Y  F  C  Q  Q  Y  S  I  F  P  L  T  F  G  A
81   D  D  F  A  T  Y  F  C  Q  Q  Y  S  I  F  P  L  T  F  G  Q

             105  107
101  G  T  R  L  E  L  K
101  G  T  K  V  E  V  K
```

**FIGURE 30D**



**FIGURE 31A**



**FIGURE 31B**



**FIGURE 32A**



**FIGURE 32B**



FIGURE 33A



FIGURE 33B

```
              •            30        •            60
ATGGAGAAAGACACACTCCTGCTATGGGTCCTGCTTCTCTGGGTTCCAGGTTCCACAGGT
 M  E  K  D  T  L  L  L  W  V  L  L  L  W  V  P  G  S  T  G

              •            90        •           120
GACATTGTGCTGACCCAATCTCCAGCTTCTTTGGCTGTGTCTCTAGGGCAGAGGGCCACC
 D  I  V  L  T  Q  S  P  A  S  L  A  V  S  L  G  Q  R  A  T

              •           150        •           180
ATCTCCTGCAGAGCCAGCGAAAGTGTTGATAATTATGGCATTAGTTTTATGAACTGGTTC
 I  S  C  R  A  S  E  S  V  D  N  Y  G  I  S  F  M  N  W  F

              •           210        •           240
CAACAGAAACCAGGACAGCCACCCAAACTCCTCATCTATGCTGCATCCAACCAAGGATCC
 Q  Q  K  P  G  Q  P  P  K  L  L  I  Y  A  A  S  N  Q  G  S

              •           270        •           300
GGGGTCCCTGCCAGGTTTAGTGGCAGTGGGTCTGGGACAGACTTCAGCCTCAACATCCAT
 G  V  P  A  R  F  S  G  S  G  S  G  T  D  F  S  L  N  I  H

              •           330        •           360
CCTATGGAGGAGGATGATACTGCAATGTATTTCTGTCAGCAAAGTAAGGAGGTTCCGTGG
 P  M  E  E  D  D  T  A  M  Y  F  C  Q  Q  S  K  E  V  P  W

              •           390
ACGTTCGGTGGAGGCACCAAGCTGGAAATCAAA
 T  F  G  G  G  T  K  L  E  I  K
```

### FIGURE 34A

```
              •            30        •            60
ATGGGATGGAGCTGGATCTTTCTCTTCCTCCTGTCAGGAACTGCAGGCGTCCACTCTGAG
 M  G  W  S  W  I  F  L  F  L  L  S  G  T  A  G  V  H  S  E

              •            90        •           120
GTCCAGCTTCAGCAGTCAGGACCTGAGCTGGTGAAACCTGGGGCCTCAGTGAAGATATCC
 V  Q  L  Q  Q  S  G  P  E  L  V  K  P  G  A  S  V  K  I  S

              •           150        •           180
TGCAAGGCTTCTGGATACACATTCACTGACTACAACATGCACTGGGTGAAGCAGAGCCAT
 C  K  A  S  G  Y  T  F  T  D  Y  N  M  H  W  V  K  Q  S  H

              •           210        •           240
GGAAAGAGCCTTGAGTGGATTGGATATATTTATCCTTACAATGGTGGTACTGGCTACAAC
 G  K  S  L  E  W  I  G  Y  I  Y  P  Y  N  G  G  T  G  Y  N

              •           270        •           300
CAGAAGTTCAAGAGCAAGGCCACATTGACTGTGTAGACAATTCCTCCAGCACAGCCTACATG
 Q  K  F  K  S  K  A  T  L  T  V  D  N  S  S  S  T  A  Y  M

              •           330        •           360
GACGTCCGCAGCCTGACATCTGAGGACTCTGCAGTCTATTACTGTGCAAGAGGGCGCCCC
 D  V  R  S  L  T  S  E  D  S  A  V  Y  Y  C  A  R  G  R  P

              •           390
GCTATGGACTACTGGGGTCAAGGAACCTCAGTCACCGTCTCCTCA
 A  M  D  Y  W  G  Q  G  T  S  V  T  V  S  S
```

### FIGURE 34B



FIGURE 35

```
 1    D I Q M T Q S P S T L S A S V G D R V T
 1    D I Q M T Q S P S S L S A S V G D R V T

21    I T C R A S Q S   I N       T W L A W Y
21    I T C R A S E S V D N Y G I S F M N W F

37    Q Q K P G G A P K L L M Y K A S S L E S
41    Q Q K P G G A P K L L I Y A A S N Q G S

57    G V P S R F I G S G S G T E F T L T I S
61    G V P S R F S G S G S G T D F T L T I S

77    S L Q P D D F A T Y Y C Q Q Y N S D S K
81    S L Q P D D F A T Y Y C Q Q S K E V P W

97    M F G Q G T K V E V K
101   T F G Q G T K V E I K
```

FIGURE 36A

```
 1    Q V Q L V Q S G A E V K K P G S S V K V
 1    Q V Q L V Q S G A E V K K P G S S V K V

21    S C K A S G G T F S R S A I I W V R Q A
21    S C K A S G Y T F T D Y N M H W V R Q A

41    P G Q G L E W M G G I V P M F G P P N Y
41    P G Q G L E W I G Y I Y P Y N G G T G Y

61    A Q K F Q G R V T I T A D E S T N T A Y
61    N Q K F K S K A T I T A D E S T N T A Y

81    M E L S S L R S E D T A F Y F C A G G Y
81    M E L S S L R S E D T A V Y Y C A R G Y

101   G I Y S P E E Y N G G L V T V S S
100   R P A M D Y W G Q G T L V T V S S
```

FIGURE 36B

ma1

```
          10          20          30          40          50          60
   TATATCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGAACTGCT

          70          80          90         100         110         120
   GGCGTCCACT CTCAGGTTCA GCTGGTGCAG TCTGGAGCTG AGGTGAAGAA GCCTGGGAGC

         130
   TCAGTGAAGG TT
```

ma2

```
          10          20          30          40          50          60
   AGCCGGTACC ACCATTGTAA GGATAAATAT ATCCAATCCA TTCCAGGCCT TGGCCAGGAG

          70          80          90         100         110         120
   CCTGCCTCAC CCAGTGCATG TTGTAGTCAG TGAAGGTGTA GCCAGAAGCT TTGCAGGAAA

         130
   CCTTCACTGA GCT
```

ma3

```
          10          20          30          40          50          60
   TGGTGGTACC GGCTACAACC AGAAGTTCAA GAGCAAGGCC ACAATTACAG CAGACGAGAG

          70          80          90         100         110
   TACTAACACA GCCTACATGG AACTCTCCAG CCTGAGGTCT GAGGACACTG CA
```

ma4

```
          10          20          30          40          50          60
   TATATCTAGA GGCCATTCTT ACCTGAAGAG ACAGTGACCA GAGTCCCTTG GCCCCAGTAG

          70          80          90         100         110
   TCCATAGCGG GGCGCCCTCT TGCGCAGTAA TAGACTGCAG TGTCCTCAGA C
```

# FIGURE 37A

ma5

```
        10          20          30          40          50          60
TATATCTAGA  CCACCATGGA  GAAAGACACA  CTCCTGCTAT  GGGTCCTGCT  TCTCTGGGTT

        70          80          90         100         110         120
CCAGGTTCCA  CAGGTGACAT  TCAGATGACC  CAGTCTCCGA  GCTCTCTGTC  CGCATCAGTA
```

GG


ma6

```
        10          20          30          40          50          60
TCAGAAGCTT  AGGAGCCTTC  CCGGGTTTCT  GTTGGAACCA  GTTCATAAAG  CTAATGCCAT

        70          80          90         100         110         120
AATTGTCGAC  ACTTTCGCTG  GCTCTGCATG  TGATGGTGAC  CCTGTCTCCT  ACTGATGCGG
```

AC


ma7

```
        10          20          30          40          50          60
TCCTAAGCTT  CTGATTTACG  CTGCATCCAA  CCAAGGCTCC  GGGGTACCCT  CTCGCTTCTC

        70          80          90         100         110
AGGCAGTGGA  TCTGGGACAG  ACTTCACTCT  CACCATTTCA  TCTCTGCAGC  CTGATGACT
```


ma8

```
        10          20          30          40          50          60
TATATCTAGA  CTTTGGATTC  TACTTACGTT  TGATCTCCAC  CTTGGTCCCT  TGACCGAACG

        70          80          90         100         110
TCCACGGAAC  CTCCTTACTT  TGCTGACAGT  AATAGGTTGC  GAAGTCATCA  GGCTGCAG
```


**FIGURE 37B**



**FIGURE 38**

```
              •              •             30             •              •             60
ATGGTTTTCACACCTCAGATACTTGGACTTATGCTTTTTTGGATTTCAGCCTCCAGAGGT
 M  V  F  T  P  Q  I  L  G  L  M  L  F  W  I  S  A  S  R  G

      ↓               •             90             •              •            120
GATATTGTGCTAACTCAGTCTCCAGCCACCCTGTCTGTGACTCCGGGAGATAGCGTCAGT
 D  I  V  L  T  Q  S  P  A  T  L  S  V  T  P  G  D  S  V  S

              •              •            150             •              •            180
CTTTCCTGCAGGGCCAGCCAAAGTATTAGCAACAACCTACACTGGTATCAACAAAAATCA
 L  S  C  R  A  S  Q  S  I  S  N  N  L  H  W  Y  Q  Q  K  S

              •              •            210             •              •            240
CATGAGTCTCCAAGGCTTCTCATCAAGTATGCTTCCCAGTCCATCTCTGGGATCCCCTCC
 H  E  S  P  R  L  L  I  K  Y  A  S  Q  S  I  S  G  I  P  S

              •              •            270             •              •            300
AGGTTCAGTGGCAGTGGATCAGGGACAGATTTCACTCTCAGTGTCAACGGTGTGGAGACT
 R  F  S  G  S  G  S  G  T  D  F  T  L  S  V  N  G  V  E  T

              •              •            330             •              •            360
GAAGATTTTGGAATGTATTTCTGTCAACACACTAACAGTTGGCCTCATACGTTCGGAGGG
 E  D  F  G  M  Y  F  C  Q  Q  S  N  S  W  P  H  T  F  G  G

              •
GGGACCAAGCTGGAAATAAAA
 G  T  K  L  E  I  K
```

**FIGURE 39A**

```
              •              •             30             •        ↓     •             60
ATGGGATGGAGCTGGATCTTTCTCTTCCTCCTGTCAGGAACTGCAGGTGTCCACTCTGAG
 M  G  W  S  W  I  F  L  F  L  L  S  G  T  A  G  V  H  S  E

              •              •             90             •              •            120
GTCCAGCTGCAACAGTCTGGACCTGAGCTGGTGAAGCCTGGAGCTTCAATGAAGATATCC
 V  Q  L  Q  Q  S  G  P  E  L  V  K  P  G  A  S  M  K  I  S

              •              •            150             •              •            180
TGCAAGGCTTCTGTTTACTCATTCACTGGCTACACCATGAACTGGGTGAAGCAGAGCCAT
 C  K  A  S  V  Y  S  F  T  G  Y  T  M  N  W  V  K  Q  S  H

              •              •            210             •              •            240
GGACAGAACCTTGAGTGGATTGGACTTATTAATCCTTACAATGGTGGTACTAGCTACAAC
 G  Q  N  L  E  W  I  G  L  I  N  P  Y  N  G  G  T  S  Y  N

              •              •            270             •              •            300
CAGAAGTTCAAGGGGAAGGCCACATTACGTGTAGACAAGTCATCCAACACAGCCTACATG
 Q  K  F  K  G  K  A  T  L  T  V  D  K  S  S  N  T  A  Y  M

              •              •            330             •              •            360
GAGCTCCTCAGTCTGACATCTGCCGACATCTGCAGTCTATTACTGTACAAGACGGGGGTTT
 E  L  L  S  L  T  S  A  D  S  A  V  Y  Y  C  T  R  R  G  F

              •              •            390             •
CGAGACTATTCTATGGACTACTGGGGTCAAGGAACCTCAGTCACCGTCTCCTCA
 R  D  Y  S  M  D  Y  W  G  Q  G  T  S  V  T  V  S  S
```

**FIGURE 39B**

```
 1    E I V L T Q S P G T L S L S P G E R A T
 1    E I V L T Q S P G T L S L S P G E R A T

21    L S C R A S Q S V S S G Y L G W Y Q Q K
21    L S C R A S Q S   I S N N L H W Y Q Q K

41    P G Q A P R L L I Y G A S S R A T G I P
40    P G Q A P R L L I K Y A S Q S I S G I P

61    D R F S G S G S G T D F T L T I S R L E
60    D R F S G S G S G T D F T L T I S R L E

81    P E D F A V Y Y C Q Q Y G S L G R T F G
80    P E D F A V Y Y C Q Q S N S W P H T F G

101   Q G T K V E I K
100   Q G T K V E I K
```

**FIGURE 40A**

```
 1    Q V Q L M Q S G A E V K K P G S S V R V
 1    Q V Q L V Q S G A E V K K P G S S V R V

21    S C K T S G G T F V D Y K G L W V R Q A
21    S C K A S G Y S F T G Y T M N W V R Q A

41    P G K G L E W V G Q I P L R F N G E V K
41    P G K G L E W V G L I N P Y N G G T S Y

61    N P G S V V R V S V S L K P S F N Q A H
61    N Q K F K G R V T V S L K P S F N Q A Y

81    M E L S S L F S E D T A V Y Y C A R E Y
81    M E L S S L F S E D T A V Y Y C T R R

101   G F D T S D Y Y Y Y Y W G Q G T L V T V
100   G F     R D Y S M D Y W G Q G T L V T V

121   S S
118   S S
```

**FIGURE 40B**

jb16

```
        10          20          30          40          50          60
 TAGATCTAGA  CCACCATGGT  TTTCACACCT  CAGATACTAG  GACTCATGCT  CTTCTGGATT

        70          80          90         100         110         120
 TCAGCCTCCA  GAGGTGAAAT  TGTGCTAACT  CAGTCTCCAG  GCACCCTAAG  CTTATCACCG

 GGAGAAAGG
```

jb17

```
        10          20          30          40          50          60
 TAGACAGAAT  TCACGCGTAC  TTGATAAGTA  GACGTGGAGC  TTGTCCAGGT  TTTTGTTGGT

        70          80          90         100         110         120
 ACCAGTGTAG  GTTGTTGCTA  ATACTTTGGC  TGGCCCTGCA  GGAAAGTGTA  GCCCTTTCTC

 CCGGTGAT
```

jb18

```
        10          20          30          40          50          60
 AAGAGAATTC  ACGCGTCCCA  GTCCATCTCT  GGAATACCCG  ATAGGTTCAG  TGGCAGTGGA

        70          80          90         100         110
 TCAGGGACAG  ATTTCACTCT  CACAATAAGT  AGGCTCGAGC  CGGAAGATTT  TGC
```

jb19

```
        10          20          30          40          50          60
 TAGATCTAGA  GTTGAGAAGA  CTACTTACGT  TTTATTTCTA  CCTTGGTCCC  TTGTCCGAAC

        70          80          90         100         110
 GTATGAGGCC  AACTGTTACT  CTGTTGACAA  TAATACACAG  CAAAATCTTC  CGGCTC
```

**FIGURE 41A**

jb20

```
        10         20         30         40         50         60
TATATCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGAACTGCA

        70         80         90        100        110        120
GGTGTCCACT CTCAAGTCCA ACTGGTACAG TCTGGAGCTG AGGTTAAAAA GCCTGGAAGT

       130
TCAGTAAGAG TTTC
```

jb21

```
        10         20         30         40         50         60
TATATAGGTA CCACCATTGT AAGGATTAAT AAGTCCAACC CACTCAAGTC CTTTTCCAGG

        70         80         90        100        110        120
TGCCTGTCTC ACCCAGTTCA TGGTATACCC AGTGAATGAG TATCCGGAAG CTTTGCAGGA

       130
AACTCTTACT GAAC
```

jb22

```
        10         20         30         40         50         60
TATATAGGTA CCAGCTACAA  CCAGAAGTTC AAGGGCACAG TTACAGTTC TTTGAAGCCT

        70         80         90        100        110
TCATTTAACC AGGCCTACAT GGAGCTCAGT AGTCTGTTTT CTGAAGACAC TGCAGT
```

jb23

```
        10         20         30         40         50         60
TATATCTAGA GGCCATTCTT ACCTGAGGAG ACGGTGACTA AGGTTCCTTG ACCCCAGTAG

        70         80         90        100        110
TCCATAGAAT AGTCTCGAAA CCCCCGTCTT CTACAGTAAT AGACTGCAGT GTCTTC
```

## FIGURE 41B



**FIGURE 42**



```
                  •              •            30              •            60
       ATGCATCAGACCAGCATGGGCATCAAGATGGAATCACAGACTCTGGTCTTCATATCCATA
        M  H  Q  T  S  M  G  I  K  M  E  S  Q  T  L  V  F  I  S  I

                  •              •            90              •           120
       CTGCTCTGGTTATATGGTGCTCATGGGAACATTGTTATGACCCAATCTCCCAAATCCATG
        L  L  W  L  Y  G  A  D  G  N  I  V  M  T  Q  S  P  K  S  M

                  •              •           150              •           180
       TACGTGTCAATAGGAGAGAGGGTCACCTTGAGCTGCAAGGCCAGTGAAAATGTGGATACT
        Y  V  S  I  G  E  R  V  T  L  S  C  K  A  S  E  N  V  D  T

                  •              •           210              •           240
       TATGTATCCTGGTATCAACAGAAACCAGAGCAGTCTCCTAAACTGCTGATATATGGGGCA
        Y  V  S  W  Y  Q  Q  K  P  E  Q  S  P  K  L  L  I  Y  G  A

                  •              •           270              •           300
       TCCAACCGGTACACTGGGGTCCACGATCGCTTCACGGGCAGTGGATCTGCAACAGATTTC
        S  N  R  Y  T  G  V  H  D  R  F  T  G  S  G  S  A  T  D  F

                  •              •           330              •           360
       ACTCTGACCATCAGCAGTGTGCAGGCTGAAGACCTTGCAGATTATCACTGTGGACAGAGT
        T  L  T  I  S  S  V  Q  A  E  D  L  A  D  Y  H  C  G  Q  S

                  •              •           390
       TACAACTATCCATTCACGTTCGGCTCGGGGACAAAGTTGGAAATAAAG
        Y  N  Y  P  F  T  F  G  S  G  T  K  L  E  I  K
```

FIGURE 43A



```
              •              •              30             •              •              60
ATGACATCACTGTTCTCTCTACAGTTACCGAGCACACAGGACCTCGCCATGGGATGGAGC
 M   T   S   L   F   S   L   Q   L   P   S   T   Q   D   L   A   M   G   W   S

              •              •              90             •              •             120
TGTATCATCCTCTTCTTGGTAGCAACAGCTACAGGTGTCCTCTCCCAGGTCCAACTGCAG
 C   I   I   L   F   L   V   A   T   A   T   G   V   L   S   Q   V   Q   L   Q

              •              •             150             •              •             180
CAGCCTGGGGCTGACCTTGTGATGCCTGGGGCTCCAGTGAAGCTGTCCTGCTTGGCTTCT
 Q   P   G   A   D   L   V   M   P   G   A   P   V   K   L   S   C   L   A   S

              •              •             210             •              •             240
GGCTACATCTTCACCAGCTCCTGGATAAACTGGGTGAAGCAGAGGCCTGGACGAGGCCTC
 G   Y   I   F   T   S   S   W   I   N   W   V   K   Q   R   P   G   R   G   L

              •              •             270             •              •             300
GAGTGGATTGGAAGGATTGATCCTTCCGATGGTGAAGTTCACTACAATCAAGATTTCAAG
 E   W   I   G   R   I   D   P   S   D   G   E   V   H   Y   N   Q   D   F   K

              •              •             330             •              •             360
GACAAGGCCACACTGACTGTAGACAAATCCTCCAGCACAGCCTACATCCAACTCAACAGC
 D   K   A   T   L   T   V   D   K   S   S   S   T   A   Y   I   Q   L   N   S

              •              •             390             •              •             420
CTGACATCTGAGGACTCTGCGGTCTATTACTGTGCTAGAGGATTTCTGCCCTGGTTTGCT
 L   T   S   E   D   S   A   V   Y   Y   C   A   R   G   F   L   P   W   F   A

              •              •             450
GACTGGGGCCAAGGGACTCTGGTCACTGTCTCTGCA
 D   W   G   Q   G   T   L   V   T   V   S   A
```

**FIGURE 43B**

```
1     D I Q M T Q S P S T L S A S V G D R V T
1     D I Q M T Q S P S T L S A S V G D R V T

21    I T C R A S Q S I N T W L A W Y Q Q K P
21    I T C K A S E N V D T Y V S W Y Q Q K P

41    G K A P K L L M Y K A S S L E S G V P S
41    G K A P K L L I Y G A S N R Y T G V P S

61    R F I G S G S G T E F T L T I S S L Q P
61    R F S G S G S G T D F T L T I S S L Q P

81    D D F A T Y Y C   Q Q Y N S D S K M F G
81    D D F A T Y Y C G Q S Y N   Y P F T F G

100   Q G T K V E V K
100   Q G T K V E V K
```

**FIGURE 44A**

```
1     Q V Q L V Q S G A E V K K P G S S V K V
1     Q V Q L V Q S G A E V K K P G S S V K V

21    S C K A S G G T F S R S A I I W V R Q A
21    S C K A S G Y I F T S S W I N W V R Q A

41    P G Q G L E W M G G I V P M F G P P N Y
41    P G Q G L E W M G R I D P S D G E V H Y

61    A Q K F Q G R V T I T A D E S T N T A Y
61    N Q D F K D R V T I T A D E S T N T A Y

81    M E L S S L R S E D T A F Y F C A G G Y
81    M E L S S L R S E D T A V Y Y C A R G F

101   G I Y S P E E Y N G G L V T V S S
101   L P W F A D W G Q G T L V T V S S
```

**FIGURE 44B**

rh10

```
        10         20         30         40         50         60
TTTTTTCTAG ACCACCATGG AGACCGATAC CCTCCTGCTA TGGGTCCTCC TGCTATGGGT
        70         80         90        100        110
CCCAGGATCA ACCGGAGATA TTCAGATGAC CCAGTCTCCG TCGACCCTCT CTGCT
```

rh11

```
        10         20         30         40         50         60
TTTTAAGCTT GGGAGCTTTG CCTGGCTTCT GCTGATACCA GGATACATAA GTATCCACAT
        70         80         90        100        110        120
TTTCACTGGC CTTGCAGGTT ATGGTGACCC TATCCCCGAC GCTAGCAGAG AGGTTCCACG
```

rh12

```
        10         20         30         40         50         60
TTTTAAGCTT CTAATTTATG GGGCATCCAA CCGGTACACT GGGGTACCTT CACGCTTCAG
        70         80         90        100        110
TGGCAGTGGA TCTGGGACCG ATTTCACCCT CACAATCAGC TCTCTGCAGC CAGATGAT
```

rh13

```
        10         20         30         40         50         60
TTTTTTCTAG AGCAAAAGTC TACTTACGTT TGACCTCCAC CTTGGTCCCC TGACCGAACG
        70         80         90        100        110        120
TGAATGGATA GTTGTAACTC TGTCCGCAGT AATAAGTGGC GAAATCATCT GGCTCCAGAG
```

## FIGURE 45A

5,693,762

1

# HUMANIZED IMMUNOGLOBULINS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This is a continuation of application Ser. No. 07/634,278, filed Dec. 19, 1990. now U.S. Pat. No. 5,530,101, which is continuation-in-part application of commonly assigned patent application U.S. Ser. No. 07/590,274, filed Sep. 28, 1990 (now abandoned) and of U.S. Ser. No. 07/310,252, filed Feb. 13, 1989 (now abandoned), which is a continuation-in-part of U.S. Ser. No. 07/290,975, filed Dec. 28, 1988 (now abandoned). All of these applications are specifically incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates generally to the combination of recombinant DNA and monoclonal antibody technologies for developing novel therapeutic agents and, more particularly, to the production of non-immunogenic antibodies having strong affinity for a predetermined antigen.

## BACKGROUND OF THE INVENTION

The advent of monoclonal antibody technology in the mid 1970's heralded a new age of medicine. For the first time, researchers and clinicians had access to essentially unlimited quantities of uniform antibodies capable of binding to a predetermined antigenic site and having various immunological effector functions. These proteins, known as "monoclonal antibodies" were thought to hold great promise in, e.g., the removal of harmful cells in vivo. Indeed, the clinical value of monoclonal antibodies seemed limitless for this use alone.

Unfortunately, the development of appropriate therapeutic products based on these proteins has been severely hampered by a number of drawbacks inherent in monoclonal antibody production. For example, most monoclonal antibodies are mouse derived, and thus do not fix human complement well. They also lack other important immunoglobulin functional characteristics when injected in humans.

Perhaps most importantly, non-human monoclonal antibodies contain substantial stretches of amino acid sequences that will be immunogenic when injected into a human patient. Numerous studies have shown that after injection of a foreign antibody, the immune response mounted by a patient can be quite strong, essentially eliminating the antibody's therapeutic utility after an initial treatment. Moreover, as increasing numbers of different mouse or other antigenic (to humans) monoclonal antibodies can be expected to be developed to treat various diseases, after one or several treatments with any non-human antibodies, subsequent treatments, even for unrelated therapies, can be ineffective or even dangerous in themselves, because of cross-reactivity.

While the production of so called "chimeric antibodies" (e.g., mouse variable regions joined to human constant regions) has proven somewhat successful, a significant immunogenicity problem remains. Moreover, efforts to immortalize human B-cells or generate human hybridomas capable of producing human immunoglobulins against a desired antigen have been generally unsuccessful, particularly with many important human antigens. Most recently, recombinant DNA technology has been utilized to produce immunoglobulins which have human framework regions combined with complementarity determining regions (CDR's) from a donor mouse or rat immunoglobulin (see,

2

e.g., EPO Publication No. 0239400, which is incorporated herein by reference). These new proteins are called "reshaped" or "humanized" immunoglobulins and the process by which the donor immunoglobulin is converted into a human-like immunoglobulin by combining its CDR's with a human framework is called "humanization". Humanized antibodies are important because they bind to the same antigen as the original antibodies, but are less immunogenic when injected into humans.

However, a major problem with present humanization procedures has been a loss of affinity for the antigen (Jones et al., Nature, 321, 522–525 (1986)), in some instances as much as 10-fold or more, especially when the antigen is a protein (Verhoeyen et al., Science, 239, 1534–1536 (1988)). Loss of any affinity is, of course, highly undesirable. At the least, it means that more of the humanized antibody will have to be injected into the patient, at higher cost and greater risk of adverse effects. Even more critically, an antibody with reduced affinity may have poorer biological functions, such as complement lysis, antibody-dependent cellular cytotoxicity, or virus neutralization. For example, the loss of affinity in the partially humanized antibody HuVHCAMP may have caused it to lose all ability to mediate complement lysis (see, Riechmann et al., Nature, 332, 323–327 (1988); Table 1).

Thus, there is a need for improved means for producing humanized antibodies specifically reactive with strong affinity to a predetermined antigen. These humanized immunoglobulins should remain substantially non-immunogenic in humans, yet be easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

## SUMMARY OF THE INVENTION

The present invention provides novel methods for preparing humanized immunoglobulin chains having generally one or more complementarity determining regions (CDR's) from a donor immunoglobulin and a framework region from a human immunoglobulin. The preferred methods comprise first comparing the framework or variable region amino acid sequence of the donor immunoglobulin to corresponding sequences in a collection of human immunoglobulin chains, and selecting as the human immunoglobulin one of the more homologous sequences from the collection. The human immunoglobulin, or acceptor immunoglobulin, sequence is typically selected from a collection of at least 10 to 20 immunoglobulin variable region sequences, and usually will have the highest homology to the donor immunoglobulin sequence of any sequence in the collection. The human immunoglobulin framework sequence will typically have about 65 to 70% homology or more to the donor immunoglobulin framework sequences. The donor immunoglobulin may be either a heavy chain or light chain, and the human collection will contain the same kind of chain. A humanized light and heavy chain can be used to form a complete humanized immunoglobulin or antibody, having two light/heavy chain pairs, with or without partial or full-length human constant regions.

To form the humanized variable region, amino acids in the human acceptor sequence will be replaced by the corresponding amino acids from the donor sequence if they are in the category

(1) the amino acid is in a CDR.

In another embodiment of the present invention, either in conjunction with the above comparison step or separately, additional amino acids in the acceptor immunoglobulin

5,693,762

3

chain may be replaced with amino acids from the CDR-donor immunoglobulin chain. More specifically, further optional substitutions of a human framework amino acid of the acceptor immunoglobulin with the corresponding amino acid from a donor immunoglobulin will be made at positions which fall in one or more of the following categories:

(2) the amino acid in the human framework region of the acceptor immunoglobulin is rare for that position and the corresponding amino acid in the donor immunoglobulin is common for that position in human immunoglobulin sequences; or

(3) the amino acid is immediately adjacent to one of the CDR's; or

(4) the amino acid is predicted to be within about 3Å of the CDR's in a three-dimensional immunoglobulin model and capable of interacting with the antigen or with the CDR's of the donor or humanized immunoglobulin.

Moreover, an amino acid in the acceptor sequence may optionally be replaced with an amino acid typical for human sequences at that position if

(5) the amino acid in the acceptor immunoglobulin is rare for that position and the corresponding amino acid in the donor immunoglobulin is also rare, relative to other human sequences.

The humanized immunoglobulin chain will typically comprise at least about 3 amino acids from the donor immunoglobulin in addition to the CDR's, usually at least one of which is immediately adjacent to a CDR in the donor immunoglobulin. The heavy and light chains may each be designed by using any one or all three of the position criteria.

When combined into an intact antibody, the humanized light and heavy chains of the present invention will be substantially non-immunogenic in humans and retain substantially the same affinity as the donor immunoglobulin to the antigen (such as a protein or other compound containing an epitope). These affinity levels can vary from about $10^8$ $M^{-1}$ or higher, and may be within about 4 fold, preferably within about 2 fold of the donor immunoglobulin. Ideally, the humanized antibodies will exhibit affinity levels at least about 60 to 90% of the donor immunoglobulin's original affinity to the antigen.

Once designed, the immunoglobulins, including binding fragments and other immunoglobulin forms, of the present invention may be produced readily by a variety of recombinant DNA or other techniques. Preferably, polynucleotides encoding the desired amino acid sequences are produced synthetically and by joining appropriate nucleic acid sequences, with ultimate expression in transfected cells. Notably, the methods of the present invention maximize the likelihood of producing humanized immunoglobulins with optimum binding characteristics without the need for producing intermediate forms that may display stepwise improvements in binding affinity. The humanized immunoglobulins will be particularly useful in treating human disorders susceptible to monoclonal antibody therapy, but find a variety of other uses as well.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1A and FIG. 1B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:1 and 2) and heavy chain (B) (SEQ ID NOS:3 and 4) variable regions of the mouse anti-Tac antibody (upper lines), compared with the human Eu antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the Eu antibody framework replaced with mouse

4

amino acids in the humanized antibody are double underlined. The number of the first position on each line is given on the left.

FIG. 2A and FIG. 2B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:46 and 47) and heavy chain (B) (SEQ ID NOS:48 AND 49) variable regions of the mouse Fd79 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 3A and FIG. 3B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:50 and 51) and heavy chain (B) (SEQ ID NOS:52 and 53) variable regions of the mouse Fd138–80 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 4A and FIG. 4B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:54 and 55) and heavy chain (B) (SEQ ID NOS:56 and 57) variable regions of the mouse M195 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 5A and FIG. 5B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:58 and 59) and heavy chain (B) (SEQ ID NOS:60 and 61) variable regions of the mouse mik-β1 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 6A and FIG. 6B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:62 and 63) and heavy chain (B) (SEQ ID NOS:64 and 65) variable regions of the mouse CMV5 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 7A through FIG. 7D. Fluorocytometry of HUT-102 and Jurkat cells stained with anti-Tac antibody or humanized anti-Tac antibody followed respectively by fluorescein-conjugated goat anti-mouse Ig antibody or goat anti-human Ig antibody, as labeled. In each panel, the dotted curve shows the results when the first antibody was omitted, and the solid curve the results when the first and second (conjugated) antibodies were included as described.

FIG. 8A and FIG. 8B. (A) Fluorocytometry of HUT-102 cells stained with 0–40 ng of anti-Tac as indicated, then with biotinylated anti-Tac, and then with phycoerythrin-conjugated avidin. (B) Fluorocytometry of HUT-102 cells stained with the indicated antibody, then with biotinylated anti-Tac, and then with phycoerythrin-conjugated avidin.

5,693,762

7

dhfr genes; a 630-bp fragment containing the human cytomegalovirus IE1 gene promoter and enhancer (Boshart et al., *Cell* 41, 521 (1985), which is incorporated herein by reference) flanked at the 5' and 3' ends by EcoRI and XbaI linkers respectively; and a 2800 bp XbaI-BamHI fragment containing the human gamma-1 constant region gene with 215 bp of the preceding intron and the poly(A) signal. The plasmid pVk was similarly constructed, with a 1530-bp human kappa constant region gene replacing the gamma-1 gene and the gpt gene replacing the dhfr gene. The plasmids were constructed from the indicated parts using methods well-known in the art (see, Maniatis et al., *Molecular Cloning: A Laboratory Manual*, 2nd ed., Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y. (1989) and commonly assigned PCT Publication No. WO 89/09622, published Oct. 19, 1989. For example, pVg1-dhfr was constructed from the plasmid pVg1 by replacing the Hind III-Bgl II fragment containing the hyg gene with a 660 bp fragment containing the dhfr gene and extending to a Bgl II site (Simonsen et al., *Proc. Natl. Acad. Sci. USA* 80, 2495 (1983)).

FIG. 25. Fluorocytometry of YTJB cells stained with (———) Isotype matched control antibody, (——) humanized mik-β1 antibody. (...) chimeric mik-β1 antibody. Cells were suspended in FACS buffer (PBS+2% BSA+0.1% azide) at approximately $5\times10^6$ml. 100 ul of cell suspension was transferred to a polystyrene tube and incubated with 100 ng of purified antibody on ice for 30 min. The cells were washed with FACS buffer and incubated with goat anti-human Ig antibody on ice for another 30 min. Then the cells were washed and incubated with FITC labeled rabbit anti-goat Ig antibody for 30 min. The cells were washed again and finally resuspended in PBS+1% paraformaldehyde. Cells were analyzed on a FACSmate (Becton Dickinson).

FIG. 26A and FIG. 26B. Amino acid sequences of the light chain (A) (SEQ ID NOS:34 and 35) and the heavy chain (B) (SEQ ID NOS:36 and 37) of the humanized mik-β1 antibody, (lower lines) and human Lay antibody (upper lines), not including signal sequences. The three CDRs in each chain are underlined. Amino acids in the framework that have been replaced with mouse amino acids or consensus human amino acids in the humanized antibody are double underlined.

FIG. 27A and FIG. 27B. Oligonucleotides used in the construction of the humanized mik-β1 heavy chain (B) (SEQ ID NOS:42, 43, 44, and 45) and light chain (A) (SEQ ID NOS:38, 39, 40, and 41). The following pairs of oligonucleotides were mixed, extended with sequenase and cut with the indicated enzymes before ligation into the pBluescriptII ks (+) vector: wps54 and vc11 with Xba I and Sal I, vc12 and wps57 with Xba I and Sal I, vc16 and vc13 with Xba I and Kpn I, vc14 and vc15 with Xba I and Kpn I. Then the wps54-vc11 and vc12-wps57 fragments were excised with Xba I and Sal I ligated together into the Xba I site of pVg1-dhfr; and the vc16-vc13 fragments and vc14-vc15 fragments were excised with Xba I and Kpn I and ligated together into the Xba I site of pVk.

FIG. 28. Competitive binding of labeled mik-β1 tracer to YTJB cells. About $10^6$ YTJB cells were incubated with 3.0 ng of radio-iodinated mouse mik-β1 antibody (6 μCi/μg) and varying amounts of either unlabeled mouse mik-β1 antibody (●) or humanized mik-β1 antibody (○) in 200 ul of binding buffer (PBS+10% fetal calf serum+0.1% NaN₃+10 μg/ml mouse monoclonal Ig). After incubation for 2 hr at 0° C. the cells were washed twice with binding buffer without mouse Ig and collected by centrifugation. The radioactivity bound to cells was measured and expressed as the ratio of bound/ free cpm.

8

FIG. 29. Inhibition of IL-2 stimulated proliferation of human PHA blasts by humanized mik-β1+humanized anti-Tac antibodies. No antibody added (□), 2 ug each of humanized mik-β1 and humanized anti-Tac added (■).

FIG. 30A through FIG. 30D. Amino acid sequences of the heavy chain (A) (SEQ ID NOS:48 and 49) and the light chain (B) (SEQ ID NOS:46 and 47) of the murine and humanized Fd79 antibodies, and the heavy chain (C) (SEQ ID NOS:52 and 53) and the light chain (D) (SEQ ID NOS:50 and 51) of the murine and humanized Fd138–80 antibodies. The sequences of the murine antibody as deduced from the cDNA (upper lines) are shown aligned with the humanized antibody sequences (lower lines). The humanized Fd79 and Fd138–80 framework sequences are derived from Pom antibody and Eu antibody, respectively. Residues are numbered according to the Kabat system (E. A. Kabat et al., Sequences of Proteins of Immunological Interest (National Institutes of Health, Bethesda, Md.) (1987). The three CDRs in each chain are boxed. Residues in the Pom or Eu framework that have been replaced with murine sequences or consensus human sequences are underlined.

FIG. 31A and FIG. 31B. Fluorocytometry of HSV-1 infected Vero cells stained with Fd79 (A) and Fd138–80 (B) antibodies. ( . . ) Isotype matched control antibody, ( . . . ) humanized antibody, (——) chimeric antibody. Vero cells were infected with HSV-1 (Δ305 mutant (F strain)) at 3 pfu/cell overnight. Cells were trypsinized at 0.5 mg/ml for 1 minute, washed extensively with PBS and resuspended in FACS buffer (PBS+2% BSA+0.1% azide) at approximately $5\times10^6$/ml. 100 ul of cell suspension was transferred to a polystyrene tube and incubated with 100 ng of purified antibody on ice for 30 min. The cells were washed with FACS buffer and incubated with FITC labeled goat anti-human antibody (Cappel) on ice for another 30 min. The cells were washed again and finally resuspended in PBS+1% paraformaldehyde. Cells were analyzed on a FACSmate (Becton Dickinson).

FIG. 32A and FIG. 32B. Neutralization of HSV-1 by Fd79 (A) and Fd138–80 (B). Serial dilutions of antibodies were mixed with 100 pfu of virus and incubated at 37° C. for 1 hr. The viruses were then inoculated onto 6-well plates with confluent Vero cells and adsorbed at 37° C. for 1 hr. Cells were overlayed with 1% agarose in medium and incubated for 4 days. Plaques were stained with neutral red.

FIG. 33A and FIG. 33B. Immunostaining of infected Vero cell monolayers to examine protection of cells from viral spread in tissue culture by (A) murine or humanized Fd79, (B) murine or humanized Fd138–80. 24-well plates of confluent Vero cells were inoculated with virus at 0.1 pfu/cell and allowed to adsorb for 2 hrs. at 37° C. before adding 200 ul of 10 ug/ml antibodies in medium. At the end of 4 days, culture medium was removed and plates were dried by placing overnight in a 37° C. incubator. To detect viral antigens, each well was incubated with 200 ul of anti-gB antibody at 0.5 ug/ml for 1 hr. at 37° C., washed twice and incubated with 200 ul of peroxidase conjugated goat anti-mouse IgG (Cappel, 1:300 dilution) for 1 hr. at 37° C. The plates were washed and then developed with the substrate 3-amino-9-ethyl-carbazole (AEC) (Sigma, St. Louis, Mo.) for 15 minutes at room temperature. Reaction was stopped by rinsing with water and air dried.

FIG. 34A and FIG. 34B. Sequences of the cDNA and translated amino acid sequences of the light chain (A) (SEQ ID NOS:66 and 67) and heavy chain (B) (SEQ ID NOS:68 and 69) variable regions of the antibody M195. The CDR sequences are underlined. The mature light chain protein

5,693,762

9

begins with amino acid 21 D and the mature heavy chain protein with amino acid 20 E, preceded by the respective signal sequences.

FIG. 35. Fluorocytometry of U937 cells stained with (. .) no antibody, (...) humanized M195 antibody, (—) chimeric M195 antibody. Cells were suspended in FACS buffer (PBS+2% FCS+0.1% azide) at approximately $5\times10^6$/ml. 100 ul of cell suspension was transferred to a polystyrene tube and incubated with 50 ng of purified antibody on ice for 30 min. The cells were washed with FACS buffer and incubated with FITC labeled goat anti-human Ig antibody on ice for another 30 min. The cells were washed again and finally resuspended in PBS+1% paraformaldehyde. Cells were analyzed on a FACSmate (Becton Dickinson).

FIG. 36A and FIG. 36B. Amino acid sequences of the light chain (A) (SEQ ID NOS:70 and 71) and the heavy chain (B) (SEQ ID NOS:72 and 73) of the humanized M195 antibody (lower lines) and human Eu antibody (upper lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the framework that have been replaced with mouse amino acids in the humanized antibody are double underlined.

FIG. 37A and FIG. 37B. Oligonucleotides used in the construction of the humanized M195 heavy chain (A; ma1-4) (SEQ ID NOS:74, 75, 76, and 77) and light chain (B; ma5–8) (SEQ ID NOS:78, 79, 80, and 81). The following pairs of oligonucleotides were mixed, extended with Klenow polymerase and cut with the indicated enzymes before ligation into pUC18: ma1 and ma2 with Xba I and Kpn I, ma3 and ma4 with Xba I and Kpn I, ma5 and ma6 with Xba I and Hind III, ma7 and ma8 with Xba I and Hind III. Then the ma1-ma2 and ma3-ma4 fragments were excised from pUC18 with Xba I and kpn I and ligated together into the Xba I site of pVg1-dhfr; and the ma5-ma6 and ma7-ma8 fragments were excised with Xba I and Hind III and ligated together into the Xba I site of pVk.

FIG. 38. Competitive binding of labeled M195 tracer to U937 cells. About $4\times10^5$ U937 cells were incubated with 4.5 ng of radio-iodinated mouse M195 antibody (6 μci/μg) and varying amounts of either unlabeled mouse M195 antibody (●) or humanized M195 antibody (○) in 200 ul of binding buffer (PBS+2% fetal calf serum+0.1% sodium azide). After incubation for 2 hr at 0° C., the cells were washed twice with binding buffer and collected by centrifugation. The radioactivity bound to cells was measured and is expressed as the ratio of bound/free cpm.

FIG. 39A and FIG. 39B. Sequences of the cDNA and translated amino acid sequences of the light chain (A) (SEQ ID NOS:82 and 83) and heavy chain (B) (SEQ ID NOS:84 and 85) variable regions of the antibody CMV5. The CDR sequences are underlined. The start of the mature protein sequences are indicated by arrows, preceded by the respective signal sequences.

FIG. 40A and FIG. 40B. Amino acid sequences of the light chain (A) (SEQ ID NOS:86 and 87) and the heavy chain (B) (SEQ ID NOS:88 and 89) of the humanized CMV5 antibody (lower lines) and human Wol antibody (upper lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the framework replaced with mouse amino acids or typical human amino acids in the humanized antibody are double underlined.

FIG. 41A and FIG. 41B. Oligonucleotides used in the construction of the humanized CMV5 light chain (A; jb16-jb19) (SEQ ID NOS:90, 91, 92, and 93) and heavy chain (B; jb20-jb22) (SEQ ID NOS:94, 95, 96, and 97). The following

10

pairs of oligonucleotides were mixed, extended with Klenow polymerase and cut with the indicated enzymes before ligation into pUC18: jb16 and jb17 with Xba I and EcoR I, jb18 and jb19 with Xba I and EcoR I, jb20 and jb21 with Xba I and Kpn I, jb22 and jb23 with Xba I and Kpn I. Then the jb16-jb17 and jb18-jb19 fragments were excised with Xba I and Mlu I and ligated together into the Xba I site of pVk; and the jb20-jb21 and jb22-jb23 fragments were excised with Xba I and Kpn I and ligated together into the Xba I site of pVg1-dhfr.

FIG. 42. Competitive binding of labeled CMV5 tracer to CMV-infected cells. Increasing amounts of mouse (●) or humanized (○) CMV5 antibody was added to CMV-infected HEL cells with tracer radio-iodinated mouse CMV5, and the amount of tracer bound to the cells was determined.

FIG. 43A and FIG. 43B. Sequences of the cDNA and translated amino acid sequences of the light chain (A) (SEQ ID NOS:98 and 99) and heavy chain (B) (SEQ ID NOS:100 and 101) variable regions of the antibody AF2. The CDR sequences are underlined. The mature light chain protein begins with amino acid 30 N and the mature heavy chain protein with amino acid 36 Q, preceded by the respective signal sequences.

FIG. 44A and FIG. 44B. Amino acid sequences of the light chain (A) (SEQ ID NOS:102 and 103) and the heavy chain (B) (SEQ ID NOS:104 and 105) of the humanized AF2 antibody (lower lines) and human Eu antibody (upper lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the framework that have been replaced with mouse amino acids or typical human amino acids in the humanized antibody are double underlined.

FIG. 45A and FIG. 45B. Oligonucleotides used in the construction of the humanized AF2 light chain (A; rh10-rh13) (SEQ ID NOS:106, 107, 108, and 109) and heavy chain (B; rh20–23) (SEQ ID NOS:110, 111, 112, and 113). The following pairs of oligonucleotides were mixed, extended with Klenow polymerase and cut with the indicated enzymes before ligation into pUC18: rh10 and rh11 with Xba I and Hind III, rh12 and rh13 with Xba I and Hind III, rh20 and rh21 with Xba I and EcoR I, rh22 and rh23 with Xba I and EcoR I. Then the rh10-rh11 and rh12-rh13 fragments were excised with Xba I and Hind III and ligated together into then Xba I site of pVk; and the rh20-rh21 and rh22-rh23 fragments were excised with Xba I and Xho I and ligated together into the Xba I site of pVg1-dhfr.

FIG. 46. Fluorescence of HS294T cells incubated with γ-IFN plus varying concentrations of mouse AF2 antibody, and stained with an anti-HLA-D antibody.

## DETAILED DESCRIPTION OF THE INVENTION

In accordance with the present invention, novel means of designing humanized immunoglobulins capable of specifically binding to a predetermined antigen with strong affinity are provided. These improved methods produce immunoglobulins that are substantially non-immunogenic in humans but have binding affinities of at least about $10^8$ $M^{-1}$, preferably $10^9$ $M^{-1}$ to $10^{10}$ $M^{-1}$, or stronger. The humanized immunoglobulins will have a human framework and have one or more complementary determining regions (CDR's), plus a limited number of other amino acids, from a donor immunoglobulin specifically reactive with an antigen. These humanized immunoglobulins can be produced economically in large quantities and find use, for example, in the treatment of various human disorders by a variety of techniques.

5,693,762

11

In order that the invention may be more completely understood, several definitions are set forth. As used herein, the term "immunoglobulin" refers to a protein consisting of one or more polypeptides substantially encoded by immunoglobulin genes. The recognized immunoglobulin genes include the kappa, lambda, alpha, gamma ($IgG_1$, $IgG_2$, $IgG_3$, $IgG_4$), delta, epsilon and mu constant region genes, as well as the myriad immunoglobulin variable region genes. Full-length immunoglobulin "light chains" (about 25 Kd or 214 amino acids) are encoded by a variable region gene at the NH2-terminus (about 110 amino acids) and a kappa or lambda constant region gene at the COOH-terminus. Full-length immunoglobulin "heavy chains" (about 50 Kd or 446 amino acids), are similarly encoded by a variable region gene (about 116 amino acids) and one of the other aforementioned constant region genes, e.g., gamma (encoding about 330 amino acids).

One form of immunoglobulin constitutes the basic structural unit of an antibody. This form is a tetramer and consists of two identical pairs of immunoglobulin chains, each pair having one light and one heavy chain. In each pair, the light and heavy chain variable regions are together responsible for binding to an antigen, and the constant regions are responsible for the antibody effector functions. In addition to antibodies, immunoglobulins may exist in a variety of other forms including, for example, Fv, Fab, and $(Fab')_2$, as well as bifunctional hybrid antibodies (e.g., Lanzavecchia et al., *Eur. J. Immunol.* 17, 105 (1987)) and in single chains (e.g., Huston et al., *Proc. Natl. Acad. Sci. U.S.A.*, 85, 5879–5883 (1988) and Bird et al., *Science*, 242, 423–426 (1988)), which are incorporated herein by reference). (See, generally, Hood et al., "Immunology", Benjamin, N.Y., 2nd ed. (1984), and Hunkapiller and Hood, *Nature*, 323, 15–16 (1986), which are incorporated herein by reference).

An immunoglobulin light or heavy chain variable region consists of a "framework" region interrupted by three hypervariable regions, also called CDR's. The extent of the framework region and CDR's have been precisely defined (see, "Sequences of Proteins of Immunological Interest," E. Kabat et al., U.S. Department of Health and Human Services, (1983); which is incorporated herein by reference). The sequences of the framework regions of different light or heavy chains are relatively conserved within a species. As used herein, a "human framework region" is a framework region that is substantially identical (about 85% or more, usually 90–95% or more) to the framework region of a naturally occurring human immunoglobulin. The framework region of an antibody, that is the combined framework regions of the constituent light and heavy chains, serves to position and align the CDR's. The CDR's are primarily responsible for binding to an epitope of an antigen.

Chimeric antibodies are antibodies whose light and heavy chain genes have been constructed, typically by genetic engineering, from immunoglobulin variable and constant region genes belonging to different species. For example, the variable segments of the genes from a mouse monoclonal antibody may be joined to human constant segments, such as gamma 1 and gamma 3. A typical therapeutic chimeric antibody is thus a hybrid protein composed of the variable or antigen-binding domain from a mouse antibody and the constant or effector domain from a human antibody (e.g., A.T.C.C. Accession No. CRL 9688 secretes an anti-Tac chimeric antibody), although other mammalian species may be used.

As used herein, the term "humanized" immunoglobulin refers to an immunoglobulin comprising a human framework region and one or more CDR's from a non-human

12

(usually a mouse or rat) immunoglobulin. The non-human immunoglobulin providing the CDR's is called the "donor" and the human immunoglobulin providing the framework is called the "acceptor" Constant regions need not be present, but if they are, they must be substantially identical to human immunoglobulin constant regions, i.e., at least about 85–90%, preferably about 95% or more identical. Hence, all parts of a humanized immunoglobulin, except possibly the CDR's, are substantially identical to corresponding parts of natural human immunoglobulin sequences. A "humanized antibody" is an antibody comprising a humanized light chain and a humanized heavy chain immunoglobulin. For example, a humanized antibody would not encompass a typical chimeric antibody as defined above, e.g., because the entire variable region of a chimeric antibody is non-human. One says that the donor antibody has been "humanized", by the process of "humanization", because the resultant humanized antibody is expected to bind to the same antigen as the donor antibody that provides the CDR's.

It is understood that the humanized antibodies designed by the present method may have additional conservative amino acid substitutions which have substantially no effect on antigen binding or other immunoglobulin functions. By conservative substitutions is intended combinations such as gly, ala; val, ile, leu; asp, glu; asn, gln; ser, thr; lys, arg; and phe, tyr.

Humanized immunoglobulins, including humanized antibodies, have been constructed by means of genetic engineering. Most humanized immunoglobulins that have been previously described (Jones et al., op. cit.; Verhoeyen et al., op. cit.; Riechmann et al., op. cit.) have comprised a framework that is identical to the framework of a particular human immunoglobulin chain, the acceptor, and three CDR's from a non-human donor immunoglobulin chain. In one case (Riechmann et al., op. cit.), two additional amino acids in the framework were changed to be the same as amino acids in other human framework regions. The present invention includes criteria by which a limited number of amino acids in the framework of a humanized immunoglobulin chain are chosen to be the same as the amino acids at those positions in the donor rather than in the acceptor, in order to increase the affinity of an antibody comprising the humanized immunoglobulin chain.

The present invention is based in part on the model that two contributing causes of the loss of affinity in prior means of producing humanized antibodies (using as examples mouse antibodies as the source of CDR's) are:

(1) When the mouse CDR's are combined with the human framework, the amino acids in the framework close to the CDR's become human instead of mouse. Without intending to be bound by theory, we believe that these changed amino acids may slightly distort the CDR's, because they create different electrostatic or hydrophobic forces than in the donor mouse antibody, and the distorted CDR's may not make as effective contacts with the antigen as the CDR's did in the donor antibody;

(2) Also, amino acids in the original mouse antibody that are close to, but not part of, the CDR's (i.e., still part of the framework), may make contacts with the antigen that contribute to affinity. These amino acids are lost when the antibody is humanized, because all framework amino acids are made human.

To avoid these problems, and to produce humanized antibodies that have a very strong affinity for a desired antigen, the present invention uses one or more of the following principles for designing humanized immunoglo-

5,693,762

13

bulins. Also, the criteria may be used singly, or when necessary in combination, to achieve the desired affinity or other characteristics.

A principle is that as acceptor, a framework is used from a particular human immunoglobulin that is unusually homologous to the donor immunoglobulin to be humanized, or use a consensus framework from many human antibodies. For example, comparison of the sequence of a mouse heavy (or light) chain variable region against human heavy (or light) variable regions in a data bank (for example, the National Biomedical Research Foundation Protein Identification Resource) shows that the extent of homology to different human regions varies greatly, typically from about 40% to about 60–70%. By choosing as the acceptor immunoglobulin one of the human heavy (respectively light) chain variable regions that is most homologous to the heavy (respectively light) chain variable region of the donor immunoglobulin, fewer amino acids will be changed in going from the donor immunoglobulin to the humanized immunoglobulin. Hence, and again without intending to be bound by theory, it is believed that there is a smaller chance of changing an amino acid near the CDR's that distorts their conformation. Moreover, the precise overall shape of a humanized antibody comprising the humanized immunoglobulin chain may more closely resemble the shape of the donor antibody, also reducing the chance of distorting the CDR's.

Typically, one of the 3–5 most homologous heavy chain variable region sequences in a representative collection of at least about 10 to 20 distinct human heavy chains will be chosen as acceptor to provide the heavy chain framework, and similarly for the light chain. Preferably, one of the 1–3 most homologous variable regions will be used. The selected acceptor immunoglobulin chain will most preferably have at least about 65% homology in the framework region to the donor immunoglobulin.

In many cases, it may be considered preferable to use light and heavy chains from the same human antibody as acceptor sequences, to be sure the humanized light and heavy chains will make favorable contacts with each other. In this case, the donor light and heavy chains will be compared only against chains from human antibodies whose complete sequence is known, e.g., the Eu, Lay, Pom, Wol, Sie, Gal, Ou and WEA antibodies (Kabat et al., op. cit.; occasionally, the last few amino acids of a human chain are not known and must be deduced by homology to other human antibodies). The human antibody will be chosen in which the light and heavy chain variable regions sequences, taken together, are overall most homologous to the donor light and heavy chain variable region sequences. Sometimes greater weight will be given to the heavy chain sequence. The chosen human antibody will then provide both light and heavy chain acceptor sequences. In practice, it is often found that the human Eu antibody will serve this role.

Regardless of how the acceptor immunoglobulin is chosen, higher affinity may be achieved by selecting a small number of amino acids in the framework of the humanized immunoglobulin chain to be the same as the amino acids at those positions in the donor rather than in the acceptor. A second principle is that the following categories define what amino acids may be selected from the donor. Preferably, at many or all amino acid positions in one of these categories, the donor amino acid will in fact be selected.

Category 1: The amino acid position is in a CDR as defined by Kabat et al., op. cit.

Category 2: If an amino acid in the framework of the human acceptor immunoglobulin is unusual (i.e., "rare",

14

which as used herein indicates an amino acid occurring at that position in less than about 20% but usually less than about 10% of human heavy (respectively light) chain V region sequences in a representative data bank), and if the donor amino acid at that position is typical for human sequences (i.e., "common", which as used herein indicates an amino acid occurring in more than about 25% but usually more than about 50% of sequences in a representative data bank), then the donor amino acid rather than the acceptor may be selected. This criterion helps ensure that an atypical amino acid in the human framework does not disrupt the antibody structure. Moreover, by replacing an unusual amino acid with an amino acid from the donor antibody that happens to be typical for human antibodies, the humanized antibody may be made less immunogenic.

All human light and heavy chain variable region sequences are respectively grouped into "subgroups" of sequences that are especially homologous to each other and have the same amino acids at certain critical positions (Kabat et al., op. cit.). When deciding whether an amino acid in a human acceptor sequence is "rare" or "common" among human sequences, it will often be preferable to consider only those human sequences in the same subgroup as the acceptor sequence.

Category 3: In the positions immediately adjacent to one or more of the 3 CDR's in the primary sequence of the humanized immunoglobulin chain, the donor amino acid(s) rather than acceptor amino acid may be selected. These amino acids are particularly likely to interact with the amino acids in the CDR's and, if chosen from the acceptor, to distort the donor CDR's and reduce affinity. Moreover, the adjacent amino acids may interact directly with the antigen (Amit et al., *Science*, 233, 747–753 (1986), which is incorporated herein by reference) and selecting these amino acids from the donor may be desirable to keep all the antigen contacts that provide affinity in the original antibody.

Category 4: A 3-dimensional model, typically of the original donor antibody, shows that certain amino acids outside of the CDR's are close to the CDR's and have a good probability of interacting with amino acids in the CDR's by hydrogen bonding, Van der Waals forces, hydrophobic interactions, etc. At those amino acid positions, the donor immunoglobulin amino acid rather than the acceptor immunoglobulin amino acid may be selected. Amino acids according to this criterion will generally have a side chain atom within about 3 angstrom units of some atom in the CDR's and must contain an atom that could interact with the CDR atoms according to established chemical forces, such as those listed above.

In the case of atoms that may form a hydrogen bond, the 3 angstroms is measured between their nuclei, but for atoms that do not form a bond, the 3 angstroms is measured between their Van der Waals surfaces. Hence, in the latter case, the nuclei must be within about 6 angstroms (3+sum of the Van der Waals radii) for the atoms to be considered capable of interacting. In many cases the nuclei will be from 4 or 5 to 6A apart. In determining whether an amino acid can interact with the CDRs, it is preferred not to consider the last 8 amino acids of heavy chain CDR 2 as part of the CDRs, because from the viewpoint of structure, these 8 amino acids behave more as part of the framework.

Amino acids in the framework that are capable of interacting with amino acids in the CDR's, and which therefore belong to Category 4, may be distinguished in another way. The solvent accessible surface area of each framework amino acid is calculated in two ways: (1) in the intact

5,693,762

15

antibody, and (2) in a hypothetical molecule consisting of the antibody with its CDRs removed. A significant difference between these numbers of about 10 square angstroms or more shows that access of the framework amino acid to solvent is at least partly blocked by the CDRs, and therefore that the amino acid is making contact with the CDRs. Solvent accessible surface area of an amino acid may be calculated based on a 3-dimensional model of an antibody, using algorithms known in the art (e.g., Connolly, *J. Appl. Cryst.* 16, 548 (1983) and Lee and Richards, *J. Mol. Biol.* 55, 379 (1971), both of which are incorporated herein by reference). Framework amino acids may also occasionally interact with the CDR's indirectly, by affecting the conformation of another framework amino acid that in turn contacts the CDR's.

The amino acids at several positions in the framework are known to be capable of interacting with the CDRs in many antibodies (Chothia and Lesk, *J. Mol. Biol.* 196, 901 (1987), Chothia et al., *Nature* 342, 877 (1989), and Tramontano et al., *J. Mol. Biol.* 215, 175 (1990), all of which are incorporated herein by reference), notably at positions 2, 48, 64 and 71 of the light chain and 26–30, 71 and 94 of the heavy chain (numbering according to Kabat, op. cit.), and therefore these amino acids will generally be in Category 4. Typically, humanized immunoglobulins, of the present invention will include donor amino acids (where different) in category 4 in addition to these. The amino acids at positions 35 in the light chain and 93 and 103 in the heavy chain are also likely to interact with the CDRs. At all these numbered positions, choice of the donor amino acid rather than the acceptor amino acid (when they differ) to be in the humanized immunoglobulin is preferred. On the other hand, certain positions that may be in Category 4 such as the first 5 amino acids of the light chain may sometimes be chosen from the acceptor immunoglobulin without loss of affinity in the humanized immunoglobulin.

Chothia and Lesk (op. cit.) define the CDRs differently from Kabat et al. (op. cit.). Notably, CDR1 is defined as including residues 26–32. Accordingly, Riechmann et al., (op. cit.) chose these amino acids from the donor immunoglobulins.

Computer programs to create models of proteins such as antibodies are generally available and well known to those skilled in the art (see, Levy et al., *Biochemistry*, 28, 7168–7175 (1989); Bruccoleri et al., *Nature*, 335, 564–568 (1988); Chothia et al., *Science*, 233, 755–758 (1986), all of which are incorporated herein by reference). These do not form part of the invention. Indeed, because all antibodies have similar structures, the known antibody structures, which are available from the Brookhaven Protein Data Bank, can be used if necessary as rough models of other antibodies. Commercially available computer programs can be used to display these models on a computer monitor, to calculate the distance between atoms, and to estimate the likelihood of different amino acids interacting (see, Ferrin et al., *J. Mol. Graphics*, 6, 13–27 (1988)).

In addition to the above categories, which describe when an amino acid in the humanized immunoglobulin may be taken from the donor, certain amino acids in the humanized immunoglobulin may be taken from neither the donor nor acceptor, if then fall in:

Category 5: If the amino acid at a given position in the donor immunoglobulin is "rare" for human sequences, and the amino acid at that position in the acceptor immunoglobulin is also "rare" for human sequences, as defined above, then the amino acid at that position in the humanized

16

immunoglobulin may be chosen to be some amino acid "typical" of human sequences. A preferred choice is the amino acid that occurs most often at that position in the known human sequences belonging to the same subgroup as the acceptor sequence.

Humanized antibodies generally have at least three potential advantages over mouse or in some cases chimeric antibodies for use in human therapy:

1) Because the effector portion is human, it may interact better with the other parts of the human immune system (e.g., destroy the target cells more efficiently by complement-dependent cytotoxicity (CDC) or antibody-dependent cellular cytotoxicity (ADCC)).

2) The human immune system should not recognize the framework or constant region of the humanized antibody as foreign, and therefore the antibody response against such an injected antibody should be less than against a totally foreign mouse antibody or a partially foreign chimeric antibody.

3) Injected mouse antibodies have been reported to have a half-life in the human circulation much shorter than the half-life of normal antibodies (D. Shaw et al., *J. Immunol.*, 138, 4534–4538 (1987)). Injected humanized antibodies will presumably have a half-life more similar to naturally occurring human antibodies, allowing smaller and less frequent doses to be given.

In one aspect, the present invention is directed to designing humanized immunoglobulins that are produced by expressing recombinant DNA segments encoding the heavy and light chain CDR's from a donor immunoglobulin capable of binding to a desired antigen, such as the human IL-2 receptor, attached to DNA segments encoding acceptor human framework regions. Exemplary DNA sequences designed in accordance with the present invention code for the polypeptide chains comprising heavy and light chain CDR's with substantially human framework regions shown in FIG. 1A through FIG. 6B. Due to codon degeneracy and non-critical amino acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below. In general, the criteria of the present invention find applicability to designing substantially any humanized immunoglobulin.

The DNA segments will typically further include an expression control DNA sequence operably linked to the humanized immunoglobulin coding sequences, including naturally-associated or heterologous promoter regions. Preferably, the expression control sequences will be eukaryotic promoter systems in vectors capable of transforming or transfecting eukaryotic host cells, but control sequences for prokaryotic hosts may also be used. Once the vector has been incorporated into the appropriate host, the host is maintained under conditions suitable for high level expression of the nucleotide sequences, and, as desired, the collection and purification of the humanized light chains, heavy chains, light/heavy chain dimers or intact antibodies, binding fragments or other immunoglobulin forms may follow (see, S. Beychok, *Cells of Immunoglobulin Synthesis*, Academic Press, N.Y., (1979), which is incorporated herein by reference).

Human constant region DNA sequences can be isolated in accordance with well known procedures from a variety of human cells, but preferably immortalized B-cells (see, Kabat op. cit. and WP87/02671). The CDR's for producing the immunoglobulins of the present invention will be similarly derived from monoclonal antibodies capable of binding to the predetermined antigen, such as the human IL-2 receptor,

5,693,762

17

and produced by well known methods in any convenient mammalian source including, mice, rats, rabbits, or other vertebrates, capable of producing antibodies. Suitable source cells for the constant region and framework DNA sequences, and host cells for immunoglobulin expression and secretion, can be obtained from a number of sources, such as the American Type Culture Collection ("Catalogue of Cell Lines and Hybridomas," sixth edition (1988) Rockville, Md., U.S.A., which is incorporated herein by reference).

In addition to the humanized immunoglobulins specifically described herein, other "substantially homologous" modified immunoglobulins to the native sequences can be readily designed and manufactured utilizing various recombinant DNA techniques well known to those skilled in the art. For example, the framework regions can vary specifically from the sequences in FIG. 1A through FIG. 6B at the primary structure level by several amino acid substitutions, terminal and intermediate additions and deletions, and the like. Moreover, a variety of different human framework regions may be used singly or in combination as a basis for the humanized immunoglobulins of the present invention. In general, modifications of the genes may be readily accomplished by a variety of well-known techniques, such as site-directed mutagenesis (see, Gillman and Smith, *Gene*, 8, 81–97 (1979) and S. Roberts et al., *Nature*, 328, 731–734 (1987), both of which are incorporated herein by reference).

Substantially homologous immunoglobulin sequences are those which exhibit at least about 85% homology, usually at least about 90%, and preferably at least about 95% homology with a reference immunoglobulin protein.

Alternatively, polypeptide fragments comprising only a portion of the primary antibody structure may be produced, which fragments possess one or more immunoglobulin activities (e.g., complement fixation activity). These polypeptide fragments may be produced by proteolytic cleavage of intact antibodies by methods well known in the art, or by inserting stop codons at the desired locations in the vectors pVk and pVg1 (FIGS. 9A and 9B) using site-directed mutagenesis, such as after CH1 to produce Fab fragments or after the hinge region to produce (Fab')₂ fragments. Single chain antibodies may be produced by joining VL and VH with a DNA linker (see, Huston et al., op. cit., and Bird et al., op. cit.). Also because like many genes, the immunoglobulin-related genes contain separate functional regions, each having one or more distinct biological activities, the genes may be fused to functional regions from other genes (e.g., enzymes, see, commonly assigned U.S. Pat. No. 5,004,692) to produce fusion proteins (e.g., immunotoxins) having novel properties. The nucleic acid sequences of the present invention capable of ultimately expressing the desired humanized antibodies can be formed from a variety of different polynucleotides (genomic or cDNA, RNA, synthetic oligonucleotides, etc.) and components (e.g., V, J, D, and C regions), as well as by a variety of different techniques. Joining appropriate synthetic and genomic sequences is presently the most common method of production, but cDNA sequences may also be utilized (see, European Patent Publication No. 0239400 and L. Reichmann et al., *Nature*, 332, 323–327 (1988), both of which are incorporated herein by reference).

As stated previously, the DNA sequences will be expressed in hosts after the sequences have been operably linked to (i.e., positioned to ensure the functioning of) an expression control sequence. These expression vectors are typically replicable in the host organisms either as episomes or as an integral part of the host chromosomal DNA.

18

Commonly, expression vectors will contain selection markers, e.g., tetracycline or neomycin, to permit detection of those cells transformed with the desired DNA sequences (see, e.g., U.S. Pat. No. 4,704,362, which is incorporated herein by reference).

*E. coli* is one prokaryotic host useful particularly for cloning the DNA sequences of the present invention. Other microbial hosts suitable for use include bacilli, such as *Bacillus subtilus*, and other enterobacteriaceae, such as *Salmonella*, *Serratia*, and various *Pseudomonas* species. In these prokaryotic hosts, one can also make expression vectors, which will typically contain expression control sequences compatible with the host cell (e.g., an origin of replication). In addition, any number of a variety of well-known promoters will be present, such as the lactose promoter system, a tryptophan (trp) promoter system, a beta-lactamase promoter system, or a promoter system from phage lambda. The promoters will typically control expression, optionally with an operator sequence, and have ribosome binding site sequences and the like, for initiating and completing transcription and translation.

Other microbes, such as yeast, may also be used for expression. Saccharomyces is a preferred host, with suitable vectors having expression control sequences, such as promoters, including 3-phosphoglycerate kinase or other glycolytic enzymes, and an origin of replication, termination sequences and the like as desired.

In addition to microorganisms, mammalian tissue cell culture may also be used to express and produce the polypeptides of the present invention (see, Winnacker, "From Genes to Clones," VCH Publishers, N.Y., N.Y. (1987), which is incorporated herein by reference). Eukaryotic cells are actually preferred, because a number of suitable host cell lines capable of secreting intact immunoglobulins have been developed in the art, and include the CHO cell lines, various COS cell lines, HeLa cells, preferably myeloma cell lines, etc, and transformed B-cells or hybridomas. Expression vectors for these cells can include expression control sequences, such as an origin of replication, a promoter, an enhancer (Queen et al., *Immunol. Rev.*, 89, 49–68 (1986), which is incorporated herein by reference), and necessary processing information sites, such as ribosome binding sites, RNA splice sites, polyadenylation sites, and transcriptional terminator sequences. Preferred expression control sequences are promoters derived from immunoglobulin genes, SV40, Adenovirus, cytomegalovirus, Bovine Papilloma Virus, and the like.

The vectors containing the DNA segments of interest (e.g., the heavy and light chain encoding sequences and expression control sequences) can be transferred into the host cell by well-known methods, which vary depending on the type of cellular host. For example, calcium chloride transfection is commonly utilized for prokaryotic cells, whereas calcium phosphate treatment or electroporation may be used for other cellular hosts. (See, generally, Maniatis et al., Molecular Cloning: A Laboratory Manual, Cold Spring Harbor Press, (1982), which is incorporated herein by reference.)

Once expressed, the whole antibodies, their dimers, individual light and heavy chains, or other immunoglobulin forms of the present invention, can be purified according to standard procedures of the art, including ammonium sulfate precipitation, affinity columns, column chromatography, gel electrophoresis and the like (see, generally, R. Scopes, "Protein Purification", Springer-Verlag, N.Y. (1982)). Substantially pure immunoglobulins of at least about 90 to 95%

5,693,762

**19**

homogeneity are preferred, and 98 to 99% or more homogeneity most preferred, for pharmaceutical uses. Once purified, partially or to homogeneity as desired, the polypeptides may then be used therapeutically (including extracorporeally) or in developing and performing assay procedures, immunofluorescent stainings, and the like. (See, generally, *Immunological Methods*, Vols. I and II, Lefkovits and Pernis, eds., Academic Press, New York, N.Y. (1979 and 1981)).

The antibodies of the present invention will typically find use individually in treating substantially any disease susceptible to monoclonal antibody-based therapy. In particular, the immunoglobulins can be used for passive immunization or the removal of unwanted cells or antigens, such as by complement mediated lysis, all without substantial immune reactions (e.g., anaphylactic shock) associated with many prior antibodies. For example, where the cell linked to a disease has been identified as IL-2 receptor bearing, then humanized antibodies that bind to the human IL-2 receptor are suitable (see, U.S. Ser. No. 085,707, entitled "Treating Human Malignancies and Disorders," which is incorporated herein by reference). For such a humanized immunoglobulin, typical disease states suitable for treatment include graft versus host disease and transplant rejection in patients undergoing an organ transplant, such as heart, lungs, kidneys, liver, etc. Other diseases include autoimmune diseases, such as Type I diabetes, multiple sclerosis, rheumatoid arthritis, systemic lupus erythematosus, and myasthenia gravis.

The method of producing humanized antibodies of the present invention can be used to humanize a variety of donor antibodies, especially monoclonal antibodies reactive with markers on cells responsible for a disease. For example, suitable antibodies bind to antigens on T-cells, such as those grouped into the so-called "Clusters of Differentiation," as named by the First International Leukocyte Differentiation Workshop, Leukocyte Typing, Bernard et al., Eds., Springer-Verlag, N.Y. (1984), which is incorporated herein by reference.

The antibodies of the present invention can also be used as separately administered compositions given in conjunction with chemotherapeutic or immunosuppressive agents. Possible agents include cyclosporin A or a purine analog (e.g., methotrexate, 6-mercaptopurine, or the like), but numerous additional agents (e.g., cyclophosphamide, prednisone, etc.) well-known to those skilled in the art of medicine may also be utilized.

A preferred pharmaceutical composition of the present invention comprises the use of the subject antibodies in immunotoxins. Immunotoxins are characterized by two components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery vehicle," provides a means for delivering the toxic agent to a particular cell type, such as cells comprising a carcinoma. The two components are commonly chemically bonded together by any of a variety of well-known chemical procedures. For example, when the cytotoxic agent is a protein and the second component is an intact immunoglobulin, the linkage may be by way of heterobifunctional cross-linkers, e.g., SPDP, carbodiimide, glutaraldehyde, or the like. Production of various immunotoxins is well-known with the art, and can be found, for example in "Monoclonal Antibody-Toxin Conjugates: Aiming the Magic Bullet," Thorpe et al., *Monoclonal Antibodies in Clinical Medicine*, Academic Press, pp. 168–190 (1982), which is incorporated herein by reference.

**20**

The components may also be linked genetically (see, Chaudhary et al., *Nature* 339, 394 (1989), which is herein incorporated by reference).

A variety of cytotoxic agents are suitable for use in immunotoxins. Cytotoxic agents can include radionuclides, such as Iodine-131 or other isotopes of iodine, Yttrium-90, Rhenium-188, and Bismuth-212 or other alpha emitters; a number of chemotherapeutic drugs, such as vindesine, methotrexate, adriamycin, and cisplatinum; and cytotoxic proteins such as ribosomal inhibiting proteins like pokeweed antiviral protein, Pseudomonas exotoxin A, ricin, diphtheria toxin, ricin A chain, etc., or an agent active at the cell surface, such as the phospholipase enzymes (e.g., phospholipase C). (See, generally, "Chimeric Toxins," Olsnes and Phil, *Pharmac. Ther*, 25, 355–381 (1982), and "Monoclonal Antibodies for Cancer Detection and Therapy," eds. Baldwin and Byers, pp. 159–179, 224–266, Academic Press (1985), all of which are incorporated herein by reference.)

The delivery component of the immunotoxin will include the humanized immunoglobulins of the present invention. Intact immunoglobulins or their binding fragments, such as Fab, are preferably used. Typically, the antibodies in the immunotoxins will be of the human IgM or IgG isotype, but other mammalian constant regions may be utilized as desired.

For diagnostic purposes, the antibodies may either be labeled or unlabeled. Unlabeled antibodies can be used in combination with other labeled antibodies (second antibodies) that are reactive with the humanized antibody, such as antibodies specific for human immunoglobulin constant regions. Alternatively, the antibodies can be directly labeled. A wide variety of labels may be employed, such as radionuclides, fluors, enzymes, enzyme substrates, enzyme co-factors, enzyme inhibitors, ligands (particularly haptens), etc. Numerous types of immunoassays are available and are well known to those skilled in the art.

### Anti-IL-2 Receptor Antibodies

To exert its biological effects, IL-2 interacts with a specific high-affinity membrane receptor (Greene, W., et al., *Progress in Hematology XIV*, E. Brown, Ed., Grune and Statton, New York (1986), at pgs. 283 ff and Waldmann, Ann. Rev. Biochem. 58, 875 (1989), both of which are incorporated herein by reference). The human IL-2 receptor is a complex multichain glycoprotein, with one chain, known as the Tac peptide, being about 55kD in size (see, Leonard, W., et al., *J. Biol. Chem.* 260, 1872 (1985), which is incorporated herein by reference). A gene encoding this protein has been isolated, and predicts a 272 amino acid peptide, including a 21 amino acid signal peptide (see, Leonard, W., et al., *Nature* 311, 626 (1984)). The 219 $NH_2$-terminal amino acids of the p55 Tac protein apparently comprise an extracellular domain (Bee, Leonard, W., et al., *Science*, 230, 633–639 (1985), which is incorporated herein by reference).

Much of the elucidation of the human IL-2 receptor's structure and function is due to the development of specifically reactive monoclonal antibodies. In particular, one mouse monoclonal antibody, known as anti-Tac (Uchiyama, et al., *J. Immunol.* 126, 1393 (1981)) has been used to show that IL-2 receptors can be detected on T-cells, but also on cells of the monocyte-macrophage family, Kupffer cells of the liver, Langerhans' cells of the skin and, of course, activated T-cells. Importantly, resting T-cells, B-cells or circulating macrophages typically do not display the IL-2 receptor (Herrmann, et al., *J. Exp. Med.* 162, 1111 (1985)).

5,693,762

21

The anti-Tac monoclonal antibody has also been used to define lymphocyte functions that require IL-2 interaction, and has been shown to inhibit various T-cell functions, including the generation of cytotoxic and suppressor T lymphocytes in cell culture. Also, based on studies with anti-Tac and other antibodies, a variety of disorders are now associated with improper IL-2 receptor expression by T-cells, in particular adult T-cell leukemia.

More recently, the IL-2 receptor has been shown to be an ideal target for novel therapeutic approaches to T-cell mediated diseases. It has been proposed that IL-2 receptor specific antibodies, such as the anti-Tac monoclonal antibody, can be used either alone or as an immunoconjugate (e.g., with Ricin A, isotopes and the like) to effectively remove cells bearing the IL-2 receptor. These agents can, for example, theoretically eliminate IL-2 receptor-expressing leukemic cells, certain B-cells, or activated T-cells involved in a disease state, yet allow the retention of mature normal T-cells and their precursors to ensure the capability of mounting a normal T-cell immune response as needed. In general, most other T-cell specific agents can destroy essentially all peripheral T-cells, which limits the agents' therapeutic efficacy. Overall, the use of appropriate monoclonal antibodies specific for the IL-2 receptor may have therapeutic utility in autoimmune diseases, organ transplantation and any unwanted response by activated T-cells. Indeed, clinical trials have been initiated using, e.g., anti-Tac antibodies (see, generally, Waldmann, T., et al., *Cancer Res.* 45, 625 (1985), Waldmann, T., *Science* 232, 727–732 (1986) and Kirkman et al., *Transplant. Proc.* 21, 1766 (1989), all of which are incorporated herein by reference).

Unfortunately, the use of the anti-Tac and other non-human monoclonal antibodies have certain drawbacks, particularly in repeated therapeutic regimens as explained below. Mouse monoclonal antibodies, for example, do not fix human complement well, and lack other important *immunoglobulin functional characteristics* when used in humans.

Perhaps more importantly, anti-Tac and other non-human monoclonal antibodies contain substantial stretches of amino acid sequences that will be immunogenic when injected into a human patient. Numerous studies have shown that, after injection of a foreign antibody, the immune response elicited by a patient against an antibody can be quite strong, essentially eliminating the antibody's therapeutic utility after an initial treatment. Moreover, as increasing numbers of different mouse or other antigenic (to humans) monoclonal antibodies can be expected to be developed to treat various diseases, after the first or several treatments with any different non-human antibodies, subsequent treatments even for unrelated therapies can be ineffective or even dangerous in themselves, because of cross-reactivity.

While the production of so-called "chimeric antibodies" (e.g., mouse variable regions joined to human constant regions) has proven somewhat successful, a significant immunogenicity problem remains. In general, the production of human immunoglobulins reactive with the human IL-2 receptor, as with many human antigens, has been extremely difficult using typical human monoclonal antibody production techniques. Similarly, utilizing recombinant DNA technology to produce so-called "reshaped" or "humanized" antibodies (see, e.g., Riechmann et al., *Nature* 332, 323 (1988) and EPO Publication No. 0239400), provides uncertain results, in part due to unpredictable binding affinities.

Thus, there is a need for improved forms of human-like immunoglobulins specific for the human IL-2 receptor that

22

are substantially non-immunogenic in humans, yet easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

The present invention provides novel compositions useful, for example, in the treatment of T-cell mediated human disorders, the compositions containing human-like immunoglobulins specifically capable of blocking the binding of human IL-2 to its receptor and/or capable of binding to the p55 Tac protein on human IL-2 receptors. The immunoglobulins can have two pairs of light chain/heavy chain complexes, typically at least one chain comprising mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity regions, with or without additional naturally-associated mouse amino acid residues, can be used to produce human-like antibodies capable of binding to the human IL-2 receptor at affinity levels stronger than about $10^8$ M$^{-1}$.

The immunoglobulins, including binding fragments and other derivatives thereof, of the present invention may be produced readily by a variety of recombinant DNA techniques, with ultimate expression in transfected cells, preferably immortalized eukaryotic cells, such as myeloma or hybridoma cells. Polynucleotides comprising a first sequence coding for human-like immunoglobulin framework regions and a second sequence coding for the desired immunoglobulin complementarity determining regions can be produced synthetically or by combining appropriate cDNA and genomic DNA segments.

The human-like immunoglobulins may be utilized alone in substantially pure form, or complexed with a cytotoxic agent, such as a radionuclide, a ribosomal inhibiting protein or a cytotoxic agent active at cell surfaces. All of these compounds will be particularly useful in treating T-cell mediated disorders. The human-like immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, human-like immunoglobulins specifically reactive with the IL-2 receptor on human T-cells are provided. These immunoglobulins, which have binding affinities of at least about $10^8$ M$^{-1}$, and preferably $10^9$ M$^{-1}$ to $10^{10}$ M$^{-1}$ or stronger, are capable of, e.g., blocking the binding of IL-2 to human IL-2 receptors. The human-like immunoglobulins will have a human-like framework and can have complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with an epitope on p55 Tac protein. The immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of T-cell mediated disorders in human patients by a variety of techniques.

The basic antibody structural unit is known to comprise a tetramer. Each tetramer is composed of two identical pairs of polypeptide chains, each pair having one "light" (about 25 kD) and one "heavy" chain (about 50–70 kD). The NH$_2$-terminus of each chain begins a variable region of about 100 to 110 or more amino acids primarily responsible for antigen recognition. The COOH terminus of each chain defines a constant region primarily responsible for effector function.

Light chains are classified as either kappa or lambda. Heavy chains are classified as gamma, mu, alpha, delta, or epsilon, and define the antibody's isotype as IgG, IgM, IgA, IgD and IgE, respectively. Within light and heavy chains, the

5,693,762

23

variable and constant regions are joined by a "J" region of about 10 or more amino acids, with the heavy chain also including a "D" region of about 12 more amino acids. (See, generally, *Fundamental Immunology*, Paul, W., Ed., Chapter 7, pgs. 131–166, Raven Press, N.Y. (1984), which is incorporated herein by reference.)

The variable regions of each light/heavy chain pair form the antibody binding site. The chains all exhibit the same general structure of relatively conserved framework regions joined by three hypervariable regions, also called Complementarity Determining Regions or CDR's (see, "Sequences of Proteins of Immunological Interest," Kabat. E., et al., U.S. Department of Health and Human Services, (1983); and Chothia and Lesk, *J. Mol. Biol.*, 196, 901–917 (1987), which are incorporated herein by reference). The CDR's from the two chains of each pair are aligned by the framework regions, enabling binding to a specific epitope.

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope on the human IL-2 receptor, such as the anti-Tac monoclonal antibody. The DNA segments encoding these regions will typically be joined to DNA segments encoding appropriate human-like framework regions. Preferred DNA sequences, which on expression code for the polypeptide chains comprising the anti-Tac heavy and light chain hypervariable regions (with human-like framework regions), are included in FIGS. 15A and 16A, respectively. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.

The antibodies of the present invention will typically find use individually in treating a T-cell mediated disease state. Generally, where the cell linked to a disease has been identified as IL-2 receptor bearing, then the human- like antibodies capable of blocking the binding of IL-2 to the human IL-2 receptor are suitable.

For example, typical disease states suitable for treatment include graft versus host disease and transplant rejection in patients undergoing an organ transplant, such as heart, lungs, kidneys, liver, etc. Other diseases include autoimmune diseases, such as Type I diabetes, multiple sclerosis, rheumatoid arthritis, systemic lupus erythematosus, and myasthenia gravis.

The human-like antibodies of the present invention may also be used in combination with other antibodies, particularly human monoclonal antibodies reactive with other markers on cells responsible for the disease. For example, suitable T-cell markers can include those grouped into the so-called "Clusters of Differentiation," as named by the First International Leukocyte Differentiation Workshop, *Leukocyte Typing*, Bernard, et al., Eds., Springer-Verlag, N.Y. (1984), which is incorporated herein by reference.

The human-like antibodies and pharmaceutical compositions thereof of this invention are particularly useful for parenteral administration, i.e., subcutaneously, intramuscularly or intravenously. The compositions for parenteral administration will commonly comprise a solution of the antibody or a cocktail thereof dissolved in an acceptable carrier, preferably an aqueous carrier. A variety of aqueous carriers can be used, e.g., water, buffered water, 0.4% saline, 0.3% glycine and the like. These solutions are sterile and generally free of particulate matter. These compositions may be sterilized by conventional, well known sterilization techniques. The compositions may contain pharmaceutically acceptable auxiliary substances as required to approximate

24

physiological conditions such as pH adjusting and buffering agents, toxicity adjusting agents and the like, for example sodium acetate, sodium chloride, potassium chloride, calcium chloride, sodium lactate, human albumin, etc. The concentration of antibody in these formulations can vary widely, i.e., from less than about 0.5%, usually at or at least about 1% to as much as 15 or 20% by weight and will be selected primarily based on fluid volumes, viscosities, etc., in accordance with the particular mode of administration selected.

Thus, a typical pharmaceutical composition for injection could be made up to contain 1 ml sterile buffered water, and 1 to 50 mg of antibody. A typical composition for intravenous infusion could be made up to contain 250 ml of sterile Ringer's solution, and 150 mg of antibody. Actual methods for preparing parenterally administrable compositions will be known or apparent to those skilled in the art and are described in more detail in, for example, *Remington's Pharmaceutical Science*, 15th ed., Mack Publishing Company, Easton, Pa. (1980), which is incorporated herein by reference.

The antibodies of this invention can be frozen or lyophilized for storage and reconstituted in a suitable carrier prior to use. This technique has been shown to be effective with conventional immune globulins and art-known lyophilization and reconstitution techniques can be employed. It will be appreciated by those skilled in the art that lyophilization and reconstitution can lead to varying degrees of antibody activity loss (e.g., with conventional immune globulins, IgM antibodies tend to have greater activity loss than IgG antibodies) and that use levels may have to be adjusted to compensate.

The compositions containing the present human-like antibodies or a cocktail thereof can be administered for prophylactic and/or therapeutic treatments. In therapeutic application, compositions are administered to a patient already suffering from a disease, in an amount sufficient to cure or at least partially arrest the disease and its complications. An amount adequate to accomplish this is defined as a "therapeutically effective dose." Amounts effective for this use will depend upon the severity of the infection and the general state of the patient's own immune system, but generally range from about 1 to about 200 mg of antibody per dose, with dosages of from 5 to 25 mg being more commonly used. It must be kept in mind that the materials of this invention may generally be employed in serious disease states, that is life-threatening or potentially life-threatening situations. In such cases, in view of the minimization of extraneous substances and the lower probability of "foreign substance" rejections which are achieved by the present human-like antibodies of this invention, it is possible and may be felt desirable by the treating physician to administer substantial excesses of these antibodies.

In prophylactic applications, compositions containing the present antibodies or a cocktail thereof are administered to a patient not already in a disease state to enhance the patient's resistance. Such an amount is defined to be a "prophylactically effective dose." In this use, the precise amounts again depend upon the patient's state of health and general level of immunity, but generally range from 0.1 to 25 mg per dose, especially 0.5 to 2.5 mg per dose. A preferred prophylactic use is for the prevention of kidney transplant rejection.

Single or multiple administrations of the compositions can be carried out with dose levels and pattern being selected by the treating physician. In any event, the pharmaceutical

5,693,762

25

formulations should provide a quantity of the antibody(ies) of this invention sufficient to effectively treat the patient.

Human-like antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for T-cell typing, for isolating specific IL-2 receptor bearing cells or fragments of the receptor, for vaccine preparation, or the like.

Kits can also be supplied for use with the subject antibodies in the protection against or detection of a cellular activity or for the presence of a selected antigen. Thus, the subject antibody composition of the present invention may be provided, usually in a lyophilized form in a container, either alone or in conjunction with additional antibodies specific for the desired cell type. The antibodies, which may be conjugated to a label or toxin, or unconjugated, are included in the kits with buffers, such as Tris, phosphate, carbonate, etc., stabilizers, biocides, inert proteins, e.g., serum albumin, or the like, and a set of instructions for use. Generally, these materials will be present in less than about 5% wt. based on the amount of active antibody, and usually present in total amount of at least about 0.001% wt. based again on the antibody concentration. Frequently, it will be desirable to include an inert extender or excipient to dilute the active ingredients, where the excipient may be present in from about 1 to 99% wt. of the total composition. Where a second antibody capable of binding to the chimeric antibody is employed in an assay, this will usually be present in a separate vial. The second antibody is typically conjugated to a label and formulated in an analogous manner with the antibody formulations described above.

### p75 Chain of IL-2 Receptor

The human IL-2 receptor is a complex multichain glycoprotein, with one chain, known as the Tac peptide or alpha chain, being about 55 kD in size (see, Leonard, W., et al., *J. Biol. Chem.* 260, 1872 (1985), which is incorporated herein by reference). The second chain is known as the p75 or beta chain (Tsudo et al., *Proc. Nat. Acad. Sci. USA*, 83, 9694 (1986) and Sharon et al., *Science* 234, 859 (1986), both of which are incorporated herein by reference The p55 or Tac chain and the p75 chain each independently bind IL-2 with low or intermediate affinity, while the IL-2 receptor complex of both chains binds IL-2 with high affinity. The p75 chain of the human IL-2 receptor will often be called herein simply the p75 protein.

The present invention provides novel compositions useful, for example, in the treatment of T-cell mediated human disorders, the compositions containing human-like immunoglobulins specifically capable of inhibiting the binding of human IL-2 to its receptor and/or capable of binding to the p75 protein of human IL-2 receptors. The immunoglobulins can have two pairs of light chain/heavy chain complexes, typically at least one chain comprising mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be used to produce human-like antibodies capable of binding to the p75 protein at affinity levels stronger than about $10^7$ M$^{-1}$. These humanized immunoglobulins will also be capable of blocking the binding of the CDR-donating mouse monoclonal antibody to p75.

The human-like immunoglobulins may be utilized alone in substantially pure form, or complexed with a cytotoxic agent, such as a radionuclide, a ribosomal inhibiting protein or a cytotoxic agent active at cell surfaces. All of these

26

compounds will be particularly useful in treating T-cell mediated disorders. The human-like immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, human-like immunoglobulins specifically reactive with the p75 chain of the human IL-2 receptor are provided. These immunoglobulins, which have binding affinities of at least $10^7$ to $10^8$ M$^{-1}$, and preferably $10^9$ M$^{-1}$ to $10^{10}$ M$^{-1}$ or stronger, are capable of, e.g., blocking the binding of IL-2 to human IL-2 receptors. The human-like immunoglobulins will have a human-like framework and can have complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with an epitope on p75 protein. The immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of T-cell mediated disorders in human patients by a variety of techniques.

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope on the human IL-2 receptor, such as the mik-β1 monoclonal antibody. The DNA segments encoding these regions will typically be joined to DNA segments encoding appropriate human-like framework regions. Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the mik-β1 heavy and light chain CDRs, are included in FIG. 23A and FIG. 23B. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.

The antibodies of the present invention will typically find use individually in treating a T-cell mediated disease state. Generally, where the cell linked to a disease has been identified as IL-2 receptor bearing, then the human-like antibodies capable of blocking the binding of IL-2 to the human IL-2 receptor are suitable.

For example, typical disease states suitable for treatment include graft-versus-host disease and transplant rejection in patients undergoing an organ transplant, such as heart, lungs, kidneys, liver, etc. Other diseases include autoimmune diseases, such as Type I diabetes, multiple sclerosis, rheumatoid arthritis, systemic lupus erythematosus, and myasthenia gravis.

The human-like antibodies of the present invention may also be used in combination with other antibodies, particularly human monoclonal antibodies reactive with other markers on cells responsible for the disease. For example, suitable T-cell markers can include those grouped into the so-called "Clusters of Differentiation," as named by the First International Leukocyte Differentiation Workshop, *Leukocyte Typing*, Bernard, et al., Eds., Springer-Verlag, N.Y. (1984), which is incorporated herein by reference. A preferred use is the simultaneous treatment of a patient with a human-like antibody binding to p55 and a human-like antibody binding to p75 of the IL-2 receptor, i.e., humanized anti-Tac plus humanized mik-β1.

Human-like antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for T-cell typing, for isolating specific IL-2 receptor bearing cells or fragments of the receptor, for vaccine preparation, or the like.

### Anti- HSV Antibodies

Herpes Simplex Virus types I and II (HSV-1 and HSV-2), are now estimated to be the second most frequent cause of

5,693,762

27

28

sexually transmitted diseases in the world. Although completely accurate data are not available, infection estimates range from about 20 to 40% of the U.S. population.

A large number of diseases, from asymptomatic to life-threatening, are associated with HSV infection. Of particular clinical interest, encephalitis from HSV-1 infection and transmission of HSV-2 from a pregnant mother to her fetus are often fatal. Immunosuppressed patients are also subject to severe complications when infected with the virus.

More than 50 HSV polypeptides have been identified in HSV-infected cells, including at least seven major cell surface glycoproteins (see, Whitley, R., Chapt. 66, and Roizman and Sears, Chapt. 65, Virology, Eds. Fields et al., 2nd ed., Raven Press, N.Y., N.Y. (1990), which are incorporated herein by reference). The specific biologic functions of these glycoproteins are not well defined, although gB and gD have been shown to be associated with cell fusion activity (W. Cai et al., J. Virol. 62, 2596 (1988) and Fuller and Spear, Proc. Natl. Acad. Sci. USA 84, 5454 (1987)). gB and gD express both type-specific and type-common antigenic determinants. Oakes and Lausch demonstrated that monoclonal antibodies against gB and gE suppress replication of HSV-1 in trigeminal ganglia (Oakes and Lausch, J. Virol. 51, 656 (1984). Dix et al. showed that anti-gC and gD antibodies protect mice against acute virus-induced neurological disease (Dix et al., Infect. Immun. 34, 192 (1981)). Whitley and colleagues produced a panel of murine monoclonal antibodies against HSV-1 and showed that several of the antibodies protected mice against encephalitis and death following ocular inoculation with the virus (see, Koga et al., Virology 151, 385 (1986); Metcalf et al., Cur. Eye Res. 6, 173 (1987) and Metcalf et al., Intervirology 29, 39 1988), all of which are incorporated herein by reference). Clone Fd79 (anti-gB) prevented encephalitis even when immunization was delayed until 48 hours post-infection. Fd79 and Fd138–80 (anti-gD) significantly reduced the severity of epithelial keratitis and lowered the frequency of persistent viral infection in an outbred mouse model.

Thus, there is a need for improved forms of humanized immunoglobulins specific for HSV antigens that are substantially non-immunogenic in humans, yet easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

The present invention provides novel compositions useful, for example, in the treatment of HSV mediated human disorders, the compositions containing humanized immunoglobulins specifically capable of blocking the binding of HSV to its receptors and/or capable of binding to the HSV specific proteins. The immunoglobulins can have two pairs of light chain/heavy chain complexes, at least one chain comprising one or more mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be introduced into human framework regions to produce humanized immunoglobulins capable of binding to the HSV surface proteins at affinity levels stronger than about $10^7$ $M^{-1}$. These humanized immunoglobulins will also be capable of blocking the binding of the CDR donating mouse monoclonal antibody to HSV.

The humanized immunoglobulins may be utilized alone in substantially pure form, or together with an antiviral agent, such as acyclovir or a cytotoxic agent active at viral surfaces. All of these compounds will be particularly useful in treating HSV mediated disorders. The humanized immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, humanized immunoglobulins specifically reactive with HSV related epitopes either directly on the virus or on infected cells are provided. These immunoglobulins, which have binding affinities to HSV specific antigens of at least about $10^7$ $M^{-1}$, and preferably $10^8$ $M^{-1}$ to $10^{10}$ $M^{31}$ $1$ or stronger, are capable of, e.g., protecting cells from HSV transmission. The humanized immunoglobulins will have a human framework and will have one or more complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with an HSV protein, such as gB and gD proteins. The immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of HSV mediated disorders in human patients by a variety of techniques.

The HSVs are among the most intensively investigated of all viruses, and the HSV virion structure has been shown to contain about 33 proteins. Humanized immunoglobulins utilizing CDR's from monoclonal antibodies reactive with these proteins, particularly the eight surface glycoproteins (e.g., gB, gC, gD, gE, gG, gH and gI), represent preferred embodiments of the present invention (see, Spear, P. G., The Herpesviruses, vol. 3, pp. 315–356 (1984) (Roizman, B., ed), Plenum Press, N.Y., N.Y. and Spear, P. G., Immunochemistry of Viruses. The Basis for Serodiagnosis and Vaccines, pp. 425–446 (1985) (Neurath, A. R., eds.), Amsterdam: Elsevier, both of which are incorporated herein by reference).

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope of an HSV protein, such as monoclonal antibodies reactive with HSV gB and gD glycoproteins. The DNA segments encoding these regions will typically be joined to DNA segments encoding appropriate humanized framework regions. Exemplary DNA sequences code for the polypeptide chains comprising the heavy and light chain hypervariable regions (with human framework regions) from monoclonal antibodies Fd79 and Fd138–80, shown in FIG. 30A through FIG. 30D. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.

The antibodies of the present invention will typically find use individually in treating an HSV mediated disease state. For example, typical disease states suitable for treatment include any involving HSV infection. Specific diseases include neonatal herpes, herpes encephalitis, ocular herpes, genital herpes and disseminated herpes (see, Corey, L., Chapter 136, Harrison's Principles of Internal Medicine, 11th ed., McGraw-Hill Book Company, N.Y., N.Y. (1987), which is incorporated herein by reference).

Any humanized immunoglobulins of the present invention may also be used in combination with other antibodies, particularly humanized antibodies reactive with different HSV antigens. For example, suitable HSV antigens to which a cocktail of humanized immunoglobulins may react include gC, gE, gF, gG and gH (see, Rector, J. et al., Infect. Immun. 38, 168 (1982) and Fuller, A. et al., J. Virol. 63, 3435 (1989), both of which are incorporated herein by reference).

The antibodies can also be used as separately administered compositions given in conjunction with acyclovir or

5,693,762

**29**

other antiviral agents. Typically, the agents may include idoxuridine or trifluorothymidine, but numerous additional agents (e.g., vidarabine) well-known to those skilled in the art for HSV treatment may also be utilized (see, Corey, L., op. cit.).

A preferred pharmaceutical composition of the present invention comprises the use of the subject immunoglobulins in immunotoxins to kill cells infected by HSV. Immunotoxins are characterized by two components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery-vehicle," provides a means for delivering the toxic agent to a particular cell type, such as cells expressing an HSV epitope.

The compositions containing the present humanized antibodies or a cocktail thereof can be administered for prophylactic and/or therapeutic treatments. In therapeutic application, compositions are administered to a patient already suffering from HSV infection, in an amount sufficient to cure or at least partially arrest the disease and its complications. An amount adequate to accomplish this is defined as a "therapeutically effective dose." Amounts effective for this use will depend upon the severity of the infection and the general state of the patient's own immune system, but generally range from about 1 to about 200 mg of antibody per dose, with dosages of from 5 to 25 mg being more commonly used. It must be kept in mind that the materials of this invention may generally be employed in serious disease states, that is life-threatening or potentially life-threatening situations. In such cases, in view of the minimization of extraneous substances and the lower probability of "foreign substance" rejections which are achieved by the present humanized immunoglobulins of this invention, it is possible and may be felt desirable by the treating physician to administer substantial excesses of these antibodies.

In prophylactic applications, compositions containing the present immunoglobulins or a cocktail thereof are administered to a patient not already in a disease state to enhance the patient's resistance. Such an amount is defined to be a "prophylactically effective dose." In this use, the precise amounts again depend upon the patient's state of health and general level of immunity, but generally range from 0.1 to 25 mg per dose. A preferred prophylactic use is for the prevention of herpes in immunocompromised patients, such as organ transplant recipients.

Single or multiple administrations of the compositions can be carried out with dose levels and pattern being selected by the treating physician. In any event, the pharmaceutical formulations should provide a quantity of the antibody(ies) of this invention sufficient to effectively treat the patient.

Humanized antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for detection of HSV antigens, for isolating specific HSV infected cells or fragments of the virus, for vaccine preparation, or the like.

### Anti-CD33 Antibodies

There are about 10,000–15,000 new cases of myeloid (also called non-lymphocytic or granulocytic) leukemia in the U.S. per year (Cancer Facts & Figures, American Cancer Society, 1987). There are two major forms of myeloid leukemia: acute myelogenous leukemia (AML) and chronic myelogenous leukemia (CML). Despite treatment with chemotherapy, long-term survival in patients with AML is

**30**

less than 10–20% (Clarkson et al., CRC Critical Review in Oncology/Hematology 4, 221 (1986)), and survival with CML and related diseases such as chronic myelomonocytic leukemia (CMML), chronic monocytic leukemia (CMMOL) and myelodysplastic syndrome (MDS) is even lower.

The p67 protein or CD33 antigen is found on the surface of progenitors of myeloid cells and of the leukemic cells of most cases of AML, but not on lymphoid cells or non-hematopoietic cells (see, Leucocyte Typing III, ed. by A. J. McMichael, Oxford University Press, pp. 622–629 (1987), which is incorporated herein by reference). Antibodies that are known to bind to the CD33 antigen include L4B3, L1B2 and MY9 (Andrews et al., Blood 62, 124 (1983) and Griffin et al., Leukemia Research 8, 521 (1984), both of which are incorporated herein by reference).

Another antibody that binds to CD33 is M195 (Tanimoto et al., Leukemia 3, 339 (1989) and Schienberg et al., Leukemia 3, 440 (1989), both of which are incorporated herein by reference). The reactivity of M195 with a wide variety of cells and tissues was tested. Among normal cells, M195 was reported to bind only to some monocytes and myeloid progenitor cells. The research also reported that it does not bind to other hematopoietic cells or to non-hematopoietic tissues. M195 bound to cells of most cases of AML and all cases of CML in myeloblastic phase.

A phase I clinical trial of M195 in AML has been conducted (Scheinberg et al., Proc. ASCO 9, 207 (1990)). M195 radiolabeled with iodine-131 was found to rapidly and specifically target leukemic cells in both the blood and bone marrow.

Unfortunately, the use of non-human monoclonal antibodies such as M195 have certain drawbacks in human treatment, particularly in repeated therapeutic regimens as explained below. Mouse monoclonal antibodies, for example, do not fix human complement well, and lack other important immunoglobulin functional characteristics when used in humans.

Thus, there is a need for improved forms of humanized immunoglobulins specific for CD33 antigen that are substantially non-immunogenic in humans, yet easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

The present invention provides novel compositions useful, for example, in the treatment of myeloid leukemia-related human disorders, the compositions containing humanized immunoglobulins specifically capable of binding to CD33 antigen. The immunoglobulins can have two pairs of light chain/heavy chain complexes, at least one chain comprising one or more mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be introduced into human framework regions to produce humanized immunoglobulins capable of binding to the CD33 antigen at affinity levels stronger than about $10^7 \, M^{-1}$. These humanized immunoglobulins will also be capable of blocking the binding of the CDR-donating mouse monoclonal antibody to CD33.

The immunoglobulins, including binding fragments and other derivatives thereof, of the present invention may be produced readily by a variety of recombinant DNA techniques, with ultimate expression in transfected cells, preferably immortalized eukaryotic cells, such as myeloma or hybridoma cells. Polynucleotides comprising a first sequence coding for humanized immunoglobulin framework

5,693,762

**31**

regions and a second sequence set coding for the desired immunoglobulin complementarity determining regions can be produced synthetically or by combining appropriate cDNA and genomic DNA segments.

The humanized immunoglobulins may be utilized alone in substantially pure form, or together with a chemotherapeutic agent such as cytosine arabinoside or daunorubicin active against leukemia cells, or complexed with a radionuclide such as iodine-131. All of these compounds will be particularly useful in treating leukemia and myeloid cell-mediated disorders. The humanized immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, humanized immunoglobulins specifically reactive with CD33 related epitopes are provided. These immunoglobulins, which have binding affinities to CD33 of at least about $10^7$ $M^{-1}$, and preferably $10^8$ $M^{-1}$ to $10^{10}$ $M^{-1}$ or stronger, are capable of, e.g., destroying leukemia cells. The humanized immunoglobulins will have a human framework and will have one or more complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with CD33 antigen. In a preferred embodiment, one or more of the CDR's will come from the M195 antibody. Importantly, M195 does not bind to the ultimate hematopoietic stem cells, so M195 used in therapy will minimally interact with and destroy those cells, which are critical for generating all blood cells. Thus, the immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of myeloid cell-mediated disorders in human patients by a variety of techniques.

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope of CD33 antigen, such as monoclonal antibodies M195, L4B3, L1B2 or MY9. The DNA segments encoding these regions will typically be joined to DNA segments encoding appropriate human framework regions. Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the heavy and light chain CDR's of monoclonal antibody M195 are included in FIG. 34A and FIG. 34B. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.

The antibodies of the present invention will typically find use individually in treating hematologic malignancies. For example, typical disease states suitable for treatment include AML, CML, CMML, CMMOL and MDS (see, generally, Hoffbrand & Pettit, Essential Haematology, Blackwell Scientific Publications, Oxford (1980)). The antibodies may also be used for bone marrow ablation prior to bone marrow transplant.

Any humanized immunoglobulins of the present invention may also be used in combination with other antibodies, particularly humanized antibodies reactive with different myeloid antigens. For example, suitable antigens to which a cocktail of humanized immunoglobulins may react include CD13, CD14, CD15, CD16 and CD34 (see, Leukocyte Typing III, op. cit., pp. 576–732).

The antibodies can also be used as separately administered compositions given in conjunction with chemotherapeutic agents. Typically, the agents may include cytosine arabinoside and daunorubicin, but numerous additional agents (e.g., 6-thioguanine) well-known to those skilled in

**32**

the art for leukemia treatment may also be utilized (see, Hoffbrand & Pettit., op. cit.).

A preferred pharmaceutical composition of the present invention comprises the use of the subject immunoglobulins in immunotoxins to kill leukemia cells. Immunotoxins are characterized by two components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery vehicle," provides a means for delivering the toxic agent to a particular cell type, such as cells expressing a CD33 epitope.

Humanized antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for detection of CD33 antigens, for isolating specific myeloid cells, or the like.

It will be understood that although examples pertain to the M195 antibody, producing humanized antibodies with high binding affinity for the CD33 antigen is also contemplated using CDR's from L4B3, L1B2, MY9 or other monoclonal antibodies that bind to an epitope of CD33.

### Anti-CMV Antibodies

Cytomegalovirus is a major pathogen of immunocompromised individuals, especially bone marrow transplant recipients, organ transplant recipients, and AIDS patients (see, generally, Fields et al., Eds., Virology, 2nd ed., Raven Press, New York pp. 1981–2010 (1990), which is incorporated herein by reference). Approximately 15% of bone marrow transplant patients develop CMV pneumonia, with an 85% mortality rate (Meyers, Rev. Inf. Dis. 11 (suppl. 7), S1691 (1989)). About 10% of AIDS patients develop severe CMV disease; and congenitally acquired CMV, often with significant morbidity and mortality, affects 1% of newborns (Fields, op. cit.).

The drug ganciclovir is effective against certain forms of CMV infection, notably chorioretinitis and gastroenteritis, but is not very effective against CMV pneumonia, and it has serious toxicity. Use of pooled human immunoglobulin preparations has shown some beneficial effect for prophylaxis of CMV in bone marrow transplant patients (Meyers, op. cit.), and a combination of high-dose immune globulin and ganciclovir has been reported effective against CMV pneumonia (Emanuel et al., Trans. Proc. XIX (suppl. 7), 132 (1987)). However, the marginal effectiveness, variable potency and high cost of commercial human immune globulin remain serious problems. Hence, there is a great need for new drugs effective against CMV.

CMV is a member of the herpesvirus family of viruses, and as such, has a large double-stranded DNA core, a protein capsid, and an outer lipid envelope with viral glycoproteins on its surface. At least 8 proteins have been detected on the envelope of CMV (Britt et al., J. Virol. 62, 3309 (1988)) and others have been predicted to exist based on the DNA sequence of CMV (Chee et al., Nature 344, 774 (1990)). Murine monoclonal antibodies have been produced against two especially significant CMV glycoproteins: gB, also called p130/55 or gp55–116, and gH, also called p86 (Rasmussen et al., Virology 163, 308 (1988) and Britt et al., op. cit., both of which are incorporated herein by reference) and shown to neutralize infectivity of the virus. Three other neutralizing antibodies to gH are designated CMV5, CMV109 and CMV115. Human monoclonal antibodies to CMV have been produced (Ehrlich et al., Hybridoma 6, 151 (1987)).

In animal models, murine monclonal antibodies have been shown effective in treating infections caused by various

5,693,762

| 33 | 34 |

viruses, including members of the herpesvirus family (see, e.g., Metcalf et al., Intervirol. 29, 39 (1988)). Hence, such antibodies may be useful in treatment of CMV infections.

Unfortunately, the use of non-human monoclonal antibodies such as CMV5 and CMV115 have certain drawbacks in human treatment, particularly in repeated therapeutic regimens as explained below. Mouse monoclonal antibodies, for example, do not fix human complement well, and lack other important immunoglobulin functional characteristics when used in humans.

While the production of so-called "chimeric antibodies" (e.g., mouse variable regions joined to human constant regions) has proven somewhat successful, a significant immunogenicity problem remains. In general, the production of human immunoglobulins reactive with CMV antigens, as with many antigens, is difficult using typical human monoclonal antibody production techniques. Moreover, the human antibodies produced may lack certain desirable properties, such as high binding affinity and the ability to neutralize all clinical CMV strains. Similarly, utilizing recombinant DNA technology to produce so-called "humanized" or "reshaped" antibodies (see, e.g., Riechmann et al., Nature 332, 323 (1988) and EPO Publication No. 0239400, which are incorporated herein by reference), provides uncertain results, in part due to unpredictable binding affinities.

Thus, there is a need for improved forms of humanized immunoglobulins specific for CMV antigen that are substantially non-immunogenic in humans, yet easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

The present invention provides novel compositions useful, for example, in the treatment of CMV-mediated human disorders, the compositions containing humanized immunoglobulins specifically capable of blocking the binding of CMV to its receptors and/or capable of binding to CMV antigens. The immunoglobulins can have two pairs of light chain/heavy chain complexes, at least one chain comprising one or more mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be introduced into human framework regions to produce humanized immunoglobulins capable of binding to CMV at affinity levels stronger than about $10^7$ M$^{-1}$. These humanized immunoglobulins will also be capable of blocking the binding of the CDR-donating mouse monoclonal antibody to CMV.

The immunoglobulins, including binding fragments and other derivatives thereof, of the present invention may be produced readily by a variety of recombinant DNA techniques, with ultimate expression in transfected cells, preferably immortalized eukaryotic cells, such as myeloma or hybridoma cells. Polynucleotides comprising a first sequence coding for humanized immunoglobulin framework regions and a second sequence set coding for the desired immunoglobulin complementarity determining regions can be produced synthetically or by combining appropriate cDNA and genomic DNA segments.

The humanized immunoglobulins may be utilized alone in substantially pure form, or together with a chemotherapeutic agent such a acyclovir or ganciclovir active against CMV-infected cells, or complexed with a cytotoxic agent. All of these compounds will be particularly useful in treating CMV-mediated disorders. The humanized immunoglobulins

or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, humanized immunoglobulins specifically reactive with CMV and CMV-infected cells are provided. These immunoglobulins, which have binding affinities to CMV specific antigens of at least about $10^7$ M$^{-1}$, and preferably $10^8$ M$^{-1}$ to $10^{10}$ M$^{-1}$ or stronger, are capable of, e.g., blocking CMV infection of cells. The humanized immunoglobulins will have a human framework and will have one or more complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with a CMV antigen. In a preferred embodiment, one or more of the CDR's will come from the CMV5, or CMV109 or CMV115 antibodies. The immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of CMV-mediated disorders in human patients by a variety of techniques.

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope of a CMV antigen, such as monoclonal antibodies CMV5 or CMV115. The DNA segments encoding these regions will typically be joined to DNA segments encoding appropriate human framework regions. Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the heavy and light chain CDR's of monoclonal antibody CMV5 are included in FIG. 39A and FIG. 39B. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.

Human constant region DNA sequences can be isolated in accordance with well known procedures from a variety of human cells, but preferably immortalized B-cells (see, Kabat op. cit. and WP87/02671). The CDR's for producing the immunoglobulins of the present invention will be similarly derived from monoclonal antibodies capable of binding to CMV and produced in any convenient mammalian source, including, mice, rats, rabbits, or other vertebrate capable of producing antibodies by well known methods. Suitable source cells for the DNA sequences and host cells for immunoglobulin expression and secretion can be obtained from a number of sources, such as the American Type Culture Collection (*Catalogue of Cell Lines and Hybridomas*, Fifth edition (1985) Rockville, Md., U.S.A., which is incorporated herein by reference).

The antibodies of the present invention will typically find use individually in treating CMV-related disorders. For example, typical disease states suitable for treatment include CMV pneumonia, neonatal CMV infection, CMV mononucleosis and CMV-related chorioretinitis and gastroenteritis.

Any humanized immunoglobulins of the present invention may also be used in combination with other antibodies, particularly humanized antibodies reactive with different CMV antigens. For example, suitable antigens to which a cocktail of humanized immunoglobulins may react include the gB and gH proteins.

The antibodies can also be used as separately administered compositions given in conjunction with chemotherapeutic agents. Typically, the agents may include acyclovir or ganciclovir, but numerous additional agents well-known to those skilled in the art for CMV treatment may also be utilized.

5,693,762

35

A preferred pharmaceutical composition of the present invention comprises the use of the subject immunoglobulins in immunotoxins to kill CMV-infected cells. Immunotoxins are characterized by two components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery vehicle," provides a means for delivering the toxic agent to a particular cell type, such as cells expressing a CMV epitope. The two components are commonly chemically bonded together by any of a variety of well-known chemical procedures. For example, when the cytotoxic agent is a protein and the second component is an intact immunoglobulin, the linkage may be by way of heterobifunctional cross-linkers, e.g., SPDP, carbodiimide, glutaraldehyde, or the like. Production of various immunotoxins is well-known with the art, and can be found, for example in "Monoclonal Antibody-Toxin Conjugates: Aiming the Magic Bullet," Thorpe et al., *Monoclonal Antibodies in Clinical Medicine*, Academic Press, pp. 168–190 (1982), which is incorporated herein by reference. The components may also be linked genetically (see Chaudhary et al., Nature 339, 394 (1989)).

In prophylactic applications, compositions containing the present immunoglobulins or a cocktail thereof are administered to a patient not already in a disease state to enhance the patient's resistance. Such an amount is defined to be a "prophylactically effective dose." In this use, the precise amounts again depend upon the patient's state of health and general level of immunity, but generally range from 1 to 50 mg per dose. A preferred prophylactic use is for the prevention of CMV infection in immunocompromised patients, such as organ or bone marrow transplant recipients.

Humanized antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for detection of CMV antigens, for isolating specific CMV-infected cells, or the like.

In particular, the same method may be used to produce a humanized CMV109, CMV115 or other anti-CMV antibody as used to produce humanized CMV5 herein.

Anti-γ-IFN Antibodies

In mammals, the immune response is mediated by several types of cells that interact specifically with foreign material, i.e., antigens. One of these cell types, B cells, is responsible for the production of antibodies. Another cell type, T cells, include a wide variety of cellular subsets that destroy virally infected cells or control the in vivo function of both B cells and other hematopoietic cells, including T cells. A third cell type, macrophages, process and present antigens in conjunction with major histocompatibility complex (MHC) proteins to T cells. Communication between these cell types is mediated in a complex manner by lymphokines, such as interleukins 1–6 and γ-IFN (see, generally, Paul, W. E., ed., Fundamental Immunology, 2nd ed., Raven Press, New York (1989), which is incorporated herein by reference.)

One important lymphokine is γ-IFN, which is secreted by some T cells. In addition to its anti-viral activity, γ-IFN stimulates natual killer (NK) cells, activates macrophages, and stimulates the expression of MHC molecules on the surface of cells (Paul, op. cit., pp. 622–624). Hence γ-IFN generally serves to enhance many aspects of immune function, and is a logical candidate for a therapeutic drug in cases where such enhancement is desired, e.g., in treating cancer. Conversely, in disease states where the immune system is over-active, e.g., autoimmune diseases and organ

36

transplant rejection, antagonists of γ-IFN may be used to treat the disease by neutralizing the stimulatory effects of γ-IFN.

One class of effective antagonists of γ-IFN are monoclonal antibodies that bind to and neutralize it (see, e.g., Van der Meide et al., J. Gen. Virol, 67, 1059 (1986)). In vitro and in vivo mouse models of transplants, anti-γ-IFN antibodies have been shown to delay or prevent rejection (Landolfo et al., Science 229, 176 (1985) and Rosenberg et al., J. Immunol. 144, 4648 (1990), both of which are incorporated herein by reference). Treatment of mice prone to develop a syndrome like systemic lupus erythematosus (SLE) with a monoclonal antibody to γ-IFN significantly delayed onset of the disease (Jacob et al., J. Exp. Med. 166, 798 (1987)). Under some conditions, an anti-γ-IFN antibody alleviated adjuvant arthritis in rats (jacob et al., J. Immunol. 142, 1500 (1989)), suggesting that anti-γ-IFN may be effective against some cases of rheumatoid arthritis in human patients. Multiple sclerosis (MS) in patients is made worse by treatment with γ-IFN (Panitch et al., Neurology 36 (suppl. 1), 285 (1986)), so an anti-γ-IFN antibody may alleviate MS. Thus, an anti-γ-IFN antibody may be effective in treating these and other autoimmune diseases.

For treatment of human patients, a murine monoclonal that binds to and neutralizes human γ-IFN (see, e.g., Yamamoto et al., Microbiol. Immunol. 32, 339 (1988)) may be used. Another murine monoclonal antibody designated AF2 that neutralizes human γ-IFN, and inhibits binding of γ-IFN to its cellular receptor, is disclosed herein. Unfortunately, the use of non-human monoclonal antibodies such as AF2 have certain drawbacks in human treatment, particularly in repeated therapeutic regimens as explained below. Mouse monoclonal antibodies, for example, have a relatively short circulating half-life in humans, and lack other important immunoglobulin functional characteristics when used in humans.

The present invention provides novel compositions useful, for example, in the treatment of human autoimmune disorders, the compositions containing humanized immunoglobulins specifically capable of binding to γ-IFN. The immunoglobulins can have two pairs of light chain/heavy chain complexes, at least one chain comprising one or more mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be introduced into human framework regions to produce humanized immunoglobulins capable of binding to γ-IFN at affinity levels stronger than about $10^7$ $M^{-1}$ These humanized immunoglobulins will also be capable of blocking the binding of the CDR-donating mouse monoclonal antibody to γ-IFN.

The immunoglobulins, including binding fragments and other derivatives thereof, of the present invention may be produced readily by a variety of recombinant DNA techniques, with ultimate expression in transfected cells, preferably immortalized eukaryotic cells, such as myeloma or hybridoma cells. Polynucleotides comprising a first sequence coding for humanized immunoglobulin framework regions and a second sequence set coding for the desired immunoglobulin complementarity determining regions can be produced synthetically or by combining appropriate cDNA and genomic DNA segments.

The humanized immunoglobulins may be utilized alone in substantially pure form, or together with a chemotherapeutic agent such as a non-steroidal anti-inflammatory drug,

5,693,762

37

a corticosteroid, or an immunosuppressant. All of these compounds will be particularly useful in treating autoimmune disorders. The humanized immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, humanized immunoglobulins specifically reactive with γ-IFN epitopes are provided. These immunoglobulins, which have binding affinities to γ-IFN of at least about $10^7$ $M^{-1}$, and preferably $10^8$ $M^{-1}$ to $10^{10}$ $M^{-1}$ or stronger, are capable of, e.g., neutralizing human γ-IFN. The humanized immunoglobulins will have a human framework and will have one or more complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with γ-IFN. In a preferred embodiment, one or more of the CDR's will come from the AF2 antibody. Thus, the immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of autoimmune disorders in human patients by a variety of techniques.

The antibodies of the present invention will typically find use individually in treating autoimmune conditions. For example, typical disease states suitable for treatment include graft versus host disease and transplant rejection in patients undergoing an organ transplant, such as heart, lungs, kidneys, liver, etc. Other diseases include autoimmune diseases, such as Type I diabetes, multiple sclerosis, rheumatoid arthritis, systemic lupus erythematosus, and myasthenia gravis.

Any humanized immunoglobulins of the present invention may also be used in combination with other antibodies, particularly humanized antibodies reactive with other lymphokines or lymphokine receptors. For example, suitable antigens to which a cocktail of humanized immunoglobulins may react include interleukins 1 through 10 and the p55 and p75 chains of the IL-2 receptor (see, Waldmann, Annu. Rev. Biochem. 58., 875 (1989) and Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), both of which are incorporated herein by reference). Other antigens include those on cells responsible for the disease, e.g., the so-called "Clusters of Differentiation" (Leucocyte Typing III, ed. by A. J. McMichael, Oxford University Press (1987), which is incorporated herein by reference).

The antibodies can also be used as separately administered compositions given in conjunction with chemotherapeutic agents. Typically, the agents may include non-steroidal anti-inflammatory agents (e.g., aspirin, ibuprofen), steroids (e.g., prednisone) and immunosuppressants (e.g., cyclosporin A, cytoxan), but numerous additional agents well-known to those skilled in the art may also be utilized.

A preferred pharmaceutical composition of the present invention comprises the use of the subject immunoglobulins in immunotoxins, e.g., to kill γ-IFN-secreting cells. Immunotoxins are characterized by two components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery vehicle," provides a means for delivering the toxic agent to a particular cell type, such as cells expressing a γ-IFN epitope.

Humanized antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for detection of γ-IFN antigens, or the like.

The following examples are offered by way of illustration, not by limitation.

38

EXPERIMENTAL

Example 1

Humanized anti-Tac antibody

Design of genes for humanized anti-Tac light and heavy chains

The sequence of the human antibody Eu (Sequences of Proteins of Immunological Interest, E. Kabat et al., U.S. Dept. of Health and Human Services, 1983) was used to provide the framework of the humanized antibody, because the amino acid sequence of the heavy chain variable region of anti-Tac is more homologous to the heavy chain of this antibody than to any other complete heavy chain variable region sequence in the National Biomedical Foundation Protein Identification Resource.

To select the sequence of the humanized heavy chain, the anti-Tac heavy chain sequence (FIG. 1B, upper lines; see, commonly assigned U.S. Ser. Nos. 07/223,037 filed Sep. 28,1988, and 07/181,862 filed Apr. 15, 1988, both of which are now abandoned and which are incorporated herein by reference) was aligned with the sequence of the Eu heavy chain (FIG. 1B, lower lines). At each position, the Eu amino acid was selected for the humanized sequence, unless that position fell in any one of four categories defined above, in which case the anti-Tac amino acid was selected:

(1) The position fell within a complementarity determining region (CDR), as defined by Kabat, et al., op. cit. (amino acids 31–35, 50–66, 99–106);

(2) The Eu amino acid was rare for human heavy chains at that position, whereas the anti-Tac amino acid was common for human heavy chains at that position (amino acids 27, 93, 95, 98, 107–109, 111);

(3) The position was immediately adjacent to a CDR in the amino acid sequence of the anti-Tac heavy chain (amino acids 30 and 67); or

(4) 3-dimensional modeling of the anti-Tac antibody suggested that the amino acid was physically close to the antigen binding region (amino acids 48 and 68).

Amino acid #27 is listed in category (2) because the acceptor Eu amino acid Gly is rare, and the donor anti-Tac amino acid Tyr is chemically similar to the amino acid Phe, which is common, but the substitution was actually made because #27 also fell in category (4). Although some amino acids fell in more than one of these categories, they are only listed in one. The amino acids in the humanized heavy and light chains are numbered according to the lower lines of FIG. 1A and FIG. 1B.

To select the sequence of the humanized light chain, the anti-Tac light chain sequence was aligned with the sequence of the Eu light chain (FIG. 1A, lower lines). The Eu amino acid was selected at each position for the humanized sequence, unless the position again fell into one of the categories (1)–(4):

(1) CDR's (amino acids 24–34, 50–56, 89–97);

(2) Anti-Tac amino acid more typical than Eu (amino acids 48 and 63);

(3) Adjacent to CDR's (no amino acids; Eu and anti-Tac were already the same at all these positions); or

(4) Possible 3-dimensional proximity to binding region (amino acid 60).

The actual nucleotide sequence of the heavy and light chain genes were selected as follows:

(1) The nucleotide sequences code for the amino acid sequences chosen as described above;

5,693,762

**39**

(2) 5' of these coding sequences, the nucleotide sequences code for a leader (signal) sequence, namely the leader of the light chain of the antibody MOPC 63 and the leader of the heavy chain of the antibody PCH 108A (Kabat et al., op. cit.). These leader sequences were chosen as typical of antibodies;

(3) 3' of the coding sequences, the nucleotide sequences are the sequences that follow the mouse light chain J5 segment and the mouse heavy chain J2 segment, which are part of the anti-Tac sequences. These sequences are included because they contain splice donor signals; and

(4) At each end of the sequence is an Xba I site to allow cutting at the Xba I sites and cloning into the Xba I site of a vector.

Construction of humanized light and heavy chain genes

To synthesize the heavy chain, four oligonucleotides were synthesized using an Applied Biosystems 380B DNA synthesizer. Two of the oligonucleotides are part of each strand of the heavy chain, and each oligonucleotide overlaps the next one by about 20 nucleotides to allow annealing.

Together, the oligonucleotides cover the entire humanized heavy chain variable region with a few extra nucleotides at each end to allow cutting at the Xba I sites. The oligonucleotides were purified from polyacrylamide gels.

Each oligonucleotide was phosphorylated using ATP and T4 polynucleotide kinase by standard procedures (see, Maniatis, op. cit.). To anneal the phosphorylated oligonucleotides, they were suspended together in 40 ul of TA (33 mM Tris acetate, pH 7.9, 66 mM potassium acetate, 10 mM magnesium acetate) at a concentration of about 3.75 uM each, heated to 95° C. for 4 min. and cooled slowly to 4° C. To synthesize the complete gene from the oligonucleotides by synthesizing the opposite strand of each oligonucleotide, the following components were added in a final volume of 100 ul:

| | |
|---|---|
| 10 ul | annealed oligonucleotides |
| 0.16 mM each | deoxyribonucleotide |
| 0.5 mM | ATP |
| 0.5 mM | DTT |
| 100 ug/ml | BSA |
| 3.5 ug/ml | T4 g43 protein (DNA polymerase) |
| 25 ug/ml | T4 g44/62 protein (polymerase accessory protein) |
| 25 ug/ml | 45 protein (polymerase accessory protein) |

The mixture was incubated at 37° C. for 30 min. Then 10 u of T4 DNA ligase was added and incubation at 37° C. resumed for 30 min. The polymerase and ligase were inactivated by incubation of the reaction at 70° C. for 15 min. To digest the gene with Xba I, to the reaction was added 50 ul of 2× TA containing BSA at 200 ug/ml and DTT at 1 mM, 43 ul of water, and 50 u of Xba I in 5 ul. The reaction was incubated for 3 hr at 37° C., and run on a gel. The 431 bp Xba I fragment was purified from a gel and cloned into the Xba I site of the plasmid pUC19 by standard methods.

Four plasmid isolates were purified and sequenced using the dideoxy method. One of these had the correct sequence.

To synthesize the light chain, four oligonucleotides JFD1, JFD2, JFD3, JFD4 were synthesized. Two of the oligonucleotides are part of each strand of the light chain, and each oligonucleotide overlaps the next one by about 20 nucleotides to allow annealing. Together, the oligonucleotides cover the entire humanized light chain variable region with a few extra nucleotides at each end to allow cutting at the Xba I sites. The oligonucleotides were purified from polyacrylamide gels.

**40**

The light chain gene was synthesized from these oligonucleotides in two parts. 0.5 ug each of JFD1 and JFD2 were combined in 20 ul sequence buffer (40 mM Tris-HCl, pH 7.5, 20 mM magnesium chloride, 50 mM sodium chloride), heated at 70° C. for 3 min and allowed to cool slowly to 23° C. in order for the oligonucleotides to anneal. JFD3 and JFD4 were treated in the same way. Each reaction was made 10 mM in DTT and 0.5 mM in each deoxyribonucleotide and 6.5 u of sequenase (US Biochemicals) was added, in a final volume of 24 ul, and incubated for 1 hr at 37° C. to synthesize the opposite strands of the oligonucleotides. Xba I and Hind III were added to each reaction to digest the DNA (there is a Hind III site in the region where JFD2 and JFD3 overlap and therefore in each of the synthesized DNAs). The reactions were run on polyacrylamide gels, and the Xba I-Hind III fragments were purified and cloned into pUC18 by standard methods. Several plasmid isolates for each fragment were sequenced by the dideoxy method, and correct ones chosen.

Construction of plasmids to express humanized light and heavy chains

The heavy chain Xba I fragment was isolated from the pUC19 plasmid in which it had been inserted and then inserted into the Xba I site of the vector pVγ1 (see, commonly assigned U.S. Ser. No. 07/223,037 filed Sep. 28,1988, now abandoned, which is incorporated herein by reference) in the correct orientation by standard methods, to produce the plasmid pHuGTAC1. This plasmid will express high levels of a complete heavy chain when transfected into an appropriate host cell.

The two light chain Xba I-Hind III fragments were isolated from the pUC18 plasmids in which they had been inserted. The vector plasmid pVκ1 (see, commonly assigned U.S. Ser. No. 07/223,037 filed Sep. 28, 1988, now abandoned, which is incorporated herein by reference) was cut with Xba I, dephosphorylated and ligated with the two fragments by standard methods. The desired reaction product has the circular form: vector-Xba I-fragment 1- Hind III-fragment 2-Xba I-vector. Several plasmid isolates were analyzed by restriction mapping and sequencing, and one with this form chosen. This plasmid, pHuLTAC, therefore contains the complete humanized light chain and will express high levels of the light chain when transfected into an appropriate host cell.

Synthesis and affinity of humanized antibody

The plasmids pHuGTAC1 and pHuLTAC were transfected into mouse Sp2/0 cells, and cells that integrated the plasmids were selected on the basis of resistance to mycophenolic acid and/or hygromycin B conferred by the gpt and hyg genes on the plasmids by standard methods. To verify that these cells secreted antibody that binds to the IL-2 receptor, supernatant from the cells was incubated with HUT-102 cells that are known to express the IL-2 receptor. After washing, the cells were incubated with fluorescein-conjugated goat anti-human antibody, washed, and analyzed for fluorescence on a FACSCAN cytofluorometer. The results (FIG. 7A), clearly show that the humanized antibody binds to these cells, but not to Jurkat T-cells that do not express the IL-2 receptor (FIG. 7D). As controls, the original mouse anti-Tac antibody was also used to stain these cells, giving similar results.

For the next experiments, cells producing the humanized antibody were injected into mice, and the resultant ascites collected. Humanized antibody was purified to substantial homogeneity from the ascites by passage through an affinity column of goat anti-human immunoglobulin antibody, prepared on an Affigel-10 support (Bio-Rad Laboratories, Inc.,

5,693,762

41

Richmond. Calif.) according to standard techniques. To determine the affinity of the humanized antibody relative to the original anti-Tac antibody, a competitive binding experiment was performed. About $5 \times 10^5$ HUT-102 cells were incubated with known quantities (10–40 ng) of the anti-Tac antibody and the humanized anti-Tac antibody for 10 min at 4° C. Then 100 ng of biotinylated anti-Tac was added to the cells and incubated for 30 min at 4° C. This quantity of anti-Tac had previously been determined to be sufficient to saturate the binding sites on the cells, but not to be in large excess.

Then the cells were washed twice with 2 ml of phosphate buffered saline (PBS) containing 0.1% sodium azide. The cells were then incubated for 30 min at 4° C. with 250 ng of phycoerythrin- conjugated avidin, which bound to the biotinylated anti-Tac already bound to the cells. The cells were washed again as above, fixed in PBS containing 1% paraformaldehyde, and analyzed for fluorescence on a FAC-SCAN cytofluorometer.

Use of increasing amounts (10×40 ng) of the anti-Tac antibody as competitor in the first step decreased the amount of biotinylated anti-Tac that could bind to the cells in the second step, and therefore the amount of phycoerythrin-conjugated avidin that bound in the last step, thus decreasing fluorescence (FIG. 8A). Equivalent amounts (20 ng) of anti-Tac, and humanized anti-Tac used as competitor decreased the fluorescence to approximately the same degree (FIG. 8B). This shows that these antibodies have approximately the same affinity, because if one had greater affinity, it would have more effectively competed with the biotinylated anti-Tac, thus decreasing fluorescence more.

### Example 2

### A second humanized anti-Tac antibody

Higher level expression of the humanized anti-Tac antibody

Three new plasmid vectors were prepared for expression of the humanized antibodies. The plasmid pVg1 (FIG. 9A) contains a human cytomegalovirus IE1 promoter and enhancer (Boshart et al., *Cell* 41, 521 (1985), which is incorporated herein by reference), the human genomic Cyl segment including part of the preceding intron, and the hygomycin gene (Blochlinger et al., *Mol. Cell. Biol.* 4, 2929 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 9B) is similar to pVg1 but contains the human genomic Cκ segment and the gpt gene. The plasmid pVg1-dhfr was constructed similarly to pVg1 but contains a dihydrofolate reductase (dhfr) gene (Simonsen et al., *Proc. Natl. Acad. Sci. USA* 80, 2495 (1984), which is incorporated herein by reference) in place of the hygomycin gene.

Xba I fragments containing the humanized anti-Tac light chain and heavy chain variable regions were excised respectively from the plasmids pHuLTAC and the pHuGTAC1 and cloned into the Xba I sites of the plasmid vectors pVk and pVg1. To express the humanized anti-Tac antibody, the light chain encoding plasmid was introduced by electroporation into SP2/0 mouse myeloma cells followed by selection for gpt expression. Transfected cells expressing light chain were then transfected with the plasmid encoding the heavy chain followed by selection for hygromycin B resistance. Transfected cells producing the highest levels of humanized antibody as determined by ELISA were used for preparation of antibody. Humanized antibody was purified from culture supernatant of transfected cells by protein A sepharose chromatography.

42

Construction of the second humanized anti-Tac antibody

To determine whether it was actually necessary to use the mouse anti-Tac amino acids in categories (2)–(4) in the humanized anti-Tac antibody to retain binding affinity, a second humanized anti-Tac antibody was constructed. In the second antibody, only mouse anti-Tac amino acids in Category (1), i.e., in the CDR's themselves, were used, with all other amino acids coming from the human Eu framework. For purposes of this discussion, the original humanized anti-Tac antibody will be called the "PDL humanized antibody," and the second humanized antibody will be called the "CDR-only humanized antibody." The amino acid sequences of the PDL and CDR-only humanized antibody (variable regions) are compared in FIG. 10A and FIG. 10B.

The CDR-only humanized anti-Tac heavy and light chain variable (V) region gene segments were constructed in essentially the same manner as the light chain of the PDL humanized anti-Tac immunoglobulin, as described above. Specifically, each V region gene segment was synthesized in two halves. For each half, two overlapping, opposite-strand oligonucleotides, approximately 110 to 130 bases in length (FIG. 11A and FIG. 11B), were annealed and extended with sequenase (U.S. Biochemicals). The resulting double strand fragments were digested with either Xba I and Hind III (light chain) or Xba I and Sal I (heavy chain) and inserted into plasmid pUC19. Clones with the correct sequence were identified by DNA sequencing. Complete heavy and light chain genes were generated by inserting the V region halves into the Xba I sites of pVg 1 and pVκ respectively by three-fragment ligation.

The CDR-only humanized antibody was expressed in the same manner as the PDL humanized antibody, by transfecting first the light chain containing plasmid and then the heavy chain containing plasmid into SP2/0 cells. Transfected cells producing the highest levels of humanized antibody as determined by ELISA were used for preparation of antibody, which was purified by protein A sepharose chromatography. Antibody concentration was determined by ELISA using purified PDL humanized antibody as a standard. That the purified CDR-only humanized antibody is assembled into $H_2L_2$ tetramers as expected was shown by analysis using reducing and non-reducing polyacrylamide gel electrophoresis.

The ability of the CDR-only humanized immunoglobulin to bind to the IL-2 receptor was assessed by fluorescence staining. Approximately $3.4 \times 10^5$ HUT-102 cells, which are known to highly express the IL-2 receptor on their surface, were incubated with 200 ng of either the PDL or CDR-only humanized antibody, washed, and then incubated with fluorescein-conjugated goat anti-human IgG antisera. Cell fluorescence was measured by flow cytometry with a FAC-Scan (Becton Dickinson). As shown in FIG. 12, the PDL humanized antibody strongly stained the cells. However, staining by the CDR-only antibody was indistinguishable from staining by the negative control antibody humanized Fd79, which binds the gB glycoprotein of herpes simplex virus and not HUT-102 cells. Hence, by this assay, the CDR-only humanized antibody does not detectably bind the IL-2 receptor.

Binding of the PDL and CDR-only humanized anti-Tac antibodies to the IL-2 receptor were also compared in a competitive binding assay. Approximately $4 \times 10^5$ HUT-102 cells were incubated with 1.5 ng of radioiodinated mouse anti-Tac antibody ($7 \times 10^6$ cpm/ug) and varying amounts of each humanized antibody (4 to 512 ng) in 200 ul total volume of binding buffer (RPMI 1040 medium, 10% fetal calf serum, 10 ug/ml murine IgG2a, 0.1% sodium azide).

5,693,762

43

After incubation for 2 hours at 0° C., 800 ul of binding buffer was added, cells were collected by centrifugation and radioactivity was measured. The relative binding by the two humanized antibodies and by mouse anti-Tac is shown in a plot of bound/free labelled antibody versus competitor concentration (FIG. 13). The PDL humanized anti-Tac antibody affinity for IL-2 receptor is essentially equal to that of the mouse anti-Tac antibody, because it competes about equally well. But competition by the CDR-only humanized anti-Tac antibody to IL-2 receptor was undetectable at the antibody concentrations used, indicating a binding affinity reduction of at least 100-fold as compared to the PDL humanized anti-Tac antibody. Because the sequences of the PDL and CDR humanized anti-Tac antibodies differ only at positions where mouse framework residues in categories (2)–(4) were used in the PDL molecule, we conclude that at least one of these mouse framework residues are essential for high affinity binding.

Example 3

Construction of 5 other humanized antibodies

Cloning of heavy and light chain cDNAs

Five other humanized antibodies were designed and produced using the principles and categories disclosed herein. The antibodies are Fd79 and Fd138–80 which respectively bind to the gB and gD glycoproteins of herpes simplex virus (Metcalf et al., *Intervirology* 29, 39 (1988)), M195 (Tanimoto et al., *Leukemia* 3, 339 (1989)) which binds to the CD33 antigen, mik-β1 (Tsudo et al., *Proc. Natl. Acad. Sci. USA* 86, 1982 (1989)) which binds to the p75 chain of the IL-2 receptor, and CMV5 which binds to the gH glycoprotein of cytomegalovirus.

cDNAs for the heavy chain and light chain variable domain genes of each antibody were cloned using anchored polymerase chain reactions (Loh et al., *Science* 243, 219 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoRI sites (Scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoRI and HindIII and cloned into the pUC18 vector for sequencing. For each antibody, at least two heavy chain and two kappa clones were sequenced and found to have the same sequence. The deduced amino acid sequences of the mature light and heavy chain variable regions are shown in FIGS. 2A–6B, upper lines.

Design of humanized antibodies

In order to retain high binding affinity of the humanized antibodies, the principles and categories described above were utilized when designing the antibodies. Based on high sequence homology, human antibodies were selected to provide both the acceptor light and heavy chain human frameworks for the mouse antibodies, as follows: human Pom for Fd79, human Eu for Fd138–80, human Eu for M195, human Lay for mik-β1, and human Wol for CMV5.

The computer programs ABMOD and ENCAD (Levitt, *J. Mol. Biol.*, 168, 595 (1983) and Zilber et al., *Biochemistry* 29, 10032 (1990), both of which are incorporated herein by reference) was used to construct a model of the variable region of each mouse antibody. The model was used to determine the amino acids in each framework that were close enough to the CDR's to potentially interact with them (category 4 above). For each antibody, the positions found to fall in the categories (1)–(5) defined above are given in Table 1, numbered as in FIGS. 2A–6B.

44

TABLE 1

| Category | Light Chain | Heavy Chain |
| --- | --- | --- |
| | Fd79 Antibody | |
| 1 | 24–38, 54–50, 93–100 | 31–35, 50–66, 99–111 |
| 2 | 9, 45, 46, 83 | 82, 112 |
| 3 | 53 | 112 |
| 4 | 53 | 97 |
| 5 | 81 | |
| | Fd138–80 Antibody | |
| 1 | 24–34, 50–56, 89–97 | 31–35, 50–66, 99–110 |
| 2 | 48, 63 | 93, 98, 111, 112, 113, 115 |
| 3 | — | 30, 67, 98, 111 |
| 4 | 36, 48, 87 | 27, 30, 37, 48, 67, 68, 98 |
| | M195 Antibody | |
| 1 | 24–38, 54–60, 93–101 | 31–35, 50–66, 95–105 |
| 2 | 2, 10, 52, 67, 110 | 93, 95, 98, 106, 107, 108, 110 |
| 3 | — | 30, 67, 98, 106 |
| 4 | 40, 52, 74 | 27, 30, 48, 68, 98 |
| | mik-β1 Antibody | |
| 1 | 24–33, 49–55, 88–96 | 31–35, 50–65, 98–108 |
| 2 | 13 | 84, 89, 90 |
| 3 | — | 30, 49 |
| 4 | 70 | 29, 30, 72, 73 |
| 5 | 41 | 1 |
| | CMV5 Antibody | |
| 1 | 24–34, 50–56, 89–97 | 31–35, 50–66, 99–108 |
| 2 | — | 69, 80 |
| 3 | 49 | 30 |
| 4 | 49 | 24, 27, 28, 30, 97 |
| 5 | — | |

In designing each humanized antibody, at each position the amino acid was selected to be the same as in the human acceptor sequence, unless the position fell in categories (1)–(4), in which case the amino acid from the mouse sequence was used, or in category (5), in which case a typical for human sequences at that position was used.

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including signal peptides typically from the mouse antibody chains, generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included splice donor signals typical for immunoglobulin genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal. The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 base long with a 15–20 base overlap. Double stranded DNA fragments were synthesized with Klenow or Taq polymerase or sequenase from each pair of oligonucleotides, digested with restriction enzymes, ligated to pUC18 vector and sequenced. Two fragments with the respectively correct half-sequences were then ligated into the XbaI sites of pVg1 (heavy chains of Fd79 and Fd138–80) or pVg1-dhfr (heavy chains of M195, mik-β1, CMV5) or pVk (all light chains) expression vectors in the appropriate orientations to produce the complete heavy and

5,693,762

45

light chain genes. Reactions were carried out under conditions well-known in the art (Maniatis et al., op. cit.).

The heavy chain and light chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells were selected for gpt expression. Clones were screened by assaying human antibody production in the culture supernatant by ELISA, and antibody was purified from the best-producing clones. Antibody was purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibodies were eluted with 0.2M Glycine-HCl, pH 3.0 and neutralized with 1M Tris pH 8.0. The buffer was exchanged into PBS by passing over a PD10 column (Pharmacia).

Properties of the humanized antibodies

The binding of the humanized antibodies to cell types expressing the corresponding antigens was tested: HSV-infected cells for Fd79 and Fd138–80, U937 cells for M195, YTJB cells for mik-β1 and CMV-infected cells for CMV5. By fluorocytometry, the humanized antibodies bind approximately as well as the original mouse antibodies and the corresponding chimeric antibodies. Moreover, the humanized antibodies compete approximately as well as the corresponding mouse antibodies against the radiolabeled mouse antibodies for binding to the cells, so the humanized antibodies have approximately the same binding affinity as the mouse antibodies, typically within about 2 fold or better, see, e.g., Table 2.

TABLE 2

Binding affinities of murine and humanized antibodies.

| Mouse<br>$K_a$ (M$^{-1}$) | | Humanized<br>$K_a$ (M$^{-1}$) | |
|---|---|---|---|
| Fd79 (anti-gB) | $1.1 \times 10^8$ | $5.3 \times 10^7$ | |
| Fd138-80 (anti-gD) | $5.2 \times 10^7$ | $4.8 \times 10^7$ | |

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other antibodies. In comparison to other monoclonal antibodies, the present humanized immunoglobulin can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

Example 4

Design of genes for anti-Tac human-like light and heavy chains

The sequence of the human antibody Eu (Sequences of Proteins of Immunological Interest, Kabat, E., et al., U.S. Dept. of Health and Human Services, 1983) was used to provide the framework of the humanized antibody, because the amino acid sequence of the heavy chain of anti-Tac is more homologous to the heavy chain of this antibody than to any other heavy chain sequence in the National Biomedical Foundation Protein Identification Resource.

To select the sequence of the humanized heavy chain, the anti-Tac heavy chain sequence was aligned with the sequence of the Eu heavy chain (FIG. 15). At each position, the Eu amino acid was selected for the humanized sequence, unless that position fell in any one of the following categories, in which case the anti-Tac amino acid was selected.

46

(1) The position fell within a complementarity determining region (CDR), as defined by Kabat, et al., op. cit. (amino acids 31–35, 50–66, 99–106);

(2) The Eu amino acid was unusual for human heavy chains at that position, whereas the anti-Tac amino acid was typical for human heavy chains at that position (amino acids 27, 93, 95, 98, 107–109, 111);

(3) The position was immediately adjacent to a CDR in the amino acid sequence of the anti-Tac heavy chain (amino acids 30 and 67).

(4) 3-dimensional modeling of the anti-Tac antibody suggested that the amino acid was physically close to the antigen binding region (amino acids 48 and 68).

Some amino acids fell in more than one of these categories but are only listed in one.

To select the sequence of the humanized light chain, the anti-Tac light chain sequence was aligned with the sequence of the Eu light chain (FIG. 16). The Eu amino acid was selected at each position, unless the position again fell into one of the categories (1)–(4), (with light chain replacing heavy chain in the category definitions):

(1) CDRs (amino acids 24–34, 50–56, 89–97).

(2) Anti-Tac amino acid more typical than Eu (amino acids 48 and 63).

(3) Adjacent to CDRs (no amino acids; Eu and anti-Tac were already the same at all these positions).

(4) Possible 3-dimensional proximity to binding region (amino acid 60).

The actual nucleotide sequence of the heavy (FIG. 17) and light chain (FIG. 18) genes were selected as follows:

(1) the nucleotide sequences code for the amino acid sequences chosen as described above.

(2) 5' of these coding sequences, the nucleotide sequences code for a leader (signal) sequence, namely the leader of the light chain of the antibody MOPC 63 and the leader of the heavy chain of the antibody PCH 108A (Kabat et al., op. cit.). These leader sequences were chosen as typical of antibodies.

(3) 3' of the coding sequences, the nucleotide sequences are the sequences that follow the mouse light chain J5 segment and the mouse heavy chain J2 segment, which are part of the anti-Tac sequences. These sequences are included because they contain splice donor signals.

(4) At each end of the sequence is an Xba I site to allow cutting at the Xba I sites and cloning into the Xba I site of a vector.

Construction of humanized light and heavy chain genes

To synthesize the heavy chain, four oligonucleotides HES12, HES13, HES14, HES15 (FIG. 19A) were synthesized using an Applied Biosystems 380B DNA synthesizer. Two of the oligonucleotides are part of each strand of the heavy chain, and each oligonucleotide overlaps the next one by about 20 nucleotides to allow annealing (FIG. 19B). Together, the oligonucleotides cover the entire humanized heavy chain (FIG. 17) with a few extra nucleotides at each end to allow cutting at the Xba I sites. The oligonucleotides were purified from polyacrylamide gels.

Each oligonucleotide was phosphorylated using ATP and T4 polynucleotide kinase by standard procedures (see, Maniatis, op. cit.). To anneal the phosphorylated oligonucleotides, they were suspended together in 40 ul of TA (33 mM Tris acetate, pH 7.9, 66 mM potassium acetate, 10 mM magnesium acetate) at a concentration of about 3.75 uM each, heated to 95° C. for 4 min. and cooled slowly to 4° C. To synthesize the complete gene from the oligonucle-

5,693,762

47

otides by synthesizing the opposite strand of each oligo-nucleotide (FIG. 19B), the following components were added in a final volume of 100 ul:

| 10 ul | annealed oligonucleotides |
|---|---|
| 0.16 mM each | deoxyribonucleotide |
| 0.5 mM | ATP |
| 0.5 mM | DTT |
| 100 ug/ml | BSA |
| 3.5 ug/ml | T4 g43 protein (DNA polymerase) |
| 25 ug/ml | T4 g44/62 protein (polymerase accessory protein) |
| 25 ug/ml | 45 protein (polymerase accessory protein) |

The mixture was incubated at 37° C. for 30 min. Then 10 U of T4 DNA ligase was added and incubation at 37° C. resumed for 30 min. The polymerase and ligase were inactivated by incubation of the reaction at 70° C. for 15 min. To digest the gene with Xba I, to the reaction was added 50 ul of 2× TA containing BSA at 200 ug/ml and DTT at 1 mM, 43 ul of water, and 50 U of Xba I in 5 ul. The reaction was incubated for 3 hr at 37° C., and run on a gel. The 431 bp Xba I fragment was purified from a gel and cloned into the Xba I site of the plasmid pUC19 by standard methods.

Four plasmid isolates were purified and sequenced using the dideoxy method. One of these had the correct sequence (FIG. 17).

To synthesize the light chain, four oligonucleotides JFD1, JFD2, JFD3, JFD4 (FIG. 20A) were synthesized. Two of the oligonucleotides are part of each strand of the light chain, and each oligonucleotide overlaps the next one by about 20 nucleotides to allow annealing (FIG. 20B). Together, the oligonucleotides cover the entire humanized light chain (FIG. 18) with a few extra nucleotides at each end to allow cutting at the Xba I sites. The oligonucleotides were purified from polyacrylamide gels.

The light chain gene was synthesized from these oligo-nucleotides in two parts. 0.5 ug each of JFD1 and JFD2 were combined in 20 ul sequenase buffer (40 mM Tris-HCl, pH 7.5, 20 mM magnesium chloride, 50 mM sodium chloride), heated at 70° C. for 3 min and allowed to cool slowly to 23° C. in order for the oligonucleotides to anneal. JFD3 and JFD4 were treated in the same way. Each reaction was made 10 mM in DTT and 0.5 mM in each deoxyribonucleotide and 6.5 U of sequenase (US Biochemicals) was added, in a final volume of 24 ul, and incubated for 1 hr at 37° C. to synthesize the opposite strands of the oligonucleotides. Xba I and Hind III were added to each reaction to digest the DNA (there is a Hind III site in the region where JFD2 and JFD3 overlap and therefore in each of the synthesized DNAs; FIG. 20B). The reactions were run on polyacrylamide gels, and the Xba I-Hind III fragments were purified and cloned into pUC18 by standard methods. Several plasmid isolates for each fragment were sequenced by the dideoxy method, and correct ones chosen.

Construction of plasmids to express humanized light and heavy chains

The heavy chain Xba I fragment was isolated from the pUC19 plasmid in which it had been inserted and then inserted into the Xba I site of the vector pVγ1 in the correct orientation by standard methods, to produce the plasmid pHuGTAC1 (FIG. 21). This plasmid will express high levels of a complete heavy chain when transfected into an appropriate host cell.

The two light chain Xba I-Hind III fragments were isolated from the pUC18 plasmids in which they had been inserted. The vector plasmid pVκ1 was cut with Xba I,

48

dephosphorylated and ligated with the two fragments by standard methods. The desired reaction product has the circular form: vector-Xba I-fragment 1-Hind III-fragment 2-Xba I-vector. Several plasmid isolates were analyzed by restriction mapping and sequencing, and one with this form chosen. This plasmid, pHuLTAC (FIG. 22), therefore contains the complete humanized light chain (FIG. 18) and will express high levels of the light chain when transfected into an appropriate host cell.

Synthesis and affinity of humanized antibody

The plasmids pHuGTAC1 and pHuLTAC were trans-fected into mouse Sp2/0 cells, and cells that integrated the plasmids were selected on the basis of resistance to myco-phenolic acid and/or hygromycin B conferred by the gpt and hyg genes on the plasmids (FIGS. 21, 22) by standard methods. To verify that these cells secreted antibody that binds to the IL-2 receptor, supernatant from the cells was incubated with HUT-102 cells that are known to express the IL-2 receptor. After washing, the cells were incubated with fluorescein-conjugated goat anti-human antibody, washed, and analyzed for fluorescence on a FACSCAN cytofluorom-eter. The results (FIG. 7A), clearly show that the humanized antibody binds to these cells, but not to Jurkat T-cells that do not express the IL-2 receptor (FIG. 7D). As controls, the original mouse anti-Tac antibody was also used to stain these cells (FIG. 7B and FIG. 7C), giving similar results.

For further experiments, cells producing the humanized antibody were injected into mice, and the resultant ascites collected. Humanized antibody was purified to substantial homogeneity from the ascites by passage through an affinity column of goat anti-human immunoglobulin antibody, pre-pared on an Affigel-10 support (Bio-Rad Laboratories, Inc., Richmond, Calif.) according to standard techniques. To determine the affinity of the humanized antibody relative to the original anti-Tac antibody, a competitive binding experi-ment was performed. About $5 \times 10^5$ HUT-102 cells were incubated with known quantities (10–40 ng) of the anti-Tac antibody and the humanized anti-Tac antibody for 10 min at 4° C. Then 100 ng of biotinylated anti-Tac was added to the cells and incubated for 30 min at 4° C. This quantity of anti-Tac had previously been determined to be sufficient to saturate the binding sites on the cells, but not to be in large excess. Then the cells were washed twice with 2 ml of phosphate buffered saline (PBS) containing 0.1% sodium azide. The cells were then incubated for 30 min at 4° C. with 250 ng of phycoerythrin-conjugated avidin, which bound to the biotinylated anti-Tac already bound to the cells. The cells were washed again as above, fixed in PBS containing 1% paraformaldehyde, and analyzed for fluorescence on a FAC-SCAN cytofluorometer.

Use of increasing amounts (10–40 ng) of the anti-Tac antibody as competitor in the first step decreased the amount of biotinylated anti-Tac that could bind to the cells in the second step, and therefore the amount of phycoerythrin-conjugated avidin that bound in the last step, thus decreasing fluorescence (FIG. 8A). Equivalent amounts (20 ng) of anti-Tac, and humanized anti-Tac used as competitor decreased the fluorescence to approximately the same degree (FIG. 8B). This shows that these antibodies have approximately the same affinity, because if one had greater affinity, it would have more effectively competed with the biotinylated anti-Tac, thus decreasing fluorescence more.

Biological properties of the humanized antibody

For optimal use in treatment of human disease, the humanized antibody should be able to destroy T-cells in the body that express the IL-2 receptor. One mechanism by which antibodies may destroy target cells is antibody-

5,693,762

49
50

dependent cell-mediated cytotoxicity, abbreviated ADCC (*Fundamental Immunology*, Paul, W., Ed., Raven Press, New York (1984), at pg. 681), in which the antibody forms a bridge between the target cell and an effector cell such as a macrophage that can lyse the target. To determine whether the humanized antibody and the original mouse anti-Tac antibody can mediate ADCC, a chromium release assay was performed by standard methods. Specifically, human leukemia HUT-102 cells, which express the IL-2 receptor, were incubated with $^{51}$Cr to allow them to absorb this radionuclide. The HUT-102 cells were then incubated with an excess of either anti-Tac or humanized anti-Tac antibody. The HUT-102 cells were next incubated for 4 hrs with either a 30:1 or 100:1 ratio of effector cells, which were normal purified human peripheral blood mononuclear cells that had been activated by incubation for about 20 hrs with human recombinant IL-2. Release of $^{51}$Cr, which indicated lysis of the target HUT-102 cells, was measured and the background subtracted (Table 3). The results show that at either ratio of effector cells, anti-Tac did not lyse a significant number of the target cells (less than 5%), while the humanized antibody did (more than 20%). Hence, the humanized antibody is likely to be more efficacious than the original mouse antibody in treating T-cell leukemia or other T-cell mediated diseases.

TABLE 3

| Antibody | Percent $^{51}$Cr release after ADCC Effector: Target ratio | |
| | 30:1 | 100:1 |
| --- | --- | --- |
| Anti-Tac | 4% | <1% |
| Humanized anti-Tac | 24% | 23% |

Higher level expression of the humanized anti-Tac antibody

Two new plasmid vectors were prepared for expression of the humanized antibody. The plasmid pVg1 (FIG. 9A) contains a human cytomegalovirus IE1 promoter and enhancer (Boshart et al., *Cell* 41, 521 (1985)), the human genomic Cγ 1 segment including part of the preceding intron, and the hygomycin gene (Blochlinger et al., *Mol. Cell. Biol*, 4, 2929 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 9B) is similar to pVg1 but contains the human genomic Cκ segment and the gpt gene.

Xba I fragments containing the humanized anti-Tac light chain and heavy chain variable regions were excised respectively from the plasmids pHuLTAC and the pHuGTAC1 and cloned into the Xba I sites of the plasmid vectors pVk and pVG1. To express the humanized anti-Tac antibody, the light chain encoding plasmid was introduced by electroporation into SP2/0 mouse myeloma cells followed by selection for gpt expression. Transfected cells expressing light chain were then transfected with the plasmid encoding the heavy chain followed by selection for hygromycin B resistance. Transfected cells producing the highest levels of humanized antibody as determined by ELISA were used for preparation of antibody. Humanized antibody was purified from culture supernatant of transfected cells by protein A sepharose chromatography.

From the foregoing, it will be appreciated that the humanlike immunoglobulins of the present invention offer numerous advantages of other human IL-2 receptor-specific antibodies. In comparison to anti-Tac mouse monoclonal antibodies, the present human-like immunoglobulin can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

Example 5

Design of genes for mikβ1 humanized light and heavy chains

To exert its biological effects, IL-2 interacts with a specific high-affinity membrane receptor (Greene, W., et al., *Progress in Hematology XIV*, E. Brown, Ed., Grune and Statton, New York (1986), at pgs. 283 ff and Waldmann, *Ann. Rev. Biochem.* 58, 875 (1989), which is incorporated herein by reference). The human IL-2 receptor is a complex multichain glycoprotein, with one chain, known as the Tac peptide or alpha chain, being about 55 kD in size (see, Leonard, W., et al., *J. Biol. Chem.* 260, 1872 (1985), which is incorporated herein by reference). The second chain is known as the p75 or beta chain (Tsudo et al., *Proc. Nat. Acad. Sci. USA*, 83, 9694 (1986) and Sharon et al., *Science* 234, 859 (1986), both of which are incorporated herein by reference). The p55 or Tac chain and the p75 chain each independently bind IL-2 with low or intermediate affinity, while the IL-2 receptor complex of both chains binds IL-2 with high affinity. The p75 chain of the human IL-2 receptor will often be called herein simply the p75 protein.

Much of the elucidation of the human IL-2 receptor's structure and function is due to the development of specifically reactive monoclonal antibodies. The antibody, mik-β1, binds to the p75 chain (Tsudo et al., *Proc. Nat. Acad. Sci. USA* 86, 1982 (1989), which is incorporated herein by reference).

Cloning of heavy chain and light chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Loh et al., *Science* 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoRI sites (scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoRI and HindIII and cloned into the pUC19 vector for sequencing. For mik-β1, two gamma-2a specific and two kappa specific clones were sequenced. The two gamma-2a clones and two kappa clones are respectively identical in sequence. The cDNA variable domain sequences and the deduced amino acid sequences are shown in FIG. 23A and FIG. 23B.

Construction and expression of chimeric antibody

Two plasmid vectors were prepared for construction and expression of the chimeric antibody genes. The plasmid pVg1-dhfr (FIG. 24A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., *Cell* 41, 521 (1985)), the human genomic Cγ1 segment including part of the preceding intron, and a dihydrofolate reductase (dhfr) gene (Simonsen et al., *Proc. Natl. Acad. Sci. USA* 80, 2495 (1983), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 24B) is similar to pVg1-dhfr but contains the human genomic Cκ segment and the gpt gene. Derivatives of the mik-β1 heavy and light chain variable regions were prepared from the cDNAs by polymerase chain reaction. The 5' primers hybridized to the V regions starting at the ATG codons and contained XbaI sites; the 3' primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, C. Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the CMV promoter and the partial introns of the constant regions.

For expression of the chimeric antibody, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse

5,693,762

51

myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete antibody were detected by ELISA. Purified chimeric mik-β1 antibody was shown to bind to YTJB cells, which express the p75 antigen, by flow cytometry (FIG. 25).

Computer modeling of humanized antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (C. Queen et al., *Proc. Natl. Acad. Sci. USA* 86, 10029 (1989), which is incorporated herein by reference). The more homologous a human antibody is to the original murine antibody, the less likely will combining the murine CDRs with the human framework be to introduce distortions into the CDRs that could reduce affinity. Normally the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence database (performed with the MicrorGenie Sequence Analysis Software (Beckman)), the antibody Lay was chosen to provide the framework sequences for humanization of mik-β1.

The computer program ENCAD (M. Levitt, *J. Mol. Biol.* 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of the mik-β1 variable region. The model was used to determine the amino acids in the mik-β1 framework that were close enough to the CDRs to potentially interact with them (category 4 below). To design the humanized light and heavy chain mik-β1 variable regions, at each position the amino acid was chosen to be the same as in the Lay antibody, unless that position fell in one or more of five categories:

(1) The position fell within a CDR,

(2) The Lay amino acid was unusual for human antibodies at that position, whereas the mik-β1 amino acid was typical for human antibodies at that position.

(3) The position was immediately adjacent to a CDR,

(4) The model described above suggested that the amino acid may be physically close to the antigen binding region (CDRs).

For positions in these categories, the amino acid from the (mouse) mik-β1 antibody was used. In addition, a position was in the fifth category if

(5) The Lay amino acid was highly unusual for human antibodies at that position, and the mik-β1 amino acid was different but also unusual. Then an amino acid typical for human antibodies at that position may be used.

The amino acids in each category are shown in Table 4. Some amino acids may be in more than one category. The final sequences of the humanized mik-β1 light and heavy chain variable domains are shown in FIG. 26A and FIG. 26B, compared with the Lay sequences.

TABLE 4

| Category | Light Chain | Heavy Chain |
|---|---|---|
| 1 | 24–33, 49–55, 88–96 | 31–35, 50–65, 98–108 |
| 2 | 13 | 84, 89, 90 |
| 3 | 30, 49 | |
| 4 | 70 | 29, 30, 72, 73 |
| 5 | 41 | 1 |

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including the same signal peptides as in the mouse mik-β1 chains (FIG. 23A and FIG. 23B), generally utilizing

52

codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal (FIG. 27A and FIG. 27B). The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 base long with about a 20 base overlap. Double stranded DNA fragments were synthesized with sequenase from each pair of oligonucleotides, digested with restriction enzymes, ligated to pBluescriptII KS (+) (Stratagene) vector and sequenced. Two fragments with the respectively correct half-sequences were then ligated into the XbaI sites of the pVg1-dhfr or pVk expression vectors. In vitro mutagenesis was used to change an Ala amino acid originally encoded by oligonucleotide wps54 to the Glu (E) at position 1 of the humanized heavy chain (FIG. 26B) by changing the nucleotides CT to AG. Reactions were carried out under conditions well-known in the art (Maniatis et al., op. cit.)

The heavy chain and light chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells were selected for gpt expression. Clones were screened by assaying human antibody production in the culture supernatant by ELISA, and antibody was purified from the best-producing clones. Antibody was purified by passing culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibody was eluted with 0.2M Glycine-HCl, pH3.0 and neutralized with 1M Tris PH8.0. The buffer was exchanged into PBS by passing over a PD10 column (Pharmacia).

Properties of humanized antibodies

The humanized mik-β1 antibody was characterized in comparison to the murine and chimeric antibodies. The humanized antibody bound to YTJB cells, which express p75 chain at a high level, in a fluorocytometric analysis in a manner similar to the chimeric antibody (FIG. 25), showing that it recognizes the same p75 protein.

The affinity of the humanized antibody was determined by competition with the radio-iodinated mouse mik-β1 antibody (FIG. 28). The binding affinities were calculated according to the methods of Berzofsky (J. A. Berzofsky and L. J. Berkower, in *Fundamental Immunology* (ed. W. E. Paul), Raven Press (New York), 595 (1984), which is incorporated herein by reference). The binding affinity of the humanized mik-β1 antibody was within about 2-fold of the affinity of the mouse mik-β1 antibody.

The ability of humanized mik-β1 plus humanized anti-Tac antibody to inhibit IL-2 stimulated proliferation of human lymphocytes was determined. Human mononuclear cells, collected from human blood by centrifugation on Ficoll-Paque (Pharmacia), were diluted to $2\times10^6$ cells/ml in RPMI medium+10% fetal calf serum (FCS). A $\frac{1}{100}$ volume of phytohemagglutinin P (Difco) was added and the cells were incubated for 4 days. The cells were incubated an additional 4 days in RPMI+10% FCS+10 u/ml IL-2. $10^5$ of these PHA activated blasts were then incubated with or without 2 μg each of humanized mik-β1 and humanized anti-Tac in 150 μl of RPMI+10% FCS in wells of a 96-well plate for 1 hr, to which various dilutions of IL-2 (Amgen) were then added in 50 μl medium. The cells were incubated 48 hr, 0.5 μCi methyl-$^3$H-thymidine (Amersham, 82 Ci/mmol) was added,

5,693,762

53

and the cells were incubated 24 hr. Cells were harvested with a cell harvester and radioactivity determined. The combination of the antibodies greatly inhibited proliferation of the cells in response to IL-2 (FIG. 29), suggesting a combination of the antibodies will have strong immunosuppressive properties. Humanized mik-β1 plus humanized anti-Tac inhibited proliferation much more strongly than did either antibody alone.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other p75 specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulin can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

Example 6

Design of genes for Fd79 and Fd138–80 humanized light and heavy chains

Exemplary DNA sequences coding for the polypeptide chains comprising the heavy and light chain hypervariable regions (with human framework regions) from monoclonal antibodies Fd79 and Fd138–80, are shown in FIG. 30A through FIG. 30D.

Cloning of heavy chain and light chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Loh et al., Science 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoRI sites (scheme shown in FIG. 14). This method yields clones with authentic variable domain sequences, in contrast to other methods using mixed primers designed to anneal to the variable domain sequence (J. W. Larrick et al., Bio/Technology 7, 934 (1989) and Y. L. Chiang et al., BioTech. 7, 360 (1989)). The PCR amplified fragments were digested with EcoRI and HindIII and cloned into the pUC18 vector for sequencing. For Fd79, two gamma-1 specific and 5 kappa specific clones were sequenced. The two gamma-1 specific clones are identical in sequence. This heavy chain cDNA fragment encodes a signal peptide of 19 amino acids, a V region in mouse heavy chain subgroup IIIB, a D segment, and a $J_H1$ segment with 4 alterations compared to the genomic $J_H1$ sequence. The deduced amino acid sequence is shown in FIG. 30A.

The five kappa specific clones belong to two groups. Two clones are identical and encode a kappa chain in which the conserved amino acid 23 cysteine has been substituted by a tyrosine, probably representing the non-productive allele. The other three clones have an identical sequence encoding a signal peptide sequence of 20 amino acids, a V region in mouse kappa chain subgroup III, and a $J_K2$ segment with a single alteration compared to the genomic $J_K2$ sequence (FIG. 30B). The validity of the heavy chain and the kappa chain sequences was subsequently confirmed by the construction and expression of a chimeric antibody as discussed below.

The heavy chain and the kappa chain of Fd138–80 were cloned similarly. Three clones each of the heavy chain and the kappa chain were sequenced. All three heavy chain clones have an identical sequence encoding a signal peptide sequence of 19 amino acids, a V region in mouse heavy chain subgroup II, a D segment and the $J_H3$ segment (FIG. 30C). The three kappa clones are also identical in sequence. This light chain fragment encodes a signal peptide sequence of 20 amino acids, a V region gene in mouse kappa chain subgroup V and the $J_K5$ segment (FIG. 30D). Both chains shown no irregularities in coding sequence; their validity

54

was subsequently confirmed by construction and expression of a chimeric antibody.

Construction and expression of chimeric antibodies

Two plasmid vectors were prepared for construction and expression of the chimeric antibody genes. The plasmid pVg1 (FIG. 9A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., Cell 41, 521 (1985)), the human genomic $C_γ1$ segment including part of the preceding intron, and the hygromycin gene (Biochlinger et al., Mol. Cell. Biol. 4, 2929 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 9B) is similar to pVg1 but contains the human genomic $C_k$ segment and the gpt gene. Derivatives of the Fd79 and Fd138–80 heavy and light chain variable regions were prepared from the cDNAs by polymerase chain reaction. The 5' primers hybridized to the V regions starting at the ATG codons and contained XbaI sites; the 3' primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, C. Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the CMV promoter and the partial introns of the constant regions.

For expression of the chimeric antibodies, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete antibody were detected by ELISA. Purified chimeric Fd79 and Fd138–80 antibodies were shown to bind to HSV-1 infected vero cells by flow cytometry. Viral neutralization assays also indicated that the chimeric antibodies retain the neutralization activities of the murine antibodies (data not shown, but see below for similar results with humanized antibodies).

Computer modeling of humanized antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (C. Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The more homologous a human antibody is to the original murine antibody, the less likely will combining the murine CDRs with the human framework be to introduce distortions into the CDRs that could reduce affinity. Normally the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence homology search against the NBRF protein sequence database (performed with the MicroGenie Sequence Analysis Software (Beckman), the antibody Pom was chosen to provide the framework sequences for humanization of Fd79.

The computer program ENCAD (Levitt, J. Mol. Biol. 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of the Fd79 variable region. Inspection of the refined model of murine Fd79 revealed two amino acid residues in the framework that are close enough to have significant contacts with the CDR residues (Table 5). Lys in light chain position 49 has contacts with 3 amino acids in CDR2 of the light chain (L50 Tyr, L53 Asn. L55 Glu) and 2 amino acids in CDR3 of the heavy chain (H99 Asp, H100 Tyr). Leu in heavy chain position 93 also shows interactions with 2 amino acids in CDR2 of the heavy chain (H35 Ser, H37 Val) and an amino acid in CDR3 of the heavy chain (H100C Phe). Hence, L49 Lys and H93 Leu were retained in the construction of humanized Fd79, as their replacement with human Pom framework residues would be likely to introduce distortions into the CDRs. Also, 7 other residues in the Pom framework (5 in the light chain and 2 in the heavy chain) were substituted with common human residues (identical to the murine Fd79 sequence in 6 of the

5,693,762

55

choices) because of their rare occurrence in other human antibodies. The elimination of unusual amino acids in the framework may further reduce immunogenicity. The murine Fd79 sequences and the corresponding humanized sequences are shown in FIG. 30A and FIG. 30B. Substituted residues in the Pom framework are underlined.

TABLE 5

Residues in the framework sequence showing contacts with residues in the hypervariable regions.

| Residue No.[1] | Amino Acid | Contacting CDR residues[2] |
|---|---|---|
| Fd79 | | |
| L49 | Lys | L50Y, L53N, L55E, H99D, |
| | H100Y | |
| H93 | Leu | H35S, H37V, H100CF |
| Fd138-80 | | |
| L36 | His | L34V, L89Q |
| H27 | Tyr | H32H, H34I |
| H30 | Tyr | H32H, H53R |
| H48 | Phe | H63F |
| H66 | Lys | H63F |
| H67 | Ala | H63F |

[1]The amino acid residues are numbered according to the Kabat system (E.A. Kabat et al., Sequences of Proteins of Immunological Interest, National Institutes of Health, Bethesda, MD (1987); the first letter (H or L) stands for the heavy chain or light chain. The following number is the residue number. The last letter is the amino acid one letter code.
[2]The hypervariable regions are defined according to Kabat: Light chain CDR1: residue 24–34; CDR2: 50–56; CDR3: 89–97. Heavy chain CDR1: 31–35; CDR2: 50–65; CDR3: 95–102.

Similarly, the murine heavy chain and light chain sequences of Fd138–80 were subjected to sequence homology search against the NBRF protein sequence database. The sequences of the human antibody Eu were selected to provide the framework sequences for humanized Fd138–80. Inspection of a computer-generated model of Fd138–80 revealed 6 amino acid residues in the framework that are close enough to have important contacts with CDR residues. The residues and their contacting counterparts are listed in Table 5; these murine residues were retained in the construction of humanized Fd138–80. Two other residues (L87 Phe and H37 Met) show significant contacts with L98 Phe, which is immediately adjacent to CDR3, so these two mouse residues were also retained. Eight amino acids in the Eu framework (2 in the light chain and 6 in the heavy chain) were substituted with the murine residues (which are also consistent with the human consensus residues) because of their rare occurrence in other human antibodies. The murine Fd138–80 sequences and the corresponding humanized sequences are shown in FIG. 30C and FIG. 30D. Substituted residues in the Eu framework are underlined.

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including the signal peptides, generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal. The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 bases long with a 15 base overlap. Double stranded DNA fragments were synthesized with Klenow polymerase, digested with restriction enzymes,

56

ligated to pUC18 vector and sequenced. The two fragments with the correct sequences were then ligated into the XbaI sites of pVg1 or pVk expression vectors.

The synthetic genes were then cloned into the pVg1 and pVk expression vectors. For each humanized antibody constructed, the heavy chain and light chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells were selected for gpt expression. Clones were screened by assaying human antibody production in the culture supernatant by ELISA, and antibody was purified from the best-producing clones. Antibodies were purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (pharmacia). The bound antibodies were eluted with 0.2M Glycine-HCl, pH3.0 and neutralized with 1M Tris PH8.0. The buffer was exchanged into PBS by passing over a PD10 column (Pharmacia).

Properties of humanized antibodies

The humanized Fd79 and Fd138–80 antibodies were characterized in comparison to the murine and chimeric antibodies. Both humanized antibodies bind to Vero cells infected with HSV-1 in a fluorocytometric analysis in a manner similar to the chimeric antibodies (FIG. 31A and FIG. 31B), suggesting that they recognize their respective viral antigens. To more quantitatively assess the binding activity, radioiodinated murine antibodies were bound to virally infected cells and Scatchard analysis performed.

The affinities of the humanized antibodies were determined by competition with the iodinated antibodies. Vero cells infected with HSV-1 were used as source of gB and gD antigens. Increasing amounts of competitor antibody (mouse or humanized) were added to 1.5 ng of radioiodinated tracer mouse antibody (2 uCi/ug) and incubated with $4 \times 10^5$ infected Vero cells in 0.2 ml of binding buffer (PBS+2% FCS+0.1% azide) for 1 hr. at 4° C. Cells were washed and pelleted, and their radioactivities were measured. The concentrations of bound and free tracer antibody were calculated. The binding affinities were calculated according to the methods of Berzofsky (J. A. Berzofsky and I. J. Berkower, in *Fundamental Immunology* (ed. W. E. Paul), Raven Press (New York), 595 (1984), which is incorporated herein by reference).

The measurements indicate that there is no significant loss of binding affinities in the humanized antibodies (Table 6). Specifically, there is an approximately 2-fold decrease in affinity in humanized Fd79 compared to the murine Fd79 (Ka of $5.3 \times 10^7$ M$^{-1}$ vs. $1.1 \times 10^8$ M$^{-1}$). The affinity of humanized Fd138–80 is comparable to that of the murine antibody (Ka of $4.8 \times 10^7$ M$^{-1}$ vs $5.2 \times 10^7$ M$^{-1}$).

TABLE 6

Binding affinities of murine and humanized antibodies.

| | Mouse $K_a$ (M$^{-1}$) | Humanized $K_a$ (M$^{-1}$) |
|---|---|---|
| Fd79 (anti-gB) | $1.1 \times 10^8$ | $5.3 \times 10^7$ |
| Fd138-80 (anti-gD) | $5.2 \times 10^7$ | $4.8 \times 10^7$ |

Murine Fd79 and Fd138–80 have been shown to neutralize HSV-1 in vitro without complement (J. Koga et al., Virology 151, 385 (1986)), so the neutralizing activities of the humanized antibodies were compared with the mouse antibodies. Serial dilutions of equal quantities of murine and humanized antibodies were incubated with virus for 1 hr. before inoculation onto Vero cells. After 4 days, cells were stained with neutral red to visualize plaques. Results from these plaque reduction assays indicated that both humanized Fd79 and Fd138–80 neutralize virus as efficiently as their murine counterparts (FIGS. 32A and B). Both humanized

5,693,762

57

and murine Fd79 cause a 90% reduction of plaques at an antibody concentration of 10 nM (1.5 ug/ml). Similarly, humanized and murine Fd138–80 were able to cause a 90% plaque reduction at equivalent levels.

The antibodies were also investigated for their ability to protect cells from viral spread in tissue culture. Vero cells were inoculated with virus at 0.1 pfu/cell and allowed to adsorb for 2 hrs. at 37° C. before addition of 10 ug/ml antibody. After four days, cells were stained with an anti-gB antibody for detection of viral antigens on infected cells. Results indicated that both murine and humanized Fd79 at 10 ug/ml protected culture cells from infection (FIG. 33A). However, neither murine nor humanized Fd138–80 were able to protect cells against viral spread (FIG. 33B), despite their ability to neutralize virus before inoculation. Both gB and gD are associated with cell fusion and virus infectivity (W. Cai et al., J. Virol. 62, 2596 (1988) and A. O. Fuller and P. G. Spear, Proc. Natl. Acad. Sci. USA 84, 5454 (1987)). However, it is possible that Fd79 blocks both the infectivity and cell fusion functions of gB, while Fd138–80 blocks only the infectivity function of gD, so virus can still spread cell-to-cell.

The binding, neutralization and protection results all indicate that the humanized Fd79 and Fd138–80 antibodies have retained the binding activities and the biological properties of the murine monoclonal antibodies. The availability of humanized antibodies with specificity for HSV gB and gD, inter alia, provides an opportunity for studies of the in vivo potency and immunogenicity of humanized antibodies in treating viral diseases. The recognition by Fd79 and Fd138–80 of type-common epitopes of gB and gD (J. Koga et al., Virology 151, 385 (1986)) expands the therapeutic potential to herpes simplex virus type 2 as well as type 1.

The use of a combination of two or more humanized antibodies in therapy is important for reducing the development of antibody resistant strains. Combination therapy of humanized antibodies with other antiviral agents such as acyclovir provides further opportunities to combat diseases when chemotherapeutic agents alone have not been effective. As Fd79 and Fd138–80 reduce the frequency of viral persistence in a murine ocular model (J. F. Metcalf et al., Cur. Eye Res. 6, 173 (1987)), the humanized antibodies, typically together with other antiviral agents, are capable of reducing episodes of recurrent genital infection, an area where traditional anti-viral agents have not been effective (L. Corey et al., N. Engl. J. Med. 306, 1313 (1982)). Incorporation of the human constant domains can also enhance effector functions, such as antibody-dependent cellular cytotoxicity, leading to greater therapeutic efficiency in human patients.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other HSV specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulin can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

### Example 7

Design of genes for M195 humanized light and heavy chains

The p67 protein or CD33 antigen is found on the surface of progenitors of myeloid cells and of the leukemic cells of most cases of AML, but not on lymphoid cells or non-hematopoietic cells (see, Leucocyte Typing III, ed. by A. J. McMichael, Oxford University Press, pp. 622–629 (1987),

58

which is incorporated herein by reference). Antibodies that are known to bind to the CD33 antigen include L4B3, L1B2 and MY9 (Andrews et al., Blood 62. 124 (1983) and Griffin et al., Leukemia Research 8, 521 (1984), both of which are incorporated herein by reference).

Another antibody that binds to CD33 is M195 (Tanimoto et al., Leukemia 3, 339 (1989) and Scheinberg et al., Leukemia 3, 440 (989), both of which are incorporated herein by reference).

Cloning of heavy chain and light chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Loh et al., Science 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoRI sites (scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoRI and HindIII and cloned into the pUC18 vector for sequencing. For M195, two gamma-2a specific and two kappa specific clones were sequenced. The two gamma-2a clones and two kappa clones are respectively identical in sequence. The cDNA variable domain sequences and the deduced amino acid sequences are shown in FIG. 34A and FIG. 34B.

Construction and expression of chimeric antibody

Two plasmid vectors were prepared for construction and expression of the chimeric antibody genes. The plasmid pVg1-dhfr (FIG. 24A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., Cell 41, 521 (1985)), the human genomic $C_\gamma 1$ segment including part of the preceding intron, and a dihydrofolate reductase (dhfr) gene (Simonsen et al., Proc. Natl. Acad. Sci. USA 80, 2495 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 24B) is similar to pVg1-dhfr but contains the human genomic Cκ segment and the gpt gene. Derivatives of the M195 heavy and light chain variable regions were prepared from the cDNAs by polymerase chain reaction. The 5' primers hybridized to the V regions starting at the ATG codons and contained XbaI sites; the 3' primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the CMV promoter and the partial introns of the constant regions.

For expression of the chimeric antibody, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete antibody were detected by ELISA. Purified chimeric M195 antibody was shown to bind to U937 cells, which express the CD33 antigen, by flow cytometry (FIG. 35).

Computer modeling of humanized antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989) and WO 90/07861, which are incorporated herein by reference). The more homologous a human antibody is to the original murine antibody, the less likely will combining the murine CDR's with the human framework be to introduce distortions into the CDR's that could reduce affinity. Normally the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence homology search against the NBRF protein sequence database (performed with the MicroGenie Sequence Analysis

5,693,762

| 59 | 60 |

Software (Beckman), the antibody Eu was chosen to provide the framework sequences for humanization of M195.

The computer program ENCAD (M. Levitt, J. Mol. Biol. 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of the M195 variable region. The model was used to determine the amino acids in the M195 framework that were close enough to the CDR's to potentially interact with them (category 4 below). To design the humanized light and heavy chain M195 variable regions, at each position the amino acid was chosen to be the same as in the Eu antibody, unless that position fell in one or more of four categories:

(1) The position fell within a CDR,

(2) The Eu amino acid was unusual for human antibodies at that position, whereas the M195 amino acid was typical for human antibodies at that position,

(3) The position was immediately adjacent to a CDR,

(4) The model described above suggested that the amino acid may be physically close to the antigen binding region (CDR's).

In category (2), "unusual" is interpreted to include amino acids that occur in less than about 20% of the human sequences in the same subgroups (as defined by Kabat et al., op. cit.) as the Eu light and heavy chains, and "typical" is interpreted to include amino acids that occur in more than about 25% but generally more than 50% of the human sequences in those subgroups. For positions in these categories, the amino acid from the mouse M195 antibody was used: The amino acids in each category are shown in Table 7. Some amino acids may be in more than one category. The final sequences of the humanized M195 light and heavy chain variable domains are shown in FIG. 36A and FIG. 36B, compared with the Eu sequences.

TABLE 7

| Category | Light Chain | Heavy Chain |
| --- | --- | --- |
| 1 | 24–38, 54–60, 93–101 | 31–35, 50–66, 99–105 |
| 2 | 10, 52, 67, 110 | 93, 95, 98, 106, 107, 108, 110 |
| 3 | — | 30, 67, 98, 106 |
| 4 | 40, 52, 74 | 27, 30, 48, 68, 98 |

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including the same signal peptides as in the mouse M195 chains (FIG. 34A and FIG. 34B), generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal (FIG. 37A and FIG. 37B). The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 bases long with about a 15 base overlap. Double stranded DNA fragments were synthesized with Klenow polymerase from each pair of oligonucleotides, digested with restriction enzymes, ligated to the pUC18 vector and sequenced. Two fragments with the respectively correct half-sequences were then ligated into the XbaI sites of the pVg1-dhfr or pVk expression vectors in the appropriate orientations to produce the complete heavy and light chain genes. Reactions were carried out under conditions well-known in the art (Maniatis et al., op. cit.)

The heavy chain and light chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells were selected for gpt expression. Clones were screened by assaying human antibody production in the culture supernatant by ELISA, and antibody was purified from the best-producing clones. Antibody was purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibody was eluted with 0.2M Glycine-HCl, pH3.0 and neutralized with 1M Tris PH8.0. The buffer was exchanged into PBS by passing over a PD10 column (Pharmacia).

Properties of humanized antibodies

The humanized M195 antibody was characterized in comparison to the murine and chimeric antibodies. The humanized antibody bound to U937 cells in a fluorocytometric analysis in a manner similar to the chimeric antibody (FIG. 35), showing that it recognizes the same CD33 antigen.

The affinity of the humanized antibody was determined by competition with the radio-iodinated mouse M195 antibody (FIG. 38). The binding affinities were calculated according to the methods of Berzofsky (J. A. Berzofsky and I. J. Berkower, in Fundamental Immunology (ed. W. E. Paul), Raven Press (New York), 595 (1984), which is incorporated herein by reference). The mouse M195 had an affinity comparable to the published value (Tanimoto et al., op. cit.) and the humanized M195 antibody had an affinity the same as the mouse M195 to within experimental error.

Humanized M195 is useful to mediate antibody-dependent cellular cytotoxicity when human effector cells and human CD33-expressing cells are used. This is analogous to other humanized antibodies, such as reported by Junghans et al., Cancer Research 50, 1495 (1990), which is incorporated herein by reference.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other CD33 specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulins can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

Example 8

Design of genes for CMV5 humanized light and heavy chains

Three neutralizing antibodies to the gH glycoprotein of human cytomegalovirus (CMV) are designated CMV5, CMV109 and CMV115.

Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the heavy and light chain CDR's of monoclonal antibody CMV5 are included in FIG. 39A and FIG. 39B. Due to codon degeneracy and noncritical amino-acid substitutions, other DNA sequences can be readily substituted for these sequences, as detailed below. Alternatively, polypeptide fragments comprising only a portion of the primary antibody structure may be produced, which fragments possess one or more immunoglobulin activities (e.g., complement fixation activity). These polypeptide fragments may be produced by proteolytic cleavage of intact antibodies by methods well known in the art, or by inserting stop codons at the desired locations in the

5,693,762

**61**

vectors pVk and pVg1-dhfr (FIG. 24A and 24B) using site-directed mutagenesis, such as after CH1 to produce Fab fragments or after the hinge region to produce (Fab')₂ fragments.

Cloning of heavy chain and light chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Lob et al., Science 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoR I sites (scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoR I and HindIII and cloned into the pUC18 vector for sequencing. For CMV5, two gamma-2a specific and two kappa specific clones were sequenced. The two gamma-2a clones and two kappa clones are respectively identical in sequence. The cDNA variable domain sequences and the deduced amino acid sequences are shown in FIG. 39A and FIG. 39B. Similarly, by using techniques, which are well-known in the art, cDNAs for the CMV109 and CMV115 antibodies may be obtained and their sequence determined.

Construction and expression of chimeric antibody

Two plasmid vectors were prepared for construction and expression of the chimeric antibody genes. The plasmid pVg1-dhfr (FIG. 24A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., Cell 41, 521 (1985)), the human genomic Cγ1 segment including part of the preceding intron, and a dihydrofolate reductase (dhfr) gene (Simonsen et al., Proc. Natl. Acad. Sci. USA 80, 2495 (1983), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 24B) is similar to pVg1-dhfr but contains the human genomic Cκ segment and the gpt gene. Derivatives of the CMV5 heavy and light chain variable regions were prepared from the cDNAs by polymerase chain reaction. The 5' primers hybridized to the V regions starting at the ATG codons and contained XbaI sites; the 3' primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the cytomegalovirus promoter and the partial introns of the constant regions.

For expression of the chimeric antibody, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete antibody were detected by ELISA. Purified chimeric CMV5 antibody was shown to bind to CMV-infected cells, which express the gH antigen, by immunostaining of CMV-infected human embryonic lung fibroblasts.

Computer modeling of humanized antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989) and WO 90/07861, which are incorporated herein by reference). The more homologous a human antibody is to the original murine antibody, the less likely will combining the murine CDR's with the human framework be to introduce distortions into the CDR's that could reduce affinity. Normally, the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence homology search against the NBRF protein sequence database (performed with the MicroGenie Sequence Analysis Software (Beckman)), the antibody Wol was chosen to provide the framework sequences for humanization of CMV5.

**62**

The computer program ENCAD (M. Levitt, J. Mol. Biol. 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of the CMV5 variable region. The model was used to determine the amino acids in the CMV5 framework that were close enough to the CDR's to potentially interact with them (category 4 below). To design the humanized light and heavy chain CMV5 variable regions, at each position the amino acid was chosen to be the same as in the Wol antibody, unless that position fell in one or more of five categories:

(1) The position fell within a CDR,

(2) The Wol amino acid was unusual for human antibodies at that position, whereas the CMV5 amino acid was typical for human antibodies at that position,

(3) The position was immediately adjacent to a CDR,

(4) The model described above suggested that the amino acid may be physically close to the antigen binding region (CDR's).

In category (2), "unusual" is interpreted to include amino acids that occur in less than about 20% of the human sequences in the same subgroups (as defined by Kabat et al., op. cit.) as the Wol light and heavy chains, and "typical" is interpreted to include amino acids that occur in more than about 25% but generally more than 50% of the human sequences in those subgroups. For positions in these categories, the amino acid from the mouse CMV5 antibody was used. In addition, a position was in the fifth category if the Wol amino acid was highly unusual for human antibodies at that position, and the CMV5 amino acid was different but also unusual. Then an amino acid typical for human antibodies at that position may be used.

The amino acids in each category are shown in Table 8. Some amino acids may be in more than one category. The final sequences of the humanized CMV5 light and heavy chain variable domains are shown in FIG. 40A and FIG. 40B, compared with the Wol sequences.

**TABLE 8**

| Category | Light Chain | Heavy Chain |
|---|---|---|
| 1 | 24–34, 50–56, 89–97 | 31–35, 50–66, 99–108 |
| | | 69, 80 |
| 2 | | 69, 80 |
| 3 | 49 | 30 |
| 4 | | 24, 27, 28, 30, 97 |
| 5 | | 5 |

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including the same signal peptides as in the mouse CMV5 chains (FIG. 39A and FIG. 39B), generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal (FIG. 41A and FIG. 41B). The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 bases long with about a 15 base overlap. Double stranded DNA fragments were synthesized with Klenow polymerase from each pair of oligonucleotides, digested with restriction

5,693,762

63

enzymes, ligated to the pUC18 vector and sequenced. Two fragments with the respectively correct half-sequences were then ligated into the XbaI sites of the pVg1-dhfr or pVk expression vectors in the appropriate orientations to produce the complete heavy and light chain genes. Reactions were carried out under conditions well-known in the art (Maniatis et al., op. cit.).

The heavy chain and light chain plasmids are transfected into Sp2/0 mouse myeloma cells by electroporation and cells are selected for gpt expression. Clones are screened by assaying human antibody production in the culture supernatant by ELISA, and antibody purified from the best-producing clones. Antibody is purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibody is eluted with 0.2M Glycine-HCl, pH3.0 and neutralized with 1M Tris PH8.0. The buffer is exchanged into PBS by passing over a PD10 column (Pharmacia).

Humanized antibody was also produced by transient transfection. The heavy chain and light chain plasmids were transfected into S194 cells (ATCC TIB 19) by the DEAE-dextran method (Queen et al., Mol. Cell. Biol. 4, 1043 (1984), which is incorporated herein by reference), and humanized CMV5 antibody was purified from the media supernatant as above. Antibody was quantitated by ELISA assay for human Ig.

Properties of humanized antibodies

The humanized CMV5 antibody was characterized in comparison to the murine and chimeric antibodies. The humanized CMV5 antibody was shown to bind about as well as the mouse and chimeric antibodies to CMV antigen, by immunostaining of CMV-infected human embryonic lung (HEL) cells (ATCC CCL 137). HEL cells monolayers in 96-well plates were infected with CMV at 0.01 pfu/cell, incubated for 4 days, dried at 37° C. and stored wrapped at 4° C. 100 μl biotto (5% Carnation Instant Milk in PBS at pH 7.4) was added to each well and incubated at 37° C. for 30 min. The biotto was poured off and 75 μl of a series of 2-fold dilutions of mouse, chimeric and humanized CMV5 antibody was added to the wells. The plate was incubated 1 hr at 37° C. and washed twice with biotto (each wash was left on for 10 min). Then 75 μl of diluted peroxidase (HRP) conjugated goat anti-mouse or anti-human IgG (Tago) was added to each well and incubated for 1 hr at 37° C. The plate was washed 2× with PBS and 150 μl of HRP substrate solution was added to each well. Color was allowed to develop at room temperature. The plates were washed with water and air dried. The wells were examined under a microscope to determine the highest dilution of the antibodies that formed a colored precipitate on the CMV-infected cells. For all three antibodies, 63 ng/ml was the least amount of antibody that produced a detectable precipitate, indicating that humanized CMV5 binds about as well as the mouse and chimeric antibodies.

To compare the affinities of mouse and humanized CMV5 in another way, a competition experiment was performed. Plates of CMV-infected HEL cells as above were incubated with biotto for 30 min at 37° C. The biotto was poured off and dilutions of mouse or humanized CMV5 were added to each well in 75 μl of PBS. Then 125 μl of radio-iodinated mouse CMV5 (1 μCi/μg) in PBS, containing 28,000 cpm was added to each well and incubated at 37° C. for 2.5 hr. The plate was washed 5 times with PBS, and the contents of each well were solubilized with 200 μl of 2% SDS and counted. Increasing concentrations of mouse and humanized CMV5 inhibited binding of the radiolabeled CMV5 about equally well (FIG. 42), so humanized CMV5 has approxi-

64

mately the same binding affinity as mouse CV5. An irrelevant antibody did not compete in this assay.

The ability of humanized CMV5 to neutralize CMV is compared to that of mouse CMV5. Mouse and humanized CMV5 are successively diluted by 2-fold in 100 μl of DME medium+2% FCS in wells of a 96-well plate. 100 μl of CMV, which has been diluted to contain 100 tissue culture infectious dose-50% (TCID50) units, are added to each well and incubated for 60 min at 37° C. Each well of antibody-virus mixture is added to a well of subconfluent HEL cells in a 96-well plate from which the medium has been removed. The cells are incubated for 5 days and cytopathic effect (CPE) is examined in each well under a microscope. The highest dilution of antibody that inhibits CPE by 90% is a measure of the neutralizing ability of the antibody. The humanized CMV5 antibody will neutralize CMV antibody approximately as well as the mouse CMV5 antibody.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other CMV specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulins can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

Example 9

Design of genes for AF2 human-like light and heavy chains

This example is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope of γ-IFN, such as monoclonal antibody AF2. Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the heavy and light chain CDR's of monoclonal antibody AF2 are included in FIG. 43A and FIG. 43B. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences.

Cloning of heavy chain and light chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Loh et al., Science 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoR I sites (scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoR I and HindIII and cloned into the pUC18 vector for sequencing. For AF2, two gamma-2b specific and two kappa specific clones were sequenced. The two gamma-2b clones and two kappa clones are respectively identical in sequence. The cDNA variable domain sequences and the deduced amino acid sequences are shown in FIG. 43A and FIG. 43B.

Construction and expression of chimeric antibody

Two plasmid vectors were prepared for construction and expression of the chimeric antibody genes. The plasmid pVg1-dhfr (FIG. 24A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., Cell 41, 521 (1985)), the human genomic Cγ1 segment including part of the preceding intron, and a dihydrofolate reductase (dhfr) gene (Simonsen et al., Proc. Natl. Acad. Sci. USA 80, 2495 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 24S) is similar to pVg1-dhfr but contains the human genomic Cκ segment and the gpt gene. Derivatives of the AF2 heavy and light chain variable regions were prepared from the cDNAs by polymerase chain reaction. The 5' primers hybridized to the V regions starting

5,693,762

**65**

at the ATG codons and contained XbaI sites; the 3' primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the CMV promoter and the partial introns of the constant regions.

For expression of the chimeric antibody, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete antibody were detected by ELISA. Chimeric AF2 antibody was shown to bind to human γ-IFN by ELISA.

Computer modeling of humanized antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989) and WO 90/07861, which are incorporated herein by reference). The more homologous a human antibody is to the original murine antibody, the less likely will combining the murine CDR's with the human framework be to introduce distortions into the CDR's that could reduce affinity. Normally the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence homology search against the NBRF protein sequence database (performed with the MicroGenie Sequence Analysis Software (Beckman)), the antibody Eu was chosen to provide the framework sequences for humanization of AF2.

The computer program ENCAD (M. Levitt, J. Mol. Biol. 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of the AF2 variable region. The model was used to determine the amino acids in the AF2 framework that were close enough to the CDR's to potentially interact with them (category 4 below). To design the humanized light and heavy chain AF2 variable regions, at each position the amino acid was chosen to be the same as in the Eu antibody, unless that position fell in one or more of five categories:

(1) The position fell within a CDR,

(2) The Eu amino acid was unusual for human antibodies at that position, whereas the AF2 amino acid was typical for human antibodies at that position,

(3) The position was immediately adjacent to a CDR,

(4) The model described above suggested that the amino acid may be physically close to the antigen binding region (CDR's).

In category (2), "unusual" is interpreted to include amino acids that occur in less than about 20% of the human sequences in the same subgroups (as defined by Kabat et al., op. cit.) as the Eu light and heavy chains, and "typical" is interpreted to include amino acids that occur in more than about 25% but generally more than 50% of the human sequences in those subgroups. For positions in these categories, the amino acid from the mouse AF2 antibody was used. In addition, a position was in the fifth category if the Eu amino acid was highly unusual for human antibodies at that position, and the AF2 amino acid was different but also unusual. Then an amino acid typical for human antibodies at that position may be used.

The amino acids in each category are shown in Table 9. Some amino acids may be in more than one category. The final sequences of the humanized AF2 light and heavy chain variable domains are shown in FIG. 44A and FIG. 44B, compared with the Eu sequences.

**66**

TABLE 9

| Category | Light Chain | Heavy Chain |
|---|---|---|
| 1 | 24–34, 50–56, 89–97 | 31–35, 50–66, 99–106 |
| 2 | 48 | 93, 95, 98, 107, 108, 109, 111 |
| 3 | | 30, 98, 107 |
| 4 | 48, 70 | 27, 28, 30, 98, 107 |
| 5 | 63 | |

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, plus typical immunoglobulin signal sequences, generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal (FIG. 45A and FIG. 45B) The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 bases long with about a 15 base overlap. Double stranded DNA fragments were synthesized with Klenow polymerase from each pair of oligonucleotides, digested with restriction enzymes, ligated to the pUC18 vector and sequenced. Two fragments with the respectively correct half-sequences are then ligated into the XbaI sites of the pVg1-dhfr or pVk expression vectors in the appropriate orientations to produce the complete heavy and light chain genes. Reactions are carried out under conditions well-known in the art (Maniatis et al., op. cit.)

The heavy chain and light chain plasmids are transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones are screened by assaying human antibody production in the culture supernatant by ELISA, and antibody purified from the best-producing clones. Antibody is purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibody is eluted with 0.2M Glycine-HCl, pH3.0 and neutralized with 15M Tris PH8.0. The buffer is exchanged into PBS by passing over a PD10 column (Pharmacia).

Properties of humanized antibodies

The humanized AF2 antibody is characterized in comparison to the murine and chimeric antibodies. The humanized antibody will bind to γ-IFN in an ELISA assay in a manner similar to the mouse and chimeric antibodies, showing that it recognizes γ-IFN.

To compare the binding affinities of mouse AF2 antibody and humanized AF2 antibody, a competitive ELISA assay is performed. An ELISA plate is coated with human recombinant γ-IFN by adding 100 μl of a 500 ng/ml solution of γ-IFN in PBS to each Well and incubating overnight at 4° C. Subsequent steps are carried out at room temperature. The γ-IFN solution is removed and 200 μl of ELISA buffer (0.1% Tween-20, 1% Bovine serum albumin in PBS) is added to each well and incubated for 1 hr. After removing the solution, varying amounts of competitor antibody (mouse AF2 or humanized AF2) in 100 μl PBS is added to each well, along with an amount of biotinylated AF2 predetermined to give a good ELISA response. The plate is incubated for 1 hr and then washed 3 times with ELISA buffer. An amount of

5,693,762

67

horseradish peroxidase (HRP)-conjugated strepavidin pre-determined to be in excess is added in 100 μl PBS to each well and incubated for 30 min. The plate is washed 3 times in ELISA buffer, and 100 μl of substrate solution for HRP is added to each well. The plate is incubated for 10–30 min, and the optical density of each well is determined with an ELISA reader (BioRad). The decrease in optical density with increasing concentrations of competitor antibodies mouse AF2 and humanized AF2 are plotted. Mouse AF2 and humanized AF2 will compete similarly, showing that their binding affinities for γ-IFN are approximately the same. The procedures used are well known in the art (e.g., Harlow and Lane, op. cit.).

An important biological activity of γ-IFN is the induction of expression of class II HLA antigens on cells. To determine the ability of mouse and humanized AF2 to neutralize this activity, about $5 \times 10^4$ HS294T cells (Basham et al., J. Immunol. 130, 1492 (1983), which is incorporated herein by reference) are plated in 1.0 ml DMEM medium+10% FCS in each well of a 24-well plate. After overnight incubation, 0.1 nM interferon and varying amounts of mouse or humanized AF2 are added to the cells, and the plate is incubated for 72 hr. The cells are removed from the plate with 0.05M EDTA, stained with monoclonal antibody L243 from the American Type Culture Collection (ATCC) against HLA-D

68

antigen, washed, stained with FITC conjugated goat anti-mouse Ig and analyzed with a FACScan (Becton-Dickinson). Increasing concentrations of mouse AF2 reduce fluorescence of the cells (FIG. 46), indicating the antibody is preventing induction of HLA-D by γ-IFN. The humanized AF2 will act similarly to mouse AF2 in this assay, showing that it neutralizes the biological activity of γ-IFN.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other γ-IFN specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulins can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

All publications and patent applications are herein incorporated by reference to the same extent as if each individual publication or patent application was specifically and individually indicated to be incorporated by reference. Although the present invention has been described in some detail by way of illustration and example for purposes of clarity and understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims.

SEQUENCE LISTING

( 1 ) GENERAL INFORMATION:

    ( i i i ) NUMBER OF SEQUENCES: 113

( 2 ) INFORMATION FOR SEQ ID NO:1:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 106 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..106
        ( D ) OTHER INFORMATION: /note= "Variable region of the mouse
               anti-Tac antibody light chain."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:1:

```
Gln Ile Val Leu Thr Gln Ser Pro Ala Ile Met Ser Ala Ser Pro Gly
1               5                   10                  15

Glu Lys Val Thr Ile Thr Cys Ser Ala Ser Ser Ser Ile Ser Tyr Met
        20                  25                  30

His Trp Phe Gln Gln Lys Pro Gly Thr Ser Pro Lys Leu Trp Ile Tyr
        35                  40                  45

Thr Thr Ser Asn Leu Ala Ser Gly Val Pro Ala Arg Phe Ser Gly Ser
    50                  55                  60

Gly Ser Gly Thr Ser Tyr Ser Leu Thr Ile Ser Arg Met Glu Ala Glu
65                  70                  75                  80

Asp Ala Ala Thr Tyr Tyr Cys His Gln Arg Ser Thr Tyr Pro Leu Thr
                85                  90                  95

Phe Gly Ser Gly Thr Lys Leu Glu Leu Lys
            100                 105
```

5,693,762

69                                                                          70

-continued

( 2 ) INFORMATION FOR SEQ ID NO:2:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 107 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..107
        ( D ) OTHER INFORMATION: /note= "Variable region of the human
                Eu antibody light chain."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:2:

```
Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Gln Ser Ile Asn Thr Trp
            20                  25                  30

Leu Ala Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Met
        35                  40                  45

Tyr Lys Ala Ser Ser Leu Glu Ser Gly Val Pro Ser Arg Phe Ile Gly
    50                  55                  60

Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
65                  70                  75                  80

Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Tyr Asn Ser Asp Ser Lys
                85                  90                  95

Met Phe Gly Gln Gly Thr Lys Val Glu Val Lys
            100                 105
```

( 2 ) INFORMATION FOR SEQ ID NO:3:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 116 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..116
        ( D ) OTHER INFORMATION: /note= "Variable region of the mouse
                anti-Tac antibody heavy chain."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:3:

```
Gln Val Gln Leu Gln Gln Ser Gly Ala Glu Leu Ala Lys Pro Gly Ala
1               5                   10                  15

Ser Val Lys Met Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Ser Tyr
            20                  25                  30

Arg Met His Trp Val Lys Gln Arg Pro Gly Gln Gly Leu Glu Trp Ile
        35                  40                  45

Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu Tyr Asn Gln Lys Phe
    50                  55                  60

Lys Asp Lys Ala Thr Leu Thr Ala Asp Lys Ser Ser Ser Thr Ala Tyr
65                  70                  75                  80

Met Gln Leu Ser Ser Leu Thr Phe Glu Asp Ser Ala Val Tyr Tyr Cys
```

5,693,762

**71**                                                                    **72**

-continued

```
                      8 5              9 0                   9 5

Ala Arg Gly Gly Gly Val Phe Asp Tyr Trp Gly Gln Gly Thr Thr Leu
            100             105                 110

Thr Val Ser Ser
        115
```

( 2 ) INFORMATION FOR SEQ ID NO:4:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 117 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..117
        ( D ) OTHER INFORMATION: /note= "Variable region of the human
                Eu antibody heavy chain."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:4:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5               10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Gly Thr Phe Ser Arg Ser
        20              25                  30

Ala Ile Ile Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
        35              40              45

Gly Gly Ile Val Pro Met Phe Gly Pro Pro Asn Tyr Ala Gln Lys Phe
    50              55              60

Gln Gly Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65              70              75              80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Phe Tyr Phe Cys
            85              90              95

Ala Gly Gly Tyr Gly Ile Tyr Ser Pro Glu Glu Tyr Asn Gly Gly Leu
    100             105             110

Val Thr Val Ser Ser
        115
```

( 2 ) INFORMATION FOR SEQ ID NO:5:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 116 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..116
        ( D ) OTHER INFORMATION: /note= "Variable region of the PDL
                humanized anti-Tac antibody heavy chain."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:5:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5               10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Ser Tyr
        20              25                  30
```

5,693,762

73                                                              74

-continued

```
Arg Met His Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Ile
        35                      40                      45

Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu Tyr Asn Gln Lys Phe
    50                      55                      60

Lys Asp Lys Ala Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                      70                      75                      80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                85                      90                      95

Ala Arg Gly Gly Gly Val Phe Asp Tyr Trp Gly Gln Gly Thr Leu Val
                100                     105                     110

Thr Val Ser Ser
        115
```

( 2 ) INFORMATION FOR SEQ ID NO:6:

  ( i ) SEQUENCE CHARACTERISTICS:
   ( A ) LENGTH: 116 amino acids
   ( B ) TYPE: amino acid
   ( C ) STRANDEDNESS: single
   ( D ) TOPOLOGY: unknown

  ( i i ) MOLECULE TYPE: protein

  ( i i i ) HYPOTHETICAL: NO

  ( i x ) FEATURE:
   ( A ) NAME/KEY: Protein
   ( B ) LOCATION: 1..116
   ( D ) OTHER INFORMATION: /note= "Variable region of the CDR-only
    humanized anti-Tac antibody heavy chain."

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:6:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1                       5                       10                      15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Gly Thr Phe Ser Ser Tyr
                20                      25                      30

Arg Met His Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
        35                      40                      45

Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu Tyr Asn Gln Lys Phe
    50                      55                      60

Lys Asp Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                      70                      75                      80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Phe Tyr Phe Cys
                85                      90                      95

Ala Gly Gly Gly Gly Val Phe Asp Tyr Glu Tyr Asn Gly Gly Leu Val
                100                     105                     110

Thr Val Ser Ser
        115
```

( 2 ) INFORMATION FOR SEQ ID NO:7:

  ( i ) SEQUENCE CHARACTERISTICS:
   ( A ) LENGTH: 106 amino acids
   ( B ) TYPE: amino acid
   ( C ) STRANDEDNESS: single
   ( D ) TOPOLOGY: unknown

  ( i i ) MOLECULE TYPE: protein

  ( i i i ) HYPOTHETICAL: NO

  ( i x ) FEATURE:
   ( A ) NAME/KEY: Protein
   ( B ) LOCATION: 1..106
   ( D ) OTHER INFORMATION: /note= "Variable region of the PDL

5,693,762

75                                                                 76

-continued

humanized anti-Tac antibody light chain."

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:7:

Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1                   5                   10                  15

Asp Arg Val Thr Ile Thr Cys Ser Ala Ser Ser Ser Ile Ser Tyr Met
                20                  25                  30

His Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Ile Tyr
        35                  40                  45

Thr Thr Ser Asn Leu Ala Ser Gly Val Pro Ala Arg Phe Ser Gly Ser
    50                  55                  60

Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro Asp
65                  70                  75                  80

Asp Phe Ala Thr Tyr Tyr Cys His Gln Arg Ser Thr Tyr Pro Leu Thr
                85                  90                  95

Phe Gly Gln Gly Thr Lys Val Glu Val Lys
                100                 105

( 2 ) INFORMATION FOR SEQ ID NO:8:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 106 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..106
        ( D ) OTHER INFORMATION: /note= "Variable region of the CDR-only
            humanized anti-Tac antibody light chain."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:8:

Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1                   5                   10                  15

Asp Arg Val Thr Ile Thr Cys Ser Ala Ser Ser Ser Ile Ser Tyr Met
                20                  25                  30

His Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Met Tyr
        35                  40                  45

Thr Thr Ser Asn Leu Ala Ser Gly Val Pro Ser Arg Phe Ile Gly Ser
    50                  55                  60

Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro Asp
65                  70                  75                  80

Asp Phe Ala Thr Tyr Tyr Cys His Gln Arg Ser Thr Tyr Pro Leu Thr
                85                  90                  95

Phe Gly Gln Gly Thr Lys Val Glu Val Lys
                100                 105

( 2 ) INFORMATION FOR SEQ ID NO:9:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 443 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

5,693,762

77                                                                                   78

-continued

```
( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..443
        ( D ) OTHER INFORMATION: /note= "Sequence encoding heavy
              chain variable region of CDR-only humanized
              anti-Tac antibody including signal sequence."

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:9:
```

AGCTTCTAGA TGGGATGGAG CTGGATCTTT CTCTTCCTCC TGTCAGGTAC CGCGGGCGTG          60

CACTCTCAGG TCCAGCTTGT CCAGTCTGGG GCTGAAGTCA AGAAACCTGG CTCGAGCGTG          120

AAGGTCTCCT GCAAGGCTTC TGGCGGGACC TTTTCTAGCT ACAGGATGCA CTGGGTAAGG          180

CAGGCCCCTG GACAGGGTCT GGAATGGATG GGATATATTA ATCCGTCGAC TGGGTATACT          240

GAATACAATC AGAAGTTCAA GGACAGGGTC ACAATTACTG CAGACGAATC CACCAATACA          300

GCCTACATGG AACTGAGCAG CCTGAGATCT GAGGACACCG CATTCTATTT CTGTGCAGGG          360

GGTGGGGGAC TCTTTGACTA CGAATACAAT GGAGGGCTGG TCACAGTCTC CTCAGGTGAG          420

TCCTTAAAAC CTCTAGACGA TAT                                                  443

```
( 2 ) INFORMATION FOR SEQ ID NO:10:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 411 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA

        ( i i i ) HYPOTHETICAL: NO

        ( i x ) FEATURE:
                ( A ) NAME/KEY: misc_feature
                ( B ) LOCATION: 1..411
                ( D ) OTHER INFORMATION: /note= "Sequence encoding light
                      chain variable region of the CDR-only humanized
                      anti-Tac antibody including signal sequence."

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:10:
```

CAAATCTAGA TGGAGACCGA TACCCTCCTG CTATGGGTCC TCCTGCTATG GGTCCCAGGA          60

TCAACCGGAG ATATTCAGAT GACCCAGTCT CCATCTACCC TCTCTGCTAG CGTCGGGGAT          120

AGGGTCACCA TAACCTGCTC TGCCAGCTCA AGTATAAGTT ACATGCACTG GTACCAGCAG          180

AAGCCAGGCA AAGCTCCCAA GCTTCTAATG TATACCACAT CCAACCTGGC TTCTGGAGTC          240

CCTTCTCGCT TCATTGGCAG TGGATCTGGG ACCGAGTTCA CCCTCACAAT CAGCTCTCTG          300

CAGCCAGATG ATTTCGCCAC TTATTACTGC CATCAAAGGA GTACTTACCC ACTCACGTTC          360

GGTCAGGGGA CCAAGGTGGA GGTCAAACGT AAGTACACTT TTCTAGATAT A                   411

```
( 2 ) INFORMATION FOR SEQ ID NO:11:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 29 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA

        ( i i i ) HYPOTHETICAL: NO

        ( i x ) FEATURE:
                ( A ) NAME/KEY: misc_feature
                ( B ) LOCATION: 1..29
                ( D ) OTHER INFORMATION: /standard_name= "Primer mc045"

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:11:
```

5,693,762

**79**                                                           **80**

-continued

TAATCTAGAA TTCCCCCCCC CCCCCCCCC                                              29

( 2 ) INFORMATION FOR SEQ ID NO:12:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 46 base pairs
       ( B ) TYPE: nucleic acid
       ( C ) STRANDEDNESS: single
       ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
       ( A ) NAME/KEY: misc_feature
       ( B ) LOCATION: 1..46
       ( D ) OTHER INFORMATION: /standard_name= "Primer mc045"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:12:

TATAGAGCTC AAGCTTGGAT GGTGGGAAGA TGGATACAGT TGGTGC                           46

( 2 ) INFORMATION FOR SEQ ID NO:13:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 50 base pairs
       ( B ) TYPE: nucleic acid
       ( C ) STRANDEDNESS: single
       ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
       ( A ) NAME/KEY: misc_feature
       ( B ) LOCATION: 1..50
       ( D ) OTHER INFORMATION: /standard_name= "Primer mc047"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:13:

TATAGAGCTC AAGCTTCCAG TGGATAGACH GATGGGGSTG TYGTTTTGGC                       50

( 2 ) INFORMATION FOR SEQ ID NO:14:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 116 amino acids
       ( B ) TYPE: amino acid
       ( C ) STRANDEDNESS: single
       ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
       ( A ) NAME/KEY: Protein
       ( B ) LOCATION: 1..116
       ( D ) OTHER INFORMATION: /note= "Anti-Tac heavy chain amino
                   acid sequence."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:14:

Gln Val Gln Leu Gln Gln Ser Gly Ala Glu Leu Ala Lys Pro Gly Ala
1               5                   10                  15

Ser Val Lys Met Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Ser Tyr
            20                  25                  30

Arg Met His Trp Val Lys Gln Arg Pro Gly Gln Gly Leu Glu Trp Ile
        35                  40                  45

Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu Tyr Asn Gln Lys Phe
    50                  55                  60

5,693,762

81                                                          82

-continued

```
Lys Asp Lys Ala Thr Leu Thr Ala Asp Lys Ser Ser Thr Ala Tyr
65              70              75              80

Met Gln Leu Ser Ser Leu Thr Phe Glu Asp Ser Ala Val Tyr Tyr Cys
            85              90              95

Ala Arg Gly Gly Gly Val Phe Asp Tyr Trp Gly Gln Gly Thr Thr Leu
        100             105             110

Thr Val Ser Ser
        115
```

( 2 ) INFORMATION FOR SEQ ID NO:15:

        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 117 amino acids
            ( B ) TYPE: amino acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
            ( A ) NAME/KEY: Protein
            ( B ) LOCATION: 1..117
            ( D ) OTHER INFORMATION: /note= "Eu heavy chain amino acid
                sequence."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:15:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5               10              15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Gly Thr Phe Ser Arg Ser
        20              25              30

Ala Ile Ile Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
        35              40              45

Gly Gly Ile Val Pro Met Phe Gly Pro Pro Asn Tyr Ala Gln Lys Phe
    50              55              60

Gln Gly Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65              70              75              80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Phe Tyr Phe Cys
            85              90              95

Ala Gly Gly Tyr Gly Ile Tyr Ser Pro Glu Glu Tyr Asn Gly Gly Leu
        100             105             110

Val Thr Val Ser Ser
        115
```

( 2 ) INFORMATION FOR SEQ ID NO:16:

        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 106 amino acids
            ( B ) TYPE: amino acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: unknown

    ( i i ) MOLECULE TYPE: protein

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
            ( A ) NAME/KEY: Protein
            ( B ) LOCATION: 1..105
            ( D ) OTHER INFORMATION: /note= "Anti-Tac light chain amino
                acid sequence."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:16:

```
Gln Ile Val Leu Thr Gln Ser Pro Ala Ile Met Ser Ala Ser Pro Gly
1               5               10              15
```

5,693,762

83    84

-continued

```
Glu Lys Val Thr Ile Thr Cys Ser Ala Ser Ser Ser Ile Ser Tyr Met
            20                  25                  30

His Trp Phe Gln Gln Lys Pro Gly Thr Ser Pro Lys Leu Trp Ile Tyr
        35                  40                  45

Thr Thr Ser Asn Leu Ala Ser Gly Val Pro Ala Arg Phe Ser Gly Ser
        50                  55                  60

Gly Ser Gly Thr Ser Tyr Ser Leu Thr Ile Ser Arg Met Glu Ala Glu
65                  70                  75                  80

Asp Ala Ala Thr Tyr Tyr Cys His Gln Arg Ser Thr Tyr Pro Leu Thr
                85                  90                  95

Phe Gly Ser Gly Thr Lys Leu Glu Leu Lys
                100                 105
```

( 2 ) INFORMATION FOR SEQ ID NO:17:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 107 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: unknown

    ( ii ) MOLECULE TYPE: protein

    ( iii ) HYPOTHETICAL: NO

    ( ix ) FEATURE:
        ( A ) NAME/KEY: Protein
        ( B ) LOCATION: 1..107
        ( D ) OTHER INFORMATION: /note= "Eu light chain amino acid
           sequence."

    ( xi ) SEQUENCE DESCRIPTION: SEQ ID NO:17:

```
Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1                   5                   10                  15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Gln Ser Ile Asn Thr Trp
            20                  25                  30

Leu Ala Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Met
        35                  40                  45

Tyr Lys Ala Ser Ser Leu Glu Ser Gly Val Pro Ser Arg Phe Ile Gly
    50                  55                  60

Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
65                  70                  75                  80

Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Tyr Asn Ser Asp Ser Lys
                85                  90                  95

Met Phe Gly Gln Gly Thr Lys Val Glu Val Lys
                100                 105
```

( 2 ) INFORMATION FOR SEQ ID NO:18:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 433 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( ii ) MOLECULE TYPE: DNA

    ( iii ) HYPOTHETICAL: NO

    ( ix ) FEATURE:
        ( A ) NAME/KEY: CDS
        ( B ) LOCATION: 6..410
        ( D ) OTHER INFORMATION: /product="Humanized anti-Tac heavy
           chain variable region, Seq ID. 19"

5,693,762

85                                                                    86

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:18:

```
TCTAG ATG GGA TGG AGC TGG ATC TTT CTC TTC CTC CTG TCA GGT ACC          47
      Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr
      1           5                   10

GCG GGC GTG CAC TCT CAG GTC CAG CTT GTC CAG TCT GGG GCT GAA GTC          95
Ala Gly Val His Ser Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val
15              20                  25                  30

AAG AAA CCT GGC TCG AGC GTG AAG GTC TCC TGC AAG GCT TCT GGC TAC         143
Lys Lys Pro Gly Ser Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr
            35                  40                  45

ACC TTT ACT AGC TAC AGG ATG CAC TGG GTA AGG CAG GCC CCT GGA CAG         191
Thr Phe Thr Ser Tyr Arg Met His Trp Val Arg Gln Ala Pro Gly Gln
        50                  55                  60

GGT CTG GAA TGG ATT GGA TAT ATT AAT CCG TCG ACT GGG TAT ACT GAA         239
Gly Leu Glu Trp Ile Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu
    65                  70                  75

TAC AAT CAG AAG TTC AAG GAC AAG GCA ACA ATT ACT GCA GAC GAA TCC         287
Tyr Asn Gln Lys Phe Lys Asp Lys Ala Thr Ile Thr Ala Asp Glu Ser
        80                  85                  90

ACC AAT ACA GCC TAC ATG GAA CTG AGC AGC CTG AGA TCT GAG GAC ACC         335
Thr Asn Thr Ala Tyr Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr
    95                  100                 105                 110

GCA GTC TAT TAC TGT GCA AGA GGG GGG GGG GTC TTT GAC TAC TGG GGC         383
Ala Val Tyr Tyr Cys Ala Arg Gly Gly Gly Val Phe Asp Tyr Trp Gly
            115                 120                 125

CAA GGA ACC CTG GTC ACA GTC TCC TCA GGTGAGTCCT TAAAACCTCT              430
Gln Gly Thr Leu Val Thr Val Ser Ser
            130                 135

AGA                                                                     433
```

( 2 ) INFORMATION FOR SEQ ID NO:19:

       ( i ) SEQUENCE CHARACTERISTICS:
             ( A ) LENGTH: 135 amino acids
             ( B ) TYPE: amino acid
             ( D ) TOPOLOGY: linear

       ( i i ) MOLECULE TYPE: protein

       ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:19:

```
Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr Ala Gly
1           5                   10                  15

Val His Ser Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys
                20                  25                  30

Pro Gly Ser Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Thr Phe
            35                  40                  45

Thr Ser Tyr Arg Met His Trp Val Arg Gln Ala Pro Gly Gln Gly Leu
        50                  55                  60

Glu Trp Ile Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu Tyr Asn
65                  70                  75                  80

Gln Lys Phe Lys Asp Lys Ala Thr Ile Thr Ala Asp Glu Ser Thr Asn
            85                  90                  95

Thr Ala Tyr Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val
        100                 105                 110

Tyr Tyr Cys Ala Arg Gly Gly Gly Val Phe Asp Tyr Trp Gly Gln Gly
        115                 120                 125

Thr Leu Val Thr Val Ser Ser
        130                 135
```

5,693,762

87                                                        88

-continued

( 2 ) INFORMATION FOR SEQ ID NO:20:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 403 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: CDS
        ( B ) LOCATION: 6.383
        ( D ) OTHER INFORMATION: /product="Humanized anti-Tac light
               chain variable region: Seq ID. 21"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:20:

```
TCTAG ATG GAG ACC GAT ACC CTC CTG CTA TGG GTC CTC CTG CTA TGG         47
      Met Glu Thr Asp Thr Leu Leu Leu Trp Val Leu Leu Leu Trp
      1               5                   10

GTC CCA GGA TCA ACA GGA GAT ATT CAG ATG ACC CAG TCT CCA TCT ACC        95
Val Pro Gly Ser Thr Gly Asp Ile Gln Met Thr Gln Ser Pro Ser Thr
15                  20                  25                  30

CTC TCT GCT AGC GTC GGG GAT AGG GTC ACC ATA ACC TGC TCT GCC AGC       143
Leu Ser Ala Ser Val Gly Asp Arg Val Thr Ile Thr Cys Ser Ala Ser
                35                  40                  45

TCA AGT ATA AGT TAC ATG CAC TGG TAC CAG CAG AAG CCA GGC AAA GCT       191
Ser Ser Ile Ser Tyr Met His Trp Tyr Gln Gln Lys Pro Gly Lys Ala
            50                  55                  60

CCC AAG CTT CTA ATT TAT ACC ACA TCC AAC CTG GCT TCT GGA GTC CCT       239
Pro Lys Leu Leu Ile Tyr Thr Thr Ser Asn Leu Ala Ser Gly Val Pro
        65                  70                  75

GCT CGC TTC AGT GGC AGT GGA TCT GGG ACC GAG TTC ACC CTC ACA ATC       287
Ala Arg Phe Ser Gly Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile
    80                  85                  90

AGC TCT CTG CAG CCA GAT GAT TTC GCC ACT TAT TAC TGC CAT CAA AGG       335
Ser Ser Leu Gln Pro Asp Asp Phe Ala Thr Tyr Tyr Cys His Gln Arg
95                  100                 105                 110

AGT ACT TAC CCA CTC ACG TTC GGT CAG GGG ACC AAG GTG GAG GTC AAA       383
Ser Thr Tyr Pro Leu Thr Phe Gly Gln Gly Thr Lys Val Glu Val Lys
                115                 120                 125

CGTAAGTACA CTTTCTAGA                                                   403
```

( 2 ) INFORMATION FOR SEQ ID NO:21:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 126 amino acids
        ( B ) TYPE: amino acid
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: protein

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:21:

```
Met Glu Thr Asp Thr Leu Leu Leu Trp Val Leu Leu Leu Trp Val Pro
1               5                   10                  15

Gly Ser Thr Gly Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser
                20                  25                  30

Ala Ser Val Gly Asp Arg Val Thr Ile Thr Cys Ser Ala Ser Ser Ser
                35                  40                  45

Ile Ser Tyr Met His Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys
    50                  55                  60

Leu Leu Ile Tyr Thr Thr Ser Asn Leu Ala Ser Gly Val Pro Ala Arg
65                  70                  75                  80
```

5,693,762

| 89 | 90 |
|----|----|

-continued

```
Phe Ser Gly Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser
                85                       90                    95

Leu Gln Pro Asp Asp Phe Ala Thr Tyr Tyr Cys His Gln Arg Ser Thr
            100                     105                 110

Tyr Pro Leu Thr Phe Gly Gln Gly Thr Lys Val Glu Val Lys
        115                     120                 125
```

( 2 ) INFORMATION FOR SEQ ID NO:22:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 126 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc__feature
        ( B ) LOCATION: 1..126
        ( D ) OTHER INFORMATION: /standard__name= "Oligo HES12"
            / note= "One of four oligonucleotides used to
            synthesize the humanized anti-Tac heavy chain
            gene."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:22:

```
AGCTTCTAGA TGGGATGGAG CTGGATCTTT CTCTTCCTCC TGTCAGGTAC CGCGGGCGTG    60

CACTCTCAGG TCCAGCTTGT CCAGTCTGGG GCTGAAGTCA AGAAACCTGG CTCGAGCGTG   120

AAGGTC                                                              126
```

( 2 ) INFORMATION FOR SEQ ID NO:23:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 129 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc__feature
        ( B ) LOCATION: 1..129
        ( D ) OTHER INFORMATION: /standard__name= "Oligo HES13"
            / note= "One of four oligonucleotides used to
            synthesize the humanized anti-Tac heavy chain
            gene."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:23:

```
CCCAGTCGAC GGATTAATAT ATCCAATCCA TTCCAGACCC TGTCCAGGGG CCTGCCTTAC    60

CCAGTGCATC CTGTAGCTAG TAAAGGTGTA GCCAGAAGCC TTGCAGGAGA CCTTCACGCT   120

CGAGCCAGG                                                           129
```

( 2 ) INFORMATION FOR SEQ ID NO:24:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 124 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

-continued

( i x ) FEATURE:
 ( A ) NAME/KEY: misc_feature
 ( B ) LOCATION: 1..124
 ( D ) OTHER INFORMATION: /standard_name= "Oligo HES14"
  / note= "One of four oligonucleotides used to
  synthesize the humanized anti-Tac heavy chain
  gene."

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:24:

TATATTAATC CGTCGACTGG GTATACTGAA TACAATCAGA AGTTCAAGGA CAAGGCAACA  60

ATTACTGCAG ACGAATCCAC CAATACAGCC TACATGGAAC TGAGCAGCCT GAGATCTGAG  120

GACA  124


( 2 ) INFORMATION FOR SEQ ID NO:25:

 ( i ) SEQUENCE CHARACTERISTICS:
  ( A ) LENGTH: 128 base pairs
  ( B ) TYPE: nucleic acid
  ( C ) STRANDEDNESS: single
  ( D ) TOPOLOGY: linear

 ( i i ) MOLECULE TYPE: DNA

 ( i i i ) HYPOTHETICAL: NO

 ( i x ) FEATURE:
  ( A ) NAME/KEY: misc_feature
  ( B ) LOCATION: 1..128
  ( D ) OTHER INFORMATION: /standard_name= "Oligo HES15"
   / note= "One of four oligonucleotides used to
   synthesize the humanized anti-Tac heavy chain
   gene."

 ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:25:

ATATCGTCTA GAGGTTTTAA GGACTCACCT GAGGAGACTG TGACCAGGGT TCCTTGGCCC  60

CAGTAGTCAA AGACCCCCCC CCCTCTTGCA CAGTAATAGA CTGCGGTGTC CTCAGATCTC  120

AGGCTGCT  128


( 2 ) INFORMATION FOR SEQ ID NO:26:

 ( i ) SEQUENCE CHARACTERISTICS:
  ( A ) LENGTH: 120 base pairs
  ( B ) TYPE: nucleic acid
  ( C ) STRANDEDNESS: single
  ( D ) TOPOLOGY: linear

 ( i i ) MOLECULE TYPE: DNA

 ( i i i ) HYPOTHETICAL: NO

 ( i x ) FEATURE:
  ( A ) NAME/KEY: misc_feature
  ( B ) LOCATION: 1..120
  ( D ) OTHER INFORMATION: /standard_name= "Oligo JPD1"
   / note= "One of four oligonucleotides used to
   synthesize the humanized anti-Tac light chain
   gene."

 ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:26:

CAAATCTAGA TGGAGACCGA TACCCTCCTG CTATGGGTCC TCCTGCTATG GGTCCCAGGA  60

TCAACCGGAG ATATTCAGAT GACCCAGTCT CCATCTACCC TCTCTGCTAG CGTCGGGGAT  120


( 2 ) INFORMATION FOR SEQ ID NO:27:

 ( i ) SEQUENCE CHARACTERISTICS:
  ( A ) LENGTH: 114 base pairs
  ( B ) TYPE: nucleic acid
  ( C ) STRANDEDNESS: single

5,693,762

93                                                                                  94

-continued

---

        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

  ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..114
        ( D ) OTHER INFORMATION: /standard_name= "Oligo JFD2"
          / note= "One of four oligonucleotides used to
          synthesize the humanized anti-Tac light chain
          gene."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:27:

ATAAATTAGA AGCTTGGGAG CTTTGCCTGG CTTCTGCTGG TACCAGTGCA TGTAACTTAT          60

ACTTGAGCTG GCAGAGCAGG TTATGGTGAC CCTATCCCCG ACGCTAGCAG AGAG          114


( 2 ) INFORMATION FOR SEQ ID NO:28:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 123 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

  ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..123
        ( D ) OTHER INFORMATION: /standard_name= "Oligo JFD3"
          / note= "One of four oligonucleotides used to
          synthesize the humanized anti-Tac light chain
          gene."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:28:

GCTCCCAAGC TTCTAATTTA TACCACATCC AACCTGGCTT CTGGAGTCCC TGCTCGCTTC          60

AGTGGCAGTG GATCTGGGAC CGAGTTCACC CTCACAATCA GCTCTCTGCA GCCAGATGAT          120

TTC          123


( 2 ) INFORMATION FOR SEQ ID NO:29:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 122 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

  ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..122
        ( D ) OTHER INFORMATION: /standard_name= "Oligo JFD4"
          / note= "One of four oligonucleotides used to
          synthesize the humanized anti-Tac light chain
          gene."

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:29:

TATATCTAGA AAAGTGTACT TACGTTTGAC CTCCACCTTG GTCCCCTGAC CGAACGTGAG          60

TGGGTAAGTA CTCCTTTGAT GGCAGTAATA AGTGGCGAAA TCATCTGGCT GCAGAGAGCT          120

GA          122


( 2 ) INFORMATION FOR SEQ ID NO:30:

5,693,762

95                                          96

-continued

```
( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 384 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: single
      ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: cDNA

( i i i ) HYPOTHETICAL: NO

( i x ) FEATURE:
      ( A ) NAME/KEY: CDS
      ( B ) LOCATION: 1..384
      ( D ) OTHER INFORMATION: /product="Light chain variable
            region of mik-beta1: Seq ID No. 31"

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:30:
```

| ATG | GAT | TTT | CAA | GTG | CAG | ATT | TTC | AGC | TTC | CTG | CTA | ATC | AGT | GCC | TCA | 48 |
| Met | Asp | Phe | Gln | Val | Gln | Ile | Phe | Ser | Phe | Leu | Leu | Ile | Ser | Ala | Ser | |
| 1 | | | | 5 | | | | | 10 | | | | | 15 | | |

| GTC | ATA | CTG | TCC | AGA | GGA | CAA | ATT | GTT | CTC | ACC | CAG | TCT | CCA | GCA | ATC | 96 |
| Val | Ile | Leu | Ser | Arg | Gly | Gln | Ile | Val | Leu | Thr | Gln | Ser | Pro | Ala | Ile | |
| | | 20 | | | | | 25 | | | | | 30 | | | | |

| ATG | TCT | GCG | TCT | CCA | GGG | GAG | AAG | GTC | ACC | ATG | ACC | TGC | AGT | GGC | AGC | 144 |
| Met | Ser | Ala | Ser | Pro | Gly | Glu | Lys | Val | Thr | Met | Thr | Cys | Ser | Gly | Ser | |
| | | 35 | | | | | 40 | | | | | 45 | | | | |

| TCA | AGT | GTA | AGT | TTC | ATG | TAC | TGG | TAC | CAG | CAG | AGG | CCA | GGA | TCC | TCC | 192 |
| Ser | Ser | Val | Ser | Phe | Met | Tyr | Trp | Tyr | Gln | Gln | Arg | Pro | Gly | Ser | Ser | |
| | 50 | | | | | 55 | | | | | 60 | | | | | |

| CCC | AGA | CTC | CTG | ATT | TAT | GAC | ACA | TCC | AAC | CTG | GCT | TCT | GGA | GTC | CCT | 240 |
| Pro | Arg | Leu | Leu | Ile | Tyr | Asp | Thr | Ser | Asn | Leu | Ala | Ser | Gly | Val | Pro | |
| 65 | | | | | 70 | | | | | 75 | | | | | 80 | |

| GTT | CGC | TTC | AGT | GGC | AGT | GGG | TCT | GGG | ACC | TCT | TAC | TCT | CTC | ACA | ATC | 288 |
| Val | Arg | Phe | Ser | Gly | Ser | Gly | Ser | Gly | Thr | Ser | Tyr | Ser | Leu | Thr | Ile | |
| | | | 85 | | | | | 90 | | | | | 95 | | | |

| AGC | CGA | ATG | GAG | GCT | GAA | GAT | GCT | GCA | ACT | TAT | TAC | TGC | CAG | CAG | TGG | 336 |
| Ser | Arg | Met | Glu | Ala | Glu | Asp | Ala | Ala | Thr | Tyr | Tyr | Cys | Gln | Gln | Trp | |
| | | 100 | | | | | 105 | | | | | 110 | | | | |

| AGT | ACT | TAC | CCG | CTC | ACG | TTC | GGT | GCT | GGG | ACC | AAG | CTG | GAG | CTG | AAA | 384 |
| Ser | Thr | Tyr | Pro | Leu | Thr | Phe | Gly | Ala | Gly | Thr | Lys | Leu | Glu | Leu | Lys | |
| | | 115 | | | | | 120 | | | | | 125 | | | | |

```
( 2 ) INFORMATION FOR SEQ ID NO:31:

      ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 128 amino acids
            ( B ) TYPE: amino acid
            ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: protein

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:31:
```

| Met | Asp | Phe | Gln | Val | Gln | Ile | Phe | Ser | Phe | Leu | Leu | Ile | Ser | Ala | Ser |
| 1 | | | | 5 | | | | | 10 | | | | | 15 | |

| Val | Ile | Leu | Ser | Arg | Gly | Gln | Ile | Val | Leu | Thr | Gln | Ser | Pro | Ala | Ile |
| | | 20 | | | | | 25 | | | | | 30 | | | |

| Met | Ser | Ala | Ser | Pro | Gly | Glu | Lys | Val | Thr | Met | Thr | Cys | Ser | Gly | Ser |
| | | 35 | | | | | 40 | | | | | 45 | | | |

| Ser | Ser | Val | Ser | Phe | Met | Tyr | Trp | Tyr | Gln | Gln | Arg | Pro | Gly | Ser | Ser |
| | 50 | | | | | 55 | | | | | 60 | | | | |

| Pro | Arg | Leu | Leu | Ile | Tyr | Asp | Thr | Ser | Asn | Leu | Ala | Ser | Gly | Val | Pro |
| 65 | | | | | 70 | | | | | 75 | | | | | 80 |

| Val | Arg | Phe | Ser | Gly | Ser | Gly | Ser | Gly | Thr | Ser | Tyr | Ser | Leu | Thr | Ile |
| | | | 85 | | | | | 90 | | | | | 95 | | |

5,693,762

97                                                        98

-continued

---

Ser Arg Met Glu Ala Glu Asp Ala Ala Thr Tyr Tyr Cys Gln Gln Trp
          100                     105                     110

Ser Thr Tyr Pro Leu Thr Phe Gly Ala Gly Thr Lys Leu Glu Leu Lys
          115                     120                     125


( 2 ) INFORMATION FOR SEQ ID NO:32:

        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 414 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: cDNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
            ( A ) NAME/KEY: CDS
            ( B ) LOCATION: 1..414
            ( D ) OTHER INFORMATION: /product="Heavy chain var. region
                of the antibody mik-beta1: SeqID 33"

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:32:

ATG GCT GTC TTG GGG CTG CTC TTC TGC CTG GTG ACA TTC CCA AGC TGT          48
Met Ala Val Leu Gly Leu Leu Phe Cys Leu Val Thr Phe Pro Ser Cys
1                   5                       10                      15

GTC CTA TCC CAG GTG CAG CTG AAG CAG TCA GGA CCT GGC CTA GTG CAG          96
Val Leu Ser Gln Val Gln Leu Lys Gln Ser Gly Pro Gly Leu Val Gln
                20                      25                      30

CCC TCA CAG AGC CTG TCC ATC ACC TGC ACA GTC TCT GGT TTC TCA GTA          144
Pro Ser Gln Ser Leu Ser Ile Thr Cys Thr Val Ser Gly Phe Ser Val
        35                      40                      45

ACA AGT TAT GGT GTA CAC TGG ATT CGC CAG TCT CCA GGA AAG GGT CTG          192
Thr Ser Tyr Gly Val His Trp Ile Arg Gln Ser Pro Gly Lys Gly Leu
    50                      55                      60

GAG TGG CTG GGA GTG ATA TGG AGT GGT GGA AGC ACA GAC TAT AAT GCA          240
Glu Trp Leu Gly Val Ile Trp Ser Gly Gly Ser Thr Asp Tyr Asn Ala
65                      70                      75                      80

GCT TTC ATA TCC AGA CTG ACC ATC AGC AAG GAC AAC TCC AAG AGC CAA          288
Ala Phe Ile Ser Arg Leu Thr Ile Ser Lys Asp Asn Ser Lys Ser Gln
                85                      90                      95

GTT TTC TTT AAA GTG AAC AGT CTG CAA CCT GCT GAC ACA GCC ATA TAC          336
Val Phe Phe Lys Val Asn Ser Leu Gln Pro Ala Asp Thr Ala Ile Tyr
                100                     105                     110

TAT TGT GCC AGA GCT GGG GAC TAT AAT TAC GAC GGT TTT GCT TAC TGG          384
Tyr Cys Ala Arg Ala Gly Asp Tyr Asn Tyr Asp Gly Phe Ala Tyr Trp
            115                     120                     125

GGC CAA GGG ACT CTG GTC ACT GTC TCT GCG                                 414
Gly Gln Gly Thr Leu Val Thr Val Ser Ala
            130                     135


( 2 ) INFORMATION FOR SEQ ID NO:33:

        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 138 amino acids
            ( B ) TYPE: amino acid
            ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: protein

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:33:

Met Ala Val Leu Gly Leu Leu Phe Cys Leu Val Thr Phe Pro Ser Cys
1                   5                       10                      15

Val Leu Ser Gln Val Gln Leu Lys Gln Ser Gly Pro Gly Leu Val Gln

5,693,762

99                                            100

-continued

```
                    20                    25                    30

Pro  Ser  Gln  Ser  Leu  Ser  Ile  Thr  Cys  Thr  Val  Ser  Gly  Phe  Ser  Val
               35                    40                    45

Thr  Ser  Tyr  Gly  Val  His  Trp  Ile  Arg  Gln  Ser  Pro  Gly  Lys  Gly  Leu
          50                    55                    60

Glu  Trp  Leu  Gly  Val  Ile  Trp  Ser  Gly  Gly  Ser  Thr  Asp  Tyr  Asn  Ala
     65                    70                    75                    80

Ala  Phe  Ile  Ser  Arg  Leu  Thr  Ile  Ser  Lys  Asp  Asn  Ser  Lys  Ser  Gln
                    85                    90                    95

Val  Phe  Phe  Lys  Val  Asn  Ser  Leu  Gln  Pro  Ala  Asp  Thr  Ala  Ile  Tyr
               100                    105                    110

Tyr  Cys  Ala  Arg  Ala  Gly  Asp  Tyr  Asn  Tyr  Asp  Gly  Phe  Ala  Tyr  Trp
          115                    120                    125

Gly  Gln  Gly  Thr  Leu  Val  Thr  Val  Ser  Ala
     130                    135
```

( 2 ) INFORMATION FOR SEQ ID NO:34:

      ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 107 amino acids
            ( B ) TYPE: amino acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: unknown

      ( i i ) MOLECULE TYPE: protein

      ( i i i ) HYPOTHETICAL: NO

      ( i x ) FEATURE:
            ( A ) NAME/KEY: Protein
            ( B ) LOCATION: 1..107
            ( D ) OTHER INFORMATION: /note= "Amino acid sequence of the
                  light chain for humane Lay antibody."

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:34:

```
Asp  Ile  Gln  Met  Thr  Gln  Ser  Pro  Ser  Ser  Leu  Ser  Val  Ser  Val  Gly
1                        5                        10                       15

Asp  Arg  Val  Thr  Ile  Thr  Cys  Gln  Ala  Ser  Gln  Asn  Val  Asn  Ala  Tyr
               20                       25                       30

Leu  Asn  Trp  Tyr  Gln  Gln  Lys  Pro  Gly  Leu  Ala  Pro  Lys  Leu  Leu  Ile
               35                       40                       45

Tyr  Gly  Ala  Ser  Thr  Arg  Glu  Ala  Gly  Val  Pro  Ser  Arg  Phe  Ser  Gly
          50                       55                       60

Ser  Gly  Ser  Gly  Thr  Asp  Phe  Thr  Phe  Thr  Ile  Ser  Ser  Leu  Gln  Pro
65                       70                       75                       80

Glu  Asp  Ile  Ala  Thr  Tyr  Tyr  Cys  Gln  Gln  Tyr  Asn  Asn  Trp  Pro  Pro
                    85                       90                       95

Thr  Phe  Gly  Gln  Gly  Thr  Lys  Val  Glu  Val  Lys
               100                      105
```

( 2 ) INFORMATION FOR SEQ ID NO:35:

      ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 106 amino acids
            ( B ) TYPE: amino acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: unknown

      ( i i ) MOLECULE TYPE: protein

      ( i i i ) HYPOTHETICAL: NO

      ( i x ) FEATURE:
            ( A ) NAME/KEY: Protein

5,693,762

**101**                                                                **102**

-continued

```
        ( B ) LOCATION: 1..106
        ( D ) OTHER INFORMATION: /note= "Amino acid sequence of the
              light chain of the humanized mik-beta1 antibody."

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:35:

Asp  Ile  Gln  Met  Thr  Gln  Ser  Pro  Ser  Ser  Leu  Ser  Ala  Ser  Val  Gly
1                        5                        10                       15

Asp  Arg  Val  Thr  Ile  Thr  Cys  Ser  Gly  Ser  Ser  Ser  Val  Ser  Phe  Met
               20                       25                       30

Tyr  Trp  Tyr  Gln  Gln  Lys  Pro  Gly  Lys  Ala  Pro  Lys  Leu  Leu  Ile  Tyr
          35                       40                       45

Asp  Thr  Ser  Asn  Leu  Ala  Ser  Gly  Val  Pro  Ser  Arg  Phe  Ser  Gly  Ser
     50                       55                       60

Gly  Ser  Gly  Thr  Asp  Tyr  Thr  Phe  Thr  Ile  Ser  Ser  Leu  Gln  Pro  Glu
65                       70                       75                       80

Asp  Ile  Ala  Thr  Tyr  Tyr  Cys  Gln  Gln  Trp  Ser  Thr  Tyr  Pro  Leu  Thr
                85                       90                       95

Phe  Gly  Gln  Gly  Thr  Lys  Val  Glu  Val  Lys
               100                      105


( 2 ) INFORMATION FOR SEQ ID NO:36:

     ( i ) SEQUENCE CHARACTERISTICS:
           ( A ) LENGTH: 122 amino acids
           ( B ) TYPE: amino acid
           ( C ) STRANDEDNESS: single
           ( D ) TOPOLOGY: unknown

   ( i i ) MOLECULE TYPE: protein

 ( i i i ) HYPOTHETICAL: NO

   ( i x ) FEATURE:
           ( A ) NAME/KEY: Protein
           ( B ) LOCATION: 1..122
           ( D ) OTHER INFORMATION: /note= "Amino acid sequence of the
                 heavy chain of the human Ley antibody."

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:36:

Ala  Val  Gln  Leu  Leu  Glu  Ser  Gly  Gly  Gly  Leu  Val  Gln  Pro  Gly  Gly
1                        5                        10                       15

Ser  Leu  Arg  Leu  Ser  Cys  Ala  Ala  Ser  Gly  Phe  Thr  Phe  Ser  Ala  Ser
               20                       25                       30

Ala  Met  Ser  Trp  Val  Arg  Gln  Ala  Pro  Gly  Lys  Gly  Leu  Glu  Trp  Val
          35                       40                       45

Ala  Trp  Lys  Tyr  Glu  Asn  Gly  Asn  Asp  Lys  His  Tyr  Ala  Asp  Ser  Val
     50                       55                       60

Asn  Gly  Arg  Phe  Thr  Ile  Ser  Arg  Asn  Asp  Ser  Lys  Asn  Thr  Leu  Tyr
65                       70                       75                       80

Leu  Gln  Met  Asn  Gly  Leu  Gln  Ala  Glx  Val  Ser  Ala  Ile  Tyr  Tyr  Cys
                85                       90                       95

Ala  Arg  Asp  Ala  Gly  Pro  Tyr  Val  Ser  Pro  Thr  Phe  Phe  Ala  His  Trp
               100                      105                      110

Gly  Gln  Gly  Thr  Leu  Val  Thr  Val  Ser  Ser
          115                      120


( 2 ) INFORMATION FOR SEQ ID NO:37:

     ( i ) SEQUENCE CHARACTERISTICS:
           ( A ) LENGTH: 119 amino acids
           ( B ) TYPE: amino acid
           ( C ) STRANDEDNESS: single
           ( D ) TOPOLOGY: unknown
```

5,693,762

**103**                                                                    **104**

-continued

( i i ) MOLECULE TYPE: protein

( i i i ) HYPOTHETICAL: NO

( i x ) FEATURE:
    ( A ) NAME/KEY: Protein
    ( B ) LOCATION: 1..119
    ( D ) OTHER INFORMATION: /note= "Amino acid sequence of the
        heavy chain of the humanized mik-beta1 antibody."

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:37:

```
Glu Val Gln Leu Leu Gln Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1               5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Val Thr Ser Tyr
            20                  25                  30

Gly Val His Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45

Gly Val Ile Trp Ser Gly Gly Ser Thr Asp Tyr Asn Ala Ala Phe Ile
    50                  55                  60

Ser Arg Phe Thr Ile Ser Arg Asp Asn Ser Lys Asn Thr Leu Tyr Leu
65                  70                  75                  80

Gln Met Asn Ser Leu Gln Ala Glu Asp Thr Ala Ile Tyr Tyr Cys Ala
                85                  90                  95

Arg Ala Gly Tyr Asp Tyr Asn Tyr Asp Gly Phe Ala Tyr Trp Gly Gln Gly
            100                 105                 110

Thr Leu Val Thr Val Ser Ser
            115
```

( 2 ) INFORMATION FOR SEQ ID NO:38:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 107 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..107
        ( D ) OTHER INFORMATION: /standard_name= "Oligo vc13"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:38:

```
TTCTGCTGGT ACCAGTACAT GAAACTTACA CTTGAGCTGC CACTGCAGGT GATGGTGACG        60

CGGTCACCCA CTGAGGCACT GAGGCTAGAT GGAGACTGGG TCATTTG                       107
```

( 2 ) INFORMATION FOR SEQ ID NO:39:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 136 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..136
        ( D ) OTHER INFORMATION: /standard_name= "Oligo vc14"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:39:

5,693,762

**105**                                        **106**

-continued

---

CATGTACTGG TACCAGCAGA AGCCAGGAAA AGCTCCGAAA CTTCTGATTT ATGACACATC    60

CAACCTGGCT TCTGGAGTCC CTTCCCGCTT CAGTGGCAGT GGGTCTGGGA CCGATTACAC    120

CTTTACAATC TCTTCA    136


( 2 ) INFORMATION FOR SEQ ID NO:40:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 137 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..137
        ( D ) OTHER INFORMATION: /standard_name= "Oligo vc15"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:40:

TGTGTCTAGA AAAGTGTACT TACGTTTTAC CTCGACCTTG GTCCCTTGAC CGAACGTGAG    60

CGGGTAAGTA CTCCACTGCT GGCAGTAATA AGTGGCTATA TCTTCCGGCT GAAGTGAAGA    120

GATTGTAAAG GTGTAAT    137


( 2 ) INFORMATION FOR SEQ ID NO:41:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 108 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..108
        ( D ) OTHER INFORMATION: /standard_name= "Oligo vc16"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:41:

CACATCTAGA CCACCATGGA TTTTCAAGTG CAGATCTTCA GCTTCCTGCT AATCAGTGCC    60

TCAGTCATAC TGTCCAGAGG AGATATTCAA ATGACCCAGT CTCCATCT    108


( 2 ) INFORMATION FOR SEQ ID NO:42:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 138 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..138
        ( D ) OTHER INFORMATION: /standard_name= "Oligo vc11"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:42:

TAGTCTGTCG ACCCACCACT CCATATCACT CCCACCCACT CGAGTCCCTT TCCAGGAGCC    60

TGGCGGACCC AGTGTACACC ATAACTTGTT ACGGTGAAAC CACTGGCGGC ACAAGACAGT    120

5,693,762

| 107 | 108 |
|---|---|

-continued

CTCAGAGATC CTCCTGGC                                                              138

( 2 ) INFORMATION FOR SEQ ID NO:43:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 126 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..126
        ( D ) OTHER INFORMATION: /standard_name= "Oligo vc12"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:43:

TGGTGGGTCG ACAGACTATA ATGCAGCTTT CATATCCAGA TTTACCATCA GCAGAGACAA          60

CAGCCAAGAAC ACACTGTATC TCCAAATGAA TAGCCTGCAA GCCGAGGACA CAGCCATATA          120

TTATTG                                                                        126

( 2 ) INFORMATION FOR SEQ ID NO:44:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 130 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..130
        ( D ) OTHER INFORMATION: /standard_name= "Oligo wpx54"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:44:

ACACTCTAGA CCACCATGGC TGTCTTGGGG CTGCTCTTCT GCCTGGTGAC ATTCCCAAGC          60

TGTGTCCTAT CCCTGTCCA GCTGCTAGAG AGTGGTGGCG GTCTGGTGCA GCCAGGAGGA          120

TCTCTGAGAC                                                                    130

( 2 ) INFORMATION FOR SEQ ID NO:45:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 118 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA

    ( i i i ) HYPOTHETICAL: NO

    ( i x ) FEATURE:
        ( A ) NAME/KEY: misc_feature
        ( B ) LOCATION: 1..118
        ( D ) OTHER INFORMATION: /standard_name= "Oligo wpx57"

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:45:

ACACTCTAGA AGTTAGGACT CACCTGAAGA GACAGTGACC AGAGTCCCTT GGCCCCAGTA          60

AGCAAAACCG TCGTAATTAT AGTCCCCAGC TCTGGCACAA TAATATATGG CTGTGTCC          118

5,693,762

**109**                                                     **110**

-continued

---

( 2 ) INFORMATION FOR SEQ ID NO:46:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 111 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:46:

```
Asp Ile Val Leu Thr Gln Ser Pro Ala Ser Leu Ala Val Ser Leu Gly
 1               5                  10                  15

Gln Arg Ala Thr Ile Ser Cys Arg Ala Ser Gln Ser Val Ser Thr Ser
             20                  25                  30

Thr Tyr Asn Tyr Met His Trp Tyr Gln Gln Lys Pro Gly Gln Pro Pro
         35                  40                  45

Lys Leu Leu Ile Lys Tyr Ala Ser Asn Leu Glu Ser Gly Val Pro Ala
     50                  55                  60

Arg Phe Ser Gly Ser Gly Phe Gly Thr Asp Phe Thr Leu Asn Ile His
 65                  70                  75                  80

Pro Val Glu Glu Glu Asp Thr Val Thr Tyr Tyr Cys Gln His Ser Trp
                 85                  90                  95

Glu Ile Pro Tyr Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
            100                 105                 110
```

( 2 ) INFORMATION FOR SEQ ID NO:47:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 111 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:47:

```
Glu Ile Val Met Thr Gln Ser Pro Ala Thr Leu Ser Val Ser Pro Gly
 1               5                  10                  15

Glu Arg Ala Thr Leu Ser Cys Arg Ala Ser Gln Ser Val Ser Thr Ser
             20                  25                  30

Thr Tyr Asn Tyr Met His Trp Tyr Gln Gln Lys Pro Gly Gln Ser Pro
         35                  40                  45

Arg Leu Leu Ile Lys Tyr Ala Ser Asn Leu Glu Ser Gly Ile Pro Ala
     50                  55                  60

Arg Phe Ser Gly Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser
 65                  70                  75                  80

Arg Leu Glu Ser Glu Asp Phe Ala Val Tyr Tyr Cys Gln His Ser Trp
                 85                  90                  95

Glu Ile Pro Tyr Thr Phe Gly Gln Gly Thr Arg Val Glu Ile Lys
            100                 105                 110
```

( 2 ) INFORMATION FOR SEQ ID NO:48:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 122 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:48:

5,693,762

| 111 | | | | | | | | | | | | | | | 112 |

-continued

```
Gln Met Ile Leu Val Glu Ser Gly Gly Gly Leu Val Lys Pro Gly Ala
1               5                   10                  15
Ser Leu Lys Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Asn Tyr
        20                  25                  30
Gly Leu Ser Trp Val Arg Gln Thr Ser Asp Arg Arg Leu Glu Trp Val
        35                  40                  45
Ala Ser Ile Ser Arg Gly Gly Gly Arg Ile Tyr Ser Pro Asp Asn Leu
        50                  55                  60
Lys Gly Arg Phe Thr Ile Ser Arg Glu Asp Ala Lys Asn Thr Leu Tyr
65                  70                  75                  80
Leu Gln Met Ser Ser Leu Lys Ser Glu Asp Thr Ala Leu Tyr Tyr Cys
                85                  90                  95
Leu Arg Glu Gly Ile Tyr Tyr Ala Asp Tyr Gly Phe Phe Asp Val Trp
                100                 105                 110
Gly Thr Gly Thr Thr Val Ile Val Ser Ser
                115                 120
```

( 2 ) INFORMATION FOR SEQ ID NO:49:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 122 amino acids
    ( B ) TYPE: amino acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: peptide

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:49:

```
Gln Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1               5                   10                  15
Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Asn Tyr
        20                  25                  30
Gly Leu Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45
Ala Ser Ile Ser Arg Gly Gly Gly Arg Ile Tyr Ser Pro Asp Asn Leu
        50                  55                  60
Lys Gly Arg Phe Thr Ile Ser Arg Asn Asp Ser Lys Asn Thr Leu Tyr
65                  70                  75                  80
Leu Gln Met Asn Ser Leu Gln Ala Glu Asp Thr Ala Leu Tyr Tyr Cys
                85                  90                  95
Leu Arg Glu Gly Ile Tyr Tyr Ala Asp Tyr Gly Phe Phe Asp Val Trp
                100                 105                 110
Gly Gln Gly Thr Leu Val Thr Val Ser Ser
                115                 120
```

( 2 ) INFORMATION FOR SEQ ID NO:50:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 107 amino acids
    ( B ) TYPE: amino acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: peptide

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:50:

```
Asp Ile Val Met Thr Gln Ser His Lys Phe Met Ser Thr Ser Val Gly
1               5                   10                  15
Asp Arg Val Ser Ile Thr Cys Lys Ala Ser Gln Asp Val Gly Ser Ala
        20                  25                  30
```

5,693,762

-continued

```
Val Val Trp His Gln Gln Lys Ser Gly Gln Ser Pro Lys Leu Leu Ile
     35                      40                  45

Tyr Trp Ala Ser Thr Arg His Thr Gly Val Pro Asp Arg Phe Thr Gly
     50                      55                  60

Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Thr Asn Val Gln Ser
65                  70                  75                  80

Glu Asp Leu Ala Asp Tyr Phe Cys Gln Gln Tyr Ser Ile Phe Pro Leu
                    85                  90                  95

Thr Phe Gly Ala Gly Thr Arg Leu Glu Leu Lys
        100                 105
```

( 2 ) INFORMATION FOR SEQ ID NO:51:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 107 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:51:

```
Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1                   5                   10                  15

Asp Arg Val Thr Ile Thr Cys Lys Ala Ser Gln Asp Val Gly Ser Ala
        20                  25                  30

Val Val Trp His Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Ile
     35                      40                  45

Tyr Trp Ala Ser Thr Arg His Thr Gly Val Pro Ser Arg Phe Thr Gly
     50                      55                  60

Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
65                  70                  75                  80

Asp Asp Phe Ala Thr Tyr Phe Cys Gln Gln Tyr Ser Ile Phe Pro Leu
                    85                  90                  95

Thr Phe Gly Gln Gly Thr Lys Val Glu Val Lys
        100                 105
```

( 2 ) INFORMATION FOR SEQ ID NO:52:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 121 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:52:

```
Gln Val Gln Leu Gln Gln Ser Asp Ala Glu Leu Val Lys Pro Gly Ala
1                   5                   10                  15

Ser Val Lys Ile Ser Cys Lys Val Ser Gly Tyr Thr Phe Thr Asp His
        20                  25                  30

Thr Ile His Trp Met Lys Gln Arg Pro Glu Gln Gly Leu Glu Trp Phe
     35                      40                  45

Gly Tyr Ile Tyr Pro Arg Asp Gly His Thr Arg Tyr Ser Glu Lys Phe
     50                      55                  60

Lys Gly Lys Ala Thr Leu Thr Ala Asp Lys Ser Ala Ser Thr Ala Tyr
65                  70                  75                  80

Met His Leu Asn Ser Leu Thr Ser Glu Asp Ser Ala Val Tyr Phe Cys
                    85                  90                  95
```

5,693,762

**115**                                                     **116**

-continued

```
Ala Arg Gly Arg Asp Ser Arg Glu Arg Asn Gly Phe Ala Tyr Trp Gly
            100                 105                 110

Gln Gly Thr Leu Val Thr Val Ser Ala
            115                 120
```

( 2 ) INFORMATION FOR SEQ ID NO:53:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 121 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:53:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1                   5                   10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Asp His
            20                  25                  30

Thr Ile His Trp Met Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Phe
        35                  40                  45

Gly Tyr Ile Tyr Pro Arg Asp Gly His Thr Arg Tyr Ser Glu Lys Phe
    50                  55                  60

Lys Gly Lys Ala Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                  70                  75                  80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val Tyr Phe Cys
                85                  90                  95

Ala Arg Gly Arg Asp Ser Arg Glu Arg Asn Gly Phe Ala Tyr Trp Gly
            100                 105                 110

Glu Gly Thr Leu Val Thr Val Ser Ser
            115                 120
```

( 2 ) INFORMATION FOR SEQ ID NO:54:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 111 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:54:

```
Asp Ile Val Leu Thr Gln Ser Pro Ala Ser Leu Ala Val Ser Leu Gly
1                   5                   10                  15

Gln Arg Ala Thr Ile Ser Cys Arg Ala Ser Glu Ser Val Asp Asn Tyr
            20                  25                  30

Gly Ile Ser Phe Met Asn Trp Phe Gln Gln Lys Pro Gly Gln Pro Pro
        35                  40                  45

Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser Gly Val Pro Ala
    50                  55                  60

Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Ser Leu Asn Ile His
65                  70                  75                  80

Pro Met Glu Glu Asp Asp Thr Ala Met Tyr Phe Cys Gln Gln Ser Lys
                85                  90                  95

Glu Val Pro Trp Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
            100                 105                 110
```

( 2 ) INFORMATION FOR SEQ ID NO:55:

5,693,762

117                                                                118

-continued

( i ) SEQUENCE CHARACTERISTICS:
     ( A ) LENGTH: 111 amino acids
     ( B ) TYPE: amino acid
     ( C ) STRANDEDNESS: single
     ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: peptide

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:55:

```
Asp Ile Gln Met Thr Gln Ser Pro Ser Ser Leu Ser Ala Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Gln Ser Val Asp Asn Tyr
            20                  25                  30

Gly Ile Ser Phe Met Asn Trp Phe Gln Gln Lys Pro Gly Lys Ala Pro
        35                  40                  45

Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser Gly Val Pro Ser
    50                  55                  60

Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser
65                  70                  75                  80

Ser Leu Gln Pro Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Ser Lys
                85                  90                  95

Glu Val Pro Trp Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
            100                 105                 110
```

( 2 ) INFORMATION FOR SEQ ID NO:56:

     ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 116 amino acids
          ( B ) TYPE: amino acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: peptide

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:56:

```
Glu Val Gln Leu Gln Gln Ser Gly Pro Glu Leu Val Lys Pro Gly Ala
1               5                   10                  15

Ser Val Lys Ile Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Asp Tyr
            20                  25                  30

Asn Met His Trp Val Lys Gln Ser His Gly Lys Ser Leu Glu Trp Ile
        35                  40                  45

Gly Tyr Ile Tyr Pro Tyr Asn Gly Gly Thr Gly Tyr Asn Gln Lys Phe
    50                  55                  60

Lys Ser Lys Ala Thr Leu Thr Val Asp Asn Ser Ser Ser Thr Ala Tyr
65                  70                  75                  80

Met Asp Val Arg Ser Leu Thr Ser Glu Asp Ser Ala Val Tyr Tyr Cys
                85                  90                  95

Ala Arg Gly Arg Pro Ala Met Asp Tyr Trp Gly Gln Gly Thr Ser Val
            100                 105                 110

Thr Val Ser Ser
    115
```

( 2 ) INFORMATION FOR SEQ ID NO:57:

     ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 116 amino acids
          ( B ) TYPE: amino acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: peptide

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:57:

5,693,762

119                                                 120

-continued

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5                   10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Asp Tyr
            20                  25                  30

Asn Met His Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Ile
        35                  40                  45

Gly Tyr Ile Tyr Pro Tyr Asn Gly Gly Thr Gly Tyr Asn Gln Lys Phe
    50                  55                  60

Lys Ser Lys Ala Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                  70                  75                  80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                85                  90                  95

Ala Arg Gly Arg Pro Ala Met Asp Tyr Trp Gly Gln Gly Thr Leu Val
            100                 105                 110

Thr Val Ser Ser
        115
```

( 2 ) INFORMATION FOR SEQ ID NO:58:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 106 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:58:

```
Gln Ile Val Leu Thr Gln Ser Pro Ala Ile Met Ser Ala Ser Pro Gly
1               5                   10                  15

Glu Lys Val Thr Met Thr Cys Ser Gly Ser Ser Ser Val Ser Phe Met
            20                  25                  30

Tyr Trp Tyr Gln Gln Arg Pro Gly Ser Ser Pro Arg Leu Leu Ile Tyr
        35                  40                  45

Asp Thr Ser Asn Leu Ala Ser Gly Val Pro Val Arg Phe Ser Gly Ser
    50                  55                  60

Gly Ser Gly Thr Ser Tyr Ser Leu Thr Ile Ser Arg Met Glu Ala Glu
65                  70                  75                  80

Asp Ala Ala Thr Tyr Tyr Cys Gln Gln Trp Ser Thr Tyr Pro Leu Thr
                85                  90                  95

Phe Gly Ala Gly Thr Lys Leu Glu Leu Lys
            100                 105
```

( 2 ) INFORMATION FOR SEQ ID NO:59:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 106 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:59:

```
Asp Ile Gln Met Thr Gln Ser Pro Ser Ser Leu Ser Ala Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Ser Gly Ser Ser Ser Val Ser Phe Met
            20                  25                  30

Tyr Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Ile Tyr
        35                  40                  45
```

5,693,762

121                                                                                                          122

-continued

Asp Thr Ser Asn Leu Ala Ser Gly Val Pro Ser Arg Phe Ser Gly Ser
50                          55                          60

Gly Ser Gly Thr Asp Tyr Thr Phe Thr Ile Ser Ser Leu Gln Pro Glu
65                          70                          75                          80

Asp Ile Ala Thr Tyr Tyr Cys Gln Gln Trp Ser Thr Tyr Pro Leu Thr
                    85                          90                          95

Phe Gly Gln Gly Thr Lys Val Glu Val Lys
            100                         105

( 2 ) INFORMATION FOR SEQ ID NO:60:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 119 amino acids
                ( B ) TYPE: amino acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: peptide

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:60:

Gln Val Gln Leu Lys Gln Ser Gly Pro Gly Leu Val Gln Pro Ser Gln
1                           5                           10                          15

Ser Leu Ser Ile Thr Cys Thr Val Ser Gly Phe Ser Val Thr Ser Tyr
            20                          25                          30

Gly Val His Trp Ile Arg Gln Ser Pro Gly Lys Gly Leu Glu Trp Leu
        35                          40                          45

Gly Val Ile Trp Ser Gly Gly Ser Thr Asp Tyr Asn Ala Ala Phe Ile
        50                          55                          60

Ser Arg Leu Thr Ile Ser Lys Asp Asn Ser Lys Ser Gln Val Phe Phe
65                          70                          75                          80

Lys Val Asn Ser Leu Gln Pro Ala Asp Thr Ala Ile Tyr Tyr Cys Ala
                    85                          90                          95

Arg Ala Gly Asp Tyr Asn Tyr Asp Gly Phe Ala Tyr Trp Gly Gln Gly
            100                         105                         110

Thr Leu Val Thr Val Ser Ala
        115

( 2 ) INFORMATION FOR SEQ ID NO:61:        .

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 119 amino acids
                ( B ) TYPE: amino acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: peptide

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:61:

Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1                           5                           10                          15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Val Thr Ser Tyr
            20                          25                          30

Gly Val His Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                          40                          45

Gly Val Ile Trp Ser Gly Gly Ser Thr Asp Tyr Asn Ala Ala Phe Ile
        50                          55                          60

Ser Arg Phe Thr Ile Ser Arg Asp Asn Ser Lys Asn Thr Leu Tyr Leu
65                          70                          75                          80

Gln Met Asn Ser Leu Gln Ala Glu Asp Thr Ala Ile Tyr Tyr Cys Ala
                    85                          90                          95

5,693,762

123                                                    124

-continued

```
Arg Ala Gly Asp Tyr Asn Tyr Asp Gly Phe Ala Tyr Trp Gly Gln Gly
            100                     105                     110

Thr Leu Val Thr Val Ser Ser
            115
```

( 2 ) INFORMATION FOR SEQ ID NO:62:

      ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 107 amino acids
          ( B ) TYPE: amino acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: peptide

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:62:

```
Asp Ile Val Leu Thr Gln Ser Pro Ala Thr Leu Ser Val Thr Pro Gly
1               5                   10                      15

Asp Ser Val Ser Leu Ser Cys Arg Ala Ser Gln Ser Ile Ser Asn Asn
            20                      25                      30

Leu His Trp Tyr Gln Gln Lys Ser His Glu Ser Pro Arg Leu Leu Ile
            35                      40                      45

Lys Tyr Ala Ser Gln Ser Ile Ser Gly Ile Pro Ser Arg Phe Ser Gly
    50                      55                      60

Ser Gly Ser Gly Thr Asp Phe Thr Leu Ser Val Asn Gly Val Glu Thr
65                      70                      75                      80

Glu Asp Phe Gly Met Tyr Phe Cys Gln Gln Ser Asn Ser Trp Pro His
                85                      90                      95

Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
            100                     105
```

( 2 ) INFORMATION FOR SEQ ID NO:63:

      ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 107 amino acids
          ( B ) TYPE: amino acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: peptide

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:63:

```
Glu Ile Val Leu Thr Gln Ser Pro Gly Thr Leu Ser Leu Ser Pro Gly
1               5                   10                      15

Glu Arg Ala Thr Leu Ser Cys Arg Ala Ser Gln Ser Ile Ser Asn Asn
            20                      25                      30

Leu His Trp Tyr Gln Gln Lys Pro Gly Gln Ala Pro Arg Leu Leu Ile
            35                      40                      45

Lys Tyr Ala Ser Gln Ser Ile Ser Gly Ile Pro Asp Arg Phe Ser Gly
    50                      55                      60

Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser Arg Leu Glu Pro
65                      70                      75                      80

Glu Asp Phe Ala Val Tyr Tyr Cys Gln Gln Ser Asn Ser Trp Pro His
                85                      90                      95

Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
            100                     105
```

( 2 ) INFORMATION FOR SEQ ID NO:64:

      ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 119 amino acids

5,693,762

125                                                                      126

-continued

```
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:64:

    Glu Val Gln Leu Gln Gln Ser Gly Pro Glu Leu Val Lys Pro Gly Ala
    1                   5                   10                  15

    Ser Met Lys Ile Ser Cys Lys Ala Ser Val Tyr Ser Phe Thr Gly Tyr
                20                  25                  30

    Thr Met Asn Trp Val Lys Gln His Gly Gln Asn Leu Glu Trp Ile
                35                  40                  45

    Gly Leu Ile Asn Pro Tyr Asn Gly Gly Thr Ser Tyr Asn Gln Lys Phe
        50                  55                  60

    Lys Gly Lys Ala Thr Leu Thr Val Asp Lys Ser Ser Asn Thr Ala Tyr
    65                  70                  75                  80

    Met Glu Leu Leu Ser Leu Thr Ser Ala Asp Ser Ala Val Tyr Tyr Cys
                85                  90                  95

    Thr Arg Arg Gly Phe Arg Asp Tyr Ser Met Asp Tyr Trp Gly Gln Gly
                100                 105                 110

    Thr Ser Val Thr Val Ser Ser
                115
```

( 2 ) INFORMATION FOR SEQ ID NO:65:

```
        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 119 amino acids
            ( B ) TYPE: amino acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:65:

    Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
    1                   5                   10                  15

    Ser Val Arg Val Ser Cys Lys Ala Ser Gly Tyr Ser Phe Thr Gly Tyr
                20                  25                  30

    Thr Met Asn Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
                35                  40                  45

    Gly Leu Ile Asn Pro Tyr Asn Gly Gly Thr Ser Tyr Asn Gln Lys Phe
        50                  55                  60

    Lys Gly Arg Val Thr Val Ser Leu Lys Pro Ser Phe Asn Gln Ala Tyr
    65                  70                  75                  80

    Met Glu Leu Ser Ser Leu Phe Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                85                  90                  95

    Thr Arg Arg Gly Phe Arg Asp Tyr Ser Met Asp Tyr Trp Gly Gln Gly
                100                 105                 110

    Thr Leu Val Thr Val Ser Ser
                115
```

( 2 ) INFORMATION FOR SEQ ID NO:66:

```
        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 393 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: cDNA
```

5,693,762

127                                                              128

-continued

( i x ) FEATURE:
        ( A ) NAME/KEY: CDS
        ( B ) LOCATION: 1..393

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:66:

```
ATG GAG AAA GAC ACA CTC CTG CTA TGG GTC CTG CTT CTC TGG GTT CCA        48
Met Glu Lys Asp Thr Leu Leu Leu Trp Val Leu Leu Leu Trp Val Pro
 1               5                  10                 15

GGT TCC ACA GGT GAC ATT GTG CTG ACC CAA TCT CCA GCT TCT TTG GCT        96
Gly Ser Thr Gly Asp Ile Val Leu Thr Gln Ser Pro Ala Ser Leu Ala
             20                 25                 30

GTG TCT CTA GGG CAG AGG GCC ACC ATC TCC TGC AGA GCC AGC GAA AGT       144
Val Ser Leu Gly Gln Arg Ala Thr Ile Ser Cys Arg Ala Ser Glu Ser
         35                 40                 45

GTT GAT AAT TAT GGC ATT AGT TTT ATG AAC TGG TTC CAA CAG AAA CCA       192
Val Asp Asn Tyr Gly Ile Ser Phe Met Asn Trp Phe Gln Gln Lys Pro
     50                 55                 60

GGA CAG CCA CCC AAA CTC CTC ATC TAT GCT GCA TCC AAC CAA GGA TCC       240
Gly Gln Pro Pro Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser
 65                 70                 75                 80

GGG GTC CCT GCC AGG TTT AGT GGC AGT GGG TCT GGG ACA GAC TTC AGC       288
Gly Val Pro Ala Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Ser
                 85                 90                 95

CTC AAC ATC CAT CCT ATG GAG GAG GAT GAT ACT GCA ATG TAT TTC TGT       336
Leu Asn Ile His Pro Met Glu Glu Asp Asp Thr Ala Met Tyr Phe Cys
            100                105                110

CAG CAA AGT AAG GAG GTT CCG TGG ACG TTC GGT GGA GGC ACC AAG CTG       384
Gln Gln Ser Lys Glu Val Pro Trp Thr Phe Gly Gly Gly Thr Lys Leu
            115                120                125

GAA ATC AAA                                                           393
Glu Ile Lys
        130
```

( 2 ) INFORMATION FOR SEQ ID NO:67:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 131 amino acids
                ( B ) TYPE: amino acid
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: protein

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:67:

```
Met Glu Lys Asp Thr Leu Leu Leu Trp Val Leu Leu Leu Trp Val Pro
 1               5                  10                 15

Gly Ser Thr Gly Asp Ile Val Leu Thr Gln Ser Pro Ala Ser Leu Ala
             20                 25                 30

Val Ser Leu Gly Gln Arg Ala Thr Ile Ser Cys Arg Ala Ser Glu Ser
         35                 40                 45

Val Asp Asn Tyr Gly Ile Ser Phe Met Asn Trp Phe Gln Gln Lys Pro
     50                 55                 60

Gly Gln Pro Pro Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser
 65                 70                 75                 80

Gly Val Pro Ala Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Ser
                 85                 90                 95

Leu Asn Ile His Pro Met Glu Glu Asp Asp Thr Ala Met Tyr Phe Cys
            100                105                110

Gln Gln Ser Lys Glu Val Pro Trp Thr Phe Gly Gly Gly Thr Lys Leu
            115                120                125

Glu Ile Lys
        130
```

5,693,762

**129**                                    **130**

-continued

---

( 2 ) INFORMATION FOR SEQ ID NO:68:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 405 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: cDNA

    ( i x ) FEATURE:
        ( A ) NAME/KEY: CDS
        ( B ) LOCATION: 1..405

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:68:

```
ATG GGA TGG AGC TGG ATC TTT CTC TTC CTC CTG TCA GGA ACT GCA GGC        48
Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr Ala Gly
 1               5                  10                  15

GTC CAC TCT GAG GTC CAG CTT CAG CAG TCA GGA CCT GAG CTG GTG AAA        96
Val His Ser Glu Val Gln Leu Gln Gln Ser Gly Pro Glu Leu Val Lys
            20                  25                  30

CCT GGG GCC TCA GTG AAG ATA TCC TGC AAG GCT TCT GGA TAC ACA TTC       144
Pro Gly Ala Ser Val Lys Ile Ser Cys Lys Ala Ser Gly Tyr Thr Phe
        35                  40                  45

ACT GAC TAC AAC ATG CAC TGG GTG AAG CAG AGC CAT GGA AAG AGC CTT       192
Thr Asp Tyr Asn Met His Trp Val Lys Gln Ser His Gly Lys Ser Leu
    50                  55                  60

GAG TGG ATT GGA TAT ATT TAT CCT TAC AAT GGT GGT ACT GGC TAC AAC       240
Glu Trp Ile Gly Tyr Ile Tyr Pro Tyr Asn Gly Gly Thr Gly Tyr Asn
65                  70                  75                  80

CAG AAG TTC AAG AGC AAG GCC ACA TTG ACT GTA GAC AAT TCC TCC AGC       288
Gln Lys Phe Lys Ser Lys Ala Thr Leu Thr Val Asp Asn Ser Ser Ser
                85                  90                  95

ACA GCC TAC ATG GAC GTC CGC AGC CTG ACA TCT GAG GAC TCT GCA GTC       336
Thr Ala Tyr Met Asp Val Arg Ser Leu Thr Ser Glu Asp Ser Ala Val
            100                 105                 110

TAT TAC TGT GCA AGA GGG CGC CCC GCT ATG GAC TAC TGG GGT CAA GGA       384
Tyr Tyr Cys Ala Arg Gly Arg Pro Ala Met Asp Tyr Trp Gly Gln Gly
        115                 120                 125

ACC TCA GTC ACC GTC TCC TCA                                           405
Thr Ser Val Thr Val Ser Ser
        130                 135
```

( 2 ) INFORMATION FOR SEQ ID NO:69:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 135 amino acids
        ( B ) TYPE: amino acid
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: protein

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:69:

```
Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr Ala Gly
 1               5                  10                  15

Val His Ser Glu Val Gln Leu Gln Gln Ser Gly Pro Glu Leu Val Lys
            20                  25                  30

Pro Gly Ala Ser Val Lys Ile Ser Cys Lys Ala Ser Gly Tyr Thr Phe
        35                  40                  45

Thr Asp Tyr Asn Met His Trp Val Lys Gln Ser His Gly Lys Ser Leu
    50                  55                  60

Glu Trp Ile Gly Tyr Ile Tyr Pro Tyr Asn Gly Gly Thr Gly Tyr Asn
65                  70                  75                  80
```

5,693,762

131                                                                    132

-continued

Gln Lys Phe Lys Ser Lys Ala Thr Leu Thr Val Asp Asn Ser Ser Ser
                    85                      90                      95

Thr Ala Tyr Met Asp Val Arg Ser Leu Thr Ser Glu Asp Ser Ala Val
             100                     105                     110

Tyr Tyr Cys Ala Arg Gly Arg Pro Ala Met Asp Tyr Trp Gly Gln Gly
             115                     120                     125

Thr Ser Val Thr Val Ser Ser
             130                     135

( 2 ) INFORMATION FOR SEQ ID NO:70:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 107 amino acids
                ( B ) TYPE: amino acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: peptide

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:70:

Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1                    5                      10                     15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Gln Ser Ile Asn Thr Trp
             20                     25                      30

Leu Ala Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Met
             35                     40                      45

Tyr Lys Ala Ser Ser Leu Glu Ser Gly Val Pro Ser Arg Phe Ile Gly
             50                     55                      60

Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
65                   70                      75                     80

Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Tyr Asn Ser Asp Ser Lys
                    85                     90                      95

Met Phe Gly Gln Gly Thr Lys Val Glu Val Lys
             100                     105

( 2 ) INFORMATION FOR SEQ ID NO:71:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 111 amino acids
                ( B ) TYPE: amino acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: peptide

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:71:

Asp Ile Gln Met Thr Gln Ser Pro Ser Ser Leu Ser Ala Ser Val Gly
1                    5                      10                     15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Glu Ser Val Asp Asn Tyr
             20                     25                      30

Gly Ile Ser Phe Met Asn Trp Phe Gln Gln Lys Pro Gly Lys Ala Pro
             35                     40                      45

Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser Gly Val Pro Ser
             50                     55                      60

Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser
65                   70                      75                     80

Ser Leu Gln Pro Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Ser Lys
                    85                     90                      95

Glu Val Pro Trp Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
             100                     105                     110

5,693,762

133            134

-continued

( 2 ) INFORMATION FOR SEQ ID NO:72:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 117 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:72:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5                   10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Gly Thr Phe Ser Arg Ser
            20                  25                  30

Ala Ile Ile Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
        35                  40                  45

Gly Gly Ile Val Pro Met Phe Gly Pro Pro Asn Tyr Ala Gln Lys Phe
    50                  55                  60

Gln Gly Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                  70                  75                  80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Phe Tyr Phe Cys
                85                  90                  95

Ala Gly Gly Tyr Gly Ile Tyr Ser Pro Glu Glu Tyr Asn Gly Gly Leu
            100                 105                 110

Val Thr Val Ser Ser
            115
```

( 2 ) INFORMATION FOR SEQ ID NO:73:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 116 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:73:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5                   10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Asp Tyr
            20                  25                  30

Asn Met His Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Ile
        35                  40                  45

Gly Tyr Ile Tyr Pro Tyr Asn Gly Gly Thr Gly Tyr Asn Gln Lys Phe
    50                  55                  60

Lys Ser Lys Ala Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                  70                  75                  80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                85                  90                  95

Ala Arg Gly Arg Gly Pro Ala Met Asp Tyr Trp Gly Gln Gly Thr Leu Val
            100                 105                 110

Thr Val Ser Ser
            115
```

( 2 ) INFORMATION FOR SEQ ID NO:74:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 132 base pairs

5,693,762

**135**                                              **136**

-continued

```
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:74:

TATATCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGAACTGCT       60

GGCGTCCACT CTCAGGTTCA GCTGGTGCAG TCTGGAGCTG AGGTGAAGAA GCCTGGGAGC      120

TCAGTGAAGG TT                                                          132


     ( 2 ) INFORMATION FOR SEQ ID NO:75:

          ( i ) SEQUENCE CHARACTERISTICS:
               ( A ) LENGTH: 133 base pairs
               ( B ) TYPE: nucleic acid
               ( C ) STRANDEDNESS: single
               ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:75:

AGCCGGTACC ACCATTGTAA GGATAAATAT ATCCAATCCA TTCCAGGCCT TGGCCAGGAG       60

CCTGCCTCAC CCAGTGCATG TTGTAGTCAG TGAAGGTGTA GCCAGAAGCT TTGCAGGAAA      120

CCTTCACTGA GCT                                                         133


     ( 2 ) INFORMATION FOR SEQ ID NO:76:

          ( i ) SEQUENCE CHARACTERISTICS:
               ( A ) LENGTH: 112 base pairs
               ( B ) TYPE: nucleic acid
               ( C ) STRANDEDNESS: single
               ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:76:

TGGTGGTACC GGCTACAACC AGAAGTTCAA GAGCAAGGCC ACAATTACAG CAGACGAGAG       60

TACTAACACA GCCTACATGG AACTCTCCAG CCTGAGGTCT GAGGACACTG CA              112


     ( 2 ) INFORMATION FOR SEQ ID NO:77:

          ( i ) SEQUENCE CHARACTERISTICS:
               ( A ) LENGTH: 111 base pairs
               ( B ) TYPE: nucleic acid
               ( C ) STRANDEDNESS: single
               ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:77:

TATATCTAGA GGCCATTCTT ACCTGAAGAG ACAGTGACCA GAGTCCCTTG GCCCCAGTAG       60

TCCATAGCGG GGCGCCCTCT TGCGCAGTAA TAGACTGCAG TGTCCTCAGA C               111


     ( 2 ) INFORMATION FOR SEQ ID NO:78:

          ( i ) SEQUENCE CHARACTERISTICS:
               ( A ) LENGTH: 122 base pairs
               ( B ) TYPE: nucleic acid
               ( C ) STRANDEDNESS: single
               ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:78:
```

5,693,762

**137**                                    **138**

-continued

```
TATATCTAGA CCACCATGGA GAAAGACACA CTCCTGCTAT GGGTCCTGCT TCTCTGGGTT      60

CCAGGTTCCA CAGGTGACAT TCAGATGACC CAGTCTCCGA GCTCTCTGTC CGCATCAGTA     120

GG                                                                    122
```

( 2 ) INFORMATION FOR SEQ ID NO:79:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 122 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:79:

```
TCAGAAGCTT AGGAGCCTTC CCGGGTTTCT GTTGGAACCA GTTCATAAAG CTAATGCCAT      60

AATTGTCGAC ACTTTCGCTG GCTCTGCATG TGATGGTGAC CCTGTCTCCT ACTGATGCGG     120

AC                                                                    122
```

( 2 ) INFORMATION FOR SEQ ID NO:80:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 119 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:80:

```
TCCTAAGCTT CTGATTTACG CTGCATCCAA CCAAGGCTCC GGGGTACCCT CTCGCTTCTC      60

AGGCAGTGGA TCTGGGACAG ACTTCACTCT CACCATTTCA TCTCTGCAGC CTGATGACT      119
```

( 2 ) INFORMATION FOR SEQ ID NO:81:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 118 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:81:

```
TATATCTAGA CTTTGGATTC TACTTACGTT TGATCTCCAC CTTGGTCCCT TGACCGAACG      60

TCCACGGAAC CTCCTTACTT TGCTGACAGT AATAGGTTGC GAAGTCATCA GGCTGCAG      118
```

( 2 ) INFORMATION FOR SEQ ID NO:82:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 381 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: cDNA

    ( i x ) FEATURE:
        ( A ) NAME/KEY: CDS
        ( B ) LOCATION: 1..381

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:82:

```
ATG GTT TTC ACA CCT CAG ATA CTT GGA CTT ATG CTT TTT TGG ATT TCA      48
Met Val Phe Thr Pro Gln Ile Leu Gly Leu Met Leu Phe Trp Ile Ser
 1               5                  10                  15
```

5,693,762

**139**         **140**

-continued

```
GCC TCC AGA GGT GAT ATT GTG CTA ACT CAG TCT CCA GCC ACC CTG TCT      96
Ala Ser Arg Gly Asp Ile Val Leu Thr Gln Ser Pro Ala Thr Leu Ser
        20                      25                      30

GTG ACT CCG GGA GAT AGC GTC AGT CTT TCC TGC AGG GCC AGC CAA AGT      144
Val Thr Pro Gly Asp Ser Val Ser Leu Ser Cys Arg Ala Ser Gln Ser
            35                      40                      45

ATT AGC AAC AAC CTA CAC TGG TAT CAA CAA AAA TCA CAT GAG TCT CCA      192
Ile Ser Asn Asn Leu His Trp Tyr Gln Gln Lys Ser His Glu Ser Pro
        50                      55                      60

AGG CTT CTC ATC AAG TAT GCT TCC CAG TCC ATC TCT GGG ATC CCC TCC      240
Arg Leu Leu Ile Lys Tyr Ala Ser Gln Ser Ile Ser Gly Ile Pro Ser
    65                      70                      75              80

AGG TTC AGT GGC AGT GGA TCA GGG ACA GAT TTC ACT CTC AGT GTC AAC      288
Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Ser Val Asn
                85                      90                      95

GGT GTG GAG ACT GAA GAT TTT GGA ATG TAT TTC TGT CAA CAG AGT AAC      336
Gly Val Glu Thr Glu Asp Phe Gly Met Tyr Phe Cys Gln Gln Ser Asn
                100                     105                     110

AGT TGG CCT CAT ACG TTC GGA GGG GGG ACC AAG CTG GAA ATA AAA          381
Ser Trp Pro His Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
            115                     120                     125
```

( 2 ) INFORMATION FOR SEQ ID NO:83:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 127 amino acids
        ( B ) TYPE: amino acid
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: protein

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:83:

```
Met Val Phe Thr Pro Gln Ile Leu Gly Leu Met Leu Phe Trp Ile Ser
1                   5                   10                  15

Ala Ser Arg Gly Asp Ile Val Leu Thr Gln Ser Pro Ala Thr Leu Ser
            20                      25                      30

Val Thr Pro Gly Asp Ser Val Ser Leu Ser Cys Arg Ala Ser Gln Ser
        35                      40                      45

Ile Ser Asn Asn Leu His Trp Tyr Gln Gln Lys Ser His Glu Ser Pro
        50                      55                      60

Arg Leu Leu Ile Lys Tyr Ala Ser Gln Ser Ile Ser Gly Ile Pro Ser
    65                      70                      75              80

Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Ser Val Asn
                85                      90                      95

Gly Val Glu Thr Glu Asp Phe Gly Met Tyr Phe Cys Gln Gln Ser Asn
                100                     105                     110

Ser Trp Pro His Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
            115                     120                     125
```

( 2 ) INFORMATION FOR SEQ ID NO:84:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 414 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: cDNA

    ( i x ) FEATURE:
        ( A ) NAME/KEY: CDS
        ( B ) LOCATION: 1.414

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:84:

5,693,762

**141**                                    **142**

-continued

```
ATG GGA TGG AGC TGG ATC TTT CTC TTC CTC CTG TCA GGA ACT GCA GGT        48
Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr Ala Gly
 1               5                   10                  15

GTC CAC TCT GAG GTC CAG CTG CAA CAG TCT GGA CCT GAG CTG GTG AAG        96
Val His Ser Glu Val Gln Leu Gln Gln Ser Gly Pro Glu Leu Val Lys
            20                  25                  30

CCT GGA GCT TCA ATG AAG ATA TCC TGC AAG GCT TCT GTT TAC TCA TTC       144
Pro Gly Ala Ser Met Lys Ile Ser Cys Lys Ala Ser Val Tyr Ser Phe
        35                  40                  45

ACT GGC TAC ACC ATG AAC TGG GTG AAG CAG AGC CAT GGA CAG AAC CTT       192
Thr Gly Tyr Thr Met Asn Trp Val Lys Gln Ser His Gly Gln Asn Leu
    50                  55                  60

GAG TGG ATT GGA CTT ATT AAT CCT TAC AAT GGT GGT ACT AGC TAC AAC       240
Glu Trp Ile Gly Leu Ile Asn Pro Tyr Asn Gly Gly Thr Ser Tyr Asn
65                  70                  75                  80

CAG AAG TTC AAG GGG AAG GCC ACA TTA ACT GTA GAC AAG TCA TCC AAC       288
Gln Lys Phe Lys Gly Lys Ala Thr Leu Thr Val Asp Lys Ser Ser Asn
                85                  90                  95

ACA GCC TAC ATG GAG CTC CTC AGT CTG ACA TCT GCG GAC TCT GCA GTC       336
Thr Ala Tyr Met Glu Leu Leu Ser Leu Thr Ser Ala Asp Ser Ala Val
            100                 105                 110

TAT TAC TGT ACA AGA CGG GGG TTT CGA GAC TAT TCT ATG GAC TAC TGG       384
Tyr Tyr Cys Thr Arg Arg Gly Phe Arg Asp Tyr Ser Met Asp Tyr Trp
        115                 120                 125

GGT CAA GGA ACC TCA GTC ACC GTC TCC TCA                              414
Gly Gln Gly Thr Ser Val Thr Val Ser Ser
    130                 135
```

( 2 ) INFORMATION FOR SEQ ID NO:45:

        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 138 amino acids
            ( B ) TYPE: amino acid
            ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: protein

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:45:

```
Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr Ala Gly
 1               5                   10                  15

Val His Ser Glu Val Gln Leu Gln Gln Ser Gly Pro Glu Leu Val Lys
            20                  25                  30

Pro Gly Ala Ser Met Lys Ile Ser Cys Lys Ala Ser Val Tyr Ser Phe
        35                  40                  45

Thr Gly Tyr Thr Met Asn Trp Val Lys Gln Ser His Gly Gln Asn Leu
    50                  55                  60

Glu Trp Ile Gly Leu Ile Asn Pro Tyr Asn Gly Gly Thr Ser Tyr Asn
65                  70                  75                  80

Gln Lys Phe Lys Gly Lys Ala Thr Leu Thr Val Asp Lys Ser Ser Asn
                85                  90                  95

Thr Ala Tyr Met Glu Leu Leu Ser Leu Thr Ser Ala Asp Ser Ala Val
            100                 105                 110

Tyr Tyr Cys Thr Arg Arg Gly Phe Arg Asp Tyr Ser Met Asp Tyr Trp
        115                 120                 125

Gly Gln Gly Thr Ser Val Thr Val Ser Ser
    130                 135
```

( 2 ) INFORMATION FOR SEQ ID NO:46:

        ( i ) SEQUENCE CHARACTERISTICS:

5,693,762

143                                          144

-continued

```
            ( A ) LENGTH: 108 amino acids
            ( B ) TYPE: amino acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:86:

    Glu Ile Val Leu Thr Gln Ser Pro Gly Thr Leu Ser Leu Ser Pro Gly
    1               5                   10                  15

    Glu Arg Ala Thr Leu Ser Cys Arg Ala Ser Gln Ser Val Ser Ser Gly
                    20                  25                  30

    Tyr Leu Gly Trp Tyr Gln Gln Lys Pro Gly Gln Ala Pro Arg Leu Leu
            35                  40                  45

    Ile Tyr Gly Ala Ser Ser Arg Ala Thr Gly Ile Pro Asp Arg Phe Ser
        50                  55                  60

    Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser Arg Leu Glu
    65                  70                  75                  80

    Pro Glu Asp Phe Ala Val Tyr Tyr Cys Gln Gln Tyr Gly Ser Leu Gly
                    85                  90                  95

    Arg Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
                    100                 105
```

( 2 ) INFORMATION FOR SEQ ID NO:87:

```
    ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 107 amino acids
            ( B ) TYPE: amino acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:87:

    Glu Ile Val Leu Thr Gln Ser Pro Gly Thr Leu Ser Leu Ser Pro Gly
    1               5                   10                  15

    Glu Arg Ala Thr Leu Ser Cys Arg Ala Ser Gln Ser Ile Ser Asn Asn
                    20                  25                  30

    Leu His Trp Tyr Gln Gln Lys Pro Gly Gln Ala Pro Arg Leu Leu Ile
            35                  40                  45

    Lys Tyr Ala Ser Gln Ser Ile Ser Gly Ile Pro Asp Arg Phe Ser Gly
        50                  55                  60

    Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser Arg Leu Glu Pro
    65                  70                  75                  80

    Glu Asp Phe Ala Val Tyr Tyr Cys Gln Gln Ser Asn Ser Trp Pro His
                    85                  90                  95

    Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
                    100                 105
```

( 2 ) INFORMATION FOR SEQ ID NO:88:

```
    ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 122 amino acids
            ( B ) TYPE: amino acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:88:

    Gln Val Gln Leu Met Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
    1               5                   10                  15
```

5,693,762

145         146

-continued

```
      Ser  Val  Arg  Val  Ser  Cys  Lys  Thr  Ser  Gly  Gly  Thr  Phe  Val  Asp  Tyr
                 20                  25                           30

      Lys  Gly  Leu  Trp  Val  Arg  Gln  Ala  Pro  Gly  Lys  Gly  Leu  Glu  Trp  Val
                 35                  40                           45

      Gly  Gln  Ile  Pro  Leu  Arg  Phe  Asn  Gly  Glu  Val  Lys  Asn  Pro  Gly  Ser
                 50                  55                           60

      Val  Val  Arg  Val  Ser  Val  Ser  Leu  Lys  Pro  Ser  Phe  Asn  Gln  Ala  His
      65                  70                  75                           80

      Met  Glu  Leu  Ser  Ser  Leu  Phe  Ser  Glu  Asp  Thr  Ala  Val  Tyr  Tyr  Cys
                          85                  90                           95

      Ala  Arg  Glu  Tyr  Gly  Phe  Asp  Thr  Ser  Asp  Tyr  Tyr  Tyr  Tyr  Tyr  Trp
                 100                      105                          110

      Gly  Gln  Gly  Thr  Leu  Val  Thr  Val  Ser  Ser
                 115                      120
```

( 2 ) INFORMATION FOR SEQ ID NO:89:

      ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 119 amino acids
            ( B ) TYPE: amino acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: peptide

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:89:

```
      Gln  Val  Gln  Leu  Val  Gln  Ser  Gly  Ala  Glu  Val  Lys  Lys  Pro  Gly  Ser
      1                   5                  10                           15

      Ser  Val  Arg  Val  Ser  Cys  Lys  Ala  Ser  Gly  Tyr  Ser  Phe  Thr  Gly  Tyr
                 20                  25                           30

      Thr  Met  Asn  Trp  Val  Arg  Gln  Ala  Pro  Gly  Lys  Gly  Leu  Glu  Trp  Val
                 35                  40                           45

      Gly  Leu  Ile  Asn  Pro  Tyr  Asn  Gly  Gly  Thr  Ser  Tyr  Asn  Gln  Lys  Phe
                 50                  55                           60

      Lys  Gly  Arg  Val  Thr  Val  Ser  Leu  Lys  Pro  Ser  Phe  Asn  Gln  Ala  Tyr
      65                  70                  75                           80

      Met  Glu  Leu  Ser  Ser  Leu  Phe  Ser  Glu  Asp  Thr  Ala  Val  Tyr  Tyr  Cys
                          85                  90                           95

      Thr  Arg  Arg  Gly  Phe  Arg  Asp  Tyr  Ser  Met  Asp  Tyr  Trp  Gly  Gln  Gly
                 100                      105                          110

      Thr  Leu  Val  Thr  Val  Ser  Ser
                 115
```

( 2 ) INFORMATION FOR SEQ ID NO:90:

      ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 129 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: single
            ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:90:

```
TAGATCTAGA  CCACCATGGT  TTTCACACCT  CAGATACTCA  GACTCATGCT  CTTCTGGATT        60

TCAGCCTCCA  GAGGTGAAAT  TGTGCTAACT  CAGTCTCCAG  GCACCCTAAG  CTTATCACCG       120

GGAGAAAGG                                                                    129
```

( 2 ) INFORMATION FOR SEQ ID NO:91:

5,693,762

**147**                                          **148**

-continued

( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 128 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (oligonucleotide)

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:91:

```
TAGACAGAAT TCACCCGTAC TTGATAAGTA GACGTGGAGC TTGTCCAGGT TTTTGTTGGT      60

ACCAGTGTAG GTTGTTGCTA ATACTTTGGC TGGCCCTGCA GGAAAGTGTA GCCCTTTCTC     120

CCGGTGAT                                                              128
```

( 2 ) INFORMATION FOR SEQ ID NO:92:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 113 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:92:

```
AAGAGAATTC ACGCGTCCCA GTCCATCTCT GGAATACCCG ATAGGTTCAG TGGCAGTGGA      60

TCAGGGACAG ATTTCACTCT CACAATAAGT AGGCTCGAGC CGGAAGATTT TGC            113
```

( 2 ) INFORMATION FOR SEQ ID NO:93:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 116 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:93:

```
TAGATCTAGA GTTGAGAAGA CTACTTACGT TTTATTTCTA CCTTGGTCCC TTGTCCGAAC      60

GTATGAGGCC AACTGTTACT CTGTTGACAA TAATACACAG CAAAATCTTC CGGCTC        116
```

( 2 ) INFORMATION FOR SEQ ID NO:94:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 134 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:94:

```
TATATCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGAACTGCA      60

GGTGTCCACT CTCAAGTCCA ACTGGTACAG TCTGGAGCTG AGGTTAAAAA GCCTGGAAGT     120

TCAGTAAGAG TTTC                                                       134
```

( 2 ) INFORMATION FOR SEQ ID NO:95:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 134 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

5,693,762

**149**                                                                 **150**

-continued

---

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:95:

```
TATATAGGTA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGAACTGCA        60

TGCCTGTCTC ACCCAGTTCA TGGTATACCC AGTGAATGAG TATCCGGAAG CTTTGCAGGA       120

AACTCTTACT GAAC                                                         134
```

( 2 ) INFORMATION FOR SEQ ID NO:96:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 116 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:96:

```
TATATAGGTA CCAGCTACAA CCAGAAGTTC AAGGGCAGAG TTACAGTTTC TTTGAAGCCT        60

TCATTTAACC AGGCCTACAT GGAGCTCAGT AGTCTGTTTT CTGAAGACAC TGCAGT          116
```

( 2 ) INFORMATION FOR SEQ ID NO:97:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 116 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:97:

```
TATATCTAGA GGCCATTCTT AACTGAGGAG ACGGTGACTA AGGTTCCTTG ACCCCAGTAG        60

TCCATAGAAT AGTCTCGAAA CCCCCGTCTT GTACAGTAAT AGACTGCAGT GTCTTC          116
```

( 2 ) INFORMATION FOR SEQ ID NO:98:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 408 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: cDNA

    ( i x ) FEATURE:
        ( A ) NAME/KEY: CDS
        ( B ) LOCATION: 1..408

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:98:

```
ATG CAT CAG ACC AGC ATG GGC ATC AAG ATG GAA TCA CAG ACT CTG GTC        48
Met His Gln Thr Ser Met Gly Ile Lys Met Glu Ser Gln Thr Leu Val
1               5                  10                  15

TTC ATA TCC ATA CTG CTC TGG TTA TAT GGT GCT GAT GGG AAC ATT GTT        96
Phe Ile Ser Ile Leu Leu Trp Leu Tyr Gly Ala Asp Gly Asn Ile Val
            20                  25                  30

ATG ACC CAA TCT CCC AAA TCC ATG TAC GTG TCA ATA GGA GAG AGG GTC       144
Met Thr Gln Ser Pro Lys Ser Met Tyr Val Ser Ile Gly Glu Arg Val
        35                  40                  45

ACC TTG AGC TGC AAG GCC AGT GAA AAT GTG GAT ACT TAT GTA TCC TGG       192
Thr Leu Ser Cys Lys Ala Ser Glu Asn Val Asp Thr Tyr Val Ser Trp
    50                  55                  60

TAT CAA CAG AAA CCA GAG CAG TCT CCT AAA CTG CTG ATA TAT GGG GCA       240
Tyr Gln Gln Lys Pro Glu Gln Ser Pro Lys Leu Leu Ile Tyr Gly Ala
65                  70                  75                  80

TCC AAC CGG TAC ACT GGG GTC CCC GAT CGC TTC ACG GGC AGT GGA TCT       288
```

5,693,762

151                                                                                     152

-continued

Ser Asn Arg Tyr Thr Gly Val Pro Asp Arg Phe Thr Gly Ser Gly Ser
                    85                    90                    95

GCA ACA GAT TTC ACT CTG ACC ATC AGC AGT GTG CAG GCT GAA GAC CTT     336
Ala Thr Asp Phe Thr Leu Thr Ile Ser Ser Val Gln Ala Glu Asp Leu
                100                   105                   110

GCA GAT TAT CAC TGT GGA CAG AGT TAC AAC TAT CCA TTC ACG TTC GGC     384
Ala Asp Tyr His Cys Gly Gln Ser Tyr Asn Tyr Pro Phe Thr Phe Gly
                115                   120                   125

TCG GGG ACA AAG TTG GAA ATA AAG                                     408
Ser Gly Thr Lys Leu Glu Ile Lys
        130                   135

( 2 ) INFORMATION FOR SEQ ID NO:99:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 136 amino acids
                ( B ) TYPE: amino acid
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: protein

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:99:

Met His Gln Thr Ser Met Gly Ile Lys Met Glu Ser Gln Thr Leu Val
1                     5                     10                    15

Phe Ile Ser Ile Leu Leu Trp Leu Tyr Gly Ala Asp Gly Asn Ile Val
                20                    25                    30

Met Thr Gln Ser Pro Lys Ser Met Tyr Val Ser Ile Gly Glu Arg Val
                35                    40                    45

Thr Leu Ser Cys Lys Ala Ser Glu Asn Val Asp Thr Tyr Val Ser Trp
        50                    55                    60

Tyr Gln Gln Lys Pro Glu Gln Ser Pro Lys Leu Leu Ile Tyr Gly Ala
65                    70                    75                    80

Ser Asn Arg Tyr Thr Gly Val Pro Asp Arg Phe Thr Gly Ser Gly Ser
                    85                    90                    95

Ala Thr Asp Phe Thr Leu Thr Ile Ser Ser Val Gln Ala Glu Asp Leu
                100                   105                   110

Ala Asp Tyr His Cys Gly Gln Ser Tyr Asn Tyr Pro Phe Thr Phe Gly
                115                   120                   125

Ser Gly Thr Lys Leu Glu Ile Lys
        130                   135

( 2 ) INFORMATION FOR SEQ ID NO:100:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 456 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: cDNA

        ( i x ) FEATURE:
                ( A ) NAME/KEY: CDS
                ( B ) LOCATION: 1..456

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:100:

ATG ACA TCA CTG TTC TCT CTA CAG TTA CCC AGC ACA CAG GAC CTC GCC     48
Met Thr Ser Leu Phe Ser Leu Gln Leu Pro Ser Thr Gln Asp Leu Ala
1                     5                     10                    15

ATG GGA TGG AGC TGT ATC ATC CTC TTC TTG GTA GCA ACA GCT ACA GGT     96
Met Gly Trp Ser Cys Ile Ile Leu Phe Leu Val Ala Thr Ala Thr Gly
                20                    25                    30

GTC CTC TCC CAG GTC CAA CTG CAG CAG CCT GGG GCT GAC CTT GTG ATG     144

5,693,762

**153**                                                         **154**

-continued

```
Val Leu Ser Gln Val Gln Leu Gln Gln Pro Gly Ala Asp Leu Val Met
         35              40              45
```

```
CCT GGG GCT CCA GTG AAG CTG TCC TGC TTG GCT TCT GGC TAC ATC TTC    192
Pro Gly Ala Pro Val Lys Leu Ser Cys Leu Ala Ser Gly Tyr Ile Phe
         50              55              60
```

```
ACC AGC TCC TGG ATA AAC TGG GTG AAG CAG AGG CCT GGA CGA GGC CTC    240
Thr Ser Ser Trp Ile Asn Trp Val Lys Gln Arg Pro Gly Arg Gly Leu
         65              70              75              80
```

```
GAG TGG ATT GGA AGG ATT GAT CCT TCC GAT GGT GAA GTT CAC TAC AAT    288
Glu Trp Ile Gly Arg Ile Asp Pro Ser Asp Gly Glu Val His Tyr Asn
              85              90              95
```

```
CAA GAT TTC AAG GAC AAG GCC ACA CTG ACT GTA GAC AAA TCC TCC AGC    336
Gln Asp Phe Lys Asp Lys Ala Thr Leu Thr Val Asp Lys Ser Ser Ser
             100             105             110
```

```
ACA GCC TAC ATC CAA CTC AAC AGC CTG ACA TCT GAG GAC TCT GCG GTC    384
Thr Ala Tyr Ile Gln Leu Asn Ser Leu Thr Ser Glu Asp Ser Ala Val
             115             120             125
```

```
TAT TAC TGT GCT AGA GGA TTT CTG CCC TGG TTT GCT GAC TGG GGC CAA    432
Tyr Tyr Cys Ala Arg Gly Phe Leu Pro Trp Phe Ala Asp Trp Gly Gln
             130             135             140
```

```
GGG ACT CTG GTC ACT GTC TCT GCA                                    456
Gly Thr Leu Val Thr Val Ser Ala
145             150
```

( 2 ) INFORMATION FOR SEQ ID NO:101:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 152 amino acids
        ( B ) TYPE: amino acid
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: protein

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:101:

```
Met Thr Ser Leu Phe Ser Leu Gln Leu Pro Ser Thr Gln Asp Leu Ala
1               5               10              15
```

```
Met Gly Trp Ser Cys Ile Ile Leu Phe Leu Val Ala Thr Ala Thr Gly
         20              25              30
```

```
Val Leu Ser Gln Val Gln Leu Gln Gln Pro Gly Ala Asp Leu Val Met
         35              40              45
```

```
Pro Gly Ala Pro Val Lys Leu Ser Cys Leu Ala Ser Gly Tyr Ile Phe
         50              55              60
```

```
Thr Ser Ser Trp Ile Asn Trp Val Lys Gln Arg Pro Gly Arg Gly Leu
         65              70              75              80
```

```
Glu Trp Ile Gly Arg Ile Asp Pro Ser Asp Gly Glu Val His Tyr Asn
              85              90              95
```

```
Gln Asp Phe Lys Asp Lys Ala Thr Leu Thr Val Asp Lys Ser Ser Ser
             100             105             110
```

```
Thr Ala Tyr Ile Gln Leu Asn Ser Leu Thr Ser Glu Asp Ser Ala Val
             115             120             125
```

```
Tyr Tyr Cys Ala Arg Gly Phe Leu Pro Trp Phe Ala Asp Trp Gly Gln
             130             135             140
```

```
Gly Thr Leu Val Thr Val Ser Ala
145             150
```

( 2 ) INFORMATION FOR SEQ ID NO:102:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 107 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single

5,693,762

155

156

-continued

```
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: peptide

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:102:

Asp  Ile  Gln  Met  Thr  Gln  Ser  Pro  Ser  Thr  Leu  Ser  Ala  Ser  Val  Gly
1                    5                        10                       15

Asp  Arg  Val  Thr  Ile  Thr  Cys  Arg  Ala  Ser  Gln  Ser  Ile  Asn  Thr  Trp
               20                        25                       30

Leu  Ala  Trp  Tyr  Gln  Gln  Lys  Pro  Gly  Lys  Ala  Pro  Lys  Leu  Leu  Met
          35                        40                       45

Tyr  Lys  Ala  Ser  Ser  Leu  Glu  Ser  Gly  Val  Pro  Ser  Arg  Phe  Ile  Gly
     50                        55                       60

Ser  Gly  Ser  Gly  Thr  Glu  Phe  Thr  Leu  Thr  Ile  Ser  Ser  Leu  Gln  Pro
65                        70                       75                       80

Asp  Asp  Phe  Ala  Thr  Tyr  Tyr  Cys  Gln  Gln  Tyr  Asn  Ser  Asp  Ser  Lys
                    85                        90                       95

Met  Phe  Gly  Gln  Gly  Thr  Lys  Val  Glu  Val  Lys
               100                       105
```

( 2 ) INFORMATION FOR SEQ ID NO:103:

```
( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 107 amino acids
      ( B ) TYPE: amino acid
      ( C ) STRANDEDNESS: single
      ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: peptide

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:103:

Asp  Ile  Gln  Met  Thr  Gln  Ser  Pro  Ser  Thr  Leu  Ser  Ala  Ser  Val  Gly
1                    5                        10                       15

Asp  Arg  Val  Thr  Ile  Thr  Cys  Lys  Ala  Ser  Glu  Asn  Val  Asp  Thr  Tyr
               20                        25                       30

Val  Ser  Trp  Tyr  Gln  Gln  Lys  Pro  Gly  Lys  Ala  Pro  Lys  Leu  Leu  Ile
          35                        40                       45

Tyr  Gly  Ala  Ser  Asn  Arg  Tyr  Thr  Gly  Val  Pro  Ser  Arg  Phe  Ser  Gly
     50                        55                       60

Ser  Gly  Ser  Gly  Thr  Asp  Phe  Thr  Leu  Thr  Ile  Ser  Ser  Leu  Gln  Pro
65                        70                       75                       80

Asp  Asp  Phe  Ala  Thr  Tyr  Tyr  Cys  Gly  Gln  Ser  Tyr  Asn  Tyr  Pro  Phe
                    85                        90                       95

Thr  Phe  Gly  Gln  Gly  Thr  Lys  Val  Glu  Val  Lys
               100                       105
```

( 2 ) INFORMATION FOR SEQ ID NO:104:

```
( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 117 amino acids
      ( B ) TYPE: amino acid
      ( C ) STRANDEDNESS: single
      ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: peptide

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:104:

Gln  Val  Gln  Leu  Val  Gln  Ser  Gly  Ala  Glu  Val  Lys  Lys  Pro  Gly  Ser
1                    5                        10                       15

Ser  Val  Lys  Val  Ser  Cys  Lys  Ala  Ser  Gly  Gly  Thr  Phe  Ser  Arg  Ser
               20                        25                       30
```

5,693,762

157                                                                    158

-continued

```
Ala  Ile  Ile  Trp  Val  Arg  Gln  Ala  Pro  Gly  Gln  Gly  Leu  Glu  Trp  Met
      35                              40                   45

Gly  Gly  Ile  Val  Pro  Met  Phe  Gly  Pro  Pro  Asn  Tyr  Ala  Gln  Lys  Phe
      50                         55                        60

Gln  Gly  Arg  Val  Thr  Ile  Thr  Ala  Asp  Glu  Ser  Thr  Asn  Thr  Ala  Tyr
 65                          70                        75                   80

Met  Glu  Leu  Ser  Ser  Leu  Arg  Ser  Glu  Asp  Thr  Ala  Phe  Tyr  Phe  Cys
               85                        90                        95

Ala  Gly  Gly  Tyr  Gly  Ile  Tyr  Ser  Pro  Glu  Gln  Tyr  Asn  Gly  Gly  Leu
          100                        105                        110

Val  Thr  Val  Ser  Ser
          115
```

( 2 ) INFORMATION FOR SEQ ID NO:105:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 117 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:105:

```
Gln  Val  Gln  Leu  Val  Gln  Ser  Gly  Ala  Glu  Val  Lys  Lys  Pro  Gly  Ser
 1                     5                    10                        15

Ser  Val  Lys  Val  Ser  Cys  Lys  Ala  Ser  Gly  Tyr  Ile  Phe  Thr  Ser  Ser
          20                        25                        30

Trp  Ile  Asn  Trp  Val  Arg  Gln  Ala  Pro  Gly  Gln  Gly  Leu  Glu  Trp  Met
      35                              40                   45

Gly  Arg  Ile  Asp  Pro  Ser  Asp  Gly  Glu  Val  His  Tyr  Asn  Gln  Asp  Phe
      50                         55                        60

Lys  Asp  Arg  Val  Thr  Ile  Thr  Ala  Asp  Glu  Ser  Thr  Asn  Thr  Ala  Tyr
 65                          70                        75                   80

Met  Glu  Leu  Ser  Ser  Leu  Arg  Ser  Glu  Asp  Thr  Ala  Val  Tyr  Tyr  Cys
               85                        90                        95

Ala  Arg  Gly  Phe  Leu  Pro  Trp  Phe  Ala  Asp  Trp  Gly  Gln  Gly  Thr  Leu
          100                        105                        110

Val  Thr  Val  Ser  Ser
          115
```

( 2 ) INFORMATION FOR SEQ ID NO:106:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 115 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:106:

```
TTTTTTCTAG  ACCACCATGG  AGACCGATAC  CCTCCTGCTA  TGGGTCCTCC  TGCTATGGGT          60

CCCAGGATCA  ACCGGAGATA  TTCAGATGAC  CCAGTCTCCG  TCGACCCTCT  CTGCT            115
```

( 2 ) INFORMATION FOR SEQ ID NO:107:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 120 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

5,693,762

**159**                                                                 **160**

-continued

( i i ) MOLECULE TYPE: DNA (oligonucleotide)

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:107:

```
TTTTAAGCTT GGGAGCTTTG CCTGGCTTCT GCTGATACCA GGATACATAA GTATCCACAT        60

TTTCACTGGC CTTGCAGGTT ATGGTGACCC TATCCCCGAC GCTAGCAGAG AGGGTCGACG        120
```

( 2 ) INFORMATION FOR SEQ ID NO:108:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 118 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:108:

```
TTTTAAGCTT CTAATTTATG GGGCATCCAA CCGGTACACT GGGGTACCTT CACGCTTCAG        60

TGGCAGTGGA TCTGGGACCG ATTTCACCCT CACAATCAGC TCTCTGCAGC CAGATGAT          118
```

( 2 ) INFORMATION FOR SEQ ID NO:109:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 120 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:109:

```
TTTTTTCTAG AGCAAAAGTC TACTTACGTT TGACCTCCAC CTTGGTCCCC TGACCGAACG        60

TGAATGGATA GTTGTAACTC TGTCCGCAGT AATAAGTGGC GAAATCATCT GGCTGCAGAG        120
```

( 2 ) INFORMATION FOR SEQ ID NO:110:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 114 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:110:

```
TTTTTCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGTACCGCG        60

GGCGTGCACT CTCAGGTCCA GCTTGTCCAG TCTGGGGCTG AAGTCAAGAA ACCT             114
```

( 2 ) INFORMATION FOR SEQ ID NO:111:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 121 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:111:

```
TTTTGAATTC TCGAGACCCT GTCCAGGGGC CTGCCTTACC CAGTTTATCC AGGAGCTAGT        60

AAAGATGTAG CCAGAAGCTT TGCAGGAGAC CTTCACGGAG CTCCCAGGTT TCTTGACTTC        120

A                                                                        121
```

5,693,762

161                                                                162

-continued

( 2 ) INFORMATION FOR SEQ ID NO:112:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 137 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:112:

TTTTGAATTC TCGAGTGGAT GGGAAGGATT GATCCTTCCG ATGGTGAAGT TCACTACAAT          60

CAAGATTTCA AGGACCGTGT TACAATTACA GCAGACGAAT CCACCAATAC AGCCTACATG          120

GAACTGAGCA GCCTGAG                                                         137

( 2 ) INFORMATION FOR SEQ ID NO:113:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 134 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (oligonucleotide)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:113:

TTTTTCTAGA GGTTTTAAGG ACTCACCTGA GGAGACTGTG ACCAGGGGTTC CTTGGCCCCA          60

GTCAGCAAAC CAGGGCAGAA ATCCTCTTGC ACAGTAATAG ACTGCAGTGT CCTCTGATCT          120

CAGGGTGCTC AGTT                                                            134

What is claimed is:

1. A humanized immunoglobulin having complementary determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from human acceptor immunoglobulin heavy and light chain frameworks, which humanized immunoglobulin specifically binds to an antigen with an affinity constant of at least $10^7$ $M^{-1}$ and no greater than about four-fold that of the donor immunoglobulin, wherein the sequence of the humanized immunoglobulin heavy chain variable region framework is at least 65% identical to the sequence of the donor immunoglobulin heavy chain variable region framework and comprises at least 70 amino acid residues identical to an acceptor human immunoglobulin heavy chain variable region amino acid sequence.

2. A humanized immunoglobulin according to claim 1 which is an antibody comprising two light chain/heavy chain dimers.

3. A humanized immunoglobulin according to claim 1 which specifically binds to an antigen with an affinity of at least $10^8$ $M^{-1}$.

4. A humanized immunoglobulin according to claim 1 which is an $IgG_1$ isotype.

5. A humanized immunoglobulin according to claim 1, wherein the acceptor immunoglobulin heavy and light chain frameworks are from the same human antibody.

6. A humanized immunoglobulin according to claim 5, wherein said human antibody is the Eu human antibody.

7. A humanized immunoglobulin having complementary determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy and light chain frameworks, which humanized immunoglobulin specifically binds to an antigen with an affinity constant of at least about

$10^8$ $M^{-1}$ and no greater than about four-fold that of the donor immunoglobulin, wherein the sequence of the acceptor immunoglobulin heavy chain variable region framework is a consensus sequence of human immunoglobulin heavy chain variable region frameworks.

8. A humanized immunoglobulin according to claim 7 which is an antibody comprising two light chain/heavy chain dimers.

9. A humanized immunoglobulin according to claim 7 which specifically binds to an antigen with an affinity of $10^8$ $M^{-1}$ to $10^9$ $M^{-1}$.

10. A pharmaceutical composition comprising a humanized immunoglobulin of any one of claims 1–9 in a pharmaceutically acceptable carrier.

11. The humanized immunoglobulin of claim 1, wherein the humanized immunoglobulin light chain variable region framework is at least 65% identical to the sequence of the donor immunoglobulin light chain variable region framework and comprises at least 70 amino acid residues identical to an acceptor human immunoglobulin light chain variable region amino acid sequence.

12. The humanized immunoglobulin of claim 1 or 7, wherein the affinity constant is no greater than about two-fold that of the donor immunoglobulin.

13. A method of producing the humanized immunoglobulin of claim 1 or 7, comprising:

introducing DNA segments encoding the humanized immunoglobulin heavy and light chains into a cell; and expressing the DNA segments in the cell to produce the humanized immunoglobulin.

14. A method of producing a humanized immunoglobulin, comprising the steps of:

(1) comparing the sequence of a donor immunoglobulin heavy chain variable region against a collection of sequences of human heavy chain variable regions;

5,693,762

163

(2) selecting a human heavy chain variable region from the collection of human heavy chain variable regions to provide an acceptor heavy chain variable region, wherein the selected variable region framework is at least 65% identical to the donor immunoglobulin heavy chain variable region framework;

(3) synthesizing a DNA segment encoding a humanized heavy chain variable region, comprising CDRs from the donor immunoglobulin heavy chain variable region and a variable region framework from the selected acceptor heavy chain variable region;

(4) introducing the DNA segment encoding the humanized immunoglobulin heavy chain variable region and a DNA segment encoding a humanized immunoglobulin light chain variable region into a cell; and

(5) expressing the DNA segments in the cell to produce the humanized immunoglobulin.

15. The method of claim 14, further comprising sequencing the donor immunoglobulin heavy chain variable region.

16. A method of producing a humanized immunoglobulin, comprising the steps of:

(1) comparing the sequence of a donor immunoglobulin light chain variable region against a collection of sequences of human light chain variable regions;

(2) selecting a human light chain variable region from the collection of human light chain variable regions to provide an acceptor light chain variable region, wherein the selected variable region framework is at least 65% identical to the donor immunoglobulin light chain variable region framework;

164

(3) synthesizing a DNA segment encoding a humanized light chain variable region, comprising CDRs from the donor immunoglobulin light chain variable region and a variable region framework from the selected acceptor light chain variable region;

(4) introducing the DNA segment encoding the humanized immunoglobulin light chain variable region and a DNA segment encoding a humanized immunoglobulin heavy chain variable region into a cell; and

(5) expressing the DNA segments in the cell to produce the humanized immunoglobulin.

17. The method of claim 16, further comprising sequencing the donor immunoglobulin light chain variable region.

18. The method of any one of claims 13–17 further comprising purifying the humanized immunoglobulin.

19. The method of claim 10, further comprising formulating the purified humanized immunoglobulin in a pharmaceutically acceptable carrier.

20. A humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy and light chain frameworks, which humanized immunoglobulin specifically binds to an antigen with an affinity constant within about four-fold of that of the donor immunoglobulin, wherein the sequence of the acceptor immunoglobulin heavy chain variable region framework is a consensus sequence of human immunoglobulin heavy chain variable region frameworks.

* * * * *

EXHIBIT C

US006180370B1

(12) **United States Patent**
Queen et al.

(10) Patent No.: US 6,180,370 B1
(45) Date of Patent: *Jan. 30, 2001

(54) **HUMANIZED IMMUNOGLOBULINS AND METHODS OF MAKING THE SAME**

(75) Inventors: **Cary L. Queen**, Los Altos; **Harold E. Selick**, Belmont, both of CA (US)

(73) Assignee: **Protein Design Labs, Inc.**, Fremont, CA (US)

(*) Notice: Under 35 U.S.C. 154(b), the term of this patent shall be extended for 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **08/484,537**

(22) Filed: **Jun. 7, 1995**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 07/634,278, filed on Dec. 19, 1990, now Pat. No. 5,530,101, which is a continuation-in-part of application No. 07/590,274, filed on Sep. 28, 1990, now abandoned, which is a continuation-in-part of application No. 07/310,252, filed on Feb. 13, 1989, now abandoned, which is a continuation-in-part of application No. 07/290,975, filed on Dec. 28, 1988, now abandoned.

(51) Int. Cl.[7] ............................................. A61K 39/395

(52) U.S. Cl. .................. 435/69.6; 435/172.3; 435/328; 530/387.3; 530/388.2; 424/133.1; 424/143.1

(58) Field of Search ............................. 424/133.1, 143.1; 435/328, 69.6, 172.3; 530/387.3, 388.2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,578,515 | 3/1986 | Urdal et al. ......................... 530/351 |
| 4,816,397 | 3/1989 | Boss et al. . |
| 4,816,565 | 3/1989 | Honjo et al. ......................... 435/69.1 |
| 4,816,567 | 3/1989 | Cabilly et al. . |
| 4,845,198 | 7/1989 | Urdal et al. ......................... 530/387 |
| 4,867,973 | 9/1989 | Goers et al. . |
| 5,198,359 | 3/1993 | Taniguchi et al. . |
| 5,225,539 | 7/1993 | Winter . |
| 5,530,101 | * 6/1996 | Queen et al. . |
| 5,585,089 | * 12/1996 | Queen et al. . |
| 5,693,761 | * 12/1997 | Queen et al. . |
| 5,693,762 | * 12/1997 | Queen et al. . |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 120 694 | 10/1984 | (EP) . |
| 2-0120 694 | 10/1984 | (EP) . |
| 1-0125 023 | 11/1984 | (EP) . |
| 0171496 | 2/1986 | (EP) . |
| 0173494 | 3/1986 | (EP) . |
| 0184187 | 6/1986 | (EP) . |
| 0256654 | 7/1987 | (EP) . |
| 0239400 | 9/1987 | (EP) . |
| 1-0239 400 | 9/1987 | (EP) . |
| 2-0239 400 | 9/1987 | (EP) . |
| 0266663 | 6/1988 | (EP) . |
| 1 0318 554 | 6/1989 | (EP) . |
| 0 323 806 | 7/1989 | (EP) . |
| 1-0323 806 | 7/1989 | (EP) . |
| 0 0328 404 | 8/1989 | (EP) . |
| 0 365 209 | 4/1990 | (EP) . |
| 2 0365 209 | 4/1990 | (EP) . |
| 0 365 997 | 5/1990 | (EP) . |
| 1-0368 684 | 5/1990 | (EP) . |
| 2 0365 997 | 5/1990 | (EP) . |
| 0 125 023 | 6/1991 | (EP) . |
| 0456216 | 10/1991 | (EP) . |
| 0460167 | 12/1991 | (EP) . |
| 1-0519 596 | 12/1992 | (EP) . |
| 1-0592 106 | 4/1994 | (EP) . |
| 239400 | 8/1994 | (EP) . |
| 2-0188 941 | 10/1987 | (GB) . |
| 2188941 | 10/1987 | (GB) . |
| 8928874 | 12/1989 | (GB) . |
| WO 86/05513 | 9/1986 | (WO) . |
| WO 87/02671 | 5/1987 | (WO) . |
| WO88/09344 | 12/1988 | (WO) . |
| WO 89/01783 | 3/1989 | (WO) . |
| WO89/09622 | 10/1989 | (WO) . |
| WO 90/07861 | 7/1990 | (WO) . |
| 91/09967 | 7/1991 | (WO) . |
| WO 91/09966 | 7/1991 | (WO) . |
| WO 92/11018 | 7/1992 | (WO) . |
| WO 92/11383 | 7/1992 | (WO) . |
| WO92/11018 | 7/1992 | (WO) . |
| WO93/02191 | 2/1993 | (WO) . |
| WO 93006231 | 4/1993 | (WO) . |
| WO94/11509 | 5/1994 | (WO) . |
| WO 96/05229 | 2/1996 | (WO) . |

OTHER PUBLICATIONS

George et al Current Methods in Sequence Comparison and Analysis in Macromolecular Sequencing and Synthesis, 127–148, 1988.*

Barton et al Protein Sequencing Alignment and Database Screening Protein Structure Prediction. 31–63, 1996.*

(List continued on next page.)

* cited by examiner

*Primary Examiner*—Julie Burke
(74) *Attorney, Agent, or Firm*—Townsend and Townsend and Crew LLP

(57) **ABSTRACT**

Novel methods for producing, and compositions of, humanized immunoglobulins having one or more complementarity determining regions (CDR's) and possible additional amino acids from a donor immunoglobulin and a framework region from an accepting human immunoglobulin are provided. Each humanized immunoglobulin chain will usually comprise, in addition to the CDR's, amino acids from the donor immunoglobulin framework that are, e.g., capable of interacting with the CDR's to effect binding affinity, such as one or more amino acids which are immediately adjacent to a CDR in the donor immunoglobulin or those within about about 3 Å as predicted by molecular modeling. The heavy and light chains may each be designed by using any one or all of various position criteria. When combined into an intact antibody, the humanized immunoglobulins of the present invention will be substantially non-immunogenic in humans and retain substantially the same affinity as the donor immunoglobulin to the antigen, such as a protein or other compound containing an epitope.

**30 Claims, 55 Drawing Sheets**

US 6,180,370 B1

Page 2

## OTHER PUBLICATIONS

Better et al. "*Escherichia coli* Secretion of an Active Chimeric Antibody Fragment," *Science*, 240:1041–1043 (1988).

Bird et al., "Single–Chain Antigen–Binding Proteins," *Science*, 242:423–426 (1988).

Boulianne et al., "Production of functional chimeric mouse/human antibody," *Nature*, 312:643–646 (1984).

Carter et al., "Humanization of an anti–p185$^{HER2}$ antibody for human cancer therapy," *Proc. Natl. Acad. Sci.*, 89:4285–4289 (1992).

Chothia, C. and A.M. Lesk, "Canonical Structures for the Hypervariable Regions of Immunoglobulins," *J. Mol. Biol.*, 196:901–917 (1987).

Co et al., "Humanized antibodies for antiviral therapy," *Proc. Natl. Acad. Sci.*, 88:2869–2873 (1991).

Co et al., "Chimeric and humanized antibodies with specificity for the CD33 antigen," *J. Immunol.*, 148:1149–1154 (1992).

Daugherty et al., "Polymerase chain reaction facilitates the cloning, CDR–grafting, and rapid expansion of a murine monoclonal antibody directed against the CD18 component of leukocyte integrins," *Nuc. Acids. Res.*, 19:2471–2476 (1991).

Ellison et al., "The nucleotide sequence of a human immunoglobulin c(gamma)₁ gene," *Nucleic Acids Res.*, 10:4071–(1982).

Farrar, J., "The biochemistry, biology, and the role of interleukin–2 in the induction of cytotoxic T cell and antibody–forming B cell receptors," *Immunol. Rev.*, 63:129–166 (1982).

Foote et al., "Antibody framework residues affecting the conformation of hypervariable loops," *J. Mol. Biol.*, 224:487–499 (1992).

Gorman et al., "Reshaping a therapeutic CD4 antibody," *Proc. Natl. Acad. Sci.*, 88:4181–4185 (1991).

Greene et al., "Growth of Human T Lymphocytes: An Analysis of Interleukin 2 and its Cellular receptor," *Progress in Hematology XIV*, E. Brown, ed., Grune and Statton, New York, pp. 283–301 (1986).

Hale et al., "Remission Induction in Non–Hodgkin Lymphoma with Reshaped Human Monoclonal Antibody CAMPATH–1H," *Lancet*, Dec. 17, 1988, pp. 1394–1399.

Heiter et al., "Cloned Human and Mouse Kappa Immunoglobulin Constant and J. Region Genes Conserve Homology in Functional Segments," *Cell*, 22:197–207 (1980).

Huston et al., "Protein engineering of antibody binding sites: Recovery of specific activity in an anti–digoxin single–chain Fv analogue produced in *Escherichia coli,*" *Proc. Natl. Acad. Sci. USA*, 85:5879–5883 (1988), *Progress in Hematology XIV*, E. Brown, ed., Grune and Statton, New York, p. 283, (1986).

Jones et al., "Replacing the complementarity–determining regions in a human antibody with those from a mouse," *Nature*, 321:522–525 (1986).

Junghans et al., *Cancer Res.*, 50:1495–1502 (1990).

Kettleborough et al., "Humanization of a mouse monoclonal antibody by CDR–grafting: the importance of framework residues on loop conformation," *Protein Eng.*, 4:773–783 (1991).

Kirkman et al., *J. Exp. Med.*, 162:358 (1985).

Kupiec–Weglinski et al., *Proc. Natl. Acad. Sci.*, 3:2624 (1986).

Leonard et al., "The human receptor for T–cell growth factor," *J. Biol. Chem.*, 260:1872–1880 (1985).

Liu et al., "Expression of mouse::human immunoglobulin heavy–chain cDNA in lymphoid cells," *Gene*, 54:33–40 (1987).

Maeda et al., "Construction of reshaped human antibodies with HIV–neutralizing activity," *Hum. Antibod. Hybrid.*, 2:124–134 (1991).

Morrison et al., "Chimeric human antibody molecules: Mouse antigent binding–domains with human constant region domains," *Proc. Natl. Acad. Sci.*, 81:6851–6859 (1984).

Morrison, S.L., "Transfectomas Provide Novel Chimeric Antibodies," *Science*, 229:1202–1207 (1985).

Neuberger et al., "A hapten–specific chimeric IgE antibody with human physiological effector function," *Nature*, 314:268–270 (1985).

Queen et al., "A humanized antibody that binds to the interleukin 2 receptor," *Proc. Natl. Acad. Sci.*, 86:10029–10033 (1989).

Riechmann et al., "Reshaping human antibodies for therapy," *Nature*, 332:323–327 (1988).

Routledge et al., "A humanized monovalent CD3 antibody which can activate homologous complement," *Eur. J. Immunol.*, 21:2717–2725 (1991).

Sahagan et al., "A Genetically Engineered Murine/Human Chimeric Antibody Retains Specificity for Human Tumor–Associated Antigen," *J. Immunol.*, 137:1066–1074 (1986).

Shalaby et al., "Development of humanized bispecific antibodies reactive with cytotoxic lymphocytes and tumor cells overexpressing the HER2 protooncogene," *J. Exp. Med.*, 175:217–225 (1992).

Sharon et al., "Expression of a $V_H C_K$ chimeric protein in mouse myeloma cells," *Nature*, 309:364–367 (1984).

Shearman et al., "Construction, expression and characterization of humanized antibodies directed against the human α/β T cell receptor," *J. Immunol.*, 147:4366–4373 (1991).

Takeda et al., "Construction of chimaeric processed immunoglobulin genes containing mouse variable and human constant region sequences," *Nature*, 314:452–454 (1985).

Tan et al., "A Human–Mouse Chimeric Immunoglobulin Gene with a Human Variable Region is Expressed in Mouse Myeloma Cells," *J. Immunol.*, 135:3564–3567 (1985).

Tempest et al., "Reshaping a human monoclonal antibody to inhibit human respiratory syncytial virus infection in vivo," *Bio/Technology*, 9:26–271 (1991).

Uchiyama et al., "A monoclonal antibody (anti–Tac) reactive with activated and functionally mature human T–cells," *J. Immunol.*, 126:1393–1397 (1981).

Verhoyen et al., "Reshaping Human Antibodies: Grafting an Antilysozyme Activity," *Science*, 239:1534–1536 (1988).

Vitteta et al., "Redesigning nature's Poisons to Create Anti–Tumor Reagents," *Science*, 238:1098–1104 (1987).

Waldmann, T.A., "The Structure, Function, and Expression of Interleukin–2 Receptors on Normal and Malignant Lymphocytes," *Science*, 232:727–732 (1986).

Woodle et al., "Humanized OKT3 antibodies: successful transfer of immune modulating properties and idiotype expression," *J. Immunol.*, 148:2756–2763 (1992).

Amit et al., Science, 233, 747–753 (1986).

Cheetham, Protein Engineering, 2(3), 170–172 (1988).

Chothia et al., J. Mol. Biol., 186, 651–663 (1985).

Chothia et al., Nature, 342, 877–883 (1989).

Chothia et al., Science, 233, 755–758 (1986).
Chothia and Lesk, EMBO J., 5, 823–826 (1986).
Colman et al., Nature, 326, 358–362 (1987).
Davies et al., Ann. Rev. Immunol., 1, 87–117 (1983).
Davies et al., J. Biol. Chem., 263(22), 10541–10544 (1988).
Epp et al., Eur. J. Biochem., 45, 513–524 (1974).
Feldmann et al., Mol. Immunol., 18, 683–698 (1981).
Kabat, J. Immunol., 125, 961–969 (1980).
Lesk and Chothia, J. Mol. Biol., 160, 325–342 (1982).
Padlan, Mol. Immunol., 31, 169–217 (1994).
Palm et al., Hoppe Seyler's Z. Physiol. Chem., 354(12), 1651–1654 (1973). Abstract.
Palm et al., Hoppe Seyler's Z. Physiol. Chem., 356, 167–191 (1975). Abstract only.
Panka et al., PNAS—USA, 85, 3080–3084 (1988).
Roberts et al., Nature, 328, 731–734 (1987).
Saul et al., J. Biol. Chem., 253(2), 585–597 (1978).
Sheriff et al., PNAS—USA, 84, 8075–8079 (1987).
Stanford and Wu, J. Theor. Biol., 88, 421–439 (1981).
Tramontano et al., J. Mol. Biol., 215, 175–182 (1990).
Verhoeyen et al., BioEssays, 8(2), 74–78 (1988).
Waldmann et al., Cancer Research, 45, 4559s–4562s (1985).
Wu and Kabat, J. Exp. Med., 132, 211–250 (1970).
Opposition to EP 0456216, Third Party Observations, May 25, 1998.
Opposition to EP 0456216, Further Submissions of Medical Research Council, Jun. 24, 1998.
Opposition to EP 0456216, Summons to Attend Oral Proceedings, May 12, 1999.
Opposition to EP 0456216, Further Submissions of Protein Design Labs, Inc., Sep. 17, 1999.
Opposition to EP 0456216, Further Submissions of Protein Design Labs, Inc., Oct. 26, 1999.
Opposition to EP 0456216, Further Submissions of Protein Design Labs, Inc., Dec. 1, 1999.
Opposition to EP 0456216, Further Third Party Observations, Dec. 14, 1999.
Opposition to EP 0456216, Further Submissions of Celltech Therapeutics, Dec. 16, 1999.
Opposition to EP 0456216, Attachment to Celltech Therapeutics' submissions of Dec. 16, 1999: Declaration of Thornton/Martin.
Opposition to EP 0456216, Attachment to Celltech Therapeutics' submissions of Dec. 16, 1999: printouts from Protein Design Labs, Inc.'s website.
Opposition to EP 0456216, Attachment to Celltech Therapeutics' submissions of Dec. 16, 1999: Tables showing derivatization of the antibody domains referred to in Fig. 3 / line 4 and Fig. 4F of WO 88/09344.
Opposition to EP 0456216, Attachment to Celltech Therapeutics' submissions of Dec. 16, 1999: Schomburg, in Advances in Protein Design, Blöcker et al. (Eds.), 1989, pp. 45–56.
Opposition to EP 0456216, Further Submissions of Genentech, Inc., Dec. 17, 1999.
Opposition to EP 0456216, Attachment to Genentech's submissions of Dec. 17, 1999: Declaration of Verhoeyen (including exhibits A, B and C).
Opposition to EP 0456216, Attachment to Genentech's submissions of Dec. 17, 1999: Declaration of Shak (including exhibits A, B and C).
Opposition to EP 0456216, Attachment to Genentech's submissions of Dec. 17, 1999: Declaration of Presta (including exhibits A and B).

Opposition to EP 0456216, Attachment to Genentech's submissions of Dec. 17, 1999: Reply of Protein Design Labs, Inc. in European patent application 92903551.7.
Opposition to EP 0456216, Attachment to Genentech's submissions of Dec. 17, 1999: Letter of Dr. Seemann.
Opposition to EP 0456216, Observations of Protein Design Labs, Inc., Dec. 17, 1999.
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of F. Vincenti (including exhibits 1 and 2).
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of D. A. Scheinberg (including exhibits 1–4).
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of M. Sung Co and Experimental report.
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of C. Nan Chang and Experimental report.
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of R.D. Kornberg.
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of M. Levitt.
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of A. B. Edmundson.
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of R. Kirkman.
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of R. Junghans (including exhibits 1–6).
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of M. Vasquez.
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of D. Panka.
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of R. J. Poljak.
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of J. S. Huston.
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of C. Queen and experimental report.
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of N. Tsurushita and experimental report.
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Declaration of W. Smith.
Opposition to EP 0456216, Attachment to Observations of Protein Design Labs, Inc. submitted on Dec. 17, 1999: Examiner's Reasons for Allowance for U.S. Patent No. 5,225,539.
Opposition to EP 0456216, Further Submissions of Schering Corp., Feb. 11, 2000.
Opposition to EP 0456216, Further Submissions of Genentech, Inc., Mar. 8, 2000.

**US 6,180,370 B1**

Page 4

Opposition to EP 0456216, Attachment to Genentech's submissions of Mar. 8, 2000: Declaration of Foote.
Opposition to EP 0456216, Further Submissions of Genentech, Inc., Mar. 13, 2000.
Opposition to EP 0456216, Further Submissions of Protein Design Labs, Inc., Mar. 16, 2000.
Opposition to EP 0456216, Minutes of Oral Proceedings issued by the EPO, Apr. 5, 2000.
Wu and Kabat, J. Exp. Med., 132 (1970) 211–250.
Palm, Hoppe–Seyler's Z. Physio Chem. 354 (1973), 1651–1654 Abstract only.
Epp., Eur. J. Biochem. 45 (1974), 513–524.
Palm, Hoppe–Seyler's Z. Physio. Chem. 356 (1975), 167–191 Abstract only.
Padlan, Cold Spring Harbor Symposia on Quantitative Biology, XLI (41) (1977), 627–637.
Saul, J. Biol. Chem., 253 (1978), 585–597.
Kabat, J. Immunol., 125 (1980), 961, 969.
Lesk and Chothia, J. Mol. Biol., 136 (1980), 225–270.
Stanford, J. theor. Biol., 88 (1981), 421–439.
Feldman, Mol. Immunol., 18 (1981), 683–698.
Uchiyama, J. Immunol., 126 (1981), 1393–1397.
Lesk and Chothia, J. Mol. Biol., 160 (1982), 325–342.
Davies and Metzger, Ann. Rev. Immunol., 1 (1983), 87–117.
Chothia and Lesk, Nature, 302 (1983), 500–505.
Kabat, Sequences of Proteins of Immunological Interest, US Dept. of Health and Human Services, 1983 Edition.
Boulianne, Nature, 312 (1984), 643–646.
Morrison, Proc. Natl.Acad. Sci., USA, 81 (1984) 6851–6855.
Neuberger, Nature, 314 (1985), 651–663.
Chothia, J. Mol. Biol, 186 (1985), 651–663.
Waldmann, Science, 232 (1986), 727–732.
Waldmann, Cancer Res., 45 (1985) 4559–4562.
Amit, Science, 233 (1986), 747–753.
Chothia, Science, 233 (1986), 755–758.
Chothia and Lesk, EMBO J.5 (1986), 823–826.
Jones, Nature, 321 (1986), 522–525.
Kabat, Sequences of Proteins of Immunological Interest, US Dept. of Health and Human Services, 1987 Edition pp. vi→xxvii.
Chothia and Lesk, J. Mol. Biol., 196 (1987), 901–917.
Sheriff, Proc. Natl. Acad. Sci., USA 84 (1987), 8075–8079.
Roberts, Nature, 328 (1987), 731–734.
Verhoeyen, BioEssays 8 (Feb./Mar. 1988), 74–78.
Riechmann, Nature 332 (Mar. 1988), 323–327.

Verhoeyen, Science 239 (Mar. 1988), 1534–1536.
Panka, Proc. Natl. Acad. Sci. USA 85 (May 1988) 3080–3084.
Davies, J. Biol. Chem., 263 (1988), 10541–10544.
Cheetham, Prot. Eng., 2 (Sep. 1988) 170–172.
Matsumura, Nature, 334 (1988), 406–410.
Hale, The Lancet 2 (Dec. 17, 1988), 1394–1399.
Queen, Proc. Natl. Acad. Sci., USA 86 (Dec. 1989), 10029–10033.
Chothia, Nature, 342, (1989), 877–883.
Tramontano, J. Mol. Biol., 215 (1990), 175–182.
Co, Proc. Natl. Acad. Sci., USA 88 (1991), 2869–2873.
Gorman, Proc. Natl. Acad. Sci., USA, 88 (1991), 4181–4185.
Routledge, Eur. J. Immunol., 21 (1991), 2717–2725.
Shearman, J. Immunol., 147 (1991), 4366–4373.
Kettleborough, Protein Engineering, 4, (1991), 773–783.
Tempest, Bio/Technology, 9, (1991), 266–271.
Kabat, Sequences of Proteins of Immunological Interest, US Dept. of Health and Human Services, 1991 Edition pp. vii→xxvii.
Co, J. Immunol., 148, (1992), 1149–1154.
Foote, J. Mol. Biol., 224, (1992), 487–499.
Carter, Proc. Natl. Acad. Sci., USA, 89 (1992) 4285–4289.
Tempest, Hybridoma, 13 (1994), 183–190.
Corti, J. Mol. Biol., 235 (1994), 53–60.
Adair, Hum. Antibod. Hybridomas, 5, (1994), 41–47.
Padlan, Molecular Immunol., 31 (1994), 169–217.
Ellis, J. Immunol., 155 (1995), 925–937.
Tempest, Int. J. Biol. Macromol., 17 (1995), 37–42.
Ohtomo, Molecular Immunology, 32 (1995), 407–416.
Co, Cancer Res., 56 (1996), 1118–1125.
Rosen, Dictionary of Immunology, 12, 50, 99, 100.
Rodrigues, Int. J. Cancer: Supplement 7 (1992) 45–50.
Sha, Cancer Biotherapy, 9 (1994), 341–349.
Couto, Hybridoma, 13 (1994), 215–219.
Couto, Cancer Research, Supplement 55, (1995), 1717–1722.
Nakatani, Protein Engineering, 7, (1994), 435–443).
Presta, Cancer Research, 57, (1997), 4593–4599.
Hieter, J. Biol. Chem., 257, (1982), 1516–1522.
"Polygen Corporation" in New Products, Chemical Design Corporation, Automation, 3(11), Nov. 1988.
"Biosym Technologies" in New Products, Chemical Design Automation, 3(4), Dec. 1988.
Vicenti, New Engl. J. Med., 338 (1998), 161–165.

```
 1    Q  I  V  L  T  Q  S  P  A  I  M  S  A  S  P  G  E  K  V  T
 1    D  I  Q  M  T  Q  S  P  S  T  L  S  A  S  V  G  D  R  V  T

21    I  T  C  S  A  S  S  S  I     S  Y  M  H  W  F  Q  Q  K  P
21    I  T  C  R  A  S  Q  S  I  N  T  W  L  A  W  Y  Q  Q  K  P

40    G  T  S  P  K  L  W  I  Y  T  T  S  N  L  A  S  G  V  P  A
41    G  K  A  P  K  L  L  M  Y  K  A  S  S  L  E  S  G  V  P  S

60    R  F  S  G  S  G  S  G  T  S  Y  S  L  T  I  S  R  M  E  A
61    R  F  I  G  S  G  S  G  T  E  F  T  L  T  I  S  S  L  Q  P

80    E  D  A  A  T  Y  Y  C  H  Q  R  S  T  Y  P  L  T  F  G  S
81    D  D  F  A  T  Y  Y  C  Q  Q  Y  N  S  D  S  K  M  F  G  Q

100   G  T  K  L  E  L  K
101   G  T  K  V  E  V  K
```

FIGURE 1A

```
 1    Q  V  Q  L  Q  Q  S  G  A  E  L  A  K  P  G  A  S  V  K  M
 1    Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K  V

21    S  C  K  A  S  G  Y  T  F  T  S  Y  R  M  H  W  V  K  Q  R
21    S  C  K  A  S  G  G  T  F  S  R  S  A  I  I  W  V  R  Q  A

41    P  G  Q  G  L  E  W  I  G  Y  I  N  P  S  T  G  Y  T  E  Y
41    P  G  Q  G  L  E  W  M  G  G  I  V  P  M  F  G  P  P  N  Y

61    N  Q  K  F  K  D  K  A  T  L  T  A  D  K  S  S  S  T  A  Y
61    A  Q  K  F  Q  G  R  V  T  I  T  A  D  E  S  T  N  T  A  Y

81    M  Q  L  S  S  L  T  F  E  D  S  A  V  Y  Y  C  A  R  G
81    M  E  L  S  S  L  R  S  E  D  T  A  F  Y  F  C  A  G  G  Y

100   G  G  V  F  D  Y  W  G  Q  G  T  T  L  T  V  S  S
101   G  I  Y  S  P  E  E  Y  N  G  G  L  V  T  V  S  S
```

FIGURE 1B

```
 1    D  I  V  L  T  Q  S  P  A  S  L  A  V  S  L  G  Q  R  A  T
 1    E  I  V  M  T  Q  S  P  A  T  L  S  V  S  P  G  E  R  A  T

21    I  S  C  R  A  S  Q  S  V  S  T  S  T  Y  N  Y  M  H  W  Y
21    L  S  C  R  A  S  Q  S  V  S  T  S  T  Y  N  Y  M  H  W  Y

41    Q  Q  K  P  G  Q  P  P  K  L  L  I  K  Y  A  S  N  L  E  S
41    Q  Q  K  P  G  Q  S  P  R  L  L  I  K  Y  A  S  N  L  E  S

61    G  V  P  A  R  F  S  G  S  G  F  G  T  D  F  T  L  N  I  H
61    G  I  P  A  R  F  S  G  S  G  S  G  T  E  F  T  L  T  I  S

81    P  V  E  E  E  D  T  V  T  Y  Y  C  Q  H  S  W  E  I  P  Y
81    R  L  E  S  E  D  F  A  V  Y  Y  C  Q  H  S  W  E  I  P  Y

101   T  F  G  G  G  T  K  L  E  I  K
101   T  F  G  Q  G  T  R  V  E  I  K
```

## FIGURE 2A

```
 1    E  M  I  L  V  E  S  G  G  G  L  V  K  P  G  A  S  L  K  L
 1    E  V  Q  L  L  E  S  G  G  G  L  V  Q  P  G  G  S  L  R  L

21    S  C  A  A  S  G  F  T  F  S  N  Y  G  L  S  W  V  R  Q  T
21    S  C  A  A  S  G  F  T  F  S  N  Y  G  L  S  W  V  R  Q  A

41    S  D  R  R  L  E  W  V  A  S  I  S  R  G  G  G  R  I  Y  S
41    P  G  K  G  L  E  W  V  A  S  I  S  R  G  G  G  R  I  Y  S

61    P  D  N  L  K  G  R  F  T  I  S  R  E  D  A  K  N  T  L  Y
61    P  D  N  L  K  G  R  F  T  I  S  R  N  D  S  K  N  T  L  Y

81    L  Q  M  S  S  L  K  S  E  D  T  A  L  Y  Y  C  L  R  E  G
81    L  Q  M  N  S  L  Q  A  E  D  T  A  L  Y  Y  C  L  R  E  G

101   I  Y  Y  A  D  Y  G  F  F  D  V  W  G  T  G  T  T  V  I  V
101   I  Y  Y  A  D  Y  G  F  F  D  V  W  G  Q  G  T  L  V  T  V

121   S  S
121   S  S
```

## FIGURE 2B

```
 1      D  I  V  M  T  Q  S  H  K  F  M  S  T  S  V  G  D  R  V  S
 1      D  I  Q  M  T  Q  S  P  S  T  L  S  A  S  V  G  D  R  V  T

21      I  T  C  K  A  S  Q  D  V  G  S  A  V  V  W  H  Q  Q  K  S
21      I  T  C  K  A  S  Q  D  V  G  S  A  V  V  W  H  Q  Q  K  P

41      G  Q  S  P  K  L  L  I  Y  W  A  S  T  R  H  T  G  V  P  D
41      G  K  A  P  K  L  L  I  Y  W  A  S  T  R  H  T  G  V  P  S

61      R  F  T  G  S  G  S  G  T  D  F  T  L  T  I  T  N  V  Q  S
61      R  F  T  G  S  G  S  G  T  E  F  T  L  T  I  S  S  L  Q  P

81      E  D  L  A  D  Y  F  C  Q  Q  Y  S  I  F  P  L  T  F  G  A
81      D  D  F  A  T  Y  F  C  Q  Q  Y  S  I  F  P  L  T  F  G  Q

101     G  T  R  L  E  L  K
101     G  T  K  V  E  V  K
```

## FIGURE 3A

```
 1      Q  V  Q  L  Q  Q  S  D  A  E  L  V  K  P  G  A  S  V  K  I
 1      Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K  V

21      S  C  K  V  S  G  Y  T  F  T  D  H  T  I  H  W  M  K  Q  R
21      S  C  K  A  S  G  Y  T  F  T  D  H  T  I  H  W  M  R  Q  A

41      P  E  Q  G  L  E  W  F  G  Y  I  Y  P  R  D  G  H  T  R  Y
41      P  G  Q  G  L  E  W  F  G  Y  I  Y  P  R  D  G  H  T  R  Y

61      S  E  K  F  K  G  K  A  T  L  T  A  D  K  S  A  S  T  A  Y
61      A  E  K  F  K  G  K  A  T  I  T  A  D  E  S  T  N  T  A  Y

81      M  H  L  N  S  L  T  S  E  D  S  A  V  Y  F  C  A  R  G  R
81      M  E  L  S  S  L  R  S  E  D  T  A  V  Y  F  C  A  R  G  R

101     D  S  R  E  R  N  G  F  A  Y  W  G  Q  G  T  L  V  T  V  S
101     D  S  R  E  R  N  G  F  A  Y  W  G  Q  G  T  L  V  T  V  S

121     A
121     S
```

## FIGURE 3B

```
  1      D  I  V  L  T  Q  S  P  A  S  L  A  V  S  L  G  Q  R  A  T
  1      D  I  Q  M  T  Q  S  P  S  S  L  S  A  S  V  G  D  R  V  T

 21      I  S  C  R  A  S  E  S  V  D  N  Y  G  I  S  F  M  N  W  F
 21      I  T  C  R  A  S  E  S  V  D  N  Y  G  I  S  F  M  N  W  F

 41      Q  Q  K  P  G  Q  P  P  K  L  L  I  Y  A  A  S  N  Q  G  S
 41      Q  Q  K  P  G  K  A  P  K  L  L  I  Y  A  A  S  N  Q  G  S

 61      G  V  P  A  R  F  S  G  S  G  S  G  T  D  F  S  L  N  I  H
 61      G  V  P  S  R  F  S  G  S  G  S  G  T  D  F. T  L  N  I  S

 81      P  M  E  E  D  D  T  A  M  Y  F  C  Q  Q  S  K  E  V  P  W
 81      S  L  Q  P  D  D  F  A  T  Y  Y  C  Q  Q  S  K  E  V  P  W

101      T  F  G  G  G  T  K  L  E  I  K
101      T  F  G  Q  G  T  K  V  E  I  K
```

## FIGURE 4A

```
  1      E  V  Q  L  Q  Q  S  G  P  E  L  V  K  P  G  A  S  V  K  I
  1      Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K  V

 21      S  C  K  A  S  G  Y  T  F  T  D  Y  N  M  H  W  V  K  Q  S
 21      S  C  K  A  S  G  Y  T  F  T  D  Y  N  M  H  W  V  R  Q  A

 41      H  G  K  S  L  E  W  I  G  Y  I  Y  P  Y  N  G  G  T  G  Y
 41      P  G  Q  G  L  E  W  I  G  Y  I  Y  P  Y  N  G  G  T  G  Y

 61      N  Q  K  F  K  S  K  A  T  L  T  V  D  N  S  S  S  T  A  Y
 61      N  Q  K  F  K  S  K  A  T  I  T  A  D  E  S  T  N  T  A  Y

 81      M  D  V  R  S  L  T  S  E  D  S  A  V  Y  Y  C  A  R  G  R
 81      M  E  L  S  S  L  R  S  E  D  T  A  V  Y  Y  C  A  R  G  R

101      P  A  M  D  Y  W  G  Q  G  T  S  V  T  V  S  S
101      P  A  M  D  Y  W  G  Q  G  T  L  V  T  V  S  S
```

## FIGURE 4B

```
  1    Q I V L T Q S P A I M S A S P G E K V T
  1    D I Q M T Q S P S S L S A S V G D R V T

 21    M T C S G S S S V S F M Y W Y Q Q R P G
 21    I T C S G S S S V S F M Y W Y Q Q K P G

 41    S S P R L L I Y D T S N L A S G V P V R
 41    K A P K L L I Y D T S N L A S G V P S R

 61    F S G S G S G T S Y S L T I S R M E A E
 61    F S G S G S G T D Y T F T I S S L Q P E

 81    D A A T Y Y C Q Q W S T Y P L T F G A G
 81    D I A T Y Y C Q Q W S T Y P L T F G Q G

101    T K L E L K
101    T K V E V K
```

FIGURE 5A

```
  1    Q V Q L K Q S G P G L V Q P S Q S L S I
  1    E V Q L L E S G G G L V Q P G Q S L R L

 21    T C T V S G F S V T S Y G V H W I R Q S
 21    S C A A S G F T T V T S Y G V H W V R Q A

 41    P G K G L E W L G V I W S G G S T D Y N
 41    P G K G L E W V G V I W S G G S T D Y N

 61    A A F I S R L T I S K D N S K S Q V F F
 61    A A F I S R F T I S R D N S K N T L Y L

 81    K V N S L Q P A D T A I Y Y C A R A G D
 81    Q M N S L Q A E D T A I Y Y C A R A G D

101    Y N Y D G F A Y W G Q G T L V T V S A
101    Y N Y D G F A Y W G Q G T L V T V S S
```

FIGURE 5B

```
  1    D  I  V  L  T  Q  S  P  A  T  L  S  V  T  P  G  D  S  V  S
  1    E  I  V  L  T  Q  S  P  G  T  L  S  L  S  P  G  E  R  A  T

 21    L  S  C  R  A  S  Q  S  I  S  N  N  L  H  W  Y  Q  Q  K  S
 21    L  S  C  R  A  S  Q  S  I  S  N  N  L  H  W  Y  Q  Q  K  P

 41    H  E  S  P  R  L  L  I  K  Y  A  S  Q  S  I  S  G  I  P  S
 41    G  Q  A  P  R  L  L  I  K  Y  A  S  Q  S  I  S  G  I  P  D

 61    R  F  S  G  S  G  S  G  T  D  F  T  L  S  V  N  G  V  E  T
 61    R  F  S  G  S  G  S  G  T  D  F  T  L  T  I  S  R  L  E  P

 81    E  D  F  G  M  Y  F  C  Q  Q  S  N  S  W  P  H  T  F  G  G
 81    E  D  F  A  V  Y  Y  C  Q  Q  S  N  S  W  P  H  T  F  G  Q

101    G  T  K  L  E  I  K
101    G  T  K  V  E  I  K
```

FIGURE 6A

```
  1    E  V  Q  L  Q  Q  S  G  P  E  L  V  K  P  G  A  S  M  K  I
  1    Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  R  V

 21    S  C  K  A  S  V  Y  S  F  T  G  Y  T  M  N  W  V  K  Q  S
 21    S  C  K  A  S  G  Y  S  F  T  G  Y  T  M  N  W  V  R  Q  A

 41    H  G  Q  N  L  E  W  I  G  L  I  N  P  Y  N  G  G  T  S  Y
 41    P  G  K  G  L  E  W  V  G  L  I  N  P  Y  N  G  G  T  S  Y

 61    N  Q  K  F  K  G  K  A  T  L  T  V  D  K  S  S  N  T  A  Y
 61    N  Q  K  F  K  G  R  V  T  V  S  L  K  P  S  F  N  Q  A  Y

 81    M  E  L  L  S  L  T  S  A  D  S  A  V  Y  Y  C  T  R  R  G
 81    M  E  L  S  S  L  F  S  E  D  T  A  V  Y  Y  C  T  R  R  G

101    F  R  D  Y  S  M  D  Y  W  G  Q  G  T  S  V  T  V  S  S
101    F  R  D  Y  S  M  D  Y  W  G  Q  G  T  L  V  T  V  S  S
```

FIGURE 6B



FIGURE 7A    FIGURE 7B



FIGURE 7C    FIGURE 7D



FIGURE 8A



FIGURE 8B



FIGURE 9B

FIGURE 9A

FIGURE 10A

FIGURE 10B

```
          10         20         30         40         50         60         70
AGCTTCTAGA TGGGATGGAG CTGGATCTTT CTCTTCCTCC TGTCAGGTAC CGCGGGCGTG CACTCTCAGG
TCGAAGATCT ACCCTACCTC GACCTAGAAA GAGAAGGAGG ACAGTCCATG GCCCCCGCAC GTGAGAGTCC

          80         90        100        110        120        130        140
TCCAGCTTGT CCAGTCTCGG GCTGAAGTCA AGAAACCTGG CTCGAGCGTG AAGGTCTCCT GCAAGGCTTC
AGGTCGAACA GGTCAGACCC CGACTTCAGT TCTTTGGACC GAGCTCGCAC TTCCAGAGGA CGTTCCGAAG

         150        160        170        180        190        200        210
TGGCGGGACC TTTTCTAGCT ACAGGATGCA CTGGGTAAGG CAGGCCCCTG GACAGGGTCT GGAATGGATG
ACCGCCCTGG AAAGATCGA TGTCCTACGT GACCCATTCC GTCCGGGGAC CTGTCCCAGA CCTTACCTAC

         220        230        240        250        260        270        280
GGATATATTA ATCCGTCGAC TGGGTATACT GAATACAATC AGAAGTTCAA GGACAGGGTC ACAATTACTG
CCTATATAAT TAGGCAGCTG ACCCATATGA CTTATGTTAG TCTTCAAGTT CCTGTCCCAG TGTTAATGAC

         290        300        310        320        330        340        350
CAGACCAATC CACCAATACA GCCTACATGG AACTGAGCAG CCTGAGATCT GAGGACACCG CATTCTATTT
GTCTGGTTAG GTGGTTATGT CGGATGTACC TTGACTCGTC GGACTCTAGA CTCCTGTGGC GTAAGATAAA

         360        370        380        390        400        410        420
CTGTGCAGGG CGTGGGGGAG TCTTTGACTA CGAATACAAT GGAGGGCTGG TCACAGTCTC CTCAGGTGAG
GACACGTCCC CCACCCCCTC AGAAACTGAT GCTTATGTTA CCTCCCGACC AGTGTCAGAG GAGTCCACTC

         430        440
TCCTTAAAAC CTCTAGACGA TAT
AGGAATTTTG GAGATCTGCT ATA
```

FIGURE 11A

```
         10         20         30         40         50         60         70
CAAATCTAGA TGGAGACCGA TACCCTCCTG CTATGGGTCC TCCTGCTATG GGTCCCAGGA TCAACCGGAG
GTTTAGATCT ACCTCTGGCT ATGGGAGGAC GATACCCAGG AGGACGATAC CCAGGGTCCT AGTTGGCCTC

         80         90        100        110        120        130        140
ATATTCAGAT GACCCAGTCT CCATCTACCC TCTCTGCTAG CGTCGGGGAT AGGGTCACCA TAACCTGCTC
TATAAGTCTA CTGGGTCAGA GGTAGATGGG AGAGACGATC GCAGCCCCTA TCCCAGTGGT ATTGGACGAG

        150        160        170        180        190        200        210
TGCCAGCTCA AGTATAAGTT ACATGCACTG GTACCAGCAG AAGCCAGGCA AAGCTCCCAA GCTTCTAATG
ACGGTCGAGT TCATATTCAA TGTACGTGAC CATGGTCGTC TTCGGTCCGT TTCGAGGGTT CGAAGATTAC

        220        230        240        250        260        270        280
TATACCACAT CCAACCTGGC TTCTGGAGTC CCTTCTCGCT TCATTGGCAG TGGATCTGGG ACCGAGTTCA
ATATGGTGTA GGTTGGACCG AAGACCTCAG GGAAGAGCGA AGTAACCGTC ACCTAGACCC TGGCTCAAGT

        290        300        310        320        330        340        350
CCCTCACAAT CAGCCTCTG CAGCCAGATG ATTTCGCCAC TTATTACTGC CATCAAAGGA GTACTTACCC
GGGAGTGTTA GTCGGAGAC GTCGGTCTAC TAAAGCGGTG AATAATGACG GTAGTTTCCT CATGAATGGG

        360        370        380        390        400
ACTCACGTTC GGTCAGGGGA CCAAGGTGGA AGTACACTT TTCTAGATAT A
TGAGTGCAAG CCAGTCCCCT GGTTCCACCT TCATGTGAA AAGATCTATA T
```

FIGURE 11B



FIGURE 12



FIGURE 13



FIGURE 14

FIGURE 15

FIGURE 16



```
        10          20          30          40          50          60
TCTAGATGGGATGGAGCTGGATCTTTCTCTTCCTCCTGTCAGGTACCGCGGGGCGTGCACT
   M  G  W  S  W  I  F  L  F  L  L  S  G  T  A  G  V  H

        70          80          90         100         110         120
CTCAGGTCCAGCTTGTCCAGTCTGGGGCTGAAGTCAAGAAACCTGGCTCGAGCGTGAAGG
   S  Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K

       130         140         150         160         170         180
TCTCCTGCAAGGCTTCTGGCTACACCTTTACTAGCTACAGGATGCACTGGGTAAGGCAGG
   V  S  C  K  A  S  G  Y  T  F  T  S  Y  R  M  H  W  V  R  Q

       190         200         210         220         230         240
CCCCTGGACAGGGTCTGGAATGGATTGGATATATTAATCCGTCGACTGGGTATACTGAAT
   A  P  G  Q  G  L  E  W  I  G  Y  I  N  P  S  T  G  Y  T  E

       250         260         270         280         290         300
ACAATCAGAAGTTCAAGGACAAGGCAACAATTACTGCAGACGAATCCACCAATACAGCCT
   Y  N  Q  K  F  K  D  K  A  T  I  T  A  D  E  S  T  N  T  A

       310         320         330         340         350         360
ACATGGAACTGAGCAGCCTGAGATCTGAGGACACGGCAGTCTATTACTGTGCAAGAGGGG
   Y  M  E  L  S  S  L  R  S  E  D  T  A  V  Y  Y  C  A  R  G

       370         380         390         400         410         420
GGGGGGTCTTTGACTACTGGGGCCAAGGAACCCTGGTCACAGTCTCCTCAGGTGAGTCCT
   G  G  V  F  D  Y  W  G  Q  G  T  L  V  T  V  S  S

       430
TAAAACCTCTAGA
```

FIGURE 17



```
            10          20          30          40          50          60
TCTAGATGGAGACCGATACCCTCCTGCTATGGGTCCTCCTGCTATGGGTCCCAGGATCAA
    M  E  T  D  T  L  L  L  W  V  L  L  L  W  V  P  G  S

            70          80          90         100         110         120
CCGGAGATATTCAGATGACCCAGTCTCCATCTACCCTCTCTGCTAGCGTCGGGGATAGGG
 T  G  D  I  Q  M  T  Q  S  P  S  T  L  S  A  S  V  G  D  R

           130         140         150         160         170         180
TCACCATAACCTGCTCTGCCAGCTCAAGTATAAGTTACATGCACTGGTACCAGCAGAAGC
 V  T  I  T  C  S  A  S  S  S  I  S  Y  M  H  W  Y  Q  Q  K

           190         200         210         220         230         240
CAGGCAAAGCTCCCAAGCTTCTAATTTATACCACATCCAACCTGGCTTCTGGAGTCCCTG
 P  G  K  A  P  K  L  L  I  Y  T  T  S  N  L  A  S  G  V  P

           250         260         270         280         290         300
CTCGCTTCAGTGGCAGTGGATCTGGGACCGAGTTCACCCTCACAATCAGCTCTCTGCAGC
 A  R  F  S  G  S  G  S  G  T  E  F  T  L  T  I  S  S  L  Q

           310         320         330         340         350         360
CAGATGATTTCGCCACTTATTACTGCCATCAAAGGAGTACTTACCCACTCACGTTCGGTC
 P  D  D  F  A  T  Y  Y  C  H  Q  R  S  T  Y  P  L  T  F  G

           370         380         390         400
AGGGGACCAAGGTGGAGGTCAAACGTAAGTACACTTTTCTAGA
 Q  G  T  K  V  E  V  K
```

FIGURE 18



HESI2    AGCTTCTAGATGGGATGGAGCTGGGATCTTTCTTCCTCCTGTCAGGTACCGCGGGCGGTG
          CACTCTCAGGTCCAGCTGTCCAGTCTGGGGCTGGAAGTCAAGAAACCTGGCTCGAGCGGTG
          AAGGTC

HESI3    GCCAGTCGGACGGATTAATATATCCAATCCATTCCAGACCCTGTCCAGGGGCCTGCCTTAC
          CCAGTCGATCGCTGTCTAGCCTAGTAAAGGTGTAGCCAGAAGCCTTGCAGGAGACCTTCACGCGT
          CGAGCCAGG

HESI4    TATATTAATCGGTCGACTGGGTATACTGAATACAATCAGAAGTTCAAGGACAAGGCAACA
          ATTACTGCAGACGAATCCACCAATACAGCCTACATGGAACTGAGCAGCCTGAGATCTGAG
          GACA

HESI5    ATATCGTCTAGAGGTTTTAAGGACTCACCTGAGGAGACTGTGACACAGGGTTCCTTGGCCC
          CAGTAGTCAAAGACCCCCCCCCTCTTGCACAGTAATAGACTGCGGTGTCTCAGATCTC
          AGGCTGCT

FIGURE 19A

FIGURE 19B

HESI2    HESI3    HESI4    HESI5



FIGURE 20A

FIGURE 20B



FIGURE 21



FIGURE 22

```
              •         •         30        •         •         60
ATGGATTTTCAAGTGCAGATTTTCAGCTTCCTGCTAATCAGTGCCTCAGTCATACTGTCC
 M  D  F  Q  V  Q  I  F  S  F  L  L  I  S  A  S  V  I  L  S

              •         •         90        •         •        120
AGAGGACAAATTGTTCTCACCCAGTCTCCAGCAATCATGTCTGCGTCTCCAGGGGCGAAG
 R  G  Q  I  V  L  T  Q  S  P  A  I  M  S  A  S  P  G  E  K

              •         •        150        •         •        180
GTCACCATGACCTGCAGTGGCAGCTCAAGTGTAAGTTTCATGTACTGGTACCAGCAGAGG
 V  T  M  T  C  S  G  S  S  S  V  S  F  M  Y  W  Y  Q  Q  R

              •         •        210        •         •        240
CCAGGATCCTCCCCCAGACTCCTGATTTATGACACATCCAACCTGGCTTCTGGAGTCCCT
 P  G  S  S  P  R  L  L  I  Y  D  T  S  N  L  A  S  G  V  P

              •         •        270        •         •        300
GTTCGCTTCAGTGGCAGTGGGTCTGGGACCTCTTACTCTCTCACAATCAGCCGAATGGAG
 V  R  F  S  G  S  G  S  G  T  S  Y  S  L  T  I  S  R  M  E

              •         •        330        •         •        360
GCTGAAGATGCTGCCACTTATTACTGCCAGCAGTGGAGTACTTACCCGCTCACGTTCGGT
 A  E  D  A  A  T  Y  Y  C  Q  Q  W  S  T  Y  P  L  T  F  G

              •
GCTGGGACCAAGCTGGAGCTGAAA
 A  G  T  K  L  E  L  K
```

FIGURE 23A

```
              •         •         30        •         •         60
ATGGCTGTCTTGGGGCTGCTCTTCTGCCTGGTGACATTCCCAAGCTGTGTCCTATCCCAG
 M  A  V  L  G  L  L  F  C  L  V  T  F  P  S  C  V  L  S  Q

              •         •         90        •         •        120
GTGCAGCTGAAGCAGTCAGGACCTGGCCTAGTGCAGCCCTCACAGAGCCTGTCCATCACC
 V  Q  L  K  Q  S  G  P  G  L  V  Q  P  S  Q  S  L  S  I  T

              •         •        150        •         •        180
TGCACAGTCTCTGGTTTCTCAGTAACAAGTTATGGTGTACACTGGATTCGCCAGTCTCCA
 C  T  V  S  G  F  S  V  T  S  Y  G  V  H  W  I  R  Q  S  P

              •         •        210        •         •        240
GGAAAGGGTCTGGAGTGGCTGGGAGTGATATGGAGTGGTGGAAGCACAGACTATAATGCA
 G  K  G  L  E  W  L  G  V  I  W  S  G  G  S  T  D  Y  N  A

              •         •        270        •         •        300
GCTTTCATATCCAGACTGACCATCAGCAAGGACAACTCCAAGAGCCAAGTTTTCTTTAAA
 A  F  I  S  R  L  T  I  S  K  D  N  S  K  S  Q  V  F  F  K

              •         •        330        •         •        360
GTGAACAGTCTGCAACCTGCTGACACAGCCATATACTATTGTGCCAGAGCTGGGGACTAT
 V  N  S  L  Q  P  A  D  T  A  I  Y  Y  C  A  R  A  G  D  Y

              •         •        390        •         •
AATTACGACGGTTTTGCTTACTGGGGGCCAAGGGACTCTGGTCACTGTCTCTGCG
 N  Y  D  G  F  A  Y  W  G  Q  G  T  L  V  T  V  S  A
```

FIGURE 23B



**FIGURE 24A**



**FIGURE 24B**



FIGURE 25

```
1    D  I  Q  M  T  Q  S  P  S  S  L  S  V  S  V  G  D  R  V  T
1    D  I  Q  M  T  Q  S  P  S  S  L  S  A  S  V  G  D  R  V  T

21   I  T  C  Q  A  S  Q  N  V  N  A  Y  L  N  W  Y  Q  Q  K  P
21   I  T  C  S  G  S  S  S  V     S  F  M  Y  W  Y  Q  Q  K  P

41   G  L  A  P  K  L  L  I  Y  G  A  S  T  R  E  A  G  V  P  S
40   G  K  A  P  K  L  L  I  Y  D  T  S  N  L  A  S  G  V  P  S

61   R  F  S  G  S  G  S  G  T  D  F  T  F  T  I  S  S  L  Q  P
60   R  F  S  G  S  G  S  G  T  D  Y  T  F  T  I  S  S  L  Q  P

81   E  D  I  A  T  Y  Y  C  Q  Q  Y  N  N  W  P  P  T  F  G  Q
80   E  D  I  A  T  Y  Y  C  Q  Q  W  S  T  Y  P  L  T  F  G  Q

101  G  T  K  V  E  V  K
100  G  T  K  V  E  V  K
```

## FIGURE 26A

```
1    A  V  Q  L  L  E  S  G  G  G  L  V  Q  P  G  G  S  L  R  L
1    E  V  Q  L  L  E  S  G  G  G  L  V  Q  P  G  G  S  L  R  L

21   S  C  A  A  S  G  F  T  F  S  A  S  A  M  S  W  V  R  Q  A
21   S  C  A  A  S  G  F  T  V  T  S  Y  G  V  H  W  V  R  Q  A

41   P  G  K  G  L  E  W  V  A  W  K  Y  E  N  G  N  D  K  H  Y
41   P  G  K  G  L  E  W  V  G     V  I  W  S  G  G  S  T  D  Y

61   A  D  S  V  N  G  R  F  T  I  S  R  N  D  S  K  N  T  L  Y
60   N  A  A  F  I  S  R  F  T  I  S  R  D  N  S  K  N  T  L  Y

81   L  Q  M  N  G  L  Q  A  Z  V  S  A  I  Y  Y  C  A  R  D  A
80   L  Q  M  N  S  L  Q  A  E  D  T  A  I  Y  Y  C  A  R     A

101  G  P  Y  V  S  P  T  F  F  A  H  W  G  Q  G  T  L  V  T  V
99   G  D  Y     N  Y  D  G  F  A  Y  W  G  Q  G  T  L  V  T  V

121  S  S
118  S  S
```

## FIGURE 26B

```
vc13

          10         20         30         40         50         60
    TTCTGCTGGT ACCAGTACAT GAAACTTACA CTTGAGCTGC CACTGCAGGT GATGGTGACG

          70         80         90        100
    CGGTCACCCA CTGAGGCACT GAGGCTAGAT GGAGACTGGG TCATTTG


vc14

          10         20         30         40         50         60
    CATGTACTGG TACCAGCAGA AGCCAGGAAA AGCTCCGAAA CTTCTGATTT ATGACACATC

          70         80         90        100        110        120
    CAACCTGGCT TCTGGAGTCC CTTCCCGCTT CAGTGGCAGT GGGTCTGGGA CCGATTACAC

         130
    CTTTACAATC TCTTCA


vc15

          10         20         30         40         50         60
    TGTGTCTAGA AAAGTGTACT TACGTTTTAC CTCGACCTTG GTCCCTTGAC CGAACGTGAG

          70         80         90        100        110        120
    CGGGTAAGTA CTCCACTGCT GGCAGTAATA AGTGGCTATA TCTTCCGGCT GAAGTGAAGA

         130
    GATTGTAAAG GTGTAAT


vc16

          10         20         30         40         50         60
    CACATCTAGA CCACCATGGA TTTTCAAGTG CAGATCTTCA GCTTCCTGCT AATCAGTGCC

          70         80         90        100
    TCAGTCATAC TGTCCAGAGG AGATATTCAA ATGACCCAGT CTCCATCT
```

## FIGURE 27A

vc11

```
        10          20          30          40          50          60
TAGTCTGTCG ACCCACCACT CCATATCACT CCCACCCACT CGAGTCCCTT TCCAGGAGCC

        70          80          90         100         110         120
TGGCGGACCC AGTGTACACC ATAACTTGTT ACGGTGAAAC CACTGGCGGC ACAAGACAGT

       130
CTCAGAGATC CTCCTGGC
```

vc12

```
        10          20          30          40          50          60
TGGTGGGTCG ACAGACTATA ATGCAGCTTT CATATCCAGA TTTACCATCA GCAGAGACAA

        70          80          90         100         110         120
CAGCAAGAAC ACACTGTATC TCCAAATGAA TAGCCTGCAA GCCGAGGACA CAGCCATATA
```

TTATTG

wps54

```
        10          20          30          40          50          60
ACACTCTAGA CCACCATGGC TGTCTTGGGG CTGCTCTTCT GCCTGGTGAC ATTCCCAAGC

        70          80          90         100         110         120
TGTGTCCTAT CCGCTGTCCA GCTGCTAGAG AGTGGTGGCG GTCTGGTGCA GCCAGGAGGA

       130
TCTCTGAGAC
```

wps57

```
        10          20          30          40          50          60
ACACTCTAGA AGTTAGGACT CACCTGAAGA GACAGTGACC AGAGTCCCTT GGCCCCAGTA

        70          80          90         100         110
AGCAAAACCG TCGTAATTAT AGTCCCCAGC TCTGGCACAA TAATATATGG CTGTGTCC
```

## FIGURE 27B



FIGURE 28



**FIGURE 29**

```
          1           5              10            15            20
    1     E M I L V E S G G  G L V K P G A S L K L
    1     E V Q L L E S G G  G L V Q P G G S L R L

              25             30        35              40
   21     S C A A S G F T F S  N Y G L S  W V R Q T
   21     S C A A S G F T F S  N Y G L S  W V R Q A

                      45       50   52 a          55
   41     S D R R L E W V A  S I S R G G G R I Y S
   41     P G K G L E W V A  S I S R G G G R I Y S

              60              65              70              75
   60      P D N L K G  R F T I S R E D A K N T L Y
   60      P D N L K G  R F T I S R N D S K N T L Y

              80  82 a b  c         85              90              95
   80     L Q M S S L K S E D T A L Y Y C L R  E G
   80     L Q M N S L Q A E D T A L Y Y C L R  E G

                   100 a  b  c  d  k      105           110
   97      I Y Y A D Y G F F D V  W G T G T T V I V
   97      I Y Y A D Y G F F D V  W G Q G T L V T V

              113
  112     S S
  112     S S
```

**FIGURE 30A**

```
          1           5              10            15            20
    1     D I V L T Q S P A S L A V S L G Q R A T
    1     E I V M T Q S P A T L S V S P G E R A T

                   25       27 a  b  c  d      30            35
   21     I S C  R A S Q S V S T S T Y N Y M H  W Y
   21     L S C  R A S Q S V S T S T Y N Y M H  W Y

                 40              45            50            55
   37     Q Q K P G Q P P K L L I K  Y A S N L E S
   37     Q Q K P G Q S P R L L I K  Y A S N L E S

                 60              65            70            75
   57     G V P A R F S G S G F G T D F T L N I H
   57     G I P A R F S G S G S G T E F T L T I S

                 80              85            90            95
   77     P V E E E D T V T Y Y C  Q H S W E I P Y
   77     R L E S E D F A V Y Y C  Q H S W E I P Y

                 100           105 107
   97     T F G G G T K L E I K
   97     T F G Q G T R V E I K
```

**FIGURE 30B**

```
          1           5              10              15              20
    1     Q  V  Q  L  Q  Q  S  D  A  E  L  V  K  P  G  A  S  V  K  I
    1     Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K  V

                      25             30          35              40
   21     S  C  K  V  S  G  Y  T  F  T  D  H  T  I  H  W  M  K  Q  R
   21     S  C  K  A  S  G  Y  T  F  T  D  H  T  I  H  W  M  R  Q  A

                          45         50    52 a        55
   41     P  E  Q  G  L  E  W  F  G  Y  I  Y  P  R  D  G  H  T  R  Y
   41     P  G  Q  G  L  E  W  F  G  Y  I  Y  P  R  D  G  H  T  R  Y

          60          65             70              75
   60     S  E  K  F  K  G  K  A  T  L  T  A  D  K  S  A  S  T  A  Y
   60     A  E  K  F  K  G  K  A  T  I  T  A  D  E  S  T  N  T  A  Y

          80    82 a  b  c          85             90              95
   80     M  H  L  N  S  L  T  S  E  D  S  A  V  Y  F  C  A  R  G  R
   80     M  E  L  S  S  L  R  S  E  D  T  A  V  Y  F  C  A  R  G  R

                      100 a   b  c  d           105             110
   97     D  S  R  E  R  N  G  F  A  Y  W  G  Q  G  T  L  V  T  V  S
   97     D  S  R  E  R  N  G  F  A  Y  W  G  Q  G  T  L  V  T  V  S

          113
  113     A
  113     S
```

**FIGURE 30C**

```
          1           5              10              15              20
    1     D  I  V  M  T  Q  S  H  K  F  M  S  T  S  V  G  D  R  V  S
    1     D  I  Q  M  T  Q  S  P  S  T  L  S  A  S  V  G  D  R  V  T

                      25             30          35              40
   21     I  T  C  K  A  S  Q  D  V  G  S  A  V  V  W  H  Q  Q  K  S
   21     I  T  C  K  A  S  Q  D  V  G  S  A  V  V  W  H  Q  Q  K  P

                          45         50          55              60
   41     G  Q  S  P  K  L  L  I  Y  W  A  S  T  R  H  T  G  V  P  D
   41     G  K  A  P  K  L  L  I  Y  W  A  S  T  R  H  T  G  V  P  S

          61          65             70              75              80
   61     R  F  T  G  S  G  S  G  T  D  F  T  L  T  I  T  N  V  Q  S
   61     R  F  T  G  S  G  S  G  T  E  F  T  L  T  I  S  S  L  Q  P

                      85             90              95              100
   81     E  D  L  A  D  Y  F  C  Q  Q  Y  S  I  F  P  L  T  F  G  A
   81     D  D  F  A  T  Y  F  C  Q  Q  Y  S  I  F  P  L  T  F  G  Q

                      105  107
  101     G  T  R  L  E  L  K
  101     G  T  K  V  E  V  K
```

**FIGURE 30D**



FIGURE 31A

FIGURE 31B



FIGURE 32A



**FIGURE 32B**

Case 1:07-cv-00156-JJF     Document 1-7     Filed 03/16/2007     Page 42 of 73



FIGURE 33A



FIGURE 33B

```
                •            •            30            •            •            60
        ATGGAGAAAGACACACTCCTGCTATGGGTCCTGCTTCTCTGGGTTCCAGGTTCCACAGGT
         M  E  K  D  T  L  L  L  W  V  L  L  L  W  V  P  G  S  T  G
                •            •            90            •            •            120
        GACATTGTGCTGACCCAATCTCCAGCTTCTTTGGCTGTGTCTCTAGGGCAGAGGGCCACC
         D  I  V  L  T  Q  S  P  A  S  L  A  V  S  L  G  Q  R  A  T
                •            •            150           •            •            180
        ATCTCCTGCAGAGCCAGCGAAAGTGTTGATAATTATGGCATTAGTTTTATGAACTGGTTC
         I  S  C  R  A  S  E  S  V  D  N  Y  G  I  S  F  M  N  W  F
                •            •            210           •            •            240
        CAACAGAAACCAGGACAGCCACCCAAACTCCTCATCTATGCTGCATCCAACCAAGGATCC
         Q  Q  K  P  G  Q  P  P  K  L  L  I  Y  A  A  S  N  Q  G  S
                •            •            270           •            •            300
        GGGGTCCCTGCCAGGTTTAGTGGCAGTGGGTCTGGGACAGACTTCAGCCTCAACATCCAT
         G  V  P  A  R  F  S  G  S  G  S  G  T  D  F  S  L  N  I  H
                •            •            330           •            •            360
        CCTATGGAGGAGGATGATACTGCAATGTATTTCTGTCAGCAAAGTAAGGAGGTTCCGTGG
         P  M  E  E  D  D  T  A  M  Y  F  C  Q  Q  S  K  E  V  P  W
                •            •            390
        ACGTTCGGTGGAGGCACCAAGCTGGAAATCAAA
         T  F  G  G  G  T  K  L  E  I  K
```

### FIGURE 34A

```
                •            •            30            •            •            60
        ATGGGATGGAGCTGGATCTTTCTCTTCCTGTCAGGAACTGCAGGCGTCCACTCTGAG
         M  G  W  S  W  I  F  L  F  L  L  S  G  T  A  G  V  H  S  E
                •            •            90            •            •            120
        GTCCAGCTTCAGCAGTCAGGACCTGAGCTGGTGAAACCTGGGGCCTCAGTGAAGATATCC
         V  Q  L  Q  Q  S  G  P  E  L  V  K  P  G  A  S  V  K  I  S
                •            •            150           •            •            180
        TGCAAGGCTTCTGGATACACATTCACTGACTACAACATGCACTGGGTGAAGCAGAGCCAT
         C  K  A  S  G  Y  T  F  T  D  Y  N  M  H  W  V  K  Q  S  H
                •            •            210           •            •            240
        GGAAAGAGCCTTGAGTGGATTGGATATATTTATCCTTACAATGGTGGTACTGGCTACAAC
         G  K  S  L  E  W  I  G  Y  I  Y  P  Y  N  G  G  T  G  Y  N
                •            •            270           •            •            300
        CAGAAGTTCAAGAGCAAGGCCACATTGACTGTAGACAATTCCTCCAGCACAGCCTACATG
         Q  K  F  K  S  K  A  T  L  T  V  D  N  S  S  S  T  A  Y  M
                •            •            330           •            •            360
        GACGTCCGCAGCCTGACATCTGAGGACTCTGCAGTCTATTACTGTGCAAGAGGGCGCCCC
         D  V  R  S  L  T  S  E  D  S  A  V  Y  Y  C  A  R  G  R  P
                •            •            390
        GCTATGGACTACTGGGGTCAAGGAACCCTCAGTCACCGTCTCCTCA
         A  M  D  Y  W  G  Q  G  T  S  V  T  V  S  S
```

### FIGURE 34B



**FIGURE 35**

```
1      D  I  Q  M  T  Q  S  P  S  T  L  S  A  S  V  G  D  R  V  T
1      D  I  Q  M  T  Q  S  P  S  S  L  S  A  S  V  G  D  R  V  T

21     I  T  C  R  A  S  Q  S     I  N           T  W  L  A  W  Y
21     I  T  C  R  A  S  E  S  V  D  N  Y  G  I  S  F  M  N  W  F

37     Q  Q  K  P  G  G  A  P  K  L  L  M  Y  K  A  S  S  L  E  S
41     Q  Q  K  P  G  G  A  P  K  L  L  I  Y  A  A  S  N  Q  G  S

57     G  V  P  S  R  F  I  G  S  G  S  G  T  E  F  T  L  T  I  S
61     G  V  P  S  R  F  S  G  S  G  S  G  T  D  F  T  L  T  I  S

77     S  L  Q  P  D  D  F  A  T  Y  Y  C  Q  Q  Y  N  S  D  S  K
81     S  L  Q  P  D  D  F  A  T  Y  Y  C  Q  Q  S  K  E  V  P  W

97     M  F  G  Q  G  T  K  V  E  V  K
101    T  F  G  Q  G  T  K  V  E  I  K
```

FIGURE 36A

```
1      Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K  V
1      Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K  V

21     S  C  K  A  S  G  G  T  F  S  R  S  A  I  I  W  V  R  Q  A
21     S  C  K  A  S  G  Y  T  F  T  D  Y  N  M  H  W  V  R  Q  A

41     P  G  Q  G  L  E  W  M  G  G  I  V  P  M  F  G  P  P  N  Y
41     P  G  Q  G  L  E  W  I  G  Y  I  Y  P  Y  N  G  G  T  G  Y

61     A  Q  K  F  Q  G  R  V  T  I  T  A  D  E  S  T  N  T  A  Y
61     N  Q  K  F  K  S  K  A  T  I  T  A  D  E  S  T  N  T  A  Y

81     M  E  L  S  S  L  R  S  E  D  T  A  F  Y  F  C  A  G  G  Y
81     M  E  L  S  S  L  R  S  E  D  T  A  V  Y  Y  C  A  R  G

101    G  I  Y  S  P  E  E  Y  N  G  G  L  V  T  V  S  S
100    R  P  A  M  D  Y  W  G  Q  G  T  L  V  T  V  S  S
```

FIGURE 36B

```
ma1
        10        20        30        40        50        60
TATATCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGAACTGCT

        70        80        90       100       110       120
GGCGTCCACT CTCAGGTTCA GCTGGTGCAG TCTGGAGCTG AGGTGAAGAA GCCTGGGAGC

       130
TCAGTGAAGG TT


ma2
        10        20        30        40        50        60
AGCCGGTACC ACCATTGTAA GGATAAATAT ATCCAATCCA TTCCAGGCCT TGGCCAGGAG

        70        80        90       100       110       120
CCTGCCTCAC CCAGTGCATG TTGTAGTCAG TGAAGGTGTA GCCAGAAGCT TTGCAGGAAA

       130
CCTTCACTGA GCT


ma3
        10        20        30        40        50        60
TGGTGGTACC GGCTACAACC AGAAGTTCAA GAGCAAGGCC ACAATTACAG CAGACGAGAG

        70        80        90       100       110
TACTAACACA GCCTACATGG AACTCTCCAG CCTGAGGTCT GAGGACACTG CA


ma4
        10        20        30        40        50        60
TATATCTAGA GGCCATTCTT ACCTGAAGAG ACAGTGACCA GAGTCCCTTG GCCCCAGTAG

        70        80        90       100       110
TCCATAGCGG GGCGCCCTCT TGCGCAGTAA TAGACTGCAG TGTCCTCAGA C
```

## FIGURE 37A

ma5

```
         10          20          30          40          50          60
    TATATCTAGA CCACCATGGA GAAAGACACA CTCCTGCTAT GGGTCCTGCT TCTCTGGGTT

         70          80          90         100         110         120
    CCAGGTTCCA CAGGTGACAT TCAGATGACC CAGTCTCCGA GCTCTCTGTC CGCATCAGTA

    GG
```

ma6

```
         10          20          30          40          50          60
    TCAGAAGCTT AGGAGCCTTC CCGGGTTTCT GTTGGAACCA GTTCATAAAG CTAATGCCAT

         70          80          90         100         110         120
    AATTGTCGAC ACTTTCGCTG GCTCTGCATG TGATGGTGAC CCTGTCTCCT ACTGATGCGG

    AC
```

ma7

```
         10          20          30          40          50          60
    TCCTAAGCTT CTGATTTACG CTGCATCCAA CCAAGGCTCC GGGGTACCCT CTCGCTTCTC

         70          80          90         100         110
    AGGCAGTGGA TCTGGGACAG ACTTCACTCT CACCATTTCA TCTCTGCAGC CTGATGACT
```

ma8

```
         10          20          30          40          50          60
    TATATCTAGA CTTTGGATTC TACTTACGTT TGATCTCCAC CTTGGTCCCT TGACCGAACG

         70          80          90         100         110
    TCCACGGAAC CTCCTTACTT TGCTGACAGT AATAGGTTGC GAAGTCATCA GGCTGCAG
```

**FIGURE 37B**



FIGURE 38

```
             •           •          30          •          •          60
    ATGGTTTTCACACCTCAGATACTTGGACTTATGCTTTTTTGGATTTCAGCCTCCAGAGGT
     M  V  F  T  P  Q  I  L  G  L  M  L  F  W  I  S  A  S  R  G

↓            •           •          90          •          •         120
  GATATTGTGCTAACTCAGTCTCCAGCCACCCTGTCTGTGACTCCGGGAGATAGCGTCAGT
     D  I  V  L  T  Q  S  P  A  T  L  S  V  T  P  G  D  S  V  S

             •           •         150          •          •         180
    CTTTCCTGCAGGGCCAGCCAAAGTATTAGCAACAACCTACACTGGTATCAACAAAAATCA
     L  S  C  R  A  S  Q  S  I  S  N  N  L  H  W  Y  Q  Q  K  S

             •           •         210          •          •         240
    CATGAGTCTCCAAGGCTTCTCATCAAGTATGCTTCCCAGTCCATCTCTGGGATCCCTTCC
     H  E  S  P  R  L  L  I  K  Y  A  S  Q  S  I  S  G  I  P  S

             •           •         270          •          •         300
    AGGTTCAGTGGCAGTGGATCAGGGACAGATTTCACTCTCAGTGTCAACGGTGTGGAGACT
     R  F  S  G  S  G  S  G  T  D  F  T  L  S  V  N  G  V  E  T

             •           •         330          •          •         360
    GAAGATTTTGGAATGTATTTCTGTCAACACACTAACAGTTGGCCTCATACGTTCGGAGGG
     E  D  F  G  M  Y  F  C  Q  Q  S  N  S  W  P  H  T  F  G  G

             •
    GGGACCAAGCTGGAAATAAAA
     G  T  K  L  E  I  K
```

### FIGURE 39A

```
             •           •          30          •          •↓        60
    ATGGGATGGAGCTGGATCTTTCTCTTCCTCCTGTCAGGAACTGCAGGTGTCCACTCTGAG
     M  G  W  S  W  I  F  L  F  L  L  S  G  T  A  G  V  H  S  E

             •           •          90          •          •         120
    GTCCAGCTGCAACAGTCTGGACCTGAGCTGGTGAAGCCTGGAGCTTCAATGAAGATATCC
     V  Q  L  Q  Q  S  G  P  E  L  V  K  P  G  A  S  M  K  I  S

             •           •         150          •          •         180
    TGCAAGGCTTCTGTTTACTCATTCACTGGCTACACCATGAACTGGGTGAAGCAGAGCCAT
     C  K  A  S  V  Y  S  F  T  G  Y  T  M  N  W  V  K  Q  S  H

             •           •         210          •          •         240
    GGACAGAACCTTGAGTGGATTGGACTTATTAATCCTTACAATGGTGGTACTAGCTACAAC
     G  Q  N  L  E  W  I  G  L  I  N  P  Y  N  G  G  T  S  Y  N

             •           •         270          •          •         300
    CAGAAGTTCAAGGGGAAGGCCACATTAACTGTAGACAAGTCATCCAACACAGCCTACATG
     Q  K  F  K  G  K  A  T  L  T  V  D  K  S  S  N  T  A  Y  M

             •           •         330          •          •         360
    GAGCTCCTCAGTCTGACATCTGCGGACTCTGCAGTCTATTACTGTACAAGACGGGGGTTT
     E  L  L  S  L  T  S  A  D  S  A  V  Y  Y  C  T  R  R  G  F

             •           •         390          •          •
    CGAGACTATTCTATGGACTACTGGGGTCAAGGAACCTCAGTCACCGTCTCCTCA
     R  D  Y  S  M  D  Y  W  G  Q  G  T  S  V  T  V  S  S
```

### FIGURE 39B

```
  1    E  I  V  L  T  Q  S  P  G  T  L  S  L  S  P  G  E  R  A  T
  1    E  I  V  L  T  Q  S  P  G  T  L  S  L  S  P  G  E  R  A  T

 21    L  S  C  R  A  S  Q  S  V  S  S  G  Y  L  G  W  Y  Q  Q  K
 21    L  S  C  R  A  S  Q  S     I  S  N  N  L  H  W  Y  Q  Q  K

 41    P  G  Q  A  P  R  L  L  I  Y  G  A  S  S  R  A  T  G  I  P
 40    P  G  Q  A  P  R  L  L  I  K  Y  A  S  Q  S  I  S        G  I  P

 61    D  R  F  S  G  S  G  S  G  T  D  F  T  L  T  I  S  R  L  E
 60    D  R  F  S  G  S  G  S  G  T  D  F  T  L  T  I  S  R  L  E

 81    P  E  D  F  A  V  Y  Y  C  Q  Q  Y  G  S  L  G  R  T  F  G
 80    P  E  D  F  A  V  Y  Y  C  Q  Q  S  N  S  W  P  H  T  F  G

101    Q  G  T  K  V  E  I  K
100    Q  G  T  K  V  E  I  K
```

<strong>FIGURE 40A</strong>

```
  1    Q  V  Q  L  M  Q  S  G  A  E  V  K  K  P  G  S  S  V  R  V
  1    Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  R  V

 21    S  C  K  T  S  G  G  T  F  V  D  Y  K  G  L  W  V  R  Q  A
 21    S  C  K  A  S  G  Y  S  F  T  G  Y  T  M  N  W  V  R  Q  A

 41    P  G  K  G  L  E  W  V  G  Q  I  P  L  R  F  N  G  E  V  K
 41    P  G  K  G  L  E  W  V  G  L  I  N  P  Y  N  G  G  T  S  V

 61    N  P  G  S  V  V  R  V  S  V  L  K  P  S  F  N  Q  A  H
 61    N  Q  K  F  K  G  R  V  T  V  S  L  K  P  S  F  N  Q  A  Y

 81    M  E  L  S  S  L  F  S  E  D  T  A  V  Y  Y  C  A  R  E  Y
 81    M  E  L  S  S  L  F  S  E  D  T  A  V  Y  Y  C  T  R  R

101    G  F  D  T  S  D  Y  Y  Y  Y  Y  W  G  Q  G  T  L  V  T  V
100    G  F        R  D  Y  S  M  D  Y  W  G  Q  G  T  L  V  T  V

121    S  S
118    S  S
```

<strong>FIGURE 40B</strong>

jb16

```
        10         20         30         40         50         60
TAGATCTAGA CCACCATGGT TTTCACACCT CAGATACTAG GACTCATGCT CTTCTGGATT

        70         80         90        100        110        120
TCAGCCTCCA GAGGTGAAAT TGTGCTAACT CAGTCTCCAG GCACCCTAAG CTTATCACCG
```

GGAGAAAGG


jb17

```
        10         20         30         40         50         60
TAGACAGAAT TCACGCGTAC TTGATAAGTA GACGTGGAGC TTGTCCAGGT TTTTGTTGGT

        70         80         90        100        110        120
ACCAGTGTAG GTTGTTGCTA ATACTTTGGC TGGCCCTGCA GGAAAGTGTA GCCCTTTCTC
```

CCGGTGAT


jb18

```
        10         20         30         40         50         60
AAGAGAATTC ACGCGTCCCA GTCCATCTCT GGAATACCCG ATAGGTTCAG TGGCAGTGGA

        70         80         90        100        110
TCAGGGACAG ATTTCACTCT CACAATAAGT AGGCTCGAGC CGGAAGATTT TGC
```


jb19

```
        10         20         30         40         50         60
TAGATCTAGA GTTGAGAAGA CTACTTACGT TTTATTTCTA CCTTGGTCCC TTGTCCGAAC

        70         80         90        100        110
GTATGAGGCC AACTGTTACT CTGTTGACAA TAATACACAG CAAAATCTTC CGGCTC
```


# FIGURE 41A

jb20

```
        10         20         30         40         50         60
TATATCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGAACTGCA

        70         80         90        100        110        120
GGTGTCCACT CTCAAGTCCA ACTGGTACAG TCTGGAGCTG AGGTTAAAAA GCCTGGAAGT

       130
TCAGTAAGAG TTTC
```

jb21

```
        10         20         30         40         50         60
TATATAGGTA CCACCATTGT AAGGATTAAT AAGTCCAACC CACTCAAGTC CTTTTCCAGG

        70         80         90        100        110        120
TGCCTGTCTC ACCCAGTTCA TGGTATACCC AGTGAATGAG TATCCGGAAG CTTTGCAGGA

       130
AACTCTTACT GAAC
```

jb22

```
        10         20         30         40         50         60
TATATAGGTA CCAGCTACAA CCAGAAGTTC AAGGGCACAG TTACAGTTC TTTGAAGCCT

        70         80         90        100        110
TCATTTAACC AGGCCTACAT GGAGCTCAGT AGTCTGTTTT CTGAAGACAC TGCAGT
```

jb23

```
        10         20         30         40         50         60
TATATCTAGA GGCCATTCTT ACCTGAGGAG ACGGTGACTA AGGTTCCTTG ACCCCAGTAG

        70         80         90        100        110
TCCATAGAAT AGTCTCGAAA CCCCCGTCTT CTACAGTAAT AGACTGCAGT GTCTTC
```

**FIGURE 41B**



FIGURE 42

```
               •           •           30        •          •          60
          ATGCATCAGACCAGCATGGGCATCAAGATGGAATCACAGACTCTGGTCTTCATATCCATA
           M  H  Q  T  S  M  G  I  K  M  E  S  Q  T  L  V  F  I  S  I

               •           •           90        •          •         120
          CTGCTCTGGTTATATGGTGCTCATGGGACATTGTTATGACCCAATCTCCCAAATCCATG
           L  L  W  L  Y  G  A  D  G  N  I  V  M  T  Q  S  P  K  S  M

               •           •          150        •          •         180
          TACGTGTCAATAGGAGAGAGGGTCACCTTGAGCTGCAAGGCCAGTGAAAATGTGGATACT
           Y  V  S  I  G  E  R  V  T  L  S  C  K  A  S  E  N  V  D  T
                                                   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

               •           •          210        •          •         240
          TATGTATCCTGGTATCAACAGAAACCAGAGCAGTCTCCTAAACTGCTGATATATGGGGCA
           Y  V  S  W  Y  Q  Q  K  P  E  Q  S  P  K  L  L  I  Y  G  A
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾  ‾‾‾‾

               •           •          270        •          •         300
          TCCAACCGGTACACTGGGGTCCACGATCGCTTCACGGGCAGTGGATCTGCAACAGATTTC
           S  N  R  Y  T  G  V  H  D  R  F  T  G  S  G  S  A  T  D  F
           ‾‾‾‾‾‾‾‾‾‾‾‾‾

               •           •          330        •          •         360
          ACTCTGACCATCAGCAGTGTGCAGGCTGAAGACCTTGCAGATTATCACTGTGGACAGAGT
           T  L  T  I  S  S  V  Q  A  E  D  L  A  D  Y  H  C  G  Q  S
                                                            ‾‾‾‾‾‾‾‾‾‾‾

               •           •          390        •          •
          TACAACTATCCATTCACGTTCGGCTCGGGGACAAAGTTGGAAATAAAG
           Y  N  Y  P  F  T  F  G  S  G  T  K  L  E  I  K
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾
```

FIGURE 43A

```
                  •                •          30             •            •            60
ATGACATCACTGTTCTCTCTACAGTTACCGAGCACACAGGACCTCGCCATGGGATGGAGC
  M   T   S   L   F   S   L   Q   L   P   S   T   Q   D   L   A   M   G   W   S

                  •                •          90             •            •           120
TGTATCATCCTCTTCTTGGTAGCAACAGCTACAGGTGTCCTCTCCCAGGTCCAACTGCAG
  C   I   I   L   F   L   V   A   T   A   T   G   V   L   S   Q   V   Q   L   Q

                  •                •         150             •            •           180
CAGCCTGGGGCTGACCTTGTGATGCCTGGGGCTCCAGTGAAGCTGTCCTGCTTGGCTTCT
  Q   P   G   A   D   L   V   M   P   G   A   P   V   K   L   S   C   L   A   S

                  •                •         210             •            •           240
GGCTACATCTTCACCAGCTCCTGGATAAACTGGGTGAAGCAGAGGCCTGGACGAGGCCTC
  G   Y   I   F   T   S̲   S̲   W̲   I̲   N̲   W   V   K   Q   R   P   G   R   G   L

                  •                •         270             •            •           300
GAGTGGATTGGAAGGATTGATCCTTCCGATGGTGAAGTTCACTACAATCAAGATTTCAAG
  E   W   I   G   R̲   I̲   D̲   P̲   S̲   D̲   G̲   E̲   V̲   H̲   Y̲   N̲   Q̲   D̲   F̲   K̲

                  •                •         330             •            •           360
GACAAGGCCACACTGACTGTAGACAAATCCTCCAGCACAGCCTACATCCAACTCAACAGC
  D̲   K   A   T   L   T   V   D   K   S   S   S   T   A   Y   I   Q   L   N   S

                  •                •         390             •            •           420
CTGACATCTGAGGACTCTGCGGTCTATTACTGTGCTAGAGGATTTCTGCCCTGGTTTGCT
  L   T   S   E   D   S   A   V   Y   Y   C   A   R   G̲   F̲   L̲   P̲   W̲   F̲   A̲

                  •                •         450
GACTGGGGCCAAGGGACTCTGGTCACTGTCTCTGCA
  D̲   W   G   Q   G   T   L   V   T   V   S   A
```

FIGURE 43B

```
  1    D  I  Q  M  T  Q  S  P  S  T  L  S  A  S  V  G  D  R  V  T
  1    D  I  Q  M  T  Q  S  P  S  T  L  S  A  S  V  G  D  R  V  T

 21    I  T  C  R  A  S  Q  S  I  N  T  W  L  A  W  Y  Q  Q  K  P
 21    I  T  C  K  A  S  E  N  V  D  T  Y  V  S  W  Y  Q  Q  K  P

 41    G  K  A  P  K  L  L  M  Y  K  A  S  S  L  E  S  G  V  P  S
 41    G  K  A  P  K  L  L  I  Y  G  A  S  N  R  Y  T  G  V  P  S

 61    R  F  I  G  S  G  S  G  T  E  F  T  L  T  I  S  S  L  Q  P
 61    R  F  S  G  S  G  S  G  T  D  F  T  L  T  I  S  S  L  Q  P

 81    D  D  F  A  T  Y  Y  C  Q  Q  Y  N  S  D  S  K  M  F  G
 81    D  D  F  A  T  Y  Y  C  G  Q  S  Y  N  Y  P  F  T  F  G

100    Q  G  T  K  V  E  V  K
100    Q  G  T  K  V  E  V  K
```

FIGURE 44A

```
  1    Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K  V
  1    Q  V  Q  L  V  Q  S  G  A  E  V  K  K  P  G  S  S  V  K  V

 21    S  C  K  A  S  G  G  T  F  S  R  S  A  I  I  W  V  R  Q  A
 21    S  C  K  A  S  G  Y  I  F  T  S  S  W  I  N  W  V  R  Q  A

 41    P  G  Q  G  L  E  W  M  G  G  I  V  P  M  F  G  P  P  N  Y
 41    P  G  Q  G  L  E  W  M  G  R  I  D  P  S  D  G  E  V  H  Y

 61    A  Q  K  F  Q  G  R  V  T  I  T  A  D  E  S  T  N  T  A  Y
 61    N  Q  D  F  K  D  R  V  T  I  T  A  D  E  S  T  N  T  A  Y

 81    M  E  L  S  S  L  R  S  E  D  T  A  F  Y  F  C  A  G  G  Y
 81    M  E  L  S  S  L  R  S  E  D  T  A  V  Y  Y  C  A  R  G  F

101    G  I  Y  S  P  E  E  Y  N  G  G  L  V  T  V  S  S
101    L  P  W  F  A  D  W  G  Q  G  T  L  V  T  V  S  S
```

FIGURE 44B

rh10

```
        10         20         30         40         50         60
TTTTTTCTAG ACCACCATGG AGACCGATAC CCTCCTGCTA TGGGTCCTCC TGCTATGGGT

        70         80         90        100        110
CCCAGGATCA ACCGGAGATA TTCAGATGAC CCAGTCTCCG TCGACCCTCT CTGCT
```

rh11

```
        10         20         30         40         50         60
TTTTAAGCTT GGGAGCTTTG CCTGGCTTCT GCTGATACCA GGATACATAA GTATCCACAT

        70         80         90        100        110        120
TTTCACTGGC CTTGCAGGTT ATGGTGACCC TATCCCCGAC GCTAGCAGAG AGGTTCCACG
```

rh12

```
        10         20         30         40         50         60
TTTTAAGCTT CTAATTTATG GGGCATCCAA CCGGTACACT GGGGTACCTT CACGCTTCAG

        70         80         90        100        110
TGGCAGTGGA TCTGGGACCG ATTTCACCCT CACAATCAGC TCTCTGCAGC CAGATGAT
```

rh13

```
        10         20         30         40         50         60
TTTTTTCTAG AGCAAAAGTC TACTTACGTT TGACCTCCAC CTTGGTCCCC TGACCGAACG

        70         80         90        100        110        120
TGAATGGATA GTTGTAACTC TGTCCGCAGT AATAAGTGGC GAAATCATCT GGCTCCAGAG
```

## FIGURE 45A

rh20

```
        10         20         30         40         50         60
TTTTTCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGTACCGCG

        70         80         90        100        110
GGCGTGCACT CTCAGGTCCA GCTTGTCCAG TCTGGGGCTG AAGTCAAGAA ACCT
```


rh21

```
        10         20         30         40         50         60
TTTTGAATTC TCGAGACCCT GTCCAGGGGC CTGCCTTACC CAGTTTATCC AGGAGCTAGT

        70         80         90        100        110        120
AAAGATGTAG CCAGAAGCTT TGCAGGAGAC CTTCACGGAG CTCCCAGGTT TCTTGACTTC
```

A


rh22

```
        10         20         30         40         50         60
TTTTGAATTC TCGAGTGGAT GGGAAGGATT GATCCTTCCG ATGGTGAAGT TCACTACAAT

        70         80         90        100        110        120
CAAGATTTCA AGGACCGTGT TACAATTACA GCAGACGAAT CCACCAATAC AGCCTACATG

       130
GAACTGAGCA GCCTGAG
```


rh23

```
        10         20         30         40         50         60
TTTTTCTAGA GGTTTTAAGG ACTCACCTGA GGAGACTGTG ACCAGGGTTC CTTGGCCCCA

        70         80         90        100        110        120
GTCAGCAAAC CAGGGCAGAA ATCCTCTTGC ACAGTAATAG ACTGCAGTGT CCTCTGATCT

       130
CAGGCTGCTC AGTT
```


## FIGURE 45B



FIGURE 46

US 6,180,370 B1

1

# HUMANIZED IMMUNOGLOBULINS AND METHODS OF MAKING THE SAME

## CROSS-REFERENCE TO RELATED APPLICATIONS

This is a continuation in part of application Ser. No. 07/634,278, filed Dec. 19, 1990, U.S. Pat. No. 5,530,101, which is a continuation-in-part application of commonly assigned patent application U.S. Ser. No. 07/590,274, filed Sep. 28, 1990 (now abandoned) and which is a continuation-in-part of U.S. Ser. No. 07/310,252, filed Feb. 13, 1989 (now abandoned), which is a continuation-in-part of U.S. Ser. No. 07/290,975, filed Dec. 28, 1988 (now abandoned). All of these applications are specifically incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates generally to the combination of recombinant DNA and monoclonal antibody technologies for developing novel therapeutic agents and, more particularly, to the! production of non-immunogenic antibodies having strong affinity for a predetermined antigen.

## BACKGROUND OF THE INVENTION

The advent of monoclonal antibody technology in the mid 1970's heralded a new age of medicine. For the first time, researchers and clinicians had access to essentially unlimited quantities of uniform antibodies capable of binding to a predetermined antigenic site and having various immunological effector functions. These proteins, known as "monoclonal antibodies" were thought to hold great promise in, e.g., the removal of harmful cells in vivo. Indeed, the clinical value of monoclonal antibodies seemed limitless for this use alone.

Unfortunately, the development of appropriate therapeutic products based on these proteins has been severely hampered by a number of drawbacks inherent in monoclonal antibody production. For example, most monoclonal antibodies are mouse derived, and thus do not fix human complement well. They also lack other important immunoglobulin functional characteristics when used in humans.

Perhaps most importantly, non-human monoclonal antibodies contain substantial stretches of amino acid sequences that will be immunogenic when injected into a human patient. Numerous studies have shown that after injection of a foreign antibody, the immune response mounted by a patient can be quite strong, essentially eliminating the antibody's therapeutic utility after an initial treatment. Moreover, as increasing numbers of different mouse or other antigenic (to humans) monoclonal antibodies can be expected to be developed to treat various diseases, after one or several treatments with any non-human antibodies, subsequent treatments, even for unrelated therapies, can be ineffective or even dangerous in themselves, because of cross-reactivity.

While the production of so called "chimeric antibodies" (e.g., mouse variable regions joined to human constant regions) has proven somewhat successful, a significant immunogenicity problem remains. Moreover, efforts to immortalize human B-cells or generate human hybridomas capable of producing human immunoglobulins against a desired antigen have been generally unsuccessful, particularly with many important human antigens. Most recently, recombinant DNA technology has been utilized to produce immunoglobulins which have human framework regions

2

combined with complementarity determining regions (CDR's) from a donor mouse or rat immunoglobulin (see, e.g., EPO Publication No. 0239400, which is incorporated herein by reference). These new proteins are called "reshaped" or "humanized" immunoglobulins and the process by which the donor immunoglobulin is converted into a human-like immunoglobulin by combining its CDR's with a human framework is called "humanization". Humanized antibodies are important because they bind to the same antigen as the original antibodies, but are less immunogenic when injected into humans.

However, a major problem with present humanization procedures has been a loss of affinity for the antigen (Jones et al., Nature, 321, 522–525 (1986), in some instances as much as 10-fold or more, especially when the antigen is a protein (Verhoeyen et al., Science, 239, 1534–1536 (1988)). Loss of any affinity is, of course, highly undesirable. At the least, it means that more of the humanized antibody will have to be injected into the patient, at higher cost and greater risk of adverse effects. Even more critically, an antibody with reduced affinity may have poorer biological functions, such as complement lysis, antibody-dependent cellular cytotoxicity, or virus neutralization. For example, the loss of affinity in the partially humanized antibody HuVHCAMP may have caused it to lose all ability to mediate complement lysis (see, Riechmann et al., Nature, 332, 323–327 (1988); Table 1).

Thus, there is a need for improved means for producing humanized antibodies specifically reactive with strong affinity to a predetermined antigen. These humanized immunoglobulins should remain substantially non-immunogenic in humans, yet be easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

## SUMMARY OF THE INVENTION

The present invention provides novel methods for preparing humanized immunoglobulin chains having generally one or more complementarity determining regions (CDR's) from a donor immunoglobulin and a framework region from a human immunoglobulin. The preferred methods comprise first comparing the framework or variable region amino acid sequence of the donor immunoglobulin to corresponding sequences in a collection of human immunoglobulin chains, and selecting as the human immunoglobulin one of the more homologous sequences from the collection. The human immunoglobulin, or acceptor immunoglobulin, sequence is typically selected from a collection of at least 10 to 20 immunoglobulin variable region sequences, and usually will have the highest homology to the donor immunoglobulin sequence of any sequence in the collection. The human immunoglobulin framework sequence will typically have about 65 to 70% homology or more to the donor immunoglobulin framework sequences. The donor immunoglobulin may be either a heavy chain or light chain, and the human collection will contain the same kind of chain. A humanized light and heavy chain can be used to form a complete humanized immunoglobulin or antibody, having two light/heavy chain pairs, with or without partial or full-length human constant regions.

To form the humanized variable region, amino acids in the human acceptor sequence will be replaced by the corresponding amino acids from the donor sequence if they are in the category

(1) the amino acid is in a CDR.

In another embodiment of the present invention, either in conjunction with the above comparison step or separately,

US 6,180,370 B1

3

additional amino acids in the acceptor immunoglobulin chain may be replaced with amino acids from the CDR-donor immunoglobulin chain. More specifically, further optional substitutions of a human framework amino acid of the acceptor immunoglobulin with the corresponding amino acid from a donor immunoglobulin will be made at positions which fall in one or more of the following categories:

(2) the amino acid in the human framework region of the acceptor immunoglobulin is rare for that position and the corresponding amino acid in the donor immunoglobulin is common for that position in human immunoglobulin sequences; or

(3) the amino acid is immediately adjacent to one of the CDR's; or

(4) the amino acid is predicted to be within about 3A of the CDR's in a three-dimensional immunoglobulin model and capable of interacting with the antigen or with the CDR's of the donor or humanized immunoglobulin.

Moreover, an amino acid in the acceptor sequence may optionally be replaced with an amino acid typical for human sequences at that position if

(5) the amino acid in the acceptor immunoglobulin is rare for that position and the corresponding amino acid in the donor immunoglobulin is also rare, relative to other human sequences.

The humanized immunoglobulin chain will typically comprise at least about 3 amino acids from the donor immunoglobulin in addition to the CDR's, usually at least one of which is immediately adjacent to a CDR in the donor immunoglobulin. The heavy and light chains may each be designed by using any one or all three of the position criteria.

When combined into an intact antibody, the humanized light and heavy chains of the present invention will be substantially non-immunogenic in humans and retain substantially the same affinity as the donor immunoglobulin to the antigen (such as a protein or other compound containing an epitope). These affinity levels can vary from about $10^8$ $M^{-1}$ or higher, and may be within about 4 fold, preferably within about 2 fold of the donor immunoglobulin. Ideally, the humanized antibodies will exhibit affinity levels at least about 60 to 90% of the donor immunoglobulin's original affinity to the antigen.

Once designed, the immunoglobulins, including binding fragments and other immunoglobulin forms, of the present invention may be produced readily by a variety of recombinant DNA or other techniques. Preferably, polynucleotides encoding the desired amino acid sequences are produced synthetically and by joining appropriate nucleic acid sequences, with ultimate expression in transfected cells. Notably, the methods of the present invention maximize the likelihood of producing humanized immunoglobulins with optimum binding characteristics without the need for producing intermediate forms that may display stepwise improvements in binding affinity. The humanized immunoglobulins will be particularly useful in treating human disorders susceptible to monoclonal antibody therapy, but find a variety of other uses as well.

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1A and FIG. 1B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:1 and 2) and heavy chain (B) (SEQ ID NOS:3 and 4) variable regions of the mouse anti-Tac antibody (upper lines), compared with the human Eu antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined.

4

Residues in the Eu antibody framework replaced with mouse amino acids in the humanized antibody are double underlined. The number of the first position on each line is given on the left.

FIG. 2A and FIG. 2B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:46 and 47) and heavy chain (B) (SEQ ID NOS:48 AND 49) variable regions of the mouse Fd79 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 3A and FIG. 3B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:50 and 51) and heavy chain (B) (SEQ ID NOS:52 and 53) variable regions of the mouse Fd138-80 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 4A and FIG. 4B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:54 and 55) and heavy chain (B) (SEQ ID NOS:56 and 57) variable regions of the mouse M195 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 5A and FIG. 5B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:58 and 59) and heavy chain (B) (SEQ ID NOS:60 and 61) variable regions of the mouse mik-β1 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 6A and FIG. 6B. Amino acid sequences (1-letter code) of the light chain (A) (SEQ ID NOS:62 and 63) and heavy chain (B) (SEQ ID NOS:64 and 65) variable regions of the mouse CMV5 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined. The number of the first position on each line is given on the left.

FIG. 7A through FIG. 7D. Fluorocytometry of HUT-102 and Jurkat cells stained with anti-Tac antibody or humanized anti-Tac antibody followed respectively by fluorescein-conjugated goat anti-mouse Ig antibody or goat anti-human Ig antibody, as labeled. In each panel, the dotted curve shows the results when the first antibody was omitted, and the solid curve the results when the first and second (conjugated) antibodies were included as described.

FIG. 8A and FIG. 8B. (A) Fluorocytometry of HUT-102 cells stained with 0–40 ng of anti-Tac as indicated, then with biotinylated anti-Tac, and then with phycoerythrin-conjugated avidin. (B) Fluorocytometry of HUT-102 cells

5

6

stained with the indicated antibody, then with biotinylated anti-Tac, and then with phycoerythrin-conjugated avidin.

FIG. 9A and FIG. 9B. Schematic diagram of the plasmids pVg1 (A) and pVk (B). The plasmid pVg1 was constructed from the following fragments: an approximately 4850 base pair BamHI-EcoRI fragment from the plasmid pSV2hph containing the amp and hyg genes; a 630-bp fragment containing the human cytomegalovirus IE1 gene promoter and enhancer flanked at the 5' and 3' by EcoRI and XbaI linkers respectively; and a 2800 bp XbaI-BamHI fragment containing the human gamma-1 constant region gene with 215 bp of the preceding intron and the poly(A) signal. The plasmid pVk was similarly constructed, with a 1530-bp human kappa constant region gene replacing the gamma-1 gene and the gpt replacing the hyg gene.

FIG. 10A and FIG. 10B. Amino acid sequences of the heavy (A) (SEQ ID NOS:5 and 6) and light (B) (SEQ ID NOS:7 and 8) chain variable regions of the PDL and CDR-only humanized anti-Tac antibodies. The PDL sequence is shown on the upper line, the CDR-only sequence below. Amino acid differences are boxed. Complementarity Determining Regions (CDR's) are underlined.

FIG. 11A and FIG. 11B. Double-stranded DNA sequence of fragments encoding the heavy (A) (SEQ ID NO:9) and light (B) (SEQ ID NO:10) chain variable regions of the CDR-only humanized anti-Tac antibody including signal sequences. Oligonucleotides used for gene synthesis are marked by solid lines: above, for oligonucleotides from upper strand, and below, for oligonucleotides from lower strand. Restriction sites used for cloning are underlined.

FIG. 12. FACS analysis of HUT-102 cells stained with PDL and CDR-only humanized anti-Tac antibodies and negative control antibody Fd79.

FIG. 13. Competition by mouse, PDL humanized, and CDR-only humanized anti-Tac antibodies with binding of radioiodinated mouse anti-Tac antibody to HUT-102 cells.

FIG. 14. Scheme for anchored polymerase chain reaction (PCR) cloning of the heavy and light chain variable domain cDNAs. RNA was prepared from about $10^7$ hybridoma cells using the hot phenol extraction method. Briefly, cells were resuspended and vortexed in 1 ml of RNA extraction buffer (50 mM sodium acetate pH 5.2/1% SDS), extracted with 0.5 ml of phenol pH 5.2 at 65° C. for 15 min, followed by another 15 min on ice. The aqueous phase was recovered and precipitated twice with ethanol. cDNA was synthesized from 10 μg of total RNA using reverse transcriptase (BRL, Bethesda, Md.) and oligo-dT$_{12-18}$ (Pharmacia, Piscataway, N.J.) as primers. A poly(dG) tail was attached to the 3' end of the cDNA using terminal deoxynucleotide transferase (BRL) (E. Y. Loh et al., Science 243, 217 (1989)), the variable domain genes (V) were amplified using AmpliTaq (Perkin Elmer-Cetus) with the primer mc045 (TAATCTAGAATTCCCCCCCCCCCCCCCCCC) (SEQ ID NO:11) that hybridized to the poly(dG) tails and primers that hybridized to the constant region genes (C). For the light chain, the primer used was mc045 (TATAGAGCTCAAGCTTGGATGGTGGGAAGATGGA TACAGTTGGTGC) (SEQ ID NO:12). For the heavy chain, the primer used was mc047 (TATAGAGCTCAAGCTTCCAGTGGATAGAC(CAT) GATGGGG(GC)TGT(TC)GTTTTGGC) (SEQ ID NO:13). The sequence in parenthesis indicates a base degeneracy. The degeneracy was introduced so that the primer would be able to hybridize to most gamma chains. The amplified fragments were then digested with EcoRI and HindIII and cloned into pUC18 vector for sequencing.

FIG. 15. Comparison of sequences of anti-Tac heavy chain (upper lines) (SEQ ID NO:14) and Eu heavy chain (lower lines) (SEQ ID NO:15). The 1-letter code for amino acids is used. The first amino acid on each line is numbered at the left. Identical amino acids in the two sequences are connected by lines. The 3 CDRs are underlined. Other amino acid positions for which the anti-Tac amino acid rather than the Eu amino acid was used in the humanized anti-Tac heavy chain are denoted by an *.

FIG. 16. Comparison of sequences of anti-Tac light chain (upper lines) (SEQ ID NO:16) and Eu light chain (lower lines) (SEQ ID NO:17). The single-letter code for amino acids is used. The first amino acid on each line is numbered at the left. Identical amino acids in the two sequences are connected by lines. The 3 CDRs are underlined. Other amino acid positions for which the anti-Tac amino acid rather than the Eu amino acid was used in the humanized anti-Tac heavy chain are denoted by an *.

FIG. 17. Nucleotide sequence of the gene for the humanized anti-Tac heavy chain variable region gene (SEQ ID NOS:18 and 19). The translated amino acid sequence for the part of the gene encoding protein is shown underneath the nucleotide sequence. The nucleotides TCTAGA at the beginning and end of the gene are Xba I sites. The mature heavy chain sequence begins with amino acid #20 Q.

FIG. 18. Nucleotide sequence of the gene for the humanized anti-Tac light chain variable region gene (SEQ ID NOS:20 and 21). The translated amino acid sequence for the part of the gene encoding protein is shown underneath the nucleotide sequence. The nucleotides TCTAGA at the beginning and end of the gene are Xba I sites. The mature light chain sequence begins with amino acid #21 D.

FIG. 19A and FIG. 19B. (A) Sequences of the four oligonucleotides (SEQ ID NOS:22, 23, 24, and 25) used to synthesize the humanized anti-Tac heavy chain gene, printed 5' to 3'. (B) Relative positions of the oligonucleotides. The arrows point in the 3' direction for each oligonucleotide.

FIG. 20A and FIG. 20B. (A) Sequences of the four oligonucleotides (SEQ ID NOS:26, 27, 28, and 29) used to synthesize the humanized anti-Tac light chain gene, printed 5' to 3'. (B) Relative positions of the oligonucleotides. The arrows point in the 3' direction for each oligonucleotide. The position of a Hind III site in the overlap of JFD2 and JFD3 is shown.

FIG. 21. Schematic diagram of the plasmid pHuGTAC1 used to express the humanized anti-Tac heavy chain. Relevant restriction sites are shown, and coding regions of the heavy chain are displayed as boxes. The direction of transcription from the immunoglobulin (Ig) promoter is shown by an arrow. E$_H$=heavy chain enhancer, Hyg=hygromycin resistance gene.

FIG. 22. Schematic diagram of the plasmid pHuLTAC used to express the humanized anti-Tac light chain. Relevant restriction sites are shown, and coding regions of the light chain are displayed as boxes. The direction of transcription from the Ig promoter is shown by an arrow.

FIG. 23A and FIG. 23B. Sequences of the cDNA and translated amino acid sequences of the light chain (A) (SEQ ID NOS:30 and 31) and heavy chain (B) (SEQ ID NOS:32 and 33) variable regions of the antibody mik-β1. The CDR sequences are underlined. The mature light chain protein begins with amino acid 23 Q and the mature heavy chain protein with amino acid 20 Q, preceded by the respective signal sequences.

FIG. 24A and FIG. 24B. Schematic diagram of the plasmids pVg1-dhfr (A) and pVk (B). The plasmid pVg1-

US 6,180,370 B1

7

dhfr contains the following parts: an approximately 4200 base pair SamHI-EcoRI fragment containing the amp and dhfr genes; a 630-bp fragment containing the human cytomegalovirus IE1 gene promoter and enhancer (Boshart et al., *Cell* 41, 521 (1985), which is incorporated herein by reference) flanked at the 5' and 3' ends by EcoRI and XbaI linkers respectively; and a 2800 bp XbaI-BamHI fragment containing the human gamma-1 constant region gene with 215 bp of the preceding intron and the poly(A) signal. The plasmid pVk was similarly constructed, with a 1530-bp human kappa constant region gene replacing the gamma-1 gene and the gpt gene replacing the dhfr gene. The plasmids were constructed from the indicated parts using methods well-known in the art (see, Maniatis et al., *Molecular Cloning: A Laboratory Manual*, 2nd ed., Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y. (1989) and commonly assigned PCT Publication No. WO 89/09622, published Oct. 19, 1989. For example, pVg1-dhfr was constructed from the plasmid pVg1 by replacing the Hind III-Bgl II fragment containing the hyg gene with a 660 bp fragment containing the dhfr gene and extending to a Bgl II site (Simonsen et al., *Proc. Natl. Acad. Sci. USA* 80, 2495 (1983)).

FIG. 25. Fluorocytometry of YTJB cells stained with (____) Isotype matched control antibody, (---) humanized mik-β1 antibody, (...) chimeric mik-β1 antibody. Cells were suspended in FACS buffer (PBS+2% BSA+0.1% azide) at approximately 5×10⁶/ml. 100 μl of cell suspension was transferred to a polystyrene tube and incubated with 100 ng of purified antibody on ice for 30 min. The cells were washed with FACS buffer and incubated with goat anti-human Ig antibody on ice for another 30 min. Then the cells were washed and incubated with FITC labeled rabbit anti-goat Ig antibody for 30 min. The cells were washed again and finally resuspended in PBS+1% paraformaldehyde. Cells were analyzed on a FACSmate (Becton Dickinson).

FIG. 26A and FIG. 26B. Amino acid sequences of the light chain (A) (SEQ ID NOS:34 and 35) and the heavy chain (B) (SEQ ID NOS:36 and 37) of the humanized mik-β1 antibody, (lower lines) and human Lay antibody (upper lines), not including signal sequences. The three CDRs in each chain are underlined. Amino acids in the framework that have been replaced with mouse amino acids or consensus human amino acids in the humanized antibody are double underlined.

FIG. 27A and FIG. 27B. oligonucleotides used in the construction of the humanized mik-β1 heavy chain (B) (SEQ ID NOS:42, 43, 44, and 45) and light chain (A) (SEQ ID NOS:38, 39, 40, and 41). The following pairs of oligo-nucleotides were mixed, extended with sequenase and cut with the indicated enzymes before ligation into the pBlue-scriptII ks (+) vector: wps54 and vc11 with Xba I and Sal I, vc12 and wps57 with Xba I and Sal I, vc16 and vc13 with Xba I and Kpn I, vc14 and vc15 with Xba I and Kpn I. Then the wps54-vc11 and vc12-wps57 fragments were excised with Xba I and Sal I ligated together into the Xba I site of pVg1-dhfr; and the vc16-vc13 fragments and vc14-vc15 fragments were excised with Xba I and Kpn I and ligated together into the Xba I site of pVk.

FIG. 28. Competitive binding of labeled mik-β1 tracer to YTJB cells. About 10⁶ YTJB cells were incubated with 3.0 ng of radio-iodinated mouse mik-β1 antibody (6 μCi/μg) and varying amounts of either unlabeled mouse mik-β1 antibody (●) or humanized mik-β1 antibody (○) in 200 μl of binding buffer (PBS+10% fetal calf serum+0.1% NaN₃+10 μg/ml mouse monoclonal Ig). After incubation for 2 hr at 0° C. the cells were washed twice with binding buffer without mouse

8

Ig and collected by centrifugation. The radioactivity bound to cells was measured and expressed as the ratio of bound/free cpm.

FIG. 29. Inhibition of IL-2 stimulated proliferation of human PHA blasts by humanized mik-β1+humanized anti-Tac antibodies. No antibody added (□), 2 μg each of humanized mik-β1 and humanized anti-Tac added (■).

FIG. 30A through FIG. 30D. Amino acid sequences of the heavy chain (A) (SEQ ID NOS:48 and 49) and the light chain (B) (SEQ ID NOS:46 and 47) of the murine and humanized Fd79 antibodies, and the heavy chain (C) (SEQ ID NOS:52 and 53) and the light chain (D) (SEQ ID NOS:50 and 51) of the murine and humanized Fd138-80 antibodies. The sequences of the murine antibody as deduced from the cDNA (upper lines) are shown aligned with the humanized antibody sequences (lower lines). The humanized Fd79 and Fd138-80 framework sequences are derived from Pom antibody and Eu antibody, respectively. Residues are numbered according to the Kabat system (E.A. Kabat et al., Sequences of Proteins of Immunological Interest (National Institutes of Health, Bethesda, Md.) (1987). The three CDRs in each chain are boxed. Residues in the Pom or Eu framework that have been replaced with murine sequences or consensus human sequences are underlined.

FIG. 31A and FIG. 31B. Fluorocytometry of HSV-1 infected Vero cells stained with Fd79 (A) and Fd138-80 (B) antibodies. (. .) Isotype matched control antibody, (...) humanized antibody, (____) chimeric antibody. Vero cells were infected with HSV-1 (Δ305 mutant (F strain)) at 3 pfu/cell overnight. Cells were trypsinized at 0.5 mg/ml for 1 minute, washed extensively with PBS and resuspended in FACS buffer (PBS+2% BSA+0.1% azide) at approximately 5×10⁶/ml. 100 μl of cell suspension was transferred to a polystyrene tube and incubated with 100 ng of purified antibody on ice for 30 min. The cells were washed with FACS buffer and incubated with FITC labeled goat anti-human antibody (Cappel) on ice for another 30 min. The cells were washed again and finally resuspended in PBS+1% paraformaldehyde. Cells were analyzed on a FACSmate (Becton Dickinson).

FIG. 32A and FIG. 32B. Neutralization of HSV-1 by Fd79 (A) and Fd138-80 (B). serial dilutions of antibodies were mixed with 100 pfu of virus and incubated at 37° C. for 1 hr. The viruses were then inoculated onto 6-well plates with confluent Vero cells and adsorbed at 37° C. for 1 hr. Cells were overlayed with 1% agarose in medium and incubated for 4 days. Plaques were stained with neutral red.

FIG. 33A and FIG. 33B. Immunostaining of infected Vero cell monolayers to examine protection of cells from viral spread in tissue culture by (A) murine or humanized Fd79, (B) murine or humanized Fd138-80. 24-well plates of confluent Vero cells were inoculated with virus at 0.1 pfu/cell and allowed to adsorb for 2 hrs. at 37° C. before adding 200 μl of 10 μg/ml antibodies in medium. At the end of 4 days, culture medium was removed and plates were dried by placing overnight in a 37° C. incubator. To detect viral antigens, each well was incubated with 200 μl of anti-gB antibody at 0.5 μg/ml for 1 hr. at 37° C., washed twice and incubated with 200 μl of peroxidase conjugated goat anti-mouse IgG (Cappel, 1:300 dilution) for 1 hr. at 37° C. The plates were washed and then developed with the substrate 3-amino-9-ethyl-carbazole (AEC) (Sigma, St. Louis, Mo.) for 15 minutes at room temperature. Reaction was stopped by rinsing with water and air dried.

FIG. 34A and FIG. 34B. Sequences of the cDNA and translated amino acid sequences of the light chain (A) (SEQ

9

10

ID NOS:66 and 67) and heavy chain (B) (SEQ ID NOS:68 and 69) variable regions of the antibody M195. The CDR sequences are underlined. The mature light chain protein begins with amino acid 21 D and the mature heavy chain protein with amino acid 20 E, preceded by the respective signal sequences.

FIG. 35. Fluorocytometry of U937 cells stained with (. .) no antibody, (...) humanized M195 antibody, (---) chimeric M195 antibody. Cells were suspended in FACS buffer (PBS+2% FCS+0.1% azide) at approximately 5×10⁶/ml. 100 μl of cell suspension was transferred to a polystyrene tube and incubated with 50 ng of purified antibody on ice for 30 min. The cells were washed with FACS buffer and incubated with FITC labeled goat anti-human Ig antibody on ice for another 30 min. The cells were washed again and finally resuspended in PBS+1% paraformaldehyde. Cells were analyzed on a FACSmate (Becton Dickson).

FIG. 36A and FIG. 36B. Amino acid sequences of the light chain (A) (SEQ ID NOS:70 and 71) and the heavy chain (B) (SEQ ID NOS:72 and 73) of the humanized M195 antibody (lower lines) and human Eu antibody (upper lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the framework that have been replaced with mouse amino acids in the humanized antibody are double underlined.

FIG. 37A and FIG. 37B. Oligonucleotides used in the construction of the humanized M195 heavy chain (A; ma1-4) (SEQ ID NOS:74, 75, 76, and 77) and light chain (B; ma5–8) (SEQ ID NOS:78, 79, 80, and 81). The following pairs of oligonucleotides were mixed, extended with Klenow polymerase and cut with the indicated enzymes before ligation into pUC18: ma1 and ma2 with Xba I and Kpn I, ma3 and ma4 with Xba I and Kpn I, ma5 and ma6 with Xba I and Hind III, ma7 and ma8 with Xba I and Hind III. Then the ma1–ma2 and ma3–ma4 fragments were excised from pUC18 with Xba I and kpn I and ligated together into the Xba I site of pVg1-dhfr; and the ma5–ma6 and ma7–ma8 fragments were excised with Xba I and Hind III and ligated together into the Xba I site of pVk.

FIG. 38. Competitive binding of labeled M195 tracer to U937 cells. About 4×10⁵ U937 cells were incubated with 4.5 ng of radio-iodinated mouse M195 antibody (6 μCi/μg) and varying amounts of either unlabeled mouse M195 antibody (●) or humanized M195 antibody (○) in 200 μl of binding buffer (PBS+2% fetal calf serum+0.1% sodium azide). After incubation for 2 hr at 0° C., the cells were washed twice with binding buffer and collected by centrifugation. The radio-activity bound to cells was measured and is expressed as the ratio of bound/free cpm.

FIG. 39A and FIG. 39B. Sequences of the cDNA and translated amino acid sequences of the light chain (A) (SEQ ID NOS:82 and 83) and heavy chain (B) (SEQ ID NOS:84 and 85) variable regions of the antibody CMV5. The CDR sequences are underlined. The start of the mature protein sequences are indicated by arrows, preceded by the respective signal sequences.

FIG. 40A and FIG. 40B. Amino acid sequences of the light chain (A) (SEQ ID NOS:86 and 87) and the heavy chain (B) (SEQ ID NOS:88 and 89) of the humanized CMV5 antibody (lower lines) and human Wol antibody (upper lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the framework replaced with mouse amino acids or typical human amino acids in the humanized antibody are double underlined.

FIG. 41A and FIG. 41B. oligonucleotides used in the construction of the humanized CMV5 light chain (A;

jb16–jb19) (SEQ ID NOS:90, 91, 92, and 93) and heavy chain (B; jb20–jb22) (SEQ ID NOS:94, 95, 96, and 97). The following pairs of oligonucleotides were mixed, extended with Klenow polymerase and cut with the indicated enzymes before ligation into pUC18: jb16 and jb17 with Xba I and EcoR I, jb18 and jb19 with Xba I and EcoR I, jb20 and jb21 with Xba I and Kpn I, jb22 and jb23 with Xba I and Kpn I. Then the jb16–jb17 and jb18–jb19 fragments were excised with Xba I and Mlu I and ligated together into the Xba I site of pVk; and the jb20–jb21 and jb22–jb23 fragments were excised with Xba I and Kpn I and ligated together into the Xba I site of pVg1-dhfr.

FIG. 42. Competitive binding of labeled CMV5 tracer to CMV-infected cells. Increasing amounts of mouse (●) or humanized (○) CMV5 antibody was added to CMV-infected HEL cells with tracer radio-iodinated mouse CMV5, and the amount of tracer bound to the cells was determined.

FIG. 43A and FIG. 43B. Sequences of the cDNA and translated amino acid sequences of the light chain (A) (SEQ ID NOS:98 and 99) and heavy chain (B) (SEQ ID NOS:100 and 101) variable regions of the antibody AF2. The CDR sequences are underlined. The mature light chain protein begins with amino acid 30 N and the mature heavy chain protein with amino acid 36 Q, preceded by the respective signal sequences.

FIG. 44A and FIG. 44B. Amino acid sequences of the light chain (A) (SEQ ID NOS:102 and 103) and the heavy chain (B) (SEQ ID NOS:104 and 105) of the humanized AF2 antibody (lower lines) and human Eu antibody (upper lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the framework that have been replaced with mouse amino acids or typical human amino acids in the humanized antibody are double underlined.

FIG. 45A and FIG. 45B. Oligonucleotides used in the construction of the humanized AF2 light chain (A; rh10–rh13) (SEQ ID NOS:106, 107, 108, and 109) and heavy chain (B; rh20–23) (SEQ ID NOS:110, 111, 112, and 113). The following pairs of oligonucleotides were mixed, extended with Klenow polymerase and cut with the indicated enzymes before ligation into pUC18: rh10 and rh11 with Xba I and Hind III, rh12 and rh13 with Xba I and Hind III, rh20 and rh21 with Xba I and EcoR I, rh22 and rh23 with Xba I and EcoR I. Then the rh10–rh11 and rh12–rh13 fragments were excised with Xba I and Hind III and ligated together into then Xba I site of pVk; and the rh20–rh21 and rh22–rh23 fragments were excised with Xba I and Xho I and ligated together into the Xba I site of pVg1-dhfr.

FIG. 46. Fluorescence of HS294T cells incubated with γ-IFN plus varying concentrations of mouse AF2 antibody, and stained with an anti-HLA-D antibody.

## DETAILED DESCRIPTION OF THE INVENTION

In accordance with the present invention, novel means of designing humanized immunoglobulins capable of specifically binding to a predetermined antigen with strong affinity are provided. These improved methods produce immunoglobulins that are substantially non-immunogenic in humans but have binding affinities of at least about 10⁸ M⁻¹, preferably 10⁹ M⁻¹ to 10¹⁰ M⁻¹, or stronger. The humanized immunoglobulins will have a human framework and have one or more complementary determining regions (CDR's), plus a limited number of other amino acids, from a donor immunoglobulin specifically reactive with an antigen. The

US 6,180,370 B1

11

immunoglobulins can be produced economically in large quantities and find use, for example, in the treatment of various human disorders by a variety of techniques.

In order that the invention may be more completely understood, several definitions are set forth. As used herein, the term "immunoglobulin" refers to a protein consisting of one or more polypeptides substantially encoded by immunoglobulin genes. The recognized immunoglobulin genes include the kappa, lambda, alpha, gamma ($IgG_1$, $IgG_2$, $IgG_3$, $IgG_4$), delta, epsilon and mu constant region genes, as well as the myriad immunoglobulin variable region genes. Full-length immunoglobulin "light chains" (about 25 Kd or 214 amino acids) are encoded by a variable region gene at the NH2-terminus (about 110 amino acids) and a kappa or lambda constant region gene at the COOH—terminus. Full-length immunoglobulin "heavy chains" (about 50 Kd or 446 amino acids), are similarly encoded by a variable region gene (about 116 amino acids) and one of the other aforementioned constant region genes, e.g., gamma (encoding about 330 amino acids).

One form of immunoglobulin constitutes the basic structural unit of an antibody. This form is a tetramer and consists of two identical pairs of immunoglobulin chains, each pair having one light and one heavy chain. In each pair, the light and heavy chain variable regions are together responsible for binding to an antigen, and the constant regions are responsible for the antibody effector functions. In addition to antibodies, immunoglobulins may exist in a variety of other forms including, for example, Fv, Fab, and (Fab')$_2$, as well as bifunctional hybrid antibodies (e.g., Lanzavecchia et al., *Eur. J. Immunol.* 17, 105 (1987)) and in single chains (e.g., Huston et al., *Proc. Natl. Acad. Sci. U.S.A.*, 85, 5879–5883 (1988) and Bird et al., *Science*, 242, 423–426 (1988), which are incorporated herein by reference). (See, generally, Hood et al., "Immunology", Benjamin, N.Y., 2nd ed. (1984), and Hunkapiller and Hood, *Nature*, 323, 15–16 (1986), which are incorporated herein by reference).

An immunoglobulin light or heavy chain variable region consists of a "framework" region interrupted by three hypervariable regions, also called CDR's. The extent of the framework region and CDR's have been precisely defined (see, "Sequences of Proteins of Immunological Interest," E. Kabat et al., U.S. Department of Health and Human Services, (1983); which is incorporated herein by reference). The sequences of the framework regions of different light or heavy chains are relatively conserved within a species. As used herein, a "human framework region" is a framework region that is substantially identical (about 85% or more, usually 90–95% or more) to the framework region of a naturally occurring human immunoglobulin. The framework region of an antibody, that is the combined framework regions of the constituent light and heavy chains, serves to position and align the CDR's. The CDR's are primarily responsible for binding to an epitope of an antigen.

Chimeric antibodies are antibodies whose light and heavy chain genes have been constructed, typically by genetic engineering, from immunoglobulin variable and constant region genes belonging to different species. For example, the variable segments of the genes from a mouse monoclonal antibody may be joined to human constant segments, such as gamma 1 and gamma 3. A typical therapeutic chimeric antibody is thus a hybrid protein composed of the variable or antigen-binding domain from a mouse antibody and the constant or effector domain from a human antibody (e.g., A.T.C.C. Accession No. CRL 9688 secretes an anti-Tac chimeric antibody), although other mammalian species may be used.

12

As used herein, the term "humanized" immunoglobulin refers to an immunoglobulin comprising a human framework region and one or more CDR's from a non-human (usually a mouse or rat) immunoglobulin. The non-human immunoglobulin providing the CDR's is called the "donor" and the human immunoglobulin providing the framework is called the "acceptor". Constant regions need not be present, but if they are, they must be substantially identical to human immunoglobulin constant regions, i.e., at least about 85–90%, preferably about 95% or more identical. Hence, all parts of a humanized immunoglobulin, except possibly the CDR's, are substantially identical to corresponding parts of natural human immunoglobulin sequences. A "humanized antibody" is an antibody comprising a humanized light chain and a humanized heavy chain immunoglobulin. For example, a humanized antibody would not encompass a typical chimeric antibody as defined above, e.g., because the entire variable region of a chimeric antibody is non-human. One says that the donor antibody has been "humanized", by the process of "humanization", because the resultant humanized antibody is expected to bind to the same antigen as the donor antibody that provides the CDR's.

It is understood that the humanized antibodies designed by the present method may have additional conservative amino acid substitutions which have substantially no effect on antigen binding or other immunoglobulin functions. By conservative substitutions is intended combinations such as gly, ala; val, ile, leu; asp, glu; asn, gln; ser, thr; lys, arg; and phe, tyr.

Humanized immunoglobulins, including humanized antibodies, have been constructed by means of genetic engineering. Most humanized immunoglobulins that have been previously described (Jones et al., *op. cit.*; Verhoeyen et al., *op. cit.*; Riechmann et al., *op. cit.*) have comprised a framework that is identical to the framework of a particular human immunoglobulin chain, the acceptor, and three CDR's from a non-human donor immunoglobulin chain. In one case (Riechmann et al., *op. cit.*), two additional amino acids in the framework were changed to be the same as amino acids in other human framework regions. The present invention includes criteria by which a limited number of amino acids in the framework of a humanized immunoglobulin chain are chosen to be the same as the amino acids at those positions in the donor rather than in the acceptor, in order to increase the affinity of an antibody comprising the humanized immunoglobulin chain.

The present invention is based in part on the model that two contributing causes of the loss of affinity in prior means of producing humanized antibodies (using as examples mouse antibodies as the source of CDR's) are:

(1) When the mouse CDR's are combined with the human framework, the amino acids in the framework close to the CDR's become human instead of mouse. Without intending to be bound by theory, we believe that these changed amino acids may slightly distort the CDR's, because they create different electrostatic or hydrophobic forces than in the donor mouse antibody, and the distorted CDR's may not make as effective contacts with the antigen as the CDR's did in the donor antibody;

(2) Also, amino acids in the original mouse antibody that are close to, but not part of, the CDR's (i.e., still part of the framework), may make contacts with the antigen that contribute to affinity. These amino acids are lost when the antibody is humanized, because all framework amino acids are made human.

To avoid these problems, and to produce humanized antibodies that have a very strong affinity for a desired antigen, the present invention uses one or more of the

US 6,180,370 B1

13

following principles for designing humanized immunoglobulins. Also, the criteria may be used singly, or when necessary in combination, to achieve the desired affinity or other characteristics.

A principle is that as acceptor, a framework is used from a particular human immunoglobulin that is unusually homologous to the donor immunoglobulin to be humanized, or use a consensus framework from many human antibodies. For example, comparison of the sequence of a mouse heavy (or light) chain variable region against human heavy (or light) variable regions in a data bank (for example, the National Biomedical Research Foundation Protein Identification Resource) shows that the extent of homology to different human regions varies greatly, typically from about 40% to about 60–70%. By choosing as the acceptor immunoglobulin one of the human heavy (respectively light) chain variable regions that is most homologous to the heavy (respectively light) chain variable region of the donor immunoglobulin, fewer amino acids will be changed in going from the donor immunoglobulin to the humanized immunoglobulin. Hence, and again without intending to be bound by theory, it is believed that there is a smaller chance of changing an amino acid near the CDR's that distorts their conformation. Moreover, the precise overall shape of a humanized antibody comprising the humanized immunoglobulin chain may more closely resemble the shape of the donor antibody, also reducing the chance of distorting the CDR's.

Typically, one of the 3–5 most homologous heavy chain variable region sequences in a representative collection of at least about 10 to 20 distinct human heavy chains will be chosen as acceptor to provide the heavy chain framework, and similarly for the light chain. Preferably, one of the 1–3 most homologous variable regions will be used. The selected acceptor immunoglobulin chain will most preferably have at least about 65% homology in the framework region to the donor immunoglobulin.

In many cases, it may be considered preferable to use light and heavy chains from the same human antibody as acceptor sequences, to be sure the humanized light and heavy chains will make favorable contacts with each other. In this case, the donor light and heavy chains will be compared only against chains from human antibodies whose complete sequence is known, e.g., the Eu, Lay, Pom, Wol, Sie, Gal, Ou and WEA antibodies (Kabat et al., *op. cit.*; occasionally, the last few amino acids of a human chain are not known and must be deduced by homology to other human antibodies). The human antibody will be chosen in which the light and heavy chain variable regions sequences, taken together, are overall most homologous to the donor light and heavy chain variable region sequences. Sometimes greater weight will be given to the heavy chain sequence. The chosen human antibody will then provide both light and heavy chain acceptor sequences. In practice, it is often found that the human Eu antibody will serve this role.

Regardless of how the acceptor immunoglobulin is chosen, higher affinity may be achieved by selecting a small number of amino acids in the framework of the humanized immunoglobulin chain to be the same as the amino acids at those positions in the donor rather than in the acceptor. A second principle is that the following categories define what amino acids may be selected from the donor. Preferably, at many or all amino acid positions in one of these categories, the donor amino acid will in fact be selected.

Category 1: The amino acid position is in a CDR is defined by Kabat et al., *op. cit.*

Category 2: If an amino acid in the framework of the human acceptor immunoglobulin is unusual (i.e., "rare",

14

which as used herein indicates an amino acid occurring at that position in less than about 20% but usually less than about 10% of human heavy (respectively light) chain V region sequences in a representative data bank), and if the donor amino acid at that position is typical for human sequences (i.e., "common", which as used herein indicates an amino acid occurring in more than about 25% but usually more than about 50% of sequences in a representative data bank), then the donor amino acid rather than the acceptor may be selected. This criterion helps ensure that an atypical amino acid in the human framework does not disrupt the antibody structure. Moreover, by replacing an unusual amino acid with an amino acid from the donor antibody that happens to be typical for human antibodies, the humanized antibody may be made less immunogenic.

All human light and heavy chain variable region sequences are respectively grouped into "subgroups" of sequences that are especially homologous to each other and have the same amino acids at certain critical positions (Kabat et al., *op. cit.*). When deciding whether an amino acid in a human acceptor sequence is "rare" or "common" among human sequences, it will often be preferable to consider only those human sequences in the same subgroup as the acceptor sequence.

Category 3: In the positions immediately adjacent to one or more of the 3 CDR's in the primary sequence of the humanized immunoglobulin chain, the donor amino acid(s) rather than acceptor amino acid may be selected. These amino acids are particularly likely to interact with the amino acids in the CDR's and, if chosen from the acceptor, to distort the donor CDR's and reduce affinity. Moreover, the adjacent amino acids may interact directly with the antigen (Amit et al., *Science*, 233, 747–753 (1986), which is incorporated herein by reference) and selecting these amino acids from the donor may be desirable to keep all the antigen contacts that provide affinity in the original antibody.

Category 4: A 3-dimensional model, typically of the original donor antibody, shows that certain amino acids outside of the CDR's are close to the CDR's and have a good probability of interacting with amino acids in the CDR's by hydrogen bonding, Van der Waals forces, hydrophobic interactions, etc. At those amino acid positions, the donor immunoglobulin amino acid rather than the acceptor immunoglobulin amino acid may be selected. Amino acids according to this criterion will generally have a side chain atom within about 3 angstrom units of some atom in the CDR's and must contain an atom that could interact with the CDR atoms according to established chemical forces, such as those listed above.

In the case of atoms that may form a hydrogen bond, the 3 angstroms is measured between their nuclei, but for atoms that do not form a bond, the 3 angstroms is measured between their Van der Waals surfaces. Hence, in the latter case, the nuclei must be within about 6 angstroms (3+sum of the Van der Waals radii) for the atoms to be considered capable of interacting. In many cases the nuclei will be from 4 or 5 to 6A apart. In determining whether an amino acid can interact with the CDRs, it is preferred not to consider the last 8 amino acids of heavy CDR 2 as part of the CDRs, because from the viewpoint of structure, these 8 amino acids behave more as part of the framework.

Amino acids in the framework that are capable of interacting with amino acids in the CDR's, and which therefore belong to Category 4, may be distinguished in another way. The solvent accessible surface area of each framework amino acid is calculated in two ways: (1) in the intact antibody, and (2) in a hypothetical molecule consisting of

US 6,180,370 B1

15                                                                     16

the antibody with its CDRs removed. A significant difference between these numbers of about 10 square angstroms or more shows that access of the framework amino acid to solvent is at least partly blocked by the CDRs, and therefore that the amino acid is making contact with the CDRs. Solvent accessible surface area of an amino acid may be calculated based on a 3-dimensional model of an antibody, using algorithms known in the art (e.g., Connolly, *J. Appl. Cryst.* 16, 548 (1983) and Lee and Richards, *J. Mol. Biol.* 55, 379 (1971), both of which are incorporated herein by reference). Framework amino acids may also occasionally interact with the CDR's indirectly, by affecting the conformation of another framework amino acid that in turn contacts the CDR's.

The amino acids at several positions in the framework are known to be capable of interacting with the CDRs in many antibodies (Chothia and Lesk, *J. Mol. Biol.* 196, 901 (1987), Chothia et al., *Nature* 342, 877 (1989), and Tramontano et al., *J. Mol. Biol.* 215, 175 (1990), all of which are incorporated herein by reference), notably at positions 2, 48, 64 and 71 of the light chain and 26–30, 71 and 94 of the heavy chain (numbering according to Kabat, *op. cit.*), and therefore these amino acids will generally be in Category 4. Typically, humanized immunoglobulins, of the present invention will include donor amino acids (where different) in category 4 in addition to these. The amino acids at positions 35 in the light chain and 93 and 103 in the heavy chain are also likely to interact with the CDRs. At all these numbered positions, choice of the donor amino acid rather than the acceptor amino acid (when they differ) to be in the humanized immunoglobulin is preferred. On the other hand, certain positions that may be in Category 4 such as the first 5 amino acids of the light chain may sometimes be chosen from the acceptor immunoglobulin without loss of affinity in the humanized immunoglobulin.

Chothia and Lesk (*op. cit.*) define the CDRs differently from Kabat et al. (*op. cit.*). Notably, CDR1 is defined as including residues 26–32. Accordingly, Riechmann et al., (*op. cit.*) chose these amino acids from the donor immunoglobulins.

Computer programs to create models of proteins such as antibodies are generally available and well known to those skilled in the art (see, Levy et al., *Biochemistry*, 28, 7168–7175 (1989); Bruccoleri et al., *Nature*, 335, 564–568 (1988); Chothia et al., *Science*, 233, 755–758 (1986), all of which are incorporated herein by reference). These do not form part of the invention. Indeed, because all antibodies have similar structures, the known antibody structures, which are available from the Brookhaven Protein Data Bank, can be used if necessary as rough models of other antibodies. Commercially available computer programs can be used to display these models on a computer monitor, to calculate the distance between atoms, and to estimate the likelihood of different amino acids interacting (see, Ferrin et al., *J. Mol. Graphics*, 6, 13–27 (1988)).

In addition to the above categories, which describe when an amino acid in the humanized immunoglobulin may be taken from the donor, certain amino acids in the humanized immunoglobulin may be taken from neither the donor nor acceptor, if then fall in:

Category 5: If the amino acid at a given position in the donor immunoglobulin is "rare" for human sequences, and the amino acid at that position in the acceptor immunoglobulin is also "rare" for human sequences, as defined above, then the amino acid at that position in the humanized immunoglobulin may be chosen to be some amino acid "typical" of human sequences. A preferred choice is the

amino acid that occurs most often at that position in the known human sequences belonging to the same subgroup as the acceptor sequence.

Humanized antibodies generally have at least three potential advantages over mouse or in some cases chimeric antibodies for use in human therapy:

1) Because the effector portion is human, it may interact better with the other parts of the human immune system (e.g., destroy the target cells more efficiently by complement-dependent cytotoxicity (CDC) or antibody-dependent cellular cytotoxicity (ADCC)).

2) The human immune system should not recognize the framework or constant region of the humanized antibody as foreign, and therefore the antibody response against such an injected antibody should be less than against a totally foreign mouse antibody or a partially foreign chimeric antibody.

3) Injected mouse antibodies have been reported to have a half-life in the human circulation much shorter than the half-life of normal antibodies (D. Shaw et al., *J. Immunol.*, 138, 4534–4538 (1987)). Injected humanized antibodies will presumably have a half-life more similar to naturally occurring human antibodies, allowing smaller and less frequent doses to be given.

In one aspect, the present invention is directed to designing humanized immunoglobulins that are produced by expressing recombinant DNA segments encoding the heavy and light chain CDR's from a donor immunoglobulin capable of binding to a desired antigen, such as the human IL-2 receptor, attached to DNA segments encoding acceptor human framework regions. Exemplary DNA sequences designed in accordance with the present invention code for the polypeptide chains comprising heavy and light chain CDR's with substantially human framework regions shown in FIG. 1A through FIG. 6B. Due to codon degeneracy and non-critical amino acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below. In general, the criteria of the present invention find applicability to designing substantially any humanized immunoglobulin.

The DNA segments will typically further include an expression control DNA sequence operably linked to the humanized immunoglobulin coding sequences, including naturally-associated or heterologous promoter regions. Preferably, the expression control sequences will be eukaryotic promoter systems in vectors capable of transforming or transfecting eukaryotic host cells, but control sequences for prokaryotic hosts may also be used. Once the vector has been incorporated into the appropriate host, the host is maintained under conditions suitable for high level expression of the nucleotide sequences, and, as desired, the collection and purification of the humanized light chains, heavy chains, light/heavy chain dimers or intact antibodies, binding fragments or other immunoglobulin forms may follow (see, S. Beychok, *Cells of Immunoglobulin Synthesis*, Academic Press, New York, (1979), which is incorporated herein by reference).

Human constant region DNA sequences can be isolated in accordance with well known procedures from a variety of human cells, but preferably immortalized B-cells (see, Kabat *op. cit.* and WP87/02671). The CDR's for producing the immunoglobulins of the present invention will be similarly derived from monoclonal antibodies capable of binding to the predetermined antigen, such as the human IL-2 receptor, and produced by well known methods in any convenient mammalian source including, mice, rats, rabbits, or other vertebrates, capable of producing antibodies. Suitable

17

source cells for the constant region and framework DNA sequences, and host cells for immunoglobulin expression and secretion, can be obtained from a number of sources, such as the American Type Culture Collection ("Catalogue of Cell Lines and Hybridomas," sixth edition (1988) Rockville, Md., U.S.A., which is incorporated herein by reference).

In addition to the humanized immunoglobulins specifically described herein, other "substantially homologous" modified immunoglobulins to the native sequences can be readily designed and manufactured utilizing various recombinant DNA techniques well known to those skilled in the art. For example, the framework regions can vary specifically from the sequences in FIG. 1A through FIG. 6B at the primary structure level by several amino acid substitutions, terminal and intermediate additions and deletions, and the like. Moreover, a variety of different human framework regions may be used singly or in combination as a basis for the humanized immunoglobulins of the present invention. In general, modifications of the genes may be readily accomplished by a variety of well-known techniques, such as site-directed mutagenesis (see, Gillman and Smith, *Gene*, 8, 81–97 (1979) and S. Roberts et al., *Nature*, 328, 731–734 (1987), both of which are incorporated herein by reference).

Substantially homologous immunoglobulin sequences are those which exhibit at least about 85% homology, usually at least about 90%, and preferably at least about 95% homology with a reference immunoglobulin protein.

Alternatively, polypeptide fragments comprising only a portion of the primary antibody structure may be produced, which fragments possess one or more immunoglobulin activities (e.g., complement fixation activity). These polypeptide fragments may be produced by proteolytic cleavage of intact antibodies by methods well known in the art, or by inserting stop codons at the desired locations in the vectors pVk and pVg1 (FIGS. 9A and 9B) using site-directed mutagenesis, such as after CH1 to produce Fab fragments or after the hinge region to produce (Fab')$_2$ fragments. Single chain antibodies may be produced by joining V$_L$ and V$_H$ with a DNA linker (see, Huston et al., op. cit., and Bird et al., op. cit.). Also because like many genes, the immunoglobulin-related genes contain separate functional regions, each having one or more distinct biological activities, the genes may be fused to functional regions from other genes (e.g., enzymes, see, commonly assigned U.S. Pat. No. 5,004,692) to produce fusion proteins (e.g., immunotoxins) having novel properties. The nucleic acid sequences of the present invention capable of ultimately expressing the desired humanized antibodies can be formed from a variety of different polynucleotides (genomic or cDNA, RNA, synthetic oligonucleotides, etc.) and components (e.g., V, J, D, and C regions), as well as by a variety of different techniques. Joining appropriate synthetic and genomic sequences is presently the most common method of production, but cDNA sequences may also be utilized (see, European Pat. Publication No. 0239400 and L. Reichmann et al., *Nature*, 332, 323–327 (1988), both of which are incorporated herein by reference).

As stated previously, the DNA sequences will be expressed in hosts after the sequences have been operably linked to (i.e., positioned to ensure the functioning of) an expression control sequence. These expression vectors are typically replicable in the host organisms either as episomes or as an integral part of the host chromosomal DNA. Commonly, expression vectors will contain selection markers, e.g., tetracycline or neomycin, to permit detection of those cells transformed with the desired DNA sequences

18

(see, e.g., U.S. Pat. No. 4,704,362, which is incorporated herein by reference).

*E. coli* is one prokaryotic host useful particularly for cloning the DNA sequences of the present invention. Other microbial hosts suitable for use include bacilli, such as *Bacillus subtilus*, and other enterobacteriaceae, such as Salmonella, Serratia, and various Pseudomonas species. In these prokaryotic hosts, one can also make expression vectors, which will typically contain expression control sequences compatible with the host cell (e.g., an origin of replication). In addition, any number of a variety of well-known promoters will be present, such as the lactose promoter system, a tryptophan (trp) promoter system, a beta-lactamase promoter system, or a promoter system from phage lambda. The promoters will typically control expression, optionally with an operator sequence, and have ribosome binding site sequences and the like, for initiating and completing transcription and translation.

Other microbes, such as yeast, may also be used for expression. Saccharomyces is a preferred host, with suitable vectors having expression control sequences, such as promoters, including 3-phosphoglycerate kinase or other glycolytic enzymes, and an origin of replication, termination sequences and the like as desired.

In addition to microorganisms, mammalian tissue cell culture may also be used to express and produce the polypeptides of the present invention (see, Winnacker, "From Genes to Clones," VCH Publishers, New York, N.Y. (1987), which is incorporated herein by reference). Eukaryotic cells are actually preferred, because a number of suitable host cell lines capable of secreting intact immunoglobulins have been developed in the art, and include the CHO cell lines, various COS cell lines, HeLa cells, preferably myeloma cell lines, etc, and transformed B-cells or hybridomas. Expression vectors for these cells can include expression control sequences, such as an origin of replication, a promoter, an enhancer (Queen et al., *Immunol. Rev.*, 89, 49–68 (1986), which is incorporated herein by reference), and necessary processing information sites, such as ribosome binding sites, RNA splice sites, polyadenylation sites, and transcriptional terminator sequences. Preferred expression control sequences are promoters derived from immunoglobulin genes, SV40, Adenovirus, cytomegalovirus, Bovine Papilloma Virus, and the like.

The vectors containing the DNA sequences of interest (edg., the heavy and light chain encoding sequences and expression control sequences) can be transferred into the host cell by well-known methods, which vary depending on the type of cellular host. For example, calcium chloride transfection is commonly utilized for prokaryotic cells, whereas calcium phosphate treatment or electroporation may be used for other cellular hosts. (See, generally, Maniatis et al., Molecular Cloning: A Laboratory Manual, Cold Spring Harbor Press, (1982), which is incorporated herein by reference.)

Once expressed, the whole antibodies, their dimers, individual light and heavy chains, or other immunoglobulin forms of the present invention, can be purified according to standard procedures of the art, including ammonium sulfate precipitation, affinity columns, column chromatography, gel electrophoresis and the like (see, generally, R. Scopes, "Protein Purification", Springer-Verlag, N.Y. (1982)). Substantially pure immunoglobulins of at least about 90 to 95% homogeneity are preferred, and 98 to 99% or more homogeneity most preferred, for pharmaceutical uses. Once purified, partially or to homogeneity as desired, the polypeptides may then be used therapeutically (including

US 6,180,370 B1

19

extracorporeally) or in developing and performing assay procedures, immunofluorescent stainings, and the like. (See, generally, *Immunological Methods*, Vols. I and II, Lefkovits and Pernis, eds., Academic Press, New York, N.Y. (1979 and 1981)).

The antibodies of the present invention will typically find use individually in treating substantially any disease susceptible to monoclonal antibody-based therapy. In particular, the immunoglobulins can be used for passive immunization or the removal of unwanted cells or antigens, such as by complement mediated lysis, all without substantial immune reactions (e.g., anaphylactic shock) associated with many prior antibodies. For example, where the cell linked to a disease has been identified as IL-2 receptor bearing, then humanized antibodies that bind to the human IL-2 receptor are suitable (see, U.S. Ser. No. 085,707, entitled "Treating Human Malignancies and Disorders," which is incorporated herein by reference). For such a humanized immunoglobulin, typical disease states suitable for treatment include graft versus host disease and transplant rejection in patients undergoing an organ transplant, such as heart, lungs, kidneys, liver, etc. Other diseases include autoimmune diseases, such as Type I diabetes, multiple sclerosis, rheumatoid arthritis, systemic lupus erythematosus, and myasthenia gravis.

The method of producing humanized antibodies of the present invention can be used to humanize a variety of donor antibodies, especially monoclonal antibodies reactive with markers on cells responsible for a disease. For example, suitable antibodies bind to antigens on T-cells, such as those grouped into the so-called "Clusters of Differentiation," as named by the First International Leukocyte Differentiation Workshop, Leukocyte Typing, Bernard et al., Eds., Springer-Verlag, N.Y. (1984), which is incorporated herein by reference.

The antibodies of the present invention can also be used as separately administered compositions given in conjunction with chemotherapeutic or immunosuppressive agents. Possible agents include cyclosporin A or a purine analog (e.g., methotrexate, 6-mercaptopurine, or the like), but numerous additional agents (e.g., cyclophosphamide, prednisone, etc.) well-known to those skilled in the art of medicine may also be utilized.

A preferred pharmaceutical composition of the present invention comprises the use of the subject antibodies in immunotoxins. Immunotoxins are characterized by two components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery vehicle," provides a means for delivering the toxic agent to a particular cell type, such as cells comprising a carcinoma. The two components are commonly chemically bonded together by any of a variety of well-known chemical procedures. For example, when the cytotoxic agent is a protein and the second component is an intact immunoglobulin, the linkage may be by way of heterobifunctional cross-linkers, e.g., SPDP, carbodiimide, glutaraldehyde, or the like. Production of various immunotoxins is well-known with the art, and can be found, for example in "Monoclonal Antibody-Toxin Conjugates: Aiming the Magic Bullet," Thorpe et al., *Monoclonal Antibodies in Clinical Medicine*, Academic Press, pp. 168–190 (1982), which is incorporated herein by reference. The components may also be linked genetically (see, Chaudhary et al., *Nature* 339, 394 (1989), which is herein incorporated by reference).

A variety of cytotoxic agents are suitable for use in immunotoxins. Cytotoxic agents can include radionuclides,

20

such as Iodine-131 or other isotopes of iodine, Yttrium-90, Rhenium-188, and Bismuth-212 or other alpha emitters; a number of chemotherapeutic drugs, such as vindesine, methotrexate, adriamycin, and cisplatinum; and cytotoxic proteins such as ribosomal inhibiting proteins like pokeweed antiviral protein, Pseudomonas exotoxin A, ricin, diphtheria toxin, ricin A chain, etc., or an agent active at the cell surface, such as the phospholipase enzymes (e.g., phospholipase C). (See, generally, "Chimeric Toxins," Olsnes and Phil, *Pharmac. Ther.*, 25, 355–381 (1982), and "Monoclonal Antibodies for Cancer Detection and Therapy," eds. Baldwin and Byers, pp. 159–179, 224–266, Academic Press (1985), all of which are incorporated herein by reference.)

The delivery component of the immunotoxin will include the humanized immunoglobulins of the present invention. Intact immunoglobulins or their binding fragments, such as Fab, are preferably used. Typically, the antibodies in the immunotoxins will be of the human IgM or IgG isotype, but other mammalian constant regions may be utilized as desired.

For diagnostic purposes, the antibodies may either be labeled or unlabeled. Unlabeled antibodies can be used in combination with other labeled antibodies (second antibodies) that are reactive with the humanized antibody, such as antibodies specific for human immunoglobulin constant regions. Alternatively, the antibodies can be directly labeled. A wide variety of labels may be employed, such as radionuclides, fluors, enzymes, enzyme substrates, enzyme co-factors, enzyme inhibitors, ligands (particularly haptens), etc. Numerous types of immunoassays are available and are well known to those skilled in the art.

### Anti-IL-2 Receptor Antibodies

To exert its biological effects, IL-2 interacts with a specific high-affinity membrane receptor (Greene, W., et al., *Progress in Hematology XIV*, E. Brown, Ed., Grune and Statton, New York (1986), at pgs. 283 ff and Waldmann, Ann. Rev. Biochem. 58, 875 (1989), both of which are incorporated herein by reference). The human IL-2 receptor is a complex multichain glycoprotein, with one chain, known as the Tac peptide, being about 55 kD in size (see, Leonard, W., et al., *J. Biol. Chem.* 260, 1872 (1985), which is incorporated herein by reference). A gene encoding this protein has been isolated, and predicts a 272 amino acid peptide, including a 21 amino acid signal peptide (see, Leonard, W., et al., *Nature* 311, 626 (1984)). The 219 NH$_2$-terminal amino acids of the p55 Tac protein apparently comprise an extracellular domain (see, Leonard, W., et al., *Science*, 230, 633–639 (1985), which is incorporated herein by reference).

Much of the elucidation of the human IL-2 receptor's structure and function is due to the development of specifically reactive monoclonal antibodies. In particular, one mouse monoclonal antibody, known as anti-Tac (Uchiyama, et al., *J. Immunol.* 126, 1393 (1981)) has been used to show that IL-2 receptors can be detected on T-cells, but also on cells of the monocyte-macrophage family, Kupffer cells of the liver, Langerhans' cells of the skin and, of course, activated T-cells. Importantly, resting T-cells, B-cells or circulating macrophages typically do not display the IL-2 receptor (Herrmann, et al., *J. Exp. Med.* 162, 1111 (1985)).

The anti-Tac monoclonal antibody has also been used to define lymphocyte functions that require IL-2 interaction, and has been shown to inhibit various T-cell functions, including the generation of cytotoxic and suppressor T lymphocytes in cell culture. Also, based on studies with anti-Tac and other antibodies, a variety of disorders are now

US 6,180,370 B1

21

associated with improper IL-2 receptor expression by T-cells, in particular adult T-cell leukemia.

More recently, the IL-2 receptor has been shown to be an ideal target for novel therapeutic approaches to T-cell mediated diseases. It has been proposed that IL-2 receptor specific antibodies, such as the anti-Tac monoclonal antibody, can be used either alone or as an immunoconjugate (e.g., with Ricin A, isotopes and the like) to effectively remove cells bearing the IL-2 receptor. These agents can, for example, theoretically eliminate IL-2 receptor-expressing leukemic cells, certain B-cells, or activated T-cells involved in a disease state, yet allow the retention of mature normal T-cells and their precursors to ensure the capability of mounting a normal T-cell immune response as needed. In general, most other T-cell specific agents can destroy essentially all peripheral T-cells, which limits the agents' therapeutic efficacy. Overall, the use of appropriate monoclonal antibodies specific for the IL-2 receptor may have therapeutic utility in autoimmune diseases, organ transplantation and any unwanted response by activated T-cells. Indeed, clinical trials have been initiated using, e.g., anti-Tac antibodies (see, generally, Waldmann, T., et al., *Cancer Res.* 45, 625 (1985), Waldmann, T., *Science* 232, 727–732 (1986) and Kirkman et al., *Transplant. Proc.* 21, 1766 (1989), all of which are incorporated herein by reference).

Unfortunately, the use of the anti-Tac and other non-human monoclonal antibodies have certain drawbacks, particularly in repeated therapeutic regimens as explained below. Mouse monoclonal antibodies, for example, do not fix human complement well, and lack other important immunoglobulin functional characteristics when used in humans.

Perhaps more importantly, anti-Tac and other non-human monoclonal antibodies contain substantial stretches of amino acid sequences that will be immunogenic when injected into a human patient. Numerous studies have shown that, after injection of a foreign antibody, the immune response elicited by a patient against an antibody can be quite strong, essentially eliminating the antibody's therapeutic utility after an initial treatment. Moreover, as increasing numbers of different mouse or other antigenic (to humans) monoclonal antibodies can be expected to be developed to treat various diseases, after the first or several treatments with any different non-human antibodies, subsequent treatments even for unrelated therapies can be ineffective or even dangerous in themselves, because of cross-reactivity.

While the production of so-called "chimeric antibodies" (e.g., mouse variable regions joined to human constant regions) has proven somewhat successful, a significant immunogenicity problem remains. In general, the production of human immunoglobulins reactive with the human IL-2 receptor, as with many human antigens, has been extremely difficult using typical human monoclonal antibody production techniques. Similarly, utilizing recombinant DNA technology to produce so-called "reshaped" or "humanized" antibodies (see, e.g., Riechmann et al., *Nature* 332, 323 (1988) and EPO Publication No. 0239400), provides uncertain results, in part due to unpredictable binding affinities.

Thus, there is a need for improved forms of human-like immunoglobulins specific for the human IL-2 receptor that are substantially non-immunogenic in humans, yet easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

22

The present invention provides novel compositions useful, for example, in the treatment of T-cell mediated human disorders, the compositions containing human-like immunoglobulins specifically capable of blocking the binding of human IL-2 to its receptor and/or capable of binding to the p55 Tac protein on human IL-2 receptors. The immunoglobulins can have two pairs of light chain/heavy chain complexes, typically at least one chain comprising mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be used to produce human-like antibodies capable of binding to the human IL-2 receptor at affinity levels stronger than about $10^8$ $M^{-1}$.

The immunoglobulins, including binding fragments and other derivatives thereof, of the present invention may be produced readily by a variety of recombinant DNA techniques, with ultimate expression in transfected cells, preferably immortalized eukaryotic cells, such as myeloma or hybridoma cells. Polynucleotides comprising a first sequence coding for human-like immunoglobulin framework regions and a second sequence set coding for the desired immunoglobulin complementarity determining regions can be produced synthetically or by combining appropriate cDNA and genomic DNA segments.

The human-like immunoglobulins may be utilized alone in substantially pure form, or complexed with a cytotoxic agent, such as a radionuclide, a ribosomal inhibiting protein or a cytotoxic agent active at cell surfaces. All of these compounds will be particularly useful in treating T-cell mediated disorders. The human-like immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, human-like immunoglobulins specifically reactive with the IL-2 receptor on human T-cells are provided. These immunoglobulins, which have binding affinities of at least about $10^8$ $M^{-1}$, and preferably $10^9$ $M^{-1}$ to $10^{10}$ $M^{-1}$ or stronger, are capable of, e.g., blocking the binding of IL-2 to human IL-2 receptors. The human-like immunoglobulins will have a human-like framework and can have complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with an epitope on p55 Tac protein. The immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of T-cell mediated disorders in human patients by a variety of techniques.

The basic antibody structural unit is known to comprise a tetramer. Each tetramer is composed of two identical pairs of polypeptide chains, each pair having one "light" (about 25 kD) and one "heavy" chain (about 50 . 70 kD). The $NH_2$-terminus of each chain begins a variable region of about 100 to 110 or more amino acids primarily responsible for antigen recognition. The COOH terminus of each chain defines a constant region primarily responsible for effector function.

Light chains are classified as either kappa or lambda. Heavy chains are classified as gamma, mu, alpha, delta, or epsilon, and define the antibody's isotype as IgG, IgM, IgA, IgD and IgE, respectively. Within light and heavy chains, the variable and constant regions are joined by a "J" region of about 10 or more amino acids, with the heavy chain also including a "D" region of about 12 more amino acids. (See, generally, *Fundamental Immunology, Paul, W.,* Ed., Chapter

US 6,180,370 B1

23

7, pgs. 131–166, Raven Press, New York (1984), which is incorporated herein by reference.)

The variable regions of each light/heavy chain pair form the antibody binding site. The chains all exhibit the same general structure of relatively conserved framework regions joined by three hypervariable regions, also called Complementarity Determining Regions or CDR's (see, "Sequences of Proteins of Immunological Interest," Kabat, E., et al., U.S. Department of Health and Human Services, (1983); and Chothia and Lesk, *J. Mol. Biol.*, 196, 901–917 (1987), which are incorporated herein by reference). The CDR's from the two chains of each pair are aligned by the framework regions, enabling binding to a specific epitope.

As used herein, the term "immunoglobulin" refers to a protein consisting of one or more polypeptides substantially encoded by immunoglobulin genes. The recognized immunoglobulin genes include the kappa, lambda, alpha, gamma, delta, epsilon and mu constant region genes, as well as the myriad immunoglobulin variable region genes. The immunoglobulins may exist in a variety of forms besides antibodies; including, for example, Fv, Fab, and (Fab')$_2$, as well as bifunctional hybrid antibodies (e.g., Lanzavecchia et al., *Eur. J. Immunol.* 17, 105 (1987)) and in single chains (e.g., Huston, et al., *Proc. Nat. Acad. Sci. U.S.A.*, 85, 5879–5883 (1988) and Bird, et al.,*Science*, 242, 423–426 (1988), which are incorporated herein by reference). (See, generally, Hood, et al., "Immunology," Benjamin, N.Y., 2nd ed. (1984), and Hunkapiller and Hood, *Nature*, 323, 15–16 (1986), which are incorporated herein by reference).

Chimeric antibodies are antibodies whose light and heavy chain genes have been constructed, typically by genetic engineering, from immunoglobulin gene segments belonging to different species. For example, the variable (V) segments of the genes from a mouse monoclonal antibody may be joined to human constant (C) segments, such as $\gamma_1$ and $\gamma_3$. A typical therapeutic chimeric antibody is thus a hybrid protein consisting of the V or antigen-binding domain from a mouse antibody and the C or effector domain from a human antibody (e.g., A.T.C.C. Accession No. CRL 9688 secretes an anti-Tac chimeric antibody), although other mammalian species may be used.

As used herein, the term "framework region" refers to those portions of immunoglobulin light and heavy chain variable regions that are relatively conserved (i.e., other than the CDR's) among different immunoglobulins in a single species, as defined by Kabat, et al., *op. cit.* As used herein, a "human-like framework region" is a framework region that in each existing chain comprises at least about 70–75 or more amino acid residues, typically 75 to 85 or more residues, identical to those in a human immunoglobulin.

As used herein, the term "humanized" immunoglobulin refers to an immunoglobulin comprising (1) a human-like framework, (2) at least one CDR from a non-human antibody, and (3) in which any constant region is substantially homologous to a human immunoglobulin constant region, i.e., at least about 85–90% identical, preferably at least 95% identical.

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope on the human IL-2 receptor, such as the anti-Tac monoclonal antibody. The DNA segments encoding these regions will typically be joined to DNA segments encoding appropriate human-like framework regions. Preferred DNA sequences, which on expression code for the polypeptide chains comprising the anti-Tac heavy and light

24

chain hypervariable regions (with human-like framework regions), are included in FIGS. 15 and 16, respectively. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.

The antibodies of the present invention will typically find use individually in treating a T-cell mediated disease state. Generally, where the cell linked to a disease has been identified as IL-2 receptor bearing, then the human-like antibodies capable of blocking the binding of IL-2 to the human IL-2 receptor are suitable.

For example, typical disease states suitable for treatment include graft versus host disease and transplant rejection in patients undergoing an organ transplant, such as heart, lungs, kidneys, liver, etc. other diseases include autoimmune diseases, such as Type I diabetes, multiple sclerosis, rheumatoid arthritis, systemic lupus erythematosus, and myasthenia gravis.

The human-like antibodies of the present invention may also be used in combination with other antibodies, particularly human monoclonal antibodies reactive with other markers on cells responsible for the disease. For example, suitable T-cell markers can include those grouped into the so-called "Clusters of Differentiation," as named by the First International Leukocyte Differentiation Workshop, *Leukocyte Typing*, Bernard, et al., Eds., Springer-Verlag, N.Y. (1984), which is incorporated herein by reference.

The human-like antibodies and pharmaceutical compositions thereof of this invention are particularly useful for parenteral administration, i.e., subcutaneously, intramuscularly or intravenously. The compositions for parenteral administration will commonly comprise a solution of the antibody or a cocktail thereof dissolved in an acceptable carrier, preferably an aqueous carrier. A variety of aqueous carriers can be used, e.g., water, buffered water, 0.4% saline, 0.3% glycine and the like. These solutions are sterile and generally free of particulate matter. These compositions may be sterilized by conventional, well known sterilization techniques. The compositions may contain pharmaceutically acceptable auxiliary substances as required to approximate physiological conditions such as pH adjusting and buffering agents, toxicity adjusting agents and the like, for example sodium acetate, sodium chloride, potassium chloride, calcium chloride, sodium lactate, human albumin, etc. The concentration of antibody in these formulations can vary widely, i.e., from less than about 0.5%, usually at or at least about 1% to as much as 15 or 20% by weight and will be selected primarily based on fluid volumes, viscosities, etc., in accordance with the particular mode of administration selected.

Thus, a typical pharmaceutical composition for injection could be made up to contain 1 ml sterile buffered water, and 1 to 50 mg of antibody. A typical composition for intravenous infusion could be made up to contain 250 ml of sterile Ringer's solution, and 150 mg of antibody. Actual methods for preparing parenterally administrable compositions will be known or apparent to those skilled in the art and are described in more detail in, for example, *Remington's Pharmaceutical Science*, 15th ed., Mack Publishing Company, Easton, Pa. (1980), which is incorporated herein by reference.

The antibodies of this invention can be frozen or lyophilized for storage and reconstituted in a suitable carrier prior to use. This technique has been shown to be effective with conventional immune globulins and art-known lyophilization and reconstitution techniques can be employed.

US 6,180,370 B1

25

It will be appreciated by those skilled in the art that lyophilization and reconstitution can lead to varying degrees of antibody activity loss (e.g., with conventional immune globulins, IgM antibodies tend to have greater activity loss than IgG antibodies) and that use levels may have to be adjusted to compensate.

The compositions containing the present human-like antibodies or a cocktail thereof can be administered for prophylactic and/or therapeutic treatments. In therapeutic application, compositions are administered to a patient already suffering from a disease, in an amount sufficient to cure or at least partially arrest the disease and its complications. An amount adequate to accomplish this is defined as a "therapeutically effective dose." Amounts effective for this use will depend upon the severity of the infection and the general state of the patient's own immune system, but generally range from about 1 to about 200 mg of antibody per dose, with dosages of from 5 to 25 mg being more commonly used. It must be kept in mind that the materials of this invention may generally be employed in serious disease states, that is life-threatening or potentially life-threatening situations. In such cases, in view of the minimization of extraneous substances and the lower probability of "foreign substance" rejections which are achieved by the present human-like antibodies of this invention, it is possible and may be felt desirable by the treating physician to administer substantial excesses of these antibodies.

In prophylactic applications, compositions containing the present antibodies or a cocktail thereof are administered to a patient not already in a disease state to enhance the patient's resistance. Such an amount is defined to be a "prophylactically effective dose." In this use, the precise amounts again depend upon the patient's state of health and general level of immunity, but generally range from 0.1 to 25 mg per dose, especially 0.5 to 5 mg per dose. A preferred prophylactic use is for the prevention of kidney transplant rejection.

Single or multiple administrations of the compositions can be carried out with dose levels and pattern being selected by the treating physician. In any event, the pharmaceutical formulations should provide a quantity of the antibody(ies) of this invention sufficient to effectively treat the patient.

Human-like antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for T-cell typing, for isolating specific IL-2 receptor bearing cells or fragments of the receptor, for vaccine preparation, or the like.

Kits can also be supplied for use with the subject antibodies in the protection against or detection of a cellular activity or for the presence of a selected antigen. Thus, the subject antibody composition of the present invention may be provided, usually in a lyophilized form in a container, either alone or in conjunction with additional antibodies specific for the desired cell type. The antibodies, which may be conjugated to a label or toxin, or unconjugated, are included in the kits with buffers, such as Tris, phosphate, carbonate, etc., stabilizers, biocides, inert proteins, e.g., serum albumin, or the like, and a set of instructions for use. Generally, these materials will be present in less than about 5% wt. based on the amount of active antibody, and usually present in total amount of at least about 0.001% wt. based again on the antibody concentration. Frequently, it will be desirable to include an inert extender or excipient to dilute the active ingredients, where the excipient may be present in from about 1 to 99% wt. of the total composition. Where a second antibody capable of binding to the chimeric antibody

26

is employed in an assay, this will usually be present in a separate vial. The second antibody is typically conjugated to a label and formulated in an analogous manner with the antibody formulations described above.

p75 Chain of IL-2 Receptor

The human IL-2 receptor is a complex multichain glycoprotein, with one chain, known as the Tac peptide or alpha chain, being about 55 kD in size (see, Leonard, W., et al., J. Biol. Chem. 260, 1872 (1985), which is incorporated herein by reference). The second chain is known as the p75 or beta chain (Tsudo et al., Proc. Nat. Acad. Sci. USA, 83, 9694 (1986) and Sharon et al., Science 234, 859 (1986), both of which are incorporated herein by reference). The p55 or Tac chain and the p75 chain each independently bind IL-2 with low or intermediate affinity, while the IL-2 receptor complex of both chains binds IL-2 with high affinity. The p75 chain of the human IL-2 receptor will often be called herein simply the p75 protein.

The present invention provides novel compositions useful, for example, in the treatment of T-cell mediated human disorders, the compositions containing human-like immunoglobulins specifically capable of inhibiting the binding of human IL-2 to its receptor and/or capable of binding to the p75 protein of human IL-2 receptors. The immunoglobulins can have two pairs of light chain/heavy chain complexes, typically at least one chain comprising human complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be used to produce human-like antibodies capable of binding to the p75 protein at affinity levels stronger than about $10^9$ $M^{-1}$. These humanized immunoglobulins will also be capable of blocking the binding of the CDR-donating mouse monoclonal antibody to p75.

The human-like immunoglobulins may be utilized alone in substantially pure form, or complexed with a cytotoxic agent, such as a radionuclide, a ribosomal inhibiting protein or a cytotoxic agent active at cell surfaces. All of these compounds will be particularly useful in treating T-cell mediated disorders. The human-like immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, human-like immunoglobulins specifically reactive with the p75 chain of the human IL-2 receptor are provided. These immunoglobulins, which have binding affinities of at least $10^7$ to $10^8$ $M^{-1}$, and preferably $10^9$ $M^{-1}$ to $10^{10}$ $M^{-1}$ or stronger, are capable of, e.g., blocking the binding of IL-2 to human IL-2 receptors. The human-like immunoglobulins will have a human-like framework and can have complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with an epitope on p75 protein. The immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of T-cell mediated disorders in human patients by a variety of techniques.

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope on the human IL-2 receptor, such as the mik-β1 monoclonal antibody. The DNA segments encoding these regions will typically be joined to DNA segments

US 6,180,370 B1

27

encoding appropriate human-like framework regions. Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the mik-β1 heavy and light chain CDRs, are included in FIG. 23A and FIG. 23B. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.

The antibodies of the present invention will typically find use individually in treating a T-cell mediated disease state. Generally, where the cell linked to a disease has been identified as IL-2 receptor bearing, then the human-like antibodies capable of blocking the binding of IL-2 to the human IL-2 receptor are suitable.

For example, typical disease states suitable for treatment include graft-versus-host disease and transplant rejection in patients undergoing an organ transplant, such as heart, lungs, kidneys, liver, etc. Other diseases include autoimmune diseases, such as Type I diabetes, multiple sclerosis, rheumatoid arthritis, systemic lupus erythematosus, and myasthenia gravis.

The human-like antibodies of the present invention may also be used in combination with other antibodies, particularly human monoclonal antibodies reactive with other markers on cells responsible for the disease. For example, suitable T-cell markers can include those grouped into the so-called "Clusters of Differentiation," as named by the First International Leukocyte Differentiation Workshop, *Leukocyte Typing*, Bernard, et al., Eds., Springer-Verlag, N.Y. (1984), which is incorporated herein by reference. A preferred use is the simultaneous treatment of a patient with a human-like antibody binding to p55 and a human-like antibody binding to p75 of the IL-2 receptor, i.e., humanized anti-Tac plus humanized mik-β1.

Human-like antibodies of the present invention can further find a wide variety of utilities in vivo. By way of example, the antibodies can be utilized for T-cell typing, for isolating specific IL-2 receptor bearing cells or fragments of the receptor, for vaccine preparation, or the like.

Anti- HSV Antibodies

Herpes Simplex Virus types I and II (HSV-1 and HSV-2), are now estimated to be the second most frequent cause of sexually transmitted diseases in the world. Although completely accurate data are not available, infection estimates range from about 20 to 40% of the U.S. population.

A large number of diseases, from asymptomatic to life-threatening, are associated with HSV infection. Of particular clinical interest, encephalitis from HSV-1 infection and transmission of HSV-2 from a pregnant mother to her fetus are often fatal. Immunosuppressed patients are also subject to severe complications when infected with the virus.

More than 50 HSV polypeptides have been identified in HSV-infected cells, including at least seven major cell surface glycoproteins (see, Whitley, R., Chapt. 66, and Roizman and Sears, Chapt. 65, *Virology*, Eds. Fields et al., 2nd ed., Raven Press, New York, N.Y. (1990), which are incorporated herein by reference). The specific biologic functions of these glycoproteins are not well defined, although gB and gD have been shown to be associated with cell fusion activity (W. Cai et al., J. Virol. 62, 2596 (1988) and Fuller and Spear, Proc. Natl. Acad. Sci. USA 84, 5454 (1987)). gB and gD express both type-specific and type-common antigenic determinants. Oakes and Lausch demonstrated that monoclonal antibodies against gB and gE suppress replication of HSV-1 in trigeminal ganglia (Oakes and Lausch, J. Virol. 51, 656 (1984)). Dix et al. showed that

28

anti-gC and gD antibodies protect mice against acute virus-induced neurological disease (Dix et al., Infect. Immun. 34, 192 (1981)). Whitley and colleagues produced a panel of murine monoclonal antibodies against HSV-1 and showed that several of the antibodies protected mice against encephalitis and death following ocular inoculation with the virus (see, Koga et al., Virology 151, 385 (1986); Metcalf et al., Cur. Eye Res. 6, 173 (1987) and Metcalf et al., Intervirology 29, 39 1988), all of which are incorporated herein by reference). Clone Fd79 (anti-gB) prevented encephalitis even when immunization was delayed until 48 hours post-infection. Fd79 and Fd138-80 (anti-gD) significantly reduced the severity of epithelial keratitis and lowered the frequency of persistent viral infection in an outbred mouse model.

Thus, there is a need for improved forms of humanized immunoglobulins specific for HSV antigens that are substantially non-immunogenic in humans, yet easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

The present invention provides novel compositions useful, for example, in the treatment of HSV mediated human disorders, the compositions containing humanized immunoglobulins specifically capable of blocking the binding of HSV to its receptors and/or capable of binding to the HSV specific proteins. The immunoglobulins can have two pairs of light chain/heavy chain complexes, at least one chain comprising one or more mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be introduced into human framework regions to produce humanized immunoglobulins capable of binding to the HSV surface proteins at affinity levels stronger than about $10^7$ $M^{-1}$. These humanized immunoglobulins will also be capable of blocking the binding of the CDP donating mouse monoclonal antibody to HSV.

The humanized immunoglobulins may be utilized alone in substantially pure form, or together with an antiviral agent, such as acyclovir or a cytotoxic agent active at viral surfaces. All of these compounds will be particularly useful in treating HSV mediated disorders. The humanized immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, humanized immunoglobulins specifically reactive with HSV related epitopes either directly on the virus or on infected cells are provided. These immunoglobulins, which have binding affinities to HSV specific antigens of at least about $10^7 M^{-1}$, and preferably $10^8 M^{-1}$ to $10^{10} M^{-1}$ or stronger, are capable of, e.g., protecting cells from HSV transmission. The humanized immunoglobulins will have a human framework and will have one or more complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with an HSV protein, such as gB and gD proteins. The immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of HSV mediated disorders in human patients by a variety of techniques.

The HSVs are among the most intensively investigated of all viruses, and the HSV virion structure has been shown to contain about 33 proteins. Humanized immunoglobulins

US 6,180,370 B1

29

utilizing CDR's from monoclonal antibodies reactive with these proteins, particularly the eight surface glycoproteins (e.g., gB, gC, gD, gE, gG, gH and gI), represent preferred embodiments of the present invention (see, Spear, P.G., The Herpesviruses, vol. 3, pp. 315–356 (1984) (Roizman, B., ed), Plenum Press, New York, N.Y. and Spear, P. G., Immunochemistry of Viruses. The Basis for Serodiagnosis and Vaccines, pp. 425–446 (1985) (Neurath, A. R., eds.), Amsterdam: Elsevier, both of which are incorporated herein by reference).

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope of an HSV protein, such as monoclonal antibodies reactive with HSV gB and gD glycoproteins. The DNA segments encoding these regions will typically be joined to DNA segments encoding appropriate humanized framework regions. Exemplary DNA sequences code for the polypeptide chains comprising the heavy and light chain hypervariable regions (with human framework regions) from monoclonal antibodies Fd79 and Fd138-80, shown in FIG. 30A through FIG. 30D. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.

The antibodies of the present invention will typically find use individually in treating an HSV mediated disease state. For example, typical disease states suitable for treatment include any involving HSV infection. Specific diseases include neonatal herpes, herpes encephalitis, ocular herpes, genital herpes and disseminated herpes (see, Corey, L., Chapter 136, Harrison's Principles of Internal Medicine, 11th ed., McGraw-Hill Book Company, New York, N.Y. (1987), which is incorporated herein by reference).

Any humanized immunoglobulins of the present invention may also be used in combination with other antibodies, particularly humanized antibodies reactive with different HSV antigens. For example, suitable HSV antigens to which a cocktail of humanized immunoglobulins may react include gC, gE, gF, gG and gH (see, Rector, J. et al., Infect. Immun. 38, 168 (1982) and Fuller, A. et al., J. Virol. 63, 3435 (1989), both of which are incorporated herein by reference).

The antibodies can also be used as separately administered compositions given in conjunction with acyclovir or other antiviral agents. Typically, the agents may include idoxuridine or trifluorothymidine, but numerous additional agents (e.g., vidarabine) well-known to those skilled in the art for HSV treatment may also be utilized (see, Corey, L., op. cit.).

A preferred pharmaceutical composition of the present invention comprises the use of the subject immunoglobulins in immunotoxins to kill cells infected by HSV. Immunotoxins are characterized by two components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery vehicle," provides a means for delivering the toxic agent to a particular cell type, such as cells expressing an HSV epitope.

The compositions containing the present humanized antibodies or a cocktail thereof can be administered for prophylactic and/or therapeutic treatments. In therapeutic application, compositions are administered to a patient already suffering from HSV infection, in an amount sufficient to cure or at least partially arrest the disease and its complications. An amount adequate to accomplish this is

30

defined as a "therapeutically effective dose." Amounts effective for this use will depend upon the severity of the infection and the general state of the patient's own immune system, but generally range from about 1 to about 200 mg of antibody per dose, with dosages of from 5 to 25 mg being more commonly used. It must be kept in mind that the materials of this invention may generally be employed in serious disease states, that is life-threatening or potentially life-threatening situations. In such cases, in view of the minimization of extraneous substances and the lower probability of "foreign substance" rejections which are achieved by the present humanized immunoglobulins of this invention, it is possible and may be felt desirable by the treating physician to administer substantial excesses of these antibodies.

In prophylactic applications, compositions containing the present immunoglobulins or a cocktail thereof are administered to a patient not already in a disease state to enhance the patient's resistance. Such an amount is defined to be a "prophylactically effective dose." In this use, the precise amounts again depend upon the patient's state of health and general level of immunity, but generally range from 0.1 to 25 mg per dose. A preferred prophylactic use is for the prevention of herpes in immunocompromised patients, such as organ transplant recipients.

Single or multiple administrations of the compositions can be carried out with dose levels and pattern being selected by the treating physician. In any event, the pharmaceutical formulations should provide a quantity of the antibody(ies) of this invention sufficient to effectively treat the patient.

Humanized antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for detection of HSV antigens, for isolating specific HSV infected cells or fragments of the virus, for vaccine preparation, or the like.

Anti-CD33 Antibodies

There are about 10,000–15,000 new cases of myeloid (also called non-lymphocytic or granulocytic) leukemia in the U.S. per year (Cancer Facts & Figures, American Cancer Society, 1987). There are two major forms of myeloid leukemia: acute myelogenous leukemia (AML) and chronic myelogenous leukemia (CML). Despite treatment with chemotherapy, long-term survival in patients with AML is less than 10–20% (Clarkson et al., CRC Critical Review in Oncology/Hematology 4, 221 (1986)), and survival with CML and related diseases such as chronic myelomonocytic leukemia (CMML), chronic monocytic leukemia (CMMOL) and myelodysplastic syndrome (MDS) is even lower.

The p67 protein or CD33 antigen is found on the surface of progenitors of myeloid cells and of the leukemic cells of most cases of AML, but not on lymphoid cells or non-hematopoietic cells (see, Leucocyte Typing III, ed. by A. J. McMichael, Oxford University Press, pp. 622–629 (1987), which is incorporated herein by reference). Antibodies that are known to bind to the CD33 antigen include L4B3, L1B2 and MY9 (Andrews et al., Blood 62, 124 (1983) and Griffin et al., Leukemia Research 8, 521 (1984), both of which are incorporated herein by reference).

Another antibody that binds to CD33 is M195 (Tanimoto et al., Leukemia 3, 339 (1989) and Scheinberg et al., Leukemia 3, 440 (1989), both of which are incorporated herein by reference). The reactivity of M195 with a wide variety of cells and tissues was tested. Among normal cells, M195 was reported to bind only to some monocytes and myeloid progenitor cells. The research also reported that it

US 6,180,370 B1

31

does not bind to other hematopoietic cells or to non-hematopoietic tissues. M195 bound to cells of most cases of AML and all cases of CML in myeloblastic phase.

A phase I clinical trial of M195 in AML has been conducted (Scheinberg et al., Proc. ASCO 9, 207 (1990)). M195 radiolabeled with iodine-131 was found to rapidly and specifically target leukemic cells in both the blood and bone marrow.

Unfortunately, the use of non-human monoclonal antibodies such as M195 have certain drawbacks in human treatment, particularly in repeated therapeutic regimens as explained below. Mouse monoclonal antibodies, for example, do not fix human complement well, and lack other important immunoglobulin functional characteristics when used in humans.

Thus, there is a need for improved forms of humanized immunoglobulins specific for CD33 antigen that are substantially non-immunogenic in humans, yet easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

The present invention provides novel compositions useful, for example, in the treatment of myeloid leukemia-related human disorders, the compositions containing humanized immunoglobulins specifically capable of binding to CD33 antigen. The immunoglobulins can have two pairs of light chain/heavy chain complexes, at least one chain comprising one or more mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be introduced into human framework regions to produce humanized immunoglobulins capable of binding to the CD33 antigen at affinity levels stronger than about $10^7$ M$^{-1}$. These humanized immunoglobulins will also be capable of blocking the binding of the CDR-donating mouse monoclonal antibody to CD33.

The immunoglobulins, including binding fragments and other derivatives thereof, of the present invention may be produced readily by a variety of recombinant DNA techniques, with ultimate expression in transfected cells, preferably immortalized eukaryotic cells, such as myeloma or hybridoma cells. Polynucleotides comprising a first sequence coding for humanized immunoglobulin framework regions and a second sequence set coding for the desired immunoglobulin complementarity determining regions can be produced synthetically or by combining appropriate cDNA and genomic DNA segments.

The humanized immunoglobulins may be utilized alone in substantially pure form, or together with a chemotherapeutic agent such as cytosine arabinoside or daunorubicin active against leukemia cells, or complexed with a radionuclide such as iodine-131. All of these compounds will be particularly useful in treating leukemia and myeloid cell-mediated disorders. The humanized immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, humanized immunoglobulins specifically reactive with CD33 related epitopes are provided. These immunoglobulins, which have binding affinities to CD33 of at least about $10^7$ M$^{-1}$, and preferably $10^8$ M$^{-1}$ to $10^{10}$ M$^{-1}$ or stronger, are capable of, e.g., destroying leukemia cells. The humanized immunoglobulins will have a human framework and will have one or more complementarity determining regions (CDR's) from

32

an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with CD33 antigen. In a preferred embodiment, one or more of the CDR's will come from the M195 antibody. Importantly, M195 does not bind to the ultimate hematopoietic stem cells, so M195 used in therapy will minimally interact with and destroy those cells, which are critical for generating all blood cells. Thus, the immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of myeloid cell-mediated disorders in human patients by a variety of techniques.

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope of CD33 antigen, such as monoclonal antibodies M195, L4B3, L1B2 or MY9. The DNA segments encoding these regions will typically be joined to DNA segments encoding appropriate human framework regions. Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the heavy and light chain CDR's of monoclonal antibody M195 are included in FIG. 34A and FIG. 34B. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.

The antibodies of the present invention will typically find use individually in treating hematologic malignancies. For example, typical disease states suitable for treatment include AML, CML, CMML, CMMOL and MDS (see, generally, Hoffbrand & Pettit, Essential Haematology, Blackwell Scientific Publications, Oxford (1980)). The antibodies may also be used for bone marrow ablation prior to bone marrow transplant.

Any humanized immunoglobulins of the present invention may also be used in combination with other antibodies, particularly humanized antibodies reactive with different myeloid antigens. For example, suitable antigens to which a cocktail of humanized immunoglobulins may react include CD13, CD14, CD15, CD16 and CD34 (see, Leukocyte Typing III, op. cit., pp. 576–732).

The antibodies can also be used as separately administered compositions given in conjunction with chemotherapeutic agents. Typically, the agents may include cytosine arabinoside and daunorubicin, but numerous additional agents (e.g., 6-thioguanine) well-known to those skilled in the art for leukemia treatment may also be utilized (see, Hoffbrand & Pettit., op. cit.).

A preferred pharmaceutical composition of the present invention comprises the use of the subject immunoglobulins in immunotoxins to kill leukemia cells. Immunotoxins are characterized by two components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery vehicle," provides a means for delivering the toxic agent to a particular cell type, such as cells expressing a CD33 epitope.

Humanized antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for detection of CD33 antigens, for isolating specific myeloid cells, or the like.

It will be understood that although examples pertain to the M195 antibody, producing humanized antibodies with high binding affinity for the CD33 antigen is also contemplated using CDR's from L4B3, L1B2, MY9 or other monoclonal antibodies that bind to an epitope of CD33.

Anti-CMV Antibodies

Cytomegalovirus is a major pathogen of immunocompromised individuals, especially bone marrow transplant

33

recipients, organ transplant recipients, and AIDS patients (see, generally, Fields et al., Eds., Virology, 2nd ed., Raven Press, New York pp. 1981–2010 (1990), which is incorporated herein by reference). Approximately 15% of bone marrow transplant patients develop CMV pneumonia, with an 85% mortality rate (Meyers, Rev. Inf. Dis. 11 (suppl. 7), S1691 (1989)). About 10% of AIDS patients develop severe CMV disease; and congenitally acquired CMV, often with significant morbidity and mortality, affects 1% of newborns (Fields, op. cit.).

The drug ganciclovir is effective against certain forms of CMV infection, notably chorioretinitis and gastroenteritis, but is not very effective against CMV pneumonia, and it has serious toxicity. Use of pooled human immunoglobulin preparations has shown some beneficial effect for prophylaxis of CMV in bone marrow transplant patients (Meyers, op. cit.), and a combination of high-dose immune globulin and ganciclovir has been reported effective against CMV pneumonia (Emanuel et al., Trans. Proc. XIX (suppl. 7), 132 (1987)). However, the marginal effectiveness, variable potency and high cost of commercial human immune globulin remain serious problems. Hence, there is a great need for new drugs effective against CMV.

CMV is a member of the herpesvirus family of viruses, and as such, has a large double-stranded DNA core, a protein capsid, and an outer lipid envelope with viral glycoproteins on its surface. At least 8 proteins have been detected on the envelope of CMV (Britt et al., J. Virol. 62, 3309 (1988)) and others have been predicted to exist based on the DNA sequence of CMV (Chee et al., Nature 344, 774 (1990)). Murine monoclonal antibodies have been produced against two especially significant CMV glycoproteins; gB, also called p130/55 or gp55–116, and gH, also called p86 (Rasmussen et al., Virology 163, 308 (1988) and Britt et al., op. cit., both of which are incorporated herein by reference) and shown to neutralize infectivity of the virus. Three other neutralizing antibodies to gH are designated CMV5, CMV109 and CMV115. Human monoclonal antibodies to CMV have also been produced (Ehrlich et al., Hybridoma 6, 151 (1987)).

In animal models, murine monoclonal antibodies have been shown effective in treating infections caused by various viruses, including members of the herpesvirus family (see, e.g., Metcalf et al., Intervirol. 29, 39 (1988)). Hence, such antibodies may be useful in treatment of CMV infections.

Unfortunately, the use of non-human monoclonal antibodies such as CMV5 and CMV115 have certain drawbacks in human treatment, particularly in repeated therapeutic regimens as explained below. Mouse monoclonal antibodies, for example, do not fix human complement well, and lack other important immunoglobulin functional characteristics when used in humans.

While the production of so-called "chimeric antibodies" (e.g., mouse variable regions joined to human constant regions) has proven somewhat successful, a significant immunogenicity problem remains. In general, the production of human immunoglobulins reactive with CMV antigens, as with many antigens, is difficult using typical human monoclonal antibody production techniques. Moreover, the human antibodies produced may lack certain desirable properties, such as high binding affinity and the ability to neutralize all clinical CMV strains. Similarly, utilizing recombinant DNA technology to produce so-called "chumanized" or "reshaped" antibodies (see, e.g., Riechmann et al., Nature 332, 323 (1988) and EPO Publication No. 0239400, which are incorporated herein by reference),

34

provides uncertain results, in part due to unpredictable binding affinities.

Thus, there is a need for improved forms of humanized immunoglobulins specific for CMV antigen that are substantially non-immunogenic in humans, yet easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

The present invention provides novel compositions useful, for example, in the treatment of CMV-mediated human disorders, the compositions containing humanized immunoglobulins specifically capable of blocking the binding of CMV to its receptors and/or capable of binding to CMV antigens. The immunoglobulins can have two pairs of light chain/heavy chain complexes, at least one chain comprising one or more mouse complementarity determining regions functionally joined to human framework region segments. For example, mouse complementarity determining regions, with or without additional naturally-associated mouse amino acid residues, can be introduced into human framework regions to produce humanized immunoglobulins capable of binding to CMV at affinity levels stronger than about $10^7$ $M^{-1}$. These humanized immunoglobulins will also be capable of blocking the binding of the CDR-donating mouse monoclonal antibody to CMV.

The immunoglobulins, including binding fragments and other derivatives thereof, of the present invention may be produced readily by a variety of recombinant DNA techniques, with ultimate expression in transfected cells, preferably immortalized eukaryotic cells, such as myeloma or hybridoma cells. Polynucleotides comprising a first sequence coding for humanized immunoglobulin framework regions and a second sequence set coding for the desired immunoglobulin complementarity determining regions can be produced synthetically or by combining appropriate cDNA and genomic DNA segments.

The humanized immunoglobulins may be utilized alone in substantially pure form, or together with a chemotherapeutic agent such a acyclovir or ganciclovir active against CMV-infected cells, or complexed with a cytotoxic agent. All of these compounds will be particularly useful in treating CMV-mediated disorders. The humanized immunoglobulins or their complexes can be prepared in a pharmaceutically accepted dosage form, which will vary depending on the mode of administration.

In accordance with the present invention, humanized immunoglobulins specifically reactive with CMV and CMV-infected cells are provided. These immunoglobulins, which have binding affinities to CMV specific antigens of at least about $10^7$ $M^{-1}$, and preferably $10^8$ $M^{-1}$ to $10^{10}$ $M^{-1}$ or stronger, are capable of, e.g., blocking CMV infection of cells. The humanized immunoglobulins will have a human framework and will have one or more complementarity determining regions (CDR's) from an immunoglobulin, typically a mouse immunoglobulin, specifically reactive with a CMV antigen. In a preferred embodiment, one or more of the CDR's will come from the CMV5, or CMV109 or CMV115 antibodies. The immunoglobulins of the present invention, which can be produced economically in large quantities, find use, for example, in the treatment of CMV-mediated disorders in human patients by a variety of techniques.

In one aspect, the present invention is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope of a CMV antigen, such as monoclonal

US 6,180,370 B1

**35**

antibodies CMV5 or CMV115. The DNA segments encoding these regions will typically be joined to DNA segments encoding appropriate human framework regions. Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the heavy and light chain CDR's of monoclonal antibody CMV5 are included in FIG. 39A and FIG. 39B. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.

Human constant region DNA sequences can be isolated in accordance with well known procedures from a variety of human cells, but preferably immortalized B-cells (see, Kabat *op. cit.* and WO87/02671). The CDR's for producing the immunoglobulins of the present invention will be similarly derived from monoclonal antibodies capable of binding to CMV and produced in any convenient mammalian source, including, mice, rats, rabbits, or other vertebrate capable of producing antibodies by well known methods. Suitable source cells for the DNA sequences and host cells for immunoglobulin expression and secretion can be obtained from a number of sources, such as the American Type Culture Collection (*Catalogue of Cell Lines and Hybridomas*, Fifth edition (1985) Rockville, Md., U.S.A., which is incorporated herein by reference).

The antibodies of the present invention will typically find use individually in treating CMV-related disorders. For example, typical disease states suitable for treatment include CMV pneumonia, neonatal CMV infection, CMV mononucleosis and CMV-related chorioretinitis and gastroenteritis.

Any humanized immunoglobulins of the present invention may also be used in combination with other antibodies, particularly humanized antibodies reactive with different CMV antigens. For example, suitable antigens to which a cocktail of humanized immunoglobulins may react include the gB and gH proteins.

The antibodies can also be used as separately administered compositions given in conjunction with chemotherapeutic agents. Typically, the agents may include acyclovir or ganciclovir, but numerous additional agents well-known to those skilled in the art for CMV treatment may also be utilized.

A preferred pharmaceutical composition of the present invention comprises the use of the subject immunoglobulins in immunotoxins to kill CMV-infected cells. Immunotoxins are characterized by two components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery vehicle," provides a means for delivering the toxic agent to a particular cell type, such as cells expressing a CMV epitope. The two components are commonly chemically bonded together by any of a variety of well-known chemical procedures. For example, when the cytotoxic agent is a protein and the second component is an intact immunoglobulin, the linkage may be by way of heterobifunctional cross-linkers, e.g., SPDP, carbodiimide, glutaraldehyde, or the like. Production of various immunotoxins is well-known with the art, and can be found, for example in "Monoclonal Antibody-Toxin Conjugates: Aiming the Magic Bullet," Thorpe et al., *Monoclonal Antibodies in Clinical Medicine*, Academic Press, pp. 168–190 (1982), which is incorporated herein by reference. The components may also be linked genetically (see Chaudhary et al., Nature 339, 394 (1989)).

In prophylactic applications, compositions containing the present immunoglobulins or a cocktail thereof are adminis-

**36**

tered to a patient not already in a disease state to enhance the patient's resistance. Such an amount is defined to be a "prophylactically effective dose." In this use, the precise amounts again depend upon the patient's state of health and general level of immunity, but generally range from 1 to 50 mg per dose. A preferred prophylactic use is for the prevention of CMV infection in immunocompromised patients, such as organ or bone marrow transplant recipients.

Humanized antibodies of the present invention can further find a wide variety of utilities in vitro. By way of example, the antibodies can be utilized for detection of CMV antigens, for isolating specific CMV-infected cells, or the like.

In particular, the same method may be used to produce a humanized CMV109, CMV115 or other anti-CMV antibody as used to produce humanized CMV5 herein.

### Anti-γ-IFN Antibodies

In mammals, the immune response is mediated by several types of cells that interact specifically with foreign material, i.e., antigens. One of these cell types, B cells, is responsible for the production of antibodies. Another cell type, T cells, include a wide variety of cellular subsets that destroy virally infected cells or control the in vivo function of both B cells and other hematopoietic cells, including T cells. A third cell type, macrophages, process and present antigens in conjunction with major histocompatibility complex (MHC) proteins to T cells. Communication between these cell types is mediated in a complex manner by lymphokines, such as interleukins 1–6 and γ-IFN (see, generally, Paul, W. E., ed., Fundamental Immunology, 2nd ed., Raven Press, New York (1989), which is incorporated herein by reference.)

One important lymphokine is γ-IFN, which is secreted by some T cells. In addition to its anti-viral activity, γ-IFN stimulates natural killer (NK) cells, activates macrophages, and stimulates the expression of MHC molecules on the surface of cells (Paul, *op. cit.*, pp. 622–624). Hence γ-IFN generally serves to enhance many aspects of immune function, and is a logical candidate for a therapeutic drug in cases where such enhancement is desired, e.g., in treating cancer. Conversely, in disease states where the immune system is over-active, e.g., autoimmune diseases and organ transplant rejection, antagonists of γ-IFN may be used to treat the disease by neutralizing the stimulatory effects of γ-IFN.

One class of effective antagonists of γ-IFN are monoclonal antibodies that bind to and neutralize it (see, e.g., Van der Meide et al., J. Gen. Virol, 67, 1059 (1986)). In in vitro and in vivo mouse models of transplants, anti-γ-IFN antibodies have been shown to delay or prevent rejection (Landolfo et al., Science 229, 176 (1985) and Rosenberg et al., J. Immunol. 144, 4648 (1990), both of which are incorporated herein by reference). Treatment of mice prone to develop a syndrome like systemic lupus erythematosus (SLE) with a monoclonal antibody to γ-IFN significantly delayed onset of the disease (Jacob et al., J. Exp. Med. 166, 798 (1987)). Under some conditions, an anti-γ-IFN antibody alleviated adjuvant arthritis in rats (Jacob et al., J. Immunol. 142, 1500 (1989)), suggesting that anti-γ-IFN may be effective against some cases of rheumatoid arthritis in human patients. Multiple sclerosis (MS) in patients is made worse by treatment with γ-IFN (Panitch et al., Neurology 36 (suppl. 1), 285 (1986)), so an anti-γ-IFN antibody may alleviate MS. Thus, an anti-γ-IFN antibody may be effective in treating these and other autoimmune diseases.

For treatment of human patients, a murine monoclonal that binds to and neutralizes human γ-IFN (see, e.g., Yama-

37                                                                                    38

moto et al., Microbiol. Immunol. 32, 339 (1988)) may be
used. Another murine monoclonal antibody designated AF2
that neutralizes human γ-IFN, and inhibits binding of γ-IFN
to its cellular receptor, is disclosed herein. Unfortunately, the
use of non-human monoclonal antibodies such as AF2 have 5
certain drawbacks in human treatment, particularly in
repeated therapeutic regimens as explained below. Mouse
monoclonal antibodies, for example, have a relatively short
circulating half-life in humans, and lack other important
immunoglobulin functional characteristics when used in 10
humans.

The present invention provides novel compositions
useful, for example, in the treatment of human autoimmune
disorders, the compositions containing humanized immuno-
globulins specifically capable of binding to γ-IFN. The 15
immunoglobulins can have two pairs of light chain/heavy
chain complexes, at least one chain comprising one or more
mouse complementarity determining regions functionally
joined to human framework region segments. For example,
mouse complementarity determining regions, with or with- 20
out additional naturally-associated mouse amino acid
residues, can be introduced into human framework regions
to produce humanized immunoglobulins capable of binding
to γ-IFN at affinity levels stronger than about $10^7 M^{-1}$. These
humanized immunoglobulins will also be capable of block- 25
ing the binding of the CDR-donating mouse monoclonal
antibody to γ-IFN.

The immunoglobulins, including binding fragments and
other derivatives thereof, of the present invention may be
produced readily by a variety of recombinant DNA 30
techniques, with ultimate expression in transfected cells,
preferably immortalized eukaryotic cells, such as myeloma
or hybridoma cells. Polynucleotides comprising a first
sequence coding for humanized immunoglobulin framework
regions and a second sequence set coding for the desired 35
immunoglobulin complementarity determining regions can
be produced synthetically or by combining appropriate
cDNA and genomic DNA segments.

The humanized immunoglobulins may be utilized alone 40
in substantially pure form, or together with a chemothera-
peutic agent such as a non-steroidal anti-inflammatory drug,
a corticosteroid, or an immunosuppressant. All of these
compounds will be particularly useful in treating autoim-
mune disorders. The humanized immunoglobulins or their 45
complexes can be prepared in a pharmaceutically accepted
dosage form, which will vary depending on the mode of
administration.

In accordance with the present invention, humanized
immunogdobulins specifically reactive with γ-IFN epitopes 50
are provided. These immunoglobulins, which have binding
affinities to γ-IFN of at least about $10^7 M^{-1}$, and preferably
$10^8 M^{-1}$ to $10^{10} M^{-1}$ or stronger, are capable of, e.g.,
neutralizing human γ-IFN. The humanized immunoglobu-
lins will have a human framework and will have one or more 55
complementarity determining regions (CDR's) from an
immunoglobulin, typically a mouse immunoglobulin, spe-
cifically reactive with γ-IFN. In a preferred embodiment, one
or more of the CDR's will come from the AF2 antibody.
Thus, the immunoglobulins of the present invention, which 60
can be produced economically in large quantities, find use,
for example, in the treatment of autoimmune disorders in
human patients by a variety of techniques.

The antibodies of the present invention will typically find
use individually in treating autoimmune conditions. For 65
example, typical disease states suitable for treatment include
graft versus host disease and transplant rejection in patients

undergoing an organ transplant, such as heart, lungs,
kidneys, liver, etc. Other diseases include autoimmune
diseases, such as Type I diabetes, multiple sclerosis, rheu-
matoid arthritis, systemic lupus erythematosus, and myas-
thenia gravis.

Any humanized immunoglobulins of the present inven-
tion may also be used in combination with other antibodies,
particularly humanized antibodies reactive with other lym-
phokines or lymphokine receptors. For example, suitable
antigens to which a cocktail of humanized immunoglobulins
may react include interleukins 1 through 10 and the p55 and
p75 chains of the IL-2 receptor (see, Waldmann, Annu. Rev.
Biochem. 58, 875 (1989) and Queen et al., Proc. Natl. Acad.
Sci. USA 86, 10029 (1989), both of which are incorporated
herein by reference). Other antigens include those on cells
responsible for the disease, e.g., the so-called "Clusters of
Differentiation" (Leucocyte Typing III, ed. by A. J.
McMichael, Oxford University Press (1987), which is incor-
porated herein by reference).

The antibodies can also be used as separately adminis-
tered compositions given in conjunction with chemothera-
peutic agents. Typically, the agents may include non-
steroidal anti-inflammatory agents (e.g., aspirin, ibuprofen),
steroids (e.g., prednisone) and immunosuppressants (e.g.,
cyclosporin A, cytoxan), but numerous additional agents
well-known to those skilled in the art may also be utilized.

A preferred pharmaceutical composition of the present
invention comprises the use of the subject immunoglobulins
in immunotoxins, e.g., to kill γ-IFN-secreting cells. Immu-
notoxins are characterized by two components and are
particularly useful for killing selected cells in vitro or in
vivo. One component is a cytotoxic agent which is usually
fatal to a cell when attached or absorbed. The second
component, known as the "delivery vehicle," provides a
means for delivering the toxic agent to a particular cell type,
such as cells expressing a γ-IFN epitope.

Humanized antibodies of the present invention can further
find a wide variety of utilities in vitro. By way of example,
the antibodies can be utilized for detection of γ-IFN
antigens, or the like.

The following examples are offered by way of illustration,
not by limitation.

EXPERIMENTAL

EXAMPLE 1

Humanized Anti-Tac Antibody

Design of Genes for Humanized Anti-Tac Light
and Heavy Chains

The sequence of the human antibody Eu (Sequences of
Proteins of Immunological Interest, E. Kabat et al., U.S.
Dept. of Health and Human Services, 1983) was used to
provide the framework of the humanized antibody, because
the amino acid sequence of the heavy chain variable region
of anti-Tac is more homologous to the heavy chain of this
antibody than to any other complete heavy chain variable
region sequence in the National Biomedical Foundation
Protein Identification Resource.

To select the sequence of the humanized heavy chain, the
anti-Tac heavy chain sequence (FIG. 1B, upper lines; see,
commonly assigned U.S. Ser. No. 07/223,037 filed Sep. 28,
1988, and U.S. Ser. No. 07/181,862 filed Apr. 15, 1988, both
of which are now abandoned and which are incorporated
herein by reference) was aligned with the sequence of the Eu

US 6,180,370 B1

heavy chain (FIG. 1B, lower lines). At each position, the Eu amino acid was selected for the humanized sequence, unless that position fell in any one of four categories defined above, in which case the anti-Tac amino acid was selected:

(1) The position fell within a complementarity determining region (CDR), as defined by Kabat, et al., *op. cit.* (amino acids 31–35, 50–66, 99–106);

(2) The Eu amino acid was rare for human heavy chains at that position, whereas the anti-Tac amino acid was common for human heavy chains at that position (amino acids 27, 93, 95, 98, 107–109, 111);

(3) The position was immediately adjacent to a CDR in the amino acid sequence of the anti-Tac heavy chain (amino acids 30 and 67); or

(4) 3-dimensional modeling of the anti-Tac antibody suggested that the amino acid was physically close to the antigen binding region (amino acids 48 and 68).

Amino acid #27 is listed in category (2) because the acceptor Eu amino acid Gly is rare, and the donor anti-Tac amino acid Tyr is chemically similar to the amino acid Phe, which is common, but the substitution was actually made because #27 also fell in category (4). Although some amino acids fell in more than one of these categories, they are only listed in one. The amino acids in the humanized heavy and light chains are numbered according to the lower lines of FIG. 1A and FIG. 1B.

To select the sequence of the humanized light chain, the anti-Tac light chain sequence was aligned with the sequence of the Eu light chain (FIG. 1A, lower lines). The Eu amino acid was selected at each position for the humanized sequence, unless the position again fell into one of the categories (1)–(4):

(1) CDR's (amino acids 24–34, 50–56, 89–97);

(2) Anti-Tac amino acid more typical than Eu (amino acids 48 and 63);

(3) Adjacent to CDR's (no amino acids; Eu and anti-Tac were already the same at all these positions); or

(4) Possible 3-dimensional proximity to binding region (amino acid 60).

The actual nucleotide sequence of the heavy and light chain genes were selected as follows:

(1) The nucleotide sequences code for the amino acid sequences chosen as described above;

(2) 5' of these coding sequences, the nucleotide sequences code for a leader (signal) sequence, namely the leader of the light chain of the antibody MOPC 63 and the leader of the heavy chain of the antibody PCH 108A (Kabat et al, *op. cit.*). These leader sequences were chosen as typical of antibodies;

(3) 3' of the coding sequences, the nucleotide sequences are the sequences that follow the mouse light chain J5 segment and the mouse heavy chain J2 segment, which are part of the anti-Tac sequences. These sequences are included because they contain splice donor signals; and

(4) At each end of the sequence is an Xba I site to allow cutting at the Xba I sites and cloning into the Xba I site of a vector.

### Construction of Humanized Light and Heavy Chain Genes

To synthesize the heavy chain, four oligonucleotides were synthesized using an Applied Biosystems 380B DNA synthesizer. Two of the oligonucleotides are part of each strand of the heavy chain, and each oligonucleotide overlaps the next one by about 20 nucleotides to allow annealing.

Together, the oligonucleotides cover the entire humanized heavy chain variable region with a few extra nucleotides at each end to allow cutting at the Xba I sites. The oligonucleotides were purified from polyacrylamide gels.

Each oligonucleotide was phosphorylated using ATP and T4 polynucleotide kinase by standard procedures (see, Maniatis, *op. cit.*). To anneal the phosphorylated oligonucleotides, they were suspended together in 40 $\mu$l of TA (33 mM Tris acetate, pH 7.9, 66 mM potassium acetate, 10 mM magnesium acetate) at a concentration of about 3.75 $\mu$M each, heated to 95° C. for 4 min. and cooled slowly to 4° C. To synthesize the complete gene from the oligonucleotides by synthesizing the opposite strand of each oligonucleotide, the following components were added in a final volume of 100 $\mu$l:

| 10 $\mu$l | annealed oligonucleotides |
| 0.16 mM each | deoxyribonucleotide |
| 0.5 mM | ATP |
| 0.5 mM | DTT |
| 100 $\mu$g/ml | BSA |
| 3.5 $\mu$g/ml | T4 g43 protein (DNA polymerase) |
| 25 $\mu$g/ml | T4 g44/62 protein (polymerase accessory protein) |
| 25 $\mu$g/ml | 45 protein (polymerase accessory protein) |

The mixture was incubated at 37° C. for 30 min. Then 10 u of T4 DNA ligase was added and incubation at 37° C. resumed for 30 min. The polymerase and ligase were inactivated by incubation of the reaction at 70° C. for 15 min. To digest the gene with Xba I, to the reaction was added 50 $\mu$l of 2×TA containing BSA at 200 $\mu$g/ml and DTT at 1 mM, 43 $\mu$l of water, and 50 u of Xba I in 5 $\mu$l. The reaction was incubated for 3 hr at 37° C., and run on a gel. The 431 bp Xba I fragment was purified from a gel and cloned into the Xba I site of the plasmid pUC19 by standard methods. Four plasmid isolates were purified and sequenced using the dideoxy method. One of these had the correct sequence.

To synthesize the light chain, four oligonucleotides JFD1, JFD2, JFD3, JFD4 were synthesized. Two of the oligonucleotides are part of each strand of the light chain, and each oligonucleotide overlaps the next one by about 20 nucleotides to allow annealing. Together, the oligonucleotides cover the entire humanized light chain variable region with a few extra nucleotides at each end to allow cutting at the Xba I sites. The oligonucleotides were purified from polyacrylamide gels.

The light chain gene was synthesized from these oligonucleotides in two parts. 0.5 $\mu$g each of JFD1 and JFD2 were combined in 20 $\mu$l sequence buffer (40 mM Tris-HCl, pH 7.5, 20 mM magnesium chloride, 50 mM sodium chloride), heated at 70° C. for 3 min and cooled slowly to 23° C. in order for the oligonucleotides to anneal. JFD3 and JFD4 were treated in the same way. Each reaction was made 10 mM in DTT and 0.5 mM in each deoxyribonucleotide, and 6.5 u of sequenase (US Biochemicals) was added, in a final volume of 24 $\mu$l, and incubated for 1 hr at 37° C. to synthesize the opposite strands of the olignuc-Leotides. Xba I and Hind III were added to each reaction to digest the DNA (there is a Hind III site in the region where JFD2 and JFD3 overlap and therefore in each of the synthesized DNAs). The reactions were run on polyacrylamide gels, and the Xba I—Hind III fragments were purified and cloned into pUC18 by standard methods. Several plasmid isolates for each fragment were sequenced by the dideoxy method, and correct ones chosen.

### Construction of Plasmids to Express Humanized Light and Heavy Chains

The heavy chain Xba I fragment was isolated from the pUC19 plasmid in which it had been inserted and then

US 6,180,370 B1

41                                                42

inserted into the Xba I site of the vector pVyl (see, commonly assigned U.S. Ser. No. 07/223,037 filed Sep. 28, 1988, now abandoned, which is incorporated herein by reference) in the correct orientation by standard methods, to produce the plasmid pHuGTAC1. This plasmid will express high levels of a complete heavy chain when transfected into an appropriate host cell.

The two light chain Xba I—Hind III fragments were isolated from the pUC18 plasmids in which they had been inserted. The vector plasmid pVK1 (see, commonly assigned U.S. Ser. No. 07/223,037 filed Sep. 28, 1988, now abandoned, which is incorporated herein by reference) was cut with Xba I, dephosphorylated and ligated with the two fragments by standard methods. The desired reaction product has the circular form: vector—Xba I—fragment 1—Hind III—fragment 2—Xba I—vector. Several plasmid isolates were analyzed by restriction mapping and sequencing, and one with this form chosen. This plasmid, pHuLTAC, therefore contains the complete humanized light chain and will express high levels of the light chain when transfected into an appropriate host cell.

Synthesis and Affinity of Humanized Antibody

The plasmids pHuGTAC1 and pHuLTAC were transfected into mouse Sp2/0 cells, and cells that integrated the plasmids were selected on the basis of resistance to mycophenolic acid and/or hygromycin B conferred by the gpt and hyg genes on the plasmids by standard methods. To verify that these cells secreted antibody that binds to the IL-2 receptor, supernatant from the cells was incubated with HUT-102 cells that are known to express the IL-2 receptor. After washing, the cells were incubated with fluorescein-conjugated goat anti-human antibody, washed, and analyzed for fluorescence on a FACSCAN cytofluorometer. The results (FIG. 7A), clearly show that the humanized antibody binds to these cells, but not to Jurkat T-cells that do not express the IL-2 receptor (FIG. 7D). As controls, the original mouse anti-Tac antibody was also used to stain these cells, giving similar results.

For the next experiments, cells producing the humanized antibody were injected into mice, and the resultant ascites collected. Humanized antibody was purified to substantial homogeneity from the ascites by passage through an affinity column of goat anti-human immunoglobulin antibody, prepared on an Affigel-10 support (Bio-Rad Laboratories, Inc., Richmond, Calif.) according to standard techniques. To determine the affinity of the humanized antibody relative to the original anti-Tac antibody, a competitive binding experiment was performed. About $5 \times 10^5$ HUT-102 cells were incubated with known quantities (10–40 ng) of the anti-Tac antibody and the humanized anti-Tac antibody for 10 min at 4° C. Then 100 ng of biotinylated anti-Tac was added to the cells and incubated for 30 min at 4° C. This quantity of anti-Tac had previously been determined to be sufficient to saturate the binding sites on the cells, but not to be in large excess.

Then the cells were washed twice with 2 ml of phosphate buffered saline (PBS) containing 0.1% sodium azide. The cells were then incubated for 30 min at 4° C. with 250 ng of phycoerythrin—conjugated avidin, which bound to the biotinylated anti-Tac already bound to the cells. The cells were washed again as above, fixed in PBS containing 1% paraformaldehyde, and analyzed for fluorescence on a FACSCAN cytofluorometer.

Use of increasing amounts (10–40 ng) of the anti-Tac antibody as competitor in the first step decreased the amount

of biotinylated anti-Tac that could bind to the cells in the second step, and therefore the amount of phycoerythrin-conjugated avidin that bound in the last step, thus decreasing fluorescence (FIG. 8A). Equivalent amounts (20 ng) of anti-Tac, and humanized anti-Tac used as competitor decreased the fluorescence to approximately the same degree (FIG. 8B). This shows that these antibodies have approximately the same affinity, because if one had greater affinity, it would have more effectively competed with the biotinylated anti-Tac, thus decreasing fluorescence more.

EXAMPLE 2

A Second Humanized Anti-Tac Antibody

Higher Level Expression of the Humanized Anti-Tac Antibody

Three new plasmid vectors were prepared for expression of the humanized antibodies. The plasmid pVg1 (FIG. 9A) contains a human cytomegalovirus IE1 promoter and enhancer (Boshart et al., Cell 41, 521 (1985), which is incorporated herein by reference), the human genomic Cyl segment including part of the preceding intron, and the hygomycin gene (Blochlinger et al., Mol. Cell. Biol. 4, 2929 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 9B) is similar to pVg1 but contains the human genomic CK segment and the gpt gene. The plasmid pVg1-dhfr was constructed similarly to pVg1 but contains a dihydrofolate reductase (dhfr) gene (Simonsen et al., Proc. Natl. Acad. Sci. USA 80, 2495 (1984), which is incorporated herein by reference) in place of the hygomycin gene.

Xba I fragments containing the humanized anti-Tac light chain and heavy chain variable regions were excised respectively from the plasmids pHuLTAC and the pHuGTAC1 and cloned into the Xba I sites of the plasmid vectors pVk and pVg1. To express the humanized anti-Tac antibody, the light chain encoding plasmid was introduced by electroporation into SP2/0 mouse myeloma cells followed by selection for gpt expression. Transfected cells expressing light chain were then transfected with the plasmid encoding the heavy chain followed by selection for hygromycin B resistance. Transfected cells producing the highest levels of humanized antibody as determined by ELISA were used for preparation of antibody. Humanized antibody was purified from culture supernatant of transfected cells by protein A sepharose chromatography.

Construction of the Second Humanized Anti-Tac Antibody

To determine whether it was actually necessary to use the mouse anti-Tac amino acids in categories (2)–(4) in the humanized anti-Tac antibody to retain binding affinity, a second humanized anti-Tac antibody was constructed. In the second antibody, only mouse anti-Tac amino acids in Category (1), i.e., in the CDR's themselves, were used, with all other amino acids coming from the human Eu framework. For purposes of this discussion, the original humanized anti-Tac antibody will be called the "PDL humanized antibody," and the second humanized antibody will be called the "CDR-only humanized antibody." The amino acid sequences of the PDL and CDR-only humanized antibody (variable regions) are compared in FIG. 10A and FIG. 10B.

The CDR-only humanized anti-Tac heavy and light chain variable (V) region gene segments were constructed in essentially the same manner as the light chain of the PDL

US 6,180,370 B1

**43**

humanized anti-Tac immunoglobulin, as described above. Specifically, each V region gene segment was synthesized in two halves. For each half, two overlapping, opposite-strand oligonucleotides, approximately 110 to 130 bases in length (FIG. 11A and FIG. 11B), were annealed and extended with sequenase (U.S. Biochemicals). The resulting double strand fragments were digested with either Xba I and Hind III (light chain) or Xba 1 and Sal I (heavy chain) and inserted into plasmid pUC19. Clones with the correct sequence were identified by DNA sequencing. Complete heavy and light chain genes were generated by inserting the V region halves into the Xba I sites of pVg 1 and pVk respectively by three-fragment ligation.

The CDR-only humanized antibody was expressed in the same manner as the PDL humanized antibody, by transfecting first the light chain containing plasmid and then the heavy chain containing plasmid into SP2/0 cells. Transfected cells producing the highest levels of humanized antibody as determined by ELISA were used for preparation of antibody, which was purified by protein A sepharose chromatography. Antibody concentration was determined by ELISA using purified PDL humanized antibody as a standard. That the purified CDR-only humanized antibody is assembled into $H_2L_2$ tetramers as expected was shown by analysis using reducing and non-reducing polyacrylamide gel electrophoresis.

The ability of the CDR-only humanized immunoglobulin to bind to the IL-2 receptor was assessed by fluorescence staining. Approximately $3.4 \times 10^5$ HUT cells, which are known to highly express the IL-2 receptor on their surface, were incubated with 200 ng of either the PDL or CDR-only humanized antibody, washed, and then incubated with fluorescein-conjugated goat anti-human IgG antisera. Cell fluorescence was measured by flow cytometry with a FAC-Scan (Becton Dickinson). As shown in FIG. 12, the PDL humanized antibody strongly stained the cells. However, staining by the CDR-only antibody was indistinguishable from staining by the negative control antibody humanized Fd79, which binds the gB glycoprotein of herpes simplex virus and not HUT-102 cells. Thus, by this assay, the CDR-only humanized antibody does not detectably bind the IL-2 receptor.

Binding of the PDL and CDR-only humanized anti-Tac antibodies to the IL-2 receptor were also compared in a competitive binding assay. Approximately $4 \times 10^3$ HUT-102 cells were incubated with 1.5 ng of radioiodinated mouse anti-Tac antibody ($7 \times 10^6$ cpm/$\mu$g) and varying amounts of each humanized antibody (4 to 512 ng) in 200 $\mu$l total volume of binding buffer (RPMI 1040 medium, 10% fetal calf serum, 10 $\mu$g/ml murine IgG2a, 0.1% sodium azide). After incubation for 2 hours at 0° C., 800 $\mu$l of binding buffer was added, cells were collected by centrifugation and radioactivity was measured. The relative binding by the two humanized antibodies and by mouse anti-Tac is shown in a plot of bound/free labeled antibody versus competitor concentration (FIG. 13). The PDL humanized anti-Tac antibody affinity for IL-2 receptor is essentially equal to that of the mouse anti-Tac antibody, because it competes about equally well. But competition by the CDR-only humanized anti-Tac antibody to IL-2 receptor was undetectable at the antibody concentrations used, indicating a binding affinity reduction of at least 100-fold as compared to the PDL humanized anti-Tac antibody. Because the sequences of the PDL and CDR humanized anti-Tac antibodies differ only at positions where mouse framework residues in categories (2)–(4) were used in the PDL molecule, we conclude that at least one of these mouse framework residues are essential for high affinity binding.

**44**

EXAMPLE 3

Construction of 5 Other Humanized Antibodies

Cloning of Heavy and Light Chain cDNAs

Five other humanized antibodies were designed and produced using the principles and categories disclosed herein. The antibodies are Fd79 and Fd138-80 which respectively bind to the gB and gD glycoproteins of herpes simplex virus (Metcalf et al., *Intervirology* 29, 39 (1988)), M195 (Tanimoto et al., *Leukemia* 3, 339 (1989)) which binds to the CD33 antigen, mik-β1 (Tusdo et al., *Proc. Natl. Acad. Sci. USA* 86, 1982 (1989)) which binds to the p75 chain of the IL-2 receptor, and CMV5 which binds to the gH glycoprotein of cytomegalovirus.

cDNAs for the heavy chain and light chain variable domain genes of each antibody were cloned using anchored polymerase chain reactions (Loh et al., *Science* 243, 219 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoRI sites (Scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoRI and HindIII and cloned into the pUC18 vector for sequencing. For each antibody, at least two heavy chain and two kappa clones were sequenced and found to have the same sequence. The deduced amino acid sequences of the mature light and heavy chain variable regions are shown in FIGS. 2A–6B, upper lines.

Design of Humanized Antibodies

In order to retain high binding affinity of the humanized antibodies, the principles and categories described above were utilized when designing the antibodies. Based on high sequence homology, human antibodies were selected to provide both the acceptor light and heavy chain human frameworks for the mouse antibodies, as follows: human Pom for Fd79, human Eu for Ed138-80, human Eu for M195, human Lay for mik-β1, and human Wol for CMV5.

The computer programs ABMOD and ENCAD (Levitt, *J. Mol. Biol.*, 168, 595 (1983) and Zilber et al., *Biochemistry* 29, 10032 (1990), both of which are incorporated herein by reference) was used to construct a model of the variable region of each mouse antibody. The model was used to determine the amino acids in each framework that were close enough to the CDR's to potentially interact with them (category 4 above). For each antibody, the positions found to fall in the categories (1)–(5) defined above are given in Table 1, numbered as in FIGS. 2A–6B.

TABLE 1

| Category | Light Chain | Heavy Chain |
|---|---|---|
| | Fd79 Antibody | |
| 1 | 24–38, S4–50, 93–100 | 31–35, 50–66, 99–111 |
| 2 | 9, 45, 46, 83 | 82, 112 |
| 3 | 53 | 112 |
| 4 | 53 | 97 |
| 5 | 81 | |
| | Fd138–80 Antibody | |
| 1 | 24–34, 50–56, 89–97 | 31–35, 50–66, 99–110 |
| 2 | 48, 63 | 93, 98, 111, 112, 113, 115 |
| 3 | — | 30, 67, 98, 111 |
| 4 | 36, 48, 87 | 27, 30, 37, 48, 67, 68, 98 |

US 6,180,370 B1

45

46

TABLE 1-continued

| Category | Light Chain | Heavy Chain |
|---|---|---|
| | M195 Antibody | |
| 1 | 24–38, 54–60, 93–101 | 31–35, 50–66, 95–105 |
| 2 | 10, 52, 67, 110 | 93, 95, 98, 106, 107 |
| | | 108, 110 |
| 3 | — | 30, 67, 98, 106 |
| 4 | 40, 52, 74 | 27, 30, 48, 68, 98 |
| | mik-β1 Antibody | |
| 1 | 24–33, 49–55, 88–96 | 31–35, 50–65, 98–108 |
| 2 | 13 | 84, 89, 90 |
| 3 | — | 30, 49 |
| 4 | 70 | 29, 30, 72, 73 |
| 5 | 41 | 1 |
| | CMV5 Antibody | |
| 1 | 24–34, 50–56, 89–97 | 31–35, 50–66, 99–108 |
| 2 | — | 69, 80 |
| 3 | 49 | 30 |
| 4 | 49 | 24, 27, 28, 30, 97 |
| 5 | — | 5 |

In designing each humanized antibody, at each position the amino acid was selected to be the same as in the human acceptor sequence, unless the position fell in categories (1)–(4), in which case the amino acid from the mouse donor sequence was used, or in category (5), in which case an amino acid typical for human sequences at that position was used.

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including signal peptides typically from the mouse antibody chains, generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included splice donor signals typical for immunoglobulin genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal. The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 base long with a 15–20 base overlap. Double stranded DNA fragments were synthesized with Klenow or Taq polymerase or sequenase from each pair of oligonucleotides, digested with restriction enzymes, ligated to pUC18 vector and sequenced. Two fragments with the respectively correct half-sequences were then ligated into the XbaI sites of pVg1 (heavy chains of Fd79 and Fd138-80) or pVg1-dhfr (heavy chains of M195, mik-β1, CMV5) or pVk (all light chains) expression vectors in the appropriate orientations to produce the complete heavy and light chain genes. Reactions were carried out under conditions well-known in the art (Maniatis et al., op. cit.).

The heavy chain and light chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells were selected for gpt expression. Clones were screened by assaying human antibody production in the culture supernatant by ELISA, and antibody was purified from the best-producing clones. Antibody was purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibodies were eluted with 0.2 M Glycine-HCl, pH

3.0 and neutralized with 1 M Tris pH 8.0. The buffer was exchanged into PBS by passing over a PD10 column (Pharmacia).

Properties of the Humanized Antibodies

The binding of the humanized antibodies to cell types expressing the corresponding antigens was tested: HSV-infected cells for Fd79 and Fd138-80, U937 cells for M195, YTJB cells for mik-β1 and CMV-infected cells for CMV5. By fluorocytometry, the humanized antibodies bind approximately as well as the original mouse antibodies and the corresponding chimeric antibodies. Moreover, the humanized antibodies compete approximately as well as the corresponding mouse antibodies against the radiolabeled mouse antibodies for binding to the cells, so the humanized antibodies have approximately the same binding affinity as the mouse antibodies, typically within about 2 fold or better, see, e.g., Table 2.

TABLE 2

Binding affinities of murine and humanized antibodies.

| | Mouse $K_a$ (M$^{-1}$) | Humanized $K_a$ (M$^{-1}$) |
|---|---|---|
| Fd79 (anti-gB) | $1.1 \times 10^8$ | $5.3 \times 10^7$ |
| Fd138-80 (anti-gD) | $5.2 \times 10^7$ | $4.8 \times 10^7$ |

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other antibodies. In comparison to other monoclonal antibodies, the present humanized immunoglobulin can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

EXAMPLE 4

Design of Genes for Anti-Tac Human-like Light and Heavy Chains

The sequence of the human antibody Eu (Sequences of Proteins of Immunological Interest, Kabat, E., et al., U.S. Dept. of Health and Human Services, 1983) was used to provide the framework of the humanized antibody, because the amino acid sequence of the heavy chain of anti-Tac is more homologous to the heavy chain of this antibody than to any other heavy chain sequence in the National Biomedical Foundation Protein Identification Resource.

To select the sequence of the humanized heavy chain, the anti-Tac heavy chain sequence was aligned with the sequence of the Eu heavy chain (FIG. 15). At each position, the Eu amino acid was selected for the humanized sequence, unless that position fell in any one of the following categories, in which case the anti-Tac amino acid was selected.

(1) The position fell within a complementarity determining region (CDR), as defined by Kabat, et al., op. cit. (amino acids 31–35, 50–66, 99–106);

(2) The Eu amino acid was unusual for human heavy chains at that position, whereas the anti-Tac amino acid was typical for human heavy chains at that position (amino acids 27, 93, 95, 98, 107–109, 111);

(3) The position was immediately adjacent to a CDR in the amino acid sequence of the anti-Tac heavy chain (amino acids 30 and 67).

US 6,180,370 B1

47

(4) 3-dimensional modeling of the anti-Tac antibody suggested that the amino acid was physically close to the antigen binding region (amino acids 48 and 68). Some amino acids fell in more than one of these categories but are only listed in one.

To select the sequence of the humanized light chain, the anti-Tac light chain sequence was aligned with the sequence of the Eu light chain (FIG. 16). The Eu amino acid was selected at each position, unless the position again fell into one of the categories (1)–(4), (with light chain replacing heavy chain in the category definitions):

(1) CDRs (amino acids 24–34, 50–56, 89–97).

(2) Anti-Tac amino acid more typical than Eu (amino acids 48 and 63).

(3) Adjacent to CDRs (no amino acids; Eu and anti-Tac were already the same at all these positions).

(4) Possible 3-dimensional proximity to binding region (amino acid 60).

The actual nucleotide sequence of the heavy (FIG. 17) and light chain (FIG. 18) genes were selected as follows:

(1) the nucleotide sequences code for the amino acid sequences chosen as described above.

(2) 5' of these coding sequences, the nucleotide sequences code for a leader (signal) sequence, namely the leader of the light chain of the antibody MOPC 63 and the leader of the heavy chain of the antibody PCH 108A (Kabat et al., op. cit.). These leader sequences were chosen as typical of antibodies.

(3) 3' of the coding sequences, the nucleotide sequences are the sequences that follow the mouse light chain J5 segment and the mouse heavy chain J2 segment, which are part of the anti-Tac sequences. These sequences are included because they contain splice donor signals.

(4) At each end of the sequence is an Xba I site to allow cutting at the Xba I sites and cloning into the Xba I site of a vector.

Construction of Humanized Light and Heavy Chain Genes

To synthesize the heavy chain, four oligonucleotides HES12, HES13, HES14, HES15 (FIG. 19A) were synthesized using an Applied Biosystems 380B DNA synthesizer. Two of the oligonucleotides are part of each strand of the heavy chain, and each oligonucleotide overlaps the next one by about 20 nucleotides to allow annealing (FIG. 19B). Together, the oligonucleotides cover the entire humanized heavy chain (FIG. 17) with a few extra nucleotides at each end to allow cutting at the Xba I sites. The oligonucleotides were purified from polyacrylamide gels.

Each oligonucleotide was phosphorylated using ATP and T4 polynucleotide kinase by standard procedures (see, Maniatis, op. cit.). To anneal the phosphorylated oligonucleotides, they were suspended together in 40 μl of TA (33 mM Tris acetate, pH 7.9, 66 mM potassium acetate, 10 mM magnesium acetate) at a concentration of about 3.75 μM each, heated to 95° C. for 4 min. and cooled slowly to 4° C. To synthesize the complete gene from the oligonucleotides by synthesizing the opposite strand of each oligonucleotide (FIG. 19B), the following components were added in a final volume of 100 μl:

48

| 10 μl | annealed oligonucleotides |
| 0.16 mM each | deoxyribonucleotide |
| 0.5 mM | ATP |
| 0.5 mM | DTT |
| 100 μg/ml | BSA |
| 3.5 μg/ml | T4 g43 protein (DNA polymerase) |
| 25 μg/ml | T4 g44/62 protein (polymerase accessory protein) |
| 25 μg/ml | 45 protein (polymerase accessory protein) |

The mixture was incubated at 37° C. for 30 min. Then 10 U of T4 DNA ligase was added and incubation at 37° C. resumed for 30 min. The polymerase and ligase were inactivated by incubation of the reaction at 70° C. for 15 min. To digest the gene with Xba I, to the reaction was added 50 μl of 2×TA containing BSA at 200 μg/ml and DTT at 1 mM, 43 μl of water, and 50 U of Xba I in 5 μl. The reaction was incubated for 3 hr at 37° C., and run on a gel. The 431 bp Xba I fragment was purified from a gel and cloned into the Xba I site of the plasmid pUC19 by standard methods. Four plasmid isolates were purified and sequenced using the dideoxy method. One of these had the correct sequence (FIG. 17).

To synthesize the light chain, four oligonucleotides JFD1, JFD2, JFD3, JFD4 (FIG. 20A) were synthesized. Two of the oligonucleotides are part of each strand of the light chain, and each oligonucleotide overlaps the next one by about 20 nucleotides to allow annealing (FIG. 20B). Together, the oligonucleotides cover the entire humanized light chain (FIG. 18) with a few extra nucleotides at each end to allow cutting at the Xba I sites. The oligonucleotides were purified from polyacrylamide gels.

The light chain gene was synthesized from these oligo-nucleotides in two parts. 0.5 μg each of JFD1 and JFD2 were combined in 20 μl sequenase buffer (40 mM Tris-HCl, pH 7.5, 20 mM magnesium chloride, 50 mM sodium chloride), heated at 70° C. for 3 min and allowed to cool slowly to 23° C. in order for the oligonucleotides to anneal. JFD3 and JFD4 were treated in the same way. Each reaction was made 10 mM in DTT and 0.5 mM in each deoxyribonucleotide and 6.5 U of sequenase (US Biochemicals) was added, in a final volume of 24 μl, and incubated for 1 hr at 37° C. to synthesize the opposite strands of the oligonucleotides. Xba I and Hind III were added to each reaction to digest the DNA (there is a Hind III site in the region where JFD2 and JFD3 overlap and therefore in each of the synthesized DNAs; FIG. 20B). The reactions were run on polyacrylamide gels, and the Xba I—Hind III fragments were purified and cloned into pUC18 by standard methods. Several plasmid isolates for each fragment were sequenced by the dideoxy method, and correct ones chosen.

Construction of Plasmids to Express Humanized Light and Heavy Chains

The heavy chain Xba I fragment was isolated from the pUC19 plasmid in which it had been inserted and then inserted into the Xba I site of the vector pVγ1 in the correct orientation by standard methods, to produce the plasmid pHuGTAC1 (FIG. 21). This plasmid will express high levels of a complete heavy chain when transfected into an appropriate host cell.

The two light chain Xba I—Hind III fragments were isolated from the pUC18 plasmids in which they had been inserted. The vector plasmid pVk1 was cut with Xba I, dephosphorylated and ligated with the two fragments by standard methods. The desired reaction product has the

US 6,180,370 B1

49

circular form: vector—Xba I—fragment 1—Hind III—fragment 2—Xba I—vector. Several plasmid isolates were analyzed by restriction mapping and sequencing, and one with this form chosen. This plasmid, pHuLTAC (FIG. 22), therefore contains the complete humanized light chain (FIG. 18) and will express high levels of the light chain when transfected into an appropriate host cell.

### Synthesis and Affinity of Humanized Antibody

The plasmids pHuGTAC1 and pHuLTAC were transfected into mouse Sp2/0 cells, and cells that integrated the plasmids were selected on the basis of resistance to mycophenolic acid and/or hygromycin B conferred by the gpt and hyg genes on the plasmids (FIGS. 21, 22) by standard methods. To verify that these cells secreted antibody that binds to the IL-2 receptor, supernatant from the cells was incubated with HUT-102 cells that are known to express the IL-2 receptor. After washing, the cells were incubated with fluorescein-conjugated goat anti-human antibody, washed, and analyzed for fluorescence on a FACSCAN cytofluorometer. The results (FIG. 7A), clearly show that the humanized antibody binds to these cells, but not to Jurkat T-cells that do not express the IL-2 receptor (FIG. 7D). As controls, the original mouse anti-Tac antibody was also used to stain these cells (FIG. 7B and FIG. 7C), giving similar results.

For further experiments, cells producing the humanized antibody were injected into mice, and the resultant ascites collected. Humanized antibody was purified to substantial homogeneity from the ascites by passage through an affinity column of goat anti-human immunoglobulin antibody, prepared on an Affigel-10 support (Bio-Rad Laboratories, Inc., Richmond, Calif.) according to standard techniques. To determine the affinity of the humanized antibody relative to the original anti-Tac antibody, a competitive binding experiment was performed. About $5 \times 10^5$ HUT-102 cells were incubated with known quantities (10–40 ng) of the anti-Tac antibody and the humanized anti-Tac antibody for 10 min at 4° C. Then 100 ng of biotinylated anti-Tac was added to the cells and incubated for 30 min at 4° C. This quantity of anti-Tac had previously been determined to be sufficient to saturate the binding sites on the cells, but not to be a large excess. Then the cells were washed twice with 2 ml of phosphate buffered saline (PBS) containing 0.1% sodium azide. The cells were then incubated for 30 min at 4° C. with 250 ng of phycoerythrin-conjugated avidin, which bound to the biotinylated anti-Tac already bound to the cells. The cells were washed again as above, fixed in PBS containing 1% paraformaldehyde, and analyzed for fluorescence on a FACSCAN cytofluorometer.

Use of increasing amounts (10–40 ng) of the anti-Tac antibody as competitor in the first step decreased the amount of biotinylated anti-Tac that could bind to the cells in the second step, and therefore the amount of phycoerythrin-conjugated avidin that bound in the last step, thus decreasing fluorescence (FIG. 8A). Equivalent amounts (20 ng) of anti-Tac, and humanized anti-Tac used as competitor decreased the fluorescence to approximately the same degree (FIG. 8B). This shows that these antibodies have approximately the same affinity, because if one had greater affinity, it would have more effectively competed with the biotinylated anti-Tac, thus decreasing fluorescence more.

### Biological Properties of the Humanized Antibody

For optimal use in treatment of human disease, the humanized antibody should be able to destroy T-cells in the body that express the IL-2 receptor. One mechanism by

50

which antibodies may destroy target cells is antibody-dependent cell-mediated cytotoxicity, abbreviated ADCC (*Fundamental Immunology*, Paul, W., Ed., Raven Press, New York (1984), at pg. 681), in which the antibody forms a bridge between the target cell and an effector cell such as a macrophage that can lyse the target. To determine whether the humanized antibody and the original mouse anti-Tac antibody can mediate ADCC, a chromium release assay was performed by standard methods. Specifically, human leukemia HUT-102 cells, which express the IL-2 receptor, were incubated with $^{51}$Cr to allow them to absorb this radionuclide. The HUT-102 cells were then incubated with an excess of either anti-Tac or humanized anti-Tac antibody. The HUT-102 cells were next incubated for 4 hrs with either a 30:1 or 100:1 ratio of effector cells, which were normal purified human peripheral blood mononuclear cells that had been activated by incubation for about 20 hrs with human recombinant IL-2. Release of $^{51}$Cr, which indicated lysis of the target HUT-102 cells, was measured and the background subtracted (Table 3). The results show that at either ratio of effector cells, anti-Tac did not lyse a significant number of the target cells (less than 5%), while the humanized antibody did (more than 20%). Hence, the humanized antibody is likely to be more efficacious than the original mouse antibody in treating T-cell leukemia or other T-cell mediated diseases.

TABLE 3

| Percent $^{51}$Cr released after ADCC | | |
|---|---|---|
| | Effector: Target ratio | |
| Antibody | 30:1 | 100:1 |
| Anti-Tac | 4% | <1% |
| Humanized anti-Tac | 24% | 23% |

### Higher Level Expression of the Humanized Anti-Tac Antibody

Two new plasmid vectors were prepared for expression of the humanized antibody. The plasmid pVg1 (FIG. 9A) contains a human cytomegalovirus IE1 promoter and enhancer (Boshart et al., *Cell* 41, 521 (1985)), the human genomic Cγ1 segment including part of the preceding intron, and the hygomycin gene (Blochlinger et al., *Mol. Cell. Biol.* 4, 2929 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 9B) is similar to pVg1 but contains the human genomic Cκ segment and the gpt gene.

Xba I fragments containing the humanized anti-Tac light chain and heavy chain variable regions were excised respectively from the plasmids pHuLTAC and the pHuGTAC1 and cloned into the Xba I sites of the plasmid vectors pVk and pVG1. To express the humanized anti-Tac antibody, the light chain encoding plasmid was introduced by electroporation into SP2/0 mouse myeloma cells followed by selection for gpt expression. Transfected cells expressing light chain were then transfected with the plasmid encoding the heavy chain followed by selection for hygromycin B resistance. Transfected cells producing the highest levels of humanized antibody as determined by ELISA were used for preparation of antibody. Humanized antibody was purified from culture supernatant of transfected cells by protein A sepharose chromatography.

From the foregoing, it will be appreciated that the human-like immunoglobulins of the present invention offer numer-

US 6,180,370 B1

51

ous advantages of other human IL-2 receptor-specific anti-bodies. In comparison to anti-Tac mouse monoclonal antibodies, the present human-like immunoglobulin can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

EXAMPLE 5

Design of Genes for Mik-β1 Humanized Light and Heavy Chains

To exert its biological effects, IL-2 interacts with a specific high-affinity membrane receptor (Greene, W., et al., *Progress in Hematology XIV*, E. Brown, Ed., Crune and Statton, New York (1986), at pgs. 283 ff and Waldmann, *Ann. Rev. Biochem.* 58, 875 (1989), which is incorporated herein by reference). The human IL-2 receptor is a complex multichain glycoprotein, with one chain, known as the Tac peptide or alpha chain, being about 55 kD in size (see, Leonard, W., et al., *J. Biol. Chem.* 260, 1872 (1985), which is incorporated herein by reference). The second chain is known as the p75 or beta chain (Tsudo et al., *Proc. Nat. Acad. Sci. USA*, 83, 9694 (1986) and Sharon et al., *Science* 234, 859 (1986), both of which are incorporated herein by reference). The p55 or Tac chain and the p75 chain each independently bind IL-2 with low or intermediate affinity, while the IL-2 receptor complex of both chains binds IL-2 with high affinity. The p75 chain of the human IL-2 receptor will often be called herein simply the p75 protein.

Much of the elucidation of the human IL-2 receptor's structure and function is due to the development of specifi-cally reactive monoclonal antibodies. The antibody, mik-β1, binds to the p75 chain (Tsudo et al., *Proc. Nat. Acad. Sci. USA* 86, 1982 (1989), which is incorporated herein by reference).

Cloning of Heavy Chain and Light Chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Loh et al., *Science* 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoRI sites (scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoRI and HindIII and cloned into the pUC19 vector for sequenc-ing. For mik-β1, two gamma-2a specific and two kappa specific clones were sequenced. The two gamma-2a clones and two kappa clones are respectively identical in sequence. The cDNA variable domain sequences and the deduced amino acid sequences are shown in FIG. 23A and FIG. 23B.

Construction and Expression of Chimeric Antibody

Two plasmid vectors were prepared for construction and expression of the chimeric antibody genes. The plasmid pVg1-dhfr (FIG. 24A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., *Cell* 41, 521 (1985)), the human genomic Cγ1 segment including part of the preceding intron, and a dihydrofolate reductase (dhfr) gene (Simonsen et al., *Proc. Natl. Acad. Sci. USA* 80, 2495 (1983), which is incorporated herein by reference) for selec-tion. The plasmid pVk (FIG. 24B) is similar to pVg1-dhfr but contains the human genomic Cκ segment and the gpt gene. Derivatives of the mik-β1 heavy and light chain variable regions were prepared from the cDNAs by poly-merase chain reaction. The 5' primers hybridized to the V

52

regions starting at the ATG codons and contained XbaI sites; the 3' primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, C. Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the CMV promoter and the partial introns of the constant regions.

For expression of the chimeric antibody, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete antibody were detected by ELISA. Purified chimeric mik-β1 antibody was shown to bind to YTJB cells, which express the p75 antigen, by flow cytometry (FIG. 25).

Computer Modeling of Humanized Antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (C. Queen et al., *Proc. Natl. Acad. Sci. USA* 86, 10029 (1989), which is incorporated herein by reference). The more homologous a human antibody is to the original murine antibody, the less likely will combining the murine CDRs with the human framework be to introduce distortions into the CDRs that could reduce affinity. Normally the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence database (performed with the MicrorGenie Sequence Analysis Software (Beckman)), the antibody Lay was chosen to provide the framework sequences for humanization of mik-β1.

The computer program ENCAD (M. Levitt, *J. Mol. Biol.* 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of the mik-β1 variable region. The model was used to determine the amino acids in the mik-β1 framework that were close enough to the CDRs to potentially interact with them (category 4 below). To design the humanized light and heavy chain mik-β1 variable regions, at each position the amino acid was chosen to be the same as in the Lay antibody, unless that position fell in one or more of five categories:

(1) The position fell within a CDR,

(2) The Lay amino acid was unusual for human antibodies at that position, whereas the mik-β1 amino acid was typical for human antibodies at that position.

(3) The position was immediately adjacent to a CDR,

(4) The model described above suggested that the amino acid may be physically close to the antigen binding region (CDRs).

For positions in these categories, the amino acid from the (mouse) mik-β1 antibody was used. In addition, a position was in the fifth category if

(5) The Lay amino acid was highly unusual for human antibodies at that position, and the mik-β1 amino acid was different but also unusual. Then an amino acid typical for human antibodies at that position may be used.

The amino acids in each category are shown in Table 4. Some amino acids may be in more than one category. The final sequences of the humanized mik-β1 light and heavy chain variable domains are shown in FIG. 26A and FIG. 26B, compared with the Lay sequences.

53

TABLE 4

| Category | Light Chain | Heavy Chain |
|---|---|---|
| 1 | 24–33, 49–55, 88–96 | 31–35, 50–65, 98–108 |
| 2 | 13 | 84, 89, 90 |
| 3 | | 30, 49 |
| 4 | 70 | 29, 30, 72, 73 |
| 5 | 41 | 1 |

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including the same signal peptides as in the mouse mik-β1 chains (FIG. 23A and FIG. 23B), generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal (FIG. 27A and FIG. 27B). The oligonucleotides were synthesized on an Applied Biosystems 3803 DNA synthesizer. Each oligo was about 110–140 base long with about a 20 base overlap. Double stranded DNA fragments were synthesized with sequenase from each pair of oligonucleotides, digested with restriction enzymes, ligated to pBluescriptII KS (+) (Stratagene) vector and sequenced. Two fragments with the respectively correct half-sequences were then ligated into the XbaI sites of the pVg1-dhfr or pVk expression vectors. In vitro mutagenesis was used to change an Ala amino acid originally encoded by oligonucleotide wps54 to the Glu (E) at position 1 of the humanized heavy chain (FIG. 26D) by changing the nucleotides CT to AG. Reactions were carried out under conditions well-known in the art (Maniatis et al., op. cit.)

The heavy chain and light chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells were selected for gpt expression. Clones were screened by assaying human antibody production in the culture supernatant by ELISA, and antibody was purified from the best-producing clones. Antibody was purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibody was eluted with 0.2 M Glycine-HCl, pH 3.0 and neutralized with 1 M Tris PH 8.0. The buffer was exchanged into PBS by passing over a PD10 column (Pharmacia).

Properties of Humanized Antibodies

The humanized mik-β1 antibody was characterized in comparison to the murine and chimeric antibodies. The humanized antibody bound to YTJB cells, which express p75 chain at a high level, in a fluorocytometric analysis in a manner similar to the chimeric antibody (FIG. 25), showing that it recognizes the same p75 protein.

The affinity of the humanized antibody was determined by competition with the radio-iodinated mouse mik-β1 antibody (FIG. 28). The binding affinities were calculated according to the methods of Berzofsky (J. A. Berzofsky and I. J. Berkower, in Fundamental Immunology (ed. W. E. Paul), Raven Press (New York), 595 (1984), which is incorporated herein by reference). The binding affinity of the humanized mik-β1 antibody was within about 2-fold of the affinity of the mouse mik-β1 antibody.

54

The ability of humanized mik-β1 plus humanized anti-Tac antibody to inhibit IL-2 stimulated proliferation of human lymphocytes was determined. Human mononuclear cells, collected from human blood by centrifugation on Ficoll-Paque (Pharmacia), were diluted to $2 \times 10^6$ cells/ml in RPMI medium+10% fetal calf serum (FCS). A $\frac{1}{200}$ volume of phytohemagglutinin P (Difco) was added and the cells were incubated for 4 days. The cells were incubated an additional 4 days in RPMI+10% FCS+150 u/ml IL-2. $10^5$ of these PHA activated blasts were then incubated with or without 2 μg each of humanized mik-β1 and humanized anti-Tac in 150 μl of RPMI+10% FCS in wells of a 96-well plate for 1 hr, to which various dilutions of IL-2 (Amgen) were then added in 50 μl medium. The cells were incubated 48 hr, 0.5 μCi methyl-³H-thymidine (Amersham, 82 Ci/mmol) was added, and the cells were incubated 24 hr. Cells were harvested with a cell harvester and radioactivity determined. The combination of the antibodies greatly inhibited proliferation of the cells in response to IL-2 (FIG. 29), suggesting a combination of the antibodies will have strong immunosuppressive properties. Humanized mik-β1 plus humanized anti-Tac inhibited proliferation much more strongly than did either antibody alone.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other p75 specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulin can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

EXAMPLE 6

Design of Genes for Fd79 and Fd138–80 Humanized Light and Heavy Chains

Exemplary DNA sequences coding for the pollpeptide chains comprising the heavy and light chain hypervariable regions (with human framework regions) from monoclonal antibodies Fd79 and Fd138-80, are shown in FIG. 30A through FIG. 30D.

Cloning of Heavy Chain and Light Chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Loh et al., Science 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoRI sites (scheme shown in FIG. 14). This method yields clones with authentic variable domain sequences, in contrast to other methods using mixed primers designed to anneal to the variable domain sequence (J. W. Larrick et al., Bio/Technology 7, 934 (1989) and Y. L. Chiang et al., BioTech. 7, 360 (1989)). The PCR amplified fragments were digested with EcoRI and HindIII and cloned into the pUC18 vector for sequencing. For Fd79, two gamma-1 specific and 5 kappa specific clones were sequenced. The two gamma-1 specific clones are identical in sequence. This heavy chain cDNA fragment encodes a signal peptide of 19 amino acids, a V region in mouse heavy chain subgroup IIIB, a D segment, and a $J_H1$ segment with 4 alterations compared to the genomic $J_H1$ sequence. The deduced amino acid sequence is shown in FIG. 30A.

The five kappa specific clones belong to two groups. Two clones are identical and encode a kappa chain in which the

US 6,180,370 B1

55

conserved amino acid 23 cysteine has been substituted by a tyrosine, probably representing the non-productive allele. The other three clones have an identical sequence encoding a signal peptide sequence of 20 amino acids, a V region in mouse kappa chain subgroup III, and a $J_\kappa 2$ segment with a single alteration compared to the genomic $J_\kappa 2$ sequence (FIG. 30B). The validity of the heavy chain and the kappa chain sequences was subsequently confirmed by the construction and expression of a chimeric antibody as discussed below.

The heavy chain and the kappa chain of Fd138-80 were cloned similarly. Three clones each of the heavy chain and the kappa chain were sequenced. All three heavy chain clones have an identical sequence encoding a signal peptide sequence of 19 amino acids, a V region in mouse heavy chain subgroup II, a D segment and the $J_H 3$ segment (FIG. 30C). The three kappa clones are also identical in sequence. This light chain fragment encodes a signal peptide sequence of 20 amino acids, a V region gene in mouse kappa chain subgroup V and the $J_\kappa 5$ segment (FIG. 30D). Both chains shown no irregularities in coding to sequence; their validity was subsequently confirmed by construction and expression of a chimeric antibody.

### Construction and Expression of Chimeric Antibodies

Two plasmid vectors were prepared for construction and expression of the chimeric antibody genes. The plasmid pVg1 (FIG. 9A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., Cell 41, 521 (1985)), the human genomic Cγ1 segment including part of the preceding intron, and the hygromycin gene (Blochlinger et al., Mol. Cell. Biol. 4, 2929 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 9B) is similar to pVg1 but contains the human genomic Cκ segment and the gpt gene. Derivatives of the Fd79 and Fd138-80 heavy and light chain variable regions were prepared from the cDNAs by polymerase chain reaction. The 5′ primers hybridized to the V regions starting at the ATG codons and contained XbaI sites; the 3′ primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, C. Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the CMV promoter and the partial introns of the constant regions.

For expression of the chimeric antibodies, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete antibody were detected by ELISA. Purified chimeric Fd79 and Fd138-80 antibodies were shown to bind to HSV-1 infected vero cells by flow cytometry. Viral neutralization assays also indicated that the chimeric antibodies retain the neutralization activities of the murine antibodies (data not shown, but see below for similar results with humanized antibodies).

### Computer Modeling of Humanized Antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (C. Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The more homologous a human antibody is to the original murine antibody, the less likely will combining the murine

56

CDRs with the human framework be to introduce distortions into the CDRs that could reduce affinity. Normally the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence homology search against the NBRF protein sequence database (performed with the MicroGenie Sequence Analysis Software (Beckman)), the antibody Pom was chosen to provide the framework sequences for humanization of Fd79.

The computer program ENCAD (Levitt, J. Mol. Biol. 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of the Fd79 variable region. Inspection of the refined model of murine Fd79 revealed two amino acid residues in the framework that are close enough to have significant contacts with the CDR residues (Table 5). Lys in light chain position 49 has contacts with 3 amino acids in CDR2 of the light chain (L50 Tyr, L53 Asn, L55 Glu) and 2 amino acids in CDR3 of the heavy chain (H99 Asp, H100 Tyr). Leu in heavy chain position 93 also shows interactions with 2 amino acids in CDR2 of the heavy chain (H35 Ser, H37 Val) and an amino acid in CDR3 of the heavy chain (H100C Phe). Hence, L49 Lys and H93 Leu were retained in the construction of humanized Fd79, as their replacement with human Pom framework residues would be likely to introduce distortions into the CDRs. Also, 7 other residues in the Pom framework (5 in the light chain and 2 in the heavy chain) were substituted with common human residues (identical to the murine Fd79 sequence in 6 of the choices) because of their rare occurrence in other human antibodies. The elimination of unusual amino acids in the framework may further reduce immunogenicity. The murine Fd79 sequences and the corresponding humanized sequences are shown in FIG. 30A and FIG. 30B. Substituted residues in the Pom framework are underlined.

TABLE 5

| Residues in the framework sequence showing contacts with residues in the hypervariable regions. | | |
| --- | --- | --- |
| Residue No.[1] | Amino Acid | Contacting CDR residues[2] |
| Fd79 | | |
| L49 | Lys | L50Y, L53N, L55E, H99D, H100Y |
| H93 | Leu | H35S, H37V, H100CF |
| Fd138-80 | | |
| L36 | His | L34V, L89Q |
| H27 | Tyr | H32H, H34I |
| H30 | Tyr | H32H, H53R |
| H48 | Phe | H63F |
| H66 | Lys | H63F |
| H67 | Ala | H63F |

[1]The amino acid residues are numbered according to the Kabat system (E. A. Kabat et al., Sequences of Proteins of Immunological Interest, National Institutes of Health, Bethesda, MD (1987)): the first letter (H or L) stands for the heavy chain or light chain. The following number is the residue number. The last letter is the amino acid one letter code.
[2]The hypervariable regions are defined according to Kabat: Light chain CDR1: residue 24–34; CDR2: 50–56; CDR3: 89–97. Heavy chain CDR1: 31–35; CDR2: 50–65; CDR3: 95–102.

Similarly, the murine heavy chain and light chain sequences of Fd138-80 were subjected to sequence homology search against the NBRF protein sequence database. The sequences of the human antibody Eu were selected to provide the framework sequences for humanized Fd138-80. Inspection of a computer-generated model of Fd138-80 revealed 6 amino acid residues in the framework that are close enough to have important contacts with CDR residues.

US 6,180,370 B1

57

The residues and their contacting counterparts are listed in Table 5; these murine residues were retained in the construction of humanized Fd138-80. Two other residues (L87 Phe and H37 Met) show significant contacts with L98 Phe, which is immediately adjacent to CDR3, so these two mouse residues were also retained. Eight amino acids in the Eu framework (2 in the light chain and 6 in the heavy chain) were substituted with the murine residues (which are also consistent with the human consensus residues) because of their rare occurrence in other human antibodies. The murine Fd138-80 sequences and the corresponding humanized sequences are shown in FIG. 30C and FIG. 30D. Substituted residues in the Eu framework are underlined.

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including the signal peptides, generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal. The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 bases long with a 15 base overlap. Double stranded DNA fragments were synthesized with Klenow polymerase, digested with restriction enzymes, ligated to pUC18 vector and sequenced. The two fragments with the correct sequences were then ligated into the XbaI sites of pVg1 or pVk expression vectors.

The synthetic genes were then cloned into the pVg1 and pVk expression vectors. For each humanized antibody constructed, the heavy chain and light chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells were selected for gpt expression. Clones were screened by assaying human antibody production in the culture supernatant by ELISA, and antibody was purified from the best-producing clones. Antibodies were purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibodies were eluted with 0.2 M Glycine-HCl, pH 3.0 and neutralized with 1 M Tris PH 8.0. The buffer was exchanged into PBS by passing over a PD10 column (Pharmacia).

Properties of Humanized Antibodies

The humanized Fd79 and Fd138-80 antibodies were characterized in comparison to the murine and chimeric antibodies. Both humanized antibodies bind to Vero cells infected with HSV-1 in a fluorocytometric analysis in a manner similar to the chimeric antibodies (FIG. 31A and FIG. 31B), suggesting that they recognize their respective viral antigens. To more quantitatively assess the binding activity, radioiodinated murine antibodies were bound to virally infected cells and Scatchard analysis performed.

The affinities of the humanized antibodies were determined by competition with the iodinated antibodies. Vero cells infected with HSV-1 were used as source of gB and gD antigens. Increasing amounts of competitor antibody (mouse or humanized) were added to 1.5 ng of radioiodinated tracer mouse antibody (2 $\mu$Ci/$\mu$g) and incubated with $4\times10^5$ infected Vero cells in 0.2 ml of binding buffer (PBS+2%

58

FCS+0.1% azide) for 1 hr. at 4° C. Cells were washed and pelleted, and their radioactivities were measured. The concentrations of bound and free tracer antibody were calculated. The binding affinities were calculated according to the methods of Berzofsky (J. A. Berzofsky and I. J. Berkower, in *Fundamental Immunology* (ed. W. E. Paul), Raven Press (New York), 595 (1984), which is incorporated herein by reference).

The measurements indicate that there is no significant loss of binding affinities in the humanized antibodies (Table 6). Specifically, there is an approximately 2-fold decrease in affinity in humanized Fd79 compared to the murine Fd79 (Ka of $5.3\times10^7$ M$^{-1}$ VS. $1.1\times10^8$ M$^{-1}$). The affinity of humanized Fd138-80 is comparable to that of the murine antibody (Ka of $4.8\times10^7$ M$^{-1}$ vs $5.2\times10^7$ M$^{-1}$).

TABLE 6

| Binding affinities of murine and humanized antibodies. | | |
| --- | --- | --- |
| | Mouse $K_a$ (M$^{-1}$) | Humanized $K_a$ (M$^{-1}$) |
| Fd79 (anti-gB) | $1.1 \times 10^8$ | $5.3 \times 10^7$ |
| Fd138–80 (anti-gD) | $5.2 \times 10^7$ | $4.8 \times 10^7$ |

Murine Fd79 and Fd138-80 have been shown to neutralize HSV-1 in vitro without complement (J. Koga et al., Virology 151, 385 (1986)), so the neutralizing activities of the humanized antibodies were compared with the mouse antibodies. Serial dilutions of equal quantities of murine and humanized antibodies were incubated with virus for 1 hr. before inoculation onto Vero cells. After 4 days, cells were stained with neutral red to visualize plaques. Results from these plaque reduction assays indicated that both humanized Fd79 and Fd138-80 neutralize virus as efficiently as their murine counterparts (FIGS. 32A and B). Both humanized and murine Fd79 cause a 90% reduction of plaques at an antibody concentration of 10 nM (1.5 $\mu$g/ml). Similarly, humanized and murine Fd138-80 were able to cause a 90% plaque reduction at equivalent levels.

The antibodies were also investigated for their ability to protect cells from viral spread in tissue culture. Vero cells were inoculated with virus at 0.1 pfu/cell and allowed to adsorb for 2 hrs. at 37° C. before addition of 10 $\mu$g/ml antibody. After four days, cells were stained ,with an anti-gB antibody for detection of viral antigens on infected cells. Results indicated that both murine and humanized Fd79 at 10 $\mu$g/ml protected culture cells from infection (FIG. 33A). However, neither murine nor humanized Fd138-80 were able to protect cells against viral spread (FIG. 33B), despite their ability to neutralize virus before inoculation. Both gB and gD are thought to be associated with cell fusion and virus infectivity (W. Cai et al., J. Virol. 62, 2596 (1988) and A. O. Fuller and P. G. Spear, Proc. Natl. Acad. Sci. USA 84, 5454 (1987)). However, it is possible that Fd79 blocks both the infectivity and cell fusion functions of gB, while Fd138-80 blocks only the infectivity function of gD, so virus can still spread cell-to-cell.

The binding, neutralization and protection results all indicate that the humanized Fd79 and Fd138-80 antibodies have retained the binding activities and the biological properties of the murine monoclonal antibodies. The availability of humanized antibodies with specificity for HSV gB and gD, inter alia, provides an opportunity for studies of the in vivo potency and immunogenicity of humanized antibodies in treating viral diseases. The recognition by Fd79 and Fd138-80 of type-common epitopes of gB and gD (J. Koga

US 6,180,370 B1

59

et al., Virology 151, 385 (1986)) expands the therapeutic potential to herpes simplex virus type 2 as well as type 1.

The use of a combination of two or more humanized antibodies in therapy is important for reducing the development of antibody resistant strains. Combination therapy of humanized antibodies with other antiviral agents such as acyclovir provides further opportunities to combat diseases when chemotherapeutic agents alone have not been effective. As Fd79 and Fd138-80 reduce the severity of viral persistence in a murine ocular model (J. F. Metcalf et al., Cur. Eye Res. 6, 173 (1987)), the humanized antibodies, typically together with other antiviral agents, are capable of reducing episodes of recurrent genital infection, an area where traditional anti-viral agents have not been effective (L. Corey et al., N. Engl. J. Med. 306, 1313 (1982)). Incorporation of the human constant domains can also enhance effector functions, such as antibody-dependent cellular cytotoxicity, leading to greater therapeutic efficiency in human patients.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other HSV specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulin can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

EXAMPLE 7

Design of Genes for M195 Humanized Light and Heavy Chains

The p67 protein or CD33 antigen is found on the surface of progenitors of myeloid cells and of the leukemic cells of most cases of AML, but not on lymphoid cells or nonhematopoietic cells (see, Leucocyte Typing III, ed. by A. J. McMichael, Oxford University Press, pp. 622–629 (1987), which is incorporated herein by reference). Antibodies that are known to bind to the CD33 antigen include L4B3, L1B2 and MY9 (Andrews et al., Blood 62, 124 (1983) and criffin et al., Leukemia Research 8, 521 (1984), both of which are incorporated herein by reference).

Another antibody that binds to CD33 is M195 (Tanimoto et al., Leukemia 3, 339 (1989) and Scheinberg et al., Leukemia 3, 440 (1989), both of which are incorporated herein by reference).

Cloning of Heavy Chain and Light Chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Loh et al., Science 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoRI sites (scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoRI and HindIII and cloned into the pUC18 vector for sequencing. For M195, two gamma-2a specific and two kappa specific clones were sequenced. The two gamma-2a clones and two kappa clones are respectively identical in sequence. The cDNA variable domain sequences and the deduced amino acid sequences are shown in FIG. 34A and FIG. 34B.

Construction and Expression of Chimeric Antibody

Two plasmid vectors were prepared for construction and expression of the chimeric antibody genes. The plasmid

60

pVg1-dhfr (FIG. 24A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., Cell 41, 521 (1985)), the human genomic Cγ1 segment including part of the preceding intron, and a dihydrofolate reductase (dhfr) gene (Simonsen et al., Proc. Natl Acad. Sci. USA 80, 2495 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 24B) is similar to pVg1-dhfr but contains the human genomic Cκ segment and the gpt gene. Derivatives of the M195 heavy and light chain variable regions were prepared from the cDNAs by polymerase chain reaction. The 5' primers hybridized to the V regions starting at the ATG codons and contained XbaI sites; the 3' primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the CMV promoter and the partial introns of the constant regions.

For expression of the chimeric antibody, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete antibody were detected by ELISA. Purified chimeric M195 antibody was shown to bind to U937 cells, which express the CD33 antigen, by flow cytometry (FIG. 35).

Computer Modeling of Humanized Antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989) and WO 90/07861, which are incorporated herein by reference). The more homologous a human antibody is to the original murine antibody, the less likely will combining the murine CDR's with the human framework be to introduce distortions into the CDR's that could reduce affinity. Normally the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence homology search against the NBRF protein sequence database (performed with the MicroGenie Sequence Analysis Software (Beckman)), the antibody Eu was chosen to provide the framework sequences for humanization of M195.

The computer program ENCAD (M. Levitt, J. Mol. Biol. 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of the M195 variable region. The model was used to determine the amino acids in the M195 framework that were close enough to the CDR's to potentially interact with them (category 4 below). To design the humanized light and heavy chain M195 variable regions, at each position the amino acid was chosen to be the same as in the Eu antibody, unless that position fell in one or more of four categories:

(1) The position fell within a CDR,
(2) The Eu amino acid was unusual for human antibodies at that position, whereas the M195 amino acid was typical for human antibodies at that position,
(3) The position was immediately adjacent to a CDR,
(4) The model described above suggested that the amino acid may be physically close to the antigen binding region (CDR's).

In category (2), "unusual" is interpreted to include amino acids that occur in less than about 20% of the human sequences in the same subgroups (as defined by Kabat et al., op. cit.) as the Eu light and heavy chains, and "typical" is

US 6,180,370 B1

61

interpreted to include amino acids that occur in more than about 25% but generally more than 50% of the human sequences in those subgroups. For positions in these categories, the amino acid from the mouse M195 antibody was used: The amino acids in each category are shown in Table 7. Some amino acids may be in more than one category. The final sequences of the humanized M195 light and heavy chain variable domains are shown in FIG. 36A and FIG. 36B, compared with the Eu sequences.

TABLE 7

| Category | Light Chain | Heavy Chain |
|---|---|---|
| 1 | 24–38, 54–60, 93–101 | 31–35, 50–66, 99–105 |
| 2 | 10, 52, 67, 110 | 93, 95, 98, 106, 107, 108, 110 |
| 3 | — | 30, 67, 98, 106 |
| 4 | 40, 52, 74 | 27, 30, 48, 68, 98 |

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including the same signal peptides as in the mouse M195 chains (FIG. 34A and FIG. 34B), generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal (FIG. 37A and FIG. 37B). The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 bases long with about a 15 base overlap. Double stranded DNA fragments were synthesized with Klenow polymerase from each pair of oligonucleotides, digested with restriction enzymes, ligated to the pUC18 vector and sequenced. Two fragments with the respectively correct half-sequences were then ligated into the XbaI sites of the pVg1-dhfr and pVk expression vectors in the appropriate orientations to produce the complete heavy and light chain genes. Reactions were carried out under conditions well-known in the art (Maniatis et al., *op. cit.*)

The heavy chain and light chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells were selected for gpt expression. Clones were screened by assaying human antibody production in the culture supernatant by ELISA, and antibody was purified from the best-producing clones. Antibody was purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibody was eluted with 0.2 M Glycine-HC1, pH 3.0 and neutralized with 1 M Tris PH 8.0. The buffer was exchanged into PBS by passing over a PD10 column (Pharmacia).

Properties of Humanized Antibodies

The humanized M195 antibody was characterized in comparison to the murine and chimeric antibodies. The humanized antibody bound to U937 cells in a fluorocytometric analysis in a manner similar to the chimeric antibody (FIG. 35), showing that it recognizes the same CD33 antigen.

The affinity of the humanized antibody was determined by competition with the radio-iodinated mouse M195 antibody

62

(FIG. 38). The binding affinities were calculated according to the methods of Berzofsky (J. A. Berzofsky and I. J. Berkower, in *Fundamental Immunology* (ed. W. E. Paul), Raven Press (New York), 595 (1984), which is incorporated herein by reference). The mouse M195 had an affinity comparable to the published value (Tanimoto et al., *op. cit.*) and the humanized M195 antibody had an affinity the same as the mouse M195 to within experimental error.

Humanized M195 is useful to mediate antibodyy-dependent cellular cytotoxicity when human effector cells and human CD33-expressing cells are used. This is analogous to other humanized antibodies, such as reported by Junghans et al., Cancer Research 50, 1495 (1990), which is incorporated herein by reference.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other CD33 specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulins can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

EXAMPLE 8

Design of Genes for CMVS Humanized Light and Heavy Chains

Three neutralizing antibodies to the gH glycoprotein of human cytomegalovirus (CMV) are designated CMV5, CMV109 and CMV115.

Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the heavy and light chain CDR's of monoclonal antibody CMV5 are included in FIG. 39A and FIG. 39B. Due to codon degeneracy and noncritical amino-acid substitutions, other DNA sequences can be readily substituted for these sequences, as detailed below. Alternatively, polypeptide fragments comprising only a portion of the primary antibody structure may be produced, which fragments possess one or more immunoglobulin activities (e.g., complement fixation activity). These polypeptide fragments may be produced by proteolytic cleavage of intact antibodies by methods well known in the art, or by inserting stop codons at the desired locations in the vectors pVk and pVg1-dhfr (FIGS. 24B and 24A) using site-directed mutagenesis, such as after CH1 to produce Fab fragments or after the hinge region to produce (Fab')₂ fragments.

Cloning of Heavy Chain and Light Chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Loh et al., Science 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoR I sites (scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoR I and HindIII and cloned into the pUC18 vector for sequencing. For CMV5, two gamma-2a specific and two kappa specific clones were sequenced. The two gamma-2a clones and two kappa clones are respectively identical in sequence. The cDNA variable domain sequences and the deduced amino acid sequences are shown in FIG. 39A and FIG. 39B. Similarly, by using techniques, which are well-known in the art, cDNAs for the CMV109 and CMV115 antibodies may be obtained and their sequence determined.

63

### Construction and Expression of Chimeric Antibody

Two plasmid vectors were prepared for construction and expression of o the chimeric antibody genes. The plasmid pVg1-dhfr (FIG. 24A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., Cell 41, 521 (1985)), the human genomic Cγ1 segment including part of the preceding intron, and a dihydrofolate reductase (dhfr) gene (Simonsen et al., Proc. Natl. Acad. Sci. USA 80, 2495 (1983), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 24B) is similar to pVg1-dhfr but contains the human genomic Cк segment and the gpt gene. Derivatives of the CMV5 heavy and light chain variable regions were prepared from the cDNAs by polymerase chain reaction. The 5' primers hybridized to the V regions starting at the ATG codons and contained XbaI sites; the 3' primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the cytomegalovirus promoter and the partial introns of the constant regions.

For expression of the chimeric antibody, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete antibody were detected by ELISA. Purified chimeric CMV5 antibody was shown to bind to CMV-infected cells, which express the gH antigen, by immunostaining of CMV-infected human embryonic lung fibroblasts.

### Computer Modeling of Humanized Antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989) and WO 90/07861, which are incorporated herein by reference). The more homologous a human antibody is to the original murine antibody, the less likely will combining the murine CDR's with the human framework be to introduce distortions into the CDR's that could reduce affinity. Normally the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence homology search against the NBRF protein sequence database (performed with the MicroGenie Sequence Analysis Software (Beckman)), the antibody Wol was chosen to provide the framework sequences for humanization of CMV5.

The computer program ENCAD (M. Levitt, J. Mol. Biol. 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of the CMV5 variable region. The model was used to determine the amino acids in the CMV5 framework that were close enough to the CDR's to potentially interact with them (category 4 below). To design the humanized light and heavy chain CMV5 variable regions, at each position the amino acid was chosen to be the same as in the Wol antibody, unless that position fell in one or more of five categories:

(1) The position fell within a CDR,

(2) The Wol amino acid was unusual for human antibodies at that position, whereas the CMV5 amino acid was typical for human antibodies at that position,

(3) The position was immediately adjacent to a CDR,

(4) The model described above suggested that the amino acid may be physically close to the antigen binding

64

region (CDR's). In category (2), "unusual" is interpreted to include amino acids that occur in less than about 20% of the human sequences in the same subgroups (as defined by Kabat et al., op. cit.) as the Wol light and heavy chains, and "typical" is interpreted to include amino acids that occur in more than about 25% but generally more than 50% of the human sequences in those subgroups. For positions in these categories, the amino acid from the mouse CMV5 antibody was used. In addition, a position was in the fifth category if the Wol amino acid was highly unusual for human antibodies at that position, and the CMV5 amino acid was different but also unusual. Then an amino acid typical for human antibodies at that position may be used.

The amino acids in each category are shown in Table 8. Some amino acids may be in more than one category. The final sequences of the humanized CMV5 light and heavy chain variable domains are shown in FIG. 40A and FIG. 40B, compared with the Wol sequences.

TABLE 8

| Category | Light Chain | Heavy Chain |
|---|---|---|
| 1 | 24–34, 50–56, 89–97 | 31–35, 50–66, 99–108 69, 80 |
| 2 | | 69, 80 |
| 3 | 49 | 30 |
| 4 | | 24, 27, 28, 30, 97 |
| 5 | | 5 |

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, including the signal peptides as in the mouse CMV5 chains (FIG. 39A and FIG. 39B), generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal (FIG. 41A and FIG. 41B). The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 bases long with about a 15 base overlap. Double stranded DNA fragments were synthesized with Klenow polymerase from each pair of oligonucleotides, digested with restriction enzymes, ligated to the pUC18 vector and sequenced. Two fragments with the respectively correct half-sequences were then ligated into the XbaI sites of the pVg1-dhfr or pVk expression vectors in the appropriate orientations to produce the complete heavy and light chain genes. Reactions were carried out under conditions well-known in the art (Maniatis et al., op. cit.)

The heavy chain and light chain plasmids are transfected into Sp2/0 mouse myeloma cells by electroporation and cells are selected for gpt expression. Clones are screened by assaying human antibody production in the culture supernatant by ELISA, and antibody purified from the best-producing clones. Antibody is purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibody is eluted with 0.2 M Glycine-HCl, pH 3.0 and neutralized with 1 M Tris PH 8.0. The buffer is exchanged into PBS by passing over a PD10 column (Pharmacia).

US 6,180,370 B1

<table>
<tr><td>65</td><td>66</td></tr>
</table>

Humanized antibody was also produced by transient transfection. The heavy chain and light chain plasmids were transfected into S194 cells (ATCC TIB 19) by the DEAE-dextran method (Queen et al., Mol. Cell. Biol. 4, 1043 (1984), which is incorporated herein by reference), and humanized CMV5 antibody was purified from the media supernatant as above. Antibody was quantitated by ELISA assay for human Ig.

Properties of Humanized Antibodies

The humanized CMV5 antibody was characterized in comparison to the murine and chimeric antibodies. The humanized CMV5 antibody was shown to bind about as well as the mouse and chimeric antibodies to CMV antigen, by immunostaining of CMV-infected human embryonic lung (HEL) cells (ATCC CCL 137). HEL cells monolayers in 96-well plates were infected with CMV at 0.01 pfu/cell, incubated for 4 days, dried at 37° C. and stored wrapped at 4° C. 100 μl blotto (5% Carnation Instant milk in PBS at pH 7.4) was added to each well and incubated at 37° C. for 30 min. The blotto was poured off and 75 μl of a series of 2-fold dilutions of mouse, chimeric and humanized CMV5 antibody was added to the wells. The plate was incubated 1 hr at 37° C. and washed twice with blotto (each wash was left on for 10 min). Then 75 μl of diluted peroxidase (HRP) conjugated goat anti-mouse or anti-human IgG (Tago) was added to each well and incubated for 1 hr at 37° C. The plate was washed 2× with PBS and 150 μl of HRP substrate solution was added to each well. Color was allowed to develop at room temperature. The plates were washed with water and air dried. The wells were examined under a microscope to determine the highest dilution of the antibodies that formed a colored precipitate on the CMV-infected cells. For all three antibodies, 63 ng/ml was the least amount of antibody that produced a detectable precipitate, indicating that humanized CMV5 binds about as well as the mouse and chimeric antibodies.

To compare the affinities of mouse and humanized CMV5 in another way, a competition experiment was performed. Plates of CMV-infected HEL cells as above were incubated with blotto for 30 min at 37° C. The blotto was poured off and dilutions of mouse or humanized CMV5 were added to each well in 75 μl of PBS. Then 125 μl of radio-iodinated mouse CMV5 (1 μCi/μg) in PBS, containing 28,000 cpm was added to each well and incubated at 37° C. for 2.5 hr. The plate was washed 5 times with PBS, and the contents of each well were solubilized with 200 μl of 2% SDS and counted. Increasing concentrations Df mouse and humanized CMV5 inhibited binding of the radiolabeled CMV5 about equally well (FIG. 42), so humanized CMV5 has approximately the same binding affinity as mouse CV5. An irrelevant antibody did not compete in this assay.

The ability of humanized CMV5 to neutralize CMV is compared to that of mouse CMV5. Mouse and humanized CMV5 are successively diluted by 2-fold in 100 μl of DME medium+2% FCS in wells of a 96-well plate. 100 μl of CMV, which has been diluted to contain 100 tissue culture infectious dose-50% (TCID50) units, are added to each well and incubated for 60 min at 37° C. Each well of antibody-virus mixture is added to a well of subconfluent HEL cells in a 96-well plate from which the medium has been removed. The cells are incubated for 5 days and cytopathic effect (CPE) is examined in each well under a microscope. The highest dilution of antibody that inhibits CPE by 90% is a measure of the neutralizing ability of the antibody. The humanized CMV5 antibody will neutralize CMV antibody approximately as well as the mouse CMV5 antibody.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other CMV specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulins can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

EXAMPLE 9

Design of Genes for AF2 Human-like Light and Heavy Chains

This example is directed to recombinant DNA segments encoding the heavy and/or light chain CDR's from an immunoglobulin capable of binding to a desired epitope of γ-IFN, such as monoclonal antibody AF2. Exemplary DNA sequences, which on expression code for the polypeptide chains comprising the heavy and light chain CDR's of monoclonal antibody AF2 are included in FIG. 43A and FIG. 43B. Due to codon degeneracy and non-critical amino-acid substitutions, other DNA sequences can be readily substituted for those sequences.

Cloning of Heavy Chain and Light Chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Loh et al., Science 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoR I sites (scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoR I and HindIII and cloned into the pUC18 vector for sequencing. For AF2, two gamma-2b specific and two kappa specific clones were sequenced. The two gamma-2b clones and two kappa clones are respectively identical in sequence. The cDNA variable domain sequences and the deduced amino acid sequences are shown in FIG. 43A and FIG. 43B.

Construction and Expression of Chimeric Antibody

Two plasmid vectors were prepared for construction and expression of the chimeric antibody genes. The plasmid pVg1-dhfr (FIG. 24A) contains a human cytomegalovirus IE1 promoter and enhancer (M. Boshart et al., Cell 41, 521 (1985)), the human genomic Cγ1 segment including part of the preceding intron, and a dihydrofolate reductase (dhfr) gene (Simonsen et al., Proc. Natl. Acad. Sci. USA 80, 2495 (1984), which is incorporated herein by reference) for selection. The plasmid pVk (FIG. 24B) is similar to pVg1-dhfr but contains the human genomic Cκ segment and the gpt gene. Derivatives of the AF2 heavy and light chain variable regions were prepared from the cDNAs by polymerase chain reaction. The 5' primers hybridized to the V regions starting at the ATG codons and contained XbaI sites; the 3' primers hybridized to the last 15 nucleotides of the J regions and contained splice donor signals and XbaI sites (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989), which is incorporated herein by reference). The modified V regions were cloned into the XbaI sites of the respective plasmid vectors between the CMV promoter and the partial introns of the constant regions.

For expression of the chimeric antibody, the heavy chain and kappa chain plasmids were transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones secreting a maximal amount of complete

US 6,180,370 B1

67

antibody were detected by ELISA. Chimeric AF2 antibody was shown to bind to human γ-IFN by ELISA.

Computer Modeling of Humanized Antibodies

In order to retain high binding affinity in the humanized antibodies, the general procedures of Queen et al. were followed (see, Queen et al., Proc. Natl. Acad. Sci. USA 86, 10029 (1989) and WO 90/07861, which are incorporated herein by reference). The more homologous a human antibody is to the original murine antibody, the less likely will combining the murine CDR's with the human framework be to introduce distortions into the CDR's that could reduce affinity. Normally the heavy chain and light chain from the same human antibody are chosen to provide the framework sequences, so as to reduce the possibility of incompatibility in the assembling of the two chains. Based on sequence homology search against the NBRF protein sequence database (performed with the MicroGenie Sequence Analysis Software (Beckman)), the antibody Eu was chosen to provide the framework sequences for humanization of AF2.

The computer program ENCAD (M. Levitt, J. Mol. Biol. 168, 595 (1983), which is incorporated herein by reference) was used to construct a model of the AF2 variable region. The model was used to determine the amino acids in the AF2 framework that were close enough to the CDR's to potentially interact with them (category 4 below). To design the humanized light and heavy chain AF2 variable regions, at each position the amino acid was chosen to be the same as in the Eu antibody, unless that position fell in one or more of five categories:

(1) The position fell within a CDR,

(2) The Eu amino acid was unusual for human antibodies at that position, whereas the AF2 amino acid was typical for human antibodies at that position,

(3) The position was immediately adjacent to a CDR,

(4) The model described above suggested that the amino acid may be physically close to the antigen binding region (CDR's).

In category (2), "unusual" is interpreted to include amino acids that occur in less than about 20% of the human sequences in the same subgroups (as defined by Kabat et al., op. cit.) as the Eu light and heavy chains, and "typical" is interpreted to include amino acids that occur in more than about 25% but generally more than 50% of the human sequences in those subgroups. For positions in these categories, the amino acid from the mouse AF2 antibody was used. In addition, a position was in the fifth category if the Eu amino acid was highly unusual for human antibodies at that position, and the AF2 amino acid was different but also unusual. Then an amino acid typical for human antibodies at that position may be used.

The amino acids in each category are shown in Table 9. Some amino acids may be in more than one category. The final sequences of the humanized AF2 light and heavy chain variable domains are shown in FIG. 44A and FIG. 44B, compared with the Eu sequences.

TABLE 9

| Category | Light Chain | Heavy Chain |
|---|---|---|
| 1 | 24–34, 50–56, 89–97 | 31–35, 50–66, 99–106 |
| 2 | 48 | 93, 95, 98, 107, 108, 109, 111 |
| 3 | | 30, 98, 107 |

68

TABLE 9-continued

| Category | Light Chain | Heavy Chain |
|---|---|---|
| 4 | 48, 70 | 27, 28, 30, 98, 107 |
| 5 | 63 | |

For the construction of genes for the humanized antibodies, nucleotide sequences were selected that encode the protein sequences of the humanized heavy and light chains, plus typical immunoglobulin signal sequences, generally utilizing codons found in the mouse sequence. Several degenerate codons were changed to create restriction sites or to remove undesirable ones. The nucleotide sequences also included the same splice donor signals used in the chimeric genes and an XbaI site at each end. Each gene was constructed from four overlapping synthetic oligonucleotides. For each variable domain gene, two pairs of overlapping oligonucleotides on alternating strands were synthesized that encompassed the entire coding sequences as well as the signal peptide and the splice donor signal (FIG. 45A and FIG. 45B) The oligonucleotides were synthesized on an Applied Biosystems 380B DNA synthesizer. Each oligo was about 110–140 bases long with about a 15 base overlap. Double stranded DNA fragments were synthesized with Klenow polymerase from each pair of oligonucleotides, digested with restriction enzymes, ligated to the pUC18 vector and sequenced. Two fragments with the respectively correct half-sequences are then ligated into the XbaI sites of the pVg1-dhfr or pVk expression vectors in the appropriate orientations to produce the complete heavy and light chain genes. Reactions are carried out under conditions well-known in the art (Maniatis et al., op. cit.)

The heavy chain and light chain plasmids are transfected into Sp2/0 mouse myeloma cells by electroporation and cells selected for gpt expression. Clones are screened by assaying human antibody production in the culture supernatant by ELISA, and antibody purified from the best-producing clones. Antibody is purified by passing tissue culture supernatant over a column of staphylococcal protein A-Sepharose CL-4B (Pharmacia). The bound antibody is eluted with 0.2 M Glycine-HCl, pH 3.0 and neutralized with 1 M Tris PH 8.0. The buffer is exchanged into PBS by passing over a PD10 column (Pharmacia).

Properties of Humanized Antibodies

The humanized AF2 antibody is characterized in comparison to the murine and chimeric antibodies. The humanized antibody will bind to γ-IFN in an ELISA assay in a manner similar to the mouse and chimeric antibodies, showing that it recognizes γ-IFN.

To compare the binding affinities of mouse AF2 antibody and humanized AF2 antibody, a competitive ELISA assay is performed. An ELISA plate is coated with human recombinant γ-IFN by adding 100 μl of a 500 ng/ml solution of γ-IFN in PBS to each well and incubating overnight at 4° C. Subsequent steps are carried out at room temperature. The γ-IFN solution is removed and 200 μl of ELISA buffer (0.2 TWEEN-20, 16 Bovine serum albumin in PBS) is added to each well and incubated for 1 hr. After removing the solution, varying amounts of competitor antibody (mouse AF2 or humanized AF2) in 100 μl PBS is added to each well, along with an amount of biotinylated AF2 predetermined to give a good ELISA response. The plate is incubated for 1 hr and then washed 3 times with ELISA buffer. An amount of horseradish peroxidase (HRP)-conjugated streptoavidin pre-

US 6,180,370 B1

69

70

determined to be in excess is added in 100 $\mu$l PBS to each well and incubated for 30 min. The plate is washed 3 times in ELISA buffer, and 100 $\mu$l of substrate solution for HRP is added to each well. The plate is incubated for 10–30 min, and the optical density of each well is determined with an ELISA reader (BioRad). The decrease in optical density with increasing concentrations of competitor antibodies mouse AF2 and humanized AF2 are plotted. Mouse AF2 and humanized AF2 will compete similarly, showing that their binding affinities for $\gamma$-IFN are approximately the same. The procedures used are well known in the art (e.g., Harlow and Lane, op. cit.).

An important biological activity of $\gamma$-IFN is the induction of expression of class II HLA antigens on cells. To determine the ability of mouse and humanized AF2 to neutralize this activity, about $5\times10^4$ HS294T cells (Basham et al., J. Immunol. 130, 1492 (1983), which is incorporated herein by reference) are plated in 1.0 ml DMEM medium+10% FCS in each well of a 24-well plate. After overnight incubation, 0.1 nM interferon and varying amounts of mouse or humanized AF2 are added to the cells, and the plate is incubated for 72 hr. The cells are removed from the plate with 0.05 M EDTA, stained with monoclonal antibody L243 from the American Type Culture Collection (ATCC) against HLA-D antigen, washed, stained with FITC conjugated goat anti-mouse Ig and analyzed with a FACScan (Becton-Dickinson). Increasing concentrations of mouse AF2 reduce fluorescence of the cells (FIG. 46), indicating the antibody is preventing induction of HLA-D by $\gamma$-IFN. The humanized AF2 will act similarly to mouse AF2 in this assay, showing that it neutralizes the biological activity of $\gamma$-IFN.

From the foregoing, it will be appreciated that the humanized immunoglobulins of the present invention offer numerous advantages over other $\gamma$-IFN specific antibodies. In comparison to mouse monoclonal antibodies, the present humanized immunoglobulins can be more economically produced and contain substantially less foreign amino acid sequences. This reduced likelihood of antigenicity after injection into a human patient represents a significant therapeutic improvement.

All publications and patent applications are herein incorporated by reference to the same extent as if each individual publication or patent application was specifically and individually indicated to be incorporated by reference. Although the present invention has been described in some detail by way of illustration and example for purposes of clarity and understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims.

```
                    SEQUENCE LISTING

  (1) GENERAL INFORMATION:

      (iii) NUMBER OF SEQUENCES: 113


  (2) INFORMATION FOR SEQ ID NO:1:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 106 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: unknown

      (ii) MOLECULE TYPE: protein

      (iii) HYPOTHETICAL: NO

      (ix) FEATURE:
          (A) NAME/KEY: Protein
          (B) LOCATION: 1..106
          (D) OTHER INFORMATION: /note= "Variable region of the mouse
              anti-Tac antibody light chain."

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:1:


Gln Ile Val Leu Thr Gln Ser Pro Ala Ile Met Ser Ala Ser Pro Gly
1               5                   10                  15

Glu Lys Val Thr Ile Thr Cys Ser Ala Ser Ser Ser Ile Ser Tyr Met
            20                  25                  30

His Trp Phe Gln Gln Lys Pro Gly Thr Ser Pro Lys Leu Trp Ile Tyr
            35                  40                  45

Thr Thr Ser Asn Leu Ala Ser Gly Val Pro Ala Arg Phe Ser Gly Ser
        50                  55                  60

Gly Ser Gly Thr Ser Tyr Ser Leu Thr Ile Ser Arg Met Glu Ala Glu
65                  70                  75                  80

Asp Ala Ala Thr Tyr Tyr Cys His Gln Arg Ser Thr Tyr Pro Leu Thr
                85                  90                  95
```

US 6,180,370 B1

71                                                                72

--continued

```
Phe Gly Ser Gly Thr Lys Leu Glu Leu Lys
            100                 105


(2) INFORMATION FOR SEQ ID NO:2:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 107 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: unknown

       (ii) MOLECULE TYPE: protein

      (iii) HYPOTHETICAL: NO

       (ix) FEATURE:
            (A) NAME/KEY: Protein
            (B) LOCATION: 1..107
            (D) OTHER INFORMATION: /note= "Variable region of the human
                Eu antibody light chain."

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:2:

Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1                   5                  10                  15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Gln Ser Ile Asn Thr Trp
            20                  25                  30

Leu Ala Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Met
        35                  40                  45

Tyr Lys Ala Ser Ser Leu Glu Ser Gly Val Pro Ser Arg Phe Ile Gly
    50                  55                  60

Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
65                  70                  75                  80

Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Tyr Asn Ser Asp Ser Lys
                85                  90                  95

Met Phe Gly Gln Gly Thr Lys Val Glu Val Lys
            100                 105


(2) INFORMATION FOR SEQ ID NO:3:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 116 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: unknown

       (ii) MOLECULE TYPE: protein

      (iii) HYPOTHETICAL: NO

       (ix) FEATURE:
            (A) NAME/KEY: Protein
            (B) LOCATION: 1..116
            (D) OTHER INFORMATION: /note= "Variable region of the mouse
                anti-Tac antibody heavy chain."

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:3:

Gln Val Gln Leu Gln Gln Ser Gly Ala Glu Leu Ala Lys Pro Gly Ala
1                   5                  10                  15

Ser Val Lys Met Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Ser Tyr
            20                  25                  30

Arg Met His Trp Val Lys Gln Arg Pro Gly Gln Gly Leu Glu Trp Ile
        35                  40                  45

Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu Tyr Asn Gln Lys Phe
    50                  55                  60

Lys Asp Lys Ala Thr Leu Thr Ala Asp Lys Ser Ser Ser Thr Ala Tyr
```

US 6,180,370 B1

73 74

—continued

```
65            70              75              80
Met Gln Leu Ser Ser Leu Thr Phe Glu Asp Ser Ala Val Tyr Tyr Cys
                85              90              95

Ala Arg Gly Gly Gly Val Phe Asp Tyr Trp Gly Gln Gly Thr Thr Leu
            100             105             110

Thr Val Ser Ser
        115
```

(2) INFORMATION FOR SEQ ID NO:4:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 117 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: protein

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: Protein
        (B) LOCATION: 1..117
        (D) OTHER INFORMATION: /note= "Variable region of the human
            Eu antibody heavy chain."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:4:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5               10              15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Gly Thr Phe Ser Arg Ser
            20              25              30

Ala Ile Ile Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
        35              40              45

Gly Gly Ile Val Pro Met Phe Gly Pro Pro Asn Tyr Ala Gln Lys Phe
        50              55              60

Gln Gly Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65              70              75              80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Phe Tyr Phe Cys
                85              90              95

Ala Gly Gly Tyr Gly Ile Tyr Ser Pro Glu Glu Tyr Asn Gly Gly Leu
            100             105             110

Val Thr Val Ser Ser
        115
```

(2) INFORMATION FOR SEQ ID NO:5:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 116 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: protein

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: Protein
        (B) LOCATION: 1..116
        (D) OTHER INFORMATION: /note= "Variable region of the PDL
            humanized anti-Tac antibody heavy chain."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:5:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5               10              15
```

US 6,180,370 B1

75                                                                           76

```
Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Ser Tyr
        20                      25                      30

Arg Met His Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Ile
        35                      40                      45

Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu Tyr Asn Gln Lys Phe
    50                      55                      60

Lys Asp Lys Ala Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                      70                      75                      80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                85                      90                      95

Ala Arg Gly Gly Gly Val Phe Asp Tyr Trp Gly Gln Gly Thr Leu Val
                100                     105                     110

Thr Val Ser Ser
        115
```

(2) INFORMATION FOR SEQ ID NO:6:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 116 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: unknown

        (ii) MOLECULE TYPE: protein

        (iii) HYPOTHETICAL: NO

        (ix) FEATURE:
            (A) NAME/KEY: Protein
            (B) LOCATION: 1..116
            (D) OTHER INFORMATION: /note= "Variable region of the CDR-only
                humanized anti-Tac antibody heavy chain."

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:6:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1                       5                       10                      15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Gly Thr Phe Ser Ser Tyr
        20                      25                      30

Arg Met His Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
        35                      40                      45

Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu Tyr Asn Gln Lys Phe
    50                      55                      60

Lys Asp Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                      70                      75                      80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Phe Tyr Phe Cys
                85                      90                      95

Ala Gly Gly Gly Gly Val Phe Asp Tyr Glu Tyr Asn Gly Gly Leu Val
                100                     105                     110

Thr Val Ser Ser
        115
```

(2) INFORMATION FOR SEQ ID NO:7:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 106 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: unknown

        (ii) MOLECULE TYPE: protein

        (iii) HYPOTHETICAL: NO

US 6,180,370 B1

-continued

```
    (ix) FEATURE:
         (A) NAME/KEY: Protein
         (B) LOCATION: 1..106
         (D) OTHER INFORMATION: /note= "Variable region of the PDL
             humanized anti-Tac antibody light chain."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:7:

Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Ser Ala Ser Ser Ser Ile Ser Tyr Met
            20                  25                  30

His Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Ile Tyr
        35                  40                  45

Thr Thr Ser Asn Leu Ala Ser Gly Val Pro Ala Arg Phe Ser Gly Ser
    50                  55                  60

Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro Asp
65                  70                  75                  80

Asp Phe Ala Thr Tyr Tyr Cys His Gln Arg Ser Thr Tyr Pro Leu Thr
                85                  90                  95

Phe Gly Gln Gly Thr Lys Val Glu Val Lys
            100                 105


(2) INFORMATION FOR SEQ ID NO:8:

    (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 106 amino acids
         (B) TYPE: amino acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: protein

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
         (A) NAME/KEY: Protein
         (B) LOCATION: 1..106
         (D) OTHER INFORMATION: /note= "Variable region of the CDR-only
             humanized anti-Tac antibody light chain."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:8:

Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Ser Ala Ser Ser Ser Ile Ser Tyr Met
            20                  25                  30

His Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Met Tyr
        35                  40                  45

Thr Thr Ser Asn Leu Ala Ser Gly Val Pro Ser Arg Phe Ile Gly Ser
    50                  55                  60

Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro Asp
65                  70                  75                  80

Asp Phe Ala Thr Tyr Tyr Cys His Gln Arg Ser Thr Tyr Pro Leu Thr
                85                  90                  95

Phe Gly Gln Gly Thr Lys Val Glu Val Lys
            100                 105


(2) INFORMATION FOR SEQ ID NO:9:

    (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 443 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
```

US 6,180,370 B1

79

80

```
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

   (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
         (A) NAME/KEY: misc_feature
         (B) LOCATION: 1..443
         (D) OTHER INFORMATION: /note= "Sequence encoding heavy
             chain variable region of CDR-only humanized
             anti-Tac antibody including signal sequence."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:9:

AGCTTCTAGA TGGGATGGAG CTGGATCTTT CTCTTCCTCC TGTCAGGTAC CGCGGGCGTG      60

CACTCTCAGG TCCAGCTTGT CCAGTCTGGG GCTGAAGTCA AGAAACCTGG CTCGAGCGTG     120

AAGGTCTCCT GCAAGGCTTC TGGCGGGACC TTTTCTAGCT ACAGGATGCA CTGGGTAAGG     180

CAGGCCCCTG GACAGGGTCT GGAATGGATG GGATATATTA ATCCGTCGAC TGGGTATACT     240

GAATACAATC AGAAGTTCAA GGACAGGGTC ACAATTACTG CAGACGAATC CACCAATACA     300

GCCTACATGG AACTGAGCAG CCTGAGATCT GAGGACACCG CATTCTATTT CTGTGCAGGG     360

GGTGGGGGAG TCTTTGACTA CGAATACAAT GGAGGGCTGG TCACAGTCTC CTCAGGTGAG     420

TCCTTAAAAC CTCTAGACGA TAT                                              443


   (2) INFORMATION FOR SEQ ID NO:10:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 411 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (ii) MOLECULE TYPE: DNA

      (iii) HYPOTHETICAL: NO

       (ix) FEATURE:
            (A) NAME/KEY: misc_feature
            (B) LOCATION: 1..411
            (D) OTHER INFORMATION: /note= "Sequence encoding light
                chain variable region of the CDR-only humanized
                anti-Tac antibody including signal sequence."

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:10:

CAAATCTAGA TGGAGACCGA TACCCTCCTG CTATGGGTCC TCCTGCTATG GGTCCCAGGA      60

TCAACCGGAG ATATTCAGAT GACCCAGTCT CCATCTACCC TCTCTGCTAG CGTCGGGGAT     120

AGGGTCACCA TAACCTGCTC TGCCAGCTCA AGTATAAGTT ACATGCACTG GTACCAGCAG     180

AAGCCAGGCA AAGCTCCCAA GCTTCTAATG TATACCACAT CCAACCTGGC TTCTGGAGTC     240

CCTTCTCGCT TCATTGGCAG TGGATCTGGG ACCGAGTTCA CCCTCACAAT CAGCTCTCTG     300

CAGCCAGATG ATTTCGCCAC TTATTACTGC CATCAAAGGA GTACTTACCC ACTCACGTTC     360

GGTCAGGGGA CCAAGGTGGA GGTCAAACGT AAGTACACTT TTCTAGATAT A              411


   (2) INFORMATION FOR SEQ ID NO:11:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 29 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (ii) MOLECULE TYPE: DNA

      (iii) HYPOTHETICAL: NO
```

US 6,180,370 B1

81                                                                                          82

-continued

```
    (ix) FEATURE:
          (A) NAME/KEY: misc_feature
          (B) LOCATION: 1..29
          (D) OTHER INFORMATION: /standard_name= "Primer mc045"

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:11:

TAATCTAGAA TTCCCCCCCC CCCCCCCCC                                           29


(2) INFORMATION FOR SEQ ID NO:12:

    (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 46 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
          (A) NAME/KEY: misc_feature
          (B) LOCATION: 1..46
          (D) OTHER INFORMATION: /standard_name= "Primer mc045"

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:12:

TATAGAGCTC AAGCTTGGAT GGTGGGAAGA TGGATACAGT TGGTGC                         46


(2) INFORMATION FOR SEQ ID NO:13:

    (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 50 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
          (A) NAME/KEY: misc_feature
          (B) LOCATION: 1..50
          (D) OTHER INFORMATION: /standard_name= "Primer mc047"

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:13:

TATAGAGCTC AAGCTTCCAG TGGATAGACH GATGGGGSTG TYGTTTTGGC                     50


(2) INFORMATION FOR SEQ ID NO:14:

    (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 116 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: protein

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
          (A) NAME/KEY: Protein
          (B) LOCATION: 1..116
          (D) OTHER INFORMATION: /note= "Anti-Tac heavy chain amino
              acid sequence."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:14:

Gln Val Gln Leu Gln Gln Ser Gly Ala Glu Leu Ala Lys Pro Gly Ala
1               5                   10                  15

Ser Val Lys Met Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Ser Tyr
```

US 6,180,370 B1

83                                                                            84

―continued

```
              20              25              30
Arg Met His Trp Val Lys Gln Arg Pro Gly Gln Gly Leu Glu Trp Ile
         35              40              45
Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu Tyr Asn Gln Lys Phe
    50              55              60
Lys Asp Lys Ala Thr Leu Thr Ala Asp Lys Ser Ser Ser Thr Ala Tyr
65              70              75              80
Met Gln Leu Ser Ser Leu Thr Phe Glu Asp Ser Ala Val Tyr Tyr Cys
              85              90              95
Ala Arg Gly Gly Gly Val Phe Asp Tyr Trp Gly Gln Gly Thr Thr Leu
         100             105             110
Thr Val Ser Ser
         115
```

(2) INFORMATION FOR SEQ ID NO:15:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 117 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: unknown

        (ii) MOLECULE TYPE: protein

        (iii) HYPOTHETICAL: NO

        (ix) FEATURE:
            (A) NAME/KEY: Protein
            (B) LOCATION: 1..117
            (D) OTHER INFORMATION: /note= "Eu heavy chain amino acid
                sequence."

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:15:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5               10              15
Ser Val Lys Val Ser Cys Lys Ala Ser Gly Gly Thr Phe Ser Arg Ser
         20              25              30
Ala Ile Ile Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
         35              40              45
Gly Gly Ile Val Pro Met Phe Gly Pro Pro Asn Tyr Ala Gln Lys Phe
    50              55              60
Gln Gly Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65              70              75              80
Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Phe Tyr Phe Cys
              85              90              95
Ala Gly Gly Tyr Gly Ile Tyr Ser Pro Glu Glu Tyr Asn Gly Gly Leu
         100             105             110
Val Thr Val Ser Ser
         115
```

(2) INFORMATION FOR SEQ ID NO:16:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 106 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: unknown

        (ii) MOLECULE TYPE: protein

        (iii) HYPOTHETICAL: NO

        (ix) FEATURE:

US 6,180,370 B1

85                                                                                  86

-continued

```
        (A) NAME/KEY: Protein
        (B) LOCATION: 1..106
        (D) OTHER INFORMATION: /note= "Anti-Tac light chain amino
            acid sequence."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:16:

Gln Ile Val Leu Thr Gln Ser Pro Ala Ile Met Ser Ala Ser Pro Gly
1               5                   10                  15

Glu Lys Val Thr Ile Thr Cys Ser Ala Ser Ser Ser Ile Ser Tyr Met
        20                  25                  30

His Trp Phe Gln Gln Lys Pro Gly Thr Ser Pro Lys Leu Trp Ile Tyr
        35                  40                  45

Thr Thr Ser Asn Leu Ala Ser Gly Val Pro Ala Arg Phe Ser Gly Ser
        50                  55                  60

Gly Ser Gly Thr Ser Tyr Ser Leu Thr Ile Ser Arg Met Glu Ala Glu
65                  70                  75                  80

Asp Ala Ala Thr Tyr Tyr Cys His Gln Arg Ser Thr Tyr Pro Leu Thr
                85                  90                  95

Phe Gly Ser Gly Thr Lys Leu Glu Leu Lys
            100                 105


(2) INFORMATION FOR SEQ ID NO:17:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 107 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: protein

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: Protein
        (B) LOCATION: 1..107
        (D) OTHER INFORMATION: /note= "Eu light chain amino acid
            sequence."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:17:

Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Gln Ser Ile Asn Thr Trp
        20                  25                  30

Leu Ala Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Met
        35                  40                  45

Tyr Lys Ala Ser Ser Leu Glu Ser Gly Val Pro Ser Arg Phe Ile Gly
        50                  55                  60

Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
65                  70                  75                  80

Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Tyr Asn Ser Asp Ser Lys
                85                  90                  95

Met Phe Gly Gln Gly Thr Lys Val Glu Val Lys
            100                 105


(2) INFORMATION FOR SEQ ID NO:18:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 433 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear
```

US 6,180,370 B1

87                                                                              88

-continued

```
(ii) MOLECULE TYPE: DNA

(iii) HYPOTHETICAL: NO

(ix) FEATURE:
     (A) NAME/KEY: CDS
     (B) LOCATION: 6..410
     (D) OTHER INFORMATION: /product= "Humanized anti-Tac heavy
         chain variable region, Seq ID. 19"

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:18:

TCTAG ATG GGA TGG AGC TGG ATC TTT CTC TTC CTC CTG TCA GGT ACC          47
      Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr
       1               5                  10

GCG GGC GTG CAC TCT CAG GTC CAG CTT GTC CAG TCT GGG GCT GAA GTC        95
Ala Gly Val His Ser Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val
 15              20                  25                  30

AAG AAA CCT GGC TCG AGC GTG AAG GTC TCC TGC AAG GCT TCT GGC TAC       143
Lys Lys Pro Gly Ser Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr
             35                  40                  45

ACC TTT ACT AGC TAC AGG ATG CAC TGG GTA AGG CAG GCC CCT GGA CAG       191
Thr Phe Thr Ser Tyr Arg Met His Trp Val Arg Gln Ala Pro Gly Gln
         50                  55                  60

GGT CTG GAA TGG ATT GGA TAT ATT AAT CCG TCG ACT GGG TAT ACT GAA       239
Gly Leu Glu Trp Ile Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu
     65                  70                  75

TAC AAT CAG AAG TTC AAG GAC AAG GCA ACA ATT ACT GCA GAC GAA TCC       287
Tyr Asn Gln Lys Phe Lys Asp Lys Ala Thr Ile Thr Ala Asp Glu Ser
 80                  85                  90

ACC AAT ACA GCC TAC ATG GAA CTG AGC AGC CTG AGA TCT GAG GAC ACC       335
Thr Asn Thr Ala Tyr Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr
 95                 100                 105                 110

GCA GTC TAT TAC TGT GCA AGA GGG GGG GGG GTC TTT GAC TAC TGG GGC       383
Ala Val Tyr Tyr Cys Ala Arg Gly Gly Gly Val Phe Asp Tyr Trp Gly
             115                 120                 125

CAA GGA ACC CTG GTC ACA GTC TCC TCA GGTGAGTCCT TAAAACCTCT            430
Gln Gly Thr Leu Val Thr Val Ser Ser
         130                 135

AGA                                                                  433
```

```
(2) INFORMATION FOR SEQ ID NO:19:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 135 amino acids
         (B) TYPE: amino acid
         (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: protein

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:19:

Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr Ala Gly
 1               5                  10                  15

Val His Ser Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys
             20                  25                  30

Pro Gly Ser Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Thr Phe
             35                  40                  45

Thr Ser Tyr Arg Met His Trp Val Arg Gln Ala Pro Gly Gln Gly Leu
         50                  55                  60

Glu Trp Ile Gly Tyr Ile Asn Pro Ser Thr Gly Tyr Thr Glu Tyr Asn
 65                  70                  75                  80

Gln Lys Phe Lys Asp Lys Ala Thr Ile Thr Ala Asp Glu Ser Thr Asn
             85                  90                  95
```

US 6,180,370 B1

<table>
<tr><td>89</td><td>90</td></tr>
</table>

-continued

```
Thr Ala Tyr Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val
            100                 105                 110

Tyr Tyr Cys Ala Arg Gly Gly Gly Val Phe Asp Tyr Trp Gly Gln Gly
        115                 120                 125

Thr Leu Val Thr Val Ser Ser
        130                 135
```

(2) INFORMATION FOR SEQ ID NO:20:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 403 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: CDS
        (B) LOCATION: 6..383
        (D) OTHER INFORMATION: /product= "Humanized anti-Tac light
            chain variable region: Seq ID. 21"

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:20:

```
TCTAG ATG GAG ACC GAT ACC CTC CTG CTA TGG GTC CTC CTG CTA TGG        47
      Met Glu Thr Asp Thr Leu Leu Leu Trp Val Leu Leu Leu Trp
       1               5                  10

GTC CCA GGA TCA ACC GGA GAT ATT CAG ATG ACC CAG TCT CCA TCT ACC       95
Val Pro Gly Ser Thr Gly Asp Ile Gln Met Thr Gln Ser Pro Ser Thr
15                  20                  25                  30

CTC TCT GCT AGC GTC GGG GAT AGG GTC ACC ATA ACC TGC TCT GCC AGC      143
Leu Ser Ala Ser Val Gly Asp Arg Val Thr Ile Thr Cys Ser Ala Ser
                    35                  40                  45

TCA AGT ATA AGT TAC ATG CAC TGG TAC CAG CAG AAG CCA GGC AAA GCT      191
Ser Ser Ile Ser Tyr Met His Trp Tyr Gln Gln Lys Pro Gly Lys Ala
                50                  55                  60

CCC AAG CTT CTA ATT TAT ACC ACA TCC AAC CTG GCT TCT GGA GTC CCT      239
Pro Lys Leu Leu Ile Tyr Thr Thr Ser Asn Leu Ala Ser Gly Val Pro
            65                  70                  75

GCT CGC TTC AGT GGC AGT GGA TCT GGG ACC GAG TTC ACC CTC ACA ATC      287
Ala Arg Phe Ser Gly Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile
        80                  85                  90

AGC TCT CTG CAG CCA GAT GAT TTC GCC ACT TAT TAC TGC CAT CAA AGG      335
Ser Ser Leu Gln Pro Asp Asp Phe Ala Thr Tyr Tyr Cys His Gln Arg
    95                  100                 105                 110

AGT ACT TAC CCA CTC ACG TTC GGT CAG GGG ACC AAG GTG GAG GTC AAA      383
Ser Thr Tyr Pro Leu Thr Phe Gly Gln Gly Thr Lys Val Glu Val Lys
            115                 120                 125

CGTAAGTACA CTTTTCTAGA                                                 403
```

(2) INFORMATION FOR SEQ ID NO:21:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 126 amino acids
        (B) TYPE: amino acid
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: protein

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:21:

```
Met Glu Thr Asp Thr Leu Leu Leu Trp Val Leu Leu Leu Trp Val Pro
 1               5                  10                  15
```

US 6,180,370 B1

91                                                                                      92

-continued

```
Gly Ser Thr Gly Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser
            20                  25                  30

Ala Ser Val Gly Asp Arg Val Thr Ile Thr Cys Ser Ala Ser Ser Ser
        35                  40                  45

Ile Ser Tyr Met His Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys
    50                  55                  60

Leu Leu Ile Tyr Thr Thr Ser Asn Leu Ala Ser Gly Val Pro Ala Arg
65                  70                  75                  80

Phe Ser Gly Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser
            85                  90                  95

Leu Gln Pro Asp Asp Phe Ala Thr Tyr Tyr Cys His Gln Arg Ser Thr
        100                 105                 110

Tyr Pro Leu Thr Phe Gly Gln Gly Thr Lys Val Glu Val Lys
    115                 120                 125
```

(2) INFORMATION FOR SEQ ID NO:22:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 126 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA

     (iii) HYPOTHETICAL: NO

     (ix) FEATURE:
         (A) NAME/KEY: misc_feature
         (B) LOCATION: 1..126
         (D) OTHER INFORMATION: /standard_name= "Oligo HES12"
             /note= "One of four oligonucleotides used to
             synthesize the humanized anti-Tac heavy chain
             gene."

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:22:

```
AGCTTCTAGA TGGGATGGAG CTGGATCTTT CTCTTCCTCC TGTCAGGTAC CGCGGGCGTG      60

CACTCTCAGG TCCAGCTTGT CCAGTCTGGG GCTGAAGTCA AGAAACCTGG CTCGAGCGTG     120

AAGGTC                                                                126
```

(2) INFORMATION FOR SEQ ID NO:23:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 129 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA

     (iii) HYPOTHETICAL: NO

     (ix) FEATURE:
         (A) NAME/KEY: misc_feature
         (B) LOCATION: 1..129
         (D) OTHER INFORMATION: /standard_name= "Oligo HES13"
             /note= "One of four oligonucleotides used to
             synthesize the humanized anti-Tac heavy chain
             gene."

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:23:

```
CCCAGTCGAC GGATTAATAT ATCCAATCCA TTCCAGACCC TGTCCAGGGG CCTGCCTTAC      60

CCAGTGCATC CTGTAGCTAG TAAAGGTGTA GCCAGAAGCC TTGCAGGAGA CCTTCACGCT     120

CGAGCCAGG                                                             129
```

US 6,180,370 B1

93                                                            94

-continued

(2) INFORMATION FOR SEQ ID NO:24:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 124 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

   (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: misc_feature
        (B) LOCATION: 1..124
        (D) OTHER INFORMATION: /standard_name= "Oligo HES14"
              /note= "One of four oligonucleotides used to
              synthesize the humanized anti-Tac heavy chain
              gene."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:24:

TATATTAATC CGTCGACTGG GTATACTGAA TACAATCAGA AGTTCAAGGA CAAGGCAACA     60

ATTACTGCAG ACGAATCCAC CAATACAGCC TACATGGAAC TGAGCAGCCT GAGATCTGAG     120

GACA                                                                124


(2) INFORMATION FOR SEQ ID NO:25:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 128 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

   (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: misc_feature
        (B) LOCATION: 1..128
        (D) OTHER INFORMATION: /standard_name= "Oligo HES15"
              /note= "One of four oligonucleotides used to
              synthesize the humanized anti-Tac heavy chain
              gene."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:25:

ATATCGTCTA GAGGTTTTAA GGACTCACCT GAGGAGACTG TGACCAGGGT TCCTTGGCCC     60

CAGTAGTCAA AGACCCCCCC CCCTCTTGCA CAGTAATAGA CTGCGGTGTC CTCAGATCTC     120

AGGCTGCT                                                            128


(2) INFORMATION FOR SEQ ID NO:26:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 120 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

   (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: misc_feature
        (B) LOCATION: 1..120
        (D) OTHER INFORMATION: /standard_name= "Oligo JFD1"
              /note= "One of four oligonucleotides used to
              synthesize the humanized anti-Tac light chain
              gene."

-continued

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:26:

CAAATCTAGA TGGAGACCGA TACCCTCCTG CTATGGGTCC TCCTGCTATG GGTCCCAGGA          60

TCAACCGGAG ATATTCAGAT GACCCAGTCT CCATCTACCC TCTCTGCTAG CGTCGGGGAT         120


(2) INFORMATION FOR SEQ ID NO:27:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 114 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: misc_feature
        (B) LOCATION: 1..114
        (D) OTHER INFORMATION: /standard_name= "Oligo JFD2"
            /note= "One of four oligonucleotides used to
            synthesize the humanized anti-Tac light chain
            gene."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:27:

ATAAATTAGA AGCTTGGGAG CTTTGCCTGG CTTCTGCTGG TACCAGTGCA TGTAACTTAT          60

ACTTGAGCTG GCAGAGCAGG TTATGGTGAC CCTATCCCCG ACGCTAGCAG AGAG             114


(2) INFORMATION FOR SEQ ID NO:28:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 123 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: misc_feature
        (B) LOCATION: 1..123
        (D) OTHER INFORMATION: /standard_name= "Oligo JFD3"
            /note= "One of four oligonucleotides used to
            synthesize the humanized anti-Tac light chain
            gene."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:28:

GCTCCCAAGC TTCTAATTTA TACCACATCC AACCTGGCTT CTGGAGTCCC TGCTCGCTTC          60

AGTGGCAGTG GATCTGGGAC CGAGTTCACC CTCACAATCA GCTCTCTGCA GCCAGATGAT         120

TTC                                                                      123


(2) INFORMATION FOR SEQ ID NO:29:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 122 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: misc_feature
        (B) LOCATION: 1..122

US 6,180,370 B1

| 97 | | 98 |

−continued

(D) OTHER INFORMATION: /standard_name= "Oligo JFD4"
/note= "One of four oligonucleotides used to
synthesize the humanized anti-Tac light chain
gene."

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:29:

TATATCTAGA AAAGTGTACT TACGTTTGAC CTCCACCTTG GTCCCCTGAC CGAACGTGAG      60

TGGGTAAGTA CTCCTTTGAT GGCAGTAATA AGTGGCGAAA TCATCTGGCT GCAGAGAGCT     120

GA                                                                    122


(2) INFORMATION FOR SEQ ID NO:30:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 384 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: cDNA

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: CDS
        (B) LOCATION: 1..384
        (D) OTHER INFORMATION: /product= "Light chain variable
            region of mik-beta1: Seq ID No. 31"

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:30:

ATG GAT TTT CAA GTG CAG ATT TTC AGC TTC CTG CTA ATC AGT GCC TCA      48
Met Asp Phe Gln Val Gln Ile Phe Ser Phe Leu Leu Ile Ser Ala Ser
  1               5                  10                  15

GTC ATA CTG TCC AGA GGA CAA ATT GTT CTC ACC CAG TCT CCA GCA ATC      96
Val Ile Leu Ser Arg Gly Gln Ile Val Leu Thr Gln Ser Pro Ala Ile
             20                  25                  30

ATG TCT GCG TCT CCA GGG GAG AAG GTC ACC ATG ACC TGC AGT GGC AGC     144
Met Ser Ala Ser Pro Gly Glu Lys Val Thr Met Thr Cys Ser Gly Ser
         35                  40                  45

TCA AGT GTA AGT TTC ATG TAC TGG TAC CAG CAG AGG CCA GGA TCC TCC     192
Ser Ser Val Ser Phe Met Tyr Trp Tyr Gln Gln Arg Pro Gly Ser Ser
     50                  55                  60

CCC AGA CTC CTG ATT TAT GAC ACA TCC AAC CTG GCT TCT GGA GTC CCT     240
Pro Arg Leu Leu Ile Tyr Asp Thr Ser Asn Leu Ala Ser Gly Val Pro
 65                  70                  75                  80

GTT CGC TTC AGT GGC AGT GGG TCT GGG ACC TCT TAC TCT CTC ACA ATC     288
Val Arg Phe Ser Gly Ser Gly Ser Gly Thr Ser Tyr Ser Leu Thr Ile
                 85                  90                  95

AGC CGA ATG GAG GCT GAA GAT GCT GCC ACT TAT TAC TGC CAG CAG TGG     336
Ser Arg Met Glu Ala Glu Asp Ala Ala Thr Tyr Tyr Cys Gln Gln Trp
                100                 105                 110

AGT ACT TAC CCG CTC ACG TTC GGT GCT GGG ACC AAG CTG GAG GTG AAA     384
Ser Thr Tyr Pro Leu Thr Phe Gly Ala Gly Thr Lys Leu Glu Leu Lys
        115                 120                 125


(2) INFORMATION FOR SEQ ID NO:31:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 128 amino acids
        (B) TYPE: amino acid
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: protein

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:31:

Met Asp Phe Gln Val Gln Ile Phe Ser Phe Leu Leu Ile Ser Ala Ser

−continued

```
1              5                  10                    15

Val Ile Leu Ser Arg Gly Gln Ile Val Leu Thr Gln Ser Pro Ala Ile
          20                  25                  30

Met Ser Ala Ser Pro Gly Glu Lys Val Thr Met Thr Cys Ser Gly Ser
      35                  40                  45

Ser Ser Val Ser Phe Met Tyr Trp Tyr Gln Arg Pro Gly Ser Ser
      50                  55                  60

Pro Arg Leu Leu Ile Tyr Asp Thr Ser Asn Leu Ala Ser Gly Val Pro
65                  70                  75                  80

Val Arg Phe Ser Gly Ser Gly Ser Gly Thr Ser Tyr Ser Leu Thr Ile
                  85                  90                  95

Ser Arg Met Glu Ala Glu Asp Ala Ala Thr Tyr Tyr Cys Gln Gln Trp
          100                 105                 110

Ser Thr Tyr Pro Leu Thr Phe Gly Ala Gly Thr Lys Leu Glu Leu Lys
          115                 120                 125
```

(2) INFORMATION FOR SEQ ID NO:32:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 414 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: cDNA

     (iii) HYPOTHETICAL: NO

     (ix) FEATURE:
          (A) NAME/KEY: CDS
          (B) LOCATION: 1..414
          (D) OTHER INFORMATION: /product= "Heavy chain var. region
              of the antibody mik-beta1: SeqID 33"

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:32:

```
ATG GCT GTC TTG GGG CTG CTC TTC TGC CTG GTG ACA TTC CCA AGC TGT    48
Met Ala Val Leu Gly Leu Leu Phe Cys Leu Val Thr Phe Pro Ser Cys
  1               5                  10                  15

GTC CTA TCC CAG GTG CAG CTG AAG CAG TCA GGA CCT GGC CTA GTG CAG    96
Val Leu Ser Gln Val Gln Leu Lys Gln Ser Gly Pro Gly Leu Val Gln
              20                  25                  30

CCC TCA CAG AGC CTG TCC ATC ACC TGC ACA GTC TCT GGT TTC TCA GTA   144
Pro Ser Gln Ser Leu Ser Ile Thr Cys Thr Val Ser Gly Phe Ser Val
          35                  40                  45

ACA AGT TAT GGT GTA CAC TGG ATT CGC CAG TCT CCA GGA AAG GGT CTG   192
Thr Ser Tyr Gly Val His Trp Ile Arg Gln Ser Pro Gly Lys Gly Leu
      50                  55                  60

GAG TGG CTG GGA GTG ATA TGG AGT GGT GGA AGC ACA GAC TAT AAT GCA   240
Glu Trp Leu Gly Val Ile Trp Ser Gly Gly Ser Thr Asp Tyr Asn Ala
65                  70                  75                  80

GCT TTC ATA TCC AGA CTG ACC ATC AGC AAG GAC AAC TCC AAG AGC CAA   288
Ala Phe Ile Ser Arg Leu Thr Ile Ser Lys Asp Asn Ser Lys Ser Gln
                  85                  90                  95

GTT TTC TTT AAA GTG AAC AGT CTG CAA CCT GAC ACA GCC ATA TAC       336
Val Phe Phe Lys Val Asn Ser Leu Gln Pro Asp Thr Ala Ile Tyr
              100                 105                 110

TAT TGT GCC AGA GCT GGG GAC TAT AAT TAC GAC GGT TTT GCT TAC TGG   384
Tyr Cys Ala Arg Ala Gly Asp Tyr Asn Tyr Asp Gly Phe Ala Tyr Trp
          115                 120                 125

GGC CAA GGG ACT CTG GTC ACT GTC TCT GCG                           414
Gly Gln Gly Thr Leu Val Thr Val Ser Ala
          130                 135
```

US 6,180,370 B1

| 101 | 102 |

-continued

(2) INFORMATION FOR SEQ ID NO:33:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 138 amino acids
            (B) TYPE: amino acid
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: protein

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:33:

Met Ala Val Leu Gly Leu Leu Phe Cys Leu Val Thr Phe Pro Ser Cys
1               5                   10                  15

Val Leu Ser Gln Val Gln Leu Lys Gln Ser Gly Pro Gly Leu Val Gln
            20                  25                  30

Pro Ser Gln Ser Leu Ser Ile Thr Cys Thr Val Ser Gly Phe Ser Val
        35                  40                  45

Thr Ser Tyr Gly Val His Trp Ile Arg Gln Ser Pro Gly Lys Gly Leu
    50                  55                  60

Glu Trp Leu Gly Val Ile Trp Ser Gly Gly Ser Thr Asp Tyr Asn Ala
65                  70                  75                  80

Ala Phe Ile Ser Arg Leu Thr Ile Ser Lys Asp Asn Ser Lys Ser Gln
                85                  90                  95

Val Phe Phe Lys Val Asn Ser Leu Gln Pro Ala Asp Thr Ala Ile Tyr
            100                 105                 110

Tyr Cys Ala Arg Ala Gly Asp Tyr Asn Tyr Asp Gly Phe Ala Tyr Trp
        115                 120                 125

Gly Gln Gly Thr Leu Val Thr Val Ser Ala
    130                 135

(2) INFORMATION FOR SEQ ID NO:34:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 107 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: unknown

        (ii) MOLECULE TYPE: protein

        (iii) HYPOTHETICAL: NO

        (ix) FEATURE:
            (A) NAME/KEY: Protein
            (B) LOCATION: 1..107
            (D) OTHER INFORMATION: /note= "Amino acid sequence of the
                light chain for humane Lay antibody."

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:34:

Asp Ile Gln Met Thr Gln Ser Pro Ser Ser Leu Ser Val Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Gln Ala Ser Gln Asn Val Asn Ala Tyr
            20                  25                  30

Leu Asn Trp Tyr Gln Gln Lys Pro Gly Leu Ala Pro Lys Leu Leu Ile
        35                  40                  45

Tyr Gly Ala Ser Thr Arg Glu Ala Gly Val Pro Ser Arg Phe Ser Gly
    50                  55                  60

Ser Gly Ser Gly Thr Asp Phe Thr Phe Thr Ile Ser Ser Leu Gln Pro
65                  70                  75                  80

Glu Asp Ile Ala Thr Tyr Tyr Cys Gln Gln Tyr Asn Asn Trp Pro Pro
                85                  90                  95

US 6,180,370 B1

103                                                                                    104

-continued

```
Thr Phe Gly Gln Gly Thr Lys Val Glu Val Lys
        100                 105


(2) INFORMATION FOR SEQ ID NO:35:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 106 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: protein

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: Protein
        (B) LOCATION: 1..106
        (D) OTHER INFORMATION: /note= "Amino acid sequence of the
            light chain of the humanized mik-betal antibody."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:35:

Asp Ile Gln Met Thr Gln Ser Pro Ser Ser Leu Ser Ala Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Ser Gly Ser Ser Ser Val Ser Phe Met
            20                  25                  30

Tyr Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Ile Tyr
        35                  40                  45

Asp Thr Ser Asn Leu Ala Ser Gly Val Pro Ser Arg Phe Ser Gly Ser
    50                  55                  60

Gly Ser Gly Thr Asp Tyr Thr Phe Thr Ile Ser Ser Leu Gln Pro Glu
65                  70                  75                  80

Asp Ile Ala Thr Tyr Tyr Cys Gln Gln Trp Ser Thr Tyr Pro Leu Thr
                85                  90                  95

Phe Gly Gln Gly Thr Lys Val Glu Val Lys
            100                 105


(2) INFORMATION FOR SEQ ID NO:36:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 122 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: unknown

    (ii) MOLECULE TYPE: protein

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: Protein
        (B) LOCATION: 1..122
        (D) OTHER INFORMATION: /note= "Amino acid sequence of the
            heavy chain of the human Lay antibody."

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:36:

Ala Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1               5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Ala Ser
            20                  25                  30

Ala Met Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45

Ala Trp Lys Tyr Glu Asn Gly Asn Asp Lys His Tyr Ala Asp Ser Val
    50                  55                  60

Asn Gly Arg Phe Thr Ile Ser Arg Asn Asp Ser Lys Asn Thr Leu Tyr
```

US 6,180,370 B1

**105**                                                                                           **106**

-continued

```
65                   70                    75                    80

Leu Gln Met Asn Gly Leu Gln Ala Glx Val Ser Ala Ile Tyr Tyr Cys
                     85                    90                    95

Ala Arg Asp Ala Gly Pro Tyr Val Ser Pro Thr Phe Phe Ala His Trp
                     100                   105                   110

Gly Gln Gly Thr Leu Val Thr Val Ser Ser
        115                   120
```

(2) INFORMATION FOR SEQ ID NO:37:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 119 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: unknown

        (ii) MOLECULE TYPE: protein

        (iii) HYPOTHETICAL: NO

        (ix) FEATURE:
            (A) NAME/KEY: Protein
            (B) LOCATION: 1..119
            (D) OTHER INFORMATION: /note= "Amino acid sequence of the
                heavy chain of the humanized mik-beta1 antibody."

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:37:

```
Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1                    5                     10                    15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Val Thr Ser Tyr
                     20                    25                    30

Gly Val His Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                    40                    45

Gly Val Ile Trp Ser Gly Gly Ser Thr Asp Tyr Asn Ala Ala Phe Ile
        50                    55                    60

Ser Arg Phe Thr Ile Ser Arg Asp Asn Ser Lys Asn Thr Leu Tyr Leu
65                   70                    75                    80

Gln Met Asn Ser Leu Gln Ala Glu Asp Thr Ala Ile Tyr Tyr Cys Ala
                     85                    90                    95

Arg Ala Gly Asp Tyr Asn Tyr Asp Gly Phe Ala Tyr Trp Gly Gln Gly
                     100                   105                   110

Thr Leu Val Thr Val Ser Ser
        115
```

(2) INFORMATION FOR SEQ ID NO:38:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 107 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA

        (iii) HYPOTHETICAL: NO

        (ix) FEATURE:
            (A) NAME/KEY: misc_feature
            (B) LOCATION: 1..107
            (D) OTHER INFORMATION: /standard_name= "Oligo vc13"

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:38:

```
TTCTGCTGGT ACCAGTACAT GAAACTTACA CTTGAGCTGC CACTGCAGGT GATGGTGACG        60

CGGTCACCCA CTGAGGCACT GAGGCTAGAT GGAGACTGGG TCATTTG                     107
```

US 6,180,370 B1

107                                                                      108

-continued

(2) INFORMATION FOR SEQ ID NO:39:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 136 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: misc_feature
        (B) LOCATION: 1..136
        (D) OTHER INFORMATION: /standard_name= "Oligo vc14"

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:39:

CATGTACTGG TACCAGCAGA AGCCAGGAAA AGCTCCGAAA CTTCTGATTT ATGACACATC       60

CAACCTGGCT TCTGGAGTCC CTTCCCGCTT CAGTGGCAGT GGGTCTGGGA CCGATTACAC      120

CTTTACAAATC TCTTCA                                                     136


(2) INFORMATION FOR SEQ ID NO:40:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 137 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: misc_feature
        (B) LOCATION: 1..137
        (D) OTHER INFORMATION: /standard_name= "Oligo vc15"

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:40:

TGTGTCTAGA AAAGTGTACT TACGTTTTAC CTCGACCTTG GTCCCTTGAC CGAACGTGAG       60

CGGGTAAGTA CTCCACTGCT GGCAGTAATA AGTGGCTATA TCTTCCGGCT GAAGTGAAGA      120

GATTGTAAAG GTGTAAT                                                     137


(2) INFORMATION FOR SEQ ID NO:41:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 108 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: misc_feature
        (B) LOCATION: 1..108
        (D) OTHER INFORMATION: /standard_name= "Oligo vc16"

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:41:

CACATCTAGA CCACCATGGA TTTTCAAGTG CAGATCTTCA GCTTCCTGCT AATCAGTGCC       60

TCAGTCATAC TGTCCAGAGG AGATATTCAA ATGACCCAGT CTCCATCT                   108


(2) INFORMATION FOR SEQ ID NO:42:

US 6,180,370 B1

109                                                                          110

—continued

```
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 138 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: misc_feature
        (B) LOCATION: 1..138
        (D) OTHER INFORMATION: /standard_name= "Oligo vc11"

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:42:

TAGTCTGTCG ACCCACCACT CCATATCACT CCCACCCACT CGAGTCCCTT TCCAGGAGCC          60

TGGCGGACCC AGTGTACACC ATAACTTGTT ACGGTGAAAC CACTGGCGGC ACAAGACAGT          120

CTCAGAGATC CTCCTGGC                                                        138


(2) INFORMATION FOR SEQ ID NO:43:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 126 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: misc_feature
        (B) LOCATION: 1..126
        (D) OTHER INFORMATION: /standard_name= "Oligo vc12"

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:43:

TGGTGGGTCG ACAGACTATA ATGCAGCTTT CATATCCAGA TTTACCATCA GCAGAGACAA          60

CAGCAAGAAC ACACTGTATC TCCAAATGAA TAGCCTGCAA GCCGAGGACA CAGCCATATA          120

TTATTG                                                                    126


(2) INFORMATION FOR SEQ ID NO:44:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 130 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA

    (iii) HYPOTHETICAL: NO

    (ix) FEATURE:
        (A) NAME/KEY: misc_feature
        (B) LOCATION: 1..130
        (D) OTHER INFORMATION: /standard_name= "Oligo wps54"

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:44:

ACACTCTAGA CCACCATGGC TGTCTTGGGG CTGCTCTTCT GCCTGGTGAC ATTCCCAAGC          60

TGTGTCCTAT CCGCTGCTCCA GCTGCTAGAG AGTGGTGGCG GTCTGGTGCA GCCAGGAGGA         120

TCTCTGAGAC                                                                130


(2) INFORMATION FOR SEQ ID NO:45:
```

US 6,180,370 B1

111                                                                                    112

-continued

```
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 118 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: DNA

  (iii) HYPOTHETICAL: NO

   (ix) FEATURE:
        (A) NAME/KEY: misc_feature
        (B) LOCATION: 1..118
        (D) OTHER INFORMATION: /standard_name= "Oligo wps57"

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:45:

ACACTCTAGA AGTTAGGACT CACCTGAAGA GACAGTGACC AGAGTCCCTT GGCCCCAGTA        60

AGCAAAACCG TCGTAATTAT AGTCCCCAGC TCTGGCACAA TAATATATGG CTGTGTCC        118


(2) INFORMATION FOR SEQ ID NO:46:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 111 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: peptide

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:46:

Asp Ile Val Leu Thr Gln Ser Pro Ala Ser Leu Ala Val Ser Leu Gly
1               5                   10                  15

Gln Arg Ala Thr Ile Ser Cys Arg Ala Ser Gln Ser Val Ser Thr Ser
            20                  25                  30

Thr Tyr Asn Tyr Met His Trp Tyr Gln Gln Lys Pro Gly Gln Pro Pro
        35                  40                  45

Lys Leu Leu Ile Lys Tyr Ala Ser Asn Leu Glu Ser Gly Val Pro Ala
    50                  55                  60

Arg Phe Ser Gly Ser Gly Phe Gly Thr Asp Phe Thr Leu Asn Ile His
65                  70                  75                  80

Pro Val Glu Glu Glu Asp Thr Val Thr Tyr Tyr Cys Gln His Ser Trp
                85                  90                  95

Glu Ile Pro Tyr Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
            100                 105                 110


(2) INFORMATION FOR SEQ ID NO:47:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 111 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: peptide

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:47:

Glu Ile Val Met Thr Gln Ser Pro Ala Thr Leu Ser Val Ser Pro Gly
1               5                   10                  15

Glu Arg Ala Thr Leu Ser Cys Arg Ala Ser Gln Ser Val Ser Thr Ser
            20                  25                  30

Thr Tyr Asn Tyr Met His Trp Tyr Gln Gln Lys Pro Gly Gln Ser Pro
        35                  40                  45

Arg Leu Leu Ile Lys Tyr Ala Ser Asn Leu Glu Ser Gly Ile Pro Ala
    50                  55                  60
```

US 6,180,370 B1

113                                                              114

–continued

```
Arg Phe Ser Gly Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser
65                  70                  75                  80

Arg Leu Glu Ser Glu Asp Phe Ala Val Tyr Tyr Cys Gln His Ser Trp
                85                  90                  95

Glu Ile Pro Tyr Thr Phe Gly Gln Gly Thr Arg Val Glu Ile Lys
            100                 105                 110


    (2) INFORMATION FOR SEQ ID NO:48:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 122 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: peptide

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:48:

Glu Met Ile Leu Val Glu Ser Gly Gly Gly Leu Val Lys Pro Gly Ala
1                   5                   10                  15

Ser Leu Lys Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Asn Tyr
                20                  25                  30

Gly Leu Ser Trp Val Arg Gln Thr Ser Asp Arg Arg Leu Glu Trp Val
            35                  40                  45

Ala Ser Ile Ser Arg Gly Gly Gly Arg Ile Tyr Ser Pro Asp Asn Leu
        50                  55                  60

Lys Gly Arg Phe Thr Ile Ser Arg Glu Asp Ala Lys Asn Thr Leu Tyr
65                  70                  75                  80

Leu Gln Met Ser Ser Leu Lys Ser Glu Asp Thr Ala Leu Tyr Tyr Cys
                85                  90                  95

Leu Arg Glu Gly Ile Tyr Tyr Ala Asp Tyr Gly Phe Phe Asp Val Trp
            100                 105                 110

Gly Thr Gly Thr Thr Val Ile Val Ser Ser
            115                 120


    (2) INFORMATION FOR SEQ ID NO:49:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 122 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: peptide

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:49:

Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1                   5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Asn Tyr
                20                  25                  30

Gly Leu Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
            35                  40                  45

Ala Ser Ile Ser Arg Gly Gly Gly Arg Ile Tyr Ser Pro Asp Asn Leu
        50                  55                  60

Lys Gly Arg Phe Thr Ile Ser Arg Asn Asp Ser Lys Asn Thr Leu Tyr
65                  70                  75                  80

Leu Gln Met Asn Ser Leu Gln Ala Glu Asp Thr Ala Leu Tyr Tyr Cys
                85                  90                  95

Leu Arg Glu Gly Ile Tyr Tyr Ala Asp Tyr Gly Phe Phe Asp Val Trp
```

US 6,180,370 B1

115                                                                              116

-continued

```
              100              105              110

Gly Gln Gly Thr Leu Val Thr Val Ser Ser
        115                  120


(2) INFORMATION FOR SEQ ID NO:50:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 107 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: peptide

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:50:

Asp Ile Val Met Thr Gln Ser His Lys Phe Met Ser Thr Ser Val Gly
1                   5                  10                  15

Asp Arg Val Ser Ile Thr Cys Lys Ala Ser Gln Asp Val Gly Ser Ala
           20                  25                  30

Val Val Trp His Gln Gln Lys Ser Gly Gln Ser Pro Lys Leu Leu Ile
         35                  40                  45

Tyr Trp Ala Ser Thr Arg His Thr Gly Val Pro Asp Arg Phe Thr Gly
      50                  55                  60

Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Thr Asn Val Gln Ser
65                  70                  75                  80

Glu Asp Leu Ala Asp Tyr Phe Cys Gln Gln Tyr Ser Ile Phe Pro Leu
                 85                  90                  95

Thr Phe Gly Ala Gly Thr Arg Leu Glu Leu Lys
           100                 105


(2) INFORMATION FOR SEQ ID NO:51:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 107 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: peptide

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:51:

Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1                   5                  10                  15

Asp Arg Val Thr Ile Thr Cys Lys Ala Ser Gln Asp Val Gly Ser Ala
           20                  25                  30

Val Val Trp His Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Ile
         35                  40                  45

Tyr Trp Ala Ser Thr Arg His Thr Gly Val Pro Ser Arg Phe Thr Gly
      50                  55                  60

Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
65                  70                  75                  80

Asp Asp Phe Ala Thr Tyr Phe Cys Gln Gln Tyr Ser Ile Phe Pro Leu
                 85                  90                  95

Thr Phe Gly Gln Gly Thr Lys Val Glu Val Lys
           100                 105


(2) INFORMATION FOR SEQ ID NO:52:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 121 amino acids
          (B) TYPE: amino acid
```

US 6,180,370 B1

117                                                                                    118

−continued

```
              (C) STRANDEDNESS: single
              (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: peptide

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:52:

Gln Val Gln Leu Gln Gln Ser Asp Ala Glu Leu Val Lys Pro Gly Ala
1               5                   10                  15

Ser Val Lys Ile Ser Cys Lys Val Ser Gly Tyr Thr Phe Thr Asp His
            20                  25                  30

Thr Ile His Trp Met Lys Gln Arg Pro Glu Gln Gly Leu Glu Trp Phe
        35                  40                  45

Gly Tyr Ile Tyr Pro Arg Asp Gly His Thr Arg Tyr Ser Glu Lys Phe
    50                  55                  60

Lys Gly Lys Ala Thr Leu Thr Ala Asp Lys Ser Ala Ser Thr Ala Tyr
65                  70                  75                  80

Met His Leu Asn Ser Leu Thr Ser Glu Asp Ser Ala Val Tyr Phe Cys
                85                  90                  95

Ala Arg Gly Arg Asp Ser Arg Glu Arg Asn Gly Phe Ala Tyr Trp Gly
            100                 105                 110

Gln Gly Thr Leu Val Thr Val Ser Ala
        115                 120


  (2) INFORMATION FOR SEQ ID NO:53:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 121 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: peptide

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:53:

Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5                   10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Asp His
            20                  25                  30

Thr Ile His Trp Met Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Phe
        35                  40                  45

Gly Tyr Ile Tyr Pro Arg Asp Gly His Thr Arg Tyr Ser Glu Lys Phe
    50                  55                  60

Lys Gly Lys Ala Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                  70                  75                  80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val Tyr Phe Cys
                85                  90                  95

Ala Arg Gly Arg Asp Ser Arg Glu Arg Asn Gly Phe Ala Tyr Trp Gly
            100                 105                 110

Gln Gly Thr Leu Val Thr Val Ser Ser
        115                 120


  (2) INFORMATION FOR SEQ ID NO:54:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 111 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: peptide
```

US 6,180,370 B1

119                                                           120

-continued

```
    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:54:

Asp Ile Val Leu Thr Gln Ser Pro Ala Ser Leu Ala Val Ser Leu Gly
1               5                   10                  15

Gln Arg Ala Thr Ile Ser Cys Arg Ala Ser Glu Ser Val Asp Asn Tyr
            20                  25                  30

Gly Ile Ser Phe Met Asn Trp Phe Gln Lys Pro Gly Gln Pro Pro
        35                  40                  45

Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser Gly Val Pro Ala
    50                  55                  60

Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Ser Leu Asn Ile His
65                  70                  75                  80

Pro Met Glu Glu Asp Asp Thr Ala Met Tyr Phe Cys Gln Gln Ser Lys
                85                  90                  95

Glu Val Pro Trp Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
            100                 105                 110


    (2) INFORMATION FOR SEQ ID NO:55:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 111 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: peptide

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:55:

Asp Ile Gln Met Thr Gln Ser Pro Ser Ser Leu Ser Ala Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Glu Ser Val Asp Asn Tyr
            20                  25                  30

Gly Ile Ser Phe Met Asn Trp Phe Gln Lys Pro Gly Lys Ala Pro
        35                  40                  45

Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser Gly Val Pro Ser
    50                  55                  60

Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser
65                  70                  75                  80

Ser Leu Gln Pro Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Ser Lys
                85                  90                  95

Glu Val Pro Trp Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
            100                 105                 110


    (2) INFORMATION FOR SEQ ID NO:56:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 116 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: peptide

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:56:

Glu Val Gln Leu Gln Gln Ser Gly Pro Glu Leu Val Lys Pro Gly Ala
1               5                   10                  15

Ser Val Lys Ile Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Asp Tyr
            20                  25                  30

Asn Met His Trp Val Lys Gln Ser His Gly Lys Ser Leu Glu Trp Ile
        35                  40                  45
```

US 6,180,370 B1

121                                                         122

—continued

```
Gly Tyr Ile Tyr Pro Tyr Asn Gly Gly Thr Gly Tyr Asn Gln Lys Phe
    50                  55                  60

Lys Ser Lys Ala Thr Leu Thr Val Asp Asn Ser Ser Ser Thr Ala Tyr
65                  70                  75                  80

Met Asp Val Arg Ser Leu Thr Ser Glu Asp Ser Ala Val Tyr Tyr Cys
                85                  90                  95

Ala Arg Gly Arg Pro Ala Met Asp Tyr Trp Gly Gln Gly Thr Ser Val
                100                 105                 110

Thr Val Ser Ser
            115
```

    (2) INFORMATION FOR SEQ ID NO:57:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 116 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: peptide

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:57:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1                   5                   10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Asp Tyr
                20                  25                  30

Asn Met His Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Ile
    35                  40                  45

Gly Tyr Ile Tyr Pro Tyr Asn Gly Gly Thr Gly Tyr Asn Gln Lys Phe
    50                  55                  60

Lys Ser Lys Ala Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                  70                  75                  80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                85                  90                  95

Ala Arg Gly Arg Pro Ala Met Asp Tyr Trp Gly Gln Gly Thr Leu Val
                100                 105                 110

Thr Val Ser Ser
            115
```

    (2) INFORMATION FOR SEQ ID NO:58:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 106 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: peptide

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:58:

```
Gln Ile Val Leu Thr Gln Ser Pro Ala Ile Met Ser Ala Ser Pro Gly
1                   5                   10                  15

Glu Lys Val Thr Met Thr Cys Ser Gly Ser Ser Ser Val Ser Phe Met
                20                  25                  30

Tyr Trp Tyr Gln Gln Arg Pro Gly Ser Ser Pro Arg Leu Leu Ile Tyr
    35                  40                  45

Asp Thr Ser Asn Leu Ala Ser Gly Val Pro Val Arg Phe Ser Gly Ser
    50                  55                  60

Gly Ser Gly Thr Ser Tyr Ser Leu Thr Ile Ser Arg Met Glu Ala Glu
65                  70                  75                  80
```

US 6,180,370 B1

123                                                                124

-continued

```
Asp Ala Ala Thr Tyr Tyr Cys Gln Gln Trp Ser Thr Tyr Pro Leu Thr
                85                  90                  95

Phe Gly Ala Gly Thr Lys Leu Glu Leu Lys
        100                 105


(2) INFORMATION FOR SEQ ID NO:59:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 106 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: peptide

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:59:

Asp Ile Gln Met Thr Gln Ser Pro Ser Ser Leu Ser Ala Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Ser Gly Ser Ser Ser Val Ser Phe Met
                20                  25                  30

Tyr Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Ile Tyr
        35                  40                  45

Asp Thr Ser Asn Leu Ala Ser Gly Val Pro Ser Arg Phe Ser Gly Ser
    50                  55                  60

Gly Ser Gly Thr Asp Tyr Thr Phe Thr Ile Ser Ser Leu Gln Pro Glu
65                  70                  75                  80

Asp Ile Ala Thr Tyr Tyr Cys Gln Gln Trp Ser Thr Tyr Pro Leu Thr
                85                  90                  95

Phe Gly Gln Gly Thr Lys Val Glu Val Lys
        100                 105


(2) INFORMATION FOR SEQ ID NO:60:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 119 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: peptide

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:60:

Gln Val Gln Leu Lys Gln Ser Gly Pro Gly Leu Val Gln Pro Ser Gln
1               5                   10                  15

Ser Leu Ser Ile Thr Cys Thr Val Ser Gly Phe Ser Val Thr Ser Tyr
                20                  25                  30

Gly Val His Trp Ile Arg Gln Ser Pro Gly Lys Gly Leu Glu Trp Leu
        35                  40                  45

Gly Val Ile Trp Ser Gly Gly Ser Thr Asp Tyr Asn Ala Ala Phe Ile
    50                  55                  60

Ser Arg Leu Thr Ile Ser Lys Asp Asn Ser Lys Ser Gln Val Phe Phe
65                  70                  75                  80

Lys Val Asn Ser Leu Gln Pro Ala Asp Thr Ala Ile Tyr Tyr Cys Ala
                85                  90                  95

Arg Ala Gly Asp Tyr Asn Tyr Asp Gly Phe Ala Tyr Trp Gly Gln Gly
            100                 105                 110

Thr Leu Val Thr Val Ser Ala
        115
```

US 6,180,370 B1

125                                                                      126

―continued

(2) INFORMATION FOR SEQ ID NO:61:

          (i) SEQUENCE CHARACTERISTICS:
              (A) LENGTH: 119 amino acids
              (B) TYPE: amino acid
              (C) STRANDEDNESS: single
              (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: peptide

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:61:

Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1               5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Val Thr Ser Tyr
            20                  25                  30

Gly Val His Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45

Gly Val Ile Trp Ser Gly Gly Ser Thr Asp Tyr Asn Ala Ala Phe Ile
    50                  55                  60

Ser Arg Phe Thr Ile Ser Arg Asp Asn Ser Lys Asn Thr Leu Tyr Leu
65                  70                  75                  80

Gln Met Asn Ser Leu Gln Ala Glu Asp Thr Ala Ile Tyr Tyr Cys Ala
                85                  90                  95

Arg Ala Gly Asp Tyr Asn Tyr Asp Gly Phe Ala Tyr Trp Gly Gln Gly
            100                 105                 110

Thr Leu Val Thr Val Ser Ser
            115


(2) INFORMATION FOR SEQ ID NO:62:

          (i) SEQUENCE CHARACTERISTICS:
              (A) LENGTH: 107 amino acids
              (B) TYPE: amino acid
              (C) STRANDEDNESS: single
              (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: peptide

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:62:

Asp Ile Val Leu Thr Gln Ser Pro Ala Thr Leu Ser Val Thr Pro Gly
1               5                   10                  15

Asp Ser Val Ser Leu Ser Cys Arg Ala Ser Gln Ser Ile Ser Asn Asn
            20                  25                  30

Leu His Trp Tyr Gln Gln Lys Ser His Glu Ser Pro Arg Leu Leu Ile
        35                  40                  45

Lys Tyr Ala Ser Gln Ser Ile Ser Gly Ile Pro Ser Arg Phe Ser Gly
    50                  55                  60

Ser Gly Ser Gly Thr Asp Phe Thr Leu Ser Val Asn Gly Val Glu Thr
65                  70                  75                  80

Glu Asp Phe Gly Met Tyr Phe Cys Gln Gln Ser Asn Ser Trp Pro His
                85                  90                  95

Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
            100                 105


(2) INFORMATION FOR SEQ ID NO:63:

          (i) SEQUENCE CHARACTERISTICS:
              (A) LENGTH: 107 amino acids
              (B) TYPE: amino acid
              (C) STRANDEDNESS: single
              (D) TOPOLOGY: linear

US 6,180,370 B1

127                                                                                    128

-continued

(ii) MOLECULE TYPE: peptide

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:63:

```
Glu Ile Val Leu Thr Gln Ser Pro Gly Thr Leu Ser Leu Ser Pro Gly
1               5                   10                  15

Glu Arg Ala Thr Leu Ser Cys Arg Ala Ser Gln Ser Ile Ser Asn Asn
            20                  25                  30

Leu His Trp Tyr Gln Gln Lys Pro Gly Gln Ala Pro Arg Leu Leu Ile
        35                  40                  45

Lys Tyr Ala Ser Gln Ser Ile Ser Gly Ile Pro Asp Arg Phe Ser Gly
    50                  55                  60

Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser Arg Leu Glu Pro
65                  70                  75                  80

Glu Asp Phe Ala Val Tyr Tyr Cys Gln Gln Ser Asn Ser Trp Pro His
                85                  90                  95

Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
                100                 105
```

(2) INFORMATION FOR SEQ ID NO:64:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 119 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: peptide

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:64:

```
Glu Val Gln Leu Gln Gln Ser Gly Pro Glu Leu Val Lys Pro Gly Ala
1               5                   10                  15

Ser Met Lys Ile Ser Cys Lys Ala Ser Val Tyr Ser Phe Thr Gly Tyr
            20                  25                  30

Thr Met Asn Trp Val Lys Gln Ser His Gly Gln Asn Leu Glu Trp Ile
        35                  40                  45

Gly Leu Ile Asn Pro Tyr Asn Gly Gly Thr Ser Tyr Asn Gln Lys Phe
    50                  55                  60

Lys Gly Lys Ala Thr Leu Thr Val Asp Lys Ser Ser Asn Thr Ala Tyr
65                  70                  75                  80

Met Glu Leu Leu Ser Leu Thr Ser Ala Asp Ser Ala Val Tyr Tyr Cys
                85                  90                  95

Thr Arg Arg Gly Phe Arg Asp Tyr Ser Met Asp Tyr Trp Gly Gln Gly
                100                 105                 110

Thr Ser Val Thr Val Ser Ser
                115
```

(2) INFORMATION FOR SEQ ID NO:65:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 119 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: peptide

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:65:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5                   10                  15

Ser Val Arg Val Ser Cys Lys Ala Ser Gly Tyr Ser Phe Thr Gly Tyr
```

US 6,180,370 B1

129                                                                      130

—continued

```
            20              25              30
Thr Met Asn Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
    35              40              45
Gly Leu Ile Asn Pro Tyr Asn Gly Gly Thr Ser Tyr Asn Gln Lys Phe
    50              55              60
Lys Gly Arg Val Thr Val Ser Leu Lys Pro Ser Phe Asn Gln Ala Tyr
65              70              75              80
Met Glu Leu Ser Ser Leu Phe Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                85              90              95
Thr Arg Arg Gly Phe Arg Asp Tyr Ser Met Asp Tyr Trp Gly Gln Gly
            100             105             110
Thr Leu Val Thr Val Ser Ser
    115
```

```
(2) INFORMATION FOR SEQ ID NO:66:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 393 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: cDNA

    (ix) FEATURE:
        (A) NAME/KEY: CDS
        (B) LOCATION: 1..393

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:66:
```

```
ATG GAG AAA GAC ACA CTC CTG CTA TGG GTC CTG CTT CTC TGG GTT CCA        48
Met Glu Lys Asp Thr Leu Leu Leu Trp Val Leu Leu Leu Trp Val Pro
1               5               10              15

GGT TCC ACA GGT GAC ATT GTG CTG ACC CAA TCT CCA GCT TCT TTG GCT        96
Gly Ser Thr Gly Asp Ile Val Leu Thr Gln Ser Pro Ala Ser Leu Ala
            20              25              30

GTG TCT CTA GGG CAG AGG GCC ACC ATC TCC TGC AGA GCC AGC GAA AGT       144
Val Ser Leu Gly Gln Arg Ala Thr Ile Ser Cys Arg Ala Ser Glu Ser
        35              40              45

GTT GAT AAT TAT GGC ATT AGT TTT ATG AAC TGG TTC CAA CAG AAA CCA       192
Val Asp Asn Tyr Gly Ile Ser Phe Met Asn Trp Phe Gln Gln Lys Pro
    50              55              60

GGA CAG CCA CCC AAA CTC CTC ATC TAT GCT GCA TCC AAC CAA GGA TCC       240
Gly Gln Pro Pro Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser
65              70              75              80

GGG GTC CCT GCC AGG TTT AGT GGC AGT GGG TCT GGG ACA GAC TTC AGC       288
Gly Val Pro Ala Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Ser
            85              90              95

CTC AAC ATC CAT CCT ATG GAG GAG GAT GAT ACT GCA ATG TAT TTC TGT       336
Leu Asn Ile His Pro Met Glu Glu Asp Asp Thr Ala Met Tyr Phe Cys
            100             105             110

CAG CAA AGT AAG GAG GTT CCG TGG ACG TTC GGT GGA GGC ACC AAG CTG       384
Gln Gln Ser Lys Glu Val Pro Trp Thr Phe Gly Gly Gly Thr Lys Leu
            115             120             125

GAA ATC AAA                                                           393
Glu Ile Lys
    130
```

```
(2) INFORMATION FOR SEQ ID NO:67:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 131 amino acids
        (B) TYPE: amino acid
```

US 6,180,370 B1

131                                                      132

-continued

(D) TOPOLOGY: linear

(ii) MOLECULE TYPE: protein

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:67:

Met Glu Lys Asp Thr Leu Leu Leu Trp Val Leu Leu Leu Trp Val Pro
1                   5                   10                  15

Gly Ser Thr Gly Asp Ile Val Leu Thr Gln Ser Pro Ala Ser Leu Ala
                20                  25                  30

Val Ser Leu Gly Gln Arg Ala Thr Ile Ser Cys Arg Ala Ser Glu Ser
            35                  40                  45

Val Asp Asn Tyr Gly Ile Ser Phe Met Asn Trp Phe Gln Gln Lys Pro
        50                  55                  60

Gly Gln Pro Pro Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser
65                  70                  75                  80

Gly Val Pro Ala Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Ser
                    85                  90                  95

Leu Asn Ile His Pro Met Glu Glu Asp Asp Thr Ala Met Tyr Phe Cys
            100                 105                 110

Gln Gln Ser Lys Glu Val Pro Trp Thr Phe Gly Gly Gly Thr Lys Leu
        115                 120                 125

Glu Ile Lys
    130

(2) INFORMATION FOR SEQ ID NO:68:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 405 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: cDNA

        (ix) FEATURE:
            (A) NAME/KEY: CDS
            (B) LOCATION: 1..405

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:68:

ATG GGA TGG AGC TGG ATC TTT CTC TTC CTC CTG TCA GGA ACT GCA GGC        48
Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr Ala Gly
1                   5                   10                  15

GTC CAC TCT GAG GTC CAG CTT CAG CAG TCA GGA CCT GAG CTG GTG AAA        96
Val His Ser Glu Val Gln Leu Gln Gln Ser Gly Pro Glu Leu Val Lys
                20                  25                  30

CCT GGG GCC TCA GTG AAG ATA TCC TGC AAG GCT TCT GGA TAC ACA TTC       144
Pro Gly Ala Ser Val Lys Ile Ser Cys Lys Ala Ser Gly Tyr Thr Phe
            35                  40                  45

ACT GAC TAC AAC ATG CAC TGG GTG AAG CAG AGC CAT GGA AAG AGC CTT       192
Thr Asp Tyr Asn Met His Trp Val Lys Gln Ser His Gly Lys Ser Leu
        50                  55                  60

GAG TGG ATT GGA TAT ATT TAT CCT TAC AAT GGT GGT ACT GGC TAC AAC       240
Glu Trp Ile Gly Tyr Ile Tyr Pro Tyr Asn Gly Gly Thr Gly Tyr Asn
65                  70                  75                  80

CAG AAG TTC AAG AGC AAG GCC ACA TTG ACT GTA GAC AAT TCC TCC AGC       288
Gln Lys Phe Lys Ser Lys Ala Thr Leu Thr Val Asp Asn Ser Ser Ser
                    85                  90                  95

ACA GCC TAC ATG GAC GTC CGC AGC CTG ACA TCT GAG GAC TCT GCA GTC       336
Thr Ala Tyr Met Asp Val Arg Ser Leu Thr Ser Glu Asp Ser Ala Val
            100                 105                 110

TAT TAC TGT GCA AGA GGG CGC CCC GCT ATG GAC TAC TGG GGT CAA GGA       384

US 6,180,370 B1

133                                                                                    134

-continued

```
Tyr Tyr Cys Ala Arg Gly Arg Pro Ala Met Asp Tyr Trp Gly Gln Gly
        115                 120                 125

ACC TCA GTC ACC GTC TCC TCA                                        405
Thr Ser Val Thr Val Ser Ser
    130                 135


(2) INFORMATION FOR SEQ ID NO:69:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 135 amino acids
            (B) TYPE: amino acid
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: protein

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:69:

Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr Ala Gly
1                 5                  10                 15

Val His Ser Glu Val Gln Leu Gln Ser Gly Pro Glu Leu Val Lys
            20                 25                 30

Pro Gly Ala Ser Val Lys Ile Ser Cys Lys Ala Ser Gly Tyr Thr Phe
        35                 40                 45

Thr Asp Tyr Asn Met His Trp Val Lys Gln Ser His Gly Lys Ser Leu
    50                 55                 60

Glu Trp Ile Gly Tyr Ile Tyr Pro Tyr Asn Gly Gly Thr Gly Tyr Asn
65                 70                 75                 80

Gln Lys Phe Lys Ser Lys Ala Thr Leu Thr Val Asp Asn Ser Ser Ser
            85                 90                 95

Thr Ala Tyr Met Asp Val Arg Ser Leu Thr Ser Glu Asp Ser Ala Val
        100                105                110

Tyr Tyr Cys Ala Arg Gly Arg Pro Ala Met Asp Tyr Trp Gly Gln Gly
        115                120                125

Thr Ser Val Thr Val Ser Ser
    130                135


(2) INFORMATION FOR SEQ ID NO:70:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 107 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: peptide

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:70:

Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1                 5                  10                 15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Gln Ser Ile Asn Thr Trp
            20                 25                 30

Leu Ala Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Met
        35                 40                 45

Tyr Lys Ala Ser Ser Leu Glu Ser Gly Val Pro Ser Arg Phe Ile Gly
    50                 55                 60

Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
65                 70                 75                 80

Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Tyr Asn Ser Asp Ser Lys
            85                 90                 95

Met Phe Gly Gln Gly Thr Lys Val Glu Val Lys
        100                105
```

US 6,180,370 B1

135                                                                                      136

-continued

(2) INFORMATION FOR SEQ ID NO:71:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 111 amino acids
         (B) TYPE: amino acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:71:

Asp Ile Gln Met Thr Gln Ser Pro Ser Ser Leu Ser Ala Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Glu Ser Val Asp Asn Tyr
            20                  25                  30

Gly Ile Ser Phe Met Asn Trp Phe Gln Lys Pro Gly Lys Ala Pro
        35                  40                  45

Lys Leu Leu Ile Tyr Ala Ala Ser Asn Gln Gly Ser Gly Val Pro Ser
    50                  55                  60

Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser
65                  70                  75                  80

Ser Leu Gln Pro Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Ser Lys
                85                  90                  95

Glu Val Pro Trp Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
            100                 105                 110

(2) INFORMATION FOR SEQ ID NO:72:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 117 amino acids
         (B) TYPE: amino acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:72:

Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5                   10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Gly Thr Phe Ser Arg Ser
            20                  25                  30

Ala Ile Ile Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
        35                  40                  45

Gly Gly Ile Val Pro Met Phe Gly Pro Pro Asn Tyr Ala Gln Lys Phe
    50                  55                  60

Gln Gly Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                  70                  75                  80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Phe Tyr Phe Cys
                85                  90                  95

Ala Gly Gly Tyr Gly Ile Tyr Ser Pro Glu Glu Tyr Asn Gly Gly Leu
            100                 105                 110

Val Thr Val Ser Ser
        115

(2) INFORMATION FOR SEQ ID NO:73:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 116 amino acids
         (B) TYPE: amino acid
         (C) STRANDEDNESS: single

US 6,180,370 B1

137                                                                        138

-continued

```
      (D) TOPOLOGY: linear

  (ii) MOLECULE TYPE: peptide

  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:73:

Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5                  10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Thr Phe Thr Asp Tyr
            20                  25                  30

Asn Met His Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Ile
        35                  40                  45

Gly Tyr Ile Tyr Pro Tyr Asn Gly Gly Thr Gly Tyr Asn Gln Lys Phe
    50                  55                  60

Lys Ser Lys Ala Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                  70                  75                  80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                85                  90                  95

Ala Arg Gly Arg Pro Ala Met Asp Tyr Trp Gly Gln Gly Thr Leu Val
        100                 105                 110

Thr Val Ser Ser
        115


(2) INFORMATION FOR SEQ ID NO:74:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 132 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (oligonucleotide)

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:74:

TATATCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGAACTGCT      60

GGCGTCCACT CTCAGGTTCA GCTGGTGCAG TCTGGAGCTG AGGTGAAGAA GCCTGGGAGC     120

TCAGTGAAGG TT                                                         132


(2) INFORMATION FOR SEQ ID NO:75:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 133 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (oligonucleotide)

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:75:

AGCCGGTACC ACCATTGTAA GGATAAATAT ATCCAATCCA TTCCAGGCCT TGGCCAGGAG      60

CCTGCCTCAC CCAGTGCATG TTGTAGTCAG TGAAGGTGTA GCCAGAAGCT TTGCAGGAAA     120

CCTTCACTGA GCT                                                        133


(2) INFORMATION FOR SEQ ID NO:76:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 112 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (oligonucleotide)
```

US 6,180,370 B1

139                                                                    140

-continued

```
    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:76:

TGGTGGTACC GGCTACAACC AGAAGTTCAA GAGCAAGGCC ACAATTACAG CAGACGAGAG      60

TACTAACACA GCCTACATGG AACTCTCCAG CCTGAGGTCT GAGGACACTG CA             112


(2) INFORMATION FOR SEQ ID NO:77:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 111 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (oligonucleotide)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:77:

TATATCTAGA GGCCATTCTT ACCTGAAGAG ACAGTGACCA GAGTCCCTTG GCCCCAGTAG      60

TCCATAGCGG GGCGCCCTCT TGCGCAGTAA TAGACTGCAG TGTCCTCAGA C             111


(2) INFORMATION FOR SEQ ID NO:78:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 122 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (oligonucleotide)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:78:

TATATCTAGA CCACCATGGA GAAAGACACA CTCCTGCTAT GGGTCCTGCT TCTCTGGGTT      60

CCAGGTTCCA CAGGTGACAT TCAGATGACC CAGTCTCCGA GCTCTCTGTC CGCATCAGTA     120

GG                                                                    122


(2) INFORMATION FOR SEQ ID NO:79:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 122 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (oligonucleotide)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:79:

TCAGAAGCTT AGGAGCCTTC CCGGGTTTCT GTTGGAACCA GTTCATAAAG CTAATGCCAT      60

AATTGTCGAC ACTTTCGCTG GCTCTGCATG TGATGGTGAC CCTGTCTCCT ACTGATGCGG     120

AC                                                                    122


(2) INFORMATION FOR SEQ ID NO:80:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 119 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (oligonucleotide)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:80:

TCCTAAGCTT CTGATTTACG CTGCATCCAA CCAAGGCTCC GGGGTACCCT CTCGCTTCTC      60

AGGCAGTGGA TCTGGGACAG ACTTCACTCT CACCATTTCA TCTCTGCAGC CTGATGACT     119
```

US 6,180,370 B1

141                                                                              142

-continued

(2) INFORMATION FOR SEQ ID NO:81:

    (i) SEQUENCE CHARACTERISTICS:
      (A) LENGTH: 118 base pairs
      (B) TYPE: nucleic acid
      (C) STRANDEDNESS: single
      (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (oligonucleotide)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:81:

TATATCTAGA CTTTGGATTC TACTTACGTT TGATCTCCAC CTTGGTCCCT TGACCGAACG        60

TCCACGGAAC CTCCTTACTT TGCTGACAGT AATAGGTTGC GAAGTCATCA GGCTGCAG        118


(2) INFORMATION FOR SEQ ID NO:82:

    (i) SEQUENCE CHARACTERISTICS:
      (A) LENGTH: 381 base pairs
      (B) TYPE: nucleic acid
      (C) STRANDEDNESS: single
      (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: cDNA

    (ix) FEATURE:
      (A) NAME/KEY: CDS
      (B) LOCATION: 1..381

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:82:

```
ATG GTT TTC ACA CCT CAG ATA CTT GGA CTT ATG CTT TTT TGG ATT TCA        48
Met Val Phe Thr Pro Gln Ile Leu Gly Leu Met Leu Phe Trp Ile Ser
1               5                   10                  15

GCC TCC AGA GGT GAT ATT GTG CTA ACT CAG TCT CCA GCC ACC CTG TCT        96
Ala Ser Arg Gly Asp Ile Val Leu Thr Gln Ser Pro Ala Thr Leu Ser
        20                  25                  30

GTG ACT CCG GGA GAT AGC GTC AGT CTT TCC TGC AGG GCC AGC CAA AGT       144
Val Thr Pro Gly Asp Ser Val Ser Leu Ser Cys Arg Ala Ser Gln Ser
        35                  40                  45

ATT AGC AAC AAC CTA CAC TGG TAT CAA CAA AAA TCA CAT GAG TCT CCA       192
Ile Ser Asn Asn Leu His Trp Tyr Gln Gln Lys Ser His Glu Ser Pro
    50                  55                  60

AGG CTT CTC ATC AAG TAT GCT TCC CAG TCC ATC TCT GGG ATC CCC TCC       240
Arg Leu Leu Ile Lys Tyr Ala Ser Gln Ser Ile Ser Gly Ile Pro Ser
65                  70                  75                  80

AGG TTC AGT GGC AGT GGA TCA GGG ACA GAT TTC ACT CTC AGT GTC AAC       288
Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Ser Val Asn
                85                  90                  95

GGT GTG GAG ACT GAA GAT TTT GGA ATG TAT TTC TGT CAA CAG AGT AAC       336
Gly Val Glu Thr Glu Asp Phe Gly Met Tyr Phe Cys Gln Gln Ser Asn
            100                 105                 110

AGT TGG CCT CAT ACG TTC GGA GGG GGG ACC AAG CTG GAA ATA AAA          381
Ser Trp Pro His Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
        115                 120                 125
```


(2) INFORMATION FOR SEQ ID NO:83:

    (i) SEQUENCE CHARACTERISTICS:
      (A) LENGTH: 127 amino acids
      (B) TYPE: amino acid
      (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: protein

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:83:

```
Met Val Phe Thr Pro Gln Ile Leu Gly Leu Met Leu Phe Trp Ile Ser
1               5                   10                  15
```

US 6,180,370 B1

143                                                                        144

-continued

```
Ala Ser Arg Gly Asp Ile Val Leu Thr Gln Ser Pro Ala Thr Leu Ser
                20                  25                  30

Val Thr Pro Gly Asp Ser Val Ser Leu Ser Cys Arg Ala Ser Gln Ser
            35                  40                  45

Ile Ser Asn Asn Leu His Trp Tyr Gln Gln Lys Ser His Glu Ser Pro
    50                  55                  60

Arg Leu Leu Ile Lys Tyr Ala Ser Gln Ser Ile Ser Gly Ile Pro Ser
65                  70                  75                  80

Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Ser Val Asn
                85                  90                  95

Gly Val Glu Thr Glu Asp Phe Gly Met Tyr Phe Cys Gln Gln Ser Asn
            100                 105                 110

Ser Trp Pro His Thr Phe Gly Gly Gly Thr Lys Leu Glu Ile Lys
        115                 120                 125
```

    (2) INFORMATION FOR SEQ ID NO:84:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 414 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: cDNA

        (ix) FEATURE:
            (A) NAME/KEY: CDS
            (B) LOCATION: 1..414

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:84:

```
ATG GGA TGG AGC TGG ATC TTT CTC TTC CTC CTG TCA GGA ACT GCA GGT        48
Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr Ala Gly
  1                   5                  10                  15

GTC CAC TCT GAG GTC CAG CTG CAA CAG TCT GGA CCT GAG CTG GTG AAG        96
Val His Ser Glu Val Gln Leu Gln Gln Ser Gly Pro Glu Leu Val Lys
                20                  25                  30

CCT GGA GCT TCA ATG AAG ATA TCC TGC AAG GCT TCT GTT TAC TCA TTC       144
Pro Gly Ala Ser Met Lys Ile Ser Cys Lys Ala Ser Val Tyr Ser Phe
            35                  40                  45

ACT GGC TAC ACC ATG AAC TGG GTG AAG CAG AGC CAT GGA CAG AAC CTT       192
Thr Gly Tyr Thr Met Asn Trp Val Lys Gln Ser His Gly Gln Asn Leu
    50                  55                  60

GAG TGG ATT GGA CTT ATT AAT CCT TAC AAT GGT GGT ACT AGC TAC AAC       240
Glu Trp Ile Gly Leu Ile Asn Pro Tyr Asn Gly Gly Thr Ser Tyr Asn
65                  70                  75                  80

CAG AAG TTC AAG GGG AAG GCC ACA TTA ACT GTA GAC AAG TCA TCC AAC       288
Gln Lys Phe Lys Gly Lys Ala Thr Leu Thr Val Asp Lys Ser Ser Asn
                85                  90                  95

ACA GCC TAC ATG GAG CTC CTC AGT CTG ACA TCT GCG GAC TCT GCA GTC       336
Thr Ala Tyr Met Glu Leu Leu Ser Leu Thr Ser Ala Asp Ser Ala Val
            100                 105                 110

TAT TAC TGT ACA AGA CGG GGG TTT CGA GAC TAT TCT ATG GAC TAC TGG       384
Tyr Tyr Cys Thr Arg Arg Gly Phe Arg Asp Tyr Ser Met Asp Tyr Trp
        115                 120                 125

GGT CAA GGA ACC TCA GTC ACC GTC TCC TCA                               414
Gly Gln Gly Thr Ser Val Thr Val Ser Ser
        130                 135
```

    (2) INFORMATION FOR SEQ ID NO:85:

        (i) SEQUENCE CHARACTERISTICS:

US 6,180,370 B1

145          146

---

–continued

```
        (A) LENGTH: 138 amino acids
        (B) TYPE: amino acid
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: protein

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:85:

Met Gly Trp Ser Trp Ile Phe Leu Phe Leu Leu Ser Gly Thr Ala Gly
1               5                  10                  15

Val His Ser Glu Val Gln Leu Gln Ser Gly Pro Glu Leu Val Lys
            20                  25                  30

Pro Gly Ala Ser Met Lys Ile Ser Cys Lys Ala Ser Val Tyr Ser Phe
        35                  40                  45

Thr Gly Tyr Thr Met Asn Trp Val Lys Gln Ser His Gly Gln Asn Leu
    50                  55                  60

Glu Trp Ile Gly Leu Ile Asn Pro Tyr Asn Gly Gly Thr Ser Tyr Asn
65                  70                  75                  80

Gln Lys Phe Lys Gly Lys Ala Thr Leu Thr Val Asp Lys Ser Ser Asn
                85                  90                  95

Thr Ala Tyr Met Glu Leu Leu Ser Leu Thr Ser Ala Asp Ser Ala Val
            100                 105                 110

Tyr Tyr Cys Thr Arg Arg Gly Phe Arg Asp Tyr Ser Met Asp Tyr Trp
        115                 120                 125

Gly Gln Gly Thr Ser Val Thr Val Ser Ser
    130                 135

(2) INFORMATION FOR SEQ ID NO:86:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 108 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: peptide

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:86:

Glu Ile Val Leu Thr Gln Ser Pro Gly Thr Leu Ser Leu Ser Pro Gly
1               5                  10                  15

Glu Arg Ala Thr Leu Ser Cys Arg Ala Ser Gln Ser Val Ser Ser Gly
            20                  25                  30

Tyr Leu Gly Trp Tyr Gln Gln Lys Pro Gly Gln Ala Pro Arg Leu Leu
        35                  40                  45

Ile Tyr Gly Ala Ser Ser Arg Ala Thr Gly Ile Pro Asp Arg Phe Ser
    50                  55                  60

Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser Arg Leu Glu
65                  70                  75                  80

Pro Glu Asp Phe Ala Val Tyr Tyr Cys Gln Gln Tyr Gly Ser Leu Gly
                85                  90                  95

Arg Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
            100                 105

(2) INFORMATION FOR SEQ ID NO:87:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 107 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: peptide
```

US 6,180,370 B1

147

148

-continued

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:87:

```
Glu Ile Val Leu Thr Gln Ser Pro Gly Thr Leu Ser Leu Ser Pro Gly
1               5                   10                  15

Glu Arg Ala Thr Leu Ser Cys Arg Ala Ser Gln Ser Ile Ser Asn Asn
            20                  25                  30

Leu His Trp Tyr Gln Gln Lys Pro Gly Gln Ala Pro Arg Leu Leu Ile
        35                  40                  45

Lys Tyr Ala Ser Gln Ser Ile Ser Gly Ile Pro Asp Arg Phe Ser Gly
    50                  55                  60

Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser Arg Leu Glu Pro
65                  70                  75                  80

Glu Asp Phe Ala Val Tyr Tyr Cys Gln Ser Asn Ser Trp Pro His
            85                  90                  95

Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
            100                 105
```

(2) INFORMATION FOR SEQ ID NO:88:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 122 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: peptide

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:88:

```
Gln Val Gln Leu Met Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5                   10                  15

Ser Val Arg Val Ser Cys Lys Thr Ser Gly Gly Thr Phe Val Asp Tyr
            20                  25                  30

Lys Gly Leu Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45

Gly Gln Ile Pro Leu Arg Phe Asn Gly Glu Val Lys Asn Pro Gly Ser
    50                  55                  60

Val Val Arg Val Ser Val Ser Leu Lys Pro Ser Phe Asn Gln Ala His
65                  70                  75                  80

Met Glu Leu Ser Ser Leu Phe Ser Glu Asp Thr Ala Val Tyr Tyr Cys
            85                  90                  95

Ala Arg Glu Tyr Gly Phe Asp Thr Ser Asp Tyr Tyr Tyr Tyr Tyr Trp
            100                 105                 110

Gly Gln Gly Thr Leu Val Thr Val Ser Ser
            115                 120
```

(2) INFORMATION FOR SEQ ID NO:89:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 119 amino acids
            (B) TYPE: amino acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: peptide

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:89:

```
Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5                   10                  15

Ser Val Arg Val Ser Cys Lys Ala Ser Gly Tyr Ser Phe Thr Gly Tyr
            20                  25                  30
```

US 6,180,370 B1

149                                                              150

-continued

```
Thr Met Asn Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45
Gly Leu Ile Asn Pro Tyr Asn Gly Gly Thr Ser Tyr Asn Gln Lys Phe
    50                  55                  60
Lys Gly Arg Val Thr Val Ser Leu Lys Pro Ser Phe Asn Gln Ala Tyr
65                  70                  75                  80
Met Glu Leu Ser Ser Leu Phe Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                85                  90                  95
Thr Arg Arg Gly Phe Arg Asp Tyr Ser Met Asp Tyr Trp Gly Gln Gly
            100                 105                 110
Thr Leu Val Thr Val Ser Ser
        115
```

(2) INFORMATION FOR SEQ ID NO:90:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 129 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (oligonucleotide)

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:90:

TAGATCTAGA CCACCATGGT TTTCACACCT CAGATACTCA GACTCATGCT CTTCTGGATT      60

TCAGCCTCCA GAGGTGAAAT TGTGCTAACT CAGTCTCCAG GCACCCTAAG CTTATCACCG     120

GGAGAAAGG                                                            129

(2) INFORMATION FOR SEQ ID NO:91:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 128 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (oligonucleotide)

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:91:

TAGACAGAAT TCACGCGTAC TTGATAAGTA GACGTGGAGC TTGTCCAGGT TTTTGTTGGT      60

ACCAGTGTAG GTTGTTGCTA ATACTTTGGC TGGCCCTGCA GGAAAGTGTA GCCCTTTCTC     120

CCGGTGAT                                                            128

(2) INFORMATION FOR SEQ ID NO:92:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 113 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (oligonucleotide)

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:92:

AAGAGAATTC ACGCGTCCCA GTCCATCTCT GGAATACCCG ATAGGTTCAG TGGCAGTGGA      60

TCAGGGACAG ATTTCACTCT CACAATAAGT AGGCTCGAGC CGGAAGATTT TGC           113

(2) INFORMATION FOR SEQ ID NO:93:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 116 base pairs

US 6,180,370 B1

151

152

-continued

```
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (oligonucleotide)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:93:

TAGATCTAGA GTTGAGAAGA CTACTTACGT TTTATTTCTA CCTTGGTCCC TTGTCCGAAC        60

GTATGAGGCC AACTGTTACT CTGTTGACAA TAATACACAG CAAAATCTTC CGGCTC          116


(2) INFORMATION FOR SEQ ID NO:94:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 134 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (oligonucleotide)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:94:

TATATCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGAACTGCA        60

GGTGTCCACT CTCAAGTCCA ACTGGTACAG TCTGGAGCTG AGGTTAAAAA GCCTGGAAGT      120

TCAGTAAGAG TTTC                                                         134


(2) INFORMATION FOR SEQ ID NO:95:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 134 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (oligonucleotide)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:95:

TATATAGGTA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGAACTGCA        60

TGCCTGTCTC ACCCAGTTCA TGGTATACCC AGTGAATGAG TATCCGGAAG CTTTGCAGGA      120

AACTCTTACT GAAC                                                         134


(2) INFORMATION FOR SEQ ID NO:96:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 116 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (oligonucleotide)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:96:

TATATAGGTA CCAGCTACAA CCAGAAGTTC AAGGGCAGAG TTACAGTTTC TTTGAAGCCT        60

TCATTTAACC AGGCCTACAT GGAGCTCAGT AGTCTGTTTT CTGAAGACAC TGCAGT          116


(2) INFORMATION FOR SEQ ID NO:97:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 116 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (oligonucleotide)

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:97:
```

US 6,180,370 B1

153                                                          154

-continued
_____

TATATCTAGA GGCCATTCTT ACCTGAGGAG ACGGTGACTA AGGTTCCTTG ACCCCAGTAG          60

TCCATAGAAT AGTCTCGAAA CCCCCGTCTT GTACAGTAAT AGACTGCAGT GTCTTC            116


(2) INFORMATION FOR SEQ ID NO:98:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 408 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: cDNA

        (ix) FEATURE:
            (A) NAME/KEY: CDS
            (B) LOCATION: 1..408

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:98:

ATG CAT CAG ACC AGC ATG GGC ATC AAG ATG GAA TCA CAG ACT CTG GTC          48
Met His Gln Thr Ser Met Gly Ile Lys Met Glu Ser Gln Thr Leu Val
 1               5                  10                  15

TTC ATA TCC ATA CTG CTC TGG TTA TAT GGT GCT GAT GGG AAC ATT GTT          96
Phe Ile Ser Ile Leu Leu Trp Leu Tyr Gly Ala Asp Gly Asn Ile Val
         20                  25                  30

ATG ACC CAA TCT CCC AAA TCC ATG TAC GTG TCA ATA GGA GAG AGG GTC          144
Met Thr Gln Ser Pro Lys Ser Met Tyr Val Ser Ile Gly Glu Arg Val
     35                  40                  45

ACC TTG AGC TGC AAG GCC AGT GAA AAT GTG GAT ACT TAT GTA TCC TGG          192
Thr Leu Ser Cys Lys Ala Ser Glu Asn Val Asp Thr Tyr Val Ser Trp
 50                  55                  60

TAT CAA CAG AAA CCA GAG CAG TCT CCT AAA CTG CTG ATA TAT GGG GCA          240
Tyr Gln Gln Lys Pro Glu Gln Ser Pro Lys Leu Leu Ile Tyr Gly Ala
 65                  70                  75                  80

TCC AAC CGG TAC ACT GGG GTC CCC GAT CGC TTC ACG GGC AGT GGA TCT          288
Ser Asn Arg Tyr Thr Gly Val Pro Asp Arg Phe Thr Gly Ser Gly Ser
                 85                  90                  95

GCA ACA GAT TTC ACT CTG ACC ATC AGC AGT GTG CAG GCT GAA GAC CTT          336
Ala Thr Asp Phe Thr Leu Thr Ile Ser Ser Val Gln Ala Glu Asp Leu
             100                 105                 110

GCA GAT TAT CAC TGT GGA CAG AGT TAC AAC TAT CCA TTC ACG TTC GGC          384
Ala Asp Tyr His Cys Gly Gln Ser Tyr Asn Tyr Pro Phe Thr Phe Gly
         115                 120                 125

TCG GGG ACA AAG TTG GAA ATA AAG                                          408
Ser Gly Thr Lys Leu Glu Ile Lys
     130                 135


(2) INFORMATION FOR SEQ ID NO:99:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 136 amino acids
            (B) TYPE: amino acid
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: protein

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:99:

Met His Gln Thr Ser Met Gly Ile Lys Met Glu Ser Gln Thr Leu Val
 1               5                  10                  15

Phe Ile Ser Ile Leu Leu Trp Leu Tyr Gly Ala Asp Gly Asn Ile Val
         20                  25                  30

Met Thr Gln Ser Pro Lys Ser Met Tyr Val Ser Ile Gly Glu Arg Val
     35                  40                  45

US 6,180,370 B1

155                                                                 156

–continued

```
Thr Leu Ser Cys Lys Ala Ser Glu Asn Val Asp Thr Tyr Val Ser Trp
    50                  55                  60

Tyr Gln Gln Lys Pro Glu Gln Ser Pro Lys Leu Leu Ile Tyr Gly Ala
65                  70                  75                  80

Ser Asn Arg Tyr Thr Gly Val Pro Asp Arg Phe Thr Gly Ser Gly Ser
                    85                  90                  95

Ala Thr Asp Phe Thr Leu Thr Ile Ser Ser Val Gln Ala Glu Asp Leu
                100                 105                 110

Ala Asp Tyr His Cys Gly Gln Ser Tyr Asn Tyr Pro Phe Thr Phe Gly
            115                 120                 125

Ser Gly Thr Lys Leu Glu Ile Lys
    130                 135
```

(2) INFORMATION FOR SEQ ID NO:100:

    (i) SEQUENCE CHARACTERISTICS:
      (A) LENGTH: 456 base pairs
      (B) TYPE: nucleic acid
      (C) STRANDEDNESS: single
      (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: cDNA

    (ix) FEATURE:
      (A) NAME/KEY: CDS
      (B) LOCATION: 1..456

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:100:

```
ATG ACA TCA CTG TTC TCT CTA CAG TTA CCG AGC ACA CAG GAC CTC GCC      48
Met Thr Ser Leu Phe Ser Leu Gln Leu Pro Ser Thr Gln Asp Leu Ala
1                   5                  10                  15

ATG GGA TGG AGC TGT ATC ATC CTC TTC TTG GTA GCA ACA GCT ACA GGT      96
Met Gly Trp Ser Cys Ile Ile Leu Phe Leu Val Ala Thr Ala Thr Gly
                    20                  25                  30

GTC CTC TCC CAG GTC CAA CTG CAG CAG CCT GGG GCT GAC CTT GTG ATG     144
Val Leu Ser Gln Val Gln Leu Gln Gln Pro Gly Ala Asp Leu Val Met
            35                  40                  45

CCT GGG GCT CCA GTG AAG CTG TCC TGC TTG GCT TCT GGC TAC ATC TTC     192
Pro Gly Ala Pro Val Lys Leu Ser Cys Leu Ala Ser Gly Tyr Ile Phe
    50                  55                  60

ACC AGC TCC TGG ATA AAC TGG GTG AAG CAG AGG CCT GGA CGA GGC CTC     240
Thr Ser Ser Trp Ile Asn Trp Val Lys Gln Arg Pro Gly Arg Gly Leu
65                  70                  75                  80

GAG TGG ATT GGA AGG ATT GAT CCT TCC GAT GGT GAA GTT CAC TAC AAT     288
Glu Trp Ile Gly Arg Ile Asp Pro Ser Asp Gly Glu Val His Tyr Asn
                    85                  90                  95

CAA GAT TTC AAG GAC AAG GCC ACA CTG ACT GTA GAC AAA TCC TCC AGC     336
Gln Asp Phe Lys Asp Lys Ala Thr Leu Thr Val Asp Lys Ser Ser Ser
                100                 105                 110

ACA GCC TAC ATC CAA CTC AAC AGC CTG ACA TCT GAG GAC TCT GCG GTC     384
Thr Ala Tyr Ile Gln Leu Asn Ser Leu Thr Ser Glu Asp Ser Ala Val
            115                 120                 125

TAT TAC TGT GCT AGA GGA TTT CTG CCC TGG TTT GCT GAC TGG GGC CAA     432
Tyr Tyr Cys Ala Arg Gly Phe Leu Pro Trp Phe Ala Asp Trp Gly Gln
        130                 135                 140

GGG ACT CTG GTC ACT GTC TCT GCA                                     456
Gly Thr Leu Val Thr Val Ser Ala
145                 150
```

(2) INFORMATION FOR SEQ ID NO:101:

    (i) SEQUENCE CHARACTERISTICS:

US 6,180,370 B1

157                                                          158

-continued

```
          (A) LENGTH: 152 amino acids
          (B) TYPE: amino acid
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: protein

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:101:

Met Thr Ser Leu Phe Ser Leu Gln Leu Pro Ser Thr Gln Asp Leu Ala
1               5                   10                  15

Met Gly Trp Ser Cys Ile Ile Leu Phe Leu Val Ala Thr Ala Thr Gly
            20                  25                  30

Val Leu Ser Gln Val Gln Leu Gln Gln Pro Gly Ala Asp Leu Val Met
        35                  40                  45

Pro Gly Ala Pro Val Lys Leu Ser Cys Leu Ala Ser Gly Tyr Ile Phe
    50                  55                  60

Thr Ser Ser Trp Ile Asn Trp Val Lys Gln Arg Pro Gly Arg Gly Leu
65                  70                  75                  80

Glu Trp Ile Gly Arg Ile Asp Pro Ser Asp Gly Glu Val His Tyr Asn
                85                  90                  95

Gln Asp Phe Lys Asp Lys Ala Thr Leu Thr Val Asp Lys Ser Ser Ser
            100                 105                 110

Thr Ala Tyr Ile Gln Leu Asn Ser Leu Thr Ser Glu Asp Ser Ala Val
        115                 120                 125

Tyr Tyr Cys Ala Arg Gly Phe Leu Pro Trp Phe Ala Asp Trp Gly Gln
    130                 135                 140

Gly Thr Leu Val Thr Val Ser Ala
145                 150


(2) INFORMATION FOR SEQ ID NO:102:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 107 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: peptide

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:102:

Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Arg Ala Ser Gln Ser Ile Asn Thr Trp
            20                  25                  30

Leu Ala Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Met
        35                  40                  45

Tyr Lys Ala Ser Ser Leu Glu Ser Gly Val Pro Ser Arg Phe Ile Gly
    50                  55                  60

Ser Gly Ser Gly Thr Glu Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
65                  70                  75                  80

Asp Asp Phe Ala Thr Tyr Tyr Cys Gln Gln Tyr Asn Ser Asp Ser Lys
            85                  90                  95

Met Phe Gly Gln Gly Thr Lys Val Glu Val Lys
            100                 105


(2) INFORMATION FOR SEQ ID NO:103:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 107 amino acids
          (B) TYPE: amino acid
          (C) STRANDEDNESS: single
```

US 6,180,370 B1

159                                                                 160

—continued

```
            (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:103:

Asp Ile Gln Met Thr Gln Ser Pro Ser Thr Leu Ser Ala Ser Val Gly
1               5                   10                  15

Asp Arg Val Thr Ile Thr Cys Lys Ala Ser Glu Asn Val Asp Thr Tyr
            20                  25                  30

Val Ser Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Ile
        35                  40                  45

Tyr Gly Ala Ser Asn Arg Tyr Thr Gly Val Pro Ser Arg Phe Ser Gly
    50                  55                  60

Ser Gly Ser Gly Thr Asp Phe Thr Leu Thr Ile Ser Ser Leu Gln Pro
65                  70                  75                  80

Asp Asp Phe Ala Thr Tyr Tyr Cys Gly Gln Ser Tyr Asn Tyr Pro Phe
                85                  90                  95

Thr Phe Gly Gln Gly Thr Lys Val Glu Val Lys
            100                 105


(2) INFORMATION FOR SEQ ID NO:104:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 117 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:104:

Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5                   10                  15

Ser Val Lys Val Ser Cys Lys Ala Ser Gly Gly Thr Phe Ser Arg Ser
            20                  25                  30

Ala Ile Ile Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
        35                  40                  45

Gly Gly Ile Val Pro Met Phe Gly Pro Pro Asn Tyr Ala Gln Lys Phe
    50                  55                  60

Gln Gly Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                  70                  75                  80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Phe Tyr Phe Cys
                85                  90                  95

Ala Gly Gly Tyr Gly Ile Tyr Ser Pro Glu Glu Tyr Asn Gly Gly Leu
            100                 105                 110

Val Thr Val Ser Ser
        115


(2) INFORMATION FOR SEQ ID NO:105:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 117 amino acids
        (B) TYPE: amino acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: peptide

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:105:

Gln Val Gln Leu Val Gln Ser Gly Ala Glu Val Lys Lys Pro Gly Ser
1               5                   10                  15
```

```
Ser Val Lys Val Ser Cys Lys Ala Ser Gly Tyr Ile Phe Thr Ser Ser
            20                  25                  30

Trp Ile Asn Trp Val Arg Gln Ala Pro Gly Gln Gly Leu Glu Trp Met
        35                  40                  45

Gly Arg Ile Asp Pro Ser Asp Gly Glu Val His Tyr Asn Gln Asp Phe
    50                  55                  60

Lys Asp Arg Val Thr Ile Thr Ala Asp Glu Ser Thr Asn Thr Ala Tyr
65                  70                  75                  80

Met Glu Leu Ser Ser Leu Arg Ser Glu Asp Thr Ala Val Tyr Tyr Cys
                85                  90                  95

Ala Arg Gly Phe Leu Pro Trp Phe Ala Asp Trp Gly Gln Gly Thr Leu
            100                 105                 110

Val Thr Val Ser Ser
            115
```

(2) INFORMATION FOR SEQ ID NO:106:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 115 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA (oligonucleotide)

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:106:

TTTTTCTAG ACCACCATGG AGACCGATAC CCTCCTGCTA TGGGTCCTCC TGCTATGGGT        60

CCCAGGATCA ACCGGAGATA TTCAGATGAC CCAGTCTCCG TCGACCCTCT CTGCT          115

(2) INFORMATION FOR SEQ ID NO:107:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 120 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA (oligonucleotide)

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:107:

TTTTAAGCTT GGGAGCTTTG CCTGGCTTCT GCTGATACCA GGATACATAA GTATCCACAT       60

TTTCACTGGC CTTGCAGGTT ATGGTGACCC TATCCCCGAC GCTAGCAGAG AGGGTCGACG      120

(2) INFORMATION FOR SEQ ID NO:108:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 118 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA (oligonucleotide)

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:108:

TTTTAAGCTT CTAATTTATG GGGCATCCAA CCGGTACACT GGGGTACCTT CACGCTTCAG       60

TGGCAGTGGA TCTGGGACCG ATTTCACCCT CACAATCAGC TCTCTGCAGC CAGATGAT       118

(2) INFORMATION FOR SEQ ID NO:109:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 120 base pairs
            (B) TYPE: nucleic acid

US 6,180,370 B1

163                                                            164

-continued

```
              (C) STRANDEDNESS: single
              (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (oligonucleotide)

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:109:

TTTTTTCTAG AGCAAAAGTC TACTTACGTT TGACCTCCAC CTTGGTCCCC TGACCGAACG      60

TGAATGGATA GTTGTAACTC TGTCCGCAGT AATAAGTGGC GAAATCATCT GGCTGCAGAG     120


(2) INFORMATION FOR SEQ ID NO:110:

     (i) SEQUENCE CHARACTERISTICS:
              (A) LENGTH: 114 base pairs
              (B) TYPE: nucleic acid
              (C) STRANDEDNESS: single
              (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (oligonucleotide)

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:110:

TTTTTCTAGA CCACCATGGG ATGGAGCTGG ATCTTTCTCT TCCTCCTGTC AGGTACCGCG      60

GGCGTGCACT CTCAGGTCCA GCTTGTCCAG TCTGGGGCTG AAGTCAAGAA ACCT          114


(2) INFORMATION FOR SEQ ID NO:111:

     (i) SEQUENCE CHARACTERISTICS:
              (A) LENGTH: 121 base pairs
              (B) TYPE: nucleic acid
              (C) STRANDEDNESS: single
              (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (oligonucleotide)

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:111:

TTTTGAATTC TCGAGACCCT GTCCAGGGGC CTGCCTTACC CAGTTTATCC AGGAGCTAGT      60

AAAGATGTAG CCAGAAGCTT TGCAGGAGAC CTTCACGGAG CTCCCAGGTT TCTTGACTTC     120

A                                                                     121


(2) INFORMATION FOR SEQ ID NO:112:

     (i) SEQUENCE CHARACTERISTICS:
              (A) LENGTH: 137 base pairs
              (B) TYPE: nucleic acid
              (C) STRANDEDNESS: single
              (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (oligonucleotide)

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:112:

TTTTGAATTC TCGAGTGGAT GGGAAGGATT GATCCTTCCG ATGGTGAAGT TCACTACAAT      60

CAAGATTTCA AGGACCGTGT TACAATTACA GCAGACGAAT CCACCAATAC AGCCTACATG     120

GAACTGAGCA GCCTGAG                                                   137


(2) INFORMATION FOR SEQ ID NO:113:

     (i) SEQUENCE CHARACTERISTICS:
              (A) LENGTH: 134 base pairs
              (B) TYPE: nucleic acid
              (C) STRANDEDNESS: single
              (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (oligonucleotide)

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:113:
```

US 6,180,370 B1

165                                                                    166

-continued

| | |
|---|---|
| TTTTTCTAGA GGTTTTAAGG ACTCACCTGA GGAGACTGTG ACCAGGGTTC CTTGGCCCCA | 60 |
| GTCAGCAAAC CAGGGCAGAA ATCCTCTTGC ACAGTAATAG ACTGCAGTGT CCTCTGATCT | 120 |
| CAGGCTGCTC AGTT | 134 |

What is claimed is:

1. A method of producing a humanized immunoglobulin which specifically binds to an antigen, the method comprising:

providing a cell containing DNA segments encoding humanized light and heavy chain variable regions; and expressing the DNA segments in the cell to produce the humanized immunoglobulin;

wherein the cell containing the DNA segments was produced by:

(1) comparing the sequence of a donor immunoglobulin heavy chain variable region against a collection of sequences of human heavy chain variable regions;

(2) selecting a human heavy chain variable region from the collection of human heavy chain variable regions to provide an acceptor heavy chain variable region, wherein the selected variable region framework is at least 65% identical to the donor immunoglobulin heavy chain variable region framework, wherein percentage sequence identity is determined by aligning amino acids in said frameworks by Kabat numbering;

(3) synthesizing the DNA segment encoding the humanized heavy chain variable region, comprising complementarity determining regions (CDRs) from the donor immunoglobulin heavy chain variable region and a variable region framework from the selected acceptor heavy chain variable region;

(4) introducing the DNA segment encoding the humanized immunoglobulin heavy chain variable region and the DNA segment encoding the humanized immunoglobulin light chain variable region into the cell,

wherein the humanized immunoglobulin heavy chain variable region framework comprises at least 70 amino acid residues identical to those in the acceptor immunoglobulin heavy chain variable region framework.

2. A method of producing a humanized immunoglobulin, the method comprising:

providing a cell containing DNA segments encoding heavy and light chain variable regions of a humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from human acceptor immunoglobulin heavy and light chain frameworks, which humanized immunoglobulin specifically binds to an antigen with an affinity constant of at least about $10^8$ M$^{-1}$ and no greater than about four-fold that of the donor immunoglobulin, wherein the sequence of the acceptor immunoglobulin heavy chain variable region framework is at least 65% identical to the sequence of the donor immunoglobulin heavy chain variable region framework, and the humanized immunoglobulin heavy chain variable region framework comprises at least 70 amino acid residues identical to those in the acceptor human immunoglobulin heavy chain variable region framework,

wherein percentage sequence identity is determined by aligning amino acids in said frameworks by Kabat numbering; and

expressing the DNA segments in the cell to produce the humanized immunoglobulin.

3. A method of producing a humanized immunoglobulin, the method comprising:

providing a cell containing DNA segments encoding heavy and light chain variable regions of a humanized immunoglobulin having hypervariable regions from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy and light chains, which humanized immunoglobulin specifically binds to an antigen with an affinity constant of at least about $10^8$ M$^{-1}$ and no greater than about four-fold that of the donor immunoglobulin, wherein said humanized immunoglobulin comprises amino acids from the donor immunoglobulin heavy chain framework outside the hypervariable regions that replace the corresponding amino acids in the acceptor immunoglobulin heavy chain framework, and each of these said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) is capable of interacting with the CDRs, or

(III) is typical at its position for human immunoglobulin sequences, and the replaced amino acid is rare at its position for human immunoglobulin sequences;

expressing the DNA segments in the cell to produce the humanized immunoglobulin.

4. A method of producing a humanized immunoglobulin having hypervariable regions and framework regions, the method comprising:

providing a cell containing DNA segments encoding heavy and light chain variable regions of a humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy or light chains, which humanized immunoglobulin specifically binds to an antigen, wherein said humanized immunoglobulin comprises amino acids from the donor immunoglobulin framework outside the hypervariable regions that replace the corresponding amino acids in the acceptor immunoglobulin heavy or light chain frameworks, and each of these said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) is capable of interacting with the CDRs; and

expressing the DNA segments in the cell to produce the immunoglobulin.

5. A method of producing a pharmaceutical composition, comprising;

formulating a humanized immunoglobulin with a carrier to form a pharmaceutical composition, wherein the humanized immunoglobulin was produced by:

(1) comparing the sequence of a donor immunoglobulin heavy chain variable region against a collection of sequences of human heavy chain variable regions;

US 6,180,370 B1

167

(2) selecting a human heavy chain variable region from the collection of human heavy chain variable regions to provide an acceptor heavy chain variable region, wherein the selected variable region framework is at least 65% identical to the donor immunoglobulin heavy chain variable region framework, wherein percentage sequence identity is determined by aligning amino acids in said frameworks by Kabat numbering;

(3) synthesizing a DNA segment encoding a humanized heavy chain variable region, comprising complementarity determining regions (CDRs) from the donor immunoglobulin heavy chain variable region and a variable region framework from the selected acceptor heavy chain variable region;

(4) introducing the DNA segment encoding the humanized immunoglobulin heavy chain variable region and a DNA segment encoding a humanized immunoglobulin light chain variable region into a cell; and

(5) expressing the DNA segments in the cell to produce the humanized immunoglobulin,
wherein the humanized immunoglobulin heavy chain variable region framework comprises at least 70 amino acid residues identical to those in the acceptor immunoglobulin heavy chain variable region framework.

6. A method of producing a pharmaceutical composition, comprising:

formulating a humanized immunoglobulin with a carrier to form a pharmaceutical composition, wherein the humanized immunoglobulin was produced by a cell containing DNA segments encoding heavy and light chain variable regions of a humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from human acceptor immunoglobulin heavy and light chain frameworks, which humanized immunoglobulin specifically binds to an antigen with an affinity constant of at least about $10^8$ $M^{-1}$ and no greater than about four-fold that of the donor immunoglobulin, wherein the sequence of the acceptor immunoglobulin heavy chain variable region framework is at least 65% identical to the sequence of the donor immunoglobulin heavy chain variable region framework, and the humanized immunoglobulin heavy chain variable region framework comprises at least 70 amino acid residues identical to those in the acceptor human immunoglobulin heavy chain variable region framework, wherein percentage sequence identity is determined by aligning amino acids in said frameworks by Kabat numbering.

7. A method of producing a pharmaceutical composition, comprising:

formulating a humanized immunoglobulin with a carrier to form a pharmaceutical composition, wherein the humanized antibody has complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy and light chains, which humanized immunoglobulin specifically binds to an antigen with an affinity constant of at least about $10^8$ $M^{-1}$ and no greater than about four-fold that of the donor immunoglobulin, wherein said humanized immunoglobulin comprises amino acids from the donor immunoglobulin heavy chain framework outside the Kabat CDRs that replace the corresponding amino acids in the acceptor immunoglobulin heavy chain framework, and each of these said donor amino acids:

168

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) is capable of interacting with the CDRs, or

(III) is typical at its position for human immunoglobulin sequences, and the replaced amino acid is rare at its position for human immunoglobulin sequences, with the proviso that each of these said donor amino acids is outside Chothia CDR H1 (amino acids 26–32).

8. A method of producing a pharmaceutical composition, comprising:

formulating a humanized immunoglobulin with a carrier to form a pharmaceutical composition,

wherein the humanized antibody has complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy and light chains, which humanized immunoglobulin specifically binds to an antigen, wherein said humanized immunoglobulin comprises amino acids from the donor immunoglobulin heavy chain framework outside the Kabat CDRs that replace the corresponding amino acids in the acceptor immunoglobulin heavy chain framework, and each of these said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) is capable of interacting with the CDRs, with the proviso that each of these said donor amino acids is outside Chothia CDR H1 (amino acids 26–32).

9. A humanized immunoglobulin having hypervariable regions from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy and light chains, which humanized immunoglobulin specifically binds to an antigen with an affinity constant of at least about $10^8$ $M^{-1}$ and no greater than about four-fold that of the donor immunoglobulin, wherein said humanized immunoglobulin comprises amino acids from the donor immunoglobulin heavy chain framework outside the hypervariable regions that replace the corresponding amino acids in the acceptor immunoglobulin heavy chain framework, and each of these said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) is capable of interacting with the CDRs, wherein said humanized immunoglobulin is an antibody tetramer, Fab, or $(Fab')_2$.

10. A humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy and light chains, which humanized immunoglobulin specifically binds to an antigen, wherein said humanized immunoglobulin comprises amino acids from the donor immunoglobulin framework outside the hypervariable regions that replace the corresponding amino acids in the acceptor immunoglobulin heavy or light chain frameworks, and each of these said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) is capable of interacting with the CDRs, or

(III) is typical at its position for human immunoglobulin sequences, and the replaced amino acid is rare at its position for human immunoglobulin sequences, wherein said humanized immunoglobulin is an antibody tetramer, Fab, or $(Fab')_2$.

169                                                                                      170

11. A humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy and light chains, which humanized immunoglobulin specifically binds to an antigen, wherein said humanized immunoglobulin comprises amino acids from the donor immunoglobulin framework outside the Kabat and Chothia CDRs that replace the corresponding amino acids in the acceptor immunoglobulin heavy or light chain frameworks, and each of these said donor amino acids is capable of interacting with the CDRs,

wherein said humanized immunoglobulin is an antibody tetramer, Fab, or (Fab')$_2$.

12. A humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy and light chains, which humanized immunoglobulin specifically binds to an antigen with an affinity constant of at least $10^8$ M$^{-1}$ and no greater than about four-fold that of the donor immunoglobulin, wherein said humanized immunoglobulin comprises amino acids from the donor immunoglobulin heavy chain framework outside the Kabat CDRs that replace the corresponding amino acids in the acceptor immunoglobulin heavy chain framework, and each of these said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) is capable of interacting with the CDRs,

with the proviso that each of these said donor amino acids is outside Chothia CDR H1 (amino acids 26–32).

13. A humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy and light chains, which humanized immunoglobulin specifically binds to an antigen, wherein said humanized immunoglobulin comprises amino acids from the donor heavy chain variable region framework outside the Kabat CDRs that replace the corresponding amino acids in the acceptor immunoglobulin heavy chain framework, and each of these said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) is capable of interacting with the CDRs, or

(III) is typical at its position for human immunoglobulin sequences, and the replaced amino acid is rare at its position for human immunoglobulin sequences,

with the proviso that each of these said donor amino acids is outside Chothia CDR H1 (amino acids 26–32).

14. A humanized immunoglobulin according to claim 10, wherein said donor amino acids are from the donor immunoglobulin heavy chain framework.

15. A humanized immunoglobulin according to claim 11, wherein said donor amino acids are from the donor immunoglobulin heavy chain framework.

16. A humanized immunoglobulin according to claim 12, wherein said humanized immunoglobulin is an antibody tetramer, Fab, or (Fab')$_2$.

17. A humanized immunoglobulin according to any one of claims 9, 11, or 12, further comprising an amino acid from the donor immunoglobulin framework that replaces the corresponding amino acid in the acceptor immunoglobulin heavy or light chain frameworks, wherein said amino acid is typical at its position in human immunoglobulin sequences and said corresponding amino acid in the acceptor immunoglobulin is rare at its position in human immunoglobulin sequences.

18. A humanized immunoglobulin according to any one of claims 9 to 16, which comprises at least 3 said amino acids from the donor immunoglobulin framework.

19. A humanized immunoglobulin according to any one of claims 9 to 16, which comprises two light chain/heavy chain dimers.

20. A humanized immunoglobulin according to any one of claims 9 to 16, which is substantially pure.

21. A pharmaceutical composition comprising a humanized immunoglobulin according to claim 20 in a pharmaceutically acceptable carrier.

22. A humanized immunoglobulin according to any one of claims 9 to 16, wherein said humanized immunoglobulin has an affinity for antigen, wherein said affinity is greater than the affinity of another immunoglobulin which has the same sequence as the humanized immunoglobulin except without the donor immunoglobulin framework amino acids that replace the corresponding amino acids in the acceptor immunoglobulin.

23. A method of producing a humanized immunoglobulin, the method comprising:

providing a cell containing DNA segments encoding heavy and light chain variable regions of a humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy and light chains, which humanized immunoglobulin specifically binds to an antigen, wherein said humanized immunoglobulin comprises amino acids from the donor immunoglobulin heavy chain framework outside the Kabat CDRs that replace the corresponding amino acids in the acceptor immunoglobulin heavy chain framework, and each of these said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) is capable of interacting with the CDRs, or

(III) is typical at its position for human immunoglobulin sequences, and the replaced amino acid is rare at its position for human immunoglobulin sequences; and

expressing the DNA segments in the cell to produce the humanized immunoglobulin, with the proviso that each of these said donor amino acids is outside Chothia CDR H1 (amino acids 26–32).

24. A method of producing a humanized immunoglobulin, the method comprising:

providing a cell containing DNA segments encoding heavy and light chain variable regions of a humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from acceptor immunoglobulin heavy and light chains, which humanized immunoglobulin specifically binds to an antigen with an affinity constant of at least about $10^8$ M$^{-1}$ and no greater than about four-fold that of the donor immunoglobulin, wherein said humanized immunoglobulin comprises amino acids from the donor immunoglobulin heavy chain framework outside the Kabat CDRs that replace the corresponding amino acids in the acceptor immunoglobulin heavy chain framework, and each of these said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

US 6,180,370 B1

171

(II) is capable of interacting with the CDRs;
and expressing the DNA segments in the cell to produce the immunoglobulin, with the proviso that each of these said donor amino acids is outside Chothia CDR H1 (amino acids 26–32).

25. A method of claim 2, wherein the sequence of the acceptor immunoglobulin heavy chain variable region framework is at least 70% identical to the sequence of the donor immunoglobulin heavy chain variable region framework, wherein percentage sequence identity is determined by aligning amino acids in said frameworks by Kabat numbering.

26. A method of claim 5, wherein the sequence of the acceptor immunoglobulin heavy chain variable region framework is at least 70% identical to the sequence of the donor immunoglobulin heavy chain variable region framework, wherein percentage sequence identity is determined by aligning amino acids in said frameworks by Kabat numbering.

27. A method of claim 6, wherein the sequence of the acceptor immunoglobulin heavy chain variable region framework is at least 70% identical to the sequence of the donor immunoglobulin heavy chain variable region framework, wherein percentage sequence identity is determined by aligning amino acids in said frameworks by Kabat numbering.

28. A humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from human acceptor immunoglobulin heavy and light chain frameworks, which humanized immunoglobulin specifically binds to an antigen, wherein the sequence of the acceptor immunoglobulin heavy chain variable region framework is at least 70% identical to the sequence of the donor immunoglobulin heavy chain variable region framework, and the humanized immunoglobulin heavy chain variable region framework comprises at least 70 amino acids identical to

172

those in the acceptor human immunoglobulin heavy chain variable region framework, wherein percentage sequence identity is determined by aligning amino acids in said frameworks by Kabat numbering.

29. A humanized immunoglobulin having complementarity determining regions (CDRs) from a donor immunoglobulin and heavy and light chain variable region frameworks from human acceptor immunoglobulin heavy and light chain frameworks, which humanized immunoglobulin specifically binds to an antigen, wherein the sequence of the acceptor immunoglobulin heavy chain variable region framework is at least 65% identical to the sequence of the donor immunoglobulin heavy chain variable region framework, and the humanized immunoglobulin heavy chain variable region framework comprises at least 70 amino acids identical to those in the acceptor immunoglobulin heavy chain variable region framework, wherein percentage sequence identity is determined by aligning amino acids in said frameworks by Kabat numbering and wherein said humanized immunoglobulin comprises amino acids from the donor immunoglobulin heavy chain framework outside the Kabat CDRs that replace the corresponding amino acids in the acceptor immunoglobulin heavy chain framework, and each of these said donor amino acids:

(I) is adjacent to a CDR in the donor immunoglobulin sequence, or

(II) is capable of interacting with the CDRs.

30. A humanized immunoglobulin according to claim 29, wherein the sequence of the acceptor immunoglobulin heavy chain variable region framework is at least 70% identical to the sequence of the donor immunoglobulin heavy chain variable region framework, wherein percentage sequence identity is determined by aligning amino acids in said frameworks by Kabat numbering.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,180,370 B1                                   Page 1 of 1
DATED         : January 30, 2001
INVENTOR(S)   : Cary L. Queen and Harold E. Selick

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Title page,</u>
In the section titled "Related U.S. Application Data", delete the first
occurrence of "Continuation-in-part ", and insert therefor -- Continuation --.

Signed and Sealed this

Thirteenth Day of November, 2001

Attest:

*Nicholas P. Godici*

Attesting Officer

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,180,370 B1                                    Page 1 of 1
DATED         : January 30, 2001
INVENTOR(S)   : Cary L. Queen et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Item [63], **Related U.S. Application Data,**
"Continuation of application No. 07/634,278, filed on Dec. 19, 1990, now Pat. No. 5,530,101, which is a continuation-in-part of application No. 07/590,274, filed on Sep. 28, 1990, now abandoned, and which is a continuation-in-part of application. No. 07/310,252, filed on Feb. 13, 1989, now abandoned, which is a continuation-in-part of application No. 07/290,975, filed on Dec. 28, 1988, now abandoned."
should read
-- This is a continuation of application Ser. No. 07/634,278, filed Dec. 19, 1990, U.S. Pat. No. 5,530,101, which is a continuation-in-part application of commonly assigned patent application U.S. Ser. No. 07/590,274, filed Sep. 28, 1990 (now abandoned) and which is a continuation-in-part of U.S. Ser. No. 07/310,252, filed Feb. 13, 1989 (now abandoned), which is a continuation-in-part of U.S. Ser. No. 07/290,975, filed Dec. 28, 1988 (now abandoned). All of these applications are specifically incorporated herein by reference. --

Signed and Sealed this

Second Day of March, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
PDL BioPharma, Inc.
34801 Campus Drive
Fremont, CA 94555

## DEFENDANTS
Alexion Pharmaceuticals, Inc.
352 Knotter Drive
Cheshire, CT 06410

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _Contra Costa, CA_
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _New Haven, CT_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM ADDRESS AND TELEPHONE NUMBER)
Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1  U.S. Government
Plaintiff

☐ 2  U.S. Government
Defendant

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 4  Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT    (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgement<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R R & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☒ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br><br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl Ret Inc Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 USC 7609 | |
| | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | | | |

## V. ORIGIN    (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed From State Court
☐ 3 Remanded From Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred From another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgement

## VI. CAUSE OF ACTION    (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

35 U.S.C. § 271 patent infringement

## VII. REQUESTED IN COMPLAINT
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY    (See Instructions)

JUDGE _____    DOCKET NUMBER _____

DATE  3/16/07

SIGNATURE OF ATTORNEY OF RECORD
*Karen Jacobs Louden*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 0 7 - 1 5 6 _____



# ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____2_____ COPIES OF AO FORM 85.

MAR 1 6 2007
_____
(Date forms issued)

_C J Jarmie_____
(Signature of Party or their Representative)

_C J Jarmon_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action