# UNITED STATES DISTRICT COURT

District of __DELAWARE__

PDL BioPharma, Inc.

    Plaintiff,

v.

Alexion Pharmaceuticals, Inc.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-156

TO: Alexion Pharmaceuticals, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO      MAR 1 6 2007

CLERK      DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 23, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| AARON JOHNSTON | Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on Alexion Pharmaceuticals Inc. via their registered agent: Corporation Trust Company, 1209 Orange St. Wilmington, Delaware, 19801 on April 23, 2007 at 9:20 a.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 4-27-07
           Date           Signature of Server

Address of Server: c/o Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899-1347

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
745974.1