IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 07-156-*** |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, through their undersigned counsel and subject to the approval of the Court, that the time within which defendant Alexion Pharmaceuticals, Inc. may move, answer or otherwise respond to the complaint filed in the captioned matter is extended to and including June 4, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Jack B. Blumenfeld | _____ |
| Jack B. Blumenfeld, Esquire (#1014) | Josy W. Ingersoll (#1088) |
| Karen Jacobs Louden, Esquire (#2881) | Andrew A. Lundgren (#4429) |
| 1201 North Market Street | 1000 West Street, 17th Floor |
| P.O. Box 1347 | P.O. Box 391 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 571-6600 |
| jblumenfeld@mnat.com | jingersoll@ycst.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge