### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-156-*** |
| ALEXION PHARMACEUTICALS, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **8th** day of **June, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for Monday, June 25, 2007 at 10:30 a.m. with Magistrate Judge Thynge has been rescheduled to **Tuesday, August 7, 2007 at 10:30 a.m. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE