IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-156 (***) |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that on July 19, 2007, copies of *Disclosures Pursuant to Standard No. 2 of Default Standard for Discovery of Electronic Documents* were caused to be served upon counsel of record in the manner indicated:

### BY HAND

Josy W. Ingersoll
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY EMAIL

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022-4611

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Jack B. Blumenfeld (#1014)*
                              Jack B. Blumenfeld (#1014)
                              Karen Jacobs Louden (#2881)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE  19899-1347
                              (302) 658-9200
                              klouden@mnat.com

                               Attorneys for plaintiff PDL BioPharma, Inc.

OF COUNSEL:

Matthew D. Powers
Vernon M. Winters
John D. Beynon
Eric Xanthopoulos
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

July 19, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 19, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

    Josy W. Ingersoll

I also certify that copies were caused to be served on July 19, 2007, upon the following in the manner indicated:

**BY HAND**

    Josy W. Ingersoll
    Andrew A. Lundgren
    Young, Conaway, Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE  19801

**BY EMAIL**

    John M. Desmarais
    Gerald J. Flattmann, Jr.
    Christine Willgoos
    Gregory A. Morris
    Kirkland & Ellis
    153 East 53rd Street
    New York, NY  10022-4611

                                      */s/ Jack B. Blumenfeld (#1014)*
                                      Jack B. Blumenfeld (#1014)

972962