IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-156 (***) |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that on July 23, 2007, copies of *PDL Biopharma, Inc.'s First Requests for Production of Documents (Nos. 1-115) to Alexion Pharmaceuticals, Inc.* and *PDL Biopharma, Inc.'s First Set of Interrogatories (Nos. 1-3) to Alexion Pharmaceuticals, Inc.* were caused to be served upon counsel of record in the manner indicated:

### BY HAND

Josy W. Ingersoll
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY EMAIL

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022-4611

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    /s/ *James W. Parrett, Jr.*

                    _____
                    Jack B. Blumenfeld (#1014)
                    Karen Jacobs Louden (#2881)
                    James W. Parrett, Jr. (#4292)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899-1347
                    (302) 658-9200
                    jparrett@mnat.com

OF COUNSEL:                  *Attorneys for Plaintiff and Counter-*
                                          *DefendantPDL BioPharma, Inc.*

Matthew D. Powers
Vernon M. Winters
Eric P. Xanthopoulos
John D. Beynon
Eric Xanthopoulos
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

July 23, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 23, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor

I also certify that copies were caused to be served on July 23, 2007, upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY EMAIL

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022-4611

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

978977