IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALEXION PHARMACEUTICALS, INC.,<br><br>　　　　Defendant. | C.A. No. 07-CV-156 -*** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Alexion Pharmaceuticals, Inc., hereby certifies that copies of 1) Defendant Alexion Pharmaceuticals, Inc.'s First Set of Interrogatories, and 2) Defendant Alexion Pharmaceuticals, Inc.'s First Set of Requests for the Production of Documents and Things were caused to be served on July 23, 2007 on the following counsel of record in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

### BY E-MAIL

Matthew D. Powers, Esquire
Vernon M. Winters, Esquire
John D. Beynon, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on July 25, 2007 upon the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY E-MAIL**

Matthew D. Powers, Esquire
Vernon M. Winters, Esquire
John D. Beynon, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

DATED: July 25, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (I.D. #1088)
Andrew Lundgren (I.D. #4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801
Telephone: (302) 571-6600
alundgren@ycst.com

*Attorneys for Alexion Pharmaceuticals, Inc.*

*Of Counsel*:

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900