## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-156-*** |
| ALEXION PHARMACEUTICALS, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **21st** day of **August, 2007**.

Pursuant to the scheduling teleconference of August 7, 2007,

IT IS ORDERED that:

1. Briefing on the issue of bifurcation shall begin 30 days from the date of the teleconference with the page limitation as follows: 25 pages for the opening brief, 25 pages for the answering brief, and 15 pages for the reply brief.

2. Counsel are to email the Court on or before **August 30, 2007** to provide a brief update regarding the parties' negotiations.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE