# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

GEORGETOWN, DELAWARE
MIDDLETOWN, DELAWARE
NEW YORK, NEW YORK

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6672
DIRECT FAX: 302-576-3301
jingersoll@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK

ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
    (NJ & PA ONLY)
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

August 22, 2007

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, Delaware 19801

      Re:    *PDL Biopharma, Inc. v. Alexion Pharmaceuticals, Inc.*
            C.A. No. 07-156 (***)

Dear Magistrate Judge Thynge:

      I write on behalf of Alexion Pharmaceuticals, Inc. ("Alexion") in response to Mr. Blumenfeld's letter of August 21, 2007 (D.I. 26), bringing the recent decision by the Federal Circuit in the case of *In re Seagate Technology LLC* to Your Honor's attention.

      As referenced in that letter, Alexion will move for bifurcation and stay of discovery and trial on the issues of damages and willfulness prior to the September 6, 2007 deadline set during the Rule 16 teleconference. (D.I. 23). The *Seagate* decision overturned the duty of care standard for willfulness, and replaced it with an "objective recklessness" standard. The *Seagate* ruling makes a defendant's decision as to whether to rely on advice of counsel more difficult and complex. We believe, and will fully show in our motion papers, that after *Seagate*, a decision to bifurcate makes even more sense, in that it will promote efficiency, reduce jury confusion, and avoid prejudice to Alexion.

      Accordingly, Alexion requests that the Court consider Alexion's bifurcation motion prior to setting a date as to when Alexion must disclose whether or not it will rely on

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Mary Pat Thynge
August 22, 2007
Page 2

advice of counsel.  Should Alexion's motion be granted, the disputed timing of such disclosure will be moot.[1]

Respectfully submitted,

*[signature]*

Josy W. Ingersoll (No. 1088)

JWI:smf

cc:   Jack B. Blumenfeld, Esquire (via electronic filing)
      Gerald J. Flattmann, Jr., Esquire (via electronic filing)

---

[1] We also note that the date of February 15, 2008, proposed by the Plaintiff falls four and a half months prior to the cut-off for fact discovery and three and a half months prior to the suggested May 30, 2008, hearing on claim construction.  This is far earlier than that normally set in other patent cases in this District, which in our experience is usually no more than 4 to 6 weeks prior to the discovery cut-off. (This allows defendants to make a more fully informed decision as to whether to rely on advice of counsel, while at the same time giving plaintiffs adequate time to take discovery on that subject.)  If the Court chooses to set a date for disclosure of advice of counsel prior to considering Alexion's bifurcation motion, Alexion accordingly requests that such date be no earlier than 4 to 6 weeks prior to the cut-off.