IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-156 (***) |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that on August 22, 2007, copies of *PDL Biopharma, Inc.'s Objections and Responses to Alexion Pharmaceuticals, Inc.'s First Set of Interrogatories* and *PDL Biopharma, Inc.'s Objections and Responses to Alexion Pharmaceuticals, Inc.'s First Set of Requests for Production of Documents and Things* were caused to be served upon counsel of record in the manner indicated:

### BY HAND

Josy W. Ingersoll
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY EMAIL

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022-4611

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Jack B. Blumenfeld (#1014)*
                    Jack B. Blumenfeld (#1014)
                    Karen Jacobs Louden (#2881)
                    James W. Parrett, Jr. (#4292)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
                    jblumenfeld@mnat.com

OF COUNSEL:            *Attorneys for Plaintiff and Counter-*
                              *DefendantPDL BioPharma, Inc.*

Matthew D. Powers
Vernon M. Winters
Eric P. Xanthopoulos
John D. Beynon
Eric Xanthopoulos
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

August 22, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 22, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor

I also certify that copies were caused to be served on August 22, 2007, upon the following in the manner indicated:

### BY HAND

>Josy W. Ingersoll
>Andrew A. Lundgren
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

### BY EMAIL

>John M. Desmarais
>Gerald J. Flattmann, Jr.
>Christine Willgoos
>Gregory A. Morris
>Kirkland & Ellis
>153 East 53rd Street
>New York, NY  10022-4611

>*/s/ Jack B. Blumenfeld (#1014)*
>Jack B. Blumenfeld (#1014)

978977