IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEXION PHARMACEUTICALS, INC., )<br>)<br>Defendant. ) | C. A. No. 07-156 (***) |

## NOTICE OF SERVICE

I hereby certify that on August 28, 2007, copies of 1) PDL BioPharma, Inc.'s Objections and Responses to Alexion Pharmaceuticals, Inc.'s Second Set of Requests for Production of Documents and Things; and 2) PDL BioPharma, Inc's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were caused to be served upon counsel of record in the manner indicated:

**BY HAND AND EMAIL**

Josy W. Ingersoll
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY EMAIL**

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022-4611

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Karen Jacobs Louden (#2881)*
                                              Jack B. Blumenfeld (#1014)
                                              Karen Jacobs Louden (#2881)
                                              1201 N. Market Street
                                              P.O. Box 1347
                                              Wilmington, DE  19899-1347
                                              (302) 658-9200
                                              klouden@mnat.com

                                              *Attorneys for Plaintiff and Counter-Defendant*
OF COUNSEL:                           *PDL BioPharma, Inc.*

Matthew D. Powers
Vernon M. Winters
Eric P. Xanthopoulos
John D. Beynon
Eric Xanthopoulos
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

August 28, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 28, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor

I also certify that copies were caused to be served on August 28, 2007, upon the following in the manner indicated:

### BY HAND AND EMAIL

Josy W. Ingersoll
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY EMAIL

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022-4611

> /s/ Karen Jacobs Louden (#2881)
> Karen Jacobs Louden (#2881)

978977