IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC. <br><br> Plaintiff, <br><br> v. <br><br> ALEXION PHARMACEUTICALS, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 07-CV-156-*** <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S MOTION TO BIFURCATE AND STAY DISCOVERY AND TRIAL OF DAMAGES AND WILLFULNESS ISSUES

Pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, Defendant Alexion Pharmaceuticals, Inc. hereby respectfully moves the Court for an Order bifurcating and staying discovery and trial on damages issues, including enhanced damages, pending resolution of the underlying liability issues.

The grounds for this motion are fully set forth in Defendant's Opening Brief in Support of its Motion to Bifurcate and Stay Discovery and Trial of Damages and Willfulness Issues which is filed and served contemporaneously herewith.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and enter the Order attached hereto bifurcating and staying discovery and trial on damages issues, including enhanced damages, pending resolution of the underlying liability issues.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
alundgren@ycst.com

*Attorneys for Defendant*

*Of Counsel:*

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY  1002
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900


Dated:  September 6, 2007

2

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on September 6, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Karen Jacobs Louden, Esquire
>Morris Nichols Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347

I further certify that on September 6, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

>**BY E-MAIL**
>
>Matthew D. Powers, Esquire
>Vernon M. Winters, Esquire
>John D. Beynon, Esquire
>Weil, Gotshal & Manges LLP
>201 Redwood Shores Parkway
>Redwood Shores, CA 94065

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Andrew A. Lundgren
>
>Josy W. Ingersoll (No. 1088)
>Andrew A. Lundgren (No. 4429)
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>alundgren@ycst.com
>
>*Attorneys for Defendant.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC. <br><br> Plaintiff, <br><br> v. <br><br> ALEXION PHARMACEUTICALS, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 07-CV-156-*** <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO BIFURCATE AND STAY DISCOVERY AND TRIAL OF DAMAGES AND WILLFULNESS ISSUES**

At Wilmington this ____ day of _____, 2007, upon consideration of Defendant's Motion to Bifurcate and Stay Discovery and Trial of Damages and Willfulness Issues, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

_____
United States Magistrate Judge