## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-156-*** |
| | : | |
| ALEXION PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **3rd** day of **October, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, October 12, 2007 at 10:00 a.m. Eastern Time** with Judge Thynge to discuss court-assisted mediation. **Karen Jacobs Louden, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE