IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-156 (***) |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF ADDENDUM TO STIPULATED
CONFIDENTIALITY PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff PDL Biopharma, Inc. ("PDL") and Defendant Alexion Pharmaceuticals, Inc. ("Alexion") jointly move this Court for entry of an Addendum to the Stipulated Confidentiality Protective Order entered by the Court on September 5, 2007. (D.I. #31)  The Addendum is attached as Exhibit A.

In particular, the parties wish to clarify and, to the extent necessary, amend the Stipulated Confidentiality Protective Order to allow Lonza Biologics, Inc. ("Lonza") to designate its most confidential information in the same manner as specified for documents to be designated "OUTSIDE ATTORNEYS AND CONSULTANTS ONLY" by PDL and Alexion, under paragraph 3.2 of the Stipulated Confidentiality Protective Order.

The Court is authorized by Rule 26(c)(7) to designate the manner in which "trade secrets or other confidential research, development, or commercial information" may be revealed.  To facilitate the discovery of information from Lonza, Plaintiff and Defendant respectfully move the Court to enter the proposed Addendum.

Dated: December 5, 2007

| | |
|---|---|
| Morris, Nichols, Arsht & Tunnell LLP | Young, Conaway, Stargatt & Taylor, LLP |
| /s/ *Karen Jacobs Louden (#2881)* | /s/ *Andrew A. Lundgren (#4429)* |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Karen Jacobs Louden (#2881) | Andrew A. Lundgren (#4429) |
| 1201 N. Market Street | The Brandywine Building |
| P.O. Box 1347 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899-1347 | P.O. Box 391 |
| 302-658-9200 | Wilmington, DE 19899 |
| klouden@mnat.com | 302-571-6600 |
| *Attorneys for Plaintiff and Counter-Defendant PDL BioPharma, Inc.* | alundgren@ycst.com |
| | *Attorneys for Defendant and Counter-Claimant Alexion Pharmaceuticals, Inc.* |

OF COUNSEL:

Weil, Gotshal & Manges LLP
Matthew D. Powers
Vernon Winters
Eric Xanthopoulos
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065
650-802-3000
eric.xanthopoulos@weil.com
  *Attorneys for Plaintiff and
  Counter- Defendant
  PDL BioPharma, Inc.*

OF COUNSEL:

Kirkland & Ellis, LLP
John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Citigroup Center
153 East 53rd Street
New York, New York 10022-4811
212-446-4800
cwillgoos@kirkland.com
  *Attorneys for Defendant and
  Counter-Claimant
  Alexion Pharmaceuticals, Inc.*

# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vi. | ) | C. A. No. 07-156 (***) |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ADDENDUM TO STIPULATED CONFIDENTIALITY PROTECTIVE ORDER

Upon the motion of all parties pursuant to Rule 26(c) of the Federal Rules of Civil Procedure it is hereby ORDERED that:

1. Paragraph 3.2 of the Stipulated Confidentiality Protective Order entered into on September 5, 2007, shall be amended by inserting after "[i]nformation appropriate for designation as OUTSIDE ATTORNEYS AND CONSULTANTS ONLY presumptively include:"

- internal Lonza Biologics, Inc. ("Lonza") documents that have not been exchanged with PDL or Alexion, except under written confidentiality obligations that still apply to the materials;

2. The term "parties," "PDL," "Alexion," or "Designating Party," included in the Stipulated Confidentiality Protective Order entered into on September 5, 2007, shall equally apply to Lonza so that the terms of the protective order apply to all Lonza documents produced under this protective order.

SO ORDERED this _____ day of December, 2007.

_____
The Honorable Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE