IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC. | ) |
| Plaintiff, | ) ) ) |
| vi. | ) C. A. No. 07-156 (***) |
| ALEXION PHARMACEUTICALS, INC., | ) ) ) |
| Defendant. | ) |

### ADDENDUM TO STIPULATED CONFIDENTIALITY PROTECTIVE ORDER

Upon the motion of all parties pursuant to Rule 26(c) of the Federal Rules of Civil Procedure it is hereby ORDERED that:

1. Paragraph 3.2 of the Stipulated Confidentiality Protective Order entered into on September 5, 2007, shall be amended by inserting after "[i]nformation appropriate for designation as OUTSIDE ATTORNEYS AND CONSULTANTS ONLY presumptively include:"

- internal Lonza Biologics, Inc. ("Lonza") documents that have not been exchanged with PDL or Alexion, except under written confidentiality obligations that still apply to the materials;

2. The term "parties," "PDL," "Alexion," or "Designating Party," included in the Stipulated Confidentiality Protective Order entered into on September 5, 2007, shall equally apply to Lonza so that the terms of the protective order apply to all Lonza documents produced under this protective order.

SO ORDERED this ____ day of December, 2007.

_____
The Honorable Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE