IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 07-156-JJF |
| ) | |
| ALEXION PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I hereby certify that on February 1, 2008, copies of *PDL BioPharma, Inc.'s Supplemental Objection and Response to Alexion Pharmaceuticals, Inc.'s Interrogatory No. 1* were caused to be served upon counsel of record in the manner indicated:

**BY HAND AND EMAIL**

Josy W. Ingersoll
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY EMAIL**

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022-4611

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          /s/ Jack B. Blumenfeld
          _____
          Jack B. Blumenfeld (#1014)
          Karen Jacobs Louden (#2881)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE 19899-1347
          (302) 658-9200
          jblumenfeld@mnat.com

OF COUNSEL:

          *Attorneys for Plaintiff and Counter-Defendant PDL BioPharma, Inc.*

Matthew D. Powers
Vernon M. Winters
Eric P. Xanthopoulos
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Dated: February 1, 2008
978977

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 1, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor

I also certify that copies were caused to be served on February 1, 2008, upon the following in the manner indicated:

### BY HAND AND EMAIL

Josy W. Ingersoll
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY EMAIL

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022-4611

_____
Jack B. Blumenfeld (#1014)