# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ANDREW A. LUNDGREN
DIRECT DIAL:  302-571-6743
DIRECT FAX:    302-576-3517
alundgren@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

February 4, 2008

**BY E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, Delaware 19801

> Re:  *PDL BioPharma Inc. v. Alexion Pharmaceuticals Inc.*,
>      C.A. No. 07-156-JJF

Dear Judge Farnan:

On behalf of both parties to the captioned matter, please find enclosed for the Court's consideration three Joint and Unopposed Motions for Issuance of a Letter of Request for International Judicial Assistance pursuant to the Hague Evidence Convention. The parties respectfully request that, upon review of the motions, the Court issue the Letter of Request attached to each motion.

The parties are available at the convenience of the Court should Your Honor have any questions or concerns.

Respectfully submitted,

Andrew A. Lundgren (No. 4429)

AAL

cc:    Karen Jacobs Louden, Esquire (by electronic filing)

DB02:6551843.1

066185.1001