IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-156-JJF |
| ) | |
| ALEXION PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER**
**AMENDING SCHEDULING ORDER**

WHEREAS, Magistrate Judge Thynge entered a Scheduling Order on August 21, 2007 (D.I. 24), that provided certain dates for the exchange of lists of claim terms and phrases and the submission of a joint claim construction chart;

WHEREAS, the parties have conferred and agree that a brief extension of these dates is warranted;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, subject to the approval of the Court, that Paragraph 11 of the Scheduling Order (D.I. 24), entitled "Claim Construction Issue Identification," shall be amended as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Exchange of list of claim term(s)/phrase(s) and proposed claim construction of same | February 15, 2008 | February 27, 2008 |
| Submission of Joint Claim Construction Chart | March 7, 2008 | March 27, 2008 |

All other dates in the Scheduling Order (D.I. 24) shall remain in full force and effect.

| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Karen Jacobs Louden* | *[signature]* |
| Jack B. Blumenfeld, Esquire (No. 1014) | Josy W. Ingersoll (No. 1088) |
| Karen Jacobs Louden, Esquire (No. 2881) | John W. Shaw (No. 3362) |
| 1201 North Market Street | Andrew A. Lundgren (No. 4429) |
| P.O. Box 1347 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899-1347 | P.O. Box 391 |
| (302) 658-9200 | Wilmington, DE 19899 |
| klouden@mnat.com | (302) 571-6600 |
| | alundgren@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: February 15, 2008 | |

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE