IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 07-156 (JJF) |
| | ) |
| ALEXION PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I hereby certify that on February 21, 2008, copies of *PDL BioPharma, Inc.'s Second Supplemental Objection and Response to Alexion Pharmaceuticals, Inc.'s Interrogatory No. 1* were caused to be served upon counsel of record in the manner indicated:

**BY HAND AND EMAIL**

Josy W. Ingersoll
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY EMAIL**

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022-4611

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Karen Jacobs Louden* |
|  | Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>klouden@mnat.com<br>*Attorneys for Plaintiff and Counter-*<br>*DefendantPDL BioPharma, Inc.* |

OF COUNSEL:

Matthew D. Powers
Vernon M. Winters
Eric P. Xanthopoulos
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

February 21, 2008
978977

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor

I also certify that copies were caused to be served on February 21, 2008, upon the following in the manner indicated:

>**BY HAND AND EMAIL**
>
>Josy W. Ingersoll
>Andrew A. Lundgren
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801
>
>**BY EMAIL**
>
>John M. Desmarais
>Gerald J. Flattmann, Jr.
>Christine Willgoos
>Gregory A. Morris
>Kirkland & Ellis
>153 East 53rd Street
>New York, NY  10022-4611

*/s/ Karen Jacobs Louden*

klouden@mnat.com