## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-156-JJF |
| ALEXION PHARMACEUTICALS, INC., | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **5**th day of **March, 2008**.

IT IS ORDERED that the status teleconference scheduled for Friday, April 18, 2008 at 5:00 p.m. with Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE