IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEXION PHARMACEUTICALS, INC., )<br>)<br>Defendant. ) | C. A. No. 07-156 (JJF) |

## NOTICE OF SERVICE

I hereby certify that on March 10, 2008, copies of *PDL's Third Supplemental Objection And Response To Alexion's Interrogatory No. 1* were caused to be served upon counsel of record in the manner indicated:

### BY HAND AND EMAIL

Josy W. Ingersoll
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY EMAIL

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022-4611

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Karen Jacobs Louden*

---

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
*Attorneys for Plaintiff and Counter-Defendant PDL BioPharma, Inc.*

OF COUNSEL:

Matthew D. Powers
Vernon M. Winters
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Jennifer H. Wu
Rebecca Fett
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

March 10, 2008
978977

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor

I also certify that copies were caused to be served on March 10, 2008, upon the following in the manner indicated:

### BY HAND AND EMAIL

> Josy W. Ingersoll
> Andrew A. Lundgren
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

### BY EMAIL

> John M. Desmarais
> Gerald J. Flattmann, Jr.
> Christine Willgoos
> Gregory A. Morris
> Kirkland & Ellis
> 153 East 53rd Street
> New York, NY 10022-4611

klouden@mnat.com