IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-156 (JJF) |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PDL'S MOTION TO COMPEL
DISCOVERY FROM ALEXION**

Plaintiff PDL Biopharma, Inc. ("PDL") hereby moves for an Order compelling Alexion Pharmaceuticals, Inc. to produce all documents responsive to PDL's Request For Production Nos. 2, 4, 7, 10, 11, 14-17, 19-30, 32-36, 41-44, 60, 65-80, 91-93, 95-101, 111-115. The grounds for this motion are set forth in PDL's opening brief and accompanying declaration filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
*Attorneys for Plaintiff and Counter-
DefendantPDL BioPharma, Inc.*

OF COUNSEL:

Matthew D. Powers
Vernon M. Winters
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Jennifer H. Wu
Rebecca Fett
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

March 10, 2008

1860382

**CERTIFICATE PURSUANT TO D. DEL. LR 7.1.1**

Pursuant to D. Del. LR 7.1.1, this is to certify that counsel for plaintiff PDL Biopharma, Inc. has discussed the subject matter of this motion with counsel for Alexion Pharmaceuticals, Inc. and they have not been able to reach agreement on the matters therein.

*/s/ Karen Jacobs Louden (#2881)*
Karen Jacobs Louden (#2881)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor

I also certify that copies were caused to be served on March 10, 2008, upon the following in the manner indicated:

>**BY HAND AND EMAIL**
>
>Josy W. Ingersoll
>Andrew A. Lundgren
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801
>
>**BY EMAIL**
>
>John M. Desmarais
>Gerald J. Flattmann, Jr.
>Christine Willgoos
>Gregory A. Morris
>Kirkland & Ellis
>153 East 53rd Street
>New York, NY  10022-4611

*/s/ Karen Jacobs Louden (#2881)*

klouden@mnat.com