IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-156 (JJF) |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiff PDL Biopharma, Inc. requests that its Motion To Compel Discovery from Alexion be heard on April 11, 2008 at 10:00 a.m.

                                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                         */s/ Karen Jacobs Louden*

                                         Jack B. Blumenfeld (#1014)
                                         Karen Jacobs Louden (#2881)
                                         1201 N. Market Street
                                         P.O. Box 1347
                                         Wilmington, DE 19899-1347
                                         (302) 658-9200
                                         klouden@mnat.com
                                         *Attorneys for Plaintiff and Counter-*
                                         *DefendantPDL BioPharma, Inc.*

OF COUNSEL:

Matthew D. Powers
Vernon M. Winters
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Jennifer H. Wu
Rebecca Fett
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

March 10, 2008

1860506

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor

I also certify that copies were caused to be served on March 10, 2008, upon the following in the manner indicated:

>**BY HAND AND EMAIL**
>
>Josy W. Ingersoll
>Andrew A. Lundgren
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>
>**BY EMAIL**
>
>John M. Desmarais
>Gerald J. Flattmann, Jr.
>Christine Willgoos
>Gregory A. Morris
>Kirkland & Ellis
>153 East 53rd Street
>New York, NY 10022-4611

*/s/ Karen Jacobs Louden*

klouden@mnat.com