IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC., | ) | |
|             Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 07-156 (JJF) |
| ALEXION PHARMACEUTICALS, INC., | ) ) ) | |
|             Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that on March 24, 2008, copies of *PDL's Fourth Set of Requests for Production of Documents to Alexion (Nos. 180-189)* were caused to be served upon counsel of record in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY**

Josy W. Ingersoll
Andrew A. Lundgren
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY 10022-4611

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for PDL BioPharma, Inc.*

*Of Counsel*:

Matthew D. Powers
Vernon M. Winters
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Jennifer H. Wu
Rebecca Fett
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

March 24, 2008
978977

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 24 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

I also certify that copies were caused to be served on March 24, 2008, upon the following in the manner indicated:

### BY ELECTRONIC MAIL and HAND DELIVERY

Josy W. Ingersoll
Andrew A. Lundgren
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY ELECTRONIC MAIL

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY 10022-4611

Jack B. Blumenfeld (#1014)