# YOUNG CONAWAY STARGATT & TAYLOR, LLP

DIRECT DIAL: 302-571-6743
DIRECT FAX: 302-576-3517
alundgren@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

March 27, 2008

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street, Room 4124
Wilmington, Delaware 19801

      Re:   *PDL Biopharma Inc. v. Alexion Pharmaceuticals Inc.*, C.A. No. 07-156-JJF

Dear Judge Farnan:

      I write on behalf of both parties in the captioned matter to submit a proposed Scheduling Order for the Court's consideration. After the captioned matter was assigned from the vacant judgeship to Your Honor, the parties conferred and agreed to submit a revised scheduling order that tracks the Court's form of order. The enclosed Scheduling Order would therefore supersede the Order entered by Magistrate Judge Thynge (D.I. 24). The enclosed Order also would extend several of the dates in the original Scheduling Order. Specifically, the dates concerning fact discovery, case dispositive motions, and claim construction would be extended by approximately three months.

      Should Your Honor have any questions or concerns about any of the above, counsel are available at the Court's convenience.

                                    Respectfully submitted,

                                      Andrew A. Lundgren (No. 4429)

AAL
Enclosure

cc:   Jack B. Blumenfeld, Esquire (by E-File)