IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-156 (JJF) |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | **REDACTED -** |
| | ) | **PUBLIC VERSION** |
| Defendant. | ) | |

**JENNIFER H. WU'S DECLARATION IN SUPPORT OF PDL'S REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO COMPEL DISCOVERY FROM ALEXION**

                                                                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                                                       Jack B. Blumenfeld (#1014)
                                                                       Karen Jacobs Louden (#2881)
                                                                       1201 N. Market Street
                                                                       P.O. Box 1347
                                                                       Wilmington, DE  19899-1347
                                                                       (302) 658-9200
                                                                       klouden@mnat.com

OF COUNSEL:                              Attorneys for plaintiff PDL BioPharma, Inc.

Matthew D. Powers
Vernon M. Winters
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Jennifer H. Wu
Rebecca E. Fett
WEIL, GOTSHAL & MANGES LLP
New York Office
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

April 3, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXION PHARMACEUTICALS, INC., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 07-156 (JFF) <br><br> REDACTED – <br> PUBLIC VERSION |

### JENNIFER H. WU'S DECLARATION IN SUPPORT OF PDL'S REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO COMPEL DISCOVERY FROM ALEXION

1. I am an associate at Weil, Gotshal & Manges, LLP, counsel for plaintiff PDL BioPharma, Inc. I submit this Declaration in support of PDL's Reply Brief in Further Support of its Motion to Compel Discovery from Alexion.

2. Attached as Exhibit 1 is a true and correct copy of a letter from C. Willgoos of Kirkland & Ellis LLP to E. Xanthopoulos of Weil, Gotshal & Manges LLP dated September 18, 2007.

3. Attached as Exhibit 2 is a true and correct copy of a letter from E. Xanthopoulos of Weil, Gotshal & Manges LLP to C. Willgoos of Kirkland & Ellis LLP dated January 22, 2008.

4. Attached as Exhibit 3 is a true and correct copy of a letter from C. Willgoos of Kirkland & Ellis LLP to E. Xanthopoulos of Weil, Gotshal & Manges LLP dated January 23, 2008.

5. Attached as Exhibit 4 is a true and correct copy of Alexion Pharmaceutical's General Technical Report dated April 27, 2005, produced by Alexion as part of their Biologics License Application and marked confidential for "Outside Attorneys Only" bearing the production numbers ALXN10164-10192.

I declare under penalty of perjury that the foregoing is true and correct.

WEIL, GOTSHAL & MANGES LLP

*[signature]*

Jennifer H. Wu

April 3, 2008

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Josy W. Ingersoll

I also certify that copies were caused to be served on April 3, 2008, upon the following in the manner indicated:

### BY HAND AND EMAIL

Josy W. Ingersoll
Andrew A. Lundgren
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Flr.
Wilmington, DE 19801

### BY EMAIL

Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY 10022-4611

/s/ Karen Jacobs Louden
_____
Karen Jacobs Louden

# Exhibit 1

Case 1:07-cv-00156-JJF   Document 82-2   Filed 04/03/2008   Page 1 of 9

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

(212) 446-4800

www.kirkland.com

**Christine Willgoos**
To Call Writer Directly:
212 446-4964
cwillgoos@kirkland.com

Facsimile:
(212) 446-4900

September 18, 2007

**VIA E-MAIL**
Eric Xanthopoulos
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Re: *PDL Biopharma, Inc. v. Alexion Pharmaceuticals, Inc.*

Dear Eric:

I write in response to your September 14, 2007 letter regarding e-discovery.

Alexion is amenable to exchanging search words and phrases on September 28, 2007 with a meet and confer regarding the parties' respective lists prior to October 12, 2007. Given Alexion's pending motion for bifurcation, we believe that it is inappropriate at this time to exchange search terms and phrases that are solely directed to issues of damages, willfulness or exceptional case. We will not exchange any such terms, nor will we search our documents for any such terms indicated by PDL, until the appropriate time for damages discovery as indicated by the Court after deciding Alexion's bifurcation motion.

