IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC.,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>ALEXION PHARMACEUTICALS, INC.,  )<br>)<br>Defendant.  )<br>) | C.A. No. 07-156-JJF |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the date by which the parties shall submit a form of order (or letter, if the parties cannot agree), as directed at the hearing on April 11, 2008, shall be extended from April 14, 2008, to April 16, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld, Esquire (No. 1014)
Karen Jacobs Louden, Esquire (No. 2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com

*Attorneys for Plaintiff*

Dated: April 14, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
(302) 571-6600
alundgren@ycst.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge