IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEXION PHARMACEUTICALS, INC., )<br>)<br>Defendant. ) | C.A. No. 07-156 (JJF) |

## STIPULATION AND ORDER

The Court having considered PDL's Motion To Compel Discovery From Alexion (D.I. 63), and the Court having directed the parties at the April 11, 2008 motion hearing to submit a form of Order with agreed upon dates for the completion of document production (D.I. 86, Tr. 8),

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. <u>Paper Discovery</u>. The parties shall complete production of paper documents by May 16, 2008, with the exception of documents requiring the consent of third parties prior to disclosure (including license agreements), documents created after the commencement of this litigation, and documents relating solely to the issue of willfulness. On May 23, 2008, the parties shall exchange general lists of paper documents that have not yet been produced.

2. <u>Electronic Discovery</u>. The parties shall commence production of electronic documents by June 2, 2008, with the exception of documents relating solely to the issue of willfulness.

3. <u>No waiver.</u> The parties agree that this stipulation relates only to the dates of production, and does not constitute waiver of any objections set forth in each party's responses to the other party's document requests to the extent not overruled by the Court at the April 11, 2008 motion hearing.

4. <u>Willfulness Discovery</u>. The parties were unable to agree to dates for document production relating solely to the issue of willfulness. The parties shall separately submit a letter to the Court with their respective proposals no later than April 18, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Karen Jacobs Louden* | */s/ Andrew A. Lundgren* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com | Josy W. Ingersoll (#1088)<br>Andrew A. Lundgren (#4429)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>jingersoll@ycst.com<br>alundgren@ycst.com |
| *Attorneys for PDL BioPharma, Inc.* | *Attorneys for Alexion Pharmaceuticals, Inc.* |

SO ORDERED this _____ day of April, 2008.

Farnan, J.

2297079