```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
```

PDL BIOPHARMA INC.,                :
                                   :
        Plaintiff,                 :
                                   :
v.                                 :  Civil Action No. 07-156-JJF
                                   :
ALEXION PHARMACEUTICALS INC.,      :
                                   :
        Defendant.                 :

## O R D E R

WHEREAS, as discussed during the April 11, 2008 motion day hearing, parties have submitted their proposals for completion of discovery related to willfulness;

WHEREAS, the Court has considered the parties proposals;

NOW THEREFORE, IT IS HEREBY ORDERED that discovery on the issue of willfulness shall be completed by **August 1, 2008**.

April 24, 2008                          *[signature: Joseph J. Farnan Jr.]*
     DATE                               UNITED STATES DISTRICT JUDGE