IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-156-JJF |
| ) | |
| ALEXION PHARMACEUTICALS, INC. ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S RENEWED MOTION TO BIFURCATE AND STAY TRIAL OF DAMAGES AND WILLFULNESS ISSUES

Defendant Alexion Pharmaceuticals, Inc. ("Alexion") hereby respectfully moves the Court for an Order bifurcating and staying trial of all damages issues until resolution of the underlying liability issues in this action.

The bases for this motion are more fully set forth in the accompanying brief. In summary form, district courts—including this Court—commonly bifurcate and stay damages issues in patent cases to promote efficiency and expedite the litigation process. The requested bifurcation and stay would simplify and streamline trial for both the Court and the parties, while avoiding possible juror confusion and prejudice to the parties.

WHEREFORE, Plaintiffs respectfully request that the Court, pursuant to its inherent power, Fed. R. Civ. P. 42(b) and 28 U.S.C. § 1292(c)(2), grant this motion and enter an Order bifurcating and staying trial of all damages issues pending resolution of the underlying liability issues.

                              YOUNG CONAWAY STARGATT & TAYLOR LLP

                              /s/ Andrew A. Lundgren

                              Josy W. Ingersoll (No. 1088)
                              jingersoll@ycst.com
                              John W. Shaw (No. 3362)
                              jshaw@ycst.com
                              Andrew A. Lundgren (No. 4429)
                              The Brandywine Building
                              1000 West St., 17th Floor
                              Wilmington, Delaware 19899-0391
                              302-571-6600

OF COUNSEL:

*Attorneys for Defendant Alexion Pharmaceuticals, Inc.*

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Dated: May 6, 2008

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on May 6, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Karen Jacobs Louden, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

I further certify that on May 6, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL**
>
> Matthew D. Powers, Esquire
> Vernon M. Winters, Esquire
> John D. Beynon, Esquire
> Weil, Gotshal & Manges LLP
> 201 Redwood Shores Parkway
> Redwood Shores, CA 94065

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren

Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
alundgren@ycst.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-156-JJF |
| | ) | |
| ALEXION PHARMACEUTICALS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S RENEWED MOTION TO**
**<u>BIFURCATE AND STAY TRIAL OF DAMAGES AND WILLFULNESS ISSUES</u>**

At Wilmington this ___ day of _____, 2008, upon consideration of

Defendant's Renewed Motion To Bifurcate and Stay Trial of Damages and Willfulness Issues, IT

IS HEREBY ORDERED that Defendant's Motion is Granted.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-156-JJF |
| | ) | |
| ALEXION PHARMACEUTICALS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:

Jack Blumenfeld  
Karen Jacobs Louden  
Morris, Nichols, Arsht & Tunnell  
1021 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899-1347  

Tel: 302-658-9200  
Fax: 302-658-3989  
Email: jblumenfeld@mnat.com  
Email: klouden@mnat.com  

Matthew Powers  
Vernon Winters  
Weil Gotshal & Manges LLP  
Silicon Valley Office  
201 Redwood Shores Parkway  
Redwood Shores, CA 94065  

Tel: 650-802-3000  
Fax: 650-802-3100  
Email: matthew.powers@weil.com  
Email: vern.winters@weil.com  

PLEASE TAKE NOTICE that Defendant Alexion Pharmaceuticals, Inc. will present its Renewed Motion to Bifurcate and Stay Trial of Damages and Willfulness Issues on Friday, June 6, 2008 at 10:00 AM. Alexion states that it will file its reply brief for this motion, if any, by

May 30, 2008, in compliance with the Court's standing order on non-dispositive motions.

                              YOUNG CONAWAY STARGATT & TAYLOR LLP

                              /s/ Andrew A. Lundgren
                              _____
                              Josy W. Ingersoll (No. 1088)
                              jingersoll@ycst.com
                              John W. Shaw (No. 3362)
                              jshaw@ycst.com
                              Andrew A. Lundgren (No. 4429)
                              The Brandywine Building
                              1000 West St., 17th Floor
                              Wilmington, Delaware 19899-0391
                              302-571-6600

OF COUNSEL:                     *Attorneys for Defendant Alexion Pharmaceuticals, Inc.*

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Dated: May 6, 2008