IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-156-JJF |
| ) | |
| ALEXION PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned counsel for the parties exchanged, pursuant to Paragraph 6 of the Amended Scheduling Order (D.I. 76), their respective claim construction contentions on May 7, 2008.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Karen Jacobs Louden | [signature] |
| Jack B. Blumenfeld, Esquire (No. 1014) | Josy W. Ingersoll (No. 1088) |
| Karen Jacobs Louden, Esquire (No. 2881) | Andrew A. Lundgren (No. 4429) |
| 1201 North Market Street | 1000 West Street, 17th Floor |
| P.O. Box 1347 | P.O. Box 391 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 571-6600 |
| klouden@mnat.com | alundgren@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: May 8, 2008