IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-156 (JJF) |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### JENNIFER H. WU'S DECLARATION IN SUPPORT OF
### PDL'S OPENING CLAIM CONSTRUCTION BRIEF

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com

*Attorneys for Plaintiff PDL BioPharma, Inc.*

*Of Counsel:*

Matthew D. Powers
Vernon M. Winters
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Jennifer H. Wu
Rebecca E. Fett
Weil, Gotshal & Manges LLP
New York Office
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

May 14, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEXION PHARMACEUTICALS, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 07-156 (JJF) |

I, Jennifer H. Wu, declare:

      1.      I am an associate at Weil, Gotshal & Manges LLP, counsel for plaintiff PDL BioPharma, Inc. I submit this Declaration in support of PDL's Opening Claim Construction Brief.

      2.      Attached as Exhibit 1 is a true and correct copy of a letter from Vernon M. Winters, a partner at Weil, Gotshal & Manges LLP, to Gerald Flattmann of Kirkland & Ellis LLP, counsel of record for defendant Alexion Pharmaceuticals, Inc., dated February 27, 2008.

      3.      Attached as Exhibit 2 is a true and correct copy of a letter from Christine Willgoos of Kirkland & Ellis LLP to Eric Xanthopoulos, formerly a lawyer at Weil, Gotshal & Manges LLP, dated February 27, 2008.

      4.      Attached as Exhibit 3 is a true and correct copy of an e-mail from Christine Willgoos of Kirkland & Ellis LLP to me dated May 5, 2008.

      I declare under penalty of perjury that the foregoing is true and correct.
Executed on May 14, 2008, at New York, New York.

_____
Jennifer H. Wu

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 14, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Josy W. Ingersoll

I also certify that copies were caused to be served on May 14, 2008, upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Flr.
Wilmington, DE  19801

**BY EMAIL**

Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022-4611

*/s/Karen Jacobs Louden*
_____
Karen Jacobs Louden (#2881)

# Exhibit 1

# WEIL, GOTSHAL & MANGES LLP

SILICON VALLEY OFFICE
201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CALIFORNIA 94065
(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SINGAPORE
WARSAW
WASHINGTON, D.C.

VERNON M. WINTERS
DIRECT LINE (650) 802-3005
E-MAIL: vern.winters@weil.com

February 27, 2008

**VIA EMAIL**

Gerald Flattmann, Esq.
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022-4611
*GFlattmann@kirkland.com*

Re:   **PDL BioPharma, Inc. v. Alexion Pharmaceuticals, Inc.
      D. Del. Case No. 07-156**

Dear Gerald:

Plaintiff, PDL BioPharma, Inc., provides the following list of claim terms or phrases for, absent agreement by the parties, construction by the Court with respect to the asserted claims of PDL's U.S. Patents Nos. 5,693,761, 5,693,762, and 6,180,370.

PDL's investigation is ongoing and the defendant, Alexion Pharmaceuticals, Inc., has not yet disclosed to PDL its list of terms and claim elements for construction. In addition, and in violation of an agreement between the parties, defendant has failed to identify with any sort of reasonable specificity its invalidity contentions. Accordingly, PDL reserves its right to supplement, amend, or modify this disclosure.

1.   "acceptor immunoglobulin";

2.   "complementarity determining regions (CDRs) from a [the] donor immunoglobulin";

(#289548)

WEIL, GOTSHAL & MANGES LLP

Gerald Flattmann, Esq.
February 27, 2008
Page 2

      3.    "donor immunoglobulin";

      4.    "variable region framework"; and

      5.    "is at least 65% [70%] identical to the [sequence of the] donor immunoglobulin heavy [light] chain variable region framework."

Best regards,

Vernon M. Winters

cc:    Josy Ingersoll, Esq. (via email) (*JIngersoll@ycst.com*)
        Karen Jacobs Louden, Esq. (via email) (*KLouden@MNAT.com*)
        Wendy Adams (via email) (WAdams@kirkland.com)

WEIL, GOTSHAL & MANGES LLP

(#289548)

**Exhibit 2**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

212 446-4800

www.kirkland.com

Christine Willgoos
To Call Writer Directly:
212 446-4964
cwillgoos@kirkland.com

Facsimile:
212 446-4900

February 27, 2008

**VIA E-MAIL**

Eric Xanthopoulos
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Re: *PDL Biopharma, Inc. v. Alexion Pharmaceuticals, Inc.*

Dear Eric:

As per the stipulation agreed by the parties and entered by the Court, below please find Alexion's tentative proposed claim terms for construction by the Court. Alexion reserves the right to modify the claim terms proposed for construction. In addition, Alexion reserves the right to propose constructions for any claim terms for which PDL requests construction.

**Alexion's Proposed Terms For Construction**

1. First and second polynucleotides respectively encoding heavy and light chain variable regions of a humanized immunoglobulin
2. humanized immunoglobulin
3. humanized immunoglobulin heavy and light chains
4. complementarity determining regions (CDRs)
5. donor immunoglobulin
6. heavy and light chain variable region frameworks / heavy and light chain frameworks
7. human acceptor immunoglobulin / acceptor human immunoglobulin
8. variable region
9. framework region / framework / variable region framework
10. sequence of the humanized immunoglobulin heavy chain variable framework region
11. humanized immunoglobulin heavy chain variable region framework

**KIRKLAND & ELLIS LLP**

Eric Xanthopoulos
February 27, 2008
Page 2

12. humanized immunoglobulin light chain variable region framework
13. sequence of the humanized immunoglobulin light chain variable framework region
14. outside the Kabat and Chothia CDRs
15. DNA segment encoding a humanized heavy chain variable region / DNA segment encoding the humanized immunoglobulin heavy chain variable region
16. DNA segment encoding a humanized light chain variable region / DNA segment encoding the humanized immunoglobulin light chain variable region
17. DNA segments encoding the humanized heavy and light chains
18. DNA segments encoding humanized light and heavy chain variable regions / DNA segments encoding heavy and light chain variable regions of a humanized immunoglobulin
19. hypervariable regions
20. outside the hypervariable regions
21. Kabat CDRs
22. outside the Kabat CDRs
23. Chothia CDR H1
24. outside the Chothia CDR H1 (amino acids 26-32)

Sincerely,

*[signature]*

Christine Willgoos

# Exhibit 3

----- Original Message -----
 **From:** "Christine Willgoos" [CWillgoos@kirkland.com]
 **Sent:** 05/05/2008 10:04 AM AST
 **To:** Jennifer Wu
 **Cc:** WAdams@kirkland.com
 **Subject:** Re: PDL/Alexion


Jennifer:

Further to Alexion's February 27, 2008 letter regarding claim terms for construction, Alexion intends to pursue contructions regarding terms 1, 2, 4-7, 9, 11-12 and 15-19 as identified in that letter.  In addition, Alexion will ask the Court to construe the term:  "synthesizing a [the] DNA segment encoding a humanized heavy [light] chain variable region."

Regards,
Christine