IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-156 (JJF) |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF KAREN JACOBS LOUDEN IN SUPPORT OF PDL'S
ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S RENEWED
MOTION TO BIFURCATE AND STAY TRIAL OF
DAMAGES AND WILLFULNESS ISSUES**

1.    I am a partner at Morris, Nichols, Arsht, & Tunnell, LLP, counsel for plaintiff PDL BioPharma, Inc.  I submit this Declaration in support of PDL's Answering Brief In Opposition To Defendant's Renewed Motion To Bifurcate And Stay Trial Of Damages And Willfulness Issues.

2.    Attached as Exhibit 1 is a true and correct copy of the excerpts from the publication entitled "Understanding DNA and Gene Cloning" by K. Drlica, published by Public Health Research Institute, New York (3rd ed. 1997).

3.    Attached as Exhibit 2 is a true and correct copy of the excerpts from Form 10-K filed by PDL BioPharma, Inc. with the SEC for the fiscal year ended December 31, 2007, stating that humanized antibody products with sales, in the aggregate, of billions of dollars per year are sold under license to the patents-in-suit by companies such as Genentech, Inc., MedImmune, Inc., Wyeth, and Elan Corporation, Plc.

4.    Attached as Exhibit 3 is a true and correct copy of the excerpts from Form 10-K filed by Alexion Pharmaceuticals, Inc. with the SEC for the fiscal year ended December 31, 2007, describing Soliris® as a "humanized antibody" and stating that "[t]he initial indication for which [Alexion] received FDA and E.C. approval for Soliris was PNH."

5.    Attached as Exhibit 4 is a true and correct copy of U.S. Patent No.

6,355,245 B1, issued on March 12, 2002.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)

May 23, 2008

2339495

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 23, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Josy W. Ingersoll

I also certify that copies were caused to be served on May 23, 2008, upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Flr.
Wilmington, DE  19801

### BY EMAIL

Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022-4611

*/s/ Karen Jacobs Louden*

_____
Karen Jacobs Louden

# EXHIBIT 1

# Understanding DNA and Gene Cloning

## A GUIDE FOR THE CURIOUS

*Third Edition*

### KARL DRLICA

*Public Health Research Institute*
*455 First Avenue*
*New York, NY*



John Wiley & Sons, Inc.
New York • Chichester • Brisbane • Toronto • Singapore • Weinheim

| | |
|---|---|
| *Acquisitions Editor* | David Harris |
| *Executive Marketing Manager* | Catherine Faduska |
| *Production Editor* | Deborah Herbert |
| *Designer* | Kevin Murphy |
| *Cover Designer* | Lynn Rogan |
| *Manufacturing Manager* | Mark Cirillo |
| *Illustration* | Rosa Bryant |

This book was set in 10 on 12 Palatino by TCSystems, Inc. and printed and bound by Courier Westford. The cover was printed by Phoenix Color Corp.

Recognizing the importance of preserving what has been written, it is a policy of John Wiley & Sons, Inc. to have books of enduring value published in the United States printed on acid-free paper, and we exert our best efforts to that end.

The following material was adapted from K. Drlica, DOUBLE-EDGED SWORD: THE PROMISES AND RISKS OF THE GENETIC REVOLUTION, © 1994 by Karl A. Drlica and reprinted by permission of Addison-Wesley Longman Publishing Co., Inc.: descriptions of patterns of inheritance, Mendelian inheritance, DNA fingerprinting, and Figures 13-2, 13-3, 13-4, 14-3, and 14-5.

Copyright © 1997, by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work beyond that permitted by Sections 107 and 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons, Inc.

