IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-156 (JJF) |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that on May 27, 2008, copies of *PDL's Objections And Responses To Alexion's Third Set Of Requests For Production Of Documents And Things (Nos. 118-261)* were caused to be served upon counsel of record in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY**

Josy W. Ingersoll
Andrew A. Lundgren
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY 10022-4611

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Karen Jacobs Louden*

          _____
          Jack B. Blumenfeld (#1014)
          Karen Jacobs Louden (#2881)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE 19899-1347
          (302) 658-9200
          jblumenfeld@mnat.com
          klouden@mnat.com

          *Attorneys for PDL BioPharma, Inc.*

*Of Counsel*:

Matthew D. Powers
Vernon M. Winters
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Jennifer H. Wu
Rebecca Fett
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

May 27, 2008
978977

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

I also certify that copies were caused to be served on May 27, 2008, upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

Josy W. Ingersoll
Andrew A. Lundgren
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY 10022-4611

*Karen Jacobs Louden*
_____
klouden@mnat.com