IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-156 (JJF) |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that on June 2, 2008, copies of *PDL's First Supplemental Objections And Responses To Alexion's First Set of Interrogatories (Nos. 2, 4-10, 13)* were caused to be served upon counsel of record in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY**

Josy W. Ingersoll
Andrew A. Lundgren
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY  10022-4611

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ James W. Parrett, Jr.*
                    _____

                    Jack B. Blumenfeld (#1014)
                    Karen Jacobs Louden (#2881)
                    James W. Parrett, Jr. (#4292)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
                    jparrett@mnat.com

                    *Attorneys for PDL BioPharma, Inc.*

OF COUNSEL:

Matthew D. Powers
Vernon M. Winters
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Jennifer H. Wu
Rebecca Fett
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

June 2, 2008
978977

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 2, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

I also certify that copies were caused to be served on June 2, 2008, upon the following in the manner indicated:

> **BY ELECTRONIC MAIL**
> **and HAND DELIVERY**
>
> Josy W. Ingersoll
> Andrew A. Lundgren
> YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801
>
> **BY ELECTRONIC MAIL**
>
> John M. Desmarais
> Gerald J. Flattmann, Jr.
> Christine Willgoos
> Gregory A. Morris
> KIRKLAND & ELLIS
> 153 East 53rd Street
> New York, NY  10022-4611

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)