IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-156 (JJF) |
| v. ) | |
| ) | |
| ALEXION PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE THAT the appearances of Kevin S. Mann and Michael J. Joyce of Cross & Simon, LLC, 913 N. Market Street, 11th Floor, P.O. Box 1380, Wilmington, DE 19899 are hereby entered as counsel on behalf of Plaintiff PDL Biopharma, Inc. in the above-entitled action.

**CROSS & SIMON, LLC**

/s/ Kevin S. Mann
Kevin S. Mann (No. 3397)
Michael J. Joyce (No. 4563)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200
302-777-4224 (fax)
kmann@crosslaw.com
mjoyce@crosslaw.com
*Special purpose counsel to Plaintiff, PDL Biopharma, Inc.*

Dated: June 10, 2008

## CERTIFICATE OF SERVICE

I, Kevin S. Mann, hereby certify that on June 10, 2008, a true and correct copy of the foregoing *Entry of Appearance* was served upon counsel of record in the manner indicated:

**BY HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Andrew A. Lundgren, Esquire
Karen E. Keller, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Flr.
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Matthew D. Powers, Esquire
Vernon M. Winters, Esquire
John D. Beynon, Esquire
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

**BY ELECTRONIC MAIL**
Gerald J. Flattman, Jr., Esquire
Christine Willgoos, Esquire
Gregory A. Morris, Esquire
153 East 53rd Street
New York, NY 10022-4611

/s/ Kevin S. Mann
Kevin S. Mann (No. 3397)