IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-156-JJF |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | **REDACTED -** |
| | ) | **PUBLIC VERSION** |
| Defendant. | ) | |

**DR. RONALD K. STRONG'S SUPPLEMENTAL DECLARATION IN SUPPORT OF
PDL'S ANSWERING CLAIM CONSTRUCTION BRIEF**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE   19899-1347
(302) 658-9200
klouden@mnat.com

*Attorneys for Plaintiff, PDL BioPharma, Inc.*

*Of Counsel:*

Matthew D. Powers
Vernon M. Winters
Paula B. Whitten
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Jennifer H. Wu
Rebecca E. Fett
WEIL, GOTSHAL & MANGES LLP
New York Office
767 Fifth Avenue
New York, NY 10153
(212)310-8000

Original Filing Date:  June 11, 2008

Redacted Filing Date:  June 13, 2008

## I. Introduction

1. I have been asked by the plaintiff, PDL Biopharma, Inc., to comment on the declarations submitted by Jefferson Foote, Ph.D. and Michael R. Clark, Ph.D. on behalf of Alexion Pharmaceuticals, Inc. I have thoroughly reviewed the declarations and exhibits and provide my comments below.

## II. Level of ordinary skill in the art.

2. The opinions of Drs. Foote and Clark as to the level of ordinary skill in the art in the period December 1988 through February 1989 are not correct.

3. Drs. Foote and Clark propose different definitions for one of ordinary skill in the art. Dr. Foote proposes that the level of ordinary skill in the art be one who "had familiarity with the fields of biochemistry, molecular biology, structural biology, and immunology, a high level training (for example an M.D. or Ph.D.), and had performed laboratory research in antibody engineering, protein structure or related discipline."[1] To the extent that Dr. Foote's definition requires an M.D. or Ph.D. in biochemistry, molecular biology, structural biology, immunology, or a related discipline, that is not correct.

4. Dr. Clark proposes that the level of ordinary skill in the art be one who had a "high level of training in immunology, molecular biology, or a related discipline, and would have conducted significant research related to antibody structure or antibody humanization or protein structure. This definition would include, for example, a person with a Ph.D. (or comparable degree) and post doctoral experience in immunology, molecular biology, or antibody humanization."[2] That is not correct.

5. Dr. Cary Queen, a named inventor on the patents-in-suit, would not be one of ordinary skill in the art under Dr. Foote's definition to the extent it requires an M.D. or Ph.D. in biochemistry, molecular biology, structural biology, immunology, or a related discipline, or under Dr. Clark's definition. During the relevant time period, Dr. Queen had a Ph.D. in Mathematics.[3] He did not have a Ph.D. in antibody engineering, protein structure or related discipline, as Dr. Foote's definition requires. He also did not have a Ph.D. in immunology, molecular biology, or antibody humanization, as Dr. Clark's definition requires.

6. Dr. Queen is one of ordinary skill in the art under my definition. As I explained in my opening declaration, one of ordinary skill in the art included Ph.D. post-doctoral students/ researchers working in a laboratory headed by a person such as a principal investigator in a relevant discipline, including molecular biology, immunology, biophysics, and structural biology.[4] During the relevant time period, Dr. Queen had been a post-doctoral student at the Massachusetts Institute of Technology in the research area immunoglobulin gene expression.[5]

7. In defining the level of ordinary skill in the art, I considered on the following factors: (1) the educational level of the inventor; (2) the type of problems encountered in the

art; (3) prior art solutions to those problems; (4) rapidity with which innovations are made; (5) sophistication of the technology; and (6) educational level of active workers in the field.

    a.   The educational level of the inventor, Dr. Queen, at the time of the invention was a Ph.D. post-doctoral student/researcher working in a laboratory headed by a person such as a principal investigator in a relevant discipline, including molecular biology, immunology, biophysics, and structural biology. Persons with a Ph.D. in a relevant discipline and principal investigators were above the level of ordinary skill in the art at the time as Dr. Queen would not have qualified as a person of ordinary skill in the art under that definition.

    b.   Other active researchers in the field included Ph.D. candidates working towards a Ph.D. in a relevant discipline, and Ph.D. post-doctoral students/researchers working in a laboratory headed by a principal investigator. For example, Paul Dear, who is listed as the second author of Jones et al., was a Ph.D. candidate at the time his work in the field was published.[6] Persons with a Ph.D. in a relevant discipline and principal investigators were above the level of ordinary skill in the art at the time as Dr. Dear would not have qualified as person of ordinary skill in the art under that definition.

### III. "Humanized immunoglobulin" in the asserted claims.

8.   The opinion of Drs. Foote and Clark that one of ordinary skill would have understood "humanized immunoglobulin" in the asserted claims to require framework amino acid substitutions is not correct.

9.   Dr. Foote states that the specification supports his definition of humanized immunoglobulin in that "it distinguishes the patented subject matter from the prior art."[7] Dr. Clark states that "PDL's characterization of the prior art is also helpful in determining the meaning of the term 'humanized immunoglobulin.'"[8] Citing Verhoeyen and Winter, Drs. Foote and Clark take the positions that humanized antibodies with 65% homology and murine CDRs were already known in the art, and from this assertion conclude that "one of ordinary skill would have understood that PDL's patents did not include CDR-only humanized antibodies (i.e., without framework substitutions), even if such antibodies had the specified identity."[9] That is not correct.

    a.   As discussed in my opening declaration, consistent with the explicit definition, the term "humanized immunoglobulin" is frequently used in the specification to describe the work of prior researchers Jones, Verhoeyen, and Riechmann, each of which is incorporated by reference.[10] To one of ordinary skill in the art, the passage Dr. Clark cites would have meant that "humanized immunoglobulin" includes immunoglobulins which do not have framework substitutions, because Jones and Verhoeyen, which the specification describes as creating "humanized immunoglobulins," did not have framework substitutions.[11]

> Most humanized immunoglobulins that have been
> previously described (Jones et al., op. cit.; Verhoeyen et al.,
> op. cit.; Riechmann et al., op. cit.) have comprised a
> framework that is identical to the framework of a particular
> human immunoglobulin chain, the acceptor, and three
> CDR's from a non-human donor immunoglobulin chain [ ]
> The present invention includes criteria by which a limited
> number of amino acids in the framework of a humanized
> immunoglobulin are chosen to be the same as the amino
> acids at those positions in the donor rather than in the
> acceptor.

b.  The specifications do not distinguish the prior art only on the basis of requiring
    framework substitutions. The specifications do not suggest that Winter and
    Verhoeyen disclosed 65% homology, and in fact one of ordinary skill would not
    have understood that either publication teaches the use of a homologous
    framework. However, the specification teaches that a novel principle of the
    patented subject matter is to use a homologous human acceptor. As the patents
    explain, to avoid the problems of the prior art:[12]

> The present invention uses *one or more of the following
> principles* for designing humanized immunoglobulins.
> Also, *the criteria may be used singly,* or when necessary in
> combination, to achieve the desired affinity or other
> characteristics.
> *A principle is that as acceptor, a framework is used from
> a particular human immunoglobulin that is particularly
> homologous to the donor immunoglobulin*…By choosing
> as the acceptor immunoglobulin one of the human heavy
> (respectively light) chain variable regions that is most
> homologous to the heavy (respectively light) chain variable
> regions of the donor immunoglobulin, fewer amino acids
> will be changed in going from the donor immunoglobulin
> to the humanized immunoglobulin.

10. Dr. Foote's opinion that "one of skill in the art would understand from the teachings
    of the patents-in-suit that a humanized immunoglobulin with a 65% homology
    between the donor and the acceptor would bind effectively (*i.e.*, it would only work)
    *if* it also contained framework substitutions" is not correct.[13] In light of the explicit
    definition and other portions of the specification, one of ordinary skill in the art
    would not have understood framework substitutions to be required from a single
    experimental example in which framework substitutions were not made and high
    affinity was not achieved.

a.  The experimental example which did not include framework substitutions is
    consistently described in the specification as a "humanized immunoglobulin."

███████████████████████████████████████
███████████████████████████████

This is consistent with my opinion that the meaning of "humanized immunoglobulin" is not limited to immunoglobulins which include framework substitutions. One of ordinary skill would not have considered the success of this experiment when determining the meaning of the term.

b.  One of ordinary skill would not have interpreted the examples to override the explicit statements in the specification that framework substitutions are optional, not required (as I explained in my opening declaration).[14] The patents state that the "examples are offered by way of illustration, not by limitation."[15]

c.  A number of researchers have followed the teaching of the patents to create high affinity humanized immunoglobulins that have homologous frameworks and do not have framework substitutions. Dr. Queen identified a number of publications describing such experiments in his declaration to the Patent Office:[16]

> 11. The third method of humanizing antibodies is described in the subject patent application and in Queen et al. This method can be stated as follows: *transfer the Kabat CDRs plus amino acids that can contact the CDRs, and/or use a human framework highly homologous to the mouse antibody.* This method is the currently accepted one, and except for Reichmann et al., all the publications in Exhibit 3 utilize it. For example, Co et al. (1991), Gorman et al., Dougherty et al., Routledge et al., Kettleborough et al., Shearman et al. and Co et al. (1992) utilize a homologous human framework. And all the publications in Exhibit 3 except for Reichmann et al., Gorman et al., Routledge et al. and possibly Dougherty et al. and Maeda et al. (unknown) transfer framework amino acids that can contact the CDRs (and are outside of Chothia CDR H1). Hence, most of the publications utilize both components of the third method.

d.  Gorman et.al. and Routledge et al. followed the teaching of the patents by selecting a homologous human acceptor to create a humanized antibody with high affinity, and they did so without incorporating framework amino acid substitutions.[17]

e.  Dr. Clark is listed as an author on both Gorman et al. and Routledge et al. Both publications describe the antibodies that were produced as "humanized" antibodies. This supports my opinion that one of ordinary skill in the art would have understood that a "humanized" antibody does not necessarily include framework substitutions.

f.  A further example is Soliris, the humanized immunoglobulin produced by Alexion. According to the definition of "CDR" that Drs. Clark and Foote propose, ████████████████████████████████[18] Yet it provides

an example of a high-affinity humanized immunoglobulin that employs the patent's teaching of using a high-homology framework.

11. One of ordinary skill would not have understood the file histories to define "humanized antibodies" to require framework amino acid substitutions. Dr. Foote opines that the file histories support his opinion because "besides characterizing its invention as requiring framework substitutions in addition to CDR substitutions, PDL made clear that frameworks substitutions are necessary to avoid the prior art."[19] That is not correct.

    a. One of ordinary skill in the art would not interpret "humanized immunoglobulins" in the asserted claims on the basis of the difference between the patented invention and the prior art, because the specification uses "humanized immunoglobulins" to describe antibodies reported in the prior art. For example, in a paper entitled "Detailed Discussion of Most Closely Related References," PDL stated that "Riechmann reported the construction of a humanized immunoglobulin" and "Winter reported a general method of producing humanized immunoglobulins."[20]

    b. It is not correct that, during prosecution, PDL characterized all claims in the patents-in-suit as requiring framework substitutions in order to avoid the prior art. As I explained in my opening report, PDL made the opposite argument in the prosecution of the '762 patent, in order to overcome a rejection on the basis of Huston et al. PDL argued that the claims of the '762 patent do not require framework substitutions and that the disclosures of Huston et al. are not relevant to claims that do not require framework substitutions. The Patent Office agreed and allowed the claims, thus concluding that Queen's high-homology approach worked.

    c. The prosecution history reflects that the Patent Office specifically considered Verhoeyen and Winter. During prosecution of the '762 patent, the publications were described in depth in a "Detailed Discussion of Most Closely Related References."[21] The patent office determined that Winter and Verhoeyen did not disclose the subject matter of the claims, concluding that PDL's claims were "free of the prior art."[22]

12. Drs. Clark and Foote state that PDL characterized its invention as requiring framework substitutions in prosecuting U.S. Patent Application No. 07/290,975.[23] That is not correct.

    a. PDL abandoned the '975 application, and the pending claims in that abandoned application lacked the term "humanized immunoglobulin."[24] One of ordinary skill would not have understood statements made in the '975 application to override the explicit definition of "humanized immunoglobulin" in the patents-in-suit.

13. Drs. Clark and Foote also cite amendments from the prosecution of U.S. Patent No. 5,530,101, which is not one of the patents-in-suit. Dr. Clark states that "PDL relied on framework substitutions to distinguish its claimed inventions from the prior art."[25] Dr. Foote states that "the patentees again emphasized the necessity of framework substitutions."[26] That is not correct. One of ordinary skill in the art would not have understood the statements that Dr. Clark and Dr. Foote cited to override the explicit definition of "humanized immunoglobulin" in the specifications of the patents-in-suit. In any event, the amendment that Dr. Clark cited to specifically refers to the patent's definition of "humanized immunoglobulin": "Moreover, the claim terms "humanized immunoglobulin" and "humanized framework region" are defined terms (see, e.g: Specification page 27, line 28-ff and page 27, lines 7-13, respectively)."[27] The referenced definition of "humanized immunoglobulin" did not require framework substitutions:[28]

> As used herein, the term "humanized" immunoglobulin
> refers to an immunoglobulin comprising a human framework
> 30    region and one or more CDR's from a non-human (usually a
> mouse or rat) immunoglobulin.  The non-human immunoglobulin

14. Dr. Foote also refers to statements "regarding the importance of framework substitutions" made by PDL "while prosecuting the European counterparts to the patents-in-suit."[29] One of ordinary skill would not have interpreted such statements to override the explicit definition of "humanized immunoglobulin" because claims of European Patent 451216 expressly require framework substitutions whereas the asserted claims of the patents-in-suit do not.

    i. All the claims of the '216 European patent require framework substitutions.[30]

       1. Independent claim 1 requires framework substitutions.[31]

1. The use of at least one amino acid substitution outside of complementarity determining regions (CDR's) as defined by Kabat et al ("Sequences of Proteins of Immunological Interest", Kabat, E., et al., US Department of Health and Human Services, (1983)) together with Chothia et al (Chothia and Lesk, J. Mol. Biol., 196:901-917 (1987)) in the production of a humanized immunoglobulin, wherein said amino acid substitution is from the non-CDR variable region of a non-human donor immunoglobulin, and in which humanized immunoglobulin the variable region amino acid sequence other than the CDR's comprises at least 70 amino acid resicues identical to an acceptor human immunoglobulin variable region amino acid sequence, and the CDR's are from the variable region of said non-human donor immunoglobulin.

       2. Claim 7 requires framework substitutions.[32]

7.  A method of producing a humanized immunoglobulin chain having a framework region from a human acceptor immunoglobulin and complementarity determining regions (CDR's) from a donor immunoglobulin capable of binding to an antigen, said method comprising substituting at least one non-CDR framework amino acid of the acceptor immunoglobulin with a corresponding amino acid from the donor immunoglobulin at a position in the immunoglobulin where:

(a) the amino acid in the human framework region of the acceptor immunoglobulin is rare for said position and the corresponding amino acid in the donor immunoglobulin is common for said position in human immunoglobulin sequences; or

(b) the amino acid is immediately adjacent to one of the CDR's; or

(c) the amino acid is predicted to have a side chain atom capable of interacting with the antigen or with the CDR's of the humanized immunoglobulin.

> 3.  The remaining claims 2-6 and 8-21 depend from claims 1 and 7 and also require framework substitutions.[33]

## IV. "Donor immunoglobulin" in the asserted claims.

15. Drs. Clark and Foote propose that one of ordinary skill would have understood "donor immunoglobulin" to mean a non-human immunoglobulin that provides at least one CDR and at least one framework amino acid to a human acceptor immunoglobulin. That is not correct.

16. Dr. Foote states that "PDL required its claimed humanized immunoglobulins to have at least one amino acid from the donor's framework regions."[34] Dr. Clark states that "PDL's invention must include framework substitutions of the human acceptor with mouse framework amino acids."[35] These statements are not correct. As I explained in my opening declaration, the specifications and file histories make it clear that amino acid substitutions were optional, not required.[36]

17. Dr. Foote also states that limiting the claims to immunoglobulins having framework substitutions "was necessary to get around the work of Dr. Winter's group."[37] PDL did not distinguish the work of Dr. Winter's group only on the basis of framework substitutions. The specification teaches that a novel principle of the patented subject matter is to use a homologous human acceptor. The patents explain that to avoid the problems of the prior art:[38]

> The present invention uses *one or more of the following principles* for designing humanized immunoglobulins. Also, *the criteria may be used singly,* or when necessary in combination, to achieve the desired affinity or other characteristics.
> *A principle is that as acceptor, a framework is used from a particular human immunoglobulin that is particularly homologous to the donor immunoglobulin*…By choosing as the acceptor immunoglobulin one of the human heavy (respectively light) chain variable regions that is most

homologous to the heavy (respectively light) chain variable
regions of the donor immunoglobulin, fewer amino acids
will be changed in going from the donor immunoglobulin
to the humanized immunoglobulin.

18. As I explained in my opening declaration, during prosecution of the patents, PDL did
not argue that the claims all required framework substitutions. PDL explicitly made
the opposite argument in the prosecution of the '762 patent, in order to overcome a
rejection on the basis of Huston et al. PDL argued that the claims of the '762 patent
do not require framework substitutions and that the disclosures of Huston et al. are
not relevant to claims that do not require framework substitutions. The Patent Office
agreed and allowed the claims.

19. Dr. Foote further states that the patents taught that without framework substitutions, a
humanized immunoglobulin "did not work."[39] This is not correct and does not
support Dr. Foote's proposed definition of "donor." In light of the explicit definition
and other portions of the specification, one of ordinary skill in the art would not have
understood framework substitutions to be required from a single experimental
example in which framework substitutions were not made and high affinity was not
achieved.

a. One of ordinary skill would not have interpreted the examples to override the
explicit definition of "donor immunoglobulin" and specific statements in the
specification that framework substitutions are optional, not required. The patents
state that the "examples are offered by way of illustration, not by limitation."[40]

b. A number of researchers have followed the teaching of the patents to create high
affinity humanized immunoglobulins that have homologous frameworks and do
not have framework substitutions. Dr. Queen identified a number of publications
describing such experiments in his declaration to the Patent Office:[41]

███████████████████████████████████
███████████████████████████████

> 11.  The third method of humanizing antibodies is
> described in the subject patent application and in Queen et al.
> This method can be stated as follows:  *transfer the Kabat CDRs plus*
> *amino acids that can contact the CDRs, and/or use a human framework*
> *highly homologous to the mouse antibody.*  This method is the
> currently accepted one, and except for Reichmann et al., all the
> publications in Exhibit 3 utilize it.  For example, Co et al.
> (1991), Gorman et al., Dougherty et al., Routledge et al.,
> Kettleborough et al., Shearman et al. and Co et al. (1992) utilize
> a homologous human framework.  And all the publications in Exhibit
> 3 except for Reichmann et al., Gorman et al., Routledge et al. and
> possibly Dougherty et al. and Maeda et al. (unknown) transfer
> framework amino acids that can contact the CDRs (and are outside of
> Chothia CDR H1).  Hence, most of the publications utilize both
> components of the third method.

   c.  Gorman et.al. and Routledge et al. followed the teaching of the patents by selecting a homologous human acceptor to create a humanized antibody with high affinity, and they did so without incorporating framework amino acid substitutions.[42]

   d.  Dr. Clark is listed as an author on both Gorman et al. and Routledge et al. Both publications describe the antibodies that were produced as "humanized" antibodies.  This supports my opinion that one of ordinary skill in the art would have understood that a "humanized" antibody does not necessarily include framework substitutions.

   e.  A further example is Soliris, the humanized immunoglobulin produced by Alexion.  According to the definition of "CDR" that Drs. Clark and Foote propose, ████████████████████████████[43]  Yet it provides an example of a high-affinity humanized immunoglobulin that employs the patent's teaching of using a high-homology framework.

20. One of ordinary skill in the art would not have understood the definition of "donor immunoglobulin" in the asserted claims to include a requirement of framework substitutions.

## V.  "Human acceptor immunoglobulin" and "acceptor human immunoglobulin" in the asserted claims.

21. Drs. Foote and Clark's opinions that one of ordinary skill would have understood "human acceptor immunoglobulin" and "acceptor human immunoglobulin" in the asserted claims to require framework amino acid substitutions are not correct.

22. Dr. Foote states that "the patent makes clear that the acceptor must also receive at least one amino acid from the donor framework in order to make a high affinity

humanized immunoglobulin."[44] Dr. Clark states that "this term has particularized meaning because the humanized immunoglobulin of PDL's invention must include framework substitutions of the human acceptor with mouse framework amino acids."[45] These statements are not correct. As I explained in my opening declaration, the specifications and file histories make it clear that amino acid substitutions are optional, not required.[46]

23. Dr. Foote states that "Alexion's definition is also supported by the prosecution histories and proceedings on related patents before the European Patent Office. In sum, these show that PDL represented that its invention required the human acceptor immunoglobulin to receive at least one amino acid from the donor.[47] The prosecution histories also show that PDL characterized its humanized immunoglobulins that way in order to avoid the prior art work of Dr Winter's group."[48] Dr. Clark states that "my opinion on the construction of this term takes into account PDL's assertions during prosecution that framework substitutions in the human acceptor immunoglobulin are essential to PDL's invention."[49] These statements are not correct.

24. PDL did not distinguish the work of Dr Winter's group only on the basis of framework substitutions. The specification teaches that a novel principle of the patented subject matter is to use a homologous human acceptor. The patents explain that to avoid the problems of the prior art:[50]

> The present invention uses ***one or more of the following principles*** for designing humanized immunoglobulins. Also, ***the criteria may be used singly,*** or when necessary in combination, to achieve the desired affinity or other characteristics.
> ***A principle is that as acceptor, a framework is used from a particular human immunoglobulin that is particularly homologous to the donor immunoglobulin***…By choosing as the acceptor immunoglobulin one of the human heavy (respectively light) chain variable regions that is most homologous to the heavy (respectively light) chain variable regions of the donor immunoglobulin, fewer amino acids will be changed in going from the donor immunoglobulin to the humanized immunoglobulin.

25. As I explained in my opening declaration, during prosecution of the patents, PDL did not represent that the asserted claims require framework substitutions. PDL explicitly made the opposite argument in the prosecution of the '762 patent, in order to overcome a rejection on the basis of Huston et al. PDL argued that the claims of the '762 patent do not require framework substitutions and that the disclosures of Huston et al. are not relevant to claims that do not require framework substitutions. The Patent Office agreed and allowed the claims.

26. One of ordinary skill in the art would not have understood the definition of "human acceptor immunoglobulin" in the asserted claims to include a requirement of framework substitutions.

## IX.  "Humanized immunoglobulin heavy [light] chain variable region framework" in the asserted claims.

27. Drs. Foote and Clark's opinions that one of ordinary skill in the art would have understood the term to mean a "heavy [light] chain variable region framework of a humanized immunoglobulin wherein one or more amino acids of the human acceptor framework of the humanized immunoglobulin have been replaced by the corresponding amino acid(s) of the donor immunoglobulin" are not correct.[51]

28. Dr. Foote relies upon "PDL's requirement that the claimed humanized immunoglobulins include at least one amino acid from the donor's framework substituted into the acceptor."[52]  Dr. Clark states that "my opinion on the construction of these terms takes into account that PDL's purported invention requires the humanized immunoglobulin of the claims to have a framework substitution of at least one amino acid of the human acceptor immunoglobulin with at least amino acid of the donor immunoglobulin."[53]  This is not correct.  As I explained in my opening declaration and elsewhere in this declaration, one of ordinary skill would not have read "humanized immunoglobulin" or "variable region framework" to require framework substitutions.  That discussion applies here too.  It is clear from the claim language, the specifications, and the file histories that there is no requirement of framework substitutions in the asserted claims.[54]

## VI. "Complementarity determining region" ("CDR") in the asserted claims.

29. Drs. Foote and Clark's opinions that the definition of CDR is "a hybrid of Kabat CDRs plus Chothia CDRs" or CDR comprises "both Kabat and Chothia hypervariable regions" are not correct.[55]

30. One of ordinary skill would not have understood the passages in the specification cited by Drs. Foote and Clark to override the specific definition of CDRs as delineated by the Kabat methodology (as explained in my opening declaration at Opinion 6, ¶¶ C(2)).

    a.  Dr. Foote cites a passage in the specification that "Chothia and Lesk define CDRs differently from Kabat et al.  Notably [Chothia] CDR1 is defined as including residues 26-32."[56]

    b.  The passage cited by Dr. Foote acknowledges the existence of the Chothia approach and incorporates it.  This acknowledgement does not override the explicit definition of CDR in the specification as delineated by the Kabat methodology (as explained in my opening declaration at Opinion 6, ¶¶ C(2)).

c.  Dr. Clark cites a passage in the specification that "The chain all exhibit the same general structure of relatively conserved framework regions joined by three hypervariable regions, also called Complementarity Determining Regions or CDR's (see, "Sequence of Proteins of Immunological Interest," Kabat, E. et al., U.S. Department of Health and Human Services, (1983); and Chothia and Lesk, *J. Mol. Biol.*, 196, 901-917 (1987), which are incorporated herein by reference)."[57]

d.  The passage cited by Dr. Clark appears once in the specification, twelve columns after the definitions sections begins, and is in a discussion of specific anti-IL-2 receptor antibodies, an embodiment of claims that are not asserted.  Given the specification's explicit definition, and the fact that the cited passage does not appear in the discussion of the other disclosed embodiments, it is not correct to opine that one of ordinary skill in the art would have concluded that this isolated passage provides an all-encompassing definition of "CDR" that applies to the asserted claims.  In addition, as discussed in my opening declaration at Opinion 5, ¶ C(4), even though the patents' successful disclosed embodiments are directed to claims requiring framework substitutions that are not asserted, each of the successful disclosed examples define CDR by the Kabat methodology.  To one of ordinary skill in the art, the fact that each of these examples uses the Kabat definition for CDRs would have meant that the cited passage is not a definition that overrides the explicit definition and other portions of the specification.

e.  As discussed in my opening declaration at Opinion 6, ¶¶ C(9),  the patents' discussion of the prior art consistently uses the Kabat methodology.

    i.  The patents state that "[t]he amino acids at several positions in the framework are known to be capable of interacting with the CDRs in many antibodies (Chothia and Lesk, *J. Mol. Biol*. 196, 901 (1987), Chothia et al., *Nature* 342, 877 (1989), and Tramontano et al., *J. Mol. Biol*. 215, 175 (1990), all of which are incorporated herein by reference), notably at positions . . . 26-30, . . . of the heavy chain (numbering according to Kabat, op. cit.), . . ."  '762 Patent Col. 15:16-23.  Amino acids at those positions are outside of the CDRs (i.e., are "in the framework . . . known to be capable of interacting with the CDRs") only if CDR is defined by the Kabat methodology.  If "CDR" is defined as Drs. Foote and Clark propose, ,then those amino acid positions are in the CDR; that is, they are not "in the framework . . . known to be capable of interacting with the CDRs."

    ii.  As discussed in my opening declaration, Riechmann defined CDR by the Kabat methodology, as discussed in my opening declaration (Opinion 6, ¶¶ C(5)(b)(i)).  Jones also applied the Kabat methodology to determine the boundaries of the CDRs (Opinion 6, ¶¶ C(5)(b)(ii)).  Similarly, Verhoeyen applied the Kabat methodology to determine the boundaries of the CDRs (Opinion 6, ¶¶ C(5)(b)(ii)).  Amit and Tramontano also apply the Kabat

12

methodology to define the boundaries of CDR (Opinion 6, ¶¶
C(5)(b)(iii),(iv)).

31. One of ordinary skill at the time would not have understood the sections of the file
histories for the patents-in-suit cited Drs. Foote and Clark to override the specific
definition of CDRs as delineated by the Kabat methodology (as explained in my
opening declaration at Opinion 6, ¶¶ C(2)).

a. Dr. Foote cites Dr. Queen's declaration discussing the Riechmann prior art and
stating that "the final humanized antibody of Riechmann, et al. contains the Kabat
CDRs and the Chothia CDR H1 from the mouse antibody, but no other mouse
amino acids. Hence, the method of humanization utilized in Riechmann et al. can
be stated as: transfer the Kabat CDRs plus the one Chothia CDR that contains
extra amino acids (H1) to a pre-determined human framework."[58] Dr. Clark cites
to the same portion of Dr. Queen's declaration.[59] One of ordinary skill at the time
would not have understood those portions of the file histories to override the
explicit definition of CDRs in the specifications of the patents-in-suit.

   i. In the specification, Dr. Queen and his co-inventors acknowledged the
   existence of the Chothia approach. This acknowledgement does not
   override the explicit definition of CDR in the specification as delineated
   by the Kabat methodology (as explained in my opening declaration at
   Opinion 6, ¶¶ C(2)).

   ii. Dr. Queen's declaration, read as a whole, does not suggest that he was
   trying to distinguish the asserted claims over the prior art. If anything, one
   of ordinary skill in the art would have known from reading that declaration
   that Dr. Queen was not talking about the asserted homology claims when
   discussing Riechmann. The paragraph cited by Drs. Foote and Clark
   discusses a "second method" of humanizing antibodies.[60] Two paragraphs
   later, Dr. Queen discusses a "third method" of humanizing antibodies
   using "a human framework highly homologous to the mouse antibody."[61]
   To one of ordinary skill, this would have suggested that Dr. Queen's
   discussion of CDRs in the "second method" is not directed to the asserted
   homology claims which are the subject of the "third method." Dr. Foote's
   opinion that "PDL disclaimed Kabat CDRs alone as the proper CDR
   definition in order to distinguish its invention from Riechmann" is not
   correct with respect to the asserted claims.[62]

   iii. In addition, Dr. Queen's declaration emphasized the "pre-determined
   human framework," as contrasted to the use of a high-homology
   framework. The homology claims teach the use of a framework with a
   specified high homology – something lacking in the prior art.

b. Dr. Clark also cites PDL's statement in the prosecution history of the '101 patent
that "The position 27 and 30 modifications of Riechmann et al. were in fact

within the Chothia-Lesk H1 CDR, rather than outside this CDR. Moreover, Riechmann et al. provided no suggestion or guidance as to which if any non-CDR positions to substitute, or which amino acids should be put in those positions (see paragraph 26 of the accompanying Queen declaration)." This statement does not override the explicit definition of CDR in the specifications of the patents-in-suit.

    i. The specification points out that Riechmann made amino acid substitutions in the framework, **not** the CDRs, which is consistent with the explicit definition as CDR as delineated by the Kabat methodology:[63]

> Most humanized immunoglobulins that have been previously described (Jones et al., op. cit.; Verhoeyen et al., op. cit.; Riechmann et al., op. cit.) have comprised a framework that is identical to the framework of a particular human immunoglobulin chain, the acceptor, and three CDR's from a non-human donor immunoglobulin chain. **In one case** (**Riechmann** et al., op. cit.), two additional amino acids **in the framework** were changed to be the same as amino acids in other human framework regions.

    ii. In light of the specification, the passage from the '101 prosecution history cited by Dr. Clark distinguishes Riechmann on the grounds that it provided no suggestion or guidance as to [1] which if any non-CDR positions to substitute, or [2] which amino acids should be put in those positions provided.

    iii. The passage's observation that the two amino acid substitutions that Riechmann made were in the Chothia H1 CDR was technically accurate. In light of the specification's statement that that Riechmann made amino acid substitutions in the framework, one of ordinary skill would not have understood this passage to override the explicit definition of CDR in the specifications of the patents-in-suit as delineated by the Kabat methodology.

c. Dr. Clark cites additional PDL statements that "the invention was directed to framework substitutions outside the regions as defined by Chothia and Kabat." He points to a statement that "Riechmann did not teach the importance of changing framework residues outside of the CDR loops . . . as is clearly provided in Applicants' presently pending claims" and another statement that "the contribution [of the invention] involves one or more amino acid substitutions in framework amino acid positions from the non-human donor antibody, which positions are outside the CDRs as defined by Kabat and Chothia."[64] As Dr. Clark opines, the statements are directed to the framework substitution claims, and not to the asserted homology claims. This statement does not override the explicit definition of the CDR in the specifications of the patents-in-suit as delineated by the Kabat methodology.

d. Drs. Foote and Clark also cite PDL's statement in the prosecution history of the '101 parent application that "Riechmann et al. made changes only within the heavy chain CDR loop (Chothia CDR H1), and did not modify or replace any framework residues outside the loop. Riechmann et al. shows only the CDR loop itself, and does not show any so-called packing interactions between the loop and framework residues outside the loop. Thus, Riechmann et al. does not teach the importance, as Appellants have invented, of changing framework residues outside the CDR loops in order to maintain the shape of the CDRs."[65]

e. One of ordinary skill would have read PDL's statement as referring to different claims that explicitly required amino acid substitutions outside of the Kabat and Chothia regions. This statement does not override the explicit definition of CDR in the specifications of the patents-in-suit as delineated by the Kabat methodology.

32. One of ordinary skill would not have understood the phrase "CDRs" to include the Chothia methodology. As discussed in my opening declaration at Opinion 6, ¶¶ C(7), the Chothia methodology failed to settle on one, clear definition of CDR boundaries and failed to supplant the Kabat definition. The concept that a "CDR" might also include the Chothia methodology was not reflected in contemporaneous dictionaries such as Rosen (1989) and Rosen (1993).[66]

33. One of ordinary skill would not have understood the sections of the opposition proceedings from the European Patent Office to override the specific definition of CDRs as delineated by the Kabat methodology (as explained in my opening declaration at Opinion 6, ¶¶ C(2)).

a. Dr. Foote describes Alexion's proposed construction of CDR as Kabat plus Chothia to be "the same definition of 'CDR' that PDL adopted in the European Patent Office."[67]

b. Dr. Clark states that it "is my recollection that in the prosecution of its European patents, PDL took the position that the term CDRs meant Kabat together with Chothia, which is the opposite definition that it proposes in this litigation. This litigation is confirmed by a review of the file history of PDL European patent EP 451216."[68]

c. Drs. Foote and Clark's discussions of these sections draws an incorrect conclusion. The claims and specifications of the '216 patent are different than the claims and specifications of the patents-in-suit. One of ordinary skill would not have understood PDL's statements to the European Patent Office as to the '216 patent to override the specific definition of CDRs as delineated by the Kabat methodology.

i. The asserted claims of the patents-in-suit are different from the claims of the '216 European patent.

15

1. None of the asserted claims define CDR as Kabat together with Chothia. By contrast, claim 1 of the '216 patent expressly defines CDRs as Kabat together with Chothia:[69]

1. The use of at least one amino acid substitution outside of complementarity determining regions (CDR's) as defined by Kabat et al ("Sequences of Proteins of Immunological Interest". Kabat, E., et al., US Department of Health and Human Services, (1983)) together with Chothia et al (Chothia and Lesk, J. Mol. Biol., 196:901-917 (1987)) in the production of a humanized immunoglobulin, wherein said amino acid substitution is from the non-CDR variable region of a non-human donor immunoglobulin, and in which humanized immunoglobulin the variable region amino acid sequence other than the CDR's comprises at least 70 amino acid resicues identical to an acceptor human immunoglobulin variable region amino acid sequence, and the CDR's are from the variable region of said non-human donor immunoglobulin.

2. None of the asserted claims require framework substitutions. By contrast, all the claims of the '216 European patent require framework substitutions.[70]

   a. Independent claim 1 requires framework substitutions.[71]

1. The use of at least one amino acid substitution outside of complementarity determining regions (CDR's) as defined by Kabat et al ("Sequences of Proteins of Immunological Interest", Kabat, E., et al., US Department of Health and Human Services, (1983)) together with Chothia et al (Chothia and Lesk, J. Mol. Biol., 196:901-917 (1987)) in the production of a humanized immunoglobulin, wherein said amino acid substitution is from the non-CDR variable region of a non-human donor immunoglobulin, and in which humanized immunoglobulin the variable region amino acid sequence other than the CDR's comprises at least 70 amino acid resicues identical to an acceptor human immunoglobulin variable region amino acid sequence, and the CDR's are from the variable region of said non-human donor immunoglobulin.

   b. Claim 7 requires framework substitutions.[72]

7. A method of producing a humanized immunoglobulin chain having a framework region from a human acceptor immunoglobulin and complementarity determining regions (CDR's) from a donor immunoglobulin capable of binding to an antigen, said method comprising substituting at least one non-CDR framework amino acid of the acceptor immunoglobulin with a corresponding amino acid from the donor immunoglobulin at a position in the immunoglobulins where:

   (a) the amino acid in the human framework region of the acceptor immunoglobulin is rare for said position and the corresponding amino acid in the donor immunoglobulin is common for said position in human immunoglobulin sequences; or

   (b) the amino acid is immediately adjacent to one of the CDR's; or

   (c) the amino acid is predicted to have a side chain atom capable of interacting with the antigen or with the CDR's of the humanized immunoglobulin.

   c. The remaining claims 2-6 and 8-21 depend from claims 1 and 7 and also require framework substitutions.[73]

ii. The specifications of the patents-in-suit are different from the claims of the specification of the '216 European patent.

1. As discussed in my opening declaration, the specifications of the patents-in-suit explicitly define CDR according to Kabat.[74]

> An immunoglobulin light or heavy chain variable region consists of a "framework" region interrupted by three hyper-variable regions, also called CDR's. The extent of the framework region and CDR's have been precisely defined (see, "Sequences of Proteins of Immunological Interest," E. Kabat et al., U.S. Department of Health and Human Services, (1983); which is incorporated herein by reference).

2. By contrast, the specification of the '216 patent explicitly defines CDR according to Kabat together with Chothia on page 3, lines 29-32.[75]

Summary of the Invention

The invention provides the use of at least one amino acid substitution outside of complementarity determining regions (CDR's) as defined by Kabat et al ("Sequences of Proteins of Immunological Interest", Kabat, E., et al., US Department of Health and Human Services, (1983)) together with Chothia et al (Chothia and Lesk, J. Mol. Biol., 196:901-917 (1987)) in the production of a humanized immunoglobulin, wherein said at least one amino acid substitution is from the non-CDR variable region of a non-human donor immunoglobulin, and in which humanized immunoglobulin the variable region amino acid sequence other than the CDR's comprises at least 70 amino acid residues identical to an acceptor human immunoglobulin variable region amino acid sequence, and the CDR's are from the variable region of said non-human donor immunoglobulin.

iii. Aside from the differences in claims and specifications between the '216 patent and the patents-in-suit, the explicit definition in the '216 patent does not inform the meaning of the "CDR" because the definition was introduced on August 26, 1994 in the '216 patent application, which is after the relevant time period for the patents-in-suit.[76]

```
By referring to the citation of documents (15) and (28)
on pages 9 to 10 of the application as originally
filed, the Appellants, in order to distinguish the
claimed subject-matter from the disclosure in document
(36), on 26 August 1994 (see page 3, third full
paragraph of the letter) introduced a definition of
CDRs into the description and into independent claim 1,
according to which this term is to be understood "..as
defined by Kabat et al... together with Chotia et
al..." (emphases added by the Board).
```

34. Dr. Clark relies on PDL's statements to the EPO, including "representations to the EPO that each of [PDL's] four experts would interpret the term CDRs as meaning Kabat CDRs together with the regions of Chothia."[77] One of ordinary skill would not have understood these statements to override the specific definition of CDRs as

17

delineated by the Kabat methodology (as explained in my opening declaration at Opinion 6, ¶¶ C(2)).

    a.   PDL's experts were referring the meaning of the term CDRs in the claims of the '216 patent, which, as discussed above, were different than the asserted claims of the patents-suit. As discussed above, the specification of the '216 patent is also different from the specifications of the patents-in-suit. In light of those differences, PDL's statements in the '216 patent proceedings do not override the explicit definition of "CDR" in the specifications of the patents-in-suit.

35. Dr. Clark refers to the European opposition proceedings relating to EP 0 682 040 A1.[78] However, he does not point to any statements in the those proceedings which support his position. One of ordinary skill would not have understood anything in these proceedings or the specification of the '040 patent[79] to override the specific definition of CDRs as delineated by the Kabat methodology (as explained in my opening declaration at Opinion 6, ¶¶ C(2)).

## X. "Hypervariable Regions"

36. My opinions are limited to what I have been informed are the asserted claims. I understand that the term "hypervariable regions" does not appear in the asserted claims. I have not been asked to give, and have not reached, any opinion about the meaning of this term.

## VI. "Synthesizing a [the] DNA segment encoding a humanized heavy [light] chain variable region"

37. Drs. Clark and Foote propose that one of skill in the art would define the term "Synthesizing a [the] DNA segment encoding the humanized heavy [light] chain variable region" to mean "producing a polynucleotide encoding the entire humanized heavy [light] chain variable region by synthesizing de novo and ligating oligonucleotides."[80] That is not correct.

38. Drs. Clark and Foote did not identify any claim language that supports their proposed definition. The claims do not distinguish between different methods of producing polynucleotides encoding humanized immunoglobulins. The claims use the phrases "synthesizing the DNA segment" and "providing a cell containing DNA segments." However, one of ordinary skill would have understood that these phrases describe separate steps in the production of humanized immunoglobulins, not separate methods. This is shown in claim 1 of the 370 patent, which requires both steps:

> 1. A method of producing a humanized immunoglobulin which specifically binds to an antigen, the method comprising:
>
> **providing a cell containing DNA segments** encoding humanized light and heavy chain variable regions; and

expressing the DNA segments in the cell to produce the
humanized immunoglobulin;

wherein **the cell containing the DNA segments was
produced by**:

(1) comparing the sequence of a donor immunoglobulin
heavy chain variable region against a collection of
sequences of human heavy chain variable regions;

(2) selecting a human heavy chain variable region from the
collection of human heavy chain variable regions to
provide an acceptor heavy chain variable region, wherein
the selected variable region framework is at least 65%
identical to the donor immunoglobulin heavy chain variable
region framework, wherein percentage sequence identity is
determined by aligning amino acids in said frameworks by
Kabat numbering;

(3) **synthesizing the DNA segment** encoding the
humanized heavy chain variable region, comprising
complementarity determining regions (CDRs) from the
donor immunoglobulin heavy chain variable region and a
variable region framework from the selected acceptor
heavy chain variable region;

(4) introducing the DNA segment encoding the humanized
immunoglobulin heavy chain variable region and the DNA
segment encoding the humanized immunoglobulin light
chain variable region into the cell,

wherein the humanized immunoglobulin heavy chain variable
region framework comprises at least 70 amino acid residues
identical to those in the acceptor immunoglobulin heavy chain
variable region framework.

39. Drs. Clark and Foote cite to the specification to support their position.[81]   They are not
correct.  One of ordinary skill would not have understood the specification to require
"synthesizing de novo and ligating oligonucleotides."  Drs. Clark and Foote quote the
following statement in the specification:[82]

Once designed, the immunoglobulins, including binding fragments and
other immunoglobulin forms, of the present invention may be produced
readily by a *variety* of recombinant DNA or other techniques.  **Preferably,**
polynucleotides encoding the desired amino acid sequences are produced
synthetically and by joining appropriate nucleic acid sequences, with
ultimate expression in transfected cells.

40. This statement makes it clear that the claims are not to be limited to "synthetic" production of DNA, because the specification states that it is only ***preferable*** to produce polynucleotides synthetically.

41. Drs. Clark and Foote equate "produced synthetically" with "synthesizing." This is contrary to the understanding of one of ordinary skill in the art at the time. Dr. Foote quotes language in the specification that distinguishes between producing polynucleotides synthetically and by other methods, and draws the conclusion that the specification therefore distinguishes "synthesizing" from other methods.[83] That is not correct. One of ordinary skill in the art would have understood that "produced synthetically" and "synthesizing" differ substantially in meaning. One of ordinary skill would also have understood that "synthetic" implies an artificial means of production, whereas "synthesis" and "synthesizing" are broader and encompass artificial **and** biological processes.

42. Drs. Clark and Foote acknowledge that "synthesis of DNA" and "synthesizing (of DNA)" would have been understood to mean "building (i.e. polymerization manufacture) of a known sequence of nucleotides into a chain called an oligonucleotide . . . or DNA." Clark Decl. at ¶ 73; Foote Decl. at ¶ 72. This supports my opinion that one of ordinary skill in the art would have understood that "synthesizing" is synonymous with "producing" a polynucleotide and is not limited to "synthetic" production.

43. The definition proposed by Drs. Clark and Foote is also unlikely in that one of ordinary skill would not have known whether the entire DNA segment must be "synthesized de novo," or whether part may be produced by enzymatic extension, using another oligonucleotide as a template. If it is understood to mean that the entire DNA segment must be formed from oligonucleotides that are synthesized de novo and ligated (joined) together, then the definition does not describe the method employed in the specification, contrary to the opinion of Dr. Foote.[84] The experimental section of the specification clearly shows that part of the complete polynucleotide encoding each humanized immunoglobulins is produced by an enzyme, DNA polymerase, that extends each oligonucleotide using another oligonucleotide as a template. [85] This is not "synthesizing de novo."

4° C. To synthesize the complete gene from the oligonucle-otides by synthesizing the opposite strand of each oligonucleotide, the following components were added in a final volume of 100 ul:

| | |
|---|---|
| 10 ul | annealed oligonucleotides |
| 0.16 mM each | deoxyribonucleotide |
| 0.5 mM | ATP |
| 0.5 mM | DTT |
| 100 ug/ml | BSA |
| 3.5 ug/ml | T4 g43 protein (DNA polymerase) |
| 25 ug/ml | T4 g44/62 protein (polymerase accessory protein) |
| 25 ug/ml | 45 protein (polymerase accessory protein) |

44. Dr. Clark's declaration opines that the skilled artisan would have had no choice but to synthesize oligonucleotides de novo because, "at the time of the invention, the routine sequencing of DNA by polymerase chain reaction ("PCR") and other automated methods was just coming of age, and DNA or RNA sequences of antibody proteins were not commercially available."[86]  But PCR technique was known and in use at the time and the specifications of the patents-in-suit state that, using this technique, DNA segments encoding immunoglobulins could be readily obtained:

## Cloning of Heavy Chain and Light Chain cDNA

cDNAs for the heavy chain and light chain variable domain genes were cloned using anchored polymerase chain reactions (E. Y. Loh et al., *Science* 243, 217 (1989)), using 3' primers that hybridized to the constant regions and contained HindIII sites, and 5' primers that hybridized to the dG tails and contained EcoRI sites (scheme shown in FIG. 14). The PCR amplified fragments were digested with EcoRI and HindIII and cloned into the pUC19 vector for sequenc-ing. For mik-β1, two gamma-2a specific and two kappa specific clones were sequenced. The two gamma-2a clones and two kappa clones are respectively identical in sequence.

45. The inventors utilized this technique to obtain antibody DNA sequences in examples 3, 5, 6, 7, 8 and 9.[87]  Reading the specifications of the patents-in-suit, one of ordinary skill in the art would have understood that techniques and resources were available to produce polynucleotides by a variety of methods, and that producing polynucleotides was not limited to "synthesizing de novo."

        I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

        Executed on June 11, 2008, at Seattle, Washington.

_____
Roland K. Strong, Ph.D.

_____

[1] Foote Decl. at ¶ 15.

[2] Clark Decl. at ¶ 20.

[3] Queen resume at PDL-A 0001758 (Ex. 1).

[4] Strong Decl. at ¶¶ V-VI.

[5] Queen resume at PDL-A 0001758 (Ex. 1).

[6] Paul H. Dear, "Techniques for manipulating large DNA," Ph.D. Thesis – University of Oxford (1989) at PDL-A 0243638-0243639 (Ex. 2).

[7] Foote Decl. at ¶ 42.

[8] Clark Decl. at ¶ 46.

[9] Clark Decl. at ¶ 46.

[10] Strong Opening Decl. at pp. 15-16.

[11] 761 Patent, Col. 12:29-43 (Strong Opening Decl. Ex. 10).

[12] *Id.*, Col. 13:1-9.

[13] Foote Decl. at ¶ 49.

[14] Strong Opening Decl. at pp. 19-21.

[15] 761 Patent, Col. 37:66-67 (Strong Opening Decl. Ex. 10).

[16] '101 Patent File History at PDL-A 0001739-0001778 (Ex. 3).

[17] Gorman et al., "Reshaping a therapeutic CD4 antibody," Proc. Natl. Acad. Sci. 88:4181-4185 (1991) ("Gorman") at PDL-A 0020869-0020873 (Ex. 4); Routledge et al., "A humanized monovalent CD3 antibody which can activate homologous complement,"

[BLACK REDACTION BAR]

---

Eur. J. Immunol. 21: 2717-2725 (1991) ("Routledge") at PDL-A 0020683-0020691 (Ex. 5).

[18] [BLACK REDACTION BAR]

[19] Foote Decl. at ¶ 48.

[20] '762 Patent File History at PDL-A 0002936 (Ex. 7).

[21] *Id*. at PDL-A 0002934-0002941.

[22] *Id*. at PDL-A 0003010.

[23] Foote Decl. at ¶ 47; Clark Decl. at ¶ 52.

[24] U.S. Patent Application No. 07/290,975 at PDL-A 0001153-56 (Ex. 13).

[25] Clark Decl. at ¶ 54.

[26] Foote Decl. at ¶ 47.

[27] '101 Patent File History at PDL-A 0001804-0001829 (Ex. 3).

[28] *Id*. at PDL-A 0001339.

[29] Foote Decl. at ¶ 50.

[30] European Patent No. 0 451 216 ("'216 Patent") at PDL-A 0016353-0016377 (Ex. 9).

[31] *Id*. at PDL-A 0016365.

[32] *Id*. at PDL-A 0016366.

[33] *Id*. at PDL-A 0016365-0016366.

[34] Foote Decl. at ¶ 54.

[35] Clark Decl. at ¶ 60.

[36] Opening Decl at pp. 19-21.

[37] Foote Decl. at ¶ 55

[38] '761 Patent, Col. 13:1-9 (Strong Opening Decl. Ex. 10).

[39] Foote Decl. at ¶ 56

[REDACTED]

[40] '761 Patent, Col 37:66-67 (Strong Opening Decl. Ex. 10).

[41] '101 Patent File History at PDL-A 0001744 (Ex. 3).

[42] Gorman at PDL-A 0020869-0020873 (Ex. 4);  Routledge PDL-A 0020683-0020691 (Ex. 5).

[43] [REDACTED]

[44] Foote Decl. at ¶ 59.

[45] Clark Decl. at ¶ 63.

[46] Strong Opening Decl. at pp. 19-21.

[47] *See e.g.*, Foote Decl. Ex. J at p. 15.

[48] Foote Decl. at ¶ 60.

[49] Clark Decl. at ¶ 64.

[50] '761 Patent, Col. 13:1-9 (Strong Opening Decl. Ex. 10).

[51] Foote Decl. at ¶¶ 62-63; Clark Decl. at ¶ 65.

[52] Foote Decl. at ¶ 64.

[53] Clark Decl. at ¶ 66.

[54] Strong Opening Decl. at p 14, 18-22, 46-50.

[55] Foote Decl. at ¶ 33; Clark Decl. at ¶ 30.

[56] Foote Decl. at ¶ 33.

[57] Clark Decl. at ¶ 30.

[58] Foote Decl. at ¶ 36.

[59] Clark Decl. at ¶ 32.

[60] '101 Patent File History at PDL-A 0001742-0001743 (Ex. 3).

[61] *Id*. at PDL-A 0001744.

[62] Foote Decl. at ¶ 36.

---

[63] '762 Patent, Col. 12:29-37 (Strong Opening Decl. Ex. 12).

[64] Clark Decl. at ¶¶ 31-35.

[65] Foote Decl. at ¶ 36; Clark Decl. at ¶¶ 33.

[66] F. Rosen, *Dictionary of Immunology* (1989) ("Rosen 1989") at PDL-A 0243630-0243632 (Ex. 10); F. Rosen, *Dictionary of Immunology* (1993) ("Rosen 1993") at PDL-A 0243635-0243637 (Ex. 11).

[67] Foote Decl. at ¶ 37.

[68] Clark Decl. at ¶ 36.

[69] '216 Patent at PDL-A 0016365 (Ex. 9).

[70] *Id.* at PDL-A 0016353-0016377.

[71] *Id.* at PDL-A 0016365.

[72] *Id.* at PDL-A 0016366.

[73] *Id.* PDL-A 0016365-0016366.

[74] Strong Decl. at Opinion 6, ¶¶ C(2).

[75] '216 Patent at PDL-A 0016355 (Ex. 9).

[76] '216 Patent Application at PDL-A 0042540 (Ex. 12).

[77] Clark Decl. at ¶¶ 38, 39.

[78] Clark Decl. at ¶ 36.

[79] European Patent No. 0 682 040 at PDL-A 0016477-0016500 (Ex. 8).

[80] Foote Decl. at ¶ 69, Clark Decl. at ¶ 73.

[81] Foote Decl. at ¶ 73, Clark Decl. at ¶ 74.

[82] '762 Patent, Col. 3:44-50 (Strong Opening Decl. Ex. 12).

[83] Foote Decl. at ¶ 74.

[84] Foote Decl. at ¶¶ 73-76.

[85] '761 patent, Col. 39:34-49 (Strong Opening Decl. Ex. 10).

---

[86] Clark Decl. at ¶ 75.

[87] '761 patent, Col. 43:43-52, Col. 50:57-67, Col. 53:51-65, Col. 58:51-60 (Strong Opening Decl. Ex. 10).

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 13, 2008, I electronically filed the

foregoing with the Clerk of the Court using CM/ECF, which will send notification of such

filing(s) to the following:

Josy W. Ingersoll

I also certify that copies were caused to be served on June 13, 2008, upon the

following in the manner indicated:

### BY HAND

Josy W. Ingersoll
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Flr.
Wilmington, DE   19801

### BY EMAIL

Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
Kirkland & Ellis
153 East 53rd Street
New York, NY   10022-4611

/s/  Karen Jacobs Louden

_____
Karen Jacobs Louden

Exhibit 1

**EXHIBIT 1**

### CARY L. QUEEN

Protein Design Labs, Inc.
2375 Garcia Avenue
Mountain View, CA 94043
(415) 903-3700

**EDUCATION:**

| | |
|---|---|
| 1971-1975 | UNIVERSITY OF CALIFORNIA, Berkeley, CA<br>Ph.D., Mathematics<br>Thesis Advisor: Dr. Andrew Ogg<br>Thesis Topic: p-adic L-functions |
| 1968-1971 | COLUMBIA UNIVERSITY, New York, NY<br>B.A. Mathematics summa cum laude |

**PROFESSIONAL EXPERIENCE:**

| | |
|---|---|
| 1989 -present | PROTEIN DESIGN LABS, INC., Palo Alto, CA<br>Vice President, Research |
| 1987-1988 | PROTEIN DESIGN LABS, INC., Palo Alto, CA<br>Scientific Director |
| 1982-1986 | NATIONAL CANCER INSTITUTE, Bethesda, MD<br>Independent Investigator, Laboratory of Biochemistry<br>Research area: Immunoglobulin gene expression |
| 1981-1982 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY, Cambridge, MA<br>NIH Postdoctoral Fellow, Center for Cancer Research<br>Research Advisor: Dr. David Baltimore<br>Research Area: Immunoglobulin gene expression |
| 1978-1981 | NATIONAL CANCER INSTITUTE, Bethesda, MD<br>Staff Fellow, Laboratory of Biochemistry<br>Research Advisors: Dr. Maxine Singer & Dr. Martin Rosenberg<br>Research Areas: Regulation of transcription and translation |
| 1975-1978 | CORNELL UNIVERISTY, Ithaca, NY<br>Assistant Professor, Department of Mathematics<br>Research Areas: Algebraic Number Theory, Computer Analysis of DNA |
| 1971-1975 | UNIVERSITY OF CALIFORNIA, Berkeley<br>Woodrow Wilson and National Science Foundation Pre-doctoral<br>Fellow, Department of Mathematics<br>Research Area: Algebraic Number Theory |

Exhibit 2

P. H. DEAR

D. PHIL. THESIS

1989

M.D.Phil
c 1915

RADCLIFFE SCIENCE LIBRARY
PARKS ROAD, OXFORD
OX1 3QP

PDL-A 0243638

# TECHNIQUES FOR MANIPULATING LARGE DNA

by

Paul H. Dear

Brasenose College
University of Oxford

Submitted for the degree
of Doctor of Philosophy
Trinity, 1989



PDL-A 0243639

# REVISED EXHIBIT 3



07 634278

Attorney Docket No. 11823-26



# PATENT APPLICATION

### IMPROVED HUMANIZED IMMUNOGLOBULINS

Inventor:

Cary L. Queen, a U.S. citizen residing in Los
Altos, California;

Man Sung Co, a citizen of Hong Kong residing in
Cupertino, California

William P. Schneider, a U.S. citizen residing in
Mountain View, California;

Nicholas F. Landolfi, a U.S. citizen residing in
Milpitas, California;

Kathleen L. Coelingh, a U.S. citizen residing in
San Francisco, California; and

Harold E. Selick, a U.S. citizen residing in
Belmont, California

TOWNSEND and TOWNSEND
Steuart Street Tower, 20th Floor
One Market Plaza
San Francisco, California 94105
(415) 324-2600

PDL-A 0001312

07 634278

11823-26

# IMPROVED HUMANIZED IMMUNOGLOBULINS

## CROSS-REFERENCE TO RELATED APPLICATIONS

5      This is a continuation-in-part application of commonly
assigned patent application U.S.S.N. 07/590,274, filed
September 28, 1990 and of U.S.S.N. 07/310,252, filed February
13, 1989, which is a continuation-in-part of U.S.S.N.
10     07/290,975, filed December 28, 1988.  All of these
applications are specifically incorporated herein by
reference.

## Field of the Invention

15     The present invention relates generally to the
combination of recombinant DNA and monoclonal antibody
technologies for developing novel therapeutic agents and,
more particularly, to the production of non-immunogenic
antibodies having strong affinity for a predetermined
20     antigen.

1

PDL-A 0001313

07 634278

## Background of the Invention

The advent of monoclonal antibody technology in the mid 1970's heralded a new age of medicine. For the first time, researchers and clinicians had access to essentially
5    unlimited quantities of uniform antibodies capable of binding to a predetermined antigenic site and having various immunological effector functions. These proteins, known as "monoclonal antibodies" were thought to hold great promise in, e.g., the removal of harmful cells in vivo. Indeed, the
10   clinical value of monoclonal antibodies seemed limitless for this use alone.

Unfortunately, the development of appropriate therapeutic products based on these proteins has been severely hampered by a number of drawbacks inherent in
15   monoclonal antibody production. For example, most monoclonal antibodies are mouse derived, and thus do not fix human complement well. They also lack other important immunoglobulin functional characteristics when used in humans.

20   Perhaps most importantly, non-human monoclonal antibodies contain substantial stretches of amino acid sequences that will be immunogenic when injected into a human patient. Numerous studies have shown that after injection of a foreign antibody, the immune response mounted by a patient
25   can be quite strong, essentially eliminating the antibody's therapeutic utility after an initial treatment. Moreover, as increasing numbers of different mouse or other antigenic (to humans) monoclonal antibodies can be expected to be developed to treat various diseases, after one or several treatments
30   with any non-human antibodies, subsequent treatments, even for unrelated therapies, can be ineffective or even dangerous in themselves, because of cross-reactivity.

While the production of so called "chimeric antibodies" (e.g., mouse variable regions joined to human
35   constant regions) has proven somewhat successful, a significant immunogenicity problem remains. Moreover, efforts to immortalize human B-cells or generate human hybridomas capable of producing human immunoglobulins against

2           11823-9-1

PDL-A 0001314

a desired antigen have been generally unsuccessful, particularly with many important human antigens. Most recently, recombinant DNA technology has been utilized to produce immunoglobulins which have human framework regions combined with complementarity determining regions (CDR's) from a donor mouse or rat immunoglobulin (see, e.g., EPO Publication No. 0239400, which is incorporated herein by reference). These new proteins are called "reshaped" or "humanized" immunoglobulins and the process by which the donor immunoglobulin is converted into a human-like immunoglobulin by combining its CDR's with a human framework is called "humanization". Humanized antibodies are important because they bind to the same antigen as the original antibodies, but are less immunogenic when injected into humans.

However, a major problem with present humanization procedures has been a loss of affinity for the antigen (Jones et al., Nature, 321, 522-525 (1986)), in some instances as much as 10-fold or more, especially when the antigen is a protein (Verhoeyen et al., Science, 239, 1534-1536 (1988)). Loss of any affinity is, of course, highly undesirable. At the least, it means that more of the humanized antibody will have to be injected into the patient, at higher cost and greater risk of adverse effects. Even more critically, an antibody with reduced affinity may have poorer biological functions, such as complement lysis, antibody-dependent cellular cytotoxicity, or virus neutralization. For example, the loss of affinity in the partially humanized antibody HuVHCAMP may have caused it to lose all ability to mediate complement lysis (see, Riechmann et al., Nature, 332, 323-327 (1988); Table 1).

Thus, there is a need for improved means for producing humanized antibodies specifically reactive with strong affinity to a predetermined antigen. These humanized immunoglobulins should remain substantially non-immunogenic in humans, yet be easily and economically produced in a manner suitable for therapeutic formulation and other uses. The present invention fulfills these and other needs.

3                                    11823-9-1

## Summary of the Invention

The present invention provides novel methods for
preparing humanized immunoglobulin chains having generally
5    one or more complementarity determining regions (CDR's) from
a donor immunoglobulin and a framework region from a human
immunoglobulin.  The preferred methods comprise first
comparing the framework or variable region amino acid
sequence of the donor immunoglobulin to corresponding
10    sequences in a collection of human immunoglobulin chains, and
selecting as the human immunoglobulin one of the more
homologous sequences from the collection.  The human
immunoglobulin, or acceptor immunoglobulin, sequence is
typically selected from a collection of at least 10 to 20
15    immunoglobulin variable region sequences, and usually will
have the highest homology to the donor immunoglobulin
sequence of any sequence in the collection.  The human
immunoglobulin framework sequence will typically have about
65 to 70% homology or more to the donor immunoglobulin
20    framework sequences.  The donor immunoglobulin may be either
a heavy chain or light chain, and the human collection will
contain the same kind of chain.  A humanized light and heavy
chain can be used to form a complete humanized immunoglobulin
or antibody, having two light/heavy chain pairs, with or
25    without partial or full-length human constant regions.

To form the humanized variable region, amino acids
in the human acceptor sequence will be replaced by the
corresponding amino acids from the donor sequence if they are
in the category

30        (1) the amino acid is in a CDR.

In another embodiment of the present invention,
either in conjunction with the above comparison step or
separately, additional amino acids in the acceptor
immunoglobulin chain may be replaced with amino acids from
35    the CDR-donor immunoglobulin chain.  More specifically,
further optional substitutions of a human framework amino
acid of the acceptor immunoglobulin with the corresponding
amino acid from a donor immunoglobulin will be made at

4

PDL-A 0001316

positions which fall in one or more of the following categories:

(2)  the amino acid in the human framework region of the acceptor immunoglobulin is rare for that position and the corresponding amino acid in the donor immunoglobulin is common for that position in human immunoglobulin sequences; or

(3)  the amino acid is immediately adjacent to one of the CDR's; or

(4) the amino acid is predicted to be within about 3Å of the CDR's in a three-dimensional immunoglobulin model and capable of interacting with the antigen or with the CDR's of the donor or humanized immunoglobulin.

Moreover, an amino acid in the acceptor sequence may optionally be replaced with an amino acid typical for human sequences at that position if

(5)  the amino acid in the acceptor immunoglobulin is rare for that position and the corresponding amino acid in the donor immunoglobulin is also rare, relative to other human sequences.

The humanized immunoglobulin chain will typically comprise at least about 3 amino acids from the donor immunoglobulin in addition to the CDR's, usually at least one of which is immediately adjacent to a CDR in the donor immunoglobulin.  The heavy and light chains may each be designed by using any one or all three of the position criteria.

When combined into an intact antibody, the humanized light and heavy chains of the present invention will be substantially non-immunogenic in humans and retain substantially the same affinity as the donor immunoglobulin to the antigen (such as a protein or other compound containing an epitope).  These affinity levels can vary from about $10^8$ $M^{-1}$ or higher, and may be within about 4 fold, preferably within about 2 fold of the donor immunoglobulin. Ideally, the humanized antibodies will exhibit affinity levels at least about 60 to 90% of the donor immunoglobulin's original affinity to the antigen.

PDL-A 0001317

Once designed, the immunoglobulins, including binding fragments and other immunoglobulin forms, of the present invention may be produced readily by a variety of recombinant DNA or other techniques. Preferably,
5 polynucleotides encoding the desired amino acid sequences are produced synthetically and by joining appropriate nucleic acid sequences, with ultimate expression in transfected cells. Notably, the methods of the present invention maximize the likelihood of producing humanized
10 immunoglobulins with optimum binding characteristics without the need for producing intermediate forms that may display stepwise improvements in binding affinity. The humanized immunoglobulins will be particularly useful in treating human disorders susceptible to monoclonal antibody therapy, but
15 find a variety of other uses as well.

BRIEF DESCRIPTION OF THE FIGURES

Figure 1. Amino acid sequences (1-letter code) of the light chain (A) and heavy chain (B) variable regions of
20 the mouse anti-Tac antibody (upper lines), compared with the human Eu antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the Eu antibody framework replaced with mouse amino acids in the humanized antibody are double underlined.
25 The number of the first position on each line is given on the left.

Figure 2. Amino acid sequences (1-letter code) of the light chain (A) and heavy chain (B) variable regions of
30 the mouse Fd79 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences. The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double
35 underlined. The number of the first position on each line is given on the left.

6                              11823-9-1

PDL-A 0001318

Figure 3.  Amino acid sequences (1-letter code) of the light chain (A) and heavy chain (B) variable regions of the mouse Fd138-80 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences.  The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined.  The number of the first position on each line is given on the left.

Figure 4.  Amino acid sequences (1-letter code) of the light chain (A) and heavy chain (B) variable regions of the mouse M195 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences.  The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined.  The number of the first position on each line is given on the left.

Figure 5.  Amino acid sequences (1-letter code) of the light chain (A) and heavy chain (B) variable regions of the mouse mik-β1 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences.  The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double underlined.  The number of the first position on each line is given on the left.

Figure 6.  Amino acid sequences (1-letter code) of the light chain (A) and heavy chain (B) variable regions of the mouse CMV5 antibody (upper lines), compared with the humanized antibody (lower lines), not including signal sequences.  The three CDR's in each chain are underlined. Residues in the humanized antibody framework replaced with mouse amino acids or typical human amino acids are double

7                      11823-9-1

PDL-A 0001319

underlined.  The number of the first position on each line is
given on the left.

Figure 7.  Fluorocytometry of HUT-102 and Jurkat
cells stained with anti-Tac antibody or humanized anti-Tac
antibody followed respectively by fluorescein-conjugated goat
anti-mouse Ig antibody or goat anti-human Ig antibody, as
labeled.  In each panel, the dotted curve shows the results
when the first antibody was omitted, and the solid curve the
results when the first and second (conjugated) antibodies
were included as described.

Figure 8.  (A) Fluorocytometry of HUT-102 cells
stained with 0-40 ng of anti-Tac as indicated, then with
biotinylated anti-Tac, and then with phycoerythrin-conjugated
avidin.  (B) Fluorocytometry of HUT-102 cells stained with
the indicated antibody, then with biotinylated anti-Tac, and
then with phycoerythrin-conjugated avidin.

Figure 9.  Schematic diagram of the plasmids pVg1
(A) and pVk (B).  The plasmid pVg1 was constructed from the
following fragments: an approximately 4850 base pair BamHI-
EcoRI fragment from the plasmid pSV2hph containing the amp
and hyg genes; a 630-pb fragment containing the human
cytomegalovirus IE1 gene promoter and enhancer flanked at the
5' and 3' by EcoR1 and Xba1 linkers respectively; and a 2800
bp XbaI-BamHI fragment containing the human gamma-1 constant
region gene with 215 bp of the preceding intron and the
poly(A) signal.  The plasmid pVk was similarly constructed,
with a 1530-bp human kappa constant region gene replacing the
gamma-1 gene and the gpt replacing the hyg gene.

Figure 10.  Amino acid sequences of the heavy (A)
and light (B) chain variable regions of the PDL and CDR-only
humanized anti-Tac antibodies.  The PDL sequence is shown on
the upper line, the CDR-only sequence below.  Amino acid
differences are boxed.  Complementarity Determining Regions
(CDR's) are underlined.

8                    11823-9-1

Figure 11. Double-stranded DNA sequence of
fragments encoding the heavy (A) and light (B) chain variable
regions of the CDR-only humanized anti-Tac antibody including
5    signal sequences. Oligonucleotides used for gene synthesis
are marked by solid lines: above, for oligonucleotides from
upper strand, and below, for oligonucleotides from lower
strand. Restriction sites used for cloning are underlined.

10    Figure 12. FACS analysis of HUT-102 cells stained
with PDL and CDR-only humanized anti-Tac antibodies and
negative control antibody Fd79.

Figure 13. Competition by mouse, PDL humanized,
15    and CDR-only humanized anti-Tac antibodies with binding of
radioiodinated mouse anti-Tac antibody to HUT-102 cells.

Figure 14. Scheme for anchored polymerase chain
reaction (PCR) cloning of the heavy and light chain variable
20    domain cDNAs. RNA was prepared from about $10^7$ hybridoma cells
using the hot phenol extraction method. Briefly, cells were
resuspended and vortexed in 1 ml of RNA extraction buffer (50
mM sodium acetate pH 5.2/1% SDS), extracted with 0.5 ml of
phenol pH 5.2 at 65°C for 15 min, followed by another 15 min
25    on ice. The aqueous phase was recovered and precipitated
twice with ethanol. cDNA was synthesized from 10 ug of total
RNA using reverse transcriptase (BRL, Bethseda, MD) and
oligo-dT$_{12-18}$ (Pharmacia, Piscataway, New Jersey) as primers. A
poly(dG) tail was attached to the 3' end of the cDNA using
30    terminal deoxynucleotide transferase (BRL) (E.Y. Loh et al.,
Science 243, 217 (1989)), the variable domain genes (V) were
amplified using AmpliTaq (Perkin Elmer-Cetus) with the primer
mc045 (TAATCTAGAATTCCCCCCCCCCCCCCCCC) that hybridized to the
poly(dG) tails and primers that hybridized to the constant
35    region genes (C). For the light chain, the primer used was
mc045 (TATAGAGCTCAAGCTTGGATGGTGGGAAGATGGATACAGTTGGTGC). For
the heavy chain, the primer used was mc047
(TATAGAGCTCAAGCTTCCAGTGGATAGAC(CAT)GATGGGG(GC)TGT(TC)GTTTTGGC).

9                        11823-9-1

The sequence in parenthesis indicates a base degeneracy. The degeneracy was introduced so that the primer would be able to hybridize to most gamma chains. The amplified fragments were then digested with EcoRI and HindIII and cloned into pUC18 vector for sequencing.

5

Figure 15. Comparison of sequences of anti-Tac heavy chain (upper lines) and Eu heavy chain (lower lines). The 1-letter code for amino acids is used. The first amino acid on each line is numbered at the left. Identical amino acids in the two sequences are connected by lines. The 3 CDRs are underlined. Other amino acid positions for which the anti-Tac amino acid rather than the Eu amino acid was used in the humanized anti-Tac heavy chain are denoted by an *.

10

15

Figure 16. Comparison of sequences of anti-Tac light chain (upper lines) and Eu light chain (lower lines). The single-letter code for amino acids is used. The first amino acid on each line is numbered at the left. Identical amino acids in the two sequences are connected by lines. The 3 CDRs are underlined. Other amino acid positions for which the anti-Tac amino acid rather than the Eu amino acid was used in the humanized anti-Tac heavy chain are denoted by an *.

20

25

Figure 17. Nucleotide sequence of the gene for the humanized anti-Tac heavy chain variable region gene. The translated amino acid sequence for the part of the gene encoding protein is shown underneath the nucleotide sequence. The nucleotides TCTAGA at the beginning and end of the gene are Xba I sites. The mature heavy chain sequence begins with amino acid #20 Q.

30

Figure 18. Nucleotide sequence of the gene for the humanized anti-Tac light chain variable region gene. The translated amino acid sequence for the part of the gene encoding protein is shown underneath the nucleotide sequence.

35

PDL-A 0001322

The nucleotides TCTAGA at the beginning and end of the gene are Xba I sites.  The mature light chain sequence begins with amino acid #21 D.

5      Figure 19.  A.  Sequences of the four oligonucleotides used to synthesize the humanized anti-Tac heavy chain gene, printed 5' to 3'.  B.  Relative positions of the oligonucleotides.  The arrows point in the 3' direction for each oligonucleotide.

10      Figure 20.  (A)    Sequences of the four oligonucleotides used to synthesize the humanized anti-Tac light chain gene, printed 5' to 3'.  (B)  Relative positions of the oligonucleotides.  The arrows point in the 3' 15     direction for each oligonucleotide.  The position of a Hind III site in the overlap of JFD2 and JFD3 is shown.

Figure 21.  Schematic diagram of the plasmid pHuGTAC1 used to express the humanized anti-Tac heavy chain. 20     Relevant restriction sites are shown, and coding regions of the heavy chain are displayed as boxes.  The direction of transcription from the immunoglobulin (Ig) promoter is shown by an arrow.  $E_H$ = heavy chain enhancer, Hyg = hygromycin resistance gene.

25      Figure 22.  Schematic diagram of the plasmid pHuLTAC used to express the humanized anti-Tac light chain. Relevant restriction sites are shown, and coding regions of the light chain are displayed as boxes.  The direction of 30     transcription from the Ig promoter is shown by an arrow.

Figure 23.  Fluorocytometry of HUT-102 and Jurkat cells stained with anti-Tac antibody or humanized anti-Tac antibody followed respectively by fluorescein-conjugated goat 35     anti-mouse Ig antibody or goat anti-human Ig antibody, as labeled.  In each panel, the dotted curve shows the results when the first antibody was omitted, and the solid curve the

11823-9-1

PDL-A 0001323

results when first and second (conjugated) antibodies were included as described.

Figure 24.  (A) Fluorocytometry of HUT-102 cells stained with 0-40 ng of anti-Tac as indicated, then with biotinylated anti-Tac, and then with phycoerythrin-conjugated avidin.  (B) Fluorocytometry of HUT-102 cells stained with the indicated antibody, then with biotinylated anti-Tac, and then with phycoerythrin-conjugated avidin.

Figure 25.  Schematic diagram of the plasmids pVg1 (A) and pVk (B).  The plasmid pVg1 was constructed from the following fragments: an approximately 4850 base pair BamHI-EcoRI fragment from the plasmid pSV2hph containing the amp and hyg genes; a 630-bp fragment containing the human cytomegalovirus IE1 gene promoter and enhancer (Boshart et al., Cell 41, 521 (1985)) flanked at the 5' and 3' ends by EcoRI and XbaI linkers respectively; and a 2800 bp XbaI-BamHI fragment containing the human gamma-1 constant region gene with 215 bp of the preceding intron and the poly(A) signal.  The plasmid pVk was similarly constructed, with a 1530-bp human kappa constant region gene replacing the gamma-1 gene and the gpt gene replacing the hyg gene.  The plasmids were constructed from the indicated fragments using methods well-known in the art (see, Maniatis et al., Molecular Cloning:  A Laboratory Manual, 2nd ed., Cold Spring Harbor Laboratory, Cold Spring Harbor, New York (1989) and U.S. Patent Application Serial No. 07/181,862 filed April 15, 1988, both of which are incorporated herein by reference).

Figure 26.  Scheme for anchored polymerase chain reaction (PCR) cloning of the heavy and light chain variable domain cDNAs.  RNA was prepared from about $10^7$ hybridoma cells using the hot phenol extraction method.  Briefly, cells were resuspended and vortexed in 1 ml of RNA extraction buffer (50 mM sodium acetate pH 5.2/1% SDS), extracted with 0.5 ml of phenol pH 5.2 at 65°C for 15 min, followed by another 15 min. on ice.  The aqueous phase was recovered and precipitated

12                    11823-9-1

PDL-A 0001324

twice with ethanol. cDNA was synthesized from 10 ug of total
RNA using reverse transcriptase (BRL, Bethesda, MD) and oligo
dT$_{12-18}$ (Pharmacia, Piscatway, NJ) as primers. A poly(dG) tail
was attached to the 3' end of the cDNA using terminal
5    deoxynucleotide transferase (BRL) (E.Y. Loh et al., _Science_
_241_, 217 (1989)). The variable domain genes (V) were
amplified using AmpliTaq (Perkin Elmer-Cetus) with the primer
mc045 (TAATCTAGAATTCCCCCCCCCCCCCCCC) that hybridized to the
poly(dG) tails and primers that hybridized to the constant
10   region genes (C). For the light chain, the primer used was
mc046 (TATAGAGCTCAAGCTTGGATGGTGGGAAGATGGATACAGTTGGTGC). For
the heavy chain, the primer used was mc047
(TATAGAGCTCAAGCTTCCAGTGGATAGAC(CAT)GATGGGG(GC)TGT(TC)GTTTT
GGC). The sequence in parenthesis indicates a base
15   degeneracy. The degeneracy was introduced so that the primer
would be able to hybridize to most gamma chains. The
amplified fragments were then digested with EcoRI and HindIII
and cloned into pUC19 vector for sequencing.

20          Figure 27. Sequences of the cDNA and translated
amino acid sequences of the light chain (A) and heavy chain
(B) variable regions of the antibody miK-β1. The CDR
sequences are underlined. The mature light chain protein
begins with amino acid 23 Q and the mature heavy chain
25   protein with amino acid 20 Q, preceded by the respective
signal sequences.

           Figure 28. Schematic diagram of the plasmids
pVg1-dhfr (A) and pVk (B). The plasmid pVg1-dhfr contains
30   the following parts: an approximately 4200 base pair BamHI-
EcoRI fragment containing the amp and dhfr genes; a 630-bp
fragment containing the human cytomegalovirus IE1 gene
promoter and enhancer (Boshart et al., _Cell 41_, 521 (1985),
which is incorporated herein by reference) flanked at the 5'
35   and 3' ends by EcoRI and XbaI linkers respectively; and a
2800 bp XbaI-BamHI fragment containing the human gamma-1
constant region gene with 215 bp of the preceding intron and
the poly(A) signal. The plasmid pVk was similarly

PDL-A 0001325

constructed, with a 1530-bp human kappa constant region gene
replacing the gamma-1 gene and the gpt gene replacing the
dhfr gene.  The plasmids were constructed from the indicated
parts using methods well-known in the art (see, Maniatis et

5    al., Molecular Cloning: A Laboratory Manual, 2nd ed., Cold
Spring Harbor Laboratory, Cold Spring Harbor, N.Y. (1989) and
commonly assigned U.S. patent application serial No.
07/181,862 filed April 15, 1988).  For example, pVg1-dhfr was
constructed from the plasmid pVg1 (commonly assigned U.S.

10   patent application serial No. 07/590,274 filed September 28,
1990) by replacing the Hind III-Bgl II fragment containing
the hyg gene with a 660 bp fragment containing the dhfr gene
and extending to a Bgl II site (Simonsen et al., Proc. Natl.
Acad. Sci. USA 80, 2495 (1983)).

15

Figure 29.  Fluorocytometry of YTJB cells stained
with (___) Isotype matched control antibody, (---) humanized
mik-$\beta$1 antibody, (...) chimeric mik-$\beta$1 antibody.  Cells were
suspended in FACS buffer (PBS + 2% BSA + 0.1% azide) at

20   approximately 5x10$^6$/ml.  100 ul of cell suspension was
transferred to a polystyrene tube and incubated with 100 ng
of purified antibody on ice for 30 min.  The cells were
washed with FACS buffer and incubated with goat anti-human Ig
antibody on ice for another 30 min.  Then the cells were

25   washed and incubated with FITC labeled rabbit anti-goat Ig
antibody for 30 min.  The cells were washed again and finally
resuspended in PBS + 1% paraformaldehyde.  Cells were
analyzed on a FACSmate (Becton Dickinson).

30   Figure 30.  Amino acid sequences of the light chain
(A) and the heavy chain (B) of the humanized mik-$\beta$1 antibody,
(lower lines) and human Lay antibody (upper lines), not
including signal sequences.  The three CDRs in each chain are
underlined.  Amino acids in the framework that have been

35   replaced with mouse amino acids or consensus human amino
acids in the humanized antibody are double underlined.

14                    11823-9-1

Figure 31.  Oligonucleotides used in the
construction of the humanized mik-$\beta$1 heavy chain (B) and
light chain (A).  The following pairs of oligonucleotides
were mixed, extended with sequenase and cut with the
5      indicated enzymes before ligation into the pBluescriptII
ks (+) vector:  wps54 and vc11 with Xba I and Sal I, vc12 and
wps57 with Xba I and Sal I, vc16 and vc13 with Xba I and Kpn
I, vc14 and vc15 with Xba I and Kpn I.  Then the wps54-vc11
and vc12-wps57 fragments were excised with Xba I and Sal I
10     ligated together into the Xba I site of pVg1-dhfr; and the
vc16-vc13 fragments and vc14-vc15 fragments were excised with
Xba I and Kpn I and ligated together into the Xba I site of
pVk.

15          Figure 32.  Competitive binding of labeled mik-$\beta$1
tracer to YTJB cells.  About $10^6$ YTJB cells were incubated
with 3.0 ng of radio-iodinated mouse mik-$\beta$1 antibody
(6 $\mu$Ci/$\mu$g) and varing amounts of either unlabeled mouse mik-
$\beta$1 antibody ($\cdot$) or humanized mik-$\beta$1 antibody (o) in 200 ul of
20     binding buffer (PBS + 10% fetal calf serum + 0.1% $NaN_3$ + 10
$\mu$g/ml mouse monoclonal Ig).  After incubation for 2 hr at 0°C
the cells were washed twice with binding buffer without mouse
Ig and collected by centrifugation.  The radioactivity bound
to cells was measured and expressed as the ratio of bound/
25     free cpm.

          Figure 33.  Inhibition of IL-2 stimulated
proliferation of human PHA blasts by humanized mik-$\beta$1 +
humanized anti-Tac antibodies.  No antibody added ($\square$), 2 ug
30     each of humanized mik-$\beta$1 and humanized anti-Tac added ($\blacksquare$).

          Figure 34.  Scheme for anchored polymerase chain
reaction (PCR) cloning of the heavy and light chain variable
domain cDNAs.  RNA was prepared from 1 x $10^7$ hybridoma cells
35     using the hot phenol extraction method.  Briefly, cells were
resuspended and vortexed in 1 ml of RNA extraction buffer (50
mM sodium acetate pH 5.2/1% SDS), extracted with 0.5 ml of
phenol pH 5.2 at 65°C for 15 min, followed by another 15 min.

15

PDL-A 0001327

on ice.  The aqueous phase was recovered and precipitated
twice with ethanol.  cDNA was synthesized from 10 ug of total
RNA using reverse transcriptase (BRL, Bethesda, MD) and oligo
$dT_{12-18}$ (Pharmacia, Piscataway, NJ) as primers.  A poly(dG) tail

5    was attached to the 3' end of the cDNA using terminal
deoxynucleotide transferase (BRL) (E.Y. Loh et al., Science
243, 217 (1989)).  The variable domain genes (V) were
amplified using AmpliTaq (Perkin Elmer-Cetus) with the primer
mc045 (TAATCTAGAATTCCCCCCCCCCCCCCCCC) that hybridized to the

10    poly(dG) tails and primers that hybridized to the constant
region genes (C).  For the light chain, the primer used was
mc046 (TATAGAGCTCAAGCTTGGATGGTGGGAAGATGGATACAGTTGGTGC).  For
he heavy chain, the primer used was mc047
(TATAGAGCTCAAGCTTCCAGTGGATAGAC(CAT)GATGGGG(GC)TGT(TC)GTTTTGGC).

15    The sequence in parenthesis indicates a base degeneracy.  The
degeneracy was introduced so that the primer would be able to
hybridize to most gamma chains.  The amplified fragments were
then digested with EcoRI and HindIII and cloned into pUC18
vector for sequencing.

20
         Figure 35.  Amino acid sequences of the heavy chain
(A) and the light chain (B) of the murine and humanized Fd79
antibodies, and the heavy chain (C) and the light chain (D)
of the murine and humanized Fd138-80 antibodies.  The

25    sequences of the murine antibody as deduced from the cDNA
(upper lines) are shown aligned with the humanized antibody
sequences (lower lines).  The humanized Fd79 and Fd138-80
framework sequences are derived from Pom antibody and Eu
antibody, respectively.  Residues are numbered according to

30    the Kabat system (E.A. Kabat et al., Sequences of Proteins of
Immunological Interest (National Institutes of Health,
Bethesda, MD) (1987).  The three CDRs in each chain are
boxed.  Residues in the Pom or Eu framework that have been
replaced with murine sequences or consensus human sequences

35    are underlined.

         Figure 36.  Schematic diagram of the plasmids pVg1
(A) and pVk (B).  The plasmid pVg1 was constructed from the

PDL-A 0001328

following fragments; an approximately 4850 base pair BamHI-
EcoRI fragment from the plasmid pSV2hph containing the amp
and hyg genes; a 630-bp fragment containing the human
cytomegalovirus IE1 gene promoter and enhancer (Boshart et
al., Cell 41, 521 (1985), which is incorporated herein by
reference) flanked at the 5' and 3' ends by EcoRI and XbaI
linkers respectively; and a 2800 bp XbaI-BamHI fragment
containing the human gamma-1 constant region gene with 215 bp
of the preceding intron and the poly(A) signal.  The plasmid
pVk was similarly constructed, with a 1530-bp human kappa
constant region gene replacing the gamma-1 gene and the gpt
replacing the hyg gene.

Figure 37.  Fluorocytometry of HSV-1 infected Vero
cells stained with Fd79 (A) and Fd138-80 (B) antibodies.
(. .) Isotype matched control antibody, (...) humanized
antibody, (___) chimeric antibody.  Vero cells were infected
with HSV-1 (Δ305 mutant (F strain)) at 3 pfu/cell overnight.
Cells were trypsinized at 0.5 mg/ml for 1 minute, washed
extensively with PBS and resuspended in FACS buffer (PBS + 2%
BSA + 0.1% azide) at approximately $5x10^6$/ml.  100 ul of cell
suspension was transferred to a polystyrene tube and
incubated with 100 ng of purified antibody on ice for 30 min.
The cells were washed with FACS buffer and incubated with
FITC labeled goat anti-human antibody (Cappel) on ice for
another 30 min.  The cells were washed again and finally
resuspended in PBS + 1% paraformaldehyde.  Cells were
analyzed on a FACSmate (Becton Dickinson).

Figure 38.  Neutralization of HSV-1 by Fd79 (A) and
Fd138-80 (B).  Serial dilutions of antibodies were mixed with
100 pfu of virus and incubated at 37°C for 1 hr.  The viruses
were then inoculated onto 6-well plates with confluent Vero
cells and adsorbed at 37°C for 1 hr.  Cells were overlayed
with 1% agarose in medium and incubated for 4 days.  Plaques
were stained with neutral red.

17                    11823-9-1

PDL-A 0001329

Figure 39.  Immunostaining of infected Vero cell
monolayers to examine protection of cells from viral spread
in tissue culture by (A) murine or humanized Fd79, (B) murine
or humanized Fd138-80.  24-well plates of confluent Vero
cells were inoculated with virus at 0.1 pfu/cell and allowed
to adsorb for 2 hrs. at 37°C before adding 200 ul of 10 ug/ml
antibodies in medium.  At the end of 4 days, culture medium
was removed and plates were dried by placing overnight in a
37°C incubator.  To detect viral antigens, each well was
incubated with 200 ul of anti-gB antibody at 0.5 ug/ml for 1
hr. at 37°C, washed twice and incubated with 200 ul of
peroxidase conjugated goat anti-mouse IgG (Cappel, 1:300
dilution) for 1 hr. at 37°C.  The plates were washed and then
developed with the substrate 3-amino-9-ethyl-carbazole (AEC)
(Sigma, St. Louis, MO) for 15 minutes at room temperature.
Reaction was stopped by rinsing with water and air dried.

Figure 40.  Scheme for anchored polymerase chain
reaction (PCR) cloning of the heavy and light chain variable
domain cDNAs.  RNA was prepared from about $10^7$ hybridoma cells
using the hot phenol extraction method.  Briefly, cells were
resuspended and vortexed in 1 ml of RNA extraction buffer (50
mM sodium acetate pH 5.2/1% SDS), extracted with 0.5 ml of
phenol pH 5.2 at 65°C for 15 min, followed by another 15 min.
on ice.  The aqueous phase was recovered and precipitated
twice with ethanol.  cDNA was synthesized from 10 ug of total
RNA using reverse transcriptase (BRL, Bethesda, MD) and oligo
$dT_{12-18}$ (Pharmacia, Piscatway, NJ) as primers.  A poly(dG) tail
was attached to the 3' end of the cDNA using terminal
deoxynucleotide transferase (BRL) (E.Y. Loh et al., Science
243, 217 (1989)).  The variable domain genes (V) were
amplified using AmpliTaq (Perkin Elmer-Cetus) with the primer
mc045 (TAATCTAGAATTCCCCCCCCCCCCCCCCC) that hybridized to the
poly(dG) tails and primers that hybridized to the constant
region genes (C).  For the light chain, the primer used was
mc046 (TATAGAGCTCAAGCTTGGATGGTGGGAAGATGGATACAGTTGGTGC).  For
the heavy chain, the primer used was mc047
(TATAGAGCTCAAGCTTCCAGTGGATAGAC(CAT)GATGGGG(GC)TGT(TC)GTTTTGGC).

18                    11823-9-1

The sequence in parenthesis indicates a base degeneracy. The degeneracy was introduced so that the primer would be able to hybridize to most gamma chains. The amplified fragments were then digested with EcoRI and HindIII and cloned into pUC18

5    vector for sequencing.

Figure 41. Sequences of the cDNA and translated amino acid sequences of the light chain (A) and heavy chain (B) variable regions of the antibody M195. The CDR sequences

10   are underlined. The mature light chain protein begins with amino acid 21 D and the mature heavy chain protein with amino acid 20 E, preceded by the respective signal sequences.

Figure 42. Schematic diagram of the plasmids

15   pVg1-dhfr (A) and pVk (B). The plasmid pVg1-dhfr contains the following parts: an approximately 4200 base pair BamHI-EcoRI fragment containing the amp and dhfr genes; a 630-bp fragment containing the human cytomegalovirus IE1 gene promoter and enhancer (Boshart et al., Cell 41, 521 (1985),

20   which is incorporated herein by reference) flanked at the 5' and 3' ends by EcoRI and XbaI linkers respectively; and a 2800 bp XbaI-BamHI fragment containing the human gamma-1 constant region gene with 215 bp of the preceding intron and the poly(A) signal. The plasmid pVk was similarly

25   constructed, with a 1530-bp human kappa constant region gene replacing the gamma-1 gene and the gpt gene replacing the dhfr gene. The plasmids were constructed from the indicated parts using methods well-known in the art (see, Maniatis et al., Molecular Cloning: A Laboratory Manual, 2nd ed., Cold

30   Spring Harbor Laboratory, Cold Spring Harbor, N.Y. (1989) and commonly assigned U.S. patent application serial No. 07/181,862 filed April 15, 1988). For example, pVg1-dhfr was constructed from the plasmid pVg1 (commonly assigned U.S. patent application serial No. 07/590,274 filed September 28,

35   1990) by replacing the Hind III-Bgl II fragment containing the hyg gene with a 660 bp fragment containing the dhfr gene and extending to a Bgl II site (Simonsen et al., Proc. Natl. Acad. Sci. USA 80, 2495 (1983)).

19                    11823-9-1

PDL-A 0001331

Figure 43. Fluorocytometry of U937 cells stained
with (. .) no antibody, (...) humanized M195 antibody, (---)
chimeric M195 antibody. Cells were suspended in FACS buffer
5    (PBS + 2% FCS + 0.1% azide) at approximately 5x10$^6$/ml. 100 ul
of cell suspension was transferred to a polystyrene tube and
incubated with 50 ng of purified antibody on ice for 30 min.
The cells were washed with FACS buffer and incubated with
FITC labeled goat anti-human Ig antibody on ice for another
10    30 min. The cells were washed again and finally resuspended
in PBS + 1% paraformaldehyde. Cells were analyzed on a
FACSmate (Becton Dickinson).

Figure 44. Amino acid sequences of the light chain
15    (A) and the heavy chain (B) of the humanized M195 antibody
(lower lines) and human Eu antibody (upper lines), not
including signal sequences. The three CDR's in each chain
are underlined. Residues in the framework that have been
replaced with mouse amino acids in the humanized antibody are
20    double underlined.

Figure 45. Oligonucleotides used in the
construction of the humanized M195 heavy chain (A; ma1-4) and
light chain (B; ma5-8). The following pairs of
25    oligonucleotides were mixed, extended with Klenow polymerase
and cut with the indicated enzymes before ligation into
pUC18: ma1 and ma2 with Xba I and Kpn I, ma3 and ma4 with
Xba I and Kpn I, ma5 and ma6 with Xba I and Hind III, ma7 and
ma8 with Xba I and Hind III. Then the ma1-ma2 and ma3-ma4
30    fragments were excised from pUC18 with Xba I and kpn I and
ligated together into the Xba I site of pVg1-dhfr; and the
ma5-ma6 and ma7-ma8 fragments were excised with Xba I and
Hind III and ligated together into the Xba I site of pVk.

35    Figure 46. Competitive binding of labeled M195
tracer to U937 cells. About 4 x 10$^5$ U937 cells were incubated
with 4.5 ng of radio-iodinated mouse M195 antibody (6 $\mu$ci/$\mu$g)
and varying amounts of either unlabeled mouse M195 antibody

20                                    11823-9-1

(●) or humanized M195 antibody (○) in 200 ul of binding
buffer (PBS + 2% fetal calf serum + 0.1% sodium azide).
After incubation for 2 hr at 0°C, the cells were washed twice
with binding buffer and collected by centrifugation.  The
5    radioactivity bound to cells was measured and is expressed as
the ratio of bound/free cpm.

Figure 47.  Scheme for anchored polymerase chain
reaction (PCR) cloning of the heavy and light chain variable
10   domain cDNAs.  RNA was prepared from about $10^7$ hybridoma cells
using the hot phenol extraction method.  Briefly, cells were
resuspended and vortexed in 1 ml of RNA extraction buffer (50
mM sodium acetate pH 5.2/1% SDS), extracted with 0.5 ml of
phenol pH 5.2 at 65°C for 15 min, followed by another 15 min.
15   on ice.  The aqueous phase was recovered and precipitated
twice with ethanol.  cDNA was synthesized from 10 ug of total
RNA using reverse transcriptase (BRL, Bethesda, MD) and oligo
$dT_{12-18}$ (Pharmacia, Piscataway, NJ) as primers.  A poly(dG) tail
was attached to the 3' end of the cDNA using terminal
20   deoxynucleotide transferase (BRL) (E.Y. Loh et al., Science
243, 217 (1989)).  The variable domain genes (V) were
amplified using AmpliTaq (Perkin Elmer-Cetus) with the primer
mc045 (TAATCTAGAATTCCCCCCCCCCCCCCCC) that hybridized to the
poly(dG) tails and primers that hybridized to the constant
25   region genes (C).  For the light chain, the primer used was
mc046 (TATAGAGCTCAAGCTTGGATGGTGGGAAGATGGATACAGTTGGTGC).  For
the heavy chain, the primer used was mc047
(TATAGAGCTCAAGCTTCCAGTGGATAGAC(CAT)GATGGGG(GC)TGT(TC)GTTTTGGC).
The sequence in parenthesis indicates a base degeneracy.  The
30   degeneracy was introduced so that the primer would be able to
hybridize to most gamma chains.  The amplified fragments were
then digested with EcoR I and HindIII and cloned into pUC18
vector for sequencing.

35   Figure 48.  Sequences of the cDNA and translated
amino acid sequences of the light chain (A) and heavy chain
(B) variable regions of the antibody CMV5.  The CDR sequences
are underlined.  The start of the mature protein sequences

21                              11823-9-1

are indicated by arrows, preceded by the respective signal
sequences.

Figure 49.  Schematic diagram of the plasmids
pVg1-dhfr (A) and pVk (B).  The plasmid pVg1-dhfr contains
the following parts:  an approximately 4200 base pair BamHI-
EcoRI fragment containing the amp and dhfr genes; a 630-bp
fragment containing the human cytomegalovirus IE1 gene
promoter and enhancer (Boshart et al., Cell 41, 521 (1985),
which is incorporated herein by reference) flanked at the 5'
and 3' ends by EcoRI and XbaI linkers respectively; and a
2800 bp XbaI-BamHI fragment containing the human gamma-1
constant region gene with 215 bp of the preceding intron and
the poly(A) signal.  The plasmid pVk was similarly
constructed, with a 1530-bp human kappa constant region gene
replacing the gamma-1 gene and the gpt gene replacing the
dhfr gene.  The plasmids were constructed from the indicated
parts using methods well-known in the art (see, Maniatis et
al., Molecular Cloning:  A Laboratory Manual, 2nd ed., Cold
Spring Harbor Laboratory, Cold Spring Harbor, N.Y. (1989) and
commonly assigned U.S. patent application serial No.
07/181,862 filed April 15, 1988).  For example, pVHP LaserJet
Series IIHPLASEII.PRSment containing the hyg gene with a 660
bp fragment containing the dhfr gene and extending to a Bgl
II site (Simonsen et al., Proc. Natl. Acad. Sci. USA 80, 2495
(1983)).

Figure 50.  Amino acid sequences of the light chain
(A) and the heavy chain (B) of the humanized CMV5 antibody
(lower lines) and human Wol antibody (upper lines), not
including signal sequences.  The three CDR's in each chain
are underlined.  Residues in the framework replaced with
mouse amino acids or typical human amino acids in the
humanized antibody are double underlined.

Figure 51.  Oligonucleotides used in the
construction of the humanized CMV5 light chain (A; jb16-jb19)
and heavy chain (B; jb20-jb22).  The following pairs of

PDL-A 0001334

oligonucleotides were mixed, extended with Klenow polymerase
and cut with the indicated enzymes before ligation into
pUC18: jb16 and jb17 with Xba I and EcoR I, jb18 and jb19
with Xba I and EcoR I, jb20 and jb21 with Xba I and Kpn I,
jb22 and jb23 with Xba I and Kpn I. Then the jb16-jb17 and
jb18-jb19 fragments were excised with Xba I and Mlu I and
ligated together into the Xba I site of pVk; and the jb20-
jb21 and jb22-jb23 fragments were excised with Xba I and Kpn
I and ligated together into the Xba I site of pVg1-dhfr.

Figure 52. Competitive binding of labeled CMV5
tracer to CMV-infected cells. Increasing amounts of mouse
(•) or humanized (○) CMV5 antibody was added to CMV-infected
HEL cells with tracer radio-iodinated mouse CMV5, and the
amount of tracer bound to the cells was determined.

Figure 53. Scheme for anchored polymerase chain
reaction (PCR) cloning of the heavy and light chain variable
domain cDNAs. RNA was prepared from about $10^7$ hybridoma cells
using the hot phenol extraction method. Briefly, cells were
resuspended and vortexed in 1 ml of RNA extraction buffer (50
mM sodium acetate pH 5.2/1% SDS), extracted with 0.5 ml of
phenol pH 5.2 at 65°C for 15 min, followed by another 15 min.
on ice. The aqueous phase was recovered and precipitated
twice with ethanol. cDNA was synthesized from 10 ug of total
RNA using reverse transcriptase (BRL, Bethesda, MD) and oligo
$dT_{12-18}$ (Pharmacia, Piscatway, NJ) as primers. A poly(dG) tail
was attached to the 3' end of the cDNA using terminal
deoxynucleotide transferase (BRL) (E.Y. Loh et al., Science
243, 217 (1989)). The variable domain genes (V) were
amplified using AmpliTaq (Perkin Elmer-Cetus) with the primer
mc045 (TAATCTAGAATTCCCCCCCCCCCCCCCCC) that hybridized to the
poly(dG) tails and primers that hybridized to the constant
region genes (C). For the light chain, the primer used was
mc046 (TATAGAGCTCAAGCTTGGATGGTGGGAAGATGGATACAGTTGGTGC). For
the heavy chain, the primer used was mc047
(TATAGAGCTCAAGCTTCCAGTGGATAGAC(CAT)GATGGGG(GC)TGT(TC)GTTTTGGC).
The sequence in parenthesis indicates a base degeneracy. The

23                          11823-9-1

PDL-A 0001335

degeneracy was introduced so that the primer would be able to
hybridize to most gamma chains.  The amplified fragments were
then digested with EcoR I and HindIII and cloned into pUC18
vector for sequencing.

5

    Figure 54.  Sequences of the cDNA and translated
amino acid sequences of the light chain (A) and heavy chain
(B) variable regions of the antibody AF2.  The CDR sequences
are underlined.  The mature light chain protein begins with
10  amino acid 30 N and the mature heavy chain protein with amino
acid 36 Q, preceded by the respective signal sequences.

    Figure 55.  Schematic diagram of the plasmids
pVg1-dhfr (A) and pVk (B).  The plasmid pVg1-dhfr contains
15  the following parts:  an approximately 4200 base pair BamHI-
EcoRI fragment containing the amp and dhfr genes; a 630-bp
fragment containing the human cytomegalovirus IE1 gene
promoter and enhancer (Boshart et al., Cell 41, 521 (1985),
which is incorporated herein by reference) flanked at the 5'
20  and 3' ends by EcoRI and XbaI linkers respectively; and a
2800 bp XbaI-BamHI fragment containing the human gamma-1
constant region gene with 215 bp of the preceding intron and
the poly(A) signal.  The plasmid pVk was similarly
constructed, with a 1530-bp human kappa constant region gene
25  replacing the gamma-1 gene and the gpt gene replacing the
dhfr gene.  The plasmids were constructed from the indicated
parts using methods well-known in the art (see, Maniatis et
al., Molecular Cloning:  A Laboratory Manual, 2nd ed., Cold
Spring Harbor Laboratory, Cold Spring Harbor, N.Y. (1989) and
30  commonly assigned U.S. patent application serial No.
07/181,862 filed April 15, 1988).  For example, pVg1-dhfr was
constructed from the plasmid pVg1 (commonly assigned U.S.
patent application serial No. 07/590,274 filed September 28,
1990) by replacing the Hind III-Bgl II fragment containing
35  the hyg gene with a 660 bp fragment containing the dhfr gene
and extending to a Bgl II site (Simonsen et al., Proc. Natl.
Acad. Sci. USA 80, 2495 (1983)).

24                    11823-9-1

Figure 56.  Amino acid sequences of the light chain
(A) and the heavy chain (B) of the humanized AF2 antibody
(lower lines) and human Eu antibody (upper lines), not
including signal sequences.  The three CDR's in each chain

5        are underlined.  Residues in the framework that have been
replaced with mouse amino acids or typical human amino acids
in the humanized antibody are double underlined.

Figure 57.  Oligonucleotides used in the

10       construction of the humanized AF2 light chain (A; rh10-rh13)
and heavy chain (B; rh20-23).  The following pairs of
oligonucleotides were mixed, extended with Klenow polymerase
and cut with the indicated enzymes before ligation into
pUC18:  rh10 and rh11 with Xba I and Hind III, rh12 and rh13

15       with Xba I and Hind III, rh20 and rh21 with Xba I and EcoR I,
rh22 and rh23 with Xba I and EcoR I.  Then the rh10-rh11 and
rh12-rh13 fragments were excised with Xba I and Hind III and
ligated together into then Xba I site of pVk; and the rh20-
rh21 and rh22-rh23 fragments were excised with Xba I and Xho

20       I and ligated together into the Xba I site of pVg1-dhfr.

Figure 58.  Fluorescence of HS294T cells incubated
with $\gamma$-IFN plus varying concentrations of mouse AF2 antibody,
and stained with an anti-HLA-D antibody.

25

DETAILED DESCRIPTION OF THE INVENTION
In accordance with the present invention, novel
means of designing humanized immunoglobulins capable of
specifically binding to a predetermined antigen with strong

30       affinity are provided.  These improved methods produce
immunoglobulins that are substantially non-immunogenic in
humans but have binding affinities of at least about $10^8$ $M^{-1}$,
preferably $10^9$ $M^{-1}$ to $10^{10}$ $M^{-1}$, or stronger.  The humanized
immunoglobulins will have a human framework and have one or

35       more complementary determining regions (CDR's), plus a
limited number of other amino acids, from a donor
immunoglobulin specifically reactive with an antigen.  The
immunoglobulins can be produced economically in large

11823-9-1

PDL-A 0001337

quantities and find use, for example, in the treatment of
various human disorders by a variety of techniques.

In order that the invention may be more completely
understood, several definitions are set forth.  As used
herein, the term "immunoglobulin" refers to a protein
consisting of one or more polypeptides substantially encoded
by immunoglobulin genes.  The recognized immunoglobulin genes
include the kappa, lambda, alpha, gamma (IgG$_1$, IgG$_2$, IgG$_3$,
IgG$_4$), delta, epsilon and mu constant region genes, as well as
the myriad immunoglobulin variable region genes.  Full-length
immunoglobulin "light chains" (about 25 Kd or 214 amino
acids) are encoded by a variable region gene at the
NH2-terminus (about 110 amino acids) and a kappa or lambda
constant region gene at the COOH - terminus.  Full-length
immunoglobulin "heavy chains" (about 50 Kd or 446 amino
acids), are similarly encoded by a variable region gene
(about 116 amino acids) and one of the other aforementioned
constant region genes, e.g., gamma (encoding about 330 amino
acids).

One form of immunoglobulin constitutes the basic
structural unit of an antibody.  This form is a tetramer and
consists of two identical pairs of immunoglobulin chains,
each pair having one light and one heavy chain.  In each
pair, the light and heavy chain variable regions are together
responsible for binding to an antigen, and the constant
regions are responsible for the antibody effector functions.
In addition to antibodies, immunoglobulins may exist in a
variety of other forms including, for example, Fv, Fab, and
(Fab')$_2$, as well as bifunctional hybrid antibodies (e.g.,
Lanzavecchia et al., Eur. J. Immunol. 17, 105 (1987)) and in
single chains (e.g., Huston et al., Proc. Natl. Acad. Sci.
U.S.A., 85, 5879-5883 (1988) and Bird et al., Science, 242,
423-426 (1988), which are incorporated herein by reference).
(See, generally, Hood et al., "Immunology", Benjamin, N.Y.,
2nd ed.  (1984), and Hunkapiller and Hood, Nature, 323, 15-16
(1986), which are incorporated herein by reference).

An immunoglobulin light or heavy chain variable
region consists of a "framework" region interrupted by three

26                              11823-9-1

PDL-A 0001338

hypervariable regions, also called CDR's. The extent of the framework region and CDR's have been precisely defined (see, "Sequences of Proteins of Immunological Interest," E. Kabat et al., U.S. Department of Health and Human Services, (1983); which is incorporated herein by reference). The sequences of the framework regions of different light or heavy chains are relatively conserved within a species. As used herein, a "human framework region" is a framework region that is substantially identical (about 85% or more, usually 90-95% or more) to the framework region of a naturally occurring human immunoglobulin. The framework region of an antibody, that is the combined framework regions of the constituent light and heavy chains, serves to position and align the CDR's. The CDR's are primarily responsible for binding to an epitope of an antigen.

Chimeric antibodies are antibodies whose light and heavy chain genes have been constructed, typically by genetic engineering, from immunoglobulin variable and constant region genes belonging to different species. For example, the variable segments of the genes from a mouse monoclonal antibody may be joined to human constant segments, such as gamma 1 and gamma 3. A typical therapeutic chimeric antibody is thus a hybrid protein composed of the variable or antigen-binding domain from a mouse antibody and the constant or effector domain from a human antibody (e.g., A.T.C.C. Accession No. CRL 9688 secretes an anti-Tac chimeric antibody), although other mammalian species may be used.

As used herein, the term "humanized" immunoglobulin refers to an immunoglobulin comprising a human framework region and one or more CDR's from a non-human (usually a mouse or rat) immunoglobulin. The non-human immunoglobulin providing the CDR's is called the "donor" and the human immunoglobulin providing the framework is called the "acceptor". Constant regions need not be present, but if they are, they must be substantially identical to human immunoglobulin constant regions, i.e., at least about 85-90%, preferably about 95% or more identical. Hence, all parts of a humanized immunoglobulin, except possibly the CDR's, are

27                          11823-9-1

PDL-A 0001339

substantially identical to corresponding parts of natural
human immunoglobulin sequences. A "humanized antibody" is an
antibody comprising a humanized light chain and a humanized
heavy chain immunoglobulin. For example, a humanized
5 antibody would not encompass a typical chimeric antibody as
defined above, e.g., because the entire variable region of a
chimeric antibody is non-human. One says that the donor
antibody has been "humanized", by the process of
"humanization", because the resultant humanized antibody is
10 expected to bind to the same antigen as the donor antibody
that provides the CDR's.

It is understood that the humanized antibodies
designed by the present method may have additional
conservative amino acid substitutions which have
15 substantially no effect on antigen binding or other
immunoglobulin functions. By conservative substitutions is
intended combinations such as gly, ala; val, ile, leu; asp,
glu; asn, gln; ser, thr; lys, arg; and phe, tyr.

Humanized immunoglobulins, including humanized
20 antibodies, have been constructed by means of genetic
engineering. Most humanized immunoglobulins that have been
previously described (Jones et al., op. cit.; Verhoeyen et
al., op. cit.; Riechmann et al., op. cit.) have comprised a
framework that is identical to the framework of a particular
25 human immunoglobulin chain, the acceptor, and three CDR's
from a non-human donor immunoglobulin chain. In one case
(Riechmann et al., op. cit.), two additional amino acids in
the framework were changed to be the same as amino acids in
other human framework regions. The present invention
30 includes criteria by which a limited number of amino acids in
the framework of a humanized immunoglobulin chain are chosen
to be the same as the amino acids at those positions in the
donor rather than in the acceptor, in order to increase the
affinity of an antibody comprising the humanized
35 immunoglobulin chain.

The present invention is based in part on the model
that two contributing causes of the loss of affinity in prior

28                            11823-9-1

PDL-A 0001340

means of producing humanized antibodies (using as examples mouse antibodies as the source of CDR's) are:

(1) When the mouse CDR's are combined with the human framework, the amino acids in the framework close to the CDR's become human instead of mouse. Without intending to be bound by theory, we believe that these changed amino acids may slightly distort the CDR's, because they create different electrostatic or hydrophobic forces than in the donor mouse antibody, and the distorted CDR's may not make as effective contacts with the antigen as the CDR's did in the donor antibody;

(2) Also, amino acids in the original mouse antibody that are close to, but not part of, the CDR's (i.e., still part of the framework), may make contacts with the antigen that contribute to affinity. These amino acids are lost when the antibody is humanized, because all framework amino acids are made human.

To avoid these problems, and to produce humanized antibodies that have a very strong affinity for a desired antigen, the present invention uses one or more of the following principles for designing humanized immunoglobulins. Also, the criteria may be used singly, or when necessary in combination, to achieve the desired affinity or other characteristics.

A principle is that as acceptor, a framework is used from a particular human immunoglobulin that is unusually homologous to the donor immunoglobulin to be humanized, or use a consensus framework from many human antibodies. For example, comparison of the sequence of a mouse heavy (or light) chain variable region against human heavy (or light) variable regions in a data bank (for example, the National Biomedical Research Foundation Protein Identification Resource) shows that the extent of homology to different human regions varies greatly, typically from about 40% to about 60-70%. By choosing as the acceptor immunoglobulin one of the human heavy (respectively light) chain variable regions that is most homologous to the heavy (respectively light) chain variable region of the donor immunoglobulin,

29                    11823-9-1

PDL-A 0001341

fewer amino acids will be changed in going from the donor
immunoglobulin to the humanized immunoglobulin. Hence, and
again without intending to be bound by theory, it is believed
that there is a smaller chance of changing an amino acid near
5    the CDR's that distorts their conformation. Moreover, the
precise overall shape of a humanized antibody comprising the
humanized immunoglobulin chain may more closely resemble the
shape of the donor antibody, also reducing the chance of
distorting the CDR's.

10        Typically, one of the 3-5 most homologous heavy
chain variable region sequences in a representative
collection of at least about 10 to 20 distinct human heavy
chains will be chosen as acceptor to provide the heavy chain
framework, and similarly for the light chain. Preferably,
15   one of the 1-3 most homologous variable regions will be used.
The selected acceptor immunoglobulin chain will most
preferably have at least about 65% homology in the framework
region to the donor immunoglobulin.

          In many cases, it may be considered preferable to
20   use light and heavy chains from the same human antibody as
acceptor sequences, to be sure the humanized light and heavy
chains will make favorable contacts with each other. In this
case, the donor light and heavy chains will be compared only
against chains from human antibodies whose complete sequence
25   is known, e.g., the Eu, Lay, Pom, Wol, Sie, Gal, Ou and WEA
antibodies (Kabat et al., op. cit.; occasionally, the last
few amino acids of a human chain are not known and must be
deduced by homology to other human antibodies). The human
antibody will be chosen in which the light and heavy chain
30   variable regions sequences, taken together, are overall most
homologous to the donor light and heavy chain variable region
sequences. Sometimes greater weight will be given to the
heavy chain sequence. The chosen human antibody will then
provide both light and heavy chain acceptor sequences. In
35   practice, it is often found that the human Eu antibody will
serve this role.

          Regardless of how the acceptor immunoglobulin is
chosen, higher affinity may be achieved by selecting a small

30                         11823-9-1

number of amino acids in the framework of the humanized
immunoglobulin chain to be the same as the amino acids at
those positions in the donor rather than in the acceptor.  A
second principle is that the following categories define what
5   amino acids may be  selected from the donor.  Preferably, at
many or all amino acid positions in one of these categories,
the donor amino acid will in fact be selected.

Category 1:    The amino acid position is in a CDR is defined
10  by Kabat et al., _op. cit._.

Category 2:    If an amino acid in the framework of the human
acceptor immunoglobulin is unusual (_i.e._, "rare", which as
used herein indicates an amino acid occurring at that
15  position in less than about 20% but usually less than about
10% of human heavy (respectively light) chain V region
sequences in a representative data bank), and if the donor
amino acid at that position is typical for human sequences
(_i.e._, "common", which as used herein indicates an amino acid
20  occurring in more than about 25% but usually more than about
50% of sequences in a representative data bank), then the
donor amino acid rather than the acceptor may be selected.
This criterion helps ensure that an atypical amino acid in
the human framework does not disrupt the antibody structure.
25  Moreover, by replacing an unusual amino acid with an amino
acid from the donor antibody that happens to be typical for
human antibodies, the humanized antibody may be made less
immunogenic.
        All human light and heavy chain variable region
30  sequences are respectively grouped into "subgroups" of
sequences that are especially homologous to each other and
have the same amino acids at certain critical positions
(Kabat et al., op. cit.).  When deciding whether an amino
acid in a human acceptor sequence is "rare" or "common" among
35  human sequences, it will often be preferable to consider only
those human sequences in the same subgroup as the acceptor
sequence.

31

11823-9-1

Category 3:    In the positions immediately adjacent to one or more of the 3 CDR's in the primary sequence of the humanized immunoglobulin chain, the donor amino acid(s) rather than acceptor amino acid may be selected.  These amino acids are particularly likely to interact with the amino acids in the CDR's and, if chosen from the acceptor, to distort the donor CDR's and reduce affinity.  Moreover, the adjacent amino acids may interact directly with the antigen (Amit et al., Science, 233, 747-753 (1986), which is incorporated herein by reference) and selecting these amino acids from the donor may be desirable to keep all the antigen contacts that provide affinity in the original antibody.

Category 4:    A 3-dimensional model, typically of the original donor antibody, shows that certain amino acids outside of the CDR's are close to the CDR's and have a good probability of interacting with amino acids in the CDR's by hydrogen bonding, Van der Waals forces, hydrophobic interactions, etc.  At those amino acid positions, the donor immunoglobulin amino acid rather than the acceptor immunoglobulin amino acid may be selected. Amino acids according to this criterion will generally have a side chain atom within about 3 angstrom units of some atom in the CDR's and must contain an atom that could interact with the CDR atoms according to established chemical forces, such as those listed above.

In the case of atoms that may form a hydrogen bond, the 3 angstroms is measured between their nuclei, but for atoms that do not form a bond, the 3 angstroms is measured between their Van der Waals surfaces.  Hence, in the latter case, the nuclei must be within about 6 angstroms (3 + sum of the Van der Waals radii) for the atoms to be considered capable of interacting.  In many cases the nuclei will be from 4 or 5 to 6Å apart.  In determining whether an amino acid can interact with the CDRs, it is preferred not to consider the last 8 amino acids of heavy chain CDR 2 as part of the CDRs, because from the viewpoint of structure, these 8 amino acids behave more as part of the framework.

32                    11823-9-1

Amino acids in the framework that are capable of interacting with amino acids in the CDR's, and which therefore belong to Category 4, may be distinguished in another way.  The solvent accessible surface area of each framework amino acid is calculated in two ways: (1) in the intact antibody, and (2) in a hypothetical molecule consisting of the antibody with its CDRs removed.  A significant difference between these numbers of about 10 square angstroms or more shows that access of the framework amino acid to solvent is at least partly blocked by the CDRs, and therefore that the amino acid is making contact with the CDRs.  Solvent accessible surface area of an amino acid may be calculated based on a 3-dimensional model of an antibody, using algorithms known in the art (e.g., Connolly, J. Appl. Cryst. 16, 548 (1983) and Lee and Richards, J. Mol. Biol. 55, 379 (1971), both of which are incorporated herein by reference).  Framework amino acids may also occasionally interact with the CDR's indirectly, by affecting the conformation of another framework amino acid that in turn contacts the CDR's.

The amino acids at several positions in the framework are known to be capable of interacting with the CDRs in many antibodies (Chothia and Lesk, J. Mol. Biol. 196, 901 (1987), Chothia et al., Nature 342, 877 (1989), and Tramontano et al., J. Mol. Biol. 215, 175 (1990), all of which are incorporated herein by reference), notably at positions 2, 48, 64 and 71 of the light chain and 26-30, 71 and 94 of the heavy chain (numbering according to Kabat, op. cit.), and therefore these amino acids will generally be in Category 4.  Typically, humanized immunoglobulins of the present invention will include donor amino acids (where different) in category 4 in addition to these.  The amino acids at positions 35 in the light chain and 93 and 103 in the heavy chain are also likely to interact with the CDRs.  At all these numbered positions, choice of the donor amino acid rather than the acceptor amino acid (when they differ) to be in the humanized immunoglobulin is preferred.  On the other hand, certain positions that may be in Category 4 such

PDL-A 0001345

as the first 5 amino acids of the light chain may sometimes
be chosen from the acceptor immunoglobulin without loss of
affinity in the humanized immunoglobulin.

     Chothia and Lesk (op. cit.) define the CDRs
5     differently from Kabat et al. (op. cit.).  Notably, CDR1 is
defined as including residues 26-32.  Accordingly, Riechmann
et al., (op. cit.) chose these amino acids from the donor
immunoglobulins.

     Computer programs to create models of proteins such
10    as antibodies are generally available and well known to those
skilled in the art (see, Levy et al., Biochemistry, 28, 7168-
7175 (1989); Bruccoleri et al., Nature, 335, 564-568 (1988);
Chothia et al., Science, 233, 755-758 (1986), all of which
are incorporated herein by reference).  These do not form
15    part of the invention.  Indeed, because all antibodies have
similar structures, the known antibody structures, which are
available from the Brookhaven Protein Data Bank, can be used
if necessary as rough models of other antibodies.
Commercially available computer programs can be used to
20    display these models on a computer monitor, to calculate the
distance between atoms, and to estimate the likelihood of
different amino acids interacting (see, Ferrin et al., J.
Mol. Graphics, 6, 13-27 (1988)).

     In addition to the above categories, which describe
25    when an amino acid in the humanized immunoglobulin may be
taken from the donor, certain amino acids in the humanized
immunoglobulin may be taken from neither the donor nor
acceptor, if then fall in:

30    Category 5:    If the amino acid at a given position in the
donor immunoglobulin is "rare" for human sequences, and the
amino acid at that position in the acceptor immunoglobulin is
also "rare" for human sequences, as defined above, then the
amino acid at that position in the humanized immunoglobulin
35    may be chosen to be some amino acid "typical" of human
sequences.  A preferred choice is the amino acid that occurs
most often at that position in the known human sequences
belonging to the same subgroup as the acceptor sequence.

34             11823-9-1

PDL-A 0001346

Humanized antibodies generally have at least three potential advantages over mouse or in some cases chimeric antibodies for use in human therapy:

1)    Because the effector portion is human, it may interact better with the other parts of the human immune system (e.g., destroy the target cells more efficiently by complement-dependent cytotoxicity (CDC) or antibody-dependent cellular cytotoxicity (ADCC)).

2)    The human immune system should not recognize the framework or constant region of the humanized antibody as foreign, and therefore the antibody response against such an injected antibody should be less than against a totally foreign mouse antibody or a partially foreign chimeric antibody.

3)    Injected mouse antibodies have been reported to have a half-life in the human circulation much shorter than the half-life of normal antibodies (D. Shaw et al., J. Immunol., 138, 4534-4538 (1987)).  Injected humanized antibodies will presumably have a half-life more similar to naturally occurring human antibodies, allowing smaller and less frequent doses to be given.

In one aspect, the present invention is directed to designing humanized immunoglobulins that are produced by expressing recombinant DNA segments encoding the heavy and light chain CDR's from a donor immunoglobulin capable of binding to a desired antigen, such as the human IL-2 receptor, attached to DNA segments encoding acceptor human framework regions.  Exemplary DNA sequences designed in accordance with the present invention code for the polypeptide chains comprising heavy and light chain CDR's with substantially human framework regions shown in Figs. 1 through 6.  Due to codon degeneracy and non-critical amino acid substitutions, other DNA sequences can be readily substituted for those sequences, as detailed below.  In general, the criteria of the present invention find applicability to designing substantially any humanized immunoglobulin.

35

11823-9-1

PDL-A 0001347

The DNA segments will typically further include an expression control DNA sequence operably linked to the humanized immunoglobulin coding sequences, including naturally-associated or heterologous promoter regions.

5    Preferably, the expression control sequences will be eukaryotic promoter systems in vectors capable of transforming or transfecting eukaryotic host cells, but control sequences for prokaryotic hosts may also be used. Once the vector has been incorporated into the appropriate

10   host, the host is maintained under conditions suitable for high level expression of the nucleotide sequences, and, as desired, the collection and purification of the humanized light chains, heavy chains, light/heavy chain dimers or intact antibodies, binding fragments or other immunoglobulin

15   forms may follow (see, S. Beychok, Cells of Immunoglobulin Synthesis, Academic Press, N.Y., (1979), which is incorporated herein by reference).

Human constant region DNA sequences can be isolated in accordance with well known procedures from a variety of

20   human cells, but preferably immortalized B-cells (see, Kabat op. cit. and WP87/02671). The CDR's for producing the immunoglobulins of the present invention will be similarly derived from monoclonal antibodies capable of binding to the predetermined antigen, such as the human IL-2 receptor, and

25   produced by well known methods in any convenient mammalian source including, mice, rats, rabbits, or other vertebrates, capable of producing antibodies. Suitable source cells for the constant region and framework DNA sequences, and host cells for immunoglobulin expression and secretion, can be

30   obtained from a number of sources, such as the American Type Culture Collection ("Catalogue of Cell Lines and Hybridomas," sixth edition (1988) Rockville, Maryland, U.S.A., which is incorporated herein by reference).

In addition to the humanized immunoglobulins

35   specifically described herein, other "substantially homologous" modified immunoglobulins to the native sequences can be readily designed and manufactured utilizing various recombinant DNA techniques well known to those skilled in the

36                          11823-9-1

PDL-A 0001348

art.  For example, the framework regions can vary
specifically from the sequences in Figs. 1 through 6 at the
primary structure level by several amino acid substitutions,
terminal and intermediate additions and deletions, and the
5   like.  Moreover, a variety of different human framework
regions may be used singly or in combination as a basis for
the humanized immunoglobulins of the present invention.  In
general, modifications of the genes may be readily
accomplished by a variety of well-known techniques, such as
10  site-directed mutagenesis (see, Gillman and Smith, Gene, 8,
81-97 (1979) and S. Roberts et al., Nature, 328, 731-734
(1987), both of which are incorporated herein by reference).
        Substantially homologous immunoglobulin sequences
are those which exhibit at least about 85% homology, usually
15  at least about 90%, and preferably at least about 95%
homology with a reference immunoglobulin protein.
        Alternatively, polypeptide fragments comprising
only a portion of the primary antibody structure may be
produced, which fragments possess one or more immunoglobulin
20  activities (e.g., complement fixation activity).  These
polypeptide fragments may be produced by proteolytic cleavage
of intact antibodies by methods well known in the art, or by
inserting stop codons at the desired locations in the vectors
pVk and pVg1 (Fig. 9) using site-directed mutagenesis, such
25  as after CH1 to produce Fab fragments or after the hinge
region to produce (Fab')$_2$ fragments.  Single chain antibodies
may be produced by joining VL and VH with a DNA linker (see,
Huston et al., op. cit., and Bird et al., op. cit.).  Also
because like many genes, the immunoglobulin-related genes
30  contain separate functional regions, each having one or more
distinct biological activities, the genes may be fused to
functional regions from other genes (e.g., enzymes, see,
commonly assigned U.S.S.N. 132,387, filed Dec. 15, 1987,
which is incorporated herein by reference) to produce fusion
35  proteins (e.g., immunotoxins) having novel properties. The
nucleic acid sequences of the present invention capable of
ultimately expressing the desired humanized antibodies can be
formed from a variety of different polynucleotides (genomic

37                      11823-9-1

PDL-A 0001349

or cDNA, RNA, synthetic oligonucleotides, etc.) and components (e.g., V, J, D, and C regions), as well as by a variety of different techniques. Joining appropriate synthetic and genomic sequences is presently the most common method of production, but cDNA sequences may also be utilized (see, European Patent Publication No. 0239400 and L. Reichmann et al., Nature, 332, 323-327 (1988), both of which are incorporated herein by reference).

As stated previously, the DNA sequences will be expressed in hosts after the sequences have been operably linked to (i.e., positioned to ensure the functioning of) an expression control sequence. These expression vectors are typically replicable in the host organisms either as episomes or as an integral part of the host chromosomal DNA. Commonly, expression vectors will contain selection markers, e.g., tetracycline or neomycin, to permit detection of those cells transformed with the desired DNA sequences (see, e.g., U.S. Patent 4,704,362, which is incorporated herein by reference).

E. coli is one prokaryotic host useful particularly for cloning the DNA sequences of the present invention. Other microbial hosts suitable for use include bacilli, such as Bacillus subtilus, and other enterobacteriaceae, such as Salmonella, Serratia, and various Pseudomonas species. In these prokaryotic hosts, one can also make expression vectors, which will typically contain expression control sequences compatible with the host cell (e.g., an origin of replication). In addition, any number of a variety of well-known promoters will be present, such as the lactose promoter system, a tryptophan (trp) promoter system, a beta-lactamase promoter system, or a promoter system from phage lambda. The promoters will typically control expression, optionally with an operator sequence, and have ribosome binding site sequences and the like, for initiating and completing transcription and translation.

Other microbes, such as yeast, may also be used for expression. Saccharomyces is a preferred host, with suitable vectors having expression control sequences, such as promoters, including 3-phosphoglycerate kinase or other

PDL-A 0001350

glycolytic enzymes, and an origin of replication, termination
sequences and the like as desired.

In addition to microorganisms, mammalian tissue
cell culture may also be used to express and produce the
5     polypeptides of the present invention (see, Winnacker, "From
Genes to Clones," VCH Publishers, N.Y., N.Y. (1987), which is
incorporated herein by reference). Eukaryotic cells are
actually preferred, because a number of suitable host cell
lines capable of secreting intact immunoglobulins have been
10    developed in the art, and include the CHO cell lines, various
COS cell lines, HeLa cells, preferably myeloma cell lines,
etc, and transformed B-cells or hybridomas. Expression
vectors for these cells can include expression control
sequences, such as an origin of replication, a promoter, an
15    enhancer (Queen et al., Immunol. Rev., 89, 49-68 (1986),
which is incorporated herein by reference), and necessary
processing information sites, such as ribosome binding sites,
RNA splice sites, polyadenylation sites, and transcriptional
terminator sequences. Preferred expression control sequences
20    are promoters derived from immunoglobulin genes, SV40,
Adenovirus, cytomegalovirus, Bovine Papilloma Virus, and the
like.

The vectors containing the DNA segments of interest
(e.g., the heavy and light chain encoding sequences and
25    expression control sequences) can be transferred into the
host cell by well-known methods, which vary depending on the
type of cellular host. For example, calcium chloride
transfection is commonly utilized for prokaryotic cells,
whereas calcium phosphate treatment or electroporation may be
30    used for other cellular hosts. (See, generally, Maniatis et
al., Molecular Cloning: A Laboratory Manual, Cold Spring
Harbor Press, (1982), which is incorporated herein by
reference.)

Once expressed, the whole antibodies, their dimers,
35    individual light and heavy chains, or other immunoglobulin
forms of the present invention, can be purified according to
standard procedures of the art, including ammonium sulfate
precipitation, affinity columns, column chromatography, gel

39

11823-9-1

PDL-A 0001351

electrophoresis and the like (see, generally, R. Scopes,
"Protein Purification", Springer-Verlag, N.Y. (1982)).
Substantially pure immunoglobulins of at least about 90 to
95% homogeneity are preferred, and 98 to 99% or more
5    homogeneity most preferred, for pharmaceutical uses. Once
purified, partially or to homogeneity as desired, the
polypeptides may then be used therapeutically (including
extracorporeally) or in developing and performing assay
procedures, immunofluorescent stainings, and the like. (See,
10   generally, Immunological Methods, Vols. I and II, Lefkovits
and Pernis, eds., Academic Press, New York, N.Y. (1979 and
1981)).

     The antibodies of the present invention will
typically find use individually in treating substantially any
15   disease susceptible to monoclonal antibody-based therapy. In
particular, the immunoglobulins can be used for passive
immunization or the removal of unwanted cells or antigens,
such as by complement mediated lysis, all without substantial
immune reactions (e.g., anaphylactic shock) associated with
20   many prior antibodies. For example, where the cell linked to
a disease has been identified as IL-2 receptor bearing, then
humanized antibodies that bind to the human IL-2 receptor are
suitable (see, U.S.S.N. 085,707, entitled "Treating Human
Malignancies and Disorders," which is incorporated herein by
25   reference). For such a humanized immunoglobulin, typical
disease states suitable for treatment include graft versus
host disease and transplant rejection in patients undergoing
an organ transplant, such as heart, lungs, kidneys, liver,
etc. Other diseases include autoimmune diseases, such as
30   Type I diabetes, multiple sclerosis, rheumatoid arthritis,
systemic lupus erythematosus, and myasthenia gravis.

     The method of producing humanized antibodies of the
present invention can be used to humanize a variety of donor
antibodies, especially monoclonal antibodies reactive with
35   markers on cells responsible for a disease. For example,
suitable antibodies bind to antigens on T-cells, such as
those grouped into the so-called "Clusters of
Differentiation," as named by the First International

40                                           11823-9-1

Leukocyte Differentiation Workshop, Leukocyte Typing, Bernard et al., Eds., Springer-Verlag, N.Y. (1984), which is incorporated herein by reference.

5   The antibodies of the present invention can also be used as separately administered compositions given in conjunction with chemotherapeutic or immunosuppressive agents. Possible agents include cyclosporin A or a purine analog (e.g., methotrexate, 6-mercaptopurine, or the like), but numerous additional agents (e.g., cyclophosphamide, 10   prednisone, etc.) well-known to those skilled in the art of medicine may also be utilized.

A preferred pharmaceutical composition of the present invention comprises the use of the subject antibodies in immunotoxins. Immunotoxins are characterized by two 15   components and are particularly useful for killing selected cells in vitro or in vivo. One component is a cytotoxic agent which is usually fatal to a cell when attached or absorbed. The second component, known as the "delivery vehicle," provides a means for delivering the toxic agent to 20   a particular cell type, such as cells comprising a carcinoma. The two components are commonly chemically bonded together by any of a variety of well-known chemical procedures. For example, when the cytotoxic agent is a protein and the second component is an intact immunoglobulin, the linkage may be by 25   way of heterobifunctional cross-linkers, e.g., SPDP, carbodiimide, glutaraldehyde, or the like. Production of various immunotoxins is well-known with the art, and can be found, for example in "Monoclonal Antibody-Toxin Conjugates: Aiming the Magic Bullet," Thorpe et al., Monoclonal 30   Antibodies in Clinical Medicine, Academic Press, pp. 168-190 (1982), which is incorporated herein by reference. The components may also be linked genetically (see, Chaudhary et al., Nature 339, 394 (1989), which is herein incorporated by reference).

35   A variety of cytotoxic agents are suitable for use in immunotoxins. Cytotoxic agents can include radionuclides, such as Iodine-131 or other isotopes of iodine, Yttrium-90, Rhenium-188, and Bismuth-212 or other alpha emitters; a

41                                    11823-9-1

number of chemotherapeutic drugs, such as vindesine,
methotrexate, adriamycin, and cisplatinum; and cytotoxic
proteins such as ribosomal inhibiting proteins like pokeweed
antiviral protein, Pseudomonas exotoxin A, ricin, diphtheria
5   toxin, ricin A chain, etc., or an agent active at the cell
surface, such as the phospholipase enzymes (e.g.,
phospholipase C). (See, generally, commonly assigned
U.S.S.N. 07/290,968 filed U.S.P.T.O. on December 28, 1988,
"Chimeric Toxins," Olsnes and Phil, Pharmac. Ther., 25,
10   355-381 (1982), and "Monoclonal Antibodies for Cancer
Detection and Therapy," eds. Baldwin and Byers, pp. 159-179,
224-266, Academic Press (1985), all of which are incorporated
herein by reference.)

    The delivery component of the immunotoxin will
15   include the humanized immunoglobulins of the present
invention.  Intact immunoglobulins or their binding
fragments, such as Fab, are preferably used.  Typically, the
antibodies in the immunotoxins will be of the human IgM or
IgG isotype, but other mammalian constant regions may be
20   utilized as desired.

    For diagnostic purposes, the antibodies may either
be labeled or unlabeled.  Unlabeled antibodies can be used in
combination with other labeled antibodies (second antibodies)
that are reactive with the humanized antibody, such as anti-
25   bodies specific for human immunoglobulin constant regions.
Alternatively, the antibodies can be directly labeled.  A
wide variety of labels may be employed, such as
radionuclides, fluors, enzymes, enzyme substrates, enzyme co-
factors, enzyme inhibitors, ligands (particularly haptens),
30   etc.  Numerous types of immunoassays are available and are
well known to those skilled in the art.

    The following examples are offered by way of
illustration, not by limitation.

35

11823-9-1

PDL-A 0001354

PATENT

11823-26

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of | ) |
| CARY L. QUEEN ET AL. | ) Examiner: L. Feisee |
| Serial No.: 07/634,278 | ) Art Unit: 1806 |
| Filed: December 19, 1990 | ) |
| For: IMPROVED HUMANIZED<br>IMMUNOGLOBULINS | ) |

### DECLARATION OF CARY L. QUEEN

Commissioner of Patents
 and Trademarks
Washington, D. C. 20231

Sir:

      I, Cary L. Queen, declare and state as follows:

      1.  I am one of the named inventors of the invention claimed in the subject application.  I received my Ph.D. in 1975 from the University of Califoria, Berkeley.  I am an author of over 30 publications, many of which report on research in molecular immunology.  A copy of my curriculum vitae is attached as Exhibit 1.

      2.  I am Vice President, Research at Protein Design Labs, Inc., Mountain View, California.  In this capacity, one of my primary responsibilities is directing PDL's immunoglobulin humanization program.

      3.  I have read the Office Actions dated November 27, 1991 and May 7, 1992, as well as all the references cited therein.  For the reasons explained below, it is my expert opinion that the presently pending claims (i.e., new claims 95-116) were fully

PDL-A 0001739

Serial No.:  07/634,278
Page 2

enabled to a skilled molecular immunologist at the time of the
filing date of the parent application of the present application
(December 28, 1988).

4.    In the Office Action, the Examiner has alleged that
the subject specification is non-enabling in that it does not
adequately teach how to make and use the claimed invention.  Based
on my knowledge of and experience in the recombinant immunoglobulin
field, I respectfully disagree based on the following facts and
reasoning as an expert.  The following also restates my interview
presentation on July 22, 1992.

5.    I will begin by briefly reviewing various methods
that have been used to humanize antibodies.  To do so, it is first
necessary to compare the two definitions of antibody hypervariable
regions  (also  called  Complementarity  Determining  Regions,
abbreviated CDRs) that are used by those skilled in the art.  The
hypervariable regions or CDRs were originally defined by Kabat et
al., based on extent of sequence variability, to consist of
residues 24-34 (L1), 50-56 (L2) and 89-97 (L3) in the light chain
variable domain ($V_L$) and 31-35 (H1), 50-65 (H2) and 95-102 (H3) in
the heavy chain variable domain ($V_H$), using Kabat's standard
numbering system for antibody amino acids.  The CDRs are believed
to contact the target antigen of an antibody and to be primarily
responsible for binding.  More recently Chothia et al. have given
an alternate definition of the hypervariable regions or CDRs as
consisting of residues 26-32 (L1), 50-52 (L2), 91-96 (L3) in $V_L$ and
residues 26-32 (H1), 53-55 (H2), 96-101 (H3) in $V_H$.  The Chothia
definition is based on the residues that constitute the loops in
the 3-dimensional structures of antibodies.  The Chothia definition
of the CDRs is compared with that of Kabat in attached Exhibit 2.
It is particularly important to note that for each of the six CDRs,
the Chothia CDR is actually a subset of (i.e., smaller than) the

Serial No.: 07/634,278
Page 3

Kabat CDR, with the single exception of H1 (the first heavy chain CDR), where the Chothia CDR contains amino acids 26-30 that are not in the Kabat CDR.

6.    Further discussion will make reference to attached Exhibit 3, which is a chronological list of all published journal articles known to me describing the construction of fully humanized antibodies, based on a June 1992 search using the National Library of Medicine Online Services (Medline) for the keywords "humanized" and "reshaped."   Three methods have been used in attempts to humanize antibodies.   The first of these, initially applied in Jones et al. and then applied again in Verhoeyen et al. was to *precisely transfer the CDRs, as defined by Kabat, from a mouse antibody to a pre-determined human framework.* (The human framework was pre-determined in the sense that it was chosen independently of and without reference to the particular mouse antibody being humanized; both Jones et al. and Verhoeyen et al. used the framework of the human NEW antibody.)   However, both Jones et al. and Verhoeyen et al. only humanized the heavy chain of the mouse antibody, while retaining the complete mouse light chain.   Indeed, *this method has never been shown in publications to work for a complete antibody:*   In all of the fully (both chains) humanized antibodies listed in Exhibit 3, either the human framework was chosen to be homologous to the mouse antibody framework rather than being pre-determined, or mouse amino acids outside of the Kabat CDRs were transferred to the humanized antibody, or both.

7.    I have previously submitted a declaration dated September 21, 1990 that my laboratory produced a "CDR-only humanized" antibody that contained only the CDRs from the anti-Tac antibody, combined with a complete human framework.   This CDR-only humanized antibody was therefore constructed according to the teaching of Jones et al. and Verhoeyen et al., with the light chain

PDL-A 0001741

Serial No.: 07/634,278
Page 4

as well as the heavy chain humanized. The CDR-only humanized antibody had no detectable binding affinity for the IL-2 receptor, the target antigen of anti-Tac, thus showing that the CDRs alone are not sufficient to confer good binding affinity.

8. The failure of the original method of Jones et al. and Verhoeyen et al. to produce fully humanized antibodies that retain high binding affinity is also made especially clear by the later work of Foote and Winter (J. Mol. Biol. (1992) 224:487-499). In this paper, the authors completed the humanization of the mouse D1.3 antibody first described in Jones et al., also humanizing the light chain by transferring only the Kabat CDRs to a human light chain. According to Table 1 on p. 495 of Foote and Winter, the resulting fully humanized antibody HuLysO had a dissociation constant $K_d$ of 260 nM versus 3.7 nM for the original mouse D1.3 antibody, i.e., about 70-fold worse. Indeed, the association constant $K_a$ (= $1/K_d$) for antigen of the humanized antibody was only $0.38 \times 10^7$ $M^{-1}$. Although the antibody D1.3 has no medical applications, even if it did, the 70-fold loss of affinity to less than $10^7$ $M^{-1}$ in the humanized antibody would almost certainly make the humanized version medically unusable. To restore the affinity of the humanized antibody, Foote and Winter had to incorporate additional mouse amino acids into the humanized antibody, following the teaching of our invention.

9. A second method for humanizing antibodies was described by Riechmann et al. These authors initially attempted the previous method by transferring precisely the Kabat CDRs to a pre-determined human framework (NEW again for the heavy chain and REI for the light chain). However, they found that an antibody containing the humanized heavy chain lost most of its binding affinity and ability to lyse target cells, as shown in Table 1 on p. 325. They therefore made a new humanized antibody that

Serial No.:  07/634,278
Page 5

contained the mouse amino acids at positions 27 and 30, as well as
the mouse CDRs, in the human framework.  The new humanized antibody
had good binding affinity.  The implications of Riechmann et al.
will be discussed at greater length below.  For now, it is only
important to note that amino acids 27 and 30 were not chosen at
random:  although they are part of the Kabat framework (i.e., not
in a Kabat CDR), *these amino acids are in CDR H1 as defined by
Chothia* (see paragraph 5 above or Exhibit 2).  Hence, the final
humanized antibody of Reichmann et al. contains the Kabat CDRs and
the Chothia CDR H1 from the mouse antibody, but no other mouse
amino acids.   Therefore the method of humanization actually
utilized in Reichmann et al. can be stated as:  *transfer the Kabat
CDRs plus the one Chothia CDR that contains extra amino acids (H1)
to a pre-determined human framework.*

10.  However, *this second method of humanizing antibodies
has only worked for one published antibody*, namely the original
antibody of Riechmann et al.  Inspection of Exhibit 3 shows that
for every other published humanization, either the human framework
was chosen to be homologous to the mouse antibody framework rather
than being predetermined, or mouse amino acids outside of both the
Kabat CDRs and Chothia CDR H1 (26-32) were transferred to the
humanized antibody, or both.  Moreover, in many cases, the
additional mouse framework amino acids *outside of Chothia CDR H1*
were specifically shown to be important for maintaining high
binding affinity in the humanized antibody.  For example, in
Tempest et al., mouse $V_H$ amino acids 91-93 were shown to be
important; in Kettleborough et al., mouse $V_L$ amino acid 71 and $V_H$
amino acids 48, 66, 67, and 71; and in Foote and Winter, mouse $V_L$
amino acid 71 and $V_H$ amino acid 71.  Hence, the second method is
clearly not generally applicable to producing humanized antibodies
with high binding affinity.

PDL-A 0001743

Serial No.:  07/634,278
Page 6

11.  The  third  method  of  humanizing  antibodies  is described in the subject patent application and in Queen et al. This method can be stated as follows:  *transfer the Kabat CDRs plus amino acids that can contact the CDRs, and/or use a human framework highly homologous to the mouse antibody*.  This method is the currently accepted one, and except for Reichmann et al., all the publications in Exhibit 3 utilize it.  For example, Co et al. (1991), Gorman et al., Dougherty et al., Routledge et al., Kettleborough et al., Shearman et al. and Co et al. (1992) utilize a homologous human framework.  And all the publications in Exhibit 3 except for Reichmann et al., Gorman et al., Routledge et al. and possibly Dougherty et al. and Maeda et al. (unknown) transfer framework amino acids that can contact the CDRs (and are outside of Chothia CDR.H1).  Hence, most of the publications utilize both components of the third method.

12.  That the publications in Exhibit 3 are in fact following the teaching of the subject patent application may in many cases be shown by quotations from the articles.  Referring first to the concept of using a human framework especially homologous to the mouse antibody, Gorman et al. state on p. 4182 about their humanization of the Campath-9 antibody:

> The $V_H$ region of KOL was chosen because of all known human heavy chain V regions its overall amino acid sequence is very homologous to the Campath-9 $V_H$ region (Fig. 1A) containing 72% identical residues...

In fact Gorman et al. go on to show that if a homologous antibody is not chosen, the humanized antibody loses most binding affinity. The authors also cite (on p. 4184) our prior work in Queen et al. included in the subject patent application:  "In the fourth example, the antibody was reshaped based on a homologous human framework...", after having mentioned the 3 prior examples of humanized antibodies in Jones et al., Verhoeyen et al. and Reichmann et al.

Serial No.:  07/634,278
Page 7

13.  Similarly, Routledge et al. state on p. 2719 about
their humanization of YTH12.5:

> A search of the Genbank, EMBL and Swissprot
> databases identified those known human $V_H$ and
> $V_L$ region amino acid sequences to which the
> corresponding YTH12.5 genes had the highest
> degree of similarity.  Consequently, the
> framework regions chosen for reshaping were
> from the human $V_H$ type III gene $V_H26-D-J$ (83.2%
> similarity; Genbank code:  Humighat.) and the
> human $V_L$ $\lambda$ type VI gene SUT (69.6% similarity:
> Swissprot  code:    LV6C$Hum.).   [footnotes
> omitted]

Again, Kettleborough et al. state on p. 778, using the abbreviation
FR for framework:

> To select the human FRs on which to graft the
> mouse CDRs, it was decided to look for human
> frameworks most like the original mouse FRs.

As a final example, Shearman et al. state on p. 4367:

> To determine the optimal human sequence with
> which to humanize the murine BMA 031 antibody,
> the murine BMA 031 amino acid sequence was
> used to search the NBRF data base for the most
> homologous human antibody.   Inasmuch as
> molecular models of antibodies show strong
> interactions between the H and L chains, we
> decided to use the H and L chain from the same
> human antibody.  The human EU antibody turned
> out to be the best overall choice.

The use of an H and L chain from the same human antibody had
previously been presented as a preferred mode on p. 30 of the
subject patent application, and it was stated that the EU antibody
would often be that human antibody.

14.  Turning now to the other part of the third method of
humanizing antibodies--transfer of mouse amino acids that can
contact the CDRs into the humanized antibody--Tempest et al. state
on pg. 269:

> Our approach is to introduce ordered steps of
> additional alterations to achieve the minimal
> number of changes to the human structure

Serial No.:  07/634,278
Page 8

> necessary to restore binding affinity and
> specificity.  Comparison of the amino acid
> sequences of the murine and human frameworks
> (Fig. 2) reveals a number of potential sites
> of framework-CDR interaction, and in this
> case, the interaction between CDR3 and its
> flanking framework residues was considered a
> significant structural variations (residues
> 91-94). [my emphasis]

Having observed that the mouse framework amino acids 91-94 can
contact the CDRs, Tempest et al. transferred those amino acids to
the human framework to restore high binding affinity.

    15.  Several publications emphasize the importance of a
molecular model to determine which mouse amino acids contact the
CDRs and therefore should be retained in the humanized antibody, as
disclosed in the subject patent application.  For example, Shearman
et al. state on p. 4370:

> Functional antibody, however, was dependent on
> substitution of various murine FR amino acids
> in the human FR.  The identification of
> important FR amino acids in the absence of
> structural data or computer models is
> difficult...

Carter et al. state on p. 4289:

> The crucial role of molecular modeling in the
> humanization of mumAb4D5 is illustrated by the
> designed variant humAb4D5-8, which binds the
> p185HER2 ECD 250-fold more tightly than the
> simple CDR loop swap variant humAb4D5-1
> [p185HER2 ECD is the antigen for the mouse
> antibody mumAb4D5]

It is especially revealing that Kettleborough et al. constructed a
molecular model of the antibody 425 they humanized and made clear
that they analyzed it as disclosed in the subject patent
application, stating on p. 779:

> Other changes in the FRs were made based on a
> functional reshaped human anti-Tac antibody
> that was also designed based on human FRs from
> subgroup I (Queen et al., 1989).

Serial No.:  07/634,278
Page 9

The work of Foote and Winter is also very informative, especially as compared to the earlier papers Verhoeyen et al. and Reichmann et al. from the laboratory of Dr. Winter.  Unlike the earlier work, Foote and Winter, which was published well after the filing date of the subject application, emphasizes the importance of certain framework amino acids in maintaining the conformation of the CDRs and therefore their affinity for antigen, stating on p. 497:

> These residues are examples of a more general subset of framework residues acting as a "Vernier" zone (Fig. 1(c)), which may adjust CDR structure and fine-tune the fit to antigen.  In Table 2 we list framework residues forming a layer underlying the CDRs and that are positioned to exert these effects...  The Vernier zone has an obvious consequence for the design of humanized antibodies.  Although grafting CDRs onto a single set of acceptor frameworks may well transfer the antigenic specificity of the donor antibody (Jones et al., 1986), ideally the Vernier residues should also be matched.

Molecular modeling reveals that almost all the amino acids in the "Vernier" zone described by Foote and Winter and listed in their Table 2 are included in the set of framework residues having an atom within 4-6 Å of the CDRs, which was previously disclosed on p. 32 of the subject patent application as generally containing the amino acids that can contact the CDRs and therefore may need to be transferred from the mouse antibody to the humanized antibody in order to retain high binding affinity.

It is thus clear that the third method of humanizing antibodies--transfer the Kabat CDRs plus amino acids that can contact the CDRs, and/or use a human framework highly homologous to the mouse antibody -- which was disclosed in the subject patent application, is now the accepted method of humanizing antibodies among those skilled in the art, as the prior two methods rarely or never worked.

Serial No.:  07/634,278
Page 10

16.  In the office actions, the Examiner has further alleged that the Applicant has failed to show that any amino acid can be substituted for an amino acid adjacent a CDR and that the residue changes can occur adjacent to as many as four CDR's while still maintaining binding.  This allegation is incorrect because of an apparent misunderstanding of the subject specification.  That specification does not allow any amino acid to be substituted for an amino acid adjacent to a CDR.  Rather, as stated on p. 32 of the subject application:

> In the positions immediately adjacent to one or more of the 3 CDR's in the primary sequence of the humanized immunoglobulin chain, the donor amino acid(s) rather than acceptor amino acid may be selected.

In other words, there are only two choices for each amino acid adjacent to a CDR:  the amino acid from the donor antibody and the one from the acceptor antibody.  Since in many cases the donor and acceptor amino acid will in fact be the same, very few choices actually need to be made.  For example, for the donor mouse anti-Tac antibody and the acceptor human EU antibody used to humanize it, the amino acids are the same at all CDR-adjacent positions in the light chain and differ only at the positions preceding the heavy chain CDR H1, following CDR H2, and preceding and following CDR H3.  Hence, only four choices, in each case between two amino acids, needed to be made when humanizing anti-Tac.  Moreover, choice of the donor amino acids at CDR-adjacent positions is clearly preferred, because this choice was made in all examples in the subject application.  All the humanized antibodies described in the application retain high binding affinity, as disclosed in the examples.  Hence the choice of the donor amino acids reliably led to the construction of useful humanized antibodies, without any experimentation.

17.  The Examiner has also alleged that the framework and CDR's should be unusually homologous or contain a consensus

Serial No.:  07/634,278
Page 11

sequence and that this requirement provides a degree of
unpredictability.  This is incorrect because the specification
clearly states how an acceptor human antibody that is unusually
homologous to the donor antibody may be determined and recognized.
Thus, on p. 30 it is stated:

> Typically, one of the 3-5 most homologous
> heavy chain variable region sequences in a
> representative collection of at least about
> 10-20 distinct human heavy chains will be
> chosen as acceptor to provide the heavy chain
> framework, and similarly for the light chain.
> Preferably one of the 1-3 most homologous
> variable regions will be used.

In other words, it is first necessary to secure a data base
containing at least 10-20 distinct variable region sequences.
Several such data bases are well known to those skilled in the art,
such as the National Biomedical Foundation Protein Identification
Resource cited on p. 43.  The donor sequence is then compared for
homology with all the variable region sequences in the data base,
for example by using one of a variety of computer programs for this
purpose well known to those skilled in the art.  Finally, one of
the 3-5 (preferably 1-3) sequences in the data base most homologous
to the donor sequence is selected as the acceptor sequence.
Moreover, the extent of homology of the selected acceptor antibody
is also indicated in the specification:  "The selected acceptor
immunoglobulin will most preferably have at least about 65%
homology in the framework region to the donor immunoglobulin."

18.  The Examiner has further alleged that one of skill
in the art would be forced into undue experimentation to produce
additional humanized immunoglobulins (i.e., other than humanized
anti-Tac) capable of blocking the IL-2 receptor.  This is incorrect
because the specification provides clear guidance of the steps by
which humanized antibodies are produced to the IL-2 receptor.  Two
different detailed examples are presented:  humanized anti-Tac,
which binds to the p55 chain of the

Serial No.:  07/634,278
Page 12

mik-$\beta$1, which binds to the p75 chain of the IL-2 receptor.  In both cases, the humanized antibodies retained high binding affinity within several fold of the original mouse antibodies.  Moreover, four other humanized antibodies constructed by the same methods are described: Fd79, FD138, M195, and CMV5.  Although these antibodies do not bind to the IL-2 receptor, the fact that they also retain high binding affinity to their respective antigens shows the reproducibility of the method disclosed in the subject application. Indeed, for both of the antibodies to the IL-2 receptor as well as the 4 additional antibodies, *the very first humanized version constructed retained high binding affinity*.  In other words, far from requiring undue experimentation, the method disclosed in he ampliation enabled the successful humanization of six consecutive antibodies without any experimentation at all.  It may therefore be reasonably expected that the same method will generally suffice to humanize other antibodies to the IL-2 receptor.

19.  In my opinion, it would not have been obvious in 1989 to a person of ordinary skill in the recombinant immunoglobulin art to prepare the claimed humanized immunoglobulins specific for the IL-2 receptor in accordance with the procedures of Reichmann et al. in view of Chothia et al. using antibodies described in Diamantstein et al. or Uchiyama et al. In particular, the work of Chothia et al. makes 3 key points.  The first, on p. 904, is to give a new definition of hypervariable regions (CDRs), as has already been discussed in paragraph 5 above.  The Chothia definition is based on the residues that actually constitute the loops in the 3-dimensional structures of antibodies, and is somewhat different than Kabat's prior definitions of CDRs, which were based on sequence variability.  The Chothia definition of the CDRs has been compared with that of Kabat in Exhibit 2.  As has been discussed above, it is particularly important to note that for each of the 6 CDRs, the Chothia CDR is actually a subset of (i.e.,

PDL-A 0001750

Serial No.:  07/634,278
Page 13

smaller than) the Kabat CDR, with the single exception of H1, the
first heavy chain CDR, where the Chothia CDR contains amino acids
26-30 that are not in the Kabat CDR.

     20.  The second key point of Chothia et al. is made
throughout their paper and summarized on p. 915 as:

> The analysis of the immunoglobulin sequences
> implies that most of the hypervariable regions
> have one of a small set of main-chain
> conformations.      We   call   these   common
> conformations "canonical structures."

In other words, each CDR (with the exception of H3, as detailed in
the paper) can only fold up in a very limited number of ways. Most
of the paper of Chothia et al. consists of an analysis of what
limits each CDR to this small number of possible conformations, and
what determines which of the canonical conformations it will
actually adopt.

     21.  The third key point of Chothia et al. is that in
fact the important determinants of the conformation of each CDR are
contained within that CDR, as stated on p. 913:

> The descriptions of the hypervariable regions
> given above suggest that their main-chain
> conformations are determined <u>solely by
> particular residues within each region.</u>  [my
> emphasis]

Chothia et al. do hedge this position somewhat by stating:  "In
reality we should expect the conformations to be affected by their
environment."  However, they go on to say that any such
environmental effect is small:

> In the sections above we report the r.m.s.
> differences for the main-chain regions of
> hypervariable regions with the same fold in
> different immunoglobulin structures.  <u>The
> r.m.s. differences in position are small.</u> For
> the structures determined at high resolution
> they are less than 0.5 Å.  [my emphasis]

Serial No.:  07/634,278
Page 14

22.  I respectfully submit that Chothia et al. therefore actually *teach away* from making changes in the <u>framework</u> of a humanized antibody in order to retain binding affinity.  Indeed, one of skill in the art reading the cited passages from Chothia et al. could only conclude that CDRs may be freely transferred from the framework of one antibody to any other, without altering their conformation, because the environment (i.e., the framework) is stated not to significantly alter their conformation.  Hence, one of skill in the art would expect after studying Chothia et al. that to produce a humanized antibody, it would be sufficient to precisely transfer the CDRs from the donor antibody to the framework of any human antibody, without making other changes in the human framework, because the CDRs themselves contain the particular residues that determine their conformation and therefore their ability to bind to the target antigen.

23.  However, the conclusion from Chothia et al., that it is sufficient to transfer the CDRs into any human framework in order to retain binding affinity in a humanized antibody, has proved not to be correct.  This has been discussed in detail above with reference to a list of publications describing humanized antibodies (Exhibit 3).  In fact, as stated above, just one humanized antibody has been found to retain high binding affinity when only the Kabat CDRs (containing the Chothia CDRs) and Chothia CDR H1 were transferred to a pre-determined human framework (Reichmann et al.).  In all other cases, either a homologous human framework was used, or additional mouse amino acids not contained in either the Kabat or Chothia CDRs were transferred to the humanized antibody.  In conclusion, the work of Chothia et al. actually leads the reader away from successful methods of humanizing antibodies.

PDL-A 0001752

Serial No.:  07/634,278
Page 15

24. More generally, if it were assumed *arguendo* that Chothia et al. taught the importance of framework amino acids to the conformation of the CDRs, it would nonetheless be completely unclear from the paper how to apply this principle to the humanization of antibodies. No rules or criteria are given in Chothia et al. for deciding how to select particular framework amino acids in order to maintain the conformation and therefore the affinity of CDRs after transfer to a human framework. Those few framework amino acids mentioned in the paper are not generally relevant to the humanization of antibodies, and most of the amino acids found to be key to the successful humanization of various antibodies (Exhibit 3) are not discussed by Chothia et al. The examiner states:

> Chothia et al. analyze the hypervariable regions of various antibodies and suggest the different amino acids which may be changed in conserved and non-conserved regions, and further describe the implication of these changes.

I respectfully submit that the above discussion has shown that in fact the analysis in Chothia et al. is misleading when applied to the humanization of antibodies, and would not have made it obvious to one skilled in the art to prepare humanized immunoglobulins specific for the IL-2 receptor.

25. Reichmann et al. reported the first construction of a fully (both chains) humanized antibody. The antibody to be humanized was the rat YTH34.5HL antibody, which binds to the CAMPATH-1 antigen. The authors initially found that when they applied the first method of humanization described above - *to precisely transfer the Kabat CDRs to a pre-determined human framework* - the resulting antibody lost most of its affinity for the antigen and was therefore no longer useful. They stated on p. 326:

> Compared with the original rat antibody, or the engineered equivalent, the antibody with

Serial No.:  07/634,278
Page 16

>the reshaped heavy chain domain bound poorly to the CAMPATH-1 antigen and was weakly lytic. This suggested an error in the design of the reshaped domain.

In deciding how to fix the error, the authors noted the difference between CDR H1 as defined by Kabat (by sequence) and by Chothia et al. (by structure).  They stated on p. 326:

>By sequence the first hypervariable loop extends from residues 31-35 (ref. 25) whereas by structure it extends from residues 26-32 (ref. 32).  Residues 29 and 30 form part of the surface loop, and residue 27, which is phenylalanine or tyrosine in most sequences, including YTH35.5HL, helps pack against residues 32 and 34 (Fig. 3).

The authors then decided that they needed to transfer the additional rat amino acids in the Chothia CDR H1 which differed from those in the human framework (residues 27 and 30) to the humanized antibody.  Put another way, the authors decided that because Chothia CDR H1 is the correct structural unit, they needed to adopt the second method of humanization described above - *transfer the Kabat CDRs plus the one Chothia CDR that contains extra amino acids (H1) to a predetermined human framework* - rather than transferring just the Kabat CDR H1:

>To restore the packing of the loop, we made both a Ser 27 -> Phe mutation, and a Ser 27 -> Phe, Ser 30 -> Thr double mutation in HuVHCAMP.  These two mutants showed a significant increase in binding to CAMPATH-1 antigen and lysed human lymphocytes with human complement (Table 1).

It is important to note again that the effect of the Ser 27 -> Phe, Ser 30 -> Thr double mutation was simply to transfer the whole Chothia CDR H1 to the humanized antibody, since the other amino acids in that CDR (26, 28 and 29) were already the same in the rat and humanized antibody.  The authors had evidently concluded that they had simply used the wrong definition of CDR H1 (Kabat rather than Chothia) in designing the humanized antibody, and they corrected the error by also transferring Chothia CDR H1.

PDL-A 0001754

Serial No.: 07/634,278
Page 17

26. The extra amino acids 27 and 30, while part of Chothia CDR H1, are not in Kabat CDR H1, and are therefore part of the Kabat framework. The authors could therefore correctly state, as cited by the examiner:

> This suggests that alterations in the 'Kabat' framework region can enhance the affinity of the antibody and extends previous work in which an engineered change in the hypervariable region yielded an antibody with increased affinity.

However, there is no evidence that Reichmann et al. contemplated making any changes in the Kabat framework other than the ones involved in transferring Chothia CDR H1. Indeed, the authors never mentioned that they even considered making such changes. For example, Fig. 3 of Reichmann et al., included in their paper to show the structural basis for modifying the original, poorly binding humanized antibody, *contains only the amino acids in either Kabat or Chothia CDR H1.* No amino acids in the Kabat framework other than those in Chothia CDR H1 are illustrated in this key figure, again indicating that the authors had no reason to believe such amino acids important or to call them to the attention of others skilled in the art. In conclusion, the innovation introduced in Reichmann et al. was to transfer Chothia CDR H1 to the humanized antibody, and not to make other changes in the framework to maintain binding affinity. But as has been discussed above with reference to Exhibit 3, this innovation – the second method of humanizing antibodies – has in fact only been found to be successful in a single instance, the original antibody disclosed by Reichmann et al.

27. Even if it were assumed *arguendo* that Reichmann et al. suggests to the reader the idea of making changes in the framework other than in Chothia CDR H1 in order to maintain the affinity of the humanized antibody, the authors clearly give no indication of how to select such changes. In particular, no

Serial No.: 07/634,278
Page 18

mention is made that the amino acids in the mouse framework that can contact the CDRs are the ones that should be transferred to the humanized antibody, as disclosed in the subject patent application. In the absence of any guidance, a person constructing a humanized antibody could choose the amino acid from either the acceptor human antibody or the donor antibody in all the positions where they differ outside the CDRs, for about $2^{90}$ ($\sim 10^{27}$) possibilities, clearly well beyond the limits of reasonable or even possible experimentation. The silence of Reichmann et al. on what changes to make in the framework of humanized antibodies contrasts sharply with the paper of Foote and Winter, a later work from the same laboratory published well after the filing date of the subject patent application, where Table 2 specifically lists the framework amino acids important for successful humanization. In addition, absolutely no mention is made by Reichmann et al. that the acceptor human antibody should be chosen to be especially homologous to the mouse antibody, as was also disclosed in the subject patent application. In fact, the initial 3 papers on humanization from the laboratory of Dr. Winter – Jones et al., Verhoeyen et al. and Reichmann et al. – all utilized the same, pre-determined human heavy chain from the NEW antibody. For these reasons, Reichmann et al. would not have made it obvious to one skilled in the art to prepare humanized immunoglobulins specific for the IL-2 receptor.

Serial No.: 07/634,278
Page 19


        I further declare that all statements made herein of my
own knowledge are true and that all statements made on information
and belief are believed to be true; and further that these
statements were made with the knowledge that willful false
statements and the like so made are punishable by fine or
imprisonment, or both, under section 1001 of Title 18 of the United
States Code, and that such willful false statements may jeopardize
the validity of the application or any patent issuing thereon.

                            Respectfully submitted,


Dated:___11/4/92_____        ___Cary Emer_____

work\files\11825\026.doc

EXHIBIT 1

**CARY L. QUEEN**

Protein Design Labs, Inc.
2375 Garcia Avenue
Mountain View, CA 94043
(415)    903-3700

**EDUCATION:**

1971-1975            UNIVERSITY OF CALIFORNIA, Berkeley, CA
                     Ph.D., Mathematics
                     Thesis Advisor: Dr. Andrew Ogg
                     Thesis Topic: p-adic L-functions

1968-1971            COLUMBIA UNIVERSITY, New York, NY
                     B.A. Mathematics summa cum laude

**PROFESSIONAL EXPERIENCE:**

1989 -present        PROTEIN DESIGN LABS, INC., Palo Alto, CA
                     Vice President, Research

1987-1988            PROTEIN DESIGN LABS, INC., Palo Alto, CA
                     Scientific Director

1982-1986            NATIONAL CANCER INSTITUTE, Bethesda, MD
                     Independent Investigator, Laboratory of Biochemistry
                     Research area: Immunoglobulin gene expression

1981-1982            MASSACHUSETTS INSTITUTE OF TECHNOLOGY, Cambridge, MA
                     NIH Postdoctoral Fellow, Center for Cancer Research
                     Research Advisor: Dr. David Baltimore
                     Research Area: Immunoglobulin gene expression

1978-1981            NATIONAL CANCER INSTITUTE, Bethesda, MD
                     Staff Fellow, Laboratory of Biochemistry
                     Research Advisors: Dr. Maxine Singer & Dr. Martin Rosenberg
                     Research Areas: Regulation of transcription and translation

1975-1978            CORNELL UNIVERISTY, Ithaca, NY
                     Assistant Professor, Department of Mathematics
                     Research Areas: Algebraic Number Theory, Computer Analysis of DNA

1971-1975            UNIVERSITY OF CALIFORNIA, Berkeley
                     Woodrow Wilson and National Science Foundation Pre-doctoral
                     Fellow, Department of Mathematics
                     Research Area: Algebraic Number Theory

PDL-A 0001758

## CURRICULUM VITAE

| | | | |
|---|---|---|---|
| Name: | David A. Scheinberg | | |
| Date of Birth: | March 29, 1956 | | |
| Place of Birth: | New York City | | |
| Nationality: | USA | | |
| Home Address: | 325 Central Park West<br>New York, N.Y. | Telephone #: | 212-866-7903 |
| Office Address: | 1275 York Avenue<br>New York, N.Y. 10021 | Telephone #:<br><br>Fax #: | 212-639-5010<br>212-639-8503<br>212-717-3068 |
| Social Security #: | 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 | | |
| Marital Status: | Married | Spouse's Name: | Grace Minamoto, M.D. |
| Dependents: | Three | No. of Children: | Two |
| Military Services: | None | | |

Education:

AB cum laude, distinction in all subjects,
College of Arts & Sciences
Cornell University, May, 1977, Ithaca, New York

M.D., Johns Hopkins University School of Medicine,
May, 1983, Baltimore, Maryland

Ph.D., Johns Hopkins University School of Medicine,
Department of Pharmacology and Experimental Therapeutics,
May, 1983, Baltimore, Maryland

Postdoctoral Training:

Medical Intern and Resident; Cornell University Medical Center, New York,
June, 1983 - June, 1985

J.M. Fellow in Oncology-Pharmacology, Developmental Chemotherapy Service and Hematology-
Oncology Fellow, Department of Medicine; Memorial Sloan-Kettering Cancer Center,
Fellow in Medicine - Department of Medicine, Cornell University Medical College, New York; July, 1985 -
June, 1987

Licensed Physician: #156274   Place of Issue: New York State, 1983

New York City Department of Health:  Director of Laboratory License 055, 036

Board Certification:  American Board of Internal Medicine, 1986

PDL-A 0001759

Positions and Appointments:

Memorial Hospital-Department of Medicine, Clinical Immunology Service and Leukemia Service:

| | |
|---|---|
| 1987-1988: | Clinical Assistant Physician |
| 1989-1993: | Assistant Attending |
| 1989-Present: | Director, Bone Marrow Cell Marker Laboratory |
| 1990-Present: | Co-Director, Clinical Immunology Core Facility |
| 1992-Present: | Chief, Leukemia Service |
| 1993-Present: | Associate Attending |

Sloan-Kettering Institute, New York:

| | |
|---|---|
| 1987-1988: | Research Associate |
| 1988-Present: | Lucille P. Markey Scholar in Biomedical Science |
| 1989-1993: | Assistant Member |
| 1989-Present: | Head, Hematopoietic Cancer Immunochemistry Laboratory |
| 1993-Present: | Associate Member |

Cornell University Medical College, New York:

| | |
|---|---|
| 1984-1985 | Clinical Associate in Medicine |
| 1985-1987 | Fellow in Medicine in Medicine |
| 1987-1990: | Instructor in Medicine |
| 1990-Present: | Assistant Professor of Medicine |
| 1990-Present: | Assistant Professor of Molecular Pharmacology and Therapeutics, Graduate School of Medical Sciences |

Memorial Sloan-Kettering Cancer Center, New York:

| | |
|---|---|
| 1987-1988: | Clinical Assistant |
| 1989-1993: | Assistant Member |
| 1993-Present: | Associate Member |

Scientific and Medical Societies:

American Association for the Advancement of Science
American Association for Cancer Research
The New York Academy of Sciences
American Society of Clinical Oncology
American Society of Hematology
Clinical Immunology Society
The Harvey Society

Editorial Boards:

1992-Present:   Advances in Pharmacology

Honors and Awards:

Boyer Award for Clinical Research:  May 1993
Lucille P. Markey Scholar in Biomedical Science: July, 1988-present
American Society of Clinical Oncology Young Investigator: July, 1987-June 1988
JM Fund Fellow in Oncology Pharmacology:  July, 1985-June 1987
The David Israel Macht Memorial Prize:  April, 1983
The Sandoz Award:  April, 1983
Medical Scientist Training Program Awardee:  July, 1978-June, 1983
Predoctoral Fellowship - The Jackson Laboratories:  June, 1977-August, 1977
New York State Regents Honorary Scholarship:  September, 1974-May, 1977

<u>National Committees/Sections/Grants</u>

ACS RO1, 1989
Ad Hoc (SVC and SRC for PPG), Stanford, CA. 11/90
NIH RO1, 1991
Ad Hoc (IRG; Exp. Therapeutics-1) Keystone, CO. 2/92
NIH UO1, 1992
Ad Hoc (SVC and SRC for CR), Pittsburgh, PA. 1/93

<u>Phase I Human Trials: Principal Investigator</u>

IRB #88-20:     Pharmacokinetic and Imaging Study of Monoclonal Antibody OKB7 Labeled with 131-Iodine in Non-Hodgkins Lymphoma

IRB #88-106:    Phase I Study of R24 Monoclonal Antibody in Patients with Lymphomas Expressing GD3

IRB #89-64:     Phase I Dosimetry and Therapy Study of Monoclonal Antibody OKB7 Labeled with Iodine-131 in Patients with Non-Hodgkins Lymphoma

IRB #89-113:    Pilot Study of Monoclonal Antibody M195 for Acute Non-Lymphoid Leukemias to Evaluate Toxicity, Pharmacology, Radionuclide Dosimetry and Therapy

IRB #90-92      Phase I Study of Monoclonal Antibody M195 for Acute Non-Lymphoid Leukemias to Evaluate Radioiodine-131 Therapy

IRB #90-96      Phase I Study of R24 Monoclonal Antibody in Patients with Hematopoietic Neoplasms Expressing GD3

IRB #91-131     Pilot Trial of 131-I-M195 as Post Remission Therapy in APL in Second or Later Remission

IRB #92-25      Therapeutic Trial of $^{131}$I-M195 Followed by Bone Marrow Transplantation in Relapsed Chronic Myelogenous Leukemia

IRB #92-88      Phase IB Trial of M195-HuG1 (Recombinant Humanized Anti-CD33) Monoclonal Antibody in Myelogenous Leukemia

IRB #93-1       Blood Collection for Vaccine Development in Acute and Chronic Leukemia

<u>Institutional Responsibilities:</u>

**Clinical Care 10%**

**Research 50%**

<u>Areas:</u>  1.   Cell surface antigens in AML
       2.   Development and use of monoclonal antibodies for therapy of hematopoietic neoplasms
       3.   Differentiation of hematopoietic cells
       4.   Peptides as modulators and vaccines

<u>Research Fellows:</u>     Philip Caron, Ph.D., M.D.; Clinical Assistant Attending Physician
                  Joseph Jurcic, M.D.; Hematology-Oncology Fellow
                  Monica Bocchia, M.D.; Hematology-Oncology Fellow

**Teaching 15%** (Rounds; Core Course; Pharmacology Seminar Course; Leukemia Service Conference)

<u>Graduate Students:</u>     Yang Xu:  Pharmacology
                   Judith S.H. Hom:  Pharmacology

PDL-A 0001761

**Administrative Duties 25%:**

Committees:    Committee on Radiation, SKI
                    Sub-Committee on Non-Human Use
                    Sub-Committee on Radiolabeled Antibodies

               Department of Medicine Steering Committee
                    Sub-Committee on Production Oversight of the Department of Medicine Steering
                    Committee

               Radioactive Antibody Research Committee

**Biotechnology and Industry:**

Patents:        5 pending in the field.

Consultant and Expert:        1990:  U.S. Tax Court for Shea and Gould, New York City.
                              1991:  U.S. Federal Court for XOMA, San Francisco, CA. in XOMA vs
                                     Centocor
                              1992:  Centocor v Xoma; Wilmington, Delaware

Board of Scientific Advisors:   1992:  Cytoclonal Pharmaceutics Inc., Dallas, Texas

Industrial Agreements:         1989:  Protein Design Labs; Mountain View, CA.
                               1992:  Cytoclonal Pharmaceutics, Dallas, TX
                               1992:  Protein Design Labs; Mountain View, CA
                               1992:  Immunogen Inc; Cambridge, MA
                               1993:  Protein Design Labs; Mountain View, CA.
                               1993:  Progenics, Inc.; Tarrytown, NY

Investigational New Drugs (IND):  1992:  $^{131}$I-M195-HuG1

**Recent and Upcoming Invited Lectures:**

1990:  Pediatric Grand Rounds, MSKCC; NYC, NY
       Hematology-Oncology Rounds, CUMC; NYC, NY
       Protein Design Laboratories Lecture Series; Palo Alto, CA
       Department of Medicine Research Conference, MSKCC; NYC, NY

1991:  Medical Grand Rounds, MSKCC; NYC, NY
       Hematology-Oncology Grand Rounds, Lenox Hill Hospital; NYC, NY
       Hematology Grand Rounds, Mt. Sinai Medical Center; NYC, NY
       3rd Conference on Radioimmunodetection and Radioimmunotherapy of Cancer;
           Princeton, NJ
       MD Anderson Cancer Center; Houston, TX
       University of Mainz, Germany
       German-Austrian Hematology Society; Innsbuck, Austria
       Center for Molecular Medicine and Immunology, UMDNJ; Newark, NJ
       Department of Health Symposium; NYC, NY
       Human Oncology Grand Rounds; University of Wisconsin, Madison

1992:  Medical Grand Rounds, New York University Medical Center; NYC, NY
       Seventh International Conference on Monoclonal Antibody Immunoconjugates for Cancer; San
           Diego, CA
       Oncology Grand Rounds, Mount Sinai School of Medicine, NYC, NY

1993:  Mainail Symposium, Northwestern University; Chicago, IL
       Juntendo University; Tokyo, Japan
       Kanebo; Osaka, Japan

PDL-A 0001762

Progenics; Tarrytown, NY
Hematology Oncology Grand Rounds; North Shore University Hospital, NY
Leukemia Symposium, MD Anderson, Houston, TX
Biological Response Modifiers Program, NCI-Frederick Cancer Research and Development
            Center; Frederick, MD
American Association for Cancer Research; Ashville, NC
The Charles E. Dohme Memorial Lecture - A Centennial Symposium, The Johns Hopkins University
            School of Medicine; Baltimore, MD
Nuclear Medicine Grand Rounds, Memorial Sloan-Kettering Cancer Center, NY
Frederick Cancer Research Center, Frederick, MD
National Corporate Medical Associates Conference, NY

BIBLIOGRAPHY:

Original Work:

1.    Myerson DD, Scheinberg DA, Klement V, Strand M, and August, JT. (1979). Characterization of a
      Defective Pseudotype Particle of Kirsten Sarcoma Virus. Virology 95:536-549.

2.    Scheinberg DA and Strand M. (1980). Transformation Related Proteins Associated with Kirsten Sarcoma
      Virus. Virology 106:335-348.

3.    Scheinberg DA and Strand M. A Brain Membrane Protein Similar to the Rat SRC Gene Product. Proc.
      Natl Acad. Sci. USA 78: 55-59. 1981.

4.    Scheinberg DA, and Strand M. A 55,000 Dalton Retro-Virus Associated, Cell Membrane Glycoprotein:
      Purification and Quantitative Measurements of Expression in Viruses, Cells, and Tissues. Molecular and
      Cellular Biol 1:144-152. 1981.

5.    Scheinberg DA. (1982). Proteins Associated with Retroviral Tumors and Monoclonal Antibody Diagnosis
      and Therapy. Thesis Dissertation. The Johns Hopkins University. Baltimore,Maryland. 324 pp.

6.    Scheinberg DA, and Strand M. Leukemic Cell Targeting and Therapy by Monoclonal Antibody in a
      Mouse Model System. Cancer Res. 42:44-49. 1982.

7.    Scheinberg DA, Strand M, and Gansow OA. Tumor Imaging with Radioactive Metal Chelate Conjugated
      Monoclonal Antibodies. Science 215:1511-1513. 1982.
      (Also published in shortened form in: Year Book of Cancer, 1983 and Year Book of Medicine, 1983).

8.    Scheinberg DA, and Strand M. Kinetic and Catabolic Considerations of Monoclonal Antibody Targeting
      in Erythro-Leukemic Mice. Cancer Res. 43:265-272. 1983.

9.    Scheinberg D.A, Pan XP, and Strand M. Rapid Screening of Monoclonal Antibodies:  A New
      "Microstick" Radioimmunoassay. J. Immunol. Methods 58:265-92. 1983.

10.   Krakow JS, Scheinberg DA, and Strand M. A Microradioiodination Method for Detection of Nanogram
      Amounts of Proteins Resolved by SDS Gel Electrophoresis. J. Virol Methods 7: 273-278. 1983.

11.   Gansow OA, Watcher R, Link DC, Friedman AM, Seevers RH, Anderson W, Scheinberg DA, and Strand
      M. (1984). Generator Produced Bi-212 Chelated to Chemically Modified Monoclonal Antibodies for Use
      in Radiotherapy. In: Radionuclide Generators: New Systems for Nuclear Medicine Applications.
      F.F. Knapp, T.A. Butler, Eds. American Chemical Society. Washington, D.C.

12.   Scheinberg DA, Minamoto GY, Dietz K, Gold JWM, Chein N, Gee T, Reich LM, Armstrong D, Gabrilove
      J, and Clarkson BD. Human Immunodeficiency Virus Infection in Transfusion Recipients and Their
      Family Members. MMWR 36:137-138. 1987.

13.   Minamoto GY, Gold JWM, Scheinberg DA et al. Human T-Lymphotropic Virus Type 1 Infection in
      Patients with Leukemia. N. Engl. J. Med. 319:219-222. 1988.

14.   Minamoto GY, Scheinberg DA, Gold JWM, et. al. Human Immunodeficiency Virus Infection in Patients
      with Leukemia. Blood 71: 1147-1149. 1988.

15. Shimazaki C, Wisniewski D, Scheinberg DA, Atzpodien J, Strife A, Gulati S, Freed J, Wisniewski R, Wang CY, and Clarkson BD. Elimination of Cells from Bone Marrow Using Monoclonal Antibodies and Magnetic Immunobeads. Blood 72:1248-1254. 1988.

16. Eton O, Scheinberg DA, and Houghton AN. Establishment and Characterization of Two Human Myeloma Cell Lines Secreting Kappa Light Chains. Leukemia 3:729-735. 1989.

17. Tanimoto M, Scheinberg DA, Cordon-Cardo C, Huie D, Clarkson BD, and Old LJ. Restricted Expression of an Early Myeloid and Monocytic Cell Surface Antigen Defined by Monoclonal Antibody M195. Leukemia 3:339-348. 1989.

18. Scheinberg DA, Tanimoto M, McKenzie S, Strife A, Old LJ, and Clarkson BD. Monoclonal antibody M195: A Diagnostic Marker for Acute Myelogenous Leukemia. Leukemia 3:440-445. 1989.

19. Scheinberg DA, Straus DJ, Yeh SD, Divgi CR, Garin-Chesa P, Graham M, Pentlow K, Coit D, Oettgen HF, Old LJ. (1990) A Phase I Toxicity, Pharmacology, and Dosimetry Trial of Monoclonal Antibody OKB7 in Patients with Non-Hodgkins Lymphoma: Effects of Tumor Burden and Antigen Expression. J Clin Oncol 8:792-803 1990.

20. Yuasa H, Scheinberg DA, Houghton AN. Gangliosides of T Lymphocytes: Evidence for a Role in T Cell Activation. Tissues Antigens 36:47-56. 1990.

21. Shimazaki C, Fried J, Perez AG, Scheinberg DA, Atzpodien J, Wang CY, Wisniewski D, Clarkson BD. Immunophenotypic Analysis of Lymphocytes and Myeloma Cells in Patients with Multiple Myeloma. Acta Haematol 1990 50:123-129. 1990.

22. Kalisiak A, Oosterwijk E, Minniti JG, Old LJ, Scheinberg DA. A monoclonal antibody for terminal ß-galactose. Use in Analysis of Glycosphingolipids. Glycoconjugate J 8:55-62. 1991.

23. Scheinberg DA, Lovett DR, Divgi CR, Graham MC, Berman E, Pentlow K, Feirt N, Finn RD, Clarkson BD, Gee TS, Larson SM, Oettgen HF, Old LJ. A Phase I Trial of Monoclonal Antibody M195 in Acute Myelogenous Leukemia: Specific Bone Marrow Targeting and Internalization of Radionuclide. J Clin Oncol 9:478-490. 1991.

24. Lemoli RM, Gasparetto C, Scheinberg DA, Moore MAS, Clarkson BD, Gulati SC. Autologous Bone Marrow Transplantation in Acute Myelogenous Leukemia (AML): In Vitro Treatment with Myeloid-Specific Monoclonal Antibodies (MoAbs) and Drugs in Combination. Blood 77:1829-1836. 1991.

25. Czuczman MS, Divgi CR, Straus DJ, Lovett D, Garin-Chesa P, Yeh S, Feirt N, Graham M, Leibel S, Gee TS, Myers J, Pentlow K, Finn R, Oettgen HF, Larson SM, Old LJ, Scheinberg DA. ¹³¹Iodine-Labeled Monoclonal Antibody Therapy of Acute Myelogenous Leukemia and B Cell Lymphoma. Antibodies, Immunoconj. Radiopharm 4:787-793. 1991.

26. Warrell, Jr. RP, Frankel SR, Miller, Jr. WH, Scheinberg DA, Itri LM, Hittelman WN, Andreeff M, Tafuri A, Jakubowski AA, Gabrilove JL, Gordon MS, Dmitrovsky E. Differentiation Therapy of Acute Promyelocytic Leukemia Using All-Trans Retinoic Acid. N Engl J Med 324:1385-1393. 1991.

27. Oosterwijk E, Kalisiak A, Oosterwijk-Wakka JC, Scheinberg DA, Old LJ. Monoclonal Antibodies Against Gal(a,1-4)Gal(b-1-4)Glc Produced with Neoglycoprotein as Immunogen: Specificity Analysis. Int J Cancer 48:848-854. 1991.

28. Kalisiak A, Oosterwijk E, Minniti JG, Old LJ, Scheinberg DA. Neutral Glycosphingolipid Expression in B Cell Neoplasms. Int J Cancer 49:837-845. 1991.

PDL-A 0001765

29.   Scheinberg DA, Bull MK, Yang SY, Class KA, Minniti JG.  Inhibition of Cell Proliferation with an HLA-A Specific Monoclonal Antibody. Tissue Ant 38:213-223. 1991.

30.   Co MS, Avdalovic NM, Caron PC, Bull MK, Avdalovic MV, Scheinberg DA, Queen C.  Chimeric and Humanized Antibodies with Specificity for the CD33 Antigen.  J Immunol:148:1149-1154.  1992.

31.   Muindi J, Frankel SR, Miller Jr WH, Jakubowski A, Scheinberg DA, Young CW, Dmitrovsky E, Warrell Jr RP.  Continuous Treatment with All-Trans Retinoic Acid Causes a Progressive Reduction in Plasma Drug Concentrations: Implications for Relapse and Retinoid "Resistance" in Patients with Acute Promyelocytic Leukemia.  Blood 79:299-303.  1992.

32.   Caron PC, Co MS, Bull MK, Avdalovic NM, Queen C, Scheinberg DA.  Biological and Immunological Features of Humanized M195 (Anti-CD33) Monoclonal Antibodies.  Cancer Research 52:6761-6767. 1992.

33.   Caron PC, Class K, Laird W, Co MS, Queen C, Scheinberg DA.  Enhanced Biological and Immunological Properties of CDR-Grafted Multimeric Human Immunoglobulins.  J Exp Med 176:1191-1195. 1992.

34.   Schwartz, MA, Lovett DR, Redner A, Finn RD,Graham MC, Divgi CR, Dantis L, Gee TS, Andreeff M, Old LJ, Larson SM, Scheinberg DA.  Dose Escalation Trial of 131-I-M195 (Anti-CD33) for Cytoreduction and Marrow Ablation in Relapsed or Refractory Myeloid Leukemias.  J Clinical Oncol 11:294-303.  1993.

35.   Sgouros G, Graham MC, Divgi CR, Larson, SM, Scheinberg, DA.  Modeling and Dosimetry of Monoclonal Antibody M195 (Anti-CD33) in Acute Myelogenous Leukemia. J Nucl Med 34:422-430. 1993.

36.   Czuczman MS, Class K, Scheinberg DA.  IL-4 Priming Enhances a Target for Human Complement Mediated Cytotoxicity.  Leukemia 7:1020-1025.  1993.

37.   Czuczman MS, Garin-Chesa P, Lemoli RM, Scheinberg DA.  IgM Monoclonal Antibody JD118 Recognizes an Inducible Antigen Target for Human Complement Mediated Cytotoxicity Against Neoplastic B Cells.  Cancer Immunol Immunother 36:387-396.  1993.

38.   Weiss M, Telford P, Kempin S, Kritz A, Sogoloff H, Gee T, Berman E, Scheinberg D, Little C, Gaynor J, Belanger C, Bertino J, Andreeff M, McKenzie S, Clarkson B.  Severe Toxicity Limits Intensification of Induction Therapy for Acute Lymphoblastic Leukemia.  Leukemia 7:832-837.  1993.

39.   Kurie JM, Miller, Jr WH, Scheinberg D, Burchert M, Chiu C-F, Younes A, Kolesnick R, Salk E, Deutsch P, Dmitrovsky E.  Phorbol Esters Potentiate Retinoic Acid-induced Differentiation of a Human Teratocarcinoma Cell.  Differentiation  (in Press). 1993.

40.   Maslak P, Miller WR Jr, Heller G, Scheinberg DA, Dmitrovsky E, Warrell RP Jr.  CD2 expression and PML/RAR-α transcripts in acute promyelocytic leukemia.  Blood 81:336-337. 1993.

41.   Bajorin DF, Chapman PB, Wong GY, Cody VB, Cordon-Cardo C, Dantes L, Templeton MA, Scheinberg D, Oettgen HF, Houghton AN.  Treatment with high dose mouse monoclonal (anti-G$_{D3}$) antibody R24 in patients with metastatic melanoma.  Melanoma Research 2:355-362. 1992.

42.   Co MS, Scheinberg DA, Avdalovic, NM, McGraw K, Caron PC, Vasquez MM, Queen C.  Genetically engineered deglycosylation of the variable domain increases the affinity of an anti-CD33 monoclonal antibody.  Mol Immunol. (in Press) 1993.

43. Czuczman MS, Straus DJ, Finn R, Garin-Chesa P, Yeh S, Myers J, Graham M, Larson SM, Old LJ, Scheinberg DA. A Phase I Trial of $^{131}$I-OKB7 in Advanced B Cell Lymphoma. J Clin Oncol. (In Press) 1993.

**Submitted or in Preparation:**

44. McGraw KM, Rosenblum M, Chung L, Scheinberg DA. Humanized Anti-CD33 Immunotoxins (HuG1-M195-Gelonin) for Myelogenous Leukemias. (In Preparation). 1993.

45. Caron PC, Jurcic JG, Scott AM, Finn RD, Divgi DR, Graham MC, Jureidini IM, Sgouros G, Tyson D, Old LJ, Larons SM, Scheinberg DA. A Phase 1B Trial of Humanized Monoclonal Antibody M195 (Anti-CD33) in Myeloid Leukemia: Specific Targeting without Immunogenicity. Blood. (Submitted). 1993.

**Books, Chapters, Reviews:**

1. Scheinberg DA, Strand M, and Gansow OA. (1981)."Targeting in Erythroleukemic Mice: Radiolabeled and Chelated Radio-Metal Conjugated Monoclonal Antibody". In: Monoclonal Antibodies in Drug Development. J.T. August, Ed. Am. Soc. for Pharm. and Exp. Therap. Bethesda, Md. pp 159-171.

2. Strand M, Scheinberg DA, and Gansow OA. (1983)."Monoclonal Antibody Conjugates for Tumor Imaging and Therapy". In: Cell Fusion: Gene Transfer and Transformation. R.F. Beers and E.G. Basset, Eds. Raven Press, New York, N.Y.

3. Scheinberg DA, Anderson W, and Strand M. (1983). Diagnostic Imaging and Therapy Using Monoclonal Antibodies in Erythro Leukemic Mice. In: Radioimmunoimaging. S. Burchiel and B. Rhodes, Eds. Elsevier Press, New York, New York.

4. Strand M, Scheinberg DA, Gansow OA, and Friedman AM. (1983). Monoclonal Antibody Conjugates for Diagnostic Imaging and Therapy". In: Monoclonal Antibodies and Cancer, B.D. Boss et al., Eds. Academic Press, New York, pp 125-131.

5. Scheinberg DA. Tumor Detection and Therapy Using Monoclonal Antibodies. Resident and Staff Physician 30:37-40. 1984.
   (Also in Medical Times October 1984:53-57).

6. Scheinberg DA, and Herlong F. (1985). Drugs for the Gastrointestinal System. In: Manual of Drug Therapy. DA Scheinberg and LC Scheinberg, Eds. Raven Press, New York.

7. Scheinberg DA and Scheinberg LC, Eds. (1985).Manual of Drug Therapy. Raven Press, New York, 386 pp.

8. Houghton AN, and Scheinberg DA. Monoclonal Antibodies: Potential Applications to the Treatment of Cancer. Sem. Oncol. 13:165-179. 1986.

9. Scheinberg DA, and Houghton AN. Current Status of Antitumor Therapy with Monoclonal Antibodies. Oncology 1:31-37. 1987.

10. Scheinberg DA. Issues in the Use of Monoclonal Antibodies in Cancer Therapy. The Clinical Oncologist 2(2):3-14. 1988.

11. Houghton AN, and Scheinberg DA. Monoclonal Antibodies in the Treatment of Hematopoietic Neoplasms. Seminars in Hematology 25:23-26. 1988.

PDL-A 0001767

12.  Scheinberg DA, and Strand M. Radioimmunotherapy in Experimental Animal Models: Principles Derived from Models. Cancer Res 50:962s-964s. 1989.

13.  Houghton AN, and Scheinberg DA. Monoclonal Antibodies. In: Comprehensive Textbook on Oncology. Moossa AR, Schimpff SC, Rosson MC. Eds. Williams and Wilkins, Baltimore, MD. pp 601-606. 1991.

14.  DiMaggio JJ, Scheinberg DA, Houghton AN. Monoclonal Antibodies for the Treatment of Cancer. In: Cancer Chemotherapy and Biological Response Modifiers Annual, II Longo D, Editor. Amsterdam: Elsevier Medical Publishers. 1989. pp 177-203.

15.  Chapman PB, Scheinberg, DA, DiMaggio JJ, Houghton AN. Unconjugated Monoclonal Antibodies as Anti-Cancer Agents. In: Allergy and Immunology Clinics of North America Vol 11:257-276. 1991.

16.  Lovett DR, Scheinberg DA, Houghton AN. Monoclonal Antibodies for the Treatment of Cancer. In: Cancer Chemotherapy and Biological Response Modifiers Annual, Longo D, Editor. Amsterdam: Elsevier Medical Publishers. #12, pp147-163. 1991.

17.  Scheinberg DA. Current Applications of Monoclonal Antibodies for the Therapy of Hematopoietic Cancers. Current Opinion In Immunology; Vol 3; pp 679-685. 1991.

18.  Scheinberg DA. The Treatment of Myelogenous Leukemias using Monoclonal Antibodies to CD33. In: Biologic Therapy of Cancer Updates. DeVita VT, Hellman S, Rosenberg SA, Eds. 1(2):1-10. 1991.

19.  Divgi CR, Czuczman M, Straus DJ, Lovett D, Garin-Chesa P, Yeh SDJ, Graham MC, Pentlow K, Finn RD, Gee TS, Leibel S, Oettgen HF, Old LJ, Larson SM, Scheinberg DA. Pharmacology, Dosimetry, Toxicity, Imaging, and Therapeutic Effects of $^{131}$I-Labeled Monoclonal Antibody (mAb) in Acute Myelogenous Leukemia (AML) and Lymphoma. Antibodies, Immunoconj, Radiopharm (Pending). 1991.

20.  Schwartz MA, Scheinberg DA, Houghton AN. Monoclonal Antibody Therapy. In: Cancer Chemotherapy and Biological Response Modifiers Annual. Longo D, Editor. Amsterdam: Elsevier Medical Publishers. #13, 156-179. 1992.

21.  Scheinberg, DA. Monoclonal Antibody Therapy of Myelogenous Leukemias. 1992 In: Leukemia: Advances in Research and Treatment. Freireich EJ, and Kantarjian H, Eds. pp. 213-232.

22.  Czuczman MS, Scheinberg DA. Monoclonal Antibody Therapy of Non-Hodgkins' Lymphoma. Contemporary Oncology 2:45-52. 1992.

23.  Scheinberg DA, Sgouros G. Radioimmunotherapy of Leukemias. In: Rosen S., ed. Immunoconjugate Therapy of Hematologic Malignancies. (In Press). 1993.

24.  Jurcic J, Scheinberg DA, Houghton AN. Monoclonal Antibody Therapy. In: Cancer Chemotherapy and Biological Response Modifiers Annual. Longo D, Editor. Amsterdam:Elsevier Medical Publishers. #14 (1993)

25.  Scheinberg DA, Golde D. The Leukemias. In: Wilson JD, et al, Editors. Harrison's Principles of Internal Medicine. (In Press) 1993.

26.  Scheinberg DA, Chapman PB. Therapeutic Applications of Monoclonal Antibodies for Human Disease. In: Lennox ES and Birch J, Editors. Monoclonal Antibodies. 1993. (In Press).

PDL-A 0001768

27.    Caron PC, Schwartz MA, Co MS, Queen C, Finn RD, Graham MC, Divgi CR, Larson SM, Scheinberg DA. Murine and Humanized Constructs of Monoclonal Antibody M195 (Anti-CD33) for the Therapy of AML. Cancer (In Press). 1993.

28.    Caron PC, Scheinberg DA. Anti-CD33 Monoclonal Antibody M195 for the Therapy of Myeloid Leukemia. Leukemia and Lymphoma. 1993.

29.    Jurcic J, Scheinberg DA, Houghton AN. Radiolabeled Antibody Therapy of Hematopoietic Cancer. In: Bertino J, ed., Molecular Biology of Cancer. Volume 15. Academic Press, New York, NY. 1994. (In Press)

30.    Caron PC, Scheinberg DA. Immunotherapy of Acute Leukemia. Current Opinion Oncology. (In Preparation) 1994.

31.    Larson SM, Divgi CR, Scott A, Sgouros G, Graham MC, Scheinberg DA, Cheung N-KV, Schlom J, Finn RD. Current Status of Radioimmunotherapy. Nuclear Medicine and Biology. (In Press). 1993.

32.    Scheinberg DA, Sgouros G, Junghans R. Monoclonal Antibody Therapy of Cancer. In Preparation

**Recent Abstracts:**

1.    Frankel S, Jhanwar S, Scheinberg DA (intr. by R. Warrell). A Comparison of Cell Surface Immunophenotype and Cytogenetics in Identification of Acute Promyelocytic Leukemia. Proc. ASH. 1990.

2.    Warrell RP, Frankel S, Scheinberg DA, Muindi J, Young C, Andreeff M, Gee TS, Itri LM. All Trans Retinoic Acid in Acute Promyelocytic Leukemia: Preliminary U.S. Clinical Experience. Proc. ASH. 1990.

3.    Czuczman MS, Straus DJ, Divgi CR, Garin-Chesa P, Finn R, Myers J, Leibel S, Graham M, Larson S, Oettgen HF, Old LJ, DA Scheinberg. A Phase I Dose Escalation Trial of [131]I-Labeled Monoclonal Antibody OKB7 in Patients with Non-Hodgkin's Lymphoma. Proc ASH. 1990.

4.    Scheinberg DA, Lovett DR, Divgi CR, Graham MC, Berman E, Pentlow K, Feirt N, Finn RD, Schwartz M, Clarkson BD, TS Gee, Larson SM, Oettgen HF, Old LJ. Bone Marrow Targeting and Uptake of Monoclonal Antibody [131]I-M195 in Acute Myeloid Leukemia. Proc ASH. 1990.

5.    Bajorin DF, Jakubowski A, Cody B, Munn D, Cheung N-K, Urmacher C, Dantis L, Templeton MA, Scheinberg DA, Chapman P, Toner G, Zakowski M, Haines C, Oettgen HF, Gabrilove J, Garnick MB, Houghton AN. Recombinant Macrophage Colony Stimulating Factor (rhM-CSF): A Phase I Trial in Patients (pts) with Metastatic Melanoma. Proc ASCO. 1990.

6.    Scheinberg DA, Lovett D, Divgi CR, Berman E, Finn R, Graham MC, Pentlow K, Clarkson BD, Gee TS, Larson SM, Oettgen HF, Old LJ. A Phase I Trial of Monoclonal Antibody M195 (Anti-CD33) in AML: Pharmacology, Toxicity, Radiolocalization Dosimetry. Proc ASCO. 1990.

7.    O'Boyle K, Kalisiak A, Agregado A, Old LJ, Scheinberg DA. Ganglioside Expression in B Cell Neoplasms. Proc AACR. 1990.

8.    Czuczman M, Garin-Chesa P, Old LJ, Scheinberg DA. Cytotoxic Monoclonal Antibody JD118: Potential for Therapy of Chronic Lymphocytic Leukemia (CLL) and Non-Hodgkin's Lymphoma (NHL). Proc AACR. 1990.

9.   Scheinberg DA, Divgi CR, Czuczman M, Lovett D, Garin-Chesa P, Yeh SD, Graham MC, Pentlow K, Finn RD, Gee TS, Leibel S, Larson SM, Straus DJ, Oettgen HF, Old LJ. [131]I-Labeled Monoclonal Antibody Therapy of Acute Myelogenous Leukemia and B Cell Lymphoma: Pharmacology, Dosimetry, Toxicity, Imaging, Therapeutic Effects. Proc of the Third Conference on Radioimmunodetection and Radioimmunotherapy of Cancer. 1990.

10.  Scheinberg DA, Divgi CR, Czuczman M, Lovett D, Larson SM, Straus DJ, Old LJ. Monoclonal Antibody Therapy of Human Leukemias and Lymphomas: Pharmacology, Dosimetry, Toxicity, Imaging, Therapeutic Effects. Proc Lucille P Markey Annual Meeting. 1990.

11.  Divgi CR, Scheinberg DA, Lovett D, Finn R, Graham MC, Pentlow K, Berman E, Gee T, Feirt N, Old LJ, Larson SM. A Phase I Dosimetry and Radiolocalization Trial of Monoclonal Antibody (mAb) M195 in AML. Proc Int Conference of Radioimmunoconjugates, San Diego. 1990.

12.  Divgi CR, Scheinberg DA, Lovett D, et al. Use of Monoclonal Antibodies in Pre-Therapeutic Trials in Acute Myelogenous Leukemia. Proc Int Atomic Energy Assoc. 1990.

13.  Divgi CR, Czuczman M, Straus DJ, Lovett D, Garin-Chesa P, Yeh SDJ, Graham MC, Pentlow K, Finn RD, Gee TS, Leibel S, Oettgen HF, Old LJ, Larson SM, Scheinberg DA. Pharmacology, Dosimetry, Toxicity, Imaging, and Therapeutic Effects of [131]I-Labeled Monoclonal Antibody (mAb) in Acute Myelogenous Leukemia (AML) and Lymphoma. Proc Int Conference on Radioimmunoconjugates and Radiopharmaceuticals, San Diego. 1991.

14.  Larson SM, Finn RD, Divgi CR, Daghighian F, Graham MC, Pentlow K, Scheinberg DA, Cohen AM, Oettgen HF, Houghton AN, Cheung N-KV. Radioimmunotherapy and Radioimmunodiagnosis: Overview and Technical Considerations. Proc Second Sino-U.S. Conference on Cancer Research, Shanghai, China. 1991.

15.  Scheinberg DA. Approaches to Therapy of Myelogenous Leukemias Using Agents Directed to CD33. Proc Lucille P Markey Charitable Trust. 1991.

16.  Caron PC, Co MS, Bull MK, Avdalovic NM, Queen C, Scheinberg DA. Humanized M195 (Anti-CD33) Monoclonal Antibodies: Potential for Therapy of Myelogenous Leukemia. Proc ASH. 1991.

17.  Schwartz MA, Lovett DR, Redner A, Gulati S, Divgi CR, Graham MC, Finn R, Gee TS, Andreeff M, Old LJ, Larson SM, Scheinberg DA. Therapeutic Trial of Radiolabeled Monoclonal Antibody M195 in Relapsed or Refractory Myeloid Leukemia. Proc ASH. 1991.

18.  Scheinberg DA, Graham MC, Divgi CR, Lovett DR, Schwartz MA, Finn RD, Redner A, Andreeff MA, Gee TS, Oettgen HF, Larson SM, Old LJ. Myelogenous Leukemia and Bone Marrow Ablation with Antibody-Targeted Iodine-131. Dosimetry and Pharmacology. Proc AACR. 1991.

19.  Frankel SR, Scheinberg DA, Miller Jr WH, Dmitrovsky E, Jakubowski A, Gabrilove J, Andreeff M, Jhanwar S, Gordon M, Warrell Jr RP. Differentiation Therapy of Acute Promyelocytic Leukemia (APL) with All-Trans Retinoic Acid (RA). Proc ASH. 1991

20.  Frankel SR, Scheinberg DA, Miller Jr WH, Dmitrovsky E, Andreeff M, Warrell Jr RP. All-Trans Retinoic Acid Induces Cellular Proliferation and Maturation in Acute Promyelocytic Leukemia. Proc AFCR. 1991.

21.  Schwartz MA, Lovett DR, Graham MC, Finn R, Gee TS, Andreeff M, Oettgen HF, Larson SM, Old LJ, Scheinberg DA. Leukemia Cytoreduction and Marrow Ablation After Therapy with [131]I Labeled Monoclonal Antibody M195 for Acute Myelogenous Leukemia (AML). Proc ASCO. 1991.

22. Graham MC, Scheinberg DA, Daghighian F, Pentlow K, Liu G, Divgi C, Capatelli P, Larson SM. Preliminary Dosimetric Experience with I-131 M195 Monoclonal Antibody in Acute Myelogenous Leukemia. *Proc Fifth International Radiopharmaceutical Dosimetry Symposium.* 1991.

23. Caron, PC, Saghafi-Ezaz D, Class KA, Co MS, Queen C, Scheinberg DA. Cytokine Enhancement of Humanized M195 (Anti-CD33) Monoclonal Antibody-Mediated Cellular Cytotoxicity Against Myelogenous Leukemia. *Proc AACR* 1992.

24. Scheinberg DA, McGraw KJ, Cheung L, Rosenblum MG. Humanized and Mouse Anti-CD33 Gelonin Immunotoxins for Myeloid Leukemias. *Proc AACR* 1992.

25. Graham MC, Sgouros G, Divgi CR, Larson SM, Scheinberg DA. Modeling and Dosimetry of (Anti-CD33) Monoclonal Antibody M195 in Acute Myelogenous Leukemia. *Proc Society of Nuclear Medicine* 1992.

26. Caron PC, Co MS, Avdalovic NM, Laird W, Queen C, Scheinberg DA. Monomeric and Homodimeric Humanized M195 (Anti-CD33) Monoclonal Antibodies for Myelogenous Leukemia. *Proc Fourth Conference on Radioimmunodetection and Radioimmunotherapy of Cancer* 1992.

27. Scheinberg DA, Schwartz MA, Lovett DR, Redner A, Finn RD, Graham MC, Divgi CR, Old LJ, Larson SM. Dose Escalation Trial of 131-I-M195 (Anti-CD33) for Cytoreduction and Marrow Ablation in Relapsed or Refractory Myeloid Leukemias. *Proc Fourth Conference on Radioimmunodetection and Radioimmunotherapy of Cancer.* 1992.

28. Czuczman MS, Straus DJ, Divgi CR, Garin-Chesa P, Finn R, Graham M, Larson S, Old LJ, Scheinberg DA. A phase 1 dose escalation trial of [131]I-labeled monoclonal antibody OKB7 in patients with B cell lymphoma. *Proc Fourth Conference on Radioimmunodetection and Radioimmunotherapy of Cancer.* 1992.

29. Caron PC, Co MS, Saghafi-Ezaz D, Avdalovic NM, Laird W, Queen C, Scheinberg DA. IL-2 Improves Effector Function of Monomeric and Homodimeric Humanized M195 (Anti-CD33) Monoclonal Antibodies for the Killing of Myelogenous Leukemia *In Vitro.* *Proc ASH.* 1992.

30. Scheinberg DA, Caron PC, Jurcic J, Miller W, Schwartz M, Weiss M, Maslak P, Gulati S, Divgi CR, Finn R, Old LJ, Larson SM, Warrell RP. [131]I-Anti-CD33 (M195) in Patients with Relapsed APL After Remission Induction with *Trans-*Retinoic Acid: Prospects for Selective Elimination of Minimal Residual Disease. *Proc ASH.* 1992.

31. Jurcic JG, Caron PC, Miller WH, Maslak P, Weiss M, Gulati S, Finn R, Larson SM, Warrell RP, Scheinberg DA. Prospects for Elimination of Minimal Residual Disease in APL Using [131]I-M195 (Anti-CD33) After Remission Induction with All-Trans Retinoic Acid. *Proc ASCO.* 1993.

32. Caron PC, Scott A, Graham M, Divgi CR, Jurcic JG, Finn R, Sgouros G, Dantis L, Old LJ, Larson SM, Scheinberg DA. Specific Targeting of Humanized Anti-CD33 Monoclonal Antibody M195: A Phase I Trial for Acute Myelogenous Leukemia. *Proc ASCO.* 1993.

33. Brodeur D, Tyson D, McKenzie S, Berman E, Scheinberg DA, Maslak P. Prognostic Importance of Lymphoid Cell Surface Markers in Adult Acute Myelogenous Leukemia (AML). *Proc ASCO.* 1993.

34. Maslak P, Nichols G, Weiss M, Berman E, Gee T, Jakubowski AA, Gabrilove J, Golde D, Scheinberg DA. Dose Intensive Therapy with Growth Factor Support in Elderly Patients with Acute Myelogenous Leukemia (AML). *Proc ASCO.* 1993.

35.    Papadopoulos EB, Caron P, Castro-Malaspina H, Childs B, Mackinnon S, Young JW, Jurcic J, Finn R, Larson S, O'Reilly RJ, Scheinberg DA. Results of allogeneic bone marrow transplant following [131]I-M195/ busulfan/cyclophosphamide (Bu/Cy) in patients with advanced/refractory myeloid malignancies. Proc ASH. Submitted. 1993.

36.    Jurcic JG, Caron PC, Miller Jr WH, Yao TJ, Maslak P, Finn R, Larson SM, Warrell Jr RP, Scheinberg DA. [131]I-labeled anti-CD33 ([131]I-M195) may prolong disease-free survival (DFS) in relapsed acute promyelocytic leukemia (APL) after remission induction with all-trans retinoic acid (RA). Proc ASH. Submitted. 1993.

37.    Caron PC, Jurcic JG, Scott AM, Finn RD, Divgi CR, Graham Mc, Jureidini IM, Sgouros G, Tyson D, Old LJ, Larson SM, Scheinberg DA. Proc ASH. Submitted. 1993.

September 1, 1993

EXHIBIT 2

# COMPARISON OF KABAT AND CHOTHIA-LESK CDRs

## LIGHT CHAIN

```
  1   N N N N N N N N N N N N N N N N N N N N
 21   N N N X X X X X X X X X N N N N N N
 41   N N N N N N N N N X X X X X X N N N N
 61   N N N N N N N N N N N N N N N N N N N N
 81   N N N N N N N N X X X X X X X X X N N N N
101   N N N N N N N
```

## HEAVY CHAIN

```
  1   N N N N N N N N N N N N N N N N N N N N
 21   N N N N            Y Y Y Y Y N N N N N
 41   N N N N N N N N Y Y Y Y Y Y Y Y Y Y Y
 61   Y Y Y Y Y N N N N N N N N N N N N N N N
 81   N N N N N N N N N N N N N N Y Y Y Y Y
101   Y Y N N N N N N N N N N N
```

Kabat CDRs are shown by Xs (light chain) and Ys (heavy chain)
Chothia-Lesk CDRs are underlined

EXHIBIT 3

## JOURNAL PUBLICATIONS[1] ON FULLY[2] HUMANIZED ANTIBODIES

| Publication | Antibody Target | Homologous[3] Framework | Framework[4] a.a.'s mouse |
|---|---|---|---|
| 1. Riechmann et al Nature 332: 323 **March 1988** | CAMPATH-1 | No | H: 27, 30 |
| 2. C. Queen et al. PNAS 86: 10029 **December 1989** | IL-2-R | Yes (Eu) | L: 48, 60 H: 27, 30, 48, 66, 67, 94, 103 |
| 3. R. Tempest et al. Bio/Technology 9: 266 **March 1991** | RSV | No | H: 91, 93, 94 |
| 4. M. S. Co et al. PNAS 88: 2869 **April 1991** | HSV gB | Yes (Pom) | L: 49 H: 93 |
| | HSV gD | Yes (Eu) | L: 36 H: 27, 30, 48, 66, 67 |
| 5. S. Gorman et al. PNAS 88: 4181 **May 1991** | CD4 | Yes (L:REI, H:KOL) | H: 108 or none |
| 6. B. Dougherty et al. Nuc. Acids Res. 19: 2471 **May 1991** | CD18 | Yes (?) | ?[5] |
| 7. H. Maeda et al. Hum. Antibod. Hybrid. 2: 124 **July 1991** | HIV | ??[5] | ?? |
| 8. E. Routledge et al. Eur. J. Immunol. 21: 2717 **November 1991** | CD3 | Yes (L:SUT, H:VH26) | None |

| Publication | Antibody Target | Homologous Framework | Framework a.a.'s mouse |
|---|---|---|---|
| 9. C. Kettleborough et al. Protein Eng. 4: 773 **October 1991** | EGF-R | Yes (Consensus) | L: 71 H: 30, 48, 66, 67, 71, 94 |
| 10. C. Shearman et al. J. Immunol. 147: 4366 **December 1991** | α/β TCR | Yes (Eu) | L: 21,46,47,48, 60 H: 27, 28, 30, 38, 48, 66, 67, 69, 91, 94 |
| 11. J. Foote and G. Winter J. Mol. Biol. 224: 487 **March 1992** | Lysozyme | No | L: 71 H: 27, 28, 29, 30, 71 |
| 12. M. Shalaby et al. J. Exp. Med. 175: 217 **January 1992** | CD3 | No | L: 71 H: 27, 28, 30, 71, 73 |
| 13. M.S. Co et al. J. Immunol. 148: 1149 **February 1992** | CD33 | Yes (Eu) | L: 36, 48, 70 H: 27, 30, 48, 66, 67, 94, 103 |
| 14. P. Carter et al. PNAS 89: 4285 **May 1992** | HER2 | No | L: 66 H: 28, 29, 30, 71, 73, 78, 93 |
| 15. E. Woodle et al. J. Immunol. 148: 2756 **May 1992** | CD3 | No | L: 46, 47 H: 6,23,24,27,28,30,48, 49,71,73,76,78,88,91 |

[1] Publications describing sequences of humanized antibodies, based on a Medline search for "humanized" and "reshaped"; chapters in books, if any, are not included.

[2] Does not include chimeric antibodies or two papers describing antibodies with only one chain humanized.

[3] "Yes" means human frameworks especially homologous to the mouse antibody frameworks were chosen; the name of the human antibody (or chains if from different antibodies) is then in parentheses.

[4] Mouse antibody amino acids retained in the humanized L and H chains because of potential contacts with the CDRs are listed *(using the Kabat numbering system, which may sometimes differ from the numbers given in the papers)*. Mouse amino acids in the humanized antibody shown individually underlined were specifically shown by the authors to be important for high affinity, and groups of amino acids continuously underlined were shown as a group to be important for high affinity.

[5] ? means the paper does not contain the data; ?? means the paper could not be obtained.

## PUBLICATIONS:

1.  Queen, C. (1977). The existence of p-adic abelian L-functions. In Number Theory and Algebra, R. Bejunic, Ed., Academic Press, New York, pp. 263-287.

2.  Korn, L., Queen, C., and Wegman, M. (1977). Computer analysis of nucleic acid regulatory sequences. Proc. Natl. Acad. Sci. USA 74, 4401-4405.

3.  Queen, C., and Korn, L. (1980). Computer analysis of nucleic acids and proteins. Methods Enzymol. 65, 595-609.

4.  Sege, R., Soll, D., Ruddle, F., and Queen, C. (1981). A conversational system for the computer analysis of nucleic acid sequences. Nucleic Acids Res. 9, 437-444.

5.  Queen, C., and Rosenberg, M. (1981). Differential translation efficiency explains discoordinate expression of the galactose operon. Cell 25, 241-249.

6.  Queen, C., and Rosenberg, M. (1981). A promoter on pBR322 activated by cAMP receptor protein. Nucleic Acids Res. 9, 3365-3377.

7.  Queen, C., Lord, S.T., McCutchan, T.F., and Singer, M.F. (1981). Three segments from the monkey genome that hybridize to SV40 have common structural elements. Mol. Cell. Biol. 1, 1061-1068.

8.  Grimaldi, G., Queen, C., and Singer, M.F. (1981). Interspersed repeated sequences in the African green monkey genome that are homologous to the human Alu family. Nucleic Acids Res. 9, 5553-5568.

9.  Queen, C., Wegman, M., and Korn, L.J. (1982). Improvements to a program for DNA analysis: a procedure to find homologies among many sequences. Nucleic Acids Res. 10, 449-456.

10. Wang, J., Queen, C., and Baltimore, D. (1982). Expression of an Abelson murine leukemia virus-encoded protein in Escherichia coli causes extensive phosphorylation of tyrosine residues. J. Biol. Chem. 257, 13181-13184.

11. Queen, C. (1983). A vector that uses phage signals for efficient synthesis of proteins in Escherichia coli. J. Mol. Applied Gen. 2, 1-10.

12. Queen, C., and Baltimore, D. (1983). Immunoglobulin gene transcription is activated by downstream sequence elements. Cell 323, 741-748.

13. Stafford, J., and Queen, C. (1983). Cell-type specific expression of a transfected immunoglobulin gene. Nature 306, 77-79.

14. Queen, C., and Korn, L.J. (1984). A comprehensive sequence analysis program for the IBM personal computer. Nucleic Acids Res. 12, 581-599.

15. Queen, C., and Stafford, J. (1984). Fine mapping of an immunoglobin gene activator. Mol. Cell. Biol. 4, 1042-1049.

PDL-A 0001776

16. Queen, C. (1984). Regulation of immunoglobin transcription. Oxford Surveys on Eucaryotic Genes 1, 169-191.

17. Korn, L.J., and Queen, C. (1985). Analysis of biological sequences on small computers. DNA 3, 421-436.

18. Foster, J., Stafford, J., and Queen, C. (1985). An immunoglobin gene promoter displays cell-type specificity independently of the enhancer. Nature 315, 423-425.

19. Queen, C., Foster, J., Stauber, C., and Stafford, J. (1986). Cell-type specific regulation of an immunoglobin gene by promoter and enhancer elements. Immunol. Rev. 89, 49-68.

20. Bich-Thuy, L.T., Queen, C., and Fauci, A.S. (1986). Interferon gamma induces light chain synthesis in interleukin 2-stimulated human B cells. Eur. J. Immunol. 16, 547-550.

21. Garcia, J.V., Stafford, J., and Queen, C. (1986). Synergism between a light chain enhancer and promoter. Nature 322, 383-385.

22. Steege, D.A., Cone, K.C., Queen, C., and Rosenberg, M. (1987). Bacteriophage Lambda N gene leader RNA. J. Biol. Chem. 262, 17651-17658.

23. Bich-Thuy, L.T. and Queen, C. (1988). Transfection of animmunoglobulin k gene into mature human B lymphocytes. Mol. Cell. Biol. 8, 511-513.

24. Chaudhary, V.K., Queen, C., Junghans, R.P., Waldmann, T.A., FitzGerald, D., and Pastan, I. (1989). A recombinant immunotoxin consisting of two antibody variable domains fused to Pseudomonas exotoxin. Nature 339, 394-397.

25. Bich-Thuy, L.T. and Queen, C. (1989). An enhancer associated with the mouse lambda immunoglobulin gene is specific for lambda light chain producing cells. Nucleic Acids Res. 17, 5307-5321.

26. Queen, C., Schneider, W.P., Selick, H.E., Payne, P.W., Landolfi, N.F., Duncan, J.F., Avdalovic, N.M., Levitt, M., Junghans, R.P., and Waldmann, T.A. (1989). A humanized antibody that binds to the IL-2 Receptor. Proc. Natl. Acad. Sci. USA 86, 10029-10033.

27. Junghans, R.P., Waldmann, T.A., Landolfi, N.F., Avdalovic, N.M., Schneider, W.P., and Queen, C. (1990). Anti-Tac-H, a humanized antibody to the interleukin 2 receptor with new features for immunotherapy in malignant and immune disorders. Cancer Research 50, 1495-1502.

28. Chovnick, A., Schneider, W.P., Tso, J.Y., Queen, C., and Chang, C.N. (1991). A recombinant, membrane-acting immunotoxin. Cancer Research 51, 465-467.

29. Co, M.S., Deschamps, M., Whitley, R.J., and Queen, C. (1991). Humanized antibodies for antiviral therapy. Proc. Natl. Acad. Sci. USA 88, 2869-2873.

30. Brown, Jr., P.S., Parenteau, G.L., Dirbas, F.M., Garsia, R.J., Goldman, C.K., Bukowski, M.A., Junghans, R.P., Queen, C., Hakimi, J., Benjamin, W.R., Clark, R.E., and Waldmann, T.A. (1991). Anti-Tac-H, A humanized antibody to the interleukin-2 receptor prolongs primate cardiac allograft survival. Proc. Natl. Acad. Sci. USA 88, 2663-2667.

31. Co, M.S. and Queen, C. (1991). Humanized antibodies for therapy. Nature 351, 501-502.

32.  Hakimi, J., Chizzonite, R., Luke, D.R., Familletti, P.C., Bailon, P., Kondas, J.A., Pilson, R.S., Lin, P., Weber, D.V., Spence, C., Mondini, L.J., Tsien, W.-H., Levin, J.L., Gallati, V.H., Korn, L., Waldmann,T.A., Queen, C. and Benjamin, W.R. (1991).  Reduced immunogenicity and improved pharmacokinetics of humanized anti-Tac in cynomolgus monkeys.  J. Immunol. 147, 1352-1359.

33.  Chang, C.N., Landolfi, N.F. and Queen, C. (1991).  Expression of antibody Fab domains on bacteriophage surfaces.  J. Immunol. 147, 3610-3614.

34.  Co, M.S., Avdalovic, N.M., Caron, P.C., Avdalovic, M.V., Scheinberg, D.A. and Queen, C. (1992).  Chimeric and humanized antibodies with specificity for the CD33 antigen.  J. Immunol. 148, 1149-1154.

35.  Caron, P.C., Laird, W., Co, M.S., Avdalovic, M.N., Queen, C. and Scheinberg, D.A. (1992).  Engineered humanized dimeric forms of IgG are more effective antibodies.  J. Exp. Med. 176, 1191-1195.

PDL-A 0001778

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on

By_____

**PATENT**

Attorney Docket No. 11823-26

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                    )
                                         )        RECEIVED
CARY L. QUEEN ET Al.                     )    Examiner: L. Feisee  OCT 0 4 1993
                                         )
Serial No.: 07/634,278                   )    Art Unit: 1806       GROUP 1800
                                         )                         1804
Filed: December 19, 1990                 )
                                         )    AMENDMENT UNDER 37 CFR 1.176
For: IMPROVED HUMANIZED                  )
     IMMUNOGLOBULINS                      )

Commissioner of Patents
   and Trademarks
Washington, D.C.  20231

Sir:

        In response to the Office Action mailed 12 April 1993,
Applicants respectfully request reconsideration of the above-
identified application in view of the following amendments and
remarks.

<u>In the Claims</u>

        95.(Amended)  A humanized immunoglobulin having
complementarity determining regions (CDRs) [corresponding to
CDRs] from a donor immunoglobulin and heavy and light chain
variable region frameworks [corresponding to] <u>from</u> human acceptor
immunoglobulin heavy and light chain frameworks, which humanized
immunoglobulin specifically binds to a human interleukin-2
receptor with an affinity constant of at least $10^7$ $M^{-1}$, wherein
the sequence of the humanized immunoglobulin heavy chain variable
region framework is 65% to 95% [or more] identical to the
sequence of the donor immunoglobulin heavy chain variable region
framework.

        103.(Amended)  A humanized immunoglobulin having
complementarity determining regions (CDRs) [corresponding to
CDRs] from a donor immunoglobulin and heavy and light chain
variable region frameworks [corresponding to] <u>from</u> acceptor

CARY L. QUEEN ET AL.                                    <u>PATENT</u>
Serial No.: 07/634,278
Page 2

immunoglobulin heavy and light chain frameworks, which humanized
immunoglobulin specifically binds to a human interleukin-2
receptor with an affinity constant of at least $10^7$ M$^{-1}$, wherein
the sequence of the acceptor immunoglobulin heavy chain variable
region is among the 5 sequences in a representative collection of
sequences of human immunoglobulin heavy variable regions [most
homologous] <u>having the greatest sequence identity</u> to the sequence
of the donor immunoglobulin heavy chain variable region.

     104.(Amended)  A humanized immunoglobulin having
complementarity determining regions (CDRs) [corresponding to
CDRs] from a donor immunoglobulin and heavy and light chain
variable region frameworks <u>from</u> [corresponding to] acceptor
immunoglobulin heavy and light chain frameworks, which humanized
immunoglobulin specifically binds to a human interleukin-2
receptor with an affinity constant of at least $10^7$ M$^{-1}$, wherein
said humanized immunoglobulin comprises amino acids from the
donor immunoglobulin framework replacing the corresponding amino
acids in the acceptor immunoglobulin heavy or light chain
frameworks, <u>in addition to any such donor amino acids</u> [said amino
acids not] in positions 26-30 of the heavy chain, and each of
said amino acids:
     (i)  is adjacent to a CDR in the donor immunoglobulin
sequence, or
     (ii) contains an atom within a distance of 5 angstroms of a
CDR in said humanized immunoglobulin.

     105.(Amended)  A humanized immunoglobulin having
complementarity determining regions (CDRs) [corresponding to
CDRs] from a donor immunoglobulin and heavy and light chain
variable region frameworks <u>from</u> [corresponding to] acceptor
immunoglobulin heavy and light chain frameworks, which humanized
immunoglobulin specifically binds to a human interleukin-2
receptor with an affinity constant of at least $10^7$ M$^{-1}$, wherein
said humanized immunoglobulin comprises amino acids from the
donor immunoglobulin framework replacing the corresponding amino

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 3

acids in the acceptor immunoglobulin heavy or light chain
frameworks, in addition to any such donor amino acids [said amino
acids not] in positions 26-30 of the heavy chain, and each of
said amino acids:

    (i)  is adjacent to a CDR in the donor immunoglobulin
sequence, or

    (ii)  contains an atom within a distance of 4 angstroms of a
CDR in said humanized immunoglobulin.

      112.(Amended)  A pharmaceutical composition comprising
a humanized immunoglobulin according to claims 95 or 105 in a
pharmaceutically acceptable carrier.

      115.(Amended)  A recombinant immunoglobulin comprising
a humanized heavy chain and a humanized light chain:

    (i)  the humanized heavy chain comprising
complementarity determining regions having amino acid sequences
from [that correspond to] complementarity determining regions of
a nonhuman immunoglobulin heavy chain and having a variable
region framework the same as [that corresponds to] a human heavy
chain variable region framework sequence except in at least one
amino acid position, wherein said one amino acid position is
within six angstroms of a complementarity determining region in a
folded variable region domain and wherein said amino acid
position is occupied by the same amino acid present in the
equivalent position of the variable region framework of the
nonhuman immunoglobulin heavy chain, in addition to any such
amino acid positions 26-30 [from which the nonhuman
complementarity determining region sequences were derived]; or

    (ii) the humanized light chain comprising
complementarity determining regions having amino acid sequences
from [that correspond to] complementarity determining regions of
a nonhuman immunoglobulin light chain and having a variable
region framework the same as [that corresponds to] a human light
chain variable region framework sequence except in at least one
amino acid position, wherein said amino acid position is within

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 4

six angstroms of a complementarity determining region in a folded
variable region domain and wherein said amino acid position is
occupied by the same amino acid present in the equivalent
position of the variable region framework of the nonhuman
immunoglobulin light chain [from which the nonhuman
complementarity determining region sequences were derived]; and

(iii) wherein the humanized immunoglobulin binds to a
human interleukin-2 receptor with a binding affinity that is
within three-fold of the binding affinity of the nonhuman
immunoglobulin [from which the nonhuman complementarity
determining region sequences were derived].

117.(New) A humanized immunoglobulin of claim 95, 103,
104, or 105, wherein said humanized immunoglobulin binds to a
human interleukin-2 receptor with an affinity constant of no
greater than two-fold of the donor immunoglobulin.

118.(New)  An immunoglobulin which specifically binds
to the p55 chain of the human IL-2 receptor, said immunoglobulin
having two pairs of heavy and light chains wherein:

each light chain comprises a complete human kappa chain
constant region sequence and a variable region sequence
consisting of:

D I Q M T Q S P S T L S A S V G D R V T I T C S A S S S I S
Y M H W Y Q Q K P G K A P K L L I Y T T S N L A S G V P A R
F S G S G S G T E F T L T I S S L Q P D D F A T Y Y C H Q R
S T Y P L T F G Q G T K V E V K; and

each heavy chain comprises a complete human γ chain
constant region sequence and a variable region sequence
consisting of:

Q V Q L V Q S G A E V K K P G S S V K V S C K A S G Y T F T
S Y R M H W V R Q A P G Q G L E W I G Y I N P S T G Y T E Y
N Q K F K D K A T I T A D E S T N T A Y M E L S S L R S E D
T A V Y Y C A R G G G V F D Y W G Q G T L V T V S S.

CARY L. QUEEN ET AL.                                    <u>PATENT</u>
Serial No.: 07/634,278
Page 5

119.(New) An immunoglubulin according to claim 118,
wherein each heavy chain consists essentially of the
immunoglobulin amino acid sequence encoded by pHuLTAC and wherein
each light chain consists essentially of the immunoglobulin amino
acid sequence encoded by pHuGTAC1.

120.(New) A pharmaceutical composition comprising a
humanized immunoglobulin according to claims 103, 104, 115 or 118
in a pharmaceutically acceptable solution.

121.(New) A pharmaceutical composition comprising a
humanized immunoglobulin according to claim 119 in a
pharmaceutically acceptable solution.

122.(New) A pharmaceutical composition comprising a
humanized immunoglobulin according to claim 119 in a
pharmaceutically acceptable dosage form.

123.(New) A humanized immunoglobulin according to claim
103, 104 or 105, said immunoglobulin having heavy and light chain
frameworks up to 95% identical to the acceptor immunoglobulin
heavy and light chain frameworks.

<u>REMARKS</u>

<u>Status of the Application</u>
        Claims 95-116 are pending in the application.  Claims
117-123 are newly added.  Claims 95-116 have been rejected in the
outstanding Office Action.

<u>The Subject Invention</u>
        Before addressing the rejections raised by the
Examiner, it is appropriate to briefly discuss the presently
claimed invention.  The claimed invention is directed to
humanized immunoglobulins, <u>inter alia</u>, having: (1) light and
heavy chains CDRs which correspond to (that is, are from) a donor
immunoglobulin, (2) variable region frameworks which correspond

PDL-A 0001808

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 6

to human acceptor immunoglobulin framework sequences, and (3) at
least one amino acid position in the variable region framework
(i.e., outside of the Chothia and Kabat CDR loops) that contains
an amino acid residue from the donor rather than the acceptor
sequence, as selected according to the systematic rules taught in
the Specification.  Specifically, the amino acid position(s) in
the variable region framework containing the amino acid(s)
corresponding to the donor sequence can be selected on the basis
of proximity to and contact with a CDR; residues within 4-6Å of a
CDR are selected to be changed to correspond to the donor
sequence residue in accordance with specific rules set forth in
detail in the Specification.  By making the variable region
framework alterations taught in the Specification, the binding
affinity of the resultant humanized antibody for a predetermined
antigen is greatly increased as compared to prior art humanized
antibodies, e.g., wherein CDRs are grafted without consideration
of amino acid residues outside the CDR loops.  Humanized
immunoglobulins of the present invention exhibit specific binding
affinity for antigen which is comparable to or better than the
binding affinity of the nonhuman immunoglobulin that serves as
the source of the donor CDRs.

        Importantly, humanized immunoglobulins, as explained
below in detail, made in accordance with the present invention
have been shown to not elicit a detectable HAMA response in human
subjects.  Thus, claim 112 has been amended and new claims 120-
122 added to specify the claimed humanized immunoglobulins in
pharmaceutical compositions.  Support is replete throughout the
Specification (see, e.g., page ***, lines ***).

        Thus, to delineate further the subject invention, new
claims 118 and 119 have been added and are directed to humanized
immunoglobulins having variable regions which have been
previously claimed in claims 113 and 114.

Information Disclosure Statement

        For completeness, the Applicants submit the attached
petition with PTO Form 1449 citing U.S. Patent No. 5,225,539

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 7

issued July 6, 1993 (i.e., within three months of this
submission) to Winter, which relates to replacing CDRs of an Ig
variable domain with CDRs from an immunoglobulin of different
specificity.  It is noted that this patent is substantially
duplicative of art already of record (e.g., EP 0 239 400).

Rejections Under 35 U.S.C. §112, First Paragraph

        The Examiner has objected to the Specification under 35
U.S.C. §112, first paragraph as allegedly failing to provide an
enabling disclosure by reciting that the humanized antibodies of
the invention have an affinity of "at least $10^7$ $M^{-1}$" but not
reciting an upper limit.  Claims 95-112 were rejected by the
Examiner for not reciting an upper limit for the affinity of the
claimed antibodies.  The Examiner has suggested that the claims
recite "binding affinities within about two-fold of the donor
antibody" as an upper limit, since that language is supported in
the Specification (see, Specification page 56, lines 10-ff) and
by the experimental examples.  Applicants submit that humanized
antibodies made by the methods taught in the Specification yield
humanized antibodies having binding affinities more than two-fold
greater than the donor antibody.  Moreover, as explained in the
attached Scheinberg declaration, humanized antibody affinities of
5 to 8 times higher that the donor have been obtained already.
Also, the Examiner's position appears to be in direct conflict
with Hybritech v. Monoclonal Antibodies, 231 USPQ 81 (CAFC 1986).
However, in order to expedite prosecution and obtain early
allowance of claims, Applicants have added a new dependent claim
to follow the Examiner's suggestion.

        The Examiner has objected to the Specification and
rejected the claims on the basis that the Applicants have not
shown where there is a written description of the language "65%
or more identical sequence" in the Specification.  Respectfully,
in the Specification on page 30, lines 16-18, support for the
language is found:

        The selected acceptor immunoglobulin chain will most
        preferably have at least about 65% homology in the
        framework region to the donor immunoglobulin.

PDL-A 0001810

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 8

Applicants submit that the term "homology", although now
disfavored by the Patent Office as a descriptive term, is
understood by those in the art as meaning percentage of sequence
identity between two polynucleotide or polypeptide sequences.
Thus, Applicants submit that the objected language "65% or more
identical sequence" is fully supported in the Specification.  To
further clarify the situation, claim 95 has been amended to
recite an upper limit of 95% homology as specified at page 27,
line 37 of the specification.

        The Examiner has also objected to the Specification and
rejected claims 95-102 as not explicitly citing an "upper limit"
for framework region identity of functional antibodies.
Respectfully, the Specification recites how residues in the
acceptor framework are changed to the corresponding residues of
the donor sequence, and that the exact number and positions of
residue substitutions will vary on a case-by-case basis according
to the detailed rules taught in the Specification (see, e.g.,
Specification page 30, line 37 to page 31, line 7).  Moreover,
the claim terms "humanized immunoglobulin" and "human framework
region" are defined terms (see, e.g., Specification page 27, line
28-ff and page 27, lines 7-13, respectively).  Therefore, the
Specification does teach the "upper limit" of sequence identity
and the Examiner's objection to the Specification should be
withdrawn.  However, new dependent claim 123 has been added to
specify an upper limit, as was done for claim 95 above.

        The Examiner has rejected claims 104-112 under 35
U.S.C. §112, first paragraph on the basis that these claims
contain the negative limitation that the framework mutation is
"not in positions 26-30 of the heavy chain."  The claims have
been amended to make clear that the framework mutation is in
addition to any such changes in positions 26-30 of the heavy
chain.  The Specification, on page 33, lines 21-37, recites:

        The amino acids at several positions in the framework
        are known to be capable of interacting with the CDRs in
        many antibodies, notably at positions 2, 48, 64 and 71
        of the light chain and 26-30, 71 and 94 of the heavy
        chain (numbering according to Kabat, op. cit.), and
        therefore these amino acids will generally be in

PDL-A 0001811

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 9

     Category 4. Typically, humanized immunoglobulins, of
the present invention will include donor amino acids
(where different) in category 4 in addition to these.
The amino acids at positions 35 in the light chain and
93 and 103 in the heavy chain are also likely to
interact with the CDRs. At all these numbered
positions, choice of the donor amino acid rather than
the acceptor amino acid (when they differ) to be in the
humanized immunoglobulin is preferred. [emphasis
added]

Hence, the Specification clearly teaches that amino acids from
the donor immunoglobulin at positions other than 26-30 of the
heavy chain (for example, at positions 71, 93, 94 and 103 of the
heavy chain and 2, 35, 48, 64 and 71 of the light chain) are
preferably comprised in the humanized immunoglobulin. In view of
this, Applicants respectfully request that the Examiner withdraw
the rejection of claims 104-112 under 35 U.S.C. §112, first
paragraph.

Rejections Under §112, Second Paragraph

     The Examiner has rejected Claims 95-112, 115, and 116
under 35 U.S.C. §112, second paragraph as being indefinite for
allegedly failing to particularly point out and distinctly claim
the invention. The Examiner has alleged that claims 95, 103,
104, 105, and 115 are indefinite in their use of the language
"corresponding" or "correspond" in that the Examiner finds "the
nature of this correspondence is unclear." As explained
previously, corresponding and similar terms mean "of" or "from,"
and are used as is common in the antibody engineering art. See,
e.g., Claims 2, 4, and 5 of U.S. Patent No. 5,225,539, a copy of
which is attached hereto. In order to expedite prosecution and
obtain early allowance of claims, Applicants have amended the
claims (without prejudice to subsequent renewal) to generally
eliminate the word "correspond" and its variants. However, it is
submitted that in line 10 of claims 104 and 105, the word
"corresponding" clearly means "in the same position", and thus
has been retained.

     The Examiner has rejected claim 103 as being indefinite
in the use of the language "5 sequences in a representative

PDL-A 0001812

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 10

collection of sequences" and "most homologous."  Claim 103 has
been amended to more clearly recite that, given a collection of
immunoglobulin sequences available to the practitioner, the 5
sequences which have the highest level of sequence identity to
the donor sequence are selected and the acceptor sequence is
selected from that pool of 5 sequences.  The disfavored term
"most homologous" has been replaced and Applicants submit that in
the claim as amended the language "5 sequences in a
representative collection of sequences" is not indefinite as it
is readily calculated by the practitioner on the basis of
sequence identity.

        The Examiner has rejected claim 110 as being indefinite
in the use of the word "substantially" which is used in the term
"substantially pure."  The Specification, on page 40, line 3-5
provides a definite meaning for the term "substantially pure":

        Substantially pure immunoglobulins of at least about 90
        to 95% homogeneity are preferred, and 98 to 99% or more
        homogeneity most preferred, for pharmaceutical uses.

Thus, Applicants submit that the term "substantially pure" is not
indefinite and the Examiner's rejection of claim 110 on the basis
of 35 U.S.C. §112, second paragraph should be withdrawn.

        The Examiner has rejected claim 115 as being indefinite
in the use of the term "derived."  The term is used in its
ordinary dictionary meaning (i.e., obtained from a source).
However, the claim has been amended to avoid the objected term.


Rejections Under §103

        Claims 95-116 have been rejected by the Examiner under
35 U.S.C. §103 as allegedly unpatentably obvious over Riechmann
et al. in view of Uchiyama et al. or Diamantstein and further in
view of Chothia et al.  This rejection is respectfully traversed.


The Cited Art

        Riechmann et al., Clark, Waldeman, & Winter

        Riechmann et al. report the construction of a humanized
immunoglobulin reactive with the CAMPATH-1 antigen.  The

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 11

investigators initially transferred the Kabat CDRs from the rat
CAMPATH-1 antibody to a human NEW antibody framework.  The
resultant antibody lost most of its binding affinity.  The
authors then changed two amino acid residues within the heavy
chain first CDR as defined by Chothia and Lesk (also referred to
as Chothia et al.), which residues are part of the hypervariable
loop.  Importantly, as explained in detail below, these changes
were not made to match the amino acids of the donor
immunoglobulin sequence, but apparently were based on a misguided
attempt to mimic "normal" human Ig sequences.  The resultant
antibody reconstituted some degree of antigen binding activity
(albeit significantly less than that of the donor rat antibody).

        The authors made changes only within the hypervariable
loop (Chothia CDR H1), and did not modify any framework residues
outside the loop.  Figure 3 of Riechmann et al. shows only the
CDR loop itself, and does not show any packing interactions
between the loop and framework residues outside the loop,
indicating that Riechmann et al. does not teach that framework
residues outside the CDR loop are important for maintaining
binding affinity.  Riechmann et al. treats the CDR loop as an
independent structural domain as evidenced by Figure 3 and by the
authors' complete failure to test or prophesize the effects of
modifying any residues outside the CDR loop.  Indeed, the authors
of Riechmann et al. state on page 326, first column, first full
paragraph:

        By sequence the first hypervariable loop extends from
        residues 31-35, whereas by structure it extends from
        residues 26-32 ... To restore the packing of the loop,
        we made both a Ser27 -> Phe mutation and a Ser27 -> Phe
        Ser30 -> Thr double mutation in HuVHcamp.  [references
        deleted and underline added]

Thus, the mutations made by Riechmann et al. were at residue
positions within the hypervariable loop and were made explicitly
to "restore packing of the loop."  Overall, Riechmann et al.
teaches that it is only important to change residues within the
CDR loop and does not suggest alternatives.  Moreover, Riechmann
et al. does not teach or suggest any systematic rules by which to

PDL-A 0001814

CARY L. QUEEN ET AL.                                PATENT
Serial No.: 07/634,278
Page 12

select which residues to substitute, if any, nor what residue(s)
to use for replacement(s).

### Chothia et al.

        Chothia et al. report atomic structures for Fab and $V_L$
immunoglobulin fragments and define CDRs structurally rather than
by sequence hypervariability.  Chothia et al. report that the
first CDR of the heavy chain extends from residues 26-32.
Chothia et al. never mention the concept of humanized antibodies
and, thus, provide no guidance regarding which, if any, non-CDR
residues must be modified to produce high affinity humanized
antibodies, nor the nature of any such modification(s).  Indeed,
Riechmann et al. cite Chothia et al. at page 326, yet are still
unable to conclude why the Ser 27--> Phe and Ser 30--> Thr, both
within the Chothia et al. H1 CDR, enhance antigen binding
affinity.  It is evident from Riechmann et al. that Chothia et
al. does not teach or suggest substitution of non-CDR framework
residues to enhance binding affinity.  Clearly, the article did
not provide sufficient structural information for Riechmann et
al. to develop systematic guidelines for producing functional
humanized immunoglobulins.  Finally, as explained below,
Riechmann et al. two amino acid changes were not taken from the
donor antibody.  Thus, Chothia et al. represents an enigmatic
teaching, at best, particularly when read in conjunction with
Riechmann et al.

### Uchiyama et al.

        The report of Uchiyama et al., J. Immunol. 126: 1393-97
(1981), characterizes a mouse mAb, termed anti-Tac, that is
reactive with activated and functionally mature human T cells.
Only subsequent to the publication of Uchiyama et al., was it
discovered that the anti-Tac antibody bound to the human IL-2
receptor.  The cited art does not demonstrate that the anti-Tac
antibody has any beneficial effects for humans.

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 13

## Diamantstein et al.

Diamantstein et al. report an antibody that binds to the human IL-2 receptor and discuss the idea that a chimeric mouse/human antibody could be generated. However, Diamantstein does not describe or enable making a humanized antibody that binds to the human IL-2 receptor. Importantly, a chimeric immunoglobulin would be unsuitable for human therapy due to its significant immunogenicity, whereas a humanized immunoglobulin has significantly reduced immunogenicity and is suitable for long-term human therapy. Thus, Diamantstein teaches away from making and using humanized antibodies for therapeutic uses by teaching a mouse/human chimeric immunoglobulin.

## The Cited Art Distinguished

The Examiner asserts that Riechmann et al. in view of Uchiyama et al. or Diamantstein et al., and further in view of Chothia et al. constitute a case of prima facie obviousness under 35 U.S.C. §103 with respect to Applicants' claimed invention. This rejection is respectfully traversed. A prima facie case of structural obviousness of the claimed compositions has not been made and, in any event, unexpected results (e.g., in initial clinical trials) have been attained by utilizing the claimed humanized antibodies of the present invention. Moreover, the "humanized" CAMPATH-1 antibody of Riechmann et al. has been found to provoke a significant human anti-mouse antibody (HAMA) response when used to re-treat humans (see, Table III of Isaacs et al. (1992) Lancet 340: 748, attached) and to produce significant adverse effects in humans (ibid). This indicates that the Riechmann et al. teaching is not sufficient to produce "humanized" antibodies suitable for therapeutic use in humans, whereas humanized anti-Tac antibodies produced by the methods taught by Applicants have been successfully used in initial clinical trials and do not provoke any HAMA response or any significant side effects (see, attached Anasetti et al. Abstract no. 1484 (1992) Blood 80:373a).

CARY L. QUEEN ET AL.                                      PAT1
Serial No.: 07/634,278
Page 14

Applicants respectfully submit that the Examiner misapprehends the cited publications of Riechmann et al. and Chothia et al. in spite of Applicants' attempts of clarification. To rectify the situation and prove Applicants' position, attached is a declaration (pursuant to 37 CFR §1.132) prepared by Dr. Michael Levitt, a colleague of Chothia et al. at the time the Chothia et al. paper was published and a co-author with Chothia of numerous scientific publications. This restatement should serve to prove the correctness of Applicants' position on the cited art, as well as provide another immunoglobulin structure expert's unequivocal recognition of the importance of the present invention: "Based on my experience, I believe the Queen et al. method represents a major advance in the art of humanization of antibodies." (Levitt Declaration, paragraph 4).

Basically, Dr. Levitt reviewed the extant Office Action, then thoroughly analyzed the Riechmann et al. publication, _particularly_ when read in conjunction with the Chothia et al. publication, and concluded that --contrary to the Examiner's position-- the art of record actually _taught away from_ the subject humanized immunoglobulins as presently claimed (i.e., produced by the "Queen et al. method"):

> For the reasons explained in detail below, it is my opinion that as of December 28, 1988, a scientist skilled in antibody manipulation would have been unable to predict which, if any, framework residue substitutions would be required to produce high affinity humanized antibodies in any particular case. Moreover, I believe that the interpretation of the combination of Riechmann et al. with Chothia and Lesk in the manner proposed in the noted Office Action (_e.g._, at page 5) is contrary to the express teachings of the two publications. [Levitt Declaration, Paragraph 5]

Dr. Levitt continues in his declaration to explain that Riechmann et al. chose the two amino acids to change (in addition to the Kabat CDRs) because the amino acids were in the heavy chain CDR loop as defined by Chothia et al. (Levitt Declaration, Paragraph 6). Moreover, he notes that the "packing" discussion

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 15

in Riechmann et al. was in reference to loop packing within
itself, and not to packing due to actual framework amino acids.

> Hence, a scientist skilled in antibody manipulation
> would have been misled into thinking that only amino
> acids in either the Kabat or Chothia et al. CDRs are
> relevant to maintaining binding affinity. This is in
> distinction to the Queen et al. method, which changes
> various amino acids throughout the framework that are
> within 4-6 Å of the CDRs in order to retain high
> binding affinity. [Levitt Declaration, Paragraph 6]

Perhaps most importantly, Dr. Levitt then explains how
Riechmann et al. really taught that any amino acid substitutions
in the Chothia et al. CDR of the recipient human framework should
be to the "normal" amino acid in human immunoglobulin heavy
chains for proper packing (Levitt Declaration, Paragraph 7).
Indeed, this is the only reasonable interpretation of Riechmann
et al. when read in combination with Chothia et al.:

> Hence, I believe a skilled scientist in antibody
> manipulation would have concluded that high binding
> affinity in a humanized antibody depended only on
> utilizing the "normal" or usual amino acids in Chothia
> et al. CDR H1. This is in distinction to the Queen et
> al. method, which replaces certain amino acids in the
> human framework with amino acids form the donor
> antibody. [Levitt Declaration, Paragraph 7]

Thereafter, Dr. Levitt analyzes the Chothia et al.
publication in depth. He shows how Chothia et al. teaches one of
skill that simple grafting of the donor CDRs using the Chothia
et al. definition of CDR H1 onto a human framework would be
expected to maintain the binding affinity of the humanized
antibody (Levitt Declaration, Paragraph 8). Chothia et al.
simply did not appreciate the importance of packing framework
amino acids on affinity. Dr. Levitt again notes how Chothia et
al. expressly states that the "main-chain conformations are
determined solely by particular residues within each region"
(Chothia et al., at page 913; Levitt Declaration, Paragraph 9).
Dr. Levitt also carefully and specifically analyzes the very few
framework amino acid positions even mentioned in Chothia et al.,
and shows that they are not relevant to humanization because they
are already conserved between most antibodies, and are certainly

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 16

not sufficient to retain binding affinity in humanized antibodies
(Levitt Declaration, Paragraphs 9 and 10).

Furthermore, assuming arguendo that the cited art could
be argued, in some fashion, to have suggested generally changing
human framework amino acids in addition to the CDRs -- which
residue(s) should be changed and to what?  As already noted by
Dr. Levitt, Riechmann et al. does not even change the two human
CDR H1 amino acids in order to match those of the mouse donor.
Instead, one change is to restore the sequence to a "normal"
human residue (Levitt Declaration, Paragraph 7), and the purpose
of the other change is not mentioned.  This is diametrically
opposed to the present invention, with substitutions in the human
framework being performed to match the mouse donor.

Therefore, Dr. Levitt concurs with the Applicants'
prior submission that there is no art of record indicating which
amino acids interact with the CDR's (Levitt Declaration,
Paragraph 10).  Furthermore, Dr. Levitt specifically adds that
there is no guidance in the cited art on how to maintain the
critical conformation in humanized immunoglobulins of either the
side chains of the CDR amino acids or the most important CDR, H3
(i.e., the third CDR of the heavy chain) (Levitt Declaration,
Paragraph 11).  Hence, again assuming arguendo that the cited art
somehow suggested changing framework amino acids, Chothia et al.
still provides no information at all on particularly critical and
delicate aspects of maintaining conformation and therefore
affinity.

In summary, Dr. Levitt's declaration is further proof
that when all the prior art is considered as a whole, one of
ordinary skill in the art would not have a sufficient basis for
the necessary predictability of success required to sustain a
rejection under 35 U.S.C. §103.  At best, the Examiner's
rejection is of the "obvious to try" variety.

It would have been prima facie obvious to one of
ordinary skill in the art at the time the invention was
made to make humanized anti-tac antibodies which were
manipulated in regions other than simply CDR grafting
or in order to maintain the binding affinity of the
antibody.  [Office Action, page 4]

PDL-A 0001819

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 17

          In this regard, Applicants submit the following:

     The admonition that 'obvious to try' is not the
     standard under §103 has been directed mainly to the
     following situations: (1) where what was 'obvious to
     try' would have been to vary all parameters or try each
     of numerous possible choices until one arrived at a
     successful result, where the prior art gave either no
     indication of which parameters were critical or no
     direction as to which of many possible choices is
     likely to be successful; and (2) where what was
     'obvious to try' was to explore a new technology or
     general approach that seemed to be a promising field of
     experimentation, where the prior art gave only general
     guidance as to the particular form of the claimed
     invention or how to achieve it.  In re O'Farrell 853
     F.2d 894, 7 USPQ2d 1673 (Fed. Cir. 1988)

          The teachings of Riechmann et al. and Chothia et al. do
not provide guidance as to the changes to make in non-CDR
regions; neither the residue positions that must be changed to
produce a functional humanized immunoglobulin as claimed, nor the
specific changes that must be made at those positions.  The
Examiner seems to be implying that these necessary modifications
can be arrived at by "routine experimentation" and "trial-and-
error," clearly conceding that innumerable possibilities will
likely have to be tried before arriving at a successful
construct.  In fact, Dr. Cary Queen in his Declaration of
November 6, 1992, Paragraph 30, estimates that as many as $10^{27}$
possibilities would need to be tried by trial-an-error, an
astronomic number that is beyond any conceivable experimentation.
It is evident that Applicants were required to explore a new
technology (or general approach) where the prior art gave at most
only general guidance as to how to successfully construct a
functional humanized immunoglobulin.

          No art of record provides guidance regarding how
generally applicable the claimed methods are for the construction
of humanized immunoglobulins of different binding specificities.
Neither does the cited art teach how much "routine
experimentation" or "screening" may be required in any particular
case, or in fact even in the "typical" case.  Given the complete
absence of predictive information, it was not possible for an

PDL-A 0001820

CARY L. QUEEN ET AL.                                         PATENT
Serial No.: 07/634,278
Page 18

artisan to have attempted to construct the claimed functional
humanized immunoglobulins according to Riechmann et al. and
Chothia et al. with any particular expectation of success, let
alone a reasonable expectation of success. For this self-evident
reason, Applicants' claims would not have been obvious under the
appropriate standard of §103, even when Riechmann et al. and
Chothia et al. are read in view of the additional cited art.

### Nonobvious Combination

The Examiner has erroneously combined the cited art to
provide an alleged basis for the Examiner's rejections under 35
U.S.C. §103. The Examiner has alleged that there is a suggestion
and motivation to combine the cited publications without pointing
out where the cited art discloses such suggestion or motivation
in the absence of the Examiner's inappropriate hindsight.

Put simply, there is no suggestion in the prior art to
apply any method of CDR-grafting or "humanization" in an attempt
to produce a human-like anti-IL-2 receptor immunoglobulin. The
Examiner has failed to identify any suggestion in the cited art
to combine the cited publications. Applicants respectfully
request that the Examiner point out with particularity where in
the cited art there is the suggestion to combine Uchiyama et al.
and Diamanstein with Chothia et al. and Riechmann et al., as the
Examiner's allegation of prima facie obviousness relies upon such
a suggestion to combine references. In the absence of the
Examiner clearly identifying such a suggestion in the cited art,
Applicants respectfully submit that the Examiner has failed to
make out a prima facie allegation of obviousness under 35 U.S.C.
§103.

An invention is not obvious merely because it is a
combination of described elements, each of which was known in the
art at the time the invention was made. The critical inquiry is
whether "there is something in the prior art as a whole to
suggest the desirability, and thus the obviousness, of making the
combination." Fromson v. Advance Offset Plate, Inc., 755 F.2d
1549, 1558, 225 USPQ 26,31 (Fed. Cir. 1985). In other words,

CARY L. QUEEN ET AL.                                    <u>PATENT</u>
Serial No.: 07/634,278
Page 19

obviousness "cannot be established by combining the teachings of
the prior art to produce the claimed invention, absent some
teaching or suggestion supporting the combination." <u>Amgen v.</u>
<u>Chugai Pharmaceutical</u>, 13 USPQ2d at 1765 (D. Mass. 1989), quoting
<u>In re Fine</u>, 837 F.2d 1071, 1075, 5 USPQ2d 1596, 1599 (Fed. Cir.
1988). For the Examiner to establish prima facie obviousness,
the prior art must provide both the suggestion of use and grounds
for a reasonable expectation of success.

        The Examiner states in the Office Action of 12 April
1993, on page 5 lines 27-32, that

        *Applicant has argued and discussed the references
        individually without clearly addressing the combined
        teachings. It must be remembered that the references
        are relied upon in combination and are not meant to be
        considered separately as in a vacuum. It is the
        combination of all the cited and relied upon references
        which make up the state of the art with respect to the
        claimed invention.*

This allegation is inaccurate and, in any event, respectfully
traversed.

        Of course, whether or not one of ordinary skill in the
art would have been motivated to make a CDR-grafted or
"humanized" anti-IL-2 receptor immunoglobulin by combining
Diamantstein and Uchiyama et al. with Riechmann et al. or Chothia
et al. is purely speculative on the part of the Examiner. More
importantly, by the objective standard of the cited prior art,
there was no suggestion of the claimed humanized anti-Tac
immunoglobulin constructs. Nor do we see any proof in the cited
art of any such motivation to combine the cited publications,
notwithstanding the Examiner's hindsight. The Examiner has
failed to identify with particularity <u>any</u> objective evidence in
the cited art showing that one of ordinary skill in the art would
have combined Diamantstein and Uchiyama et al. with Riechmann et
al. and Chothia et al. Absent such a suggestion to combine
references, the Examiner has failed to make out a <u>prima</u> <u>facie</u>
case of obviousness.

        Since there is no suggestion in the cited art of the
Applicants' humanized anti-IL-2 monoclonal antibodies, we

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 20

traverse the Examiner's assertion of a prima facie case of
obviousness under §103.

### No Reasonable Expectation of Success

When all the prior art is considered together, one of
ordinary skill in the art would not have a sufficient basis for
the necessary predictability of success required to sustain a
rejection under 35 U.S.C. §103.  Even if the above-cited
references read in combination were to suggest that it might be
worthwhile to apply the method of Riechmann et al. or Chothia et
al. in an attempt to construct a CDR-grafted or "humanized"
antibody with the binding specificity of anti-Tac (a premise with
which we do not agree), the teachings of Riechmann et al. and
Chothia et al. teach away from substituting acceptor framework
residues outside the CDR loop with corresponding donor residues
(see, Declaration of Levitt and discussion, supra).

Thus, assuming arguendo that there had been a
suggestion to construct CDR-grafted or "humanized" anti-Tac
immunoglobulins, one of ordinary skill in the art would not have
had a reasonable expectation of success in constructing the
Applicants' anti-Tac antibodies, as the cited art did not teach
the making of high-affinity humanized antibodies wherein acceptor
framework residues outside of a CDR loop are substituted with
corresponding donor sequence residues.  Moreover, not only does
the cited art fail to teach making such changes in framework
residues outside the CDR loops, it also fails to provide the next
essential element for making a high-affinity humanized anti-Tac
antibody with a reasonable expectation of success, i.e.,
systematic rules indicating which framework residues should be
changed and the precise changes to be made.

Perhaps this lack of teaching in the art was due, in
part, to the difficulties inherent in protein structure analysis.
As acknowledged by the Examiner previously, the effect of amino
acid substitutions on protein structure is even today poorly
understood.  Indeed, the difficulties involved in the field of
protein structure are widely acknowledged even today by those
skilled in the art.  For example, according to Abagyan (1993),

CARY L. QUEEN ET AL.                                          PATENT
Serial No.: 07/634,278
Page 21

FEBS Letters 325: 17, p. 17 (attached), "Prediction of the native
three-dimensional structure of a protein from the amino acid
sequence remains an unsolved problem despite numerous efforts to
solve it for more than a quarter of a century." Similarly,
according to Fersht (1993) FEBS Letters 325: 5, p. 5 (attached),
"The elucidation of the rules that govern folding is a great
unsolved problem, for it is not yet possible to calculate de novo
the pathway of folding of a protein or even whether a known
structure is stable." While antibodies are somewhat more
predictable than proteins in general, these difficulties still
apply, even when a high-resolution X-ray structure is available.
Thus, according to Chitarra et al. (1993) (attached), Proc. Natl.
Acad. Sci. USA 90: 7711, p. 7715, "We note here that
immunochemical reactions that can be measured reasonably well by
relatively simple techniques (such as binding inhibition),
involving less than an order of magnitude difference in affinity,
may be difficult to explain by the high-resolution experimental
structural analyses we are able to perform." [emphasis added]

     Thus, the single teaching of Reichmann et al. is
insufficient to guide practitioners in this field. The attached
Levitt declaration lends further support to this fact. It is in
fact clear that Dr. Greg Winter, the inventor of the concept of
CDR-grafting and the senior author of Riechmann et al., and his
colleagues experienced rapidly increasing difficulty as they
first performed CDR-grafting on one chain of an antibody binding
to a small molecule hapten (Jones et al. (1986), Nature 321:
522), then on one chain of an antibody binding to a small protein
(Verhoeyen et al. (1988), Science 239: 1534 (attached)), and
finally on both chains of an antibody in order to produce a
humanized antibody binding to a medically relevant target antigen
(Riechmann et al. (1988)). In the last case, even Winter, who is
clearly beyond the level of ordinary skill in the art, was only
able to obtain substantial affinity in the humanized antibody
after several attempts and without understanding why the final
method was successful. Based on this single example of a
humanized antibody in a field fraught with difficulties and

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 22

unknowns, achieved by a leader in the field with great
difficulty, it is absurd to claim that one of ordinary skill in
the art would have had a reasonable expectation of success in
humanizing the very next antibody, especially in light of the
misleading statements made in Riechmann et al. and Chothia et al.
and discussed at length above. Rather, production of humanized
antibodies did not become predictable until the teachings of the
subject invention. It is evident that Applicants were required
to explore a new technology and develop systematic rules where
the prior art gave only misleading guidance, at best, as to how
to successfully construct a high-affinity humanized
immunoglobulin that is therapeutically effective.

        The Examiner states that:

    The ordinary skilled artisan at the time the invention
    was made would have had well within his/her means the
    computer modelling information, the sequence data
    banks, and the X-ray crystallographic information
    necessary to determine which regions of the framework
    region would be eligible for substitution (see figure 3
    of Riechmann et al.). It is safe to assume that the
    amino acids which aid in the packing of the CDRs would
    be within 4-6 angstroms of the CDRs. {underline added}

Respectfully, the Examiner has first failed to identify in the
cited art where the amino acid and/or nucleotide sequences of the
anti-Tac antibody of Uchiyama et al. are disclosed, and the
Examiner has not shown where this sequence information was
disclosed in the art before the priority date of the present
application. Moreover, atoms are not simple, mechanical objects
that pack together in any ordinary sense. They are quantum
objects that interact by a variety of poorly understood forces
(Van der Waals, hydrophobic, ionic, etc), so the importance of
the 4-6 Å distance was anything but obvious, and no such specific
quantitative criterion appears in any of the cited art.

        Moreover, the Examiner has stated that the systematic
rules taught by the present application and not disclosed in the
cited art were simply "safe to assume." Such conclusory
statements in a rejection, unsupported by reference to any cited
art, are highly improper. Indeed, these unwarranted and

PDL-A 0001825

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 23

unsupported assumptions are explicitly contradicted by
Applicants' detailed analysis of the cited art, e.g., provided in
the Declaration of Dr. Levitt.  Apparently this "safe
assumption," made with the benefit of hindsight, was not
similarly made by those of skill in the art at the time the
present invention was made.  Respectfully, Applicants submit that
the Examiner is not at liberty to assume facts not disclosed in
the prior art, or to make retrospective conclusions as to what
one of ordinary skill in the art would have "safely assumed" at
the time of filing.

Unexpected Results
        Human subject clinical trials have shown that
Applicants' humanized immunoglobulins possess surprising
properties and yield unexpected results in therapy of human
diseases.  For example, as noted previously, the claimed
humanized anti-Tac antibodies have been shown to be efficacious
without side effects or HAMA response (see, attached Anasetti et
al. abstract).  Also, the Declaration of Scheinberg (attached)
reports that a humanized M195 antibody made according to
Applicants' rules possesses the surprising property of having a
binding affinity for antigen that is 5 to 8 times greater than
that of the donor antibody.  Moreover, the Scheinberg Declaration
indicates that Applicants' humanized antibodies unexpectedly
provoked no detectable immunogenic response in any of the
patients treated.  In contrast, the Riechmann et al. antibody has
been reported to produce serious side effects in human patients,
including fever, rigors, nausea and hypotension and to provoke an
immunogenic (HAMA) response when administered in multiple
treatments (see, attached Isaacs et al. paper).  Thus, in view of
the poor clinical results obtained with the Riechmann et al.
"humanized" antibody, Applicants' humanized antibodies have
proven to be surprisingly well-suited for therapeutic use in
humans, especially for indications requiring multiple
administrations over a longer time period (e.g., chronic
administration).  In fact, Dr. Scheinberg, a leading expert on

PDL-A 0001826

CARY L. QUEEN ET AL.                                          PATENT
Serial No.: 07/634,278
Page 24

the use of antibodies for therapy, describes the advantages of
the humanized M195 antibody disclosed in the subject application
and made according to the systematic rules described therein:

> I believe that humanized M195 antibody, made by the
> Queen et al. method, has substantially superior
> therapeutic properties, specifically no apparent HAMA
> and few adverse effects, relative to a humanized
> CAMPATH-1 antibody of Riechmann et al. (1988) Nature
> 332:323, which has been publicly reported to produce
> serious side effects in human patients and to be
> immunogenic when administered in multiple doses...
> [Scheinberg Declaration, paragraph 5]

The high binding affinities and low immunogenicity in humans
noted for Applicants' humanized antibodies are clearly unexpected
in view of the noted failures of Riechmann et al. and in view of
the state of the art as of the priority date of the present
application.  Indeed, until the Applicants' humanized
immunoglobulins were successfully tested in clinical trials,
there had been no published reports of any humanized
immunoglobulins that were suitable for use in an extended course
of therapy.

        The Examiner states:

> The claims to the sequence of the heavy and light
> variable regions of anti-p55 antibody are obvious for
> the reasons mentioned above, since the art would have
> taught, not necessarily the sequence per se, but rather
> equivalent sequences which would have been obvious form
> the teachings of the references.

Even assuming arguendo that the references would have taught
other humanized antibodies to the p55 chain of the IL-2 receptor
that have high binding affinity (an assumption we specifically
reject), it is sheer speculation that they would have been
"equivalent" in the sense of having the desirable and unexpected
therapeutic properties described above for humanized antibodies
made by the specific rules of the subject invention.  Indeed, it
seems more likely that any such hypothetical antibodies would
have shared the same problems suffered by the single humanized
antibody of the prior art, i.e., the antibody of Riechmann et

CARY L. QUEEN ET AL.                                    PATENT
Serial No.: 07/634,278
Page 25

al., which causes significant side effects and a HAMA response
upon repeated administration.

Again, the prior art of record specifically teaches
away from the claimed humanized antibodies, which include the
humanized antibodies to the IL-2 receptor exemplified in the
Specification.  Claims 95 and 103 encompass human acceptor heavy
chain framework regions of a humanized antibody chosen with
specific reference to the donor heavy chain region, essentially
by choosing it to be 65% or more identical or to be among the 5
sequences having greatest sequence identity to the donor region
in a representative collection of human sequences.  Hence, the
acceptor heavy chain varies according to the particular donor
antibody to be humanized.  In contrast, the previous publications
on CDR-grafted or humanized antibodies all utilized the same
human heavy chain, designated NEW or alternately NEWM, as
acceptor, evidently because its structure had previously been
determined by X-ray crystallography (Jones et al. (1986), Nature
321: 522 (attached); Verhoeyen et al. (1988), Science 239: 1534;
Riechmann et al. (1988)).  Hence, again assuming arguendo that
the prior art taught humanized antibodies to the p55 chain of the
IL-2 receptor, such hypothetical antibodies made according to the
cited art would have used the NEW heavy chain as acceptor and
would thus have been quite different than the presently claimed
humanized antibodies, particularly the specific humanized
immunoglobulins in claims 113, 114, 118 and 119.

Applicants' attorney respectfully submits that the
Examiner's rejection of claims under 35 U.S.C. §103 relies on a
nonobvious combination of cited art and are improperly made with
regard to the legally recognized standards for making a
determination of prima facie obviousness.  Moreover, even if a
prima facie obviousness case had been made, it has been rebutted
fully by the noted unexpected results.  The Examiner is
respectfully urged to withdraw rejection of the claims as
allegedly having been obvious under 35 U.S.C. §103.

Thus, the amendments place the application in condition
for allowance by removing all remaining objections and

CARY L. QUEEN ET AL.                                    <u>PATENT</u>
Serial No.: 07/634,278
Page 26

rejections, and by further defining the invention over the cited
art.  The amendments raise no new issues, as the pending claims
are essentially based on claims already considered and searched
by the Examiner.  The amendments further narrow the issues in
dispute, thereby placing the application in better condition for
appeal.  It is respectfully submitted that the claims are in
condition for allowance and Applicants request that the
application be passed to issue at an early date.

     If for any reason the Examiner feels that a telephone
conference would expedite prosecution of the subject application,
the Examiner is invited to telephone the undersigned at (415)
326-2400.

                               Respectfully submitted,

                           By _____
                              William M. Smith
                              Reg. No. 30,223

TOWNSEND and TOWNSEND KHOURIE and CREW
One Market Plaza
Steuart Street Tower, 20th Floor
San Francisco, California  94105
(415) 326-2400
fax (415) 326-2422

c:\work\files\11823\026.POS

Exhibit 4

Proc. Natl. Acad. Sci. USA
Vol. 88, pp. 4181–4185, May 1991
Immunology

# Reshaping a therapeutic CD4 antibody

(humanized antibody/chimeric antibody/tolerance/autoimmune disease/transplantation)

SCOTT D. GORMAN, MICHAEL R. CLARK, EDWARD G. ROUTLEDGE, STEPHEN P. COBBOLD, AND HERMAN WALDMANN

Department of Pathology, University of Cambridge, Tennis Court Road, Cambridge CB2 1QP, United Kingdom

Communicated by Cesar Milstein, February 11, 1991

ABSTRACT     An immunosuppressive rat antibody (Campath-9) against human CD4 has been reshaped for use in the management of autoimmunity and the prevention of graft rejection. Two different forms of the reshaped antibody were produced that derive their heavy chain variable region framework sequences from the human myeloma proteins KOL or NEW. When compared to a chimeric form of the CD4 antibody, the avidity of the KOL-based reshaped antibody was only slightly reduced, whereas that of the NEW-based reshaped antibody was very poor. The successful reshaping to the KOL-based framework was by a procedure involving the grafting of human framework sequences onto the cloned rodent variable region by in vitro mutagenesis.

At present, unwanted immune responses in autoimmunity and graft rejection are managed by the long-term administration of immunosuppressants such as steroids, azathioprine, and cyclosporine. Patients receiving such long-term therapy are at continuous risk of infection and unwanted side effects of the drugs. An ideal alternative to sustained immunosuppression would be to establish a state of immunological tolerance to the inciting antigens. Here the intent is to provide a short-term treatment to modulate the host immune system so that antigen-responsive T cells are either deleted or rendered anergic. In rodents, a short course of therapy with CD4 and CD8 monoclonal antibodies can tolerize to antigens as diverse as bone marrow, skin, and heart grafts (1–4) as well as preventing induction of a wide range of experimental autoimmune diseases (4–6). Remarkably, large doses of rat CD4 antibodies administered to mice can induce tolerance to themselves, thus avoiding an antiimmunoglobulin response that might neutralize their biological activity. However, lower doses fail to self-tolerize although they can still be tolerogenic for other antigens given under the CD4 umbrella (5, 6). In humans, rodent CD4 antibodies have thus far proven quite immunogenic despite their immunosuppressive properties (7, 8). This problem can be minimized by reshaping the rodent antibody to a human form. In this way a human antibody is created that contains only the six complementarity-determining regions (CDRs) from the heavy and light chain variable ($V_H$ and $V_L$) regions of the rodent antibody of interest (9). To maximize the opportunities to use CD4 antibodies for tolerance therapy, we have converted a known immunosuppressive CD4 monoclonal antibody of rat origin into a human form. The rat form of this antibody, Campath-1H (Wellcome Foundation), was demonstrated to be therapeutically useful in combination with Campath-1H (CDw52) antibody to achieve a long-lasting remission in a patient with autoimmune systemic vasculitis (10).

Reshaping antibodies is a relatively new procedure where success cannot necessarily be guaranteed for any individual antibody. Here, we describe a further approach of reshaping

that grafts onto a rodent variable (V) region the framework sequences from a human V region that is most homologous to that of the rodent. We compare the effectiveness of two reshaped versions of the rat Campath-9 antibody, where one has derived its human $V_H$ region framework sequence from the myeloma protein KOL and the other from NEW.*

## MATERIALS AND METHODS

cDNA Cloning. cDNA encoding the $V_L$ and $V_H$ regions were generated by a polymerase chain reaction (PCR)-based method (11) except that the primer 5'-TGA GGA GAC GGT GAC CGT GGT CCC TTG GCC-3' was substituted for VH1FOR and 37°C and 50°C PCR annealing temperatures were used for $V_L$ and $V_H$ region cDNA amplifications, respectively. $V_L$ and $V_H$ cDNA regions were cloned into the M13-based vectors M13-VKPCR1 and M13-VHPCR1, respectively, as described (11). $V_L$ region clones were screened by hybridization with a $^{32}$P-labeled probe (5'-GTT TCA TAA TAT TGG AGA CA-3') specific for CDR3 of the Y3-Ag1.2.3 $V_L$ region cDNA (12); clones not hybridizing to this probe, and $V_H$ region clones, were sequenced by the dideoxy method (13).

Construction of Genes for Chimeric Antibodies. The plasmid $pV_H$cat/$C_{G1}$ encoding the chimeric heavy chain consists of the following adjacently ligated fragments: the 6.6-kilobase (kb) vector pHβAPr-1 (14) linearized as its cloning site with HindIII and BamHI containing the β-actin promoter, xanthine-guanine phosphoribosyltransferase, and ampicillin-resistance genes; a 39-base-pair (bp) HindIII–Neo I synthetic linker fragment (5'-AAG CTT TAC AGT TAC TGA GCA CAC AGG ACC TCA CCA TGG-3'); a 698-bp Neo I–BamHI fragment from an M13-VHPCR1 clone containing the Campath-9 antibody $V_H$ region cDNA; a 2.3-kb BamHI–Sph I fragment containing the human G1 constant ($C_{G1}$) region gene (15); and a 20-bp Sph I–Bgl II synthetic linker fragment (5'-GCA TGC GCG GCC GCA GAT CT-3').

The plasmid $pV_L$cat/$C_\kappa$ encoding the chimeric light chain consists of the following adjacently ligated DNA fragments: a 7.5-kb BamHI–HindIII fragment from the plasmid pLD9 (16) containing the β-actin promoter, dihydrofolate reductase, and ampicillin-resistance genes; the 39-bp HindIII–Neo I synthetic linker; a 387-bp Neo I–BamHI fragment from an M13-VKPCR1 clone containing the Campath-9 antibody $V_L$ region cDNA; and a 4.9-kb BamHI fragment containing the human κ constant ($C_\kappa$) region gene (17).

Construction of Genes for Reshaped Antibodies. The plasmid $pV_H$NEW/$C_{G1}$ encoding the NEW-based reshaped heavy chain is identical to the plasmid pHEJ16 (16) except that the three CDRs of the Campath-9 antibody's

---

Abbreviations: V, variable; $V_H$, heavy-chain variable; $V_L$, light-chain variable; $C_{G1}$, G1 constant; $C_\kappa$, κ constant; CDR, complementarity-determining region; PCR, polymerase chain reaction; ADCC, antibody-dependent cell-mediated cytotoxicity.
*The sequences reported in this paper have been deposited in the GenBank data base (accession nos. M61884 and M61885).

The publication costs of this article were defrayed in part by page charge payment. This article must therefore be hereby marked "advertisement" in accordance with 18 U.S.C. §1734 solely to indicate this fact.

PDL-A 0020869

were CDR-grafted (9) into the 1.5-kb HindIII fragment from pNH316 encoding the Campath-1H antibody heavy chain by in vitro mutagenesis with three oligonucleotides.

The KOL-based reshaped $V_H$ region was created by in vitro mutagenesis of a Campath-9 antibody $V_H$ region cDNA clone in M13-VHPCR1 with five oligonucleotides that were designed to mutate the Campath-9 $V_H$ region framework residues into the corresponding residues of the KOL antibody (18). These five mutagenic oligonucleotides were simultaneously introduced in a single mutagenesis reaction. Twelve clones were sequenced and each clone had incorporated the five mutagenic oligonucleotides. The plasmid $pV_HKOL/C_{G1}$ encoding the KOL-based reshaped heavy chain consists of the following adjacently ligated fragments: the 9.8-kb vector-$pH\beta A.Pr-1$-gpt (14) linearized at its cloning site with HindIII and BamHI containing the $\beta$-actin promoter, xanthine-guanine phosphoribosyltransferase, and ampicillin-resistance genes; the 39-bp HindIII–Nco I linker; a 698-bp Nco I–BamHI fragment encoding the KOL-based reshaped $V_H$ region; a 2.3-kb BamHI–Sph I fragment containing a human $C_{G1}$ region gene (15); and the 20-bp Sph 1–Bgl II synthetic linker.

The plasmid $pV_1REI/C_\kappa$ encoding the reshaped light chain is identical to the plasmid pLD9 (16) except that the three CDRs of the Campath-9 antibody $V_L$ region were CDR-grafted (9) into the 748-bp HindIII fragment from pLD9 encoding the Campath-1H antibody light chain by in vitro mutagenesis with three oligonucleotides.

Transfections and Antibody Purification. The CD4-expressing cell line HCD4-NB2 is a clone of the rat T-cell line NB2-6TG stably transfected by electroporation with the expression vector pSFSVneo (19) containing cDNA encoding the human CD4 antigen (20).

Plasmids encoding antibody chains were cotransfected as described (21) into dihydrofolate reductase-deficient Chinese hamster ovary cells ($10^6$ cells per 75-cm² flask) using 9 $\mu$g and 1 $\mu$g of the appropriate heavy and light chain constructs, respectively. Transfectants were selected in medium containing 5% dialyzed fetal bovine serum for 2-3 weeks, and antibody-secreting clones were identified by ELISA of culture supernatants. Chimeric and reshaped antibodies were purified from culture supernatants using protein A-Sepharose CL-4B (Pharmacia) column chromatography as described (22). Antibody concentrations were determined by absorbance at 280 nm.

Immunofluorescence and Flow Cytometry. HCD4-NB2 cells were washed with staining medium (phosphate-buffered saline containing 0.1% bovine serum albumin, 1% heat-inactivated normal rabbit serum, and 0.1% sodium azide) and then incubated with either the chimeric or reshaped antibodies ($10^5$ cells per 0.1 ml) diluted in staining medium for 1 hr at 4°C. The cells were washed and then incubated with fluorescein isothiocyanate-conjugated anti-human IgG1 (γ-chain-specific) antibodies (The Binding Site, Birmingham, U.K.) diluted 1:30 in staining medium for 1 hr at 4°C. Propidium iodide (100 $\mu$g/ml final concentration) was added during the last 10 min of incubation. Cells were thoroughly washed and resuspended in 0.5 ml of staining medium. Mean cellular fluorescence (3000 live cells per sample) was determined with a Cytofluorograph (model 50-H Ortho Instruments). Propidium iodide-stained dead cells were gated-out. Fifty percent antigen binding titers were determined by fitting the data to a sigmoid curve by a least squares iterative procedure (23).

Antibody-Dependent Cell-Mediated Cytotoxicity (ADCC). Antibodies were assayed by ADCC with activated human peripheral blood mononuclear cells (24). Briefly, $5 \times 10^3$ HCD4-NB2 cells were labeled with $^{51}$Cr and incubated for 1 hr at room temperature with different concentrations of antibodies. A 75-fold excess of activated cells was added as

effectors. After 4 hr at 37°C, cell death was determined by measuring $^{51}$Cr release.

## RESULTS

Cloning of $V_L$ and $V_H$ Region cDNA. cDNAs encoding the $V_L$ and $V_H$ regions from the Campath-9 antibody-secreting clone YNB46.1.8SG2B1.19 (10) were isolated by PCR using primers that amplify the segment of cDNA encoding the amino-terminal region through the joining region (11). $V_L$ region clones were first screened by hybridization with a $^{32}$P-labeled oligonucleotide probe complementary to CDR 2 of the light chain expressed by the rat Y3-Ag1.2.3 myeloma cell line (12) that was used as the fusion partner to generate the Campath-9 antibody-secreting hybridoma. Subsequent nucleotide sequence analysis was restricted to clones that did not contain sequence complementary to this probe (about 5% of clones). In this manner, two cDNA clones from independent PCR amplifications were identified that encoded identical $V_L$ regions. Nucleotide sequence analysis of random $V_H$ region clones from two independent PCR amplifications revealed a single species of $V_H$ region cDNA. These cDNA sequences have been submitted to the GenBank data base, and their predicted amino acid sequences are shown (Fig. 1). As no additional $V_L$ or $V_H$ region-encoding clones were identified, it was assumed that these sequences were derived from the Campath-9 antibody genes.

Chimeric Antibody Constructs. Plasmids were constructed that encoded a rat/human chimeric version of the Campath-9 antibody. The plasmid $pV_Hrat/C_{G1}$ encodes a chimeric heavy chain consisting of the Campath-9 $V_H$ region (Fig. 1A) and a human $C_{G1}$ region. The plasmid $pV_Lrat/C_\kappa$ encodes a chimeric light chain consisting of the Campath-9 $V_L$ region (Fig. 1B) and a human $C_\kappa$. These chimeric heavy and light chains were coexpressed in Chinese hamster ovary cells to produce a chimeric antibody.

Reshaped Antibody Heavy Chain Constructs. Possibly the largest unknown variable when reshaping an antibody is the selection of the human immunoglobulin V region from which the framework sequences are derived. Because the framework regions hold the CDRs in their correct spatial orientation and can sometimes even participate in antigen binding (29), this selection could be important. At present, there are insufficient published reshaping results to generalize a "best framework" selection strategy. Reshaping experiments to date (9, 30–32) have not compared the effectiveness of different human frameworks incorporating the same rodent CDRs.

To investigate the importance of framework selection and to maximize our chances of producing a functional reshaped CD4 antibody, we have designed two different versions of reshaped $V_H$ regions. In the first case, we designed a reshaped $V_H$ region that derives its CDRs from the Campath-9 $V_H$ region and its framework sequences from the NEW-based framework that had been used previously for the reshaped antibody Campath-1H (9) and others (30, 31). Given the demonstrable antigen binding of these antibodies, it was reasonable to try the same framework sequences as well. A plasmid was thus constructed, $pV_HNEW/C_{G1}$, that encodes a reshaped heavy chain consisting of an NEW-based $V_H$ region with Campath-9 $V_H$ region CDRs (Fig. 1A) and a human $C_{G1}$ region.

In the second case, we designed a reshaped $V_H$ region that derives its CDRs from the Campath-9 $V_H$ region and its framework sequences from the $V_H$ region of the human myeloma protein KOL (18). The $V_H$ region of KOL was chosen because of all known human heavy chain V regions its overall amino acid sequence is very homologous to the Campath-9 $V_H$ region (Fig. 1A) containing 72% identical residues (excluding gaps introduced for alignment purposes).



Fig. 1. Comparison of the amino acid sequences of the heavy (A) and light (B) chain V regions described in the text. Dots indicate residues that are identical to the corresponding residue in Campath-9. Hyphens represent spaces introduced in the sequences by GAP (25) to aid the alignment. CDRs of Campath-9 are underlined and residues encoded within the amplification primers and cloning vectors are overlined. resh., reshaped. Sequences of NEW, KOL, and REI are from the Swiss-Prot protein sequence data base, release 14. It should be noted that there are some minor sequence differences of NEW and KOL as recorded in the various data bases—for example, Swiss-Prot and Brookhaven (16). The V framework sequences of the NEW- and REI-based reshaped V regions described here are identical to those of the Campath-1H (9), which differ only slightly from the reported framework sequences of NEW (27) and REI (28). For consistency, and given the tractable antigen binding of this antibody, identical framework sequences were used here.

This was determined by a computer search of several data bases. By contrast, the NEW $V_H$ region sequence has only 67% identical residues. We reasoned that since the primary function of the framework sequence is to hold the CDRs in their correct spatial orientation, we could maximize the chances of retaining correct CDR structure (and hence antigen affinity) by deriving framework sequences from a human $V_H$ region that is most homologous to that of the rodent. Of the several homologous human $V_H$ regions available, the choice of KOL was made because its three-dimensional structure is well characterized. A plasmid was thus constructed, pV$_H$KOL/C$_{G1}$, that encodes a reshaped heavy chain consisting of a KOL-based $V_H$ region with Campath-9 $V_H$ region CDRs (Fig. 1A) and a human C$_{G1}$ region.

Reshaped Antibody Light Chain Construct. We have designed a reshaped $V_L$ region that derives its CDRs from the Campath-9 $V_L$ region and its framework sequences from the REI-based framework that has been used previously for the reshaped antibody Campath-1H (9). Again, given the demonstrable antigen binding of this antibody, it was reasonable to try the same framework as well. A plasmid was constructed, pV$_L$REI/C$_{x}$, that encodes a reshaped light chain consisting of an REI-based $V_L$ region with Campath-9 $V_L$ region CDRs (Fig. 1B) and a human C$_{x}$ region. A second reshaped $V_L$ version was not created as with the reshaped $V_H$ region because REI is already highly homologous (67% identical residues) to the rat $V_L$ region of Campath-9. Thus this reshaped light chain was coexpressed with the reshaped heavy chains in Chinese hamster ovary cells to produce two reshaped antibodies (KOL- and NEW-based) differing only in their human-derived $V_H$ region framework sequences.

Properties of Chimeric and Reshaped Antibodies. The abilities of the chimeric and reshaped antibodies to bind the CD4+ cell line HCD4-NB2 were compared by immunofluorescence staining (Fig. 2). The chimeric and KOL-based reshaped antibodies stained CD4+ cells well. The titration curves of these two antibodies were fitted to a sigmoid curve, and the concentrations (mean ± SEM) of chimeric and KOL-based reshaped antibodies needed to achieve 50% antigen saturation were determined to be 2.21 ± 0.16 and 7.16 ± 0.45 $\mu$g/ml, respectively. Thus the avidity of the KOL-based reshaped antibody is only slightly reduced as it only



Fig. 2. Fluorescence of CD4+ cells stained with chimeric and reshaped antibodies: ○, Campath-9 chimeric antibody; ●, KOL-based reshaped antibody; ▲, NEW-based reshaped antibody; ■, Campath-1H antibody (isotype-matched negative control). The KOL- and NEW-based reshaped antibodies have the same REI-based reshaped light chain.

PDL-A 0020871





FIG. 3.   ADCC with chimeric and reshaped antibodies. Symbols are the same as in Fig. 2.

takes three times the amount of this antibody to give the same 50% binding as the chimeric antibody. All KOL V$_H$ region framework residues were incorporated into this reshaped V$_L$ region except for the proline at position 124 (Fig. 1A), which was kept as threonine. A second version that incorporates this proline residue gave similar results (not shown). By contrast, the NEW-based reshaped antibody stained CD4$^+$ cells only poorly even at the higher concentrations. The control Campath-1H antibody did not stain cells at any concentration. Also, the chimeric and KOL-based reshaped antibodies were effective in cell-mediated lysis, whereas the NEW-based reshaped and control Campath-1H antibodies were ineffective (Fig. 3).

## DISCUSSION

We have described here the successful reshaping of the CD4 antibody Campath-9. This result, together with the previously described reshaping of other therapeutic antibodies (9, ...) demonstrates the feasibility of applying this concept to the many rodent-derived monoclonal antibodies with clinical potential. The Campath-1H antibody has already been used successfully in clinical studies of lymphoma therapy (33) and in the treatment of an autoimmune disorder (10). In this latter case, the Campath-1H antibody was combined with the Campath-9 antibody to give a long-term remission in a case of systemic vasculitis that appeared intractable prior to Campath-9 antibody treatment. Although the relative contributions and importance of the Campath-1H and Campath-9 antibodies cannot be ascertained from this single case study, the availability of Campath-9 as a reshaped antibody. Campath-9H (the KOL-based version), should provide for further useful clinical studies.

Our reshaping of Campath-9 into Campath-9H raises interesting questions regarding general strategies for the reshaping of rodent antibodies. At present, there are only four additional reports of reshaped antibodies and in no case has the effectiveness of two different human antibody frameworks regions been compared (9, 30–32). Three of these antibodies had reshaped V$_H$ regions based on NEW (9, 30, 31), two of which had reshaped V$_L$ regions based on REI (9, 31), regardless of whether closer homologies existed in the sequence data bases. In the fourth example, the antibody was reshaped based on a homologous human framework, but 12 of the 29 residues that differed between the human and mouse V$_H$ region frameworks were left as in the mouse sequence, and no data were presented that compared this reshaped antibody with a form in which all of the framework residues were derived from the human sequence (32). For the reshaping of Campath-9, we have shown that the selection of a particular human framework can be important in the retention of antibody avidity. We have made two reshaped antibodies that differ only in their usage of human V$_H$ region

framework sequences, KOL and NEW, and found one form to be far superior to the other. The KOL-based CD4 antibody retained biological activity in ADCC assays and had a relative binding avidity only slightly reduced from the unaltered V region sequences of the chimeric CD4 antibody. In contrast, the NEW-based CD4 antibody, though still retaining specificity for CD4, had a considerably reduced relative binding avidity and had no biological activity. The KOL V$_H$ region has a 72% homology to Campath-9 V$_H$ region, whereas the NEW V$_H$ framework has only 47% homology. In this case then, it would seem that the selection of a human V region framework that was highly homologous to the rodent V region was the best strategy for framework selection. We have also successfully reshaped a CD3 antibody by the same approach (E.G.R., unpublished data), so this strategy may prove to be generally applicable to antibody reshaping. Arguably, although such a *bestfit* strategy has been applied here to whole antibody V regions, it might also be applied separately to individual variable, diversity, and joining recombining segments of an antibody V region.

The different avidities we observe when reshaping with KOL- and NEW-based frameworks are likely to be due to the complex intrachain associations between CDR and framework residues. Alternatively, different interchain V region associations between these two heavy chains and the REI-based reshaped light chain may also play a role. One possible structural explanation for the differences between the KOL- and NEW-based reshaped antibodies is described by Tramontano *et al.* (34). In studies of a series of solved immunoglobulin structures they observed that the conformation of the heavy chain CDR 2, "H2 loop," is dependent upon the length and sequence of this loop and its interaction with the framework residue at position 71 (Kabat numbering system). KOL and NEW have distinctly different structures in this region and a different residue at position 71. The H2 loop of the Campath-9 antibody is very similar to that of KOL and both contain an arginine residue at the relevant framework position (this is position 74 in Fig. 1A). Perhaps the change of this residue upon reshaping to the NEW-based framework accounts in part for its low avidity. However, it should be noted that Campath-1H was successfully reshaped to the NEW-based framework despite having a substantially different H2 loop length and sequence and also a different framework residue at position 71 (34). Clearly the ability to use structural features like this to reliably predict a suitable strategy for reshaping will benefit from more examples where different strategies are experimentally compared.

In previous studies, genes encoding reshaped antibodies were produced either by total synthesis of the desired sequence (32) or by *in vitro* mutagenesis of a human V region sequence to incorporate the rodent CDRs (9, 30, 31). We propose the following strategy based on our successful reshaping experiments whereby the isolated rodent V region is used as a starting point for constructing reshaped V regions. Here, human framework sequences are transferred to the rodent V regions by means of *in vitro* mutagenesis. When coupled with the *bestfit* method from above, mutagenic oligonucleotides can be highly homologous to the rodent frameworks, and hence the efficiency of mutagenesis is high. In the case of Campath-9H, this was accomplished in a single mutagenesis reaction with five oligonucleotides 33–58 bases in length. This strategy should be readily applicable to any monoclonal antibody for which the cDNA has been cloned and for which a homologous human framework can be identified in the sequence data bases. It is also interesting to note that expression in the nonlymphoid Chinese hamster ovary cell line results in an antibody with demonstrable activity in ADCC. The capacity of this cell line for high-level expression of reshaped antibodies (16) should facilitate the large-scale production of this antibody for clinical studies.

PDL-A 0020872

Immunology · Cobbold et al.

We thank the following for their helpful discussions and assistance: G. Winter and P. Jones for the vectors M13-VKPCR1 and M13-VHPCR1, J. S. Crowe for Campath-1H cDNA, M. Page for the plasmids pLD9 and pNH316, J. Ivanyi and J. Howard for the cell line PA4-5TG, A. Lesk, and C. Chothia. We thank H. Spence for the oligonucleotide synthesis, H. Kruger-Gray for flow cytometry assistance, and M. Frewin for technical assistance. This work was supported by the Medical Research Council, United Kingdom, Wellcome Biotech PLC, and the Gilman Foundation. S.D.G. is a recipient of a Special Fellowship from the Leukemia Society of America.

1. Qin, S. X., Cobbold, S., Benjamin, R. & Waldmann, H. (1989) J. Exp. Med. 169, 779–794.
2. Qin, S. X., Wise, M., Cobbold, S. P., Leong, J., Kong, Y. M., Parnes, J. & Waldmann, H. (1990) Eur. J. Immunol. 20, 2737–2745.
3. Cobbold, S. P., Martin, G. & Waldmann, H. (1990) Eur. J. Immunol. 20, 2747–2755.
4. Madsen, J. C., Superina, R. A., Wood, K. J. & Morris, P. J. (1988) Nature (London) 332, 161–164.
5. Benjamin, R. J. & Waldmann, H. (1986) Nature (London) 320, 449–451.
6. Gutstein, N. L. & Wofsy, D. (1986) J. Immunol. 137, 3414–3419.
7. Herzog, C., Walker, C., Muller, W., Eicher, P., Reiter, C., Riethmuller, G., Wassmer, P., Stockinger, H., Madic, O. & Pichler, W. J. (1989) J. Autoimmun. 2, 627–642.
8. Hafler, D. A., Ritz, J., Schlossman, S. F. & Weiner, H. L. (1988) J. Immunol. 141, 131–138.
9. Riechmann, L., Clark, M., Waldmann, H. & Winter, G. (1988) Nature (London) 332, 323–327.
10. Mathieson, P. W., Cobbold, S. P., Hale, G., Clark, M. R., Oliveira, D. B. G., Lockwood, C. M. & Waldmann, H. (1990) N. Engl. J. Med. 323, 250–254.
11. Orlandi, R., Gussow, D. H., Jones, P. T. & Winter, G. (1989) Proc. Natl. Acad. Sci. USA 86, 3833–3837.
12. Crowe, J. S., Smith, M. A. & Cooper, H. J. (1989) Nucleic Acids Res. 17, 7992.
13. Sanger, F., Nicklen, S. & Coulson, A. R. (1977) Proc. Natl. Acad. Sci. USA 74, 5463–5467.
14. Gunning, P., Leavitt, J., Muscat, G., Ng, S. Y. & Kedes, L. (1987) Proc. Natl. Acad. Sci. USA 84, 4831–4835.
15. Takahashi, N., Ueda, S., Obata, M., Nikaido, T., Nakai, S. & Honjo, T. (1982) Cell 29, 671–679.
16. Page, M. J. & Sydenham, M. A. (1991) Biotechnology 9, 64–68.
17. Hieter, P. A., Max, E. E., Seidman, J. G., Maizel, J. V., Jr., & Leder, P. (1980) Cell 22, 197–207.
18. Schmidt, W. E., Jung, H.-D., Palm, W. & Hilschmann, N. (1983) Hoppe-Seyler's Z. Physiol. Chem. 364, 713–747.
19. Ballhausen, W. G., Reske-Kunz, A. B., Tourvieille, B., Ohashi, P. S., Parnes, J. R. & Mak, T. W. (1988) J. Exp. Med. 167, 1493–1498.
20. Maddon, P. J., Littman, D. R., Godfrey, M., Maddon, D. E., Chess, L. & Axel, R. (1985) Cell 42, 93–104.
21. Wigler, M., Pellicer, A., Silverstein, S., Axel, R., Urlaub, G. & Chasin, L. (1979) Proc. Natl. Acad. Sci. USA 76, 1373–1376.
22. Oi, V. T. & Herzenberg, L. A. (1980) in Selected Methods in Cellular Immunology, eds. Mishell, B. B. & Shiigi, S. M. (Freeman, San Francisco), pp. 351–372.
23. Hale, G., Hoang, T., Prospero, T., Watt, S. M. & Waldmann, H. (1983) Mol. Biol. Med. 1, 305–319.
24. Clark, M. R. & Waldmann, H. (1987) J. Natl. Cancer Inst. 79, 1393–1401.
25. Devereux, J., Haeberli, P. & Smithies, O. (1984) Nucleic Acids Res. 12, 387–395.
26. Lesk, A. M., Boswell, D. R., Lesk, V. I., Lesk, V. E. & Bairoch, A. (1989) Protein Sequences Data Anal. 2, 295–308.
27. Poljak, R. J., Nakashima, Y., Chen, B. L. & Konisberg, W. (1977) Biochemistry 16, 3412–3420.
28. Epp, O., Lattman, E. E., Schiffer, M., Huber, R. & Palm, W. (1975) Biochemistry 14, 4943–4952.
29. Kabat, E. A., Wu, T. T., Reid-Miller, M., Perry, H. M. & Gottesmann, K. S. (1987) Sequences of Proteins of Immunological Interest (U.S. Dept. of Health and Human Services) (GPO, Washington).
30. Jones, P. T., Dear, P. H., Foote, J., Neuberger, M. S. & Winter, G. (1986) Nature (London) 321, 522–525.
31. Verhoeyen, M., Milstein, C. & Winter, G. (1988) Science 239, 1534–1536.
32. Queen, C., Schneider, W. P., Selick, H. E., Payne, P. W., Landolfi, N. F., Duncan, J. F., Avdalovic, N. M., Levitt, M., Junghans, R. P. & Waldmann, T. A. (1989) Proc. Natl. Acad. Sci. USA 86, 10029–10033.
33. Hale, G., Dyer, M. J. S., Clark, M. R., Phillips, J. M., Marcus, R., Riechmann, L., Winter, G. & Waldmann, H. (1988) Lancet ii, 1394–1399.
34. Tramontano, A., Chothia, C. & Lesk, A. M. (1990) J. Mol. Biol. 215, 175–182.

Exhibit 5

21/10 '98  16:32  ☎01438 763082          INFO SVC STVG                    L3        ☒002

Eur. J. Immunol. 1991. 21: 2717-2725                          Humanizing a therapeutic CD3 antibody     2717

Edward G. Routledge,
Irene Lloyd,
Scott D. Gorman,
Mike Clark and
Herman Waldmann

Division of Immunology,
Department of Pathology,
Cambridge University, Cambridge

# A humanized monovalent CD3 antibody which can activate homologous complement*

The rat monoclonal antibody (mAb) YTH12.5, specific for the CD3 antigen complex on human T cells has been modified in order to improve its efficacy in human therapy. With the aim of rendering it less immunogenic, it has been humanized using the method of framework grafting. During this process sequence analysis of the YTH12.5 $V_L$ gene indicated that it was of the λ subclass, however, it was markedly dissimilar from previously published rat and mouse $V_L$ gene sequences and may represent a new $V_\lambda$ gene family. The humanization of this light chain represents the first successful reshaping of a λ light chain V region. To improve the effector function of the antibody we have created a monovalent form (1 Fab, 1 Fc) using a novel method involving the introduction of an N-terminally truncated human IgG₁ heavy chain gene into cells producing the humanized CD3 mAb. Comparison of the mono- and bivalent humanized mAb in a complement-mediated cell lysis assay revealed that the monovalent antibody mediated lysis of human T cell blasts whereas the bivalent form did not. The availability of a humanized, complement-fixing CD3 mAb may improve opportunities for human therapy, in the management of organ rejection, autoimmunity and the treatment of T cell lymphoma.

## 1 Introduction

The human CD3 antigen consists of a minimum of four invariant polypeptide chains (γ, δ, ε and ζ; [1–4]) non-covalently associated with the TcR on the surface of T cells [5]. These polypeptides are thought to be involved in the assembly and expression of the CD3/TcR complex, and also in signal transduction through the cell membrane in response to the binding of antigen to the TcR.

All CD3 mAb can sensitize T cells to secondary proliferative stimuli such as IL 1 and IL 2. The degree of activation (as indicated by the nature of the secondary stimuli required to achieve proliferation), is affected by the valency of CD3 antibody binding and the use of liquid- or solid-phase antibody [6–8]. In addition, certain CD3 mAb are by themselves mitogenic for T cells, but only in the presence of monocytes [9–11]. This property is isotype dependent and is the result of T cell-monocyte cross-linking, facilitated by the interaction of the CD3 mAb Fc domain with monocyte FcR. Secondary stimuli required for T cell proliferation are then probably provided by the monocyte.

CD3 antibodies can be used to influence immunological status by suppressing, enhancing or re-directing T cell

responses to antigens [12–16]. They therefore have considerable therapeutic potential, and rodent CD3 mAb have been used extensively in humans as immunosuppressive agents [17, 18] and to a lesser degree, for T cell lymphoma therapy [19]. This potential has been compromised by two main factors. One is the "first dose" syndrome experienced by patients after the initial administration of antibody. The symptoms, which range in severity from fever and chills to aseptic meningitis, are caused by the elevated levels of circulating cytokines (TNF, IFN-γ, IL 2) associated with CD3 mAb-induced T cell activation [20]. The phenomenon is thought to be the *in vivo* equivalent of the monocyte-dependent T cell mitogenesis seen *in vitro*. The second factor is the anti-globulin response which is often elicited in the patient despite the immunosuppressive nature of the CD3 mAb and concurrent drug therapy [20, 21]. This response may both block the function of the therapeutic antibody and shorten its serum half-life [22].

In this report we have addressed the problem of antibody antigenicity by the application of antibody reshaping technology [23–25]. The V region genes of a rat CD3 mAb, YTH12.5 [19] have been "humanized" and expressed in association with human L (λ) and H (γ1) C region domains. The intention is to reduce the non-human component of the antibody to a level where, when used therapeutically, a significant anti-globulin response is unlikely.

In addition, we have produced a monovalent derivative of the humanized CD3 antibody using a novel approach. This reagent exhibits the enhanced complement-mediated cell lysis (CL) activity previously described for monovalent rat CD3 mAb [19, 26], and is less likely than bivalent CD3 mAb to modulate the CD3 antigen [26, 27]. These features, along with its reduced antigenicity, may make it specifically suited for therapeutic use in situations were the destruction of T cells is desirable, as in immunosuppression or the treatment of CD3⁺ T cell malignancies.

[t 9607]

* This research was supported by the Wellcome Trust and the Medical Research Council.

Correspondence: Edward G. Routledge, Division of Immunology, Department of Pathology, Cambridge University, Tennis Court Road, Cambridge CB2 1QP, GB

Abbreviation: CL: Complement-mediated cell lysis

© VCH Verlagsgesellschaft mbH, D-6940 Weinheim, 1991        0014-2980/91/1111-2717$3.50+.25/0

PDL-A 0020683



2718   E. G. Routledge, I. Lloyd, S. D. Gorman et al.     Eur. J. Immunol. 1991. 21: 2717–2725

## 2 Materials and methods

### 2.1 Cloning and reshaping of YTH12.5 Ig V region genes

YTH12.5.14.2 (subsequently referred to as YTH12.5) is a rat hybridoma cell line secreting an IgG$_{2b}$ mAb specific for the human CD3 antigen complex [19]. cDNA cloning of the YTH12.5 V region genes using the polymerase chain reaction (PCR) was performed as described elsewhere [28] except that 50°C was used for the chain elongation stage of the cycle. The oligonucleotide primers VH1FOR and VH1BACK, and the specialized M13VHPCR1 cloning vector used for the V$_H$ gene were provided by Dr. G. Winter (MRC Laboratory of Molecular Biology, Cambridge, GB). V$_L$ gene PCR primers were derived from a published rat V$_{L6}$ gene sequence ([29]; Fig. 1a), and the V$_L$ PCR product was cloned by blunt-end ligation into Hinc II-cut M13mp18.

Oligonucleotide site-directed mutagenesis (Amersham International PLC, Amersham, GB) of the V$_H$ gene framework regions was performed using six oligonucleotides ranging in length from 30 to 60 bases. In addition to amino acid codon changes, a Hind III site was introduced immediately 5' to the V$_H$ start codon to facilitate removal of the M13VHPCR1 Ig promoter by Hind III digestion.

The V$_L$ gene lacked upstream and downstream signals necessary for gene expression due to the method of cloning. Therefore, before reshaping, the V$_L$ gene was isolated as a Pvu II-Taq I 321-bp fragment and subcloned between the Pvu II and Bam HI sites of the vector M13VKPCR1 [28] along with a 362-bp Taq I-Bam HI fragment carrying the Kern⁻ Oz⁻ human λ L chain C region [30]. The V$_L$ and C$_L$ Pvu II and Taq I sites were introduced by site-directed mutagenesis at positions allowing the gene segments to be linked in frame. The resulting chimeric rat V$_L$-human C$_λ$ gene (including M13VKPCR1 leader sequences but excluding the Ig promoter) was isolated by Nco I-Bam HI digestion and subcloned (via an intermediate vector) into Sal I-Bam HI-cut M13mp18 to produce the template for reshaping. Mutagenesis of the V$_L$ gene framework regions was carried out with five oligonucleotides, 27 to 72 nucleotides in length.

An expression vector for the humanized V$_H$ gene based on the vector pHβApr-1-gpt [31] was produced consisting of the following adjacently ligated fragments of DNA: a 5.48-kb Bam HI-Eco RI (nucleotides 4325 to 9800) fragment of pHβApr-1-gpt containing the ampicillin resistance and xanthine-guanine phosphoribosyl-transferase genes, a 1.65-kb Eco RI fragment encoding the mouse DHFR gene and SV40 expression signals [32], a 4.31-kb Eco RI-Hind III (nucleotides 1 to 4315) fragment of pHβApr-1-gpt containing the human β-actin promoter, a 700-bp Hind III-Bam HI fragment carrying the humanized CD3 V$_H$ gene exon and a 2.3-kb Bam HI-Bgl II fragment containing the human IgG$_1$ allotype G1m(1,17) genomic C region gene [33].

The humanized V$_L$ gene, linked to the human C$_λ$ region on a 851-bp Sal I-Bam HI fragment of DNA, was inserted between the Sal I and Bam HI sites of the expression vector pHβApr-1 [31]. This vector has no eukaryotic cell selectable marker.

### 2.2 Construction of the N-terminally truncated human IgG$_1$ H chain (tH) gene

The human IgG$_1$ C region gene was digested with Pst I and Sph I to yield a 1.37-kb fragment of DNA encoding the hinge, C$_H$2 and C$_H$3 domain exons. Blunt end repair with T4 DNA polymerase followed by insertion between the Pvu II and Bam HI sites of the vector M13VKPCR1 [28] provided the gene with a start codon and leader peptide sequence. The vector's Bam HI site was reconstituted with Klenow enzyme during this procedure. The completed tH gene was recovered as a 1.52-kb Nco I-Bam HI fragment (to remove the M13VKPCR1 Ig promoter) and inserted between the Hind III and Bam HI sites of the expression vector pHβApr-1-Neo [31].

### 2.3 Transfections

Expression vectors were linearized by digestion with Pvu I and transfected into DHFR⁻ CHO cells [32] using the transfection reagent DOTMA (Boehringer-Mannheim, Mannheim, FRG). H + L chain co-transfectants were selected in xanthine/hypoxanthine-free IMDM containing 5% (w/v) dialyzed FBS. Cells transfected with H, L and tH genes were selected in the above medium containing G418. Transfectants, cloned in soft agar and cultivated in 24-well plates, were screened for antibody production by ELISA using goat anti-human IgFc (Sigma T2136, Poole, GB) as capture antibody and biotinylated sheep anti-human IgG (Amersham RPN 1003) or biotinylated goat anti-human λ light chain (Amersham RPN 1188) as detector antibody. Transfectants secreting both H and tH chain polypeptides were identified by native PAGE analysis of protein A-Sepharose-concentrated Ig from culture SN.

### 2.4 Purification of antibodies

The monovalent and bivalent humanized CD3 mAb were purified from cell culture SN by protein A-Sepharose affinity chromatography [34], followed by ion-exchange chromatography using an LKB (Bromma, Sweden) HPLC system fitted with a TSK-5PW DEAE 7.5 × 60 mm Glaspac column equilibrated with 20 mM Tris, pH 8.5. Rat YTH12.5 mAb was similarly purified with the exception that ion exchange chromatography was performed in 20 mM piperazine, pH 9.5, containing 0.1% betaine. The humanized CDw52 mAb CAMPATH-1H (IgG$_1$) [25] produced in YB2/O rat myeloma cells was provided protein A purified, by Dr. G. Hale (Cambridge University Division of Immunology). Antibody concentrations were determined using the Lowry assay, and the purity of antibody preparations was assessed by SDS-PAGE on 10%–15% gradient gels using a Pharmacia (Uppsala, Sweden) Phast Gel system.

### 2.5 Competitive binding assay

Aliquots of 5 × 10⁴ HPB-ALL cells in 96-well microtrays were stained with 2.0 µg/ml (Log$_{10}$ 1.217 nanomolar Fab domains) of biotinylated monovalent humanized CD3 mAb in the presence of increasing concentrations of non-biotinylated competitor mAb. After 1 h the cells were



Eur. J. Immunol. 1991. 21: 2717–2725          Humanizing a therapeutic CD3 antibody          2719

rinsed and stained for a further 1 h with streptavidin-FITC (Amersham RPN 1232). The cells were rinsed again and with 1% (w/v) formaldehyde in PBS. Incubations were performed at 4°C and PBS containing 0.1% sodium azide, 1% (w/v) BSA and 5% (w/v) heat-inactivated normal rabbit serum was used as the diluent and rinsing solution. The mean cellular fluorescence of approximately 3500 cells/well was determined using a FACScan (Becton Dickinson, Mountain View, CA).

### 2.6 Effector cell retargeting (ECR) and CL

ECR was performed as previously described [35]. Briefly, $^{51}$Cr-labeled U-937 human monocytic tumor cells were mixed at a ratio of 1 : 1 with human peripheral blood T cell blasts (activated with mitogenic CD3 mAb and IL.2) in the presence of test antibody. Lysis of the target cells, indicating target-effector cell cross-linking by FcR-CD3 mAb and CD3 mAb-CD3 antigen interactions, was measured by the quantity of $^{51}$Cr released into the culture medium. CL was carried out as described elsewhere [36].

## 3 Results

### 3.1 Cloning and reshaping the YTH12.5 V region genes

Five $V_H$ and six $V_L$ cDNA clones were independently isolated and sequenced. Analysis revealed that using the described PCR conditions, the combined error rate of the reverse transcriptase and Taq polymerase was approximately 1 incorrect nucleotide in 600. Although no direct evidence has been available up to now, the L chain isotype

Table 1. Amino acid comparisons between the YTH12.5 $V_L$ gene and other $V_L$ genes[a]



Comparisons of sequences corresponding to the V gene section encompassed by the vertical arrows in Fig. 1A were performed using the "Gap" programme (GCG sequence analysis package version 6.2). Numbers in bold type indicate % similarity, those in normal type indicate % identity.

of YTH12.5 has tentatively been identified as λ, due to its lack of reactivity with anti-rat κ serological reagents [37]. Comparison of the YTH12.5 $V_L$ region gene to the published rat $V_L$ sequence [29] revealed a homology of only 49% at the nucleotide level and a similarity of 51.7% at the amino acid level (Table 1). This is considerably less than the degree of homology between the published rat and mouse $V_L$ genes ([29]; Table 1). However, the YTH12.5 J region amino acid sequence is identical to that deduced for the second reading frame of the rat Jλ2 segment, with the exception that the N-terminal proline and C-terminal arginine residues (at the V-J and J-C junctions, respectively) are absent. In addition, 13 of 14 amino acids at the N terminus of the constant region (excluding residues encoded by the $V_L$ forward PCR primer) are identical to those described for the rat Cλ2 gene [29]; the first C region, although in YTH12.5 is arginine, not glycine). Therefore, although the YTH12.5 L chain gene was not sequenced in its entirety, enough data was obtained to place the $V_L$ gene in the λ locus, despite its dissimilarity to previous published rat and mouse $V_λ$ genes.

A search of the Genbank, EMBL and Swissprot databases identified those known human $V_H$ and $V_L$ region amino acid sequences to which the corresponding YTH12.5 genes had the highest degree of similarity. Consequently, the framework regions chosen for reshaping were from the human $V_H$ type III gene VH26-D-J (63.2% similarity; Genbank code: Humighat. [38]) and the human $V_L$ λ type VI gene SUT (69.6% similarity; Swissprot code: LV6CSHum. [39]). This necessitated changing 15 of 87 (17%) $V_H$ and 25 of 81 (31%) $V_L$ framework amino acids in the YTH12.5 V regions (Fig. 1A and B).

Monovalent antibodies (1 Fc, 1 Fab) are currently produced by enzymatic digestion of bivalent antibody [40], chemical coupling of antibody fragments [41], or biosynthetically (1 Fc, 2 Fab) by antibody-secreting cell lines which express two different L chain genes, one of which forms a non-functional Fab arm when associated with the H chain [19, 26]. We have devised an alternative method based on the supposition that an Ig H chain polypeptide lacking $V_H$ and $C_H1$ domains will be unable to associate with an L chain to form a Fab arm, but will still associate with a full-length H chain to form a functional Fc domain (Fig. 2). The introduction of such an N-terminally truncated H chain (tH) gene into an antibody-secreting cell line will theoretically result in the formation of three species of molecule assuming that the gene is correctly expressed and that the product is able to associate both with itself and the cell's endogenous H chain polypeptide.

A tH gene was constructed as described in Sect. 2.2 by ligating nucleotide sequences encoding the leader peptide and first three N-terminal amino acids of a humanized anti-lysozyme κ L chain gene [24], to the beginning of the human γ1 C region gene hinge exon (Fig. 3). Transfection of the gene into (non-Ig-secreting) rat YB2/O myeloma cells [42] resulted in the production of a polypeptide with an $M_r$ estimated at 35 kDa by SDS-PAGE under reducing conditions. When analyzed in native or nonreducing SDS-polyacrylamide gels, the polypeptide was observed to have a lower mobility, suggesting that it normally exists as a disulfide-bond-linked homodimer, in other words, as an Fc-like molecule. N-terminal amino acid sequencing of the

PDL-A 0020685

21/10 '98  16:38  ☎01438 763082    INFO SVC STVG    ☒005

2720    E. G. Routledge, I. Lloyd, S. D. Gorman et al.    Eur. J. Immunol. 1991. 21: 2717–2725



*Figure 1.* Amino acid sequences of the YTH12.5 rat and humanized V region genes. (A) Rat $V_L$ gene: the sequence depicted encompasses the entire coding region of the cloned YTH12.5 $V_L$ PCR product; this contains 20 amino acids from the N-terminal end of the L chain C region. Underlined residues are coded partly or entirely by the $V_L$ forward and backward PCR oligonucleotide primers and therefore may not be identical to the corresponding amino acids in the wild type YTH12.5 L chain. (B) Humanized $V_L$ gene: amino acids homologous to those in (A) are represented by "———". (C) Rat $V_H$ gene: underlined residues are coded partly or entirely by the VHIFOR and VH1BACK PCR primers, or by the M13VHPCR1 cloning vector. (D) Humanized $V_H$ gene: amino acids homologous to those in C are represented by "———". Leader peptide and C region amino acids have not been shown except for the YTH12.5 rat $V_L$ gene. The CDR 1, 2 and 3 [46] are indicated. L/V, V/J and J/C represent the junctions between the leader, V, J and C region sections of the H and L chain polypeptides.



*Figure 2.* Generation of monovalent antibody by the introduction of an N-terminal truncated Ig heavy chain (tH) gene into an antibody-secreting cell line.



*Figure 3.* The human γ1 tH gene. Boxes represent exons, lines represent introns. DNA depicted in thin lines originates from the vector M13VKPCR1; DNA depicted in bold lines is derived from the human γ1 genomic C region gene. Hatched boxes indicate leader peptide exons. The relative positions of the first three N-terminal amino acids of the fully processed, humanized anti-lysozyme κ L chain polypeptide are indicated (HuVK Lys).

tH polypeptide confirmed that cleavage of the leader peptide occurred at the expected position during translation.

The tH gene was subsequently transfected into cells producing the humanized YTH12.5 mAb. Total Ig secreted by the transfectant was protein A purified and analyzed by native PAGE. As predicted, three protein bands were detected (Fig. 4A). Each protein was then isolated by native PAGE and gel elution, and electrophoresed on an SDS-polyacrylamide gel under reducing conditions (Fig. 4B). The high molecular weight protein (band 1) was found to consist of H and L Ig chains. Similarly, the protein band of intermediate size (band 2) consisted of H, L and tH polypeptides, and the smallest protein (band 3) contained only tH polypeptide. The three proteins were therefore identified as bivalent antibody, monovalent antibody and Fc molecules, respectively. Image analysis of the reducing SDS-polyacrylamide gel using a Pharmacia Phast-Image system indicated that the H, L and tH polypeptides in the bivalent and monovalent antibodies were present in approximately equimolar amounts as expected. Denaturing, nonreducing SDS-PAGE demonstrated that the component polypeptides of all three Ig molecules were linked by disulfide bonds, ruling out the possibility that the native gel bands represented nonspecific aggregates of the H, L and tH polypeptides (data not shown).

In order to obtain sufficient material for further study, antibody from transfected CHO cell roller bottle cultures was first concentrated and purified using protein A-Sepharose. The bivalent, monovalent and Fc species were then separated by HPLC ion-exchange chromatography using

PDL-A 0020686

21/10 '98  16:37  ☎01438 763082     INFO SVC STVG     ☒006

Eur. J. Immunol. 1991. 21: 2717–2725

Humanizing a therapeutic CD3 antibody     2721

a TSK-SPW-DEAE column. A typical elution profile is illustrated in Fig. 5A. Peaks 1 to 3 represent bivalent, novalent and Fc antibody, respectively (Fig. 5B and C). Peaks 4 and 5 consist of aggregated material, composed mostly of H chain polypeptides in association with another polypeptide of unknown identity (possibly an H chain breakdown product).

### 3.2 Comparison of antibody binding

Initial experiments indicated that 1–2 µg/ml of humanized bivalent mAb was sufficient to saturate the CD3 antigen binding sites on $5 \times 10^6$ HPB-ALL cells, whereas even 250 µg/ml of the humanized monovalent mAb was not enough (data not shown). For this reason the monovalent mAb was used as the biotinylated detector in the competitive binding assays, as relatively low concentrations of the bivalent rat and humanized antibodies would be required to achieve a significant degree of competition.

The concentration of the rat and humanized bivalent mAb required to give 50% competition of the monovalent detector were very similar. Only 1.3-fold more humanized compared to rat mAb was needed in the experiment illustrated in Fig. 6. In two other experiments the difference was measured as 1-fold (i.e. no difference) and 1.2-fold.

A 6-fold higher concentration of the humanized monovalent mAb was necessary to obtain the same degree of competition as the humanized bivalent mAb. As antibody concentration has been expressed in terms of molar Fab domain concentration (to account for the presence of two and one antigen binding sites per bivalent and monovalent molecule, respectively), this difference must be indicative



Figure 5. Ion-exchange purification of the monovalent CD3 mAb. Purification was performed using a 7.5 × 60 mm TSK-SPW DEAE Glaspac column equilibrated with 20 mM Tris, pH 8.5. Antibody was eluted with a gradient of NaCl at a flow rate of 0.5 ml/min. The elution profile (A) and the analysis of peaks 1 to 5 (tracks 1–5) by native PAGE (B) and SDS-PAGE under reducing conditions (C) are shown. The positions of bivalent mAb, Fc molecules and aggregated material (Bi, Mono, Fc and Agg.) respectively), along with H, tH and L polypeptides are indicated. X marks a polypeptide of unknown identity which co-purifies with the others on protein A-Sepharose, and S/R indicates the interface between the stacking and resolving gels.



Figure 4. The polypeptide composition of Ig molecules secreted cells co-transfected with the humanized CD3 H, L and tH chain expression vectors. (A) Native PAGE of protein A-purified cal Ig. (B) Proteins corresponding to bands 1–3 in (A) were purified by native PAGE and gel elution, and analyzed by SDS-PAGE under reducing conditions (tracks 1-3, respectively). The sizes of molecular weight markers (MWM) and of the H, tH and L chain polypeptides are indicated.



Figure 6. Comparison of antibody binding. HPB-ALL cells expressing the human CD3 antigen were stained with biotinylated humanized monovalent CD3 mAb in the presence of increasing concentrations of the following competing antibodies: negative control CAMPATH-1H (●), humanized bivalent CD3 mAb (+), humanized monovalent CD3 mAb (▲), rat YTH12.5 bivalent mAb (■). Each point is the mean of duplicate tests. The level of 50% fluorescence intensity reduction is indicated (– – –).

Case 1:07-cv-00156-JJF    Document 127-3    Filed 06/13/2008    Page 7 of 30

2722    E. G. Routledge, I. Lloyd, S. D. Gorman et al.    Eur. J. Immenol. 1991. *21*: 2717–2725

of the increase in antibody avidity resulting from the linking of two Fab domains in a bivalent mAb molecule. CD3 antigenic modulation by the bivalent mAb can be discounted as the cause because staining was performed in the presence of 15 mM sodium azide at 4°C. Azide at a concentration of 10 mM has been shown to inhibit antibody-induced redistribution of cell surface molecules [43].

### 3.3 mAb-directed retargeting of cytotoxic T cell activity

All three CD3 mAb had the ability to direct T cell blasts to kill the human, FcR-bearing U-937 monocytic cell line (Fig. 7). The humanized mAb consistently produced slight-

ly more killing than the rat mAb at low antibody concentrations, possibly due to a stronger interaction between the human IgG1 C region and U-937 FcR. Antibody affinity did not appear to have much effect on the assay, the humanized monovalent mAb performing as well as the humanized bivalent mAb despite the 6-fold difference in avidity measured in the competitive binding assay. This result also demonstrates that the Fc domain of the monovalent mAb has retained its ability to bind to FcR. The CAMPATH-1H mAb, which has the same H chain C region as the humanized CD3 mAb, produced no killing in this assay despite its ability to bind to T cell blasts (see later CL result) and FcR [25]. This difference in performance highlights the necessity for CD3 specificity in the effector mAb.

### 3.4 CL

The CL activity of the CD3 mAb was compared using T cell blasts as targets and serum from the T cell donor as the source of complement. As expected, CAMPATH-1H was by far the most lytic mAb (Fig. 8; [36]). The bivalent humanized CD3 mAb gave no detectable lysis at all, even at a concentration of 100 μg/ml which exceeds the saturation concentration by a factor of approximately 50. This difference is probably due to the nature of the target antigen as both antibodies carry the same H chain C region. Conversely, the difference between the non-lytic bivalent humanized CD3 mAb and its lytic rat mAb counterpart must be due to the different antibody C regions as the antigen specificities they possess are the same. It seems unlikely that the all-or-nothing difference in lytic ability could be caused by the small difference in avidity of these two mAb, however, definitive proof must await construction of a humanized V$_H$ region rat γ$_{2b}$ C region chimeric antibody. Nor is it a result of expressing the humanized antibody in CHO cells, as antibody produced by YB2/O rat myeloma cells behaves in a similar fashion.

The effect on CL activity of making the humanized CD3 mAb monovalent was quite impressive. Whereas the bivalent mAb gave no lysis at 100 μg/ml, the monovalent mAb gave almost 30% lysis. This is approximately 2-fold higher than the maximum lysis obtained with the bivalent rat YTH12.5 mAb, but it required an antibody concentration 10-fold higher than that of the rat mAb to achieve it (the SHL.45 rat monovalent derivative of YTH12.5 [19] produced 50% lysis at an antibody concentration of 100 μg/ml; data not shown). The need for a higher antibody concentration for monovalent mAb CL may be partly due to the difference in binding avidity previously for monovalent and bivalent mAb; thus a higher concentration of monovalent mAb is needed to bind the same amount of antibody to the cell surface.

### 4 Discussion

The YTH12.5 V$_L$ gene was found to be quite dissimilar from the previously published rat V$_L$ [29] and mouse V$_L$1 and V$_L$2 genes [44, 45] at both the nucleotide level (data not shown) and predicted amino acid sequences (Table 1). In fact, a search of the Genbank, EMBL and Swissprot data bases revealed that the YTH12.5 V$_L$ gene showed the greatest



*Figure 7.* Effector cell retargeting of T cell blasts. The ability of CAMPATH-1H (●), humanized bivalent CD3 mAb (+), humanized monovalent CD3 mAb (▲) and rat bivalent YTH12.5 mAb (■) to direct T cell killing of FcR-bearing U-937 cells is illustrated. Each point represents the mean of four replicate determinations.



*Figure 8.* CL. CAMPATH-1H (●), humanized bivalent CD3 mAb (+), humanized monovalent CD3 mAb (▲) and rat bivalent YTH12.5 mAb (■) were tested for their ability to direct CL of human T cell blasts. Each point represents the mean of two determinations.

PDL-A 0020688



21/10 '98  18:38  ☎01438 763052    INFO SVC STVG    ☒008

Eur. J. Immunol. 1991. 21: 2717–2725                Humanizing a therapeutic CD3 antibody    2723

degree of homology with human type VI rather than with ~dent $V_L$ genes.

...here are two possible reasons for the heterogeneity, the first being rat strain variation. The YTH12.5 hybridoma was derived from DA rat spleen cells, whereas the earlier rat $V_L$ gene was isolated from the Sprague-Dawley strain. However, it seems unlikely that inter-strain should exceed inter-species (rat-mouse) $V_L$ gene variability. The second possibility is that the YTH12.5 $V_L$ gene represents a new family of rat $V_L$ genes, previously undetected because of the strategy of using a mouse $V_L1$ gene to probe recombinant DNA libraries [29]. Experiments are underway to resolve this issue.

This is the first report describing the successful humanization of a rodent $V_L$ gene. The strategy we chose was strongly influenced by the lack of structural data available for $V_L$ genes, a situation exacerbated in this case by the unusual nature of the YTH12.5 $V_L$ gene. V region framework sequences affect the spatial arrangement of the complementary determining regions (CDR) loops (and therefore antibody affinity) by defining their start and stop positions and by interactions with residues in the CDR. In some cases framework residues also interact directly with the antigen [46]. We therefore felt that reshaping the rat $V_L$ framework to those of the most homologous human $V_L$ gene sequence available would give the best chance of success. This strategy has already proven itself in our laboratory when the effect of different framework regions upon antibody ~dity was investigated during the humanization of a CD4 ....b [47]. The YTH12.5 $V_H$ gene was consequently humanized using the same approach.

The avidity of the humanized bivalent CD3 mAb was only 1.3-fold down on that of the parent YTH12.5 mAb as determined in a competitive binding assay. This compares favorably with the changes in avidity/affinity observed after the reshaping of other antibodies [23–25, 47, 48], all of which displayed drops ranging from 1.8- to 10-fold. This "reshaping-associated" fall in affinity has not detectably compromised the efficacy of CAMPATH-1H, the only humanized antibody for which data on therapeutic usage is available [49, 50]. In addition, there is the possibility of improving antibody affinity using site-directed mutagenesis in combination with molecular modelling [51].

The applicability of humanization as a strategy for avoiding anti-globulin responses is not yet proven. Although no such responses have been detected during the treatment of three patients with the humanized antibody CAMPATH-1H [49, 50], the original rat mAb, CAMPATH-1G, only produced an anti-globulin response in 2 of 18 patients treated [52]. In contrast, the frequency of an anti-globulin response to the mouse CD3 mAb OKT3 is typically 40%–80%, depending on concomitant drug therapy [17, 53]. Thus therapy with CAMPATH-1H antibodies may not be a good indicator of the likely outcome of using humanized CD3 mAb. The development of anti-globulin responses to a ventional human mAb used for metastic melanoma rapy has been reported [54], therefore a similar response to humanized mAb must be a possibility. This raises the question of just how self-like an antibody must be to avoid generating an immune response. An investigation in mice into the factors affecting the anti-globulin response to murine chimeric and reshaped antibodies suggested that foreign determinants in the C region, either xenogeneic or possibly allogeneic, could stimulate a response to syngeneic V regions as well as to themselves [55]. This obviously has implications for therapy with humanized antibodies as there are a number of Ig C region gene allotypes within the human population. These may have to be considered if an anti-globulin response is to be avoided, and with this in mind the feasibility of "de-allotyping" antibodies by site-directed mutagenesis is being explored [56].

Monovalent antibodies have in the past been prepared by a variety of procedures [19, 26, 40] over which the new method described here has several advantages. There is no need for repetitive synthesis procedures as with enzymatic digestion/chemical coupling processes. Stable cell lines secreting monovalent antibody could be produced from any hybridoma cell line once a tH gene has been constructed; such molecules can be an end product in themselves or intermediates in the preparation of other reagents such as bispecific antibodies [16]. Also there is no theoretical possibility of generating unwanted secondary antigenic specificity [26] or novel antigenic determinants in the monovalent antibody, as there is in the method involving the introduction of a second, irrelevant L chain into the antibody-secreting cell line. Probably the most important advantage is the flexibility inherent in the molecular biological techniques used to produce the antibody. In future, H and tH chain genes engineered to enhance or delete specific Fc effector functions could be used to produce monovalent antibodies with novel properties.

The enhanced lytic ability of the monovalent compared to bivalent humanized antibody confirms earlier work performed with the bivalent YTH12.5, CD3 mAb and its monovalent derivatives [19, 26]. The mechanism behind this phenomenon is unknown, but one suggestion is that bivalent, but not monovalent, binding of antibody to the CD3 antigen generates a signal rendering the cell resistant to complement. It has been reported [6] that antibody fragments binding monovalently and bivalently to the CD3 antigen generate different signals in resting T cells; $F(ab')_2$ but not Fab fragments cause translocation of PKC from the cytosol to the cell membrane. However, T cells exposed to YTH12.5 are still susceptible to CL by the mAb CAMPATH-1G [19]. In addition, the concentration of humanized bivalent CD3 antibody required to inhibit the lytic ability of the monovalent antibody suggests that the inhibitory effect can be explained simply in terms of competition for binding sites rather than through signal generation. Modulation of the CD3 antigen by the bivalent antibody is also unlikely to be the explanation as T cell blasts incubated in saturating amounts of bivalent, biotinylated antibody still retained 50% of the original CD3 level on their cell surface after 6 h at 37°C.

The alternative possibility is that the mono- and bivalent CD3 mAb differ in their ability to fix complement. Increases in inter-domain flexibility have been directly correlated with complement-fixing ability in mouse antidansyl mAb of different subclass [57], possibly by allowing the Fc domains to achieve a conformation favorable to complement activation. One can speculate that bivalent binding to the CD3 antigen fixes an antibody in a configuration which is detrimental to a step in the complement

PDL-A 0020689



2724  E. G. Routledge, I. Lloyd, S. D. Gorman et al.                    Eur. J. Immunol. 1991. 21: 2717–2725

activation pathway, whereas monovalent binding allows a greater degree of Fc domain configurative freedom. Previous work [19] has indicated that mono- and bivalent rat $\gamma_{2b}$ CD3 mAb fix similar amounts of C1q and cell-associated C3, therefore if the explanation for the differential lytic effect does lie in the mode of complement activation, it must be at some later stage in the lytic cascade.

In this report, we expressed the humanized CD3 antibody V region genes in association with the human IgG1 H chain C region. Investigations in our laboratory with antibodies to the CAMPATH-1 antigen and the hapten NP [25, 58] had indicated that IgG1 was the most potent isotype for mediating the destruction of target cells by CL and antibody-dependent cell-mediated cytotoxicity. It is therefore a good choice of H chain C region when the aim is to produce a CD3 mAb specifically suited to therapeutic applications where the intended goal is T cell depletion. However, there is evidence suggesting that the Fc-mediated functions of different Ig isotypes, namely CL, can be differentially affected by antigen density and distribution on the cell surface [59, 60]. Allotypic variation may also be a consideration [58]. Thus, as the density of CAMPATH-1 and CD3 antigens on T cells is different [36], it is probable that improvements in the lytic ability of the humanized CD3 mAb can be made by integrating the monovalent strategy with a different, possibly engineered [61] choice of H chain C region. The ability to make such alterations highlights the advantages of having the H and L chain genes available for *in vitro* manipulation.

*We would like to thank Scott Crowe and Martin Page (Wellcome Research Laboratories, GB) along with Cyrus Chothia, Authur Lesk and Greg Winter (MRC Laboratory of Molecular Biology, GB) for their advice and assistance.*

Received May 21, 1991.

## 5 References

1 Krissansen, G.W., Owen, M. J., Verbís, W. and Crumpton, M. J., *EMBO J.* 1986. 5: 1799.

2 Van den Elsen, P., Shepley, B.-A., Borst, J., Coligan, J. E., Markham, A. F., Orkin, S. and Terhorst, C., *Nature* 1984. 312: 413.

3 Gold, D. P., Puck, J. M., Pettey, C. L., Cho, M., Coligan, J. E., Woody, J. N. and Terhorst, C., *Nature* 1986. 321: 431.

4 Weissman, A. M., Samelson, L. E. and Klausner, R. D., *Nature* 1986. 324: 480.

5 De la Hera, A., Muller, U., Olsson, C., Isaacz, S. and Tunnacliffe, A., *J. Exp. Med.* 1991. 173: 7.

6 Ledbetter, J. A., June, C. H., Martin, P. J., Spooner, C. E., Hansen, J. A. and Meier, K. E., *J. Immunol.* 1986. 136: 3945.

7 Van Wauwe, J. P., De Mey, J. R. and Goossens, J. G., *J. Immunol.* 1980. 124: 2708.

8 Chatenoud, L. and Bach, J.-F., *Seminars Immunol.* 1990. 2: 437.

9 Clement, L. T., Tilden, A. B. and Dunlap, N. E., *J. Immunol.* 1985. 135: 165.

10 Smith, S. G. C., Austyn, J. M., Harid, G., Beverley, P. C. L. and Morris, P. J., *Eur. J. Immunol.* 1986. 16: 478.

11 Van Lier, R. A. W., Boot, J. H. A., De Groot, E. R. and Aarden, L. A., *Eur. J. Immunol.* (W)1987. 17: 1599.

12 Anasetti, C., Tan, P., Hansen, J. A. and Martin, P. J., *J. Exp. Med.* 1990. 172: 1691.

13 Hirsch, R., Eckhaus, M., Auchincloss, H., Sachs, D. H. and Bluestone, J. A., *J. Immunol.* 1988. 140: 3766.

14 Ellenhorn, J. D. I., Hirsch, R., Schreiber, H. and Bluestone, J. A., *Science* 1988. 142: 569.

15 Staerz, U. D. and Bevan. M. J., *Eur. J. Immunol.* 1985. 15: 1172.

16 Staerz, U. D., Kanagawa, O. and Bevan, M. J., *Nature* 1985. 314: 628.

17 Ortho multicenter transplant study group, *N. Engl. J. Med.* 1985. 313: 337.

18 Kemer, A. B., Barnes, L., Hirsch, R. I. and Goldstein, G., *Transplant. Proc.* 1987. 19 (Suppl. 1): 54.

19 Clark, M., Bindon, C., Dyer, M., Friend, P., Hale, G., Cobbold, S., Calne, R. and Waldmann, H., *Eur. J. Immunol.* 1989. 19: 381.

20 Chatenoud, L., Ferran, C., Reuter, A., Legendre, C., Gevaert, Y., Kreis, H., Fanchimont, P. and Bach, J.-F., *N. Engl. J. Med.* 1989. 320: 1420.

21 Jaffers, G. J., Fuller, T. C., Cosimi, B., Russell, P. S., Winn, H. J. and Colvin, R. T., *Transplantation* 1986. 41: 572.

22 Pinon, M. V., Perkins, A. C., Durrant, L. G. and Baldwin, R. W., *Eur. J. Nucl. Med.* 1988. 14: 507.

23 Jones, P. T., Dear, P. H., Foote, J., Neuberger, M. S. and Winter, G., *Nature* 1986. 321: 522.

24 Verhoeyen, M., Milstein, C. and Winter, G., *Science* 1988. 239: 1534.

25 Reichmann, L., Clark, M., Waldmann, H. and Winter, G., *Nature* 1988. 332: 323.

26 Cobbold, S. P. and Waldmann, H., *Nature* 1984. 308: 460.

27 Roosnek, E. and Lanzavecchia, A., *J. Exp. Med.* 1989. 170: 297.

28 Orlandi, R., Gussow, D. H., Jones, P.T. and Winter, G., *Proc. Natl. Acad. Sci. USA* 1989. 86: 3833.

29 Steen, M.-L., Hellman, L. and Pettersson, U., *Gene* 1987. 55: 75.

30 Rabbitts, T. H., Forster, H. and Mathews, J. G., *Mol. Biol. Med.* 1983. 1: 11.

31 Gunning, P., Leavitt, J., Muscat, G., Ng, S.-Y. and Kedes, L., *Proc. Natl. Acad. Sci. USA* 1987. 84: 4831.

32 Page, M. J. and Sydenham, M. A., *Biotechnology* 1991. 9: 64.

33 Takahashi, H., Ueda, S., Obata, M., Nikaido, T., Nakai, S. and Hnojo, T., *Cell* 1982. 29: 671.

34 Harlow, E. and Lane, L., *Antibodies; a laboratory manual*, Cold Spring Harbor Laboratory Press, New York 1988.

35 Gilliland, L. K., Clark, M. R. and Waldmann, H., *Proc. Natl. Acad. Sci. USA* 1988. 85: 7719.

36 Bindon, C. I., Hale, G. and Waldmann, H., *Eur. J. Immunol.* 1988. 18: 1507.

37 Clark, M. R. and Waldmann, H., *J. Natl. Cancer Inst.* 1987. 79: 1393.

38 Dersimonian, H., Schwartz, R. S., Barrett, K. J. and Stollar, B. D., *J. Immunol.* 1987. 139: 2496.

39 Solomon, A., Kylie, R. A. and Frangione, B., in Glenner, G. G., Osterman, E. F., Bendit, E. P., Calkins, E., Cohen, A. S. and Zucker-Franklin (Eds.), *Amyloidosis*, Plenum Press, New York 1986, p. 449.

40 Glennie, M. J. and Stevenson, G. T., *Nature* 1982. 295: 712.

41 Glennie, M. J., McBride, J. M., Worth, A. T. and Stevenson, G. T., *J. Immunol.* 1987. 139: 2367.

42 Kilmartin, J.V., Wright, B. and Milstein, C., *J. Cell. Biol.* 1982. 93: 576.

43 Taylor, R. and Duffus, W. P. H., *Nature New Biol.* 1971. 233: 225.

44 Bernhard, O., Hozumi, N. and Tonegawa, S., *Cell* 1978. 15: 1133.

45 Tonegawa, S., Mazam, A. M., Tizard, R., Bernhard, O. and Gilbert, W., *Proc. Natl. Acad. Sci. USA* 1978. 75: 1485.

46 Kabat, E. A., Wu, T. T., Reid-Miller, M., Perry, H. M. and Gottesman, K. S., *Sequences of proteins of immunological interest; 4th edition*, Publ. US Department of Health and

Case 1:07-cv-00156-JJF   Document 127-3   Filed 06/13/2008   Page 9 of 30

PDL-A 0020690



.21/10 '96  16:41  ☎01438 763082          INFO SVC STVG                    ☒010

Eur. J. Immunol. 1991, 21: 2717–2725        Humanizing a therapeutic CD3 antibody    2725

Human Services, Public Health Service, NIH, Bethesda 1987.

Forman, S. D., Clark, M. R., Routledge, E. G., Cobbold, S. P. and Waldmann, H., *Proc. Natl. Acad. Sci. USA* 1991, *88:* 4181.

48 Queen, C., Schneider, W. P., Selick, H. E., Payne, P. W., Landolfi, N. F., Duncan, J. F., Avdalovic, N. M., Levitt, M., Junghans, R. P. and Waldmann, T. A., *Proc. Natl. Acad. Sci. USA* 1989, *86:* 10029.

49 Hale, G., Dyer, M. J. S., Clark, M. R., Phillips, J. M., Marcus, R., Reichmann, L., Winter, G. and Waldmann, H., *Lancet* 1988. *ii:* 1394.

50 Mathieson, P. W., Cobbold, S. P., Hale, G., Clark, M. R., Oliveira, D. G. B., Lockwood, C. M. and Waldmann, H., *N. Engl. J. Med.* 1990. *323:* 250.

51 Roberts, S., Cheetham, J. C. and Rees, A. R., *Nature* 1987. *328:* 731.

52 Dyer, M. J. S., Hale, G., Hayhoe, F. G. J. and Waldmann, H., *Blood* 1989. *73:* 1431.

53 Thistlethwaite, J. R., Cosimi, A. B., Delmonico, F. L., Rubin, R. H., Talkoff-Rubin, N., Nelson, P. W., Fang, L. and Russell, P. S., *Transplantation* 1984. *38:* 695.

54 Irie, R. F. and Morton, D. L., *Proc. Natl. Acad. Sci. USA* 1986. *83:* 8694.

55 Bruggemann, M., Winter, G., Waldmann, H. and Neuberger, M. S., *J. Exp. Med.* 1989. *170:* 2153.

56 Gorman, S. D. and Clark, M. R., *Seminars Immunol.* 1990. *2:* 457.

57 Oi, V. T., Vuong, T. M., Hardy, R., Reidler, J., Dangl, H., Herzenberg, L. A. and Steyer, L., *Nature* 1984. *307:* 136.

58 Bindon, C. I., Hale, G., Bruggeman, M. and Waldmann, H., *J. Exp. Med.* 1988. *168:* 127.

59 Circolo, A., Battista, P. and Borso.T., *Mol. Immunol.* 1985. *22:* 207.

60 Michaelson, T. E., Garred, P. and Aase, A., *Eur. J. Immunol.* 1991. *21:* 11.

61 Michaelson, T. E., Aase, A., Wetby, C. and Sandlie, I., *Scand. J. Immunol.* 1990. *32:* 517.

PDL-A 0020691

Exhibit 6

# REDACTED

Exhibit 7

5693762

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/487,200 | 06/07/95 RULE 60 | 424 530 | 387.3 | 1806 | |

CARY L. QUEEN, LOS ALTOS, CA; MAN SUNG CO, CUPERTINO, CA; WILLIAM F. SCHNEIDER, MOUNTAIN VIEW, CA; NICHOLAS F. LANDOLFI, MILPITAS, CA; KATHLEEN L. COELINGH, SAN FRANCISCO, CA; HAROLD E. SELICK, BELMONT, CA;

```
**CONTINUING DATA********************
VERIFIED        THIS APPLN IS A CON OF   07/634,278 12/19/90 PAT    5,530,101
                WHICH IS A CIP OF        07/590,274 09/28/90 ABN
            AND WHICH IS A CIP OF        07/310,252 02/13/89 ABN
                WHICH IS A CIP OF        07/290,975 12/28/88 ABN
```

```
*FOREIGN/PCT APPLICATIONS***********
VERIFIED                        None
```

NOTE-DISCLAIMER
The term of this patent shall not extend
beyond the expiration date
of Pat. No. 5,530,101

FOREIGN FILING LICENSE GRANTED 08/21/95

| Foreign priority claimed | ☐ yes ☑ no | | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met | ☐ yes ☑ no | AS FILED | CA | 67 | 1 | 1 | $940.00 | |

TOWNSEND & TOWNSEND KHOURIE AND CREW
STEUART STREET TOWER
ONE MARKET PLAZA
SAN FRANCISCO CA 94105

HUMANIZED IMMUNOGLOBULINS

U.S. DEPT. OF COMM./ PAT. & TM.—PTO-436L (Rev. 12-94)

PARTS OF APPLICATION
FILED SEPARATELY

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|
| 4-15-97 | JULIE E. REEVES Assistant Examiner | Total Claims 20 | Print Claim 1 |
| ISSUE FEE | | DRAWING | |
| Amount Due | Date Paid 7/04 | Sheets Drwg. 35 | Figs. Drwg. 30 | Print Fig. 1 |

LILA FEISEE
SUPERVISORY PATENT EXAMINER
GROUP 1800    Primary Examiner

ISSUE BATCH NUMBER

PREPARED FOR ISSUE

DISCLAIMER LABEL

WARNING:

DO NOT DESTROY

ISSUE FEE IN FILE

<u>PATENT</u>

Attorney Docket No. 011823-002610

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | ) |
| | ) |
| CARY L. QUEEN, et al. | ) Examiner: Not Assigned |
| | ) |
| Serial No.: 08/487,200 | ) Art Unit: Not Assigned |
| | ) |
| Filed: June 7, 1995 | ) <u>DETAILED DISCUSSION OF MOST</u> |
| | ) <u>CLOSELY RELATED REFERENCES</u> |
| For: IMPROVED HUMANIZED | ) |
| IMMUNOGLOBULINS | ) |

Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

Applicants are submitting a Petition to Make Special
under 37 CFR 1.102(d), in the above captioned application.
Pursuant to MPEP § 708.02 VIII(e), Applicants are submitting the
following detailed discussion of the references which Applicants
consider most closely related to the presently claimed subject
matter. These references were identified as relevant in the
course of examination of U.S. Patent Application Serial No.
07/634,278, filed December 19, 1990, from which the instant
application claims priority, as well as in a pre-examination
search by Dr. Cary L. Queen, a named inventor on the instant
application. The prior examination of the presently claimed
subject matter and pre-examination search are described in detail
in the Statement Regarding Pre-Examination Search, submitted
herewith. The following discussion points out, with the
particularity required by 37 C.F.R. 1.111 (b) and (c), how the
presently claimed subject matter is distinguishable over these
references.

Initially, Applicants point out that a general
technical discussion of antibody structure is provided on page 4,
section III of the Appeal Brief which is attached hereto as

CARY L. QUEEN, et al.                                    PATENT
Serial No.: 08/487,200
Page 2

Appendix C.  This Appeal Brief was submitted during the
prosecution of the '278 application.

I.    The Claimed Invention

        Claims 1-10 are presently pending in the instant
application.  The present claims are all directed to a single
invention, namely, humanized immunoglobulin molecules which
specifically bind their respective antigens with strong
affinities.  More specifically, the claimed humanized
immunoglobulins have complementarity determining regions (CDRs)
from a donor immunoglobulin, and heavy and light chain variable
region frameworks from human acceptor immunoglobulin heavy and
light chains, and will bind to an antigen with an affinity
constant of at least $10^7$ $M^{-1}$.  The humanized immunoglobulins of
the present invention are also characterized in that the
humanized immunoglobulin heavy chain variable region framework is
65% to 95% identical to the sequence of the donor immunoglobulin
heavy chain variable region framework.  In an alternate
independent claim, the sequence of the acceptor immunoglobulin
heavy or light chain variable region framework is a consensus
sequence of human immunoglobulin heavy or light chain variable
region framework, respectively.  Dependent claims are directed to
humanized immunoglobulins of the $IgG_1$ isotype, and humanized
immunoglobulins wherein the acceptor immunoglobulin is the Eu
human antibody.

II.   The Most Closely Related References

        The following references were identified in the course
of prosecution of U.S. Application Serial No. 07/634,278, and/or
were identified in a pre-examination search of the MedLine
database, as described in the Statement Regarding Pre-Examination
Search, submitted herewith.  These references have been deemed by
Applicants to be most closely related to the presently claimed
subject matter.  All of these references were cited during the
examination of claims presented in the '278 application which
relate to subject matter that is substantially related to that of
the present claims.  The discussion of the references to

CARY L. QUEEN, et al.                                    PATENT
Serial No.: 08/487,200
Page 3

Riechmann and Winter is substantially as set out at pages 19-22
of the attached Appeal Brief (Appendix C).  Although the
references to Uchiyama et al. (*J. Immunol.* 126:1393-1397 (1981)
("Uchiyama")), and Diamantstein et al. (British Patent No. GB
2188941 ("Diamantstein")) were cited in the Final Office Action
in the '278 application, they were relied upon by the Examiner as
allegedly supplying a teaching of antibodies which have a
specificity for the IL-2 receptor, and more specifically, anti-
Tac antibodies.  These references were not directed to humanized
antibodies.  As the humanized antibodies of the presently pending
claims are not specifically related to antibodies that bind the
IL-2 receptor or anti-Tac antibodies, these references were not
deemed to be closely related thereto, and are therefore not
discussed herein.

    A.    Riechmann et al., *Nature* 332:323-327 (1988)
        ("Riechmann")
       Riechmann reported the construction of a humanized
immunoglobulin reactive with the CAMPATH-1 antigen, which
immunoglobulin contained reshaped light and heavy chains.  In
particular, Riechmann reported that the investigators initially
transferred the Kabat CDRs from the rat CAMPATH-1 antibody to a
human NEW antibody heavy chain framework and human REI antibody
light chain framework.  The resultant antibody lost most of its
binding affinity.  The investigators then changed two amino acid
residues within the first heavy chain CDR as defined by Chothia.
The resultant antibody recaptured some degree of antigen binding
activity, albeit significantly less than that of the original
donor antibody.

    B.    Winter et al., Published European Patent Application
        No. 0 239 400 ("Winter")
       Winter reported a general method of producing humanized
immunoglobulins, comprising the basic steps of grafting the CDRs
of a mouse monoclonal antibody (mAb) into the framework regions
of human immunoglobulins, using site directed mutagenesis with
long oligonucleotides.

CARY L. QUEEN, et al.                                                    <u>PATENT</u>
Serial No.: 08/487,200
Page 4

     C.    <u>Jones, et al., *Nature* 321:522-525 (1986) ("Jones")</u>

        Jones reported the production of antibodies in which
the CDRs from the heavy chain variable region of mouse antibody
B1-8 were transferred to the heavy chain variable region of the
human NEWM antibody (also described as "NEW," above).

     D.    <u>Verhoeyen et al., *Science* 239:1534-36 (1988)</u>
             <u>("Verhoeyen")</u>

        Verhoeyen reported the production of antibodies having
a mouse light chain, and a heavy chain having only CDRs from a
donor immunoglobulin in a human heavy chain framework.  In
particular, the CDRs from the heavy chain variable region of
mouse antibody D1.3 were transferred to the heavy chain variable
region of the human NEW antibody.  The "reshaped" antibody of
Verhoeyen possessed about 10-fold less affinity compared to the
donor antibody.  See, Verhoeyen at page 1535, col. 1.

     E.    <u>Chothia et al., *J. Mol. Biol.* 196:901-917 (1987)</u>
             <u>("Chothia")</u>

        Chothia reported the atomic structures for
immunoglobulin fragments and defined CDRs by shape (i.e.
structurally) rather than by sequence variations (i.e.,
hypervariability).  Chothia asserted that the first CDR of the
heavy chain extends from amino acid residues 26-32.  Chothia did
not make any reference to the concept of humanized antibodies.

III. <u>Distinguishing the Invention Over the Relevant References</u>

        Anticipation by a prior art reference requires the
presence in a single prior art reference of each and every
element of a claimed invention.  *Lewmar Marine, Inc. v. Barient,
Inc.*, 827 F.2d 744, 747 ( Fed. Cir. 1986).

        To establish a *prima facie* case of obviousness of a
claimed compound requires that the prior art would have suggested
the claimed compound.  Normally, a *prima facie* case of
obviousness is based upon structural similarity, i.e. an
established structural relationship between the prior art

CARY L. QUEEN, et al.                                    PATENT
Serial No.: 08/487,200
Page 5

compound and the claimed compound. The question is whether the
prior art would have suggested making specific molecular
modifications to a known compound necessary to achieve the
claimed invention. *In re Deuel*, 34 U.S.P.Q.2d 1210, 1214 (Fed.
Cir. 1995).

    A.    Riechmann

         As stated in the description of Riechmann above,
Riechmann reported the construction of humanized immunoglobulins
wherein the Kabat CDRs from the rat CAMPATH-1 antibody were
transferred into a human NEW antibody heavy chain framework, and
human REI antibody light chain framework. The selection of the
human NEW and REI antibodies to provide the acceptor frameworks
was based merely upon the availability of crystallographically
resolved structures for these antibodies. Riechmann was entirely
directed at substituting donor CDRs into a predetermined human
immunoglobulin, and did not disclose any criteria for selecting
acceptor immunoglobulins. More specifically, Riechmann failed to
disclose or suggest that the acceptor immunoglobulin variable
region framework should be chosen on the basis of 65-95% identity
to the donor variable region framework or should be a consensus
sequence of human variable region frameworks. The presently
claimed invention sets forth specific criteria for selecting an
acceptor immunoglobulin variable region framework typically based
either upon its relative identity with the donor variable region
framework or that it is a consensus sequence of human variable
region frameworks.

    B.    Winter

         As described above, Winter reported a general method of
grafting murine CDRs into human frameworks. As with Riechmann,
above, Winter did not disclose or suggest any criteria for
selecting an acceptor immunoglobulin based upon its relative
identity to the donor immunoglobulin variable region framework,
or that it is a consensus sequence of human immunoglobulin
variable region frameworks. On the contrary, Winter, at best,
discussed a pure trial and error method of humanized antibody

CARY L. QUEEN, et al.                                    PATENT
Serial No.: 08/487,200
Page 6

construction. Such a method would require substantial
experimentation, with no reasonable likelihood of a successful
outcome. The presently claimed methods, on the other hand,
recite well defined criteria for producing useful humanized
antibodies.

        C.    Chothia
              As described above, Chothia was directed to the
elucidation of the structure of immunoglobulins generally, and
did not discuss the concept of humanized antibodies, and
therefore provided no guidance in the selection of acceptor
immunoglobulin variable region frameworks as presently claimed.

        D.    Jones
              As described above, Jones reported the grafting of
murine heavy chain CDRs into a human heavy chain variable region
framework. As with Riechmann, Jones selected the human NEW
antibody as the acceptor immunoglobulin. Again, the selection of
the NEW antibody as the acceptor immunoglobulin appears to have
been based solely on the availability of its crystallographic
structure, and not on any structural similarity to the donor
immunoglobulin variable region framework or that it was a
consensus sequence of human variable region frameworks (See,
Jones at 523, first full paragraph). Accordingly, as with
Riechmann, above, Jones also failed to disclose or suggest the
humanized antibodies of the present invention.

        E.    Verhoeyen
              As described above, Verhoeyen generally described an
antibody having a murine light chain and a heavy chain having
only CDRs from a donor immunoglobulin in the human NEW antibody
heavy chain framework. This reference did not take into account
the effects that the human framework of the resulting antibody
might have on the binding affinity of the donor CDRs and did not
in any way suggest selecting an acceptor immunoglobulin based
upon the relative identity of the acceptor immunoglobulin's
variable region framework to that of the donor. This is evident

CARY L. QUEEN, et al.                                    PATENT
Serial No.: 08/487,200
Page 7

from the fact that the Verhoeyen antibody had substantially lower
affinity than the donor antibody.

     None of the above-described references taught or
suggested the presently claimed humanized immunoglobulins.
Although the above described references did discuss altered
immunoglobulin compounds, there was no teaching or suggestion of
any criterion for selection of an acceptor immunoglobulin heavy
chain variable region framework.  In particular, none of the
cited references, alone or in combination, taught or suggested
methods of making humanized immunoglobulins wherein a human
immunoglobulin heavy chain variable region framework (acceptor)
is selected based upon relative identity to the donor
immunoglobulin heavy chain variable region framework (i.e. 65%-
95% identical), or that such a human heavy chain variable region
framework should be a consensus sequence of human immunoglobulin
heavy chain variable region frameworks, or similarly for light
chains, as is presently claimed.  On the contrary, the fact that
several of the above-described references utilized the same human
NEW antibody as the acceptor immunoglobulin in humanizing donor
immunoglobulins of varying specificities indicates that little if
any thought, beyond the availability of a crystallographic
structure, was given to the selection of an acceptor
immunoglobulin.  In any event, none of these references provided
any guidance remotely approaching the specific guidelines of the
presently claimed invention.

     Distinctions between the instant invention and a number
of the above described references are also described in the
Declaration of Dr. Cary L. Queen, attached to the Statement
Regarding Pre-Examination Search as Appendix B, submitted
herewith.  Also described therein are references which report
further antibody humanization efforts, especially following the
priority date of the instant invention.

IV.  Summary

     Applicants respectfully submit that the pending claims
are presently allowable.  No prior art references anticipated the
humanized immunoglobulins of the present invention, and no prior

CARY L. QUEEN, et al.                                    PATENT
Serial No.: 08/487,200
Page 8

art references, either alone or in combination, rendered these
humanized immunoglobulins obvious.

Respectfully submitted,

William M. Smith
Reg. No. 30,223

TOWNSEND and TOWNSEND and CREW
One Market
Steuart Street Tower, 20th Floor
San Francisco, California  94105

Ph:  (415) 326-2400
Fax: (415) 326-2422

WMS:MBM:mc

h:\...\26-1disc.ref



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/487,200 | 06/07/95 | QUEEN C | 11823-062610 |

| EXAMINER |
|---|
| FEISEE, L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1806 | #10 |

13M1/0515
TOWNSEND & TOWNSEND KHOURIE AND CREW
STEUART STREET TOWER
ONE MARKET PLAZA
SAN FRANCISCO CA 94105

DATE MAILED: 05/15/96

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined    ☒ Responsive to communication filed on 6/7/95 10/6/95    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire 3 month(s), 0 days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.    2. ☒ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _26-95_ are pending in the application.

    Of the above, claims _1-85_ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _26-95_ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☒ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the
    examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev. 2/93)

Serial Number: 08/487,200                                    -2-

Art Unit: 1806

    This is a continuation of application Serial No. 07/634,278 which has been

allowed. The claims in the above mentioned application were directed to

humanized antibodies of anti-IL2 receptor specificity which were made through

a specific humanization procedure.  The claims essentially read on antibodies

which where humanized by CDR grafting and framework modifications that

were determined through computer modeling and X-ray crystallography.  The

unique property of the antibodies was that prior to applicant's work, antibodies

which were humanized were not demonstrated to have comparable affinity to

the native antibodies.  In fact CDR grafted antibodies were shown to have

greatly impaired affinity.  The method of humanization as taught by applicant

resulted in humanized antibodies which had affinities within two fold of the

parental anti-IL2 receptor antibody.

    The claims of the instant case are drawn to humanized Igs having CDRs

from, a donor immunoglobulin and a heavy and light chain variable region

frameworks from a human acceptor immunoglobulin wherein the humanized

Ig binds with an affinity constant of at least $10^7$ $M^{-1}$ wherein the framework

region is 65-95% identical to the sequence of the donor Ig framework regions.

Other limitations are directed to various specificities, ie. anti-IL-2 receptor and

that the affinity be between $10^8$ and $10^{10}$ $M^{-1}$.  Moreover, there are claims

Serial Number: 08/487,200                                              -3-

Art Unit: 1806

directed to humanized, Ig which have human consensus framework regions and have affinities of between $10^8$ and $10^{10}$ M$^{-1}$.

The claims have been renumbered under 37 CFR 1.126 because the next consecutive claim number in the application is 86. Therefore, claims 1-10 have been renumbered as claims 86-95.

A substitute specification is required because the case as filed is a compilation of several different applications. The specification contains four different <u>Background of the Invention</u>, and several <u>summaries of the invention</u>. Moreover, the current specification is a poor copy of the originally filed specification in the parent case. The substitute specification filed must be accompanied by a statement that it contains no new matter. Such statement must be a verified statement if made by a person not registered to practice before the Office.

Additionally, if there are any changes made to the specification, the drawings and descriptions of the drawings must be changed to reflect these changes. Additionally, if there are major changes to the specification, applicant is required to point to the places in the original disclosure which provide support for these changes.

The lengthy specification has not been checked to the extent necessary to determine the presence of all possible minor errors. Applicant's cooperation

Serial Number: 08/487,200                                      -4-

Art Unit: 1806

is requested in correcting any errors of which applicant may become aware in the specification.

Applicant should renumber the figures both in the drawings and in the brief description of the drawings such that all panels are individually numbered, ie. figure 1 should be renumbered as Figure 1A and Figure 1B. Accordingly, the brief description of the drawings should reflect this change in numbering scheme. Also, any reference to the figures should reflect the new numbering scheme.

The status of all applications stated in the specification should be updated.

The following is a quotation of the first paragraph of 35 U.S.C. § 112:

The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same and shall set forth the best mode contemplated by the inventor of carrying out his invention.

The specification is objected to under 35 U.S.C. § 112, first paragraph, as failing to provide an enabling disclosure, ie. failing to show how to make an use the claimed invention.

The claims are directed to embodiments which have not been enabled int he specification. For example, the claims which recite the language "at least $10^7 M^{-1}$" or affinity constant between "$10^8$ and $10^{10} M^{-1}$" has not been

PDL-A 0003006

Serial Number: 08/487,200                                              -5-

Art Unit: 1806

enabled. The specification teaches that antibodies humanized according to applicant's methods will exhibit affinity levels at least about 60%-90% of the donor immunoglobulin (see the specification at page 5 , lines 36-38. The examples presented in the specification are directed to various humanized antibodies two of which have been compared to the affinities of the parental or donor antibodies (see table 2, page 56). This table indicates that the humanized antibodies have either comparable affinity to the donor antibody or they had one fold less affinity. One of skill in the art would not extrapolate the affinities described in the specification to the affinities being claimed. At least $10^7$ M$^{-1}$ implies affinities much higher than that which was enabled in the specification. It is well known in the art that antibodies can be screened which have very high affinities. Indeed the art has shown that sheep produce a repertoire of antibodies that are very high affinity antibodies, see Groves et al. attached.

The state of the art at the time the invention was filed was such that one of skill in the art would have expected to lose affinity by CDR grafting, (see Jones et al.) or at the very best to come close to the binding affinity of the original antibody but not to exceed its affinity (see Reichmann et al.). Applicant is reminded that in areas of biotechnology where unpredictability is great the burden lies with applicant to show that the scope of his invention is

Serial Number: 08/487,200                                    -6-

Art Unit: 1806

within the skill of the artisan. The specification does not teach how to make humanized antibodies which exceed the affinity of parental antibody and therefore, one of ordinary skill in the art would  be forced into undue experimentation in order to make the exceedingly high affinity antibodies which are within the scope of the claimed invention.

        Claims 92-95 are directed to humanized immunoglobulins which employ consensus framework regions.  The specification does not teach how to make or obtain such framework regions and moreover, the specification does not teach the predictability of obtaining such high affinity antibodies using consensus sequences.  Since, consensus variable regions are essentially a compilation of numerous sequences and they are not found in nature, and in view of the rationale set forth in the preceding paragraphs it would have been unpredictable at the time the invention was filed that one of skill in the art would have been able to make the claimed antibodies based on the teaching of the specification alone.

        Therefore, in view of the state of the art at the time the invention was made, the unpredictability associated with making humanized antibodies which exceeded the affinity of the donor antibody, one of skill in the art would have been forced into undue experimentation in order to practice the claimed invention.

PDL-A 0003008

Serial Number: 08/487,200                                    -7-

Art Unit: 1806

   Claims 86-95 are rejected under 35 U.S.C. § 112, first paragraph, for the

reasons set forth in the objection to the specification.

   Claims 89-95 are rejected under 35 U.S.C. § 112, second paragraph, as

being indefinite for failing to particularly point out and distinctly claim the

subject matter which applicant regards as the invention.  These claims depend

from cancelled claims and showed be amended to reflect the proper

dependency.

   The non-statutory double patenting rejection, whether of the obvious-
type or non-obvious-type, is based on a judicially created doctrine grounded
in public policy (a policy reflected in the statute) so as to prevent the
unjustified or improper timewise extension of the "right to exclude" granted by
a patent.  In re Thorington, 418 F.2d 528, 163 USPQ 644 (CCPA 1969); In re
Vogel, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); In re Van Ornam, 686 F.2d 937,
214 USPQ 761 (CCPA 1982); In re Longi, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.
1985); and In re Goodman, 29 USPQ2d 2010 (Fed. Cir. 1993).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321 (b) and (c)
may be used to overcome an actual or provisional rejection based on a non-
statutory double patenting ground provided the conflicting application or
patent is shown to be commonly owned with this application.  See 37 CFR 1.78
(d).

Effective January 1, 1994, a registered attorney or agent of record may sign a
Terminal Disclaimer.  A Terminal Disclaimer signed by the assignee must fully
comply with 37 CFR 3.73(b).

Claims 86-95 are provisionally rejected under the judicially created doctrine of
obviousness-type double patenting as being unpatentable over claims 86-95 of
copending application Serial No. 08/487,728 and claims 95-114, 116-118 of
allowed application Serial No. 07/634,278.  Although the conflicting claims are
not identical, they are not patentably distinct from each other because the
claims of the instant application are generic to the species claims of

PDL-A 0003009

Serial Number: 08/487,200                                    -8-

Art Unit: 1806

07/634,278 and they are within the scope of the claims of application Serial No. 08/487,728.

This is a *provisional* obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

　　The claims are free of the prior art.

　　Any inquiry concerning this communication or earlier communications from the examiner should be directed to Lila Feisee whose telephone number is (703) 308-2731. The examiner can normally be reached on Mondays-Fridays from 9:00-5:30.

　　If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Marian Knode, can be reached on (703) 308-4311. The fax number for this Group is (703) 308-4065.

　　Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 308-0196.

Lila Feisee/lf
May 14, 1996

LILA FEISEE
PRIMARY EXAMINER
GROUP 1800