# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

June 25, 2008

Ms. Deborah Krett             *VIA ELECTRONIC FILING*
Case Manager
United States District Court
844 North King Street, Lockbox 10
Wilmington, Delaware 19801

Re: Request For Permission to Have Computer Equipment in Courtroom 4B for *Markman* hearing in the matter of *PDL BioPharma, Inc. v. Alexion Pharmaceuticals, Inc.*, C.A. No. 07-156 (JJF)

Dear Ms. Krett:

We are scheduled to appear for a *Markman* hearing in Courtroom 4B on July 1, 2008 and request permission to bring four laptop computers, a screen, projector, switch box and cables into the courtroom to assist with the presentation during the hearing. We are of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/dlb
cc: David Thomas, United States Marshal (Via Hand Delivery)
    Keith Ash, Chief Court Security Officer (Via Hand Delivery)
    Josy Ingersoll, Esquire (Via Electronic Mail and Hand Delivery)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | C.A. 07-156 (JJF) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, four laptop computers, a screen, projector, switch box and cables for proceedings on July 1, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

        Vernon Winters, Esquire
        Jennifer Wu, Esquire
        Aleksei Romanovski
        David Kelley
        Itala Murphy

_____       _____
     DATE                                JOSEPH J. FARNAN, JR.
                                                  United States District Court Judge