IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: )<br>PERMISSION FOR COUNSEL TO )<br>POSSESS AND UTILIZE A LAPTOP )<br>COMPUTER DURING COURT )<br>PROCEEDINGS IN COURTROOM 4B )<br>OF THE J. CALEB BOGGS FEDERAL )<br>BUILDING ) | C.A. No. 07-156 (JJF) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers, a projector, and other video presentation equipment for proceedings commencing on July 1, 2008, at 3:00 p.m. Counsel shall comply with the inspection provisions of the United States Marshal.

| | |
|---|---|
| Gerald Flattmann | Christine Willgoos |
| Greg Morris | Wendy Adams |
| Tom Dubin | Steve Saxe |

_____
Date

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ANDREW A. LUNDGREN
DIRECT DIAL: 302-571-6743
DIRECT FAX: 302-576-3517
alundgren@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

June 26, 2008

**BY HAND DELIVERY AND E-FILE**

Ms. Deborah Krett
Case Manager
United States District Court
844 North King Street
Wilmington, DE 19801

> Re: Request for Permission to Have Electronic Equipment in Courtroom 4B
>
> *PDL BioPharma, Inc. v. Alexion Pharmaceuticals, Inc.*
> C.A. No. 07-156 (JJF)

Dear Ms. Krett:

We are scheduled to appear for a *Markman* hearing on July 1, 2008 at 3:00 p.m. and request permission to bring laptop computers, a projector, and other video presentation equipment into Courtroom 4B to assist in the presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices. Enclosed please find a proposed Order.

Respectfully,

Andrew A. Lundgren (No. 4429)

AAL:smf
Enclosure

cc: David Thomas, United States Marshal (by hand delivery, with enclosure)
    Keith Ash, Chief Court Security Officer (by hand delivery, with enclosure)
    Jack B. Blumenfeld, Esquire (by e-mail, with enclosure)