IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br> PERMISSION FOR COUNSEL TO <br> POSSESS AND UTILIZE A LAPTOP <br> COMPUTER DURING COURT <br> PROCEEDINGS IN COURTROOM 4B <br> OF THE J. CALEB BOGGS FEDERAL <br> BUILDING | ) <br> ) <br> ) <br> ) C.A. 07-156 (JJF) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, four laptop computers, a screen, projector, switch box and cables for proceedings on July 1, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

        Vernon Winters, Esquire
        Jennifer Wu, Esquire
        Aleksei Romanovski
        David Kelley
        Itala Murphy

_____June 26, 2008_____         _____/s/ Joseph J. Farnan, Jr._____
DATE                                      JOSEPH J. FARNAN, JR.
                                                                      United States District Court Judge