IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| PERMISSION FOR COUNSEL TO ) | |
| POSSESS AND UTILIZE A LAPTOP ) | C.A. No. 07-156 (JJF) |
| COMPUTER DURING COURT ) | |
| PROCEEDINGS IN COURTROOM 4B ) | |
| OF THE J. CALEB BOGGS FEDERAL ) | |
| BUILDING ) | |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers, a projector, and other video presentation equipment for proceedings commencing on July 1, 2008, at 3:00 p.m. Counsel shall comply with the inspection provisions of the United States Marshal.

| | |
|---|---|
| Gerald Flattmann | Christine Willgoos |
| Greg Morris | Wendy Adams |
| Tom Dubin | Steve Saxe |

Date July 1, 2008

JOSEPH J. FARNAN JR.
United States District Court Judge