IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 07-156-JJF |
| ) | |
| v. ) | |
| ) | |
| ALEXION PHARMACEUTICALS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 9, 2008, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

THIRD-PARTY GENENTECH, INC.'S OBJECTIONS AND RESPONSES TO
PLAINTIFF'S SUBPOENA

**BY HAND DELIVERY AND E-MAIL**

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
klouden@mnat.com

Michael Joseph Joyce, Esq.
Cross & Simon
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899
mjoyce@crosslaw.com

**BY HAND DELIVERY AND E-MAIL**

Josy W. Ingersoll, Esq.
Andrew A. Lundgren, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com
alundgren@ycst.com

- 2 -

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Laura M. Storto<br>Genentech, Inc.<br>1 DNA Way<br>South San Francisco, CA 94080<br>(650) 225-1000 | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P. O. Box 951<br>    Wilmington, Delaware 19899<br>    (302) 984-6000<br>    provner@potteranderson.com |
| Dated: July 9, 2008<br>873116 | *Attorneys for Genentech, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on July 9, 2008, the within document was filed with the Clerk of the Court using CM/ECF; that the document was served on the following party as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19801
jblumenfeld@mnat.com
klouden@mnat.com

**BY HAND DELIVERY AND E-MAIL**

Josy W. Ingersoll, Esq.
Andrew A. Lundgren, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
jingersoll@ycst.com
alundgren@ycst.com

Michael Joseph Joyce, Esq.
Cross & Simon
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE  19899
mjoyce@crosslaw.com

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com