IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-156 (JJF) |
| ) | |
| ALEXION PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER

The parties hereby stipulate, subject to the approval of the Court, to amend the Scheduling Order [D.I. 76] to extend Plaintiff PDL BioPharma, Inc.'s date to produce documents relating to Abbott, Millennium, and GlaxoSmithKline, from July 10, 2008 to July 24, 2008. To the extent that PDL withholds from production documents concerning Abbott, Millennium and/or GlaxoSmithKline that are responsive to Alexion's document requests, PDL will provide, no later than July 31, 2008, a log sufficient to identify the party, author, recipient, date, subject matter and basis for withholding any such document.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Andrew A. Lundgren* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Karen Jacobs Louden (#2881) | John W. Shaw (#3362) |
| 1201 N. Market Street | Andrew A. Lundgren (#4429) |
| P.O. Box 1347 | The Brandywine Building |
| Wilmington, DE  19899-1347 | 1000 West Street, 17th Floor |
| (302) 658-9200 | P.O. Box 391 |
| jblumenfeld@mnat.com | Wilmington, DE  19801 |
| klouden@mnat.com | jingersoll@ycst.com |
|   *Attorneys for Plaintiff* | jshaw@ycst.com |
|     *PDL BioPharma, Inc.* | alundgren@ycst.com |
| |    *Attorneys for Defendant* |
| |      *Alexion Pharmaceuticals, Inc.* |

2

SO ORDERED this _____ day of _____, 2008.

                                                                _____
                                                                Honorable Joseph J. Farnan, Jr.

Case 1:07-cv-00156-JJF   Document 143   Filed 07/09/2008   Page 2 of 2

2