IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PDL BIOPHARMA, INC.,                :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :   Civil Action No. 07-156-JJF
                                    :
ALEXION PHARMACEUTICALS, INC.,      :
                                    :
        Defendant.                  :

<u>**O R D E R**</u>

At Wilmington, this 29 day of July 2008, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the following terms and/or phrases in U.S. Patent Nos. 5,693,761 ("the '761 patent"), 5,693,762 ("the '762 patent") and 6,180,370 ("the '370 patent") are assigned the following meanings:

  1.  The term ""**humanized immunoglobulin**" means an "immunoglobulin comprising a human framework region and one or more CDR's from a non-human (usually a mouse or rat) immunoglobulin." Framework amino acid substitutions are optional.

  2.  The terms "**complementary determining region**," or "**CDR**," means "amino acid sequence in the variable region, the boundaries of which are defined by the Kabat methodology."

  3.  The terms "**framework**," "**framework region**" and "**variable framework regions**" mean "those portions of the variable region of an immunoglobulin that are not a CDR (where the term 'CDR' means 'amino acid sequence in the variable region, the

boundaries of which are defined by the Kabat methodology')."

4. The terms **"heavy and light chain variable region frameworks"** and **"heavy and light chain frameworks"** mean "those portions of the heavy chain and light chain variable regions of an immunoglobulin that are not a CDR (where 'CDR' means 'amino acid sequence in the variable region, the boundaries of which are defined by the Kabat methodology')."

5. The term **"donor immunoglobulin"** is construed to mean "the non-human immunoglobulin providing the CDRs." Framework amino acid substitutions are optional.

6. The terms **"human acceptor immunoglobulin"** and **"acceptor human immunoglobulin"** mean "the human immunoglobulin providing the framework for the CDRs." Framework amino acid substitutions are optional.

7. The term **"humanized immunoglobulin light chain variable region framework"** means "the light chain variable region framework (defined as 'portions of the [light] chain variable region of an immunoglobulin that are not a CDR (where the term 'CDR' means 'amino acid sequence in the variable region, the boundaries of which are defined by the Kabat methodology') of a humanized immunoglobulin (defined as 'an immunoglobulin comprising a human framework region and one or more CDR's from a non-human (usually a mouse or rat) immunoglobulin)'."

8. The term **"humanized immunoglobulin heavy chain variable region framework"** means "the heavy chain variable region

framework (defined as 'portions of the [heavy] chain variable region of an immunoglobulin that are not a CDR (where the term 'CDR' means 'amino acid sequence in the variable region, the boundaries of which are defined by the Kabat methodology')of a humanized immunoglobulin (defined as 'an immunoglobulin comprising a human framework region and one or more CDR's from a non-human (usually a mouse or rat) immunoglobulin)'."

9.  The phrases **"DNA segment encoding a humanized heavy chain variable region"/"DNA segment encoding the humanized immunoglobulin heavy chain variable region"** mean "the polynucleotide segment which codes for the humanized heavy chain variable region (as defined above).  The segment may either be joined or separate from the segment encoding the light chain."

10. The phrases **"DNA segment encoding a humanized light chain variable region"/"DNA segment encoding the humanized immunoglobulin light chain variable region"** mean "the polynucleotide segment which codes for the humanized light chain variable region (as defined above).  The segment may either be joined or separate from the segment encoding the heavy chain."

11. The phrase **"DNA segments encoding the humanized heavy and light chains"** means "the polynucleotide segments which code for the humanized light and heavy chains (as defined above).  The segments may be either joined or separate."

12. The phrases **"DNA segments encoding humanized light and heavy chain variable regions"/"DNA segments encoding heavy

and light chain variable regions of a humanized immunoglobulin" mean "the polynucleotide segments which code for the humanized light and heavy chains (as defined above). The segments may be either joined or separate."

13. The phrase **"synthesizing a [the] DNA segment encoding a humanized heavy chain variable region"** means "producing a [the] polynucleotide segment that codes for the humanized heavy [light] chain variable region (as defined above)."

14. The phrase **"is at least 65% identical"** is construed according to its plain meaning when read in the context of the claim, and further construction by the Court is not required.

_____
UNITED STATES DISTRICT JUDGE