IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEXION PHARMACEUTICALS, INC., )<br>)<br>Defendant. ) | C.A. No. 07-156 (JJF) |

## NOTICE OF SERVICE

I hereby certify that on July 31, 2008, copies of (1) *PDL's Fourth Supplemental Objection And Response To Alexion's Interrogatory No. 1* were caused to be served upon counsel of record in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY**

Josy W. Ingersoll
Andrew A. Lundgren
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY 10022-4611

                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                         /s/ *Karen Jacobs Louden*
                         _____
                         Jack B. Blumenfeld (#1014)
                         Karen Jacobs Louden (#2881)
                         James W. Parrett, Jr. (#4292)
                         1201 N. Market Street
                         P.O. Box 1347
                         Wilmington, DE 19899-1347
                         (302) 658-9200
                         kloudent@mnat.com
                           *Attorneys for PDL BioPharma, Inc.*

OF COUNSEL:

Matthew D. Powers
Vernon M. Winters
Paula B. Whitten
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Jennifer H. Wu
Rebecca E. Fett
WEIL, GOTSHAL & MANGES LLP
New York Office
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

July 31, 2008
978977

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 31, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

I also certify that copies were caused to be served on July 31, 2008, upon the following in the manner indicated:

>**BY ELECTRONIC MAIL**
>**and HAND DELIVERY**
>
>Josy W. Ingersoll
>Andrew A. Lundgren
>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801
>
>**BY ELECTRONIC MAIL**
>
>John M. Desmarais
>Gerald J. Flattmann, Jr.
>Christine Willgoos
>Gregory A. Morris
>KIRKLAND & ELLIS
>153 East 53rd Street
>New York, NY  10022-4611

/s/ Karen Jacobs Louden
Karen Jacobs Louden (#2881)