# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6743
DIRECT FAX: 302-576-3517
alundgren@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
MICHAEL S. NEIBURG
(PA & NJ ONLY)
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
JOSY W. INGERSOLL

July 31, 2008

**BY E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street, Room 4124
Wilmington, Delaware 19801

Re:   *PDL Biopharma Inc. v. Alexion Pharmaceuticals Inc.*,
      C.A. No. 07-156-JJF

Dear Judge Farnan:

Pursuant to the Court's request in footnote 3 of its July 29, 2008, Memorandum Opinion regarding claim construction (D.I. 148, at 14), I write on behalf of Defendant Alexion Pharmaceuticals, Inc. ("Alexion") to apprise the Court of the status of the parties' negotiations regarding PDL's proposed covenant.

On March 10, 2008, PDL moved the Court to dismiss Alexion's declaratory judgment counterclaim asserting invalidity of certain patent claims not identified in PDL's interrogatory responses as claims that Alexion infringes. D.I. 67. On March 17, the parties held a meet and confer during which they discussed the pending motion and Alexion inquired whether PDL would stipulate to Alexion's noninfringement of the claims identified in PDL's motion. On March 20, PDL responded by e-mail that Alexion's request was "not appropriate." The parties were unable to resolve the motion, and fully briefed the issue. The Court heard oral argument on April 11, 2008. The motion is still pending.

On May 6, 2008, PDL informed Alexion by e-mail of its intent "to file with the Court [a] covenant not to sue Alexion with respect to the claims that PDL has not asserted but which Alexion claims are in controversy for its current product," and provided Alexion with a copy of

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Joseph J. Farnan, Jr.
July 31, 2008
Page 2

the proposed covenant. PDL asserted that its proposed covenant would moot the pending motion to dismiss Alexion's counterclaim, "as well as any asserted case or controversy between PDL and Alexion with respect to the unasserted patent claims." The parties held a telephone conference on May 12, during which Alexion explained that PDL's proposed covenant was inadequate and insufficient to moot Alexion's counterclaim. PDL responded that it would consider Alexion's comments, but never provided a substantive response, nor submitted any covenant to the Court. There have been no further communications between the parties concerning PDL's proposed covenant not to sue.

PDL's proposed covenant is insufficient to moot Alexion's counterclaims of invalidity pending in this action. For example, PDL's proposed covenant is limited to the current FDA approved indication of Soliris® for the treatment of paroxysmal nocturnal hemoglobinuria ("PNH"). The patents-in-suit, however, are directed to humanized immunoglobulin compositions and methods of making such compositions. No claims are directed to a method of treatment. Moreover, PDL is aware that Alexion has several additional indications for Soliris® in its research and development pipeline. Thus, PDL's proposed covenant does not moot the controversy that exists with respect to Alexion's accused product. Instead, PDL has reserved its right to bring a subsequent suit against Alexion regarding the same composition, made by the same methods, even with respect to those claims that it covenants Alexion's Soliris® product does not infringe.

PDL's proposed covenant is insufficient for several other reasons as well. Alexion will brief the issue if and when PDL submits the proposed covenant to the Court in support of PDL's motion to dismiss, or as otherwise directed by the Court.

Accordingly, because PDL has not provided Alexion with a covenant not to sue, and because PDL's proposed covenant not to sue would be insufficient to moot the case or controversy that exists between the parties with respect to Alexion's pending counterclaim of invalidity, Alexion respectfully requests that the Court construe the term "hypervariable region" as set forth in Alexion's claim construction briefs.[1]

Respectfully submitted,

*/s/ Andrew A. Lundgren*

Andrew A. Lundgren (No. 4429)

AAL:mcm
Attachment
cc:   Jack B. Blumenfeld, Esquire (by e-file and e-mail)

---

[1]   Footnote 3 of the Court's July 29, 2008 Opinion also indicated that the Court would consider construing the term "framework substitution." By this letter, Alexion respectfully submits that a construction of this term is unnecessary.

etIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-156 (JJF) |
| ) | |
| ALEXION PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendant. ) | |

**PDL'S COVENANT NOT TO SUE ALEXION FOR INFRINGEMENT
OF THE UNASSERTED CLAIMS AS TO SOLIRIS**

The U.S. Food and Drug Administration ("FDA") has approved Soliris, as currently made, offered for sale, sold, and prescribed, only for paroxysmal nocturnal hemoglobinuria ("PNH").

PDL, on behalf of itself and any successors-in-interest to its rights under the patents-in-suit, hereby unconditionally and irrevocably covenant not to assert that any activities by Alexion regarding its currently manufactured and FDA-approved humanized antibody, Soliris, as manufactured, sold, offered for sale and prescribed only for PNH, whether occurring before or after the date of this covenant, infringe any claim of the U.S. Patent Nos. 5, 693,761, 5,693,762, and 6,180,370 except for the following claims:

| U.S. Patent No. | Asserted Claims |
|---|---|
| 5,693,761 | 1, 2, 6, 8, 17, 18, 26, 33, 35 |
| 5,693,762 | 1, 2, 3, 10, 11, 12, 13, 14, 16, 18, 19 |
| 6,180,370 | 1, 2, 5, 6, 25, 26, 27, 28 |

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        _____
                        Jack B. Blumenfeld (ID # 1014)
                        Karen Jacobs Louden (ID # 2881)
                        1201 North Market Street
                        P.O. Box 1347
                        Wilmington, DE   19899-1347
                        (302) 658-9200
                        klouden@mnat.com

                        *Attorneys for PDL BioPharma, Inc.*

Matthew D. Powers
Vernon M. Winters
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3000

Jennifer H. Wu
Rebecca E. Fett
Weil, Gotshal & Manges LLP
New York Office
767 Fifth Avenue
New York, NY 10153
(212)310-8000

May 6, 2008

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 6, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Josy W. Ingersoll

I also certify that copies were caused to be served on May 6, 2008, upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll
Andrew A. Lundgren
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Flr.
Wilmington, DE  19801

**BY EMAIL**

Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
Kirkland & Ellis
153 East 53rd Street
New York, NY  10022-4611

_____
Karen Jacobs Louden