IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PDL BIOPHARMA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-156-JJF |
| | ) |
| ALEXION PHARMACEUTICALS, INC. | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Alexander L. Greenberg, Esquire of Kirkland & Ellis LLP to represent Defendant Alexion Pharmaceuticals, Inc. in this matter. Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney has been paid to the Clerk's Office.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Andrew A. Lundgren_
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600
alundgren@ycst.com

Dated: August 7, 2008

*Attorneys for Defendant*
*Alexion Pharmaceuticals, Inc.*

2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, this ___ day of August, 2008, that counsel's motion for admission pro hac vice of Alexander L. Greenberg, Esquire is granted.

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: _August 6, 2008_       _Alexander L. Greenberg_
Alexander L. Greenberg
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on August 7, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Karen Jacobs Louden, Esquire
>Morris Nichols Arsht & Tunnell LLP
>1201 North Market Street
>Wilmington, DE  19801
>
>Kevin S. Mann, Esquire
>Michael J. Joyce, Esquire
>Cross & Simon, LLC
>913 N. Market Street, 11th Floor
>Wilmington, DE  19801

I further certify that on August 7, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

>**BY E-MAIL**
>
>Matthew D. Powers, Esquire
>Vernon M. Winters, Esquire
>John D. Beynon, Esquire
>Weil, Gotshal & Manges LLP
>201 Redwood Shores Parkway
>Redwood Shores, CA  94065

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Andrew A. Lundgren
>_____
>Josy W. Ingersoll  (No. 1088)
>John W. Shaw (No. 3362)
>Andrew A. Lundgren (No. 4429)
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>alundgren@ycst.com
>
>*Attorneys for Defendant*