IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-156-JJF |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER**
**AMENDING AMENDED SCHEDULING ORDER**

WHEREAS, the Court entered an Amended Scheduling Order on March 28, 2008 (D.I. 76), that provided certain dates governing fact and expert discovery;

WHEREAS, the parties have conferred and agree that an extension of these dates is warranted;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, subject to the approval of the Court, that Paragraph 3 of the Amended Scheduling Order (D.I. 76) shall be amended as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Close of Fact Discovery | October 2, 2008 | October 31, 2008 |
| Opening Expert Reports | August 28, 2008 (30 days after issuance of the Court's Markman decision) | November 21, 2008 |
| Supplemental Disclosure to contradict or rebut evidence on the same matter identified by another party | September 29, 2008 (30 days after service of Opening Expert Reports) | December 19, 2008 |
| Close of Expert Discovery | October 29, 2008 (30 days after receipt of all Expert Reports) | January 30, 2009 |

| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Karen Jacobs Louden* | *[signature]* |
| Jack B. Blumenfeld (No. 1014) | Josy W. Ingersoll (No. 1088) |
| Karen Jacobs Louden (No. 2881) | John W. Shaw (No. 3362) |
| 1201 North Market Street | Andrew A. Lundgren (No. 4429) |
| P.O. Box 1347 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899-1347 | P.O. Box 391 |
| (302) 658-9200 | Wilmington, DE 19899 |
| klouden@mnat.com | (302) 571-6600 |
|  | alundgren@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: August 8, 2008 |  |

SO ORDERED this _____ day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE