IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PDL BIOPHARMA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-156 (JJF) |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that on August 20, 2008, copies of 1) *Response and Objections to Alexion's Subpoena for Documents Served on Kathleen L. Coelingh*; 2) *Response and Objections to Alexion's Subpoena for Documents Served on Harold E. Selick*; 3) *Response and Objections to Alexion's Subpoena for Documents Served on Cary L. Queen*; 4) *Response and Objections to Alexion's Subpoena for Documents Served on Man Sung Co*; and 5) *Response and Objections to Alexion's Subpoena for Documents Served on William P. Schneider* were caused to be served upon counsel of record in the manner indicated:

### BY ELECTRONIC MAIL

Josy W. Ingersoll
Andrew A. Lundgren
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Gregory A. Morris
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY 10022-4611

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Karen Jacobs Louden*

                                          Jack B. Blumenfeld (#1014)
                                          Karen Jacobs Louden (#2881)
                                          James W. Parrett, Jr. (#4292)
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899-1347
                                          (302) 658-9200
                                          kloudent@mnat.com
                                            *Attorneys for PDL BioPharma, Inc.*

OF COUNSEL:

Matthew D. Powers
Vernon M. Winters
Paula B. Whitten
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Jennifer H. Wu
Rebecca E. Fett
WEIL, GOTSHAL & MANGES LLP
New York Office
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

August 20, 2008
978977

2

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

I also certify that copies were caused to be served on August 20, 2008, upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

>Josy W. Ingersoll
>Andrew A. Lundgren
>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801
>
>John M. Desmarais
>Gerald J. Flattmann, Jr.
>Christine Willgoos
>Gregory A. Morris
>KIRKLAND & ELLIS
>153 East 53rd Street
>New York, NY  10022-4611

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden (#2881)