Alexion does not agree to permit an additional list of search terms as a matter of right. Instead, Alexion proposes that, should a request for additional searching arise, the parties meet and confer in good faith to determine the need for such searching. In the event the parties cannot agree, the party seeking additional discovery will have the burden of moving the Court and showing good cause why the additional discovery is necessary.

Assuming the parties can agree on the relevant aspects of electronic discovery, Alexion is amenable waiving the statement of compliance of the Default Standard For Discovery Of Electronic Documents.

Sincerely,

*Christine Willgoos*

Christine Willgoos

CW/lesr

Chicago     Hong Kong     London     Los Angeles     Munich     San Francisco     Washington, D.C.

**Exhibit 2**

Case 1:07-cv-00156-JJF   Document 82-2   Filed 04/03/2008   Page 3 of 9

# WEIL, GOTSHAL & MANGES LLP

SILICON VALLEY OFFICE
201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CALIFORNIA 94065

(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BOSTON
BUDAPEST
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE
650-802-3174
eric.xanthopoulos@weil.com

January 22, 2008

**VIA EMAIL**

Christine Willgoos, Esq.
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022-4611
*CWillgoos@kirkland.com*

Re:   PDL BioPharma, Inc. v. Alexion Pharmaceuticals, Inc.
      D. Del. Case No. 07-156

Dear Christine:

      We write further to your January 16, 2008 letter regarding the exchange of E-Discovery search terms. PDL agrees to a preliminary exchange of search terms on Wednesday, January 23, 2008, with a subsequent meet-and-confer to discuss appropriate modifications to the initial list of exchanged terms. Of course, as explained in PDL's opposition to Alexion's bifurcation motion [D.I. #35] and September 27 letter, there is substantial, unparseable overlap between liability and damages, willfulness, and exceptional case issues. In addition, Alexion has no basis to withhold discovery based simply on the fact that Alexion's motion to bifurcate is pending. Accordingly, the

(#287313)

WEIL, GOTSHAL & MANGES LLP

Christine Willgoos, Esq.
January 22, 2008
Page 2

parties' respective lists will include terms related to liability, damages, willfulness, and exceptional case issues.

Best regards,

*[signature]*

Eric P. Xanthopoulos

cc: Josy Ingersoll, Esq. (via email) (*JIngersoll@ycst.com*)
Karen Jacobs Louden, Esq. (via email) (*KLouden@MNAT.com*)
Wendy Adams (via email) (*WAdams@kirkland.com*)

(#287313)

**Exhibit 3**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

(212) 446-4800

www.kirkland.com

Christine Willgoos
To Call Writer Directly:
212 446-4964
cwillgoos@kirkland.com

Facsimile:
(212) 446-4900

January 23, 2008

**VIA E-MAIL**

Eric Xanthopoulos
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Re: *PDL Biopharma, Inc. v. Alexion Pharmaceuticals, Inc.*

Dear Eric:

I write in response to your January 22, 2008 letter, received after the close of business, regarding the parties' exchange of search terms for electronic discovery.

As set forth in my January 16, 2008 letter, Alexion believes that, until the Court decides Alexion's pending bifurcation motion, it is inappropriate and impractical for the parties to conduct discovery regarding damages issues, including willfulness and exceptional case issues. I understand that PDL disagrees. However, PDL has no basis for withholding discovery that both parties *agree* is necessary and appropriate at this time, *i.e.*, related to liability issues.

Given that you responded to my January 16, 2007 letter only last night, and have not agreed to the exchange as it was proposed, it is unrealistic for the parties to exchange search terms today. Instead, please advise immediately whether PDL will agree to limit electronic discovery to liability issues at this time, or whether PDL refuses to exchange search terms and produce electronic documents until the Court decides the bifurcation motion.

I look forward to your response and hope that we will be able to exchange search terms regarding liability issues soon.

Sincerely,

*Christine Willgoos*

Christine Willgoos

Chicago    Hong Kong    London    Los Angeles    Munich    San Francisco    Washington, D.C.

# Exhibit 4

REDACTED