*Library of Congress Cataloging-in-Publication Data*
Drlica, Karl.
    Understanding DNA and gene cloning: a guide for the curious/
Karl Drlica.
        p.    cm.
    Second ed. published in 1992.
    Includes bibliographical references and index.
    ISBN 0-471-13774-X (pbk. : alk. paper)
    1. Molecular cloning.   2. Recombinant DNA.   3. Genetic
engineering.      I. Title.
    QH442.2.D75    1996
    574.87'3282—dc20                                          96-23077
                                                                   CIP

Printed in the United States of America

10 9 8 7 6 5 4

# GLOSSARY

**adenine (A)** one of the bases that forms a part of DNA or RNA; the others are cytosine, guanine, thymine, and uracil. (Figure 2-5)

**agar** a gelatinlike substance obtained from seaweed. When mixed with nutrients and allowed to solidify in petri dishes, agar serves as a solid substrate for growing bacterial colonies. (Figure 5-2)

**agar plate** a petri dish containing solid agar. (Figure 5-2)

**amino acid** a small molecule that serves as a subunit of protein. Twenty different types of amino acid are commonly found in natural proteins, and they share the structure shown below. The letter R represents chemical side chains, which are different for each amino acid. The chemical properties of the side chains help determine how a protein folds; thus the arrangement of amino acids dictates the three-dimensional structure of a protein.



*amino acids*

| | |
|---|---|
| alanine (Ala) | leucine (Leu) |
| arginine (Arg) | lysine (Lys) |
| asparagine (Asn) | methionine (Met) |
| aspartic acid (Asp) | phenylalanine (Phe) |
| cysteine (Cys) | proline (Pro) |
| glutamine (Gln) | serine (Ser) |
| glutamic acid (Glu) | threonine (Thr) |
| glycine (Gly) | tryptophan (Trp) |
| histidine (His) | tyrosine (Tyr) |
| isoleucine (Ile) | valine (Val) |

**aminoacyl–tRNA synthetases** members of a class of enzyme that link specific amino acids with specific transfer RNA molecules. One synthetase

recognizes one particular type of transfer RNA and one particular type of amino acid. (Figure 4-3)

**antibiotic** a substance, produced by a microorganism, that inhibits the growth of bacteria, often killing them. Most antibiotics in clinical use have been extensively modified to increase their potency. Common examples are streptomycin, erythromycin, penicillin, ampicillin, and tetracycline. (p. 93)

**antibiotic resistance gene** a gene encoding a protein which allows a bacterium to live in the presence of an antibiotic that normally would kill it. Some resistance genes change the target of the drug so it no longer binds the drug. Others cause active secretion of the drug, and still others break down the drug. Plasmids often contain such genes. (p. 93).

**antibodies** proteins found in higher animals that recognize and bind to foreign proteins such as viruses and bacteria. After binding the foreign protein (often called an antigen), the antibody can participate in a variety of reactions that lead to the destruction of the antigen. Antibodies are an important component of the immune system, which serves to guard us from attack by microorganisms. (Figure 11-7)

**anticodon** a particular three-nucleotide region in transfer RNA that is complementary to a specific three-nucleotide codon in messenger RNA. Alignment of codons and anticodons is the basis for establishing the order of amino acids in a protein chain. (Figure 4-4)

**antigen** a microorganism or foreign molecule that is recognized by, and attaches to, an antibody. (Figure 11-10)

**antigenic determinant** a region of an antigen that elicits an immune response.

**antisense RNA** an RNA molecule that is the complement of another RNA molecule and can therefore form a double helix. Antisense RNA molecules can be designed to hybridize with particular mRNA molecules and thereby prevent the translation of the mRNA.

**assay** a method or way of measuring chemical or biological compounds. (Figure 3-8)

**atom** a particle composed of a nucleus (protons and neutrons) and electrons. Atoms differ from one another by having different numbers of protons, neutrons, and electrons. Groups of atoms bonded together are called molecules. See element. (p. 3; Figure 1-3)

**ATP** adenosine triphosphate, a relatively small molecule that serves as an energy carrier and as one of the precursors to RNA. ATP has high energy bonds that are easily broken by enzymes to release the energy needed to drive many cellular chemical reactions.

**B lymphocyte** a type of cell in mammals that produces antibodies. (Figure 11-10)

EXHIBIT 2

QuickLinks -- Click here to rapidly navigate through this document

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

FOR THE FISCAL YEAR ENDED DECEMBER 31, 2007

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from          to
Commission File Number: 000-19756



## PDL BioPharma, Inc.
*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| Delaware | 94-3023969 |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

1400 Seaport Boulevard
Redwood City, CA 94063
*(Address of principal executive offices)*

*Registrant's telephone number, including area code*
(650) 454-1000
Securities registered pursuant to Section 12(b) of the Act: None

Securities registered pursuant to Section 12(g) of the Act:
**Common Stock, par value $0.01 per share**
**Preferred Stock Purchase Rights, no par value**
*(Title of Class)*

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒  No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐  No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒  No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act (Check one):

| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐ (Do not check if a smaller reporting company) | Smaller reporting company ☐ |
|---|---|---|---|

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐  No ☒

The aggregate market value of shares of common stock held by non-affiliates of the registrant, based upon the closing sale price of a share of common stock on June 29, 2007, as reported on the NASDAQ National Market System, was $2,265,076,181.

As of February 21, 2008, the registrant had outstanding 117,668,198 shares of common stock.

DOCUMENTS INCORPORATED BY REFERENCE

We currently manufacture certain antibodies for use as clinical trial material in our manufacturing facility in Brooklyn Park, Minnesota. However, we entered into a definitive agreement in February 2008 to sell our Manufacturing Assets to Genmab, and we expect this transaction to close in the first quarter of 2008. To fulfill our manufacturing needs in the near-term, we have entered into a clinical supply agreement with Genmab that would become effective upon the close of the transaction. Under the terms of this clinical supply agreement, Genmab would manufacture on our behalf clinical trial material for certain of our pipeline products for a minimum of two years following the close of the transaction.

Prior to their sale in March 2008, we had outsourced the manufacturing of the Commercial and Cardiovascular Assets to third-party contract manufacturers in the continental United States and in Puerto Rico. We have transferred all rights and obligations under these manufacturing arrangements to Otsuka and EKR in connection with the closing of the sales of the IV *Busulfex* product and the Cardiovascular Assets, respectively.

Additional information regarding risks associated with manufacturing that affect our business is contained under the headings "Manufacturing changes may result in delays in obtaining regulatory approval or marketing for our products," "We rely on sole source, third-party contract manufacturers to manufacture our products," and "Our business may be harmed if we cannot obtain sufficient quantities of raw materials" in Item 1A below under the heading "Risk Factors."

## TECHNOLOGY OUTLICENSE AGREEMENTS

We have been issued patents in the United States and elsewhere, covering the humanization of antibodies, which are known generally as the Queen patents, which expire in 2013 and 2014, and are described in more detailed below under the heading "Our Patents and Other Proprietary Rights." We have entered into license agreements with numerous entities that are independently developing or have developed humanized antibodies pursuant to which we have licensed certain rights under our Queen patents to make and sell therapeutic antibodies targeting antigens specified in the license agreements. In general, we received an upfront licensing fee, and rights to receive annual maintenance fees and royalties on any product sales under these license agreements. Under some of these agreements, we also may receive milestone payments. In addition to granting licenses under our Queen patents, some of these agreements provide that we will perform for a fee certain services related to the humanization of specified antibodies for the licensee.

The nine humanized antibody products listed below are currently approved for use by the FDA and are licensed under our humanization patents.

| Licensee | Product Name |
|---|---|
| Genentech, Inc. (Genentech) | *Avastin*® |
| | *Herceptin*® |
| | *Xolair*® |
| | *Raptiva*® |
| | *Lucentis*® |
| MedImmune, Inc. (MedImmune) | *Synagis*® |
| Wyeth | *Mylotarg*® |
| Elan Corporation, Plc (Elan) | *Tysabri*® |
| Roche | *Zenapax*®(1) |

(1)

Roche is obligated to pay us royalties on *Zenapax* only once product sales have reached a certain threshold; we have not received royalties on sales of *Zenapax* since the first quarter of 2006, and we do not expect to receive royalty revenue from Roche's sales of *Zenapax* in the future.

8

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

PDL BIOPHARMA, INC. (REGISTRANT)

By:     /s/ L. PATRICK GAGE

L. Patrick Gage
*Interim Chief Executive Officer*

Date: March 13, 2008

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ L. PATRICK GAGE | Interim Chief Executive Officer and Director (Principal Executive Officer) | March 13, 2008 |
| (L. Patrick Gage) | | |
| /s/ ANDREW L. GUGGENHIME | Senior Vice President and Chief Financial Officer (Principal Financial Officer and Principal Accounting Officer) | March 13, 2008 |
| (Andrew L. Guggenhime) | | |
| /s/ HERB C. CROSS | Corporate Controller (Principal Accounting Officer) | March 13, 2008 |
| (Herb C. Cross) | | |
| /s/ KAREN A. DAWES | Chairperson of the Board of Directors | March 13, 2008 |
| (Karen A. Dawes) | | |
| | Director | |
| (Laurence Jay Korn) | | |
| /s/ JON S. SAXE | Director | March 13, 2008 |
| (Jon S. Saxe) | | |
| /s/ JOSEPH KLEIN III | Director | March 13, 2008 |
| (Joseph Klein III) | | |
| /s/ BRADFORD S. GOODWIN | Director | March 13, 2008 |
| (Bradford S. Goodwin) | | |
| /s/ RICH MURRAY | Executive Vice President, Chief Scientific Officer and Director | March 13, 2008 |
| (Rich Murray) | | |

125

Source: PDL BIOPHARMA, INC., 10-K, March 13, 2008

# EXHIBIT 3

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

## FOR ANNUAL AND TRANSITION REPORTS PURSUANT TO SECTIONS 13 OR 15(D)
### OF
### THE SECURITIES AND EXCHANGE ACT OF 1934

⇔  **Annual report pursuant to Section 13 or 15 (d) of the Securities Exchange Act of 1934**
For the fiscal year ended December 31, 2007

or

☐  **Transition report pursuant to Section 13 or 15 (d) of the Securities Exchange Act of 1934**
For the transition period from       to

Commission file number: 0-27756

# ALEXION PHARMACEUTICALS, INC.
(Exact Name of Registrant as Specified in Its Chart er)

| | |
|---|---|
| **Delaware** | **13-3648318** |
| (State or Other Jurisdiction of Incorporation or Or ganization) | (I.R.S. Employer Identification No.) |

**352 Knotter Drive, Cheshire Connecticut 06410**
(Address of Principal Executive Offices) (Zip Code)
**203-272-2596**
(Registrant's telephone number, including area code )

Securities registered pursuant to Section 12(b) of the Act:

Common Stock, par value $0.0001
Rights to Purchase Junior Participating
Cumulative Preferred Stock

Name of each exchange on which registered:  The N asdaq Stock Market LLC
Securities registered pursuant to Section 12(g) of the Act:  None

Indicate by check mark if the registrant is a well- known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes  ⇔      No  ☐

Indicate by check mark if the registrant is not req uired to file reports pursuant to Section 13 or Sec tion 15(d) of the Act.  Yes  ☐      No  ⇔

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Secti on 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was require d to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes  ⇔      No  ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ⇔

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exch ange Act).  Yes  ☐      No  ⇔

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. Please see definition of "accelerated and large accelerated fi ler" in Rule 12b-2 of the Exchange Act. Check One:

Large Accelerated Filer:  ⇔         Accelerated Filer:  ☐            Non-Accelerated Filer:  ☐

The aggregate market value of the Common Stock held by non-affiliates of the registrant, based upon th e last sale price of the Common Stock reported on The Nasdaq Stock Market LLC on June 30, 2007, was approximately $1,658,668,873.68.

The number of shares of Common Stock outstanding as of February 25, 2008 was 38,106,662.

DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's Definitive Proxy State ment to be used in connection with its Annual Meeti ng of Stockholders to be held on May 9, 2008, are incorporated by reference into Par t III of this report.

**Table of Contents**

*Soliris*

Soliris is designed to inhibit a specific aspect of the complement component of the immune system, and thereby treat inflammation related to chronic hematologic, neurologic and autoimmune disorders. Soliris is a humanized antibody that, at the doses currently prescribed, blocks complement activity for one to two weeks after a single dose. The initial indication for which we have received FDA and E.C. approval for Soliris was PNH.

The FDA granted marketing approval for Soliris for patients with PNH in March 2007 and the E.C. approved the use of Soliris for patients with PNH in the European Union in June 2007. Soliris has been granted orphan drug designation for the treatment of PNH which entitles us to exclusivity for seven years in the United States and for ten years in Europe. However, if a competitive product that is the same as Soliris, as defined under the applicable regulations, is shown to be clinically superior to our product in the treatment of PNH, or if a competitive product is different from Soliris, as defined under the applicable regulations, the orphan drug exclusivity we have obtained may not block the approval of such competitive product. We market and sell Soliris in the United States and in the European Union with our own sales force. We are engaging with appropriate authorities on the operational, reimbursement, price approval and funding processes that are separately required in each country. We are more complete in those processes in certain countries such as Germany and in earlier stages in other countries such as the United Kingdom. In some European countries, we continue meaningful sales to individual patients through approved named-patient programs.

We submitted an application for marketing authorization in Australia for Soliris for the treatment of patients with PNH and the application was accepted for priority review. Soliris has received Orphan Drug Designation in Australia, which provides certain regulatory and filing fee advantages, including market exclusivity for several years after approval. In addition, we the Pharmaceutical and Medical Devices Agency in Japan authorized us to begin our clinical trial of Soliris for PNH and we commenced dosing in January 2008.

*About Paroxysmal Nocturnal Hemoglobinuria or PNH*

PNH is a rare, debilitating and life-threatening acquired genetic deficiency blood disorder defined by the destruction of red blood cells. Patients with PNH have an acquired genetic deficiency in certain protective proteins on the surface of their blood cells, allowing their own complement system to attack and destroy these blood cells. Patients with PNH suffer from chronic hemolysis, or destruction of red blood cells caused by the C5 cleavage product C5b-9. This hemolysis is believed to lead to further clinical complications including thromboses, kidney disease, liver dysfunction, disabling fatigue, impaired quality of life, recurrent pain, shortness of breath, pulmonary hypertension, intermittent episodes of dark colored urine (hemoglobinuria), and anemia. The red blood cell destruction may be sufficiently large that recurrent blood transfusions are necessary to support normal red blood cell function. The prevalence, or number of affected patients at any one time, has not been definitively determined but has been estimated at approximately 8,000 – 10,000 total patients in North America and Western Europe. Approximately one-half of the patients with PNH die from the disease within 10-15 years of diagnosis. Soliris is the only therapy approved for PNH.

8

Table of Contents

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

ALEXION PHARMACEUTICALS, INC.

By: _____/s/ LEONARD BELL_____
Leonard Bell, M.D.
*Chief Executive Officer,*
*Secretary and Treasurer*
Dated: February 29, 2008

By: _____/s/ DAVID W. KEISER_____
David W. Keiser
*President and Chief Operating Officer*
Dated February 29, 2008

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ LEONARD BELL<br>Leonard Bell, M.D. | Chief Executive Officer, Secretary, Treasurer and Director (principal executive officer) | February 29, 2008 |
| /s/ DAVID W. KEISER<br>David W. Keiser | President, Chief Operating Officer and Director | February 29, 2008 |
| /s/ VIKAS SINHA<br>Vikas Sinha, M.B.A., C.A. | Senior Vice President and Chief Financial Officer (principal financial officer) | February 29, 2008 |
| /s/ SCOTT PHILLIPS<br>Scott Phillips | Corporate Controller and Chief Accounting Officer (principal accounting officer) | February 29, 2008 |
| /s/ MAX LINK<br>Max Link, Ph.D. | Chairman of the Board of Directors | February 29, 2008 |
| /s/ LARRY L. MATHIS<br>Larry L. Mathis | Director | February 29, 2008 |
| /s/ JOSEPH A. MADRI<br>Joseph A. Madri, Ph.D., M.D. | Director | February 29, 2008 |

76

Table of Contents

| | | |
|---|---|---|
| /s/  R. DOUGLAS NORBY | Director | February 29, 2008 |
| R. Douglas Norby | | |
| /s/  ALVIN S. PARVEN | Director | February 29, 2008 |
| Alvin S. Parven | | |
| /s/  RUEDI E. WAEGER | Director | February 29, 2008 |
| Ruedi E. Waeger, Ph.D. | | |

77

# EXHIBIT 4

US006355245B1

(12) **United States Patent**
Evans et al.

(10) Patent No.:     **US 6,355,245 B1**
(45) Date of Patent:     **Mar. 12, 2002**

(54) **C5-SPECIFIC ANTIBODIES FOR THE TREATMENT OF INFLAMMATORY DISEASES**

(75) Inventors: Mark J. Evans, Cheshire; Louis A. Matis, Southport; Eileen Elliott Mueller, East Haven, all of CT (US); Steven H. Nye, Mequon, WI (US); Scott Rollins, Monroe, CT (US); Russell P. Rother; Jeremy P. Springhorn, both of Cheshire, CT (US); Stephen P. Squinto, Bethany, CT (US); Thomas C. Thomas, Madison, CT (US); James A. Wilkins, Woodbridge, CT (US)

(73) Assignee: Alexion Pharmaceuticals, Inc., Cheshire, CT (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 08/487,283

(22) Filed: Jun. 7, 1995

**Related U.S. Application Data**

(63) Continuation of application No. PCT/US95/05688, filed on May 1, 1995, which is a continuation-in-part of application No. 08/236,208, filed on May 2, 1994, now Pat. No. 6,074,642.

(51) Int. Cl.[7] ...................... A61K 39/395; C07K 16/36; C12N 5/12

(52) U.S. Cl. ........................ 424/145.1; 424/130.1; 424/133.1; 424/135.1; 424/141.1; 424/145.1; 424/158.1; 424/139.1; 424/130; 530/387.1; 530/387.3; 530/387.9; 530/388.1; 530/388.23; 530/388.25; 530/388.7; 435/326; 435/328; 435/331; 435/33 L; 435/337; 435/343; 435/346

(58) Field of Search ................ 530/387.1, 387.3, 530/388.1, 388.7, 387.9, 388.23; 435/69.1, 172.3, 328, 343, 70.21, 325, 331, 332, 346; 424/130.1, 141.1, 139, 133.1, 145.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,578,335 A | 3/1986 | Urdal et al. | 435/68 |
| 4,686,100 A | 8/1987 | Raffin et al. | 424/85 |
| 4,816,397 A | 3/1989 | Boss et al. | 435/68 |
| 4,816,565 A | 3/1989 | Honjo et al. | 530/351 |
| 4,816,567 A | 3/1989 | Cabilly et al. | 530/387 |
| 4,845,198 A | 7/1989 | Urdal et al. | 530/387 |
| 4,867,973 A | 9/1989 | Goers et al. | 424/85.91 |
| 5,135,916 A | 8/1992 | Sims et al. | 514/21 |
| 5,173,490 A | 12/1992 | Sindelar et al. | 514/462 |
| 5,198,359 A | 3/1993 | Taniguchi et al. | 435/252.3 |
| 5,225,539 A | 7/1993 | Winter | 530/387.3 |
| 5,395,760 A | 3/1995 | Smith et al. | 435/240.1 |
| 5,506,247 A | 4/1996 | Sindelar et al. | 514/374 |
| 5,530,101 A | * 6/1996 | Queen et al. | |
| 5,585,089 A | 12/1996 | Queen et al. | 424/133.1 |
| 5,610,279 A | 3/1997 | Brockaus et al. | 530/387.3 |
| 5,635,178 A | 6/1997 | Sims et al. | 424/145.1 |
| 5,693,761 A | 12/1997 | Queen et al. | 536/23.53 |
| 5,693,762 A | 12/1997 | Queen et al. | 530/387.3 |
| 5,808,029 A | 9/1998 | Brockaus et al. | 536/23.5 |
| 5,859,205 A | 1/1999 | Adair et al. | 530/387.3 |

OTHER PUBLICATIONS

Fitch et al. Circulation 100: 2499–2506 (1999).*
Rollins et al. Immunopharmacology 49: 69 (2000).*
Jain et al. Arthritis and Rheumatism 42: 577 (1999).*
Rollins et al. Molecular Immunology 35: 397 (1998).*
Wurzner et al. Complement. Inflamm. 8:328–340 (1991).*
Ames et al., "Isolation of neutralizing anti–C5a monoclonal antibodies from a filamentous phage monovalent fab display library" *J. Immunol.*152:4572–4581, 1994.
Auda et al., "Measurement of complement activation products in patients with chronic rheumatic diseases" *Rheumatol Int* 10:185–189, 1990.
Baker et al., "Depletion of C6 prevents development of proteinuria in experimental membranous nephropathy in rats" *Am J Path* 135:185–194, 1989.
Bhakdi et al., "Electroimmunoassay–immunoblotting (EIA–IB) for utilization of monoclonal antibodies in quantitative immunoelectrophoresis: the method and its applications" *J Immunol Methods*, 80:25–32, 1985.
Biesecker et al., "The release of C5a in complement–activated serum does not require C6" *J Immunol*, 143:1228–1232, 1989.
Cochrane et al., "A role of polymorphonuclear leukocytes and complement in nephrotoxic nephritis" *J Exp Med*, 122:99–116, 1965.
Couser et al., "C6 depletion reduces proteinuria in experimental nephropathy induced by a nonglomerular antigen" *J Am Soc Nephrol*, 2:894–901, 1991.
Couser et al., "Complement and the direct mediation of immune glomerular injury: A new perspective" *Kidney Internal*, 28:879–890, 1985.
Couser et al., "Role of C$_{5b-9}$ in experimental membranous nephropathy" *Nephrol Dial Transplant*, Suppl 1:25–31, 1992.
Dalmasso et al., "Complement channels in membranes: inhibition with a monoclonal antibody to a neoantigen of polymerized C9" *Biochem Biophys Res Commun*, 125:1013–1019, 1984.

(List continued on next page.)

*Primary Examiner*—Phillip Gambel

(57)     **ABSTRACT**

The use of anti-C5 antibodies, e.g., monoclonal antibodies, to treat glomerulonephritis (GN) is disclosed. The administration of such antibodies at low dosage levels has been found to significantly reduce glomerular inflammation/enlargement and other pathologic conditions associated with GN. Also disclosed are anti-C5 antibodies and anti-C5 antibody-encoding nucleic acid molecules. These antibodies are useful in the treatment of GN and other inflammatory conditions involving pathologic activation of the complement system.

**23 Claims, 19 Drawing Sheets**

US 6,355,245 B1

Page 2

OTHER PUBLICATIONS

Discipio et al., "The activation of human complement component C5 by a fluid phase C5 convertase." 258(17), 10629–10636, 1983.

Discipio et al., "The conversion of human complement component C5 into fragment C5b by the alternative–pathway C5 convertase" Biochem J, 199:497–504, 1981.

Discipio, "Formation and structure of the C5b–7 complex of the lytic pathway of complement" J Biol Chem 267:17087–17094, 1992.

Falk and Jennette, "Immune complex induced glomerular lesions in C5 sufficient and deficient mice" Kidney Internat, 30:678–686, 1986.

Floege et al., "Markers of complement–dependent and complement–independent glomerular visceral epithelial cell injury in vivo" Lab Invest, 67:486–497, 1992.

Frei et al., "Generation of a monoclonal antibody to mouse C5 application in an ELISA assay for detection of anti–C5 antibodies" Mol Cell Probes, 1:141–149, 1987.

Garrad et al., "Synthesis of C3, C5, C6, C7, C8, and C9 by human fibroblast." Scand J. Immunol 32(5): 555–560, 1990.

Giclas et al., "Preparation and characterization of monoclonal antibodies against the fifth component of rabbit complement (C5)" J Immunol Meth 105:201–209, 1987.

Goldman and Goldman, "Antibody–induced suppression of the fifth component of complement in mice" J Immunol, 120:400–407, 1978.

Groggel et al., "Role of the terminal complement pathway in experimental membranous nephropathy in the rabbit" J Clin Invest, 72:1948–1957, 1983.

Hong et al., "An anticomplement agent, K–76 monocarboxylic acid: Its site and mechanism of inhibition of the complement activation cascade." J. Immunol 122:2418–2433, 1979.

Hugo et al., "Monoclonal antibodies against neoantigens of the terminal C5b–9 complex of human complement" Bio–Science Rep, 5:649–658, 1985.

Hugo et al., "Sensitive ELISA fo quantitating the terminal membrane C5b–9 and fluid–phase SC5b–9 complex of human complement" J Immunol Methods 99:243–251 1987.

Inoue, "C5 neoepitopes appearing during activation." Complement Inflamm 6(3):219–222, 1989.

Jennette et al., "Amelioration of immune complex–mediated glomerulonephritis b synthetic protease inhibitors" Am J Path, 127:499–506, 1987.

Jones et al., "Replacing the complementarity–determining regions in a human antibody with those from a mouse." Nature, 321:522–525, 1986.

Kitamura et al., "The activation of C5 in the fluid phase and in the absense of C3 through the classical pathway of the complement system." Immunology 58(3): 459–465, 1986.

Klos et al., "Detection of native human complement components C3 and C5 and their primary activation peptides C3a and C5a (anaphylatoxic peptides) by ELISAs with monoclonal antibodies" J Immuno Methods 111:241–252, 1988.

Knicker and Cochrane, "Pathogenic factors in vascular lesions of experimental serum sickness" J Exp Med, 122:83–97, 1965.

Kolb and Müller–Eberhard, "The Membrane Attack Mechanism of Complement" J Exper Med, 141:724–735, 1975.

Minta and Man, "Cleavage of Human C5 By Trypsin: Characterization of the Digestion Products by Gel Electrophoresis" J Immunol, 119:1597–1602, 1977.

Mollnes et al., "Identification of a human C5 β–chain epitope exposed in the native complement component but concealed in the SC5b–9 complex" Scand J. Immunol, 28:307–312, 1988.

Mollnes et al., "Quantification of the terminal complement complex in human plasma by an enzyme–linked immunosorbent assay based on monoclonal antibodies against a neoantigen of the complex." Scand J Immunol, 22(2): 197–202, 1985.

Moutz et al., "Regulation of the human autologous T cell proliferation by endogenously generated C5a" Cell Immunol, 127:337–351, 1990.

Moongkarndi et al., "Monoclonal antibodies against the fifth component of human complement" Immunobiol 162:397, 1982.

Moongkarndi et al., "Immunological and functional properties of two monoclonal antibodies against human C5." Immunobiol 165:323, 1983.

Morrison, "In vitro antibodies strategies for production and application" Ann Rev Immunol 10:239–265, 1992.

Morgan, "Clinical complementology recent progress and future trends." EPO J. Clinical Invesg. 24: 219–228, 1994.

Morgan et al., "Inhibition of complement–induced [14C] sucrose release by intracellular and extracellular monoclonal antibodies to C9: evidence that C9 is a transmembrane protein." Biochem Biophys Res Commun, 118(2):616–622, 1984.

Passwell et al., "Local extrahepatic expression of complement genes C3, factor B, C2, and C4 is increased in murine lupus nephritis" J Clin Invest, 82:1676–1684, 1988.

Peake et al., "Differences in the metabolism of C4 in patients with complement activation." Clin Exp Immunol 78:49–53, 1989.

Perez et al., "Complement (C5)–derived chemotactic activity in serum form patients with pancreatitis" J Lab Clin Med, 101:123–129, 1983.

Perez et al., "Radioimmunoelectrophoresis, a sensitive method of detecting cleavage of the fifth component of human complement (C5)" J Immunol Methods, 56:55–62, 1983.

Reed et al., "Synthesis of complement component C5 by human B and T lymphoblastoid cell lines" Immunogenetics, 31:145–151, 1990.

Riechmann et al., "Reshaping human antibodies for therapy." Nature, 332: 323–327, 1988.

Rinder et al., "Blockade of C5 and C5b–9 generation Inhibits leukocyte and platelet activation during extracorporeal circulation." J. Clinical Invesg. 96(3): 1564–1572.

Rodrigues et al., "Engineering fab' fragments for efficient F(ab)₂ formation in escherichia coli and for improved in vivo stability." J. Immunology, 151(12): 6954–6961, 1993.

Rottini et al., "Monoclonal antibodies as probes to investigate the molecular changes of C5 associated with the different stability of the molecule on sheep erythrocytes and Escherichia coli 0111:B4" J Immunol 146:643–647, 1991.

Salant et al., "A new role for complement in experimental membranous nephropathy in rats" J Clin Invest, 66:1339–1350, 1980.

Schrijver et al., "Anti–GBM nephritis in the mouse: role of granulocytes in the heterologous phase" Kidney Internat, 38:86–95, 1